# EXHIBIT B - Goode v Richards et al Complaint

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

Serial Number: 88606440
Filing Date: 09/05/2019

NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | Dimensions of Disclosure |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Dimensions of Disclosure |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Youngblood, Adrienne |
| *STREET | 2036 Nevada City Hwy. #305 |
| *CITY | Grass Valley |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 95959 |
| PHONE | 805-844-3911 |
| EMAIL ADDRESS | ayoungblood@me.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | INDIVIDUAL |
| * COUNTRY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | Organization of events, exhibitions, fairs and shows for commercial, |

| | |
|---|---|
| | promotional and advertising purposes |
| *FILING BASIS | SECTION 1(a) |
|    FIRST USE ANYWHERE DATE | At least as early as 04/01/2018 |
|    FIRST USE IN COMMERCE DATE | At least as early as 04/01/2018 |
|    SPECIMEN FILE NAME(S) | |
|    ORIGINAL PDF FILE | SPE0-9819844187-20190829185242689717_._dimensionsofdisclosure.pdf |
|    CONVERTED PDF FILE(S)<br>   (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\886\064\88606440\xml1\FTK0003.JPG |
|    SPECIMEN DESCRIPTION | screenshot with applied for mark |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |
| **CORRESPONDENCE INFORMATION** | |
| *NAME | Youngblood, Adrienne |
| *STREET | 2036 Nevada City Hwy. #305 |
| *CITY | Grass Valley |
| *STATE<br>(Required for U.S. addresses) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 95959 |
| PHONE | 805-844-3911 |
| *EMAIL ADDRESS | ayoungblood@me.com; notifications@trademarkengine.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Adrienne Youngblood/ |
| * SIGNATORY'S NAME | Adrienne Youngblood |
| * SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 805-844-3911 |
| * DATE SIGNED | 09/03/2019 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 88606440**
**Filing Date: 09/05/2019**

### To the Commissioner for Trademarks:

**MARK:** Dimensions of Disclosure (Standard Characters, see mark)
The literal element of the mark consists of Dimensions of Disclosure. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Adrienne Youngblood, a citizen of United States, having an address of
   2036 Nevada City Hwy. #305
   Grass Valley, California 95959
   United States
   805-844-3911(phone)
   ayoungblood@me.com

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 035:  Organization of events, exhibitions, fairs and shows for commercial, promotional and advertising purposes

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 035, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 04/01/2018, and first used in commerce at least as early as 04/01/2018, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) screenshot with applied for mark.

**Original PDF file:**
SPE0-9819844187-20190829185242689717_._dimensionsofdisclosure.pdf
**Converted PDF file(s)** (1 page)
Specimen File1


The applicant's current Correspondence Information:
   Youngblood, Adrienne
   2036 Nevada City Hwy. #305
   Grass Valley, California 95959
   805-844-3911(phone)
   ayoungblood@me.com; notifications@trademarkengine.com (authorized).

**Email Authorization:** I authorize the USPTO to send email correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the email address provided in this application. I understand that a valid email address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**AND/OR**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Adrienne Youngblood/   Date: 09/03/2019
Signatory's Name: Adrienne Youngblood
Signatory's Position: Owner
Signatory's Phone Number: 805-844-3911
Payment Sale Number: 88606440
Payment Accounting Date: 09/05/2019

Serial Number: 88606440
Internet Transmission Date: Thu Sep 05 19:53:42 EDT 2019
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XXX-2019090519534232
7999-88606440-610e5366b3f668a12ada525904
68c5c92762183bd807ba616798badaa17c2e7522
7-CC-53413555-20190829185242689717

# Dimensions of Disclosure

