# EXHIBIT A - Goode v Richards et al Complaint

## United States of America
### United States Patent and Trademark Office

## SPHERE BEING ALLIANCE

| | |
|---|---|
| **Reg. No. 5,737,631** | Goode Enterprise Solutions, Inc. (TEXAS CORPORATION)<br>1140 Us Hw 287 Ste 400-266 |
| **Registered Apr. 30, 2019** | Broomfield, COLORADO 80020 |
| **Int. Cl.: 25** | CLASS 25: clothing, namely, T-shirts, sweatshirts, pajamas, hats, bandanas, socks, Halloween and masquerade costumes for men, women and children |
| **Trademark** | FIRST USE 5-1-2014; IN COMMERCE 5-1-2014 |
| **Principal Register** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | SER. NO. 87-821,504, FILED 03-06-2018 |



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# SBA

| | |
|---|---|
| **Reg. No. 5,610,315** | Goode Enterprise Solutions, Inc. (TEXAS CORPORATION) <br> 1140 Us Hw 287 Ste 400-266 |
| **Registered Nov. 20, 2018** | Broomfield, COLORADO 80020 |
| **Int. Cl.: 16, 41** | CLASS 16: paper goods, namely, comic books; Comic strips; Posters; Magazines featuring printed stories in illustrated form and comic book stories and artwork; Printed periodicals in the field of comic book stories and artwork; Printed visuals in the nature of comic book stories and artwork; Series of fiction books; trading cards, namely, collectible trading cards |
| **Service Mark** | |
| **Trademark** | FIRST USE 5-1-2014; IN COMMERCE 5-1-2014 |
| **Principal Register** | CLASS 41: eentertainment services in the field of film and television, namely, the production and distribution of motion picture films, animated movies, television programs and creation, production and distribution of computer generated images for motion picture films, animated movies, videos, animated videos, television programs; animation production services; providing television and motion picture audio and visual special effects animation services for film, video and television; film studios services, namely, pre-production, and post-production for motion pictures, videos, animation and television programs; production of sound recordings; providing on-line non-downloadable interactive computer game software over an electronic network that may be accessed network-wide by network users; providing online computer games; providing websites featuring information in the field of entertainment relating to comic books, motion picture films, animated television programs and video games; providing news and information in the field of entertainment relating to comic books, motion picture films, animated television programs and video games over an electronic network; amusement park and theme park services; educational services, namely, developing, arranging and conducting educational seminars and programs in the field of comic books; and subscription-based online on video services, namely, providing films not downloadable via video-on-demand transmission services |

FIRST USE 5-1-2014; IN COMMERCE 5-1-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-821,495, FILED 03-06-2018



Director of the United States
Patent and Trademark Office