# EXHIBIT C - Goode v Richards et al Complaint

