# EXHIBIT D - Goode v Richards et al Complaint



Screenshot of Current url: www.dimensionsofdisclosure.com (accessed March 31, 2020)

Shows lack of care to detail—note misspelling in the Tab Name, that then becomes the name of the document. "Dimensons of Disclosure" would tarnish and harm the reputation of all included in the Conference.