UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC. <br> Plaintiffs, <br><br> v <br><br> ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY, and ADRIENNE YOUNGBLOOD <br> Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 1:20-cv-00947 <br><br> JURY TRIAL DEMANDED |

## [PROPOSED] ORDER ON REQUEST FOR PRELIMINARY INJUNCTION

On this day this Court, having considered Plaintiffs' Request for Preliminary Injunction, finds in the interest of justice that said request should be GRANTED and accordingly hereby ORDERS Roger Richards to refrain from contacting any person or entity regarding sensitive information related to Mr. James Corey Goode, his businesses or family. Further, Roger Richards is hereby prohibited from posting or publishing anything related to Mr. James Corey Goode, his businesses or family on any website, social media page, or other publicly- or privately-accessible medium.

_____

The Honorable Judge _____