**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| JAMES COREY GOODE, individually, § | |
| and GOODE ENTERPRISE SOLUTIONS § | |
| INC. § | |
|     Plaintiffs, § | |
| § | CIVIL ACTION NO. 1:20-cv-00947 |
| v § | |
| § | |
| ROGER RICHARDS RAMSAUR, § | JURY TRIAL DEMANDED |
| LEON ISAAC KENNEDY, § | |
| and ADRIENNE YOUNGBLOOD § | |
|     Defendants. § | |

## SUMMONS REQUEST

**COMES NOW**, Mr. James Corey Goode ("Mr. Goode") and Goode Enterprise Solutions, Inc. ("GES", collectively "Goode") for their claims against defendants Roger Richards aka Roger Ramsaur ("Richards"), Leon Isaac Kennedy ("Kennedy"), and Adrienne Youngblood ("Youngblood") (each a "Defendant" and collectively, "Defendants"), and respectfully requests as follows:

This Amended Complaint was filed on May 7, 2020 against the above-named Defendants. Goode respectfully requests this Court approve, sign and issue the attached summonses for service of process on said Defendants.

Date: May 7, 2020                                          Respectfully submitted,

                                                       Valerie Yanaros, Esq.
                                                     Texas Bar No. 24075628
                                                     Admitted to Practice in the District
                                                     Court of Colorado
                                                     Yanaros Law, P.C.
                                                     5057 Keller Springs Rd, Suite 300
                                                     Addison, TX, 75001
                                                     Telephone: (512) 826-7553
                                                     valerie@yanaroslaw.com

                                                     **ATTORNEY FOR PLAINTIFFS**


**CERTIFICATE OF SERVICE**

     The below signed certifies that a copy of this filing will be served on each Defendant in this case in accordance with Rule 4.

                                                                Valerie Yanaros, Esq.

2