## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| JAMES COREY GOODE, individually, | § | |
| and GOODE ENTERPRISE SOLUTIONS | § | |
| INC. | § | |
|     Plaintiffs, | § | |
| | § | CIVIL ACTION NO. 1:20-cv-00947 |
| v | § | |
| | § | |
| ROGER RICHARDS RAMSAUR, | § | JURY TRIAL DEMANDED |
| LEON ISAAC KENNEDY, | § | |
| and ADRIENNE YOUNGBLOOD | § | |
|     Defendants. | § | |

## REDLINE PURSUANT TO L.R. 15.1

**COMES NOW**, Mr. James Corey Goode ("Mr. Goode") and Goode Enterprise Solutions, Inc. ("GES", collectively "Goode") in response to the Honorable Judge Scott T. Varholak's order (Docket No. 8) of May 7, 2020 and pursuant to Local Rule 15.1 and files its redline to the Amended Complaint (Docket No. 7). Goode respectfully thanks the Court for allowing the correction to the oversight of aforementioned local rule.

1

Date: May 14, 2020                                     Respectfully submitted,

*[signature]*

Valerie Yanaros, Esq.
Texas Bar No. 24075628
Admitted to Practice in the District
Court of Colorado
Yanaros Law, P.C.
5057 Keller Springs Rd, Suite 300
Addison, TX, 75001
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The below signed certifies that a copy of this filing will be served on each Defendant in this case in accordance with Rule 4.

*[signature]*

Valerie Yanaros, Esq.

2