# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | | |
|---|---|---|
| JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC. | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 1:20-cv-00947 |
| v | § § | |
| ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY, and ADRIENNE YOUNGBLOOD | § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' OPPOSED MOTION TO EXTEND TIME TO COMPLY WITH COURT ORDER

On this day the Court, having considered Plaintiff's Motion for Extension of Deadlines and in the Alternative for Deadline to file Consent to Magistrate Judge Form, finds in the interest of justice that said motion should be GRANTED and:

  All deadlines are extended by twenty-one (21) days, OR

  Parties' deadline to file Consent to Magistrate Judge Form is extended by

  ___ days from May 27th, 2020 to _____ 2020.

Signed in Houston, Texas on this the _____ day of May, 2020.

                     _____

                     The Honorable Scott T. Varholak
                     U.S. DISTRICT COURT JUDGE