Lenden F. Webb (SBN 236377)
Christian B. Clark (SBN 330380)
**WEBB LAW GROUP, APC**
466 W. Fallbrook Ave., Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email: LWebb@WebbLawGroup.com
Email CClark@WebbLawGroup.com

Attorneys for Defendants Roger Richards Ramsaur,
Leon Issac Kennedy, and Adrienne Youngblood

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY and ADRIENNE YOUNGBLOOD; <br><br> notice | CASE NO. 1:20-CV-00947-RBJ <br><br> **NOTICE OF APPREARANCE OF COUNSEL** <br><br><br> Judicial Assignment: Hon. Judge R. Brooke Jackson |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Christian B. Clark, of Webb Law Group, APC., is admitted to practice before this Court, and whose contact information appears below, hereby enter an appearance as the attorneys of record for defendants Roger Richards Ramsaur; Leon Isaac Kennedy; and Adrienne Youngblood.

///

///

///

**NOTICE OF APPEARANCE OF COUNSEL**
- 1 -

Christian B. Clark (330380)
**WEBB LAW GROUP, APC**
466 W. Fallbrook Ave. Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email: CClark@WebbLawGroup.com

Dated: July 22, 2020                                **WEBB LAW GROUP, APC**

By_____
    Christian B. Clark
    Attorney for Defendants

**NOTICE OF APPEARANCE OF COUNSEL**
- 2 -

# CERTIFICATE OF SERVICE

I, Tyler C. Ballesteros, am a citizen of the United States and am at least eighteen years of age. My business address is 466 W. Fallbrook Ave, Ste. 102, Fresno, CA 93711.

I am not a party to the above-entitled action. I have caused service of:

    **I.**    **Notice of Appearance of Counsel – Lenden F. Webb**

    **II.**    **Notice of Appearance of Counsel – Christian B. Clark**

along with all associated documents on all the counsel of record and interested parties by electronic email service and electronically filing the foregoing with the Clerk of the U.S. District Court using its ECF System.

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.

DATED: July 22, 2020

    */s/ Tyler C. Ballesteros*
    Tyler C. Ballesteros,
    *Case Manager*

WEBB LAW GROUP, APC
466 West Fallbrook Avenue, Suite 102
Fresno, California 93711