Lenden F. Webb (SBN 236377)
Christian B. Clark (SBN 330380)
**WEBB LAW GROUP, APC**
466 W. Fallbrook Ave., Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email: LWebb@WebbLawGroup.com
Email CClark@WebbLawGroup.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| JAMES COREY GOODE, and GOODE ENTERPRISE SOLUTIONS INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY AND ADRIENNE YOUNGBLOOD; <br><br> Defendants. | Case No.: 3:20-cv-00224-GPC-AHG <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION** <br><br> **Date:** <br> **Time:** <br> **Judge: R. Brooke Jackson** <br> **Courtroom: A902** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** Defendants Roger Richards Ramsaur, Leon Isaac Kennedy, and Adrienne Youngblood (collectively, "Defendants") will, and hereby do, move this Court for an order for leave to exceed the page limitation set forth by the Federal Rules of Civil Procedure and the Local Civil Rules for the district of Colorado.

This motion is based on this notice, the Proposed Order concurrently filed herewith, the Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss the

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION**
- 1 -

accompanying Declaration of Christian B. Clark, any matters on which judicial notice is sought, and all other papers and pleadings filed in this matter.

Dated: July 30, 2020  **WEBB LAW GROUP, APC**

By_____
Lenden F. Webb
Christian B. Clark
Attorneys for Defendants,
Roger Richards Ramasaur,
Leon Isaac Kennedy, and
Adrienne Youngblood

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION**

# CERTIFICATE OF SERVICE

I, Karen Lindow, am a citizen of the United States and am at least eighteen years of age. My business address is 466 W. Fallbrook Ave, Ste. 102, Fresno, CA 93711.

I am not a party to the above-entitled action. I have caused service of:

I. YOUNGBLOOD - MOTION FOR LEAVE TO EXCEED PAGE LIMIT

II. YOUNGBLOOD – MOTION FOR LEAVE TO EXCEED PAGE LIMIT - NOTICE

III. YOUNGBLOOD – MOTION FOR LEAVE TO EXCEED PAGE LIMIT – DECLARATION OF CHRISTIAN B. CLARK

IV. YOUNGBLOOD – MOTION TO EXCEED PAGE LIMIT – PROPOSED ORDER

along with all associated documents on all the counsel of record and interested parties by electronic email service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 30, 2020

_Karen M. Lindow_