Lenden F. Webb (SBN 236377)
Christian B. Clark (SBN 330380)
**WEBB LAW GROUP, APC**
466 W. Fallbrook Ave., Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email: LWebb@WebbLawGroup.com
Email CClark@WebbLawGroup.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

JAMES COREY GOODE, and GOODE
ENTERPRISE SOLUTIONS INC.,

                  Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON
ISAAC KENNEDY AND ADRIENNE
YOUNGBLOOD;

                  Defendants.

**Case No.: 1:20-CV-00947**

**DECLARATION OF CHRISTIAN B. CLARK IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO EXTEND THE PAGE LIMIT ON DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS**

**Date:**
**Time:**
**Judge: R. Brooke Jackson**
**Courtroom: A902**

I, Christian B. Clark, declare as follows:

1.    I am an attorney at law duly licensed to practice before all Courts in the State of California, and the United States District Court, District of Colorado, and counsel of record for Defendants Roger Richards Ramsaur, Leon Isaac Kennedy, and Adrienne Youngblood. I have personal knowledge regarding the contents of this declaration, and if called as a witness at trial, I would, and could, competently testify as to its contents.

**WEBB LAW GROUP, APC**
466 West Fallbrook Avenue, Suite 102
Fresno, California 93711

2. On April 3, 2020 Plaintiffs fifty-three (53) page Complaint in this action was properly filed with the District Court of Colorado. On May 7, 2020 an Amended Complaint was filed by Plaintiffs with attachments of Exhibits #1-10.

3. On July 3, 2020 the Court granted the Plaintiffs' Second Motion to Extend Time to Comply with Court Order. The deadline for Plaintiffs to effect service upon Defendants was extended until August 5, 2020.

4. On July 15, 2020 counsels met to confer on Defendants Waiver of Service, thereby granting 60-days from the time of signatures of the waivers to file their Motion to Dismiss. Additionally, Plaintiffs informed Defendants of their Non-Consent to Jurisdiction of the Magistrate Judge.

5. On July 19, 2020 Waiver of Service as to all Defendants was returned, executed, and filed to the Court. On July 20, 2020 the case was reassigned pursuant to Consent/Non-Consent to Jurisdiction of Magistrate Judge.

6. Plaintiffs' allegations span fifty-three (53) pages and are heavily laden with factual issues and legal issues, across eighteen (18) causes of action, which require thoughtful discussion of the underlying legal framework as they cover a wide swathe of statutes and laws.

7. In addition, the Complaint displays a variation of deficiencies that, pursuant to F.R.C.P. 12(B)(6), diligent Defendants must raise in a proper Motion to Dismiss in order to fulfill procedural and ethical obligations and in the interest of promoting judicial economy.

8. Defendants intend to file a Motion to Dismiss Plaintiffs Complaint pursuant to F.R.C.P. 12(B)(6). However, in order to plead a sufficient response to the extensive Complaint, Defendants request the grant of their Motion to Leave to Extend the Page Limit, beyond the usual twenty (20) pages, due to exceptional circumstances.

///

///

///

///

**DECLARATION OF CHRISTIAN B. CLARK IN SUPPORT OF DEFENDANTS'
MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I declare under penalty of perjury that the foregoing is true and correct and that if called to testify thereto, I could and would competently do so.

Dated: July 30, 2020                          **WEBB LAW GROUP, APC**

By_____
                          Lenden F. Webb
                          Christian B. Clark
                          Attorneys for Defendants

**DECLARATION OF CHRISTIAN B. CLARK IN SUPPORT OF DEFENDANTS'
MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

**CERTIFICATE OF SERVICE**

I, Karen Lindow, am a citizen of the United States and am at least eighteen years of age. My business address is 466 W. Fallbrook Ave, Ste. 102, Fresno, CA 93711.

I am not a party to the above-entitled action. I have caused service of:

**I.   YOUNGBLOOD - MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

**II.  YOUNGBLOOD – MOTION FOR LEAVE TO EXCEED PAGE LIMIT - NOTICE**

**III. YOUNGBLOOD – MOTION FOR LEAVE TO EXCEED PAGE LIMIT – DECLARATION OF CHRISTIAN B. CLARK**

**IV.  YOUNGBLOOD – MOTION TO EXCEED PAGE LIMIT – PROPOSED ORDER**

along with all associated documents on all the counsel of record and interested parties by electronic email service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 30, 2020

_____
Karen M. Lindow

**WEBB LAW GROUP, APC**
466 West Fallbrook Avenue, Suite 102
Fresno, California 93711