Lenden F. Webb (SBN 236377)
Christian B. Clark (SBN 330380)
**WEBB LAW GROUP, APC**
466 W. Fallbrook Ave., Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email: LWebb@WebbLawGroup.com
Email CClark@WebbLawGroup.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| JAMES COREY GOODE, and GOODE ENTERPRISE SOLUTIONS INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY AND ADRIENNE YOUNGBLOOD; <br><br> Defendants. | Case No.: 1:20-CV-00947 <br><br> **DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION ON DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS** <br><br> Date: <br> Time: <br> Judge: R. Brooke Jackson <br> Courtroom: A902 |

Defendants Roger Richards Ramsaur, Isaac Leon Kennedy and Adrienne Youngblood (*hereinafter* "Defendants") respectfully submit the following Motion to Exceed the Page Limitation for Defendants' Memorandum in support of Defendants' Motion to Dismiss the Complaint of James Corey Goode and Goode Enterprise Solutions, Inc. ("GES"), pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6). Defendants make this Motion on the

grounds that (1) the Complaint raises complex factual and legal issues; (2) Defendants' Motion is supported by voluminous, non-repetitive legal authority; and (3) the Complaint's numerous deficiencies requires Defendants to address a vast array of mistakes. Defendants responsive pleading must be filed on September 14, 2020.

## I.   STATEMENT OF FACTS AND ARGUMENT

Plaintiffs allege eighteen (18) ambiguous, disconnected, and loosely attenuated claims brought individually and jointly against the Defendants, including: (1) Federal Trademark Infringement; (2) False Designation of Origin and Federal Unfair Competition; (3) Trademark Counterfeiting; (4) Colorado Common Law Trademark and Trade Name Infringement; (5) Colorado Common Law Unfair Competition; (6) violation of the Colorado Consumer Protection Act; (7) Breach of Contract; (8) Fraudulent Misrepresentation; (9) Intentional Infliction of Emotional Distress; (10) Negligent Infliction of Emotional Distress; (11) Criminal Extortion; (12) Slander Per Se; (13) Libel Per Se; (14) Tortious Inference with a Business Expectancy; (15) Breach of Fiduciary Duty; (16) Embezzlement and Fraud Procurement of Company Funds; (17) Declaratory Judgments of Ownership of DoD Trademarks; (18) Request for Preliminary Injunction. Plaintiffs allegations span fifty-three (53) pages and are heavily laden with factual issues and legal issues which require a thoughtful discussion of the underlying legal framework. Plaintiffs' allegations cover a wide swathe of statutes and laws, which require a discussion of legal authority at each turn.

Defendants' Motion to Dismiss the Complaint is brought under Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6). Throughout the Complaint Plaintiffs fail to make short and plain statements, fail to refrain from "group pleading", fail to refrain from "shotgun pleading" in violation of F.R.C.P. Rule 8. Additionally, Plaintiffs fail to meet the heightened standard of pleading requirements under F.R.C.P. Rule 9(b) when alleging Fraud and fail to meet the particularity requirements of F.R.C.P. Rule 9 when alleging, at least, four causes of action. Furthermore, Plaintiffs fail to allege plausible claims that state a cause of action pursuant to

F.R.C.P. Rule 12. The deficiencies of Plaintiffs' Complaint cannot be remedied by repleading, because it fails to state cognizable claims, violates procedural and ethical obligations, brings claims barred by the applicable statute of limitations, a claim that ignores statutory prerequisites to filing, and claims not recognized as valid causes of action at law.

Defendants' Motion to Dismiss is fifty-seven (57) pages, including the cover page. In addition, this Motion includes a table of contents and table of authorities for the Court's convenience, which extends over six (6) pages. Defendants' brief cites to ninety-six (96) cases, eleven (11) statutes, four (4) rules and five (5) other forms of authority in order to address Plaintiffs' Complaint and it's deficiencies.  In order to properly plead and address Corey Goode and GES' extensive Complaint, Defendants respectfully requests this Court permit Defendants to file a motion to exceed twenty (20) pages, not including the table of authorities, table of contents, and declarations and exhibits thereto.

## CONCLUSION

For all of the foregoing reasons, Defendants respectfully request this court extend Defendants page limit to fifty-seven (57) pages, not including the table of contents, table of authorities, and declarations and exhibits thereto, for this Motion to Dismiss pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6).

Dated: July 30, 2020                                **WEBB LAW GROUP, APC**

By_____
Lenden F. Webb
Christian B. Clark
Attorneys for Defendants