**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLORADO**

| | |
|---|---|
| JAMES COREY GOODE, and GOODE ENTERPRISE SOLUTIONS INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY AND ADRIENNE YOUNGBLOOD; <br><br> Defendants. | Case No.: 1:20-CV-00947 <br><br> **ORDER GRANTING MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION** <br><br> Date: <br> Time: <br> Judge: R. Brooke Jackson <br> Courtroom: A902 |

Before the Court is Defendants Roger Richards Ramsaur, Leon Isaac Kennedy, and Adrienne Youngblood (collectively, "Defendants") Motion for Leave to Exceed the Page Limitation on Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss. Defendants intend to file Motion to Dismiss pursuant to F.R.C.P. 12(B)(6) in this action.

This Court, having considered Defendants' Motion and finding good cause,

**IT IS HEREBY ORDERED THAT:**

1) Defendants' Motion for Leave to Exceed the Page Limitation.

2) Defendants may file their Extended Memorandum in Support of Defendants' Motion to Dismiss.

**IT IS FURTHER ORDERED THAT:**

---

**ORDER GRANTING MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION**
- 1 -

1  _____

2  _____

3  _____

4  Dated: July 30, 2020

5                                                  By_____

# CERTIFICATE OF SERVICE

I, Karen Lindow, am a citizen of the United States and am at least eighteen years of age. My business address is 466 W. Fallbrook Ave, Ste. 102, Fresno, CA 93711.

I am not a party to the above-entitled action. I have caused service of:

I. YOUNGBLOOD - MOTION FOR LEAVE TO EXCEED PAGE LIMIT

II. YOUNGBLOOD – MOTION FOR LEAVE TO EXCEED PAGE LIMIT - NOTICE

III. YOUNGBLOOD – MOTION FOR LEAVE TO EXCEED PAGE LIMIT – DECLARATION OF CHRISTIAN B. CLARK

IV. YOUNGBLOOD – MOTION TO EXCEED PAGE LIMIT – PROPOSED ORDER

along with all associated documents on all the counsel of record and interested parties by electronic email service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 30, 2020

_____
Karen M. Lindow