IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 1:20-cv-00947-RBJ

JAMES COREY GOODE, an individual and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiffs,

v.

ROGER RICHARDS RAMSAUR,
LEON ISAAC KENNEDY, and
ADRIENNE YOUNGBLOOD,

    Defendants.

## ORDER OF TRANSFER

Pursuant to Local Rule 40.1(d)(4)(B), with approval of Chief Judge Philip A. Brimmer and with the consent of Judge Daniel D. Domenico it is

ORDERED that this matter be transferred to Judge Domenico.

DATED this 31st day of July, 2020.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge