IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00942-DDD

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                                                              Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

                                                              Defendants.

---

### CONSENT MOTION TO FILE SECOND AMENDED COMPLAINT

---

**COMES NOW,** Mr. James Corey Goode and Goode Enterprise Solutions, Inc. (collectively, "Plaintiffs"), and defendants Roger Richards aka Roger Ramsaur ("Richards"), Leon Isaac Kennedy ("Kennedy"), and Adrienne Youngblood ("Youngblood") (each a "Defendant" and collectively, "Defendants") respectfully shows and requests as follows:

**D.C.COLO.LCivR 7.1(A) Certification**: Counsel for the parties to the action (each a "Party", collectively the "Parties" and the instant case the "Action") conferred regarding this motion. All Parties have consented.

1. This Action was commenced by Goode on April 3, 2020. (Docket 1). An Amended Complaint was filed on May 14, 2020 (Docket 7).

2. This case was first assigned to the Honorable Judge Scott Varholak (Docket 3).

3. After multiple attempts at service by Plaintiffs on Defendants, counsel for Defendants reached out to Plaintiffs' counsel and executed waivers of service. All defendants' response dates were set for September 14, 2020 (Dockets 16-18).

4. After filing a non-consent to Magistrate Judge (Docket 19), this case was reassigned to the Honorable Judge Jackson (Docket 20) and subsequently reassigned to the Honorable Judge Domenico.

5. Counsel for the Parties have engaged in multiple conferences in light of Judge Domenico's Practice Standard III(D). Pursuant to those conferrals, Plaintiffs has agreed to make certain amendments to its First Amended Complaint responsive to Defendants' positions.

6. The U.S. Supreme Court has held that leave to amend under Fed. R. Civ. P. 15(a) "shall be freely given when justice so requires" and has stated that "if the underlying facts or circumstances relied upon by plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits and in the absence of any apparent improper motivation, such as undue delay, bad faith or dilatory tactics, the amendment should be 'freely given'." *Foman v. Davis*, 371 U.S. 178 (1962).

7. Rule 15 prescribes a liberal policy of amendment and encourages the courts to look favorably on requests to amend. *Varner v. District Court*, 618 P.2d 1388 (Colo. 1980); *Eagle River Mobile Home Park v. District Court,* 647 P.2d 660 (Colo. 1982). The rule emphasizes liberality in its application. *Platte Valley Motor Co. v. Wagner,* 130 Colo. 365, 278 P.2d 870 (1954). Amendments at all times should be liberally allowed when they do not lead to surprise or injury. *Sellar v. Clelland,* 2 Colo. 532 (1875); *Green v. Davis,* 67 Colo. 52, 185 P. 369 (1919).

8. This motion is not made for purpose of delay, in bad faith or as a dilatory tactic, but to ensure a full hearing on all the facts and legal issues of this action, secure a just and speedy determination of this case, and ensure that the ends of justice are met

9. The Parties respectfully request this Honorable Court file the Second Amended Complaint, attached herewith, in the record so that Defendants may respond within twenty-one (21) days of the entry of the Second Amended Complaint.

10. Additionally, the Parties respectfully request this Honorable Court continue the current deadline for Defendants to respond to the First Amended Complaint.

11. This is the first request for leave to file an amended pleading.

12. This request will be served upon all of counsels' respective clients per Local Rule 6.

WHEREFORE, Plaintiffs respectfully request the Court enter the Second Amended Complaint, attached hereto, as the operative complaint in this case and that the Defendants shall have 21 days from entry of the order entering the Second Amended Complaint in the record to respond thereto.

Date: September 14, 2020.                              Respectfully submitted,

/s Valerie A. Yanaros, Esq.

Valerie Yanaros, Esq.
Texas Bar No. 24075628
Admitted to Practice in the District
Court of Colorado
Yanaros Law, P.C.
5057 Keller Springs Rd, Suite 300
Addison, TX, 75001
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The below signed certifies that a copy of this filing will be served on each Defendant by ECF on September 14, 2020.

/s Valerie A. Yanaros

Valerie A. Yanaros