Lenden F. Webb (SBN 236377)
Christian B. Clark (SBN 330380)
**WEBB LAW GROUP, APC**
466 W. Fallbrook Ave., Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email: LWebb@WebbLawGroup.com
Email CClark@WebbLawGroup.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| JAMES COREY GOODE, and GOODE ENTERPRISE SOLUTIONS INC., <br><br>                     Plaintiffs, <br><br> v. <br><br> ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY AND ADRIENNE YOUNGBLOOD; <br><br>                   Defendants. | Case No.: **1:20-CV-00947** <br><br> **DECLARATION OF CHRISTIAN B. CLARK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** <br><br> **Date:** <br> **Time:** <br> **Judge: Daniel D. Domenico** <br> **Courtroom:** |

I, Christian B. Clark, declare as follows:

1.     I am an attorney at law duly licensed to practice before all Courts in the State of California, and the United States District Court, District of Colorado, and counsel of record for Defendants Roger Richards Ramsaur, Leon Isaac Kennedy, and Adrienne Youngblood. I have personal knowledge regarding the contents of this declaration, and if called as a witness at trial, I would, and could, competently testify as to its contents.

---

**DECLARATION OF CHRISTIAN B. CLARK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

- 1 -

**WEBB LAW GROUP, APC**
466 West Fallbrook Avenue, Suite 102
Fresno, California 93711

2.      On May 7, 2020 an Amended Complaint was filed by Plaintiffs.

3.       In addition to multiple email correspondences, on August 6, 2020 I met and conferred with counsel for Plaintiffs via telephone to discuss pleading deficiencies with the First Amended Complaint and Defendants' grounds for a Motion to Dismiss under Rule 12(b)(6). As a result of the cooperative, good faith meet and confer efforts, counsel for Plaintiffs agreed to amend the First Amended Complaint.

4.      On September 14, 2020 the parties jointly filed a Consent Motion for Leave to File a Second Amended Complaint that addressed the vast majority of the pleading deficiencies discussed during the August 6, 2020 meet and confer.

5.      On September 29, 2020, the related Second Amended Complaint was filed.

6.      Despite the good faith attempts of both parties to meet and confer regarding Defendants' grounds for the instant Motion to Dismiss under Federal Rule 12(b)(6), no compromise was reached. Defendants are therefore forced to file the instant Motion to Dismiss under Federal Rule 12(b)(6) specifically regarding Plaintiffs' breach of contract cause of action.

I declare under penalty of perjury that the foregoing is true and correct and that if called to testify thereto, I could and would competently do so.

Dated: October 2, 2020                                    **WEBB LAW GROUP, APC**

By\_\_\_/s/ Christian Clark_____
    Lenden F. Webb
    Christian B. Clark
    Attorneys for Defendants

**DECLARATION OF CHRISTIAN B. CLARK IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS**

1        I hereby certify that the foregoing pleading complies with the type-volume limitation set

2    forth in Judge Domenico's Practice Standard III(A)(1).

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF CHRISTIAN B. CLARK IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS**

- 3 -

**WEBB LAW GROUP, APC**
466 West Fallbrook Avenue, Suite 102
Fresno, California 93711

**CERTIFICATE OF SERVICE**

I, Karen M. Lindow, am a citizen of the United States and am at least eighteen years of age. My business address is 466 W. Fallbrook Ave, Ste. 102, Fresno, CA 93711.

I am not a party to the above-entitled action. I have caused service of:

**I.** **Motion to Dismiss – Second Amended Complaint – Notice and Memorandum of Law**

**II.** **Motion to Dismiss – Declaration of Christian B. Clark**

**III.** **Motion to Dismiss – Order**

along with all associated documents on all the counsel of record and interested parties by electronic email service and electronically filing the foregoing with the Clerk of the U.S. District Court using its ECF System.

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.

DATED: October 2, 2020

Karen M. Lindow,
*Law Clerk*

**CERTIFICATE OF SERVICE**
- 1 -