**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLORADO**

| | |
|---|---|
| JAMES COREY GOODE, and GOODE ENTERPRISE SOLUTIONS INC., <br><br>Plaintiffs, <br><br>v. <br><br>ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY AND ADRIENNE YOUNGBLOOD; <br><br>Defendants. | Case No.: 1:20-CV-00947 <br><br>**ORDER GRANTING MOTION TO DISMISS** <br><br>Date: <br>Time: <br>Judge: Hon. Judge Daniel D. Domenico <br>Courtroom: |

Before the Court is Defendants Roger Richards Ramsaur, Leon Isaac Kennedy, and Adrienne Youngblood (collectively, "Defendants") Motion to Dismiss.

This Court, having considered Defendants' Motion and finding good cause, order that:

**IT IS HEREBY ORDERED THAT:**

1) Defendant's Motion to Dismiss is GRANTED.

**IT IS FURTHER ORDERED THAT:**

_____

_____

_____

**ORDER GRANTING MOTION TO DISMISS**

- 1 -

1  _____

2  _____

3  _____

5  Dated: _____

6                                                         By_____

8                                                         The Hon. Judge Daniel D. Domenico

**ORDER GRANTING MOTION TO DISMISS**

- 2 -

# CERTIFICATE OF SERVICE

I, Karen M. Lindow, am a citizen of the United States and am at least eighteen years of age. My business address is 466 W. Fallbrook Ave, Ste. 102, Fresno, CA 93711.

I am not a party to the above-entitled action. I have caused service of:

I. **Motion to Dismiss – Second Amended Complaint – Notice and Memorandum of Law**

II. **Motion to Dismiss – Declaration of Christian B. Clark**

III. **Motion to Dismiss – Order**

along with all associated documents on all the counsel of record and interested parties by electronic email service and electronically filing the foregoing with the Clerk of the U.S. District Court using its ECF System.

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.

DATED: October 2, 2020

_____
Karen M. Lindow,
*Law Clerk*

**WEBB LAW GROUP, APC**
466 West Fallbrook Avenue, Suite 102
Fresno, California 93711

**CERTIFICATE OF SERVICE**
- 1 -