IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: October 8, 2020 | Alfred A. Arraj United States Courthouse |

Civil Action No. 20-cv-00947-DDD-KLM

*Parties*:  

JAMES COREY GOODE, ET AL.,

    Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, ET AL.,

    Defendants.

*Counsel*:

Valerie Yanaros

Christian Clark

## COURTROOM MINUTES

**TELEPHONIC RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   10:14 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:** Parties to file a supplement to Section 4 of the Scheduling Order **no later than October 22, 2020.**

**ORDERED:** Plaintiff to file a supplement to Section 5 of the Scheduling Order explaining their $11 million damages assertion **no later than October 22, 2020.**

**ORDERED:** Defendant to file a supplement to Section 5 of the Scheduling Order identifying the types of damages they have suffered and estimated amounts of those damages **no later than October 22, 2020.**

**ORDERED:** A stipulated proposed 502(d) order shall be filed **no later than October 22, 2020.**

**ORDERED:** A joint Status Report regarding settlement efforts shall be filed **no later than fourteen days after the close of discovery.**

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Deadline for Joinder of Parties/Amendment of Pleadings: **December 1, 2020.**

Discovery Cut-off: **July 30, 2021.**

Dispositive Motions Deadline: **August 31, 2021.**

Parties shall designate affirmative experts **on or before June 1, 2021.**

Parties shall designate rebuttal experts **on or before July 1, 2021.**

Each side shall be limited to **three (3)** retained expert witnesses, and **one (1)** expert witness per subject matter area of expertise, absent further leave of Court.

Each side shall be limited to **ten (10)** depositions, absent further leave of Court.

Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admissions, absent further leave of Court.

**Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2770, preferably as a joint conference call, and request that one be set.

**FINAL PRETRIAL CONFERENCE, TRIAL PREPARATION AND TRIAL** will be set before the Honorable Daniel D. Domenico at a future date.

- Scheduling Order is signed and entered with interlineations on October 8, 2020.

HEARING CONCLUDED.
**Court in recess:     10:29 a.m.**
Total Time:     00:15

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.