IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

       Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

       Defendants.

_____

**SUPPLEMENT TO SCHEDULING ORDER**
_____

**1. DATE OF CONFERENCE AND APPEARANCE OF COUNSEL**

The Scheduling/Planning Conference pursuant to Fed. R. Civ. P. 16(b) was held on October 8, 2020 at 10:00 a.m. in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse before Magistrate Judge Kristen L. Mix, or—if appearing telephonically per Judge Mix's order at Docket 31—via phone by calling 888-363-4749, Access Code: 2115325#. The Honorable Judge Mix Requested both Parties supplement Sections 4 and 5 by October 22, 2020, both Parties submit such supplement as follows:

Counsel for the parties are:

Valerie Yanaros, Esq.
Texas Bar No. 24075628
Yanaros Law, P.C.
5057 Keller Springs Rd, Suite 300
Addison, TX, 75001
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS**


Lenden F. Webb (SBN 236377)
Christian B. Clark (SBN 330380)
**WEBB LAW GROUP, APC**
466 W. Fallbrook Ave., Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email: LWebb@WebbLawGroup.com
Email CClark@WebbLawGroup.com

**Attorneys for Defendants**


### 4. Undisputed Facts

The Parties wish to lay out any undisputed facts after more motion practice is done, but to the extent the Parties agree now, the following:

Plaintiffs are Colorado residents having a business address of 1140 US Highway 287 Suite 400-266, Broomfield, Colorado, 8002.

Plaintiff James Corey Goode started the company, Plaintiff Goode Enterprise

Solutions, Inc. ("GES"), with his wife, Ms. Stacy Goode.

Defendants Mr. Richards, Mr. Kennedy, and Ms. Youngblood are, at least ostensibly, former friends and/or colleagues of Plaintiff Mr. James Corey Goode. Each Defendant became acquainted with Mr. Goode at differing points in time and each developed a unique relationship that was both personal and professional.

Defendants, Mr. Richards, and Ms. Youngblood came to Colorado multiple times.

Defendant Richards worked with Mr. Goode for many years. Mr. Richard worked on various creative media formats and projects including, but not limited to, graphic novels, books, documentaries, event presentations, events, and movies.

Defendant Leon Kennedy assisted with some business matters related to the entity "SBA Entertainment, LLC".

Defendant Youngblood worked with Mr. Goode. Ms. Youngblood worked on numerous events such as "Eclipse of Disclosure," "Cosmic Co. Creation;" "CG @CITD2018;" "w/Disclosurefest 2018;" "Majestic Masquerade" "DC 11/11;" and "Dimensions of Disclosure."

Defendant Youngblood filed for a trademark on "Dimensions of Disclosure" that did not include Plaintiff Mr. James Corey Goode as co-owner.

### 5. Computation of Damages

The Parties wish to lay out any damages after more motion practice is done, but each party now at this early juncture, provides the following:

**Plaintiffs**: Plaintiffs have suffered at least $11,000,000.00 worth of damages due to the actions of Defendants individually and collectively, but require discovery in order to more fully lay out their computation under Rule 26.

With the information collected to date, Plaintiffs believe the following damages are allocated as follows:

Defendant Kennedy $4MM LK due to: loss of revenue from lost business contracts and contacts related to movies, graphic novels, educational seminars and classes, livestreaming and downloadable shows and workshops. Emotional distress due to the loss of the website bearing Mr. Goode's name and likeness and the shoddy management of that project and the other in the amount (included in the aforementioned) of $150,000.00 and mounting. Diverted funds from companies such as

1091/the Orchard related to movies, shows, classes and promotional monies. Diverted funds from the Graphic Novel (as defined in the Amended Complaint), movies such as Above Majestic, Cosmic Secret and from investors in actual and future movies, graphic novels, educational seminars and classes, livestreaming and downloadable shows and workshops. Loss of goodwill due to defamation and contribution to tarnishment of name and branding due to mismanagement of funds and projects. At least $500,000.00 in taxes due to Defendant Kennedy but placed in Mr. Goode's business.

Defendant Youngblood $4MM due to: loss of revenue from lost business contracts and contacts related to movies, graphic novels, educational seminars and classes, livestreaming and downloadable shows and workshops. Emotional distress due to the loss of the Conference and associated website bearing Mr. Goode's name and likeness and the shoddy management of that conference, livestream and the other related projects in the amount (included in the aforementioned) of $100,000.00 and mounting. Diverted funds from the Dimensions of Disclosure Conferences as well as other conferences in which she was involved. Diverted and lost

funds from investors in actual and future movies, graphic novels, educational seminars and classes, livestreaming and downloadable shows and workshops. Loss of goodwill due to defamation and contribution to tarnishment of name and branding due to mismanagement of funds and projects.

Defendant Richards $3MM due to: loss of revenue from lost business contracts and contacts related to movies, graphic novels, educational seminars and classes, livestreaming and downloadable shows and workshops. Emotional distress due to the loss of the website bearing Mr. Goode's name and likeness and the shoddy management of that project and the other in the amount (included in the aforementioned) of $150,000.00 and mounting. Diverted funds from companies such as 1091/the Orchard related to movies, shows, classes and promotional monies. Diverted funds from the Graphic Novel (as defined in the Amended Complaint), movies such as Above Majestic, Cosmic Secret and from investors in actual and future movies, graphic novels, educational seminars and classes, livestreaming and downloadable shows and workshops. Loss of goodwill due to defamation and contribution to tarnishment of name and

branding due to mismanagement of funds and projects. Injuries due to emotional distress due to extortionary threats and completed threats in the amount (included in the aforementioned) of $40,000.00 that continue to mount.

**Defendants**: Defendants disagree with Plaintiffs' computation of damages and further assert that Plaintiffs have not suffered any harm as a result of Defendants' conduct. While Discovery has not yet taken place in this case, Defendants can presently contend they have suffered damages in an amount to be proven at trial due to Plaintiffs' conduct.

First, Defendant Adrienne Youngblood has suffered significant monetary damages due to Plaintiffs' conduct with respect to the Dimensions of Disclosure (DOD) event for 2019. Defendant Adrienne Youngblood asserts that as a direct result of Plaintiff's conduct, Defendant Adrienne Youngblood lost livestream and livestream-playback revenue, revenue from ticket sales, revenue from licensing content, revenue from online workshop sales and revenue from further development of an online network on the established platform. Defendant Adrienne Youngblood estimates these damages to total above one (1) million dollars. Further, due to Plaintiffs' improper claim of ownership of Dimensions of Disclosure, Defendant Adrienne Youngblood was unable to host Dimensions of Disclosure

2020, and lost an estimated one (1) million dollars in revenue thereto. Plaintiffs' continued and improper claim of ownership of Dimensions of Disclosure further causes Defendant Adrienne Youngblood ongoing damages. Additionally, Defendant Adrienne Youngblood has suffered emotional distress, pain, and suffering caused by Plaintiffs that have caused damages presently estimated to total $50,000.00.

Second, Defendant Roger Richards has suffered significant monetary damages due to Plaintiffs' conduct including but not limited to: (1) back payments owed for revenue related to "Cosmic Secret"; (2) back payments owed for revenue related to "Above Majestic"; (3) damages related to the feature film "20 and Back"; (4) damages related to the TV series "20 and Back"; (5) damages related to the docuseries "Blue Avians"; (6) damages related to the "Accelerating Ascension" and "Master Quest" course; (7) damages related to the "Return of the Guardians" comic series; (8) damages related to the "20 and Back" graphic novel; (9) damages for emotional distress, pain, and suffering caused by Plaintiffs. Defendant Roger Richards presently estimates these damages to total $1,500,000. These damages continue to increase, however, given Plaintiffs' continuing breaches of contract, and improper assertions of ownership over numerous IPs.

Third, Defendant Leon Kennedy has suffered significant monetary damages

due to Plaintiffs' conduct including but not limited to: (1) back payments owed for revenue related to "Cosmic Secret"; (2) back payments owed for revenue related to "Above Majestic"; (3) damages related to the feature film "20 and Back"; (4) damages related to the TV series "20 and Back"; (5) damages related to the docuseries "Blue Avians"; (6) damages for emotional distress, pain, and suffering caused by Plaintiffs; (7) reputational damages for defamatory remarks made by Plaintiffs to various industry professionals regarding Defendant Leon Kenendy's character, fitness, and business. Defendant Leon Kennedy presently estimates these damages to total $300,000. These damages continue to increase, however, given Plaintiffs' continuing breaches of contract, and improper assertions of ownership over numerous IPs.

Defendants reserve the right to alter the foregoing estimates according to proof as Discovery and the instant case progresses.

DATED at Denver, Colorado, this _____ day of _____, 20___.

BY THE COURT:

_____
United States Magistrate Judge

APPROVED:

| s/Valerie Yanaros<br>_____<br>Valerie Yanaros, Esq.<br>Texas Bar No. 24075628<br>**Yanaros Law, P.C.**<br>5057 Keller Springs Rd, Suite 300<br>Addison, TX, 75001<br>Telephone: (512) 826-7553<br>valerie@yanaroslaw.com<br><br>**ATTORNEY FOR PLAINTIFFS** | s/Christian Clark<br>_____<br>Lenden F. Webb (SBN 236377)<br>Christian B. Clark (SBN 330380)<br>**WEBB LAW GROUP, APC**<br>466 W. Fallbrook Ave., Suite 102<br>Fresno, CA 93711<br>Telephone: (559) 431-4888<br>Facsimile: (559) 821-4500<br>Email: LWebb@WebbLawGroup.com<br>Email CClark@WebbLawGroup.com<br><br>**ATTORNEYS FOR DEFENDANTS** |