

**Corey Goode** >
Sun, 09 Dec 2018 8:16:59 AM -0600

To "Roger Richards" , "Yanaroslaw" valerie@yanaroslaw.com

Tags

Security  TLS  Learn more

**Corey Goode**
CEO: Goode Enterprise Solutions, Inc & SBA Media Enterprises, LLC
www.SphereBeingAlliance.com
www.SecretSpaceProgram.com
www.ComicDisclosure.com
www.FullDisclosureProject.org
LinkedIn: https://www.linkedin.com/in/corey-goode-7024621/

Forwarded Message
**From:** Brad Warkins <brad.warkins@gaia.com>
**To:** Jay Weidner <jay.weidner@gaia.com>; >
**Sent:** Monday, March 13, 2017 9:15 AM
**Subject:** Re Legal Doc (Goode Media Publi hing, LLC Graphic Novel Project) Confidential

This is all pretty standard language, should be fine for your needs. Thanks Corey.

Brad

Our goal is legal protection for Gaia and Goode Media Publishing, LLC (GN Company)  We currently have 29 people on this growing team. We are having all participants sign the NDA and Confidentiality Agreements.

I appreciated the advice you gave us in your last email. It was very helpful.

I wanted to float these by you to see if you had any last minute additions of your own. Protections from the Gaia perspective

I am in Hawaii with my family  I fly in to DFW on the 16th then fly to Denver on the 18th to appear on Beyond Belief on the 19th.

Please let me know if you would like to discuss anything the following Monday and Tuesday. I have those days fairly open

Thank you, both

**Corey Goode**
Goode Enterprise Solutions, Inc.
Goode Media Publishing, LLC

----- Forwarded Message -----
**From:** Roger Richards <sba.producer@gmail.com>
**To** Corey Goode
**Sent:** Friday, March 10, 2017 2:08 PM
**Subject:** Legal Docs

Attached are a couple legal docs. The Nondisclosure Agreement, a (very) basic Speaker Contract, and a Confidentiality Agreement. Also attached the 17 USC 106A reference.

Once we have reviewed and edited what we want and don't want in the contracts, We can turn these into fillable pdfs, and they can be completed online.

Roger R  Richards
**Producer**
*Corey Goode & The Sphere Being Alliance*
SphereBeingAlliance.com
ComicDisclosure.com
**(323) 741-1SBA**
 ba producer@gmail com