IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiff,

v.

ROGER RICHARDS RAMSAUR,
LEON ISAAC KENNEDY,
ADRIENNE YOUNGBLOOD,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion to Amend Scheduling Order** [#41] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#41] is **GRANTED IN PART AND DENIED IN PART**. It is **GRANTED** as to upcoming deadlines but **DENIED** to the extent it seeks to extend deadlines that have long-expired, such as the deadline to designate non-parties and to amend the pleadings, as the parties did not show good cause to extend those deadlines. The upcoming deadlines in the Scheduling Order are extended 120 days, as follows:

- Initial Expert Disclosure Deadline    **September 29, 2021**
- Supplemental Disclosure Deadline    **October 29, 2021**
- Discovery Cut-Off    **November 29, 2021**
- Dispositive Motions Deadline    **December 28, 2021**

Dated: June 1, 2021