IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                      Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

                      Defendants.

_____

**JOINT MOTION FOR PROTECTIVE ORDER**
_____

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiffs JAMES COREY GOODE, an individual, GOODE ENTERPRISE SOLUTIONS, INC., a Colorado Corporation, and Defendants ROGER RICHARDS RAMSAUR, an individual, LEON ISAAC KENNEDY, an individual, and ADRIENNE YOUNGBLOOD, an individual (collectively, "the Parties") hereby submit this Joint Motion to for Entry of Stipulated Protective Order (this "Motion").  As grounds for this Motion, the Parties state as follows:

1. The Parties anticipate that they may produce documents or divulge

information in this action that one or all of the Parties deem to be confidential. This information includes, without limitation, the Parties' and third parties' confidential business records, documents, materials, and communications.

2. Counsel for the Parties have agreed to request the Court enter an appropriate protective order to preserve the confidential nature of the documents and information at issue.

3. The Parties agreed to a proposed Stipulated Protective Order, a copy of which is attached here to Exhibit A.

WHEREFORE, for the reasons stated above, the Parties respectfully request that the Court grant this Motion and enter a Protective Order in substantial conformity with Exhibit A that is being tendered with this Motion.

DATED:  July 12, 2021                    Respectfully submitted,

| | |
|---|---|
| __/s/ Valerie Yanaros_____<br>Valerie Yanaros, Esq.<br>Texas Bar No. 24075628<br>Yanaros Law, P.C.<br>5057 Keller Springs Rd, Suite 300<br>Addison, TX, 75001<br>Telephone: (512) 826-7553<br>valerie@yanaroslaw.com<br><br>_____/s/ Christian B. Clark_____<br>Christian B. Clark, Esq.<br>California Bar No. 330380<br>WEBB LAW GROUP, APC<br>466 W. Fallbrook Avenue, Suite 102<br>Fresno, CA 92121<br>Telephone: (559) 431-4888<br>Email: CClark@WebbLawGroup.com | _____<br>**ATTORNEYS FOR DEFENDANTS**<br><br><br><br><br><br><br>**ATTORNEY FOR PLAINTIFFS** |