IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                                                Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

                                                Defendants.

_____

**NOTICE OF CHANGE OF ADDRESS OF VALERIE YANAROS**
_____

      To the Clerk of this Court and all parties of record:

      Please take notice that pursuant to D.C.COLO.LAttyR 5(c), Valerie Yanaros and Yanaros Law, P.C. hereby provide notice of a new office location and mailing address, as follows:

                                    Valerie Yanaros, Esq.
                                    Yanaros Law, P.C.
                                    8300 Douglas Avenue Suite 800
                                    Dallas, Texas 75225

A Contact Change Request has also been submitted through the Attorney Services Profile for this Court. Please update your records accordingly and serve any papers requiring physical service at the new address.

Dated: July 12, 2021                                    Respectfully submitted,

/s/ *Valerie Yanaros, Esq.*

Valerie Yanaros, Esq.
Texas Bar No. 24075628
Admitted to Practice in the District Court of Colorado
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS**