IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiff,

v.

ROGER RICHARDS RAMSAUR,
LEON ISAAC KENNEDY,
ADRIENNE YOUNGBLOOD,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion for Protective Order** [#44] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#44] is **GRANTED**. The Protective Order [#44-1] supplied by the parties is **accepted** for filing, with interlineations, and entered as an Order of the Court as of the date of this Minute Order.

    Dated: July 20, 2021