IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                                                Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

                                                Defendants.

## PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY REQUESTS

Plaintiffs hereby give notice that they served their First Requests for Production and Requests for Admission pursuant to F.R.C.P. 34 to Defendants on September 8, 2021 and September 9, 2021, respectively.

Respectfully submitted this 9th day of September, 2021.

                                                *s/ Valerie A. Yanaros*
                                                Valerie Yanaros, Esq.
                                                State Bar No. 24075628
                                                Yanaros Law, P.C.
                                                8300 Douglas Avenue Suite 800
                                                Dallas, Texas 75225
                                                Tel.: (512) 826-7553
                                                **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

The below signed certifies that Plaintiffs' First Requests for Production was served on the following counsel for Defendants on September 8, 2021 and Plaintiffs' First Requests for Admission was served on the following counsel for Defendants on September 9, 2021:

*/s Valerie A. Yanaros*
Valerie A. Yanaros

Lenden F. Webb (SBN 236377)
Christian B. Clark (SBN 330380)
**WEBB LAW GROUP, APC**
466 W. Fallbrook Ave., Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email: LWebb@WebbLawGroup.com
Email CClark@WebbLawGroup.com

Attorneys for Defendants

**PLAINTIFFS NOTICE OF SERVICE OF FIRST DISCOVERY REQUESTS**                                    2