IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00942-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                                                            Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

                                                            Defendants.

---

**JOINT MOTION TO EXTEND DEADLINE**

---

Plaintiffs JAMES COREY GOODE, an individual, GOOD ENTERPRISE SOLUTIONS, INC., a Texas Corporation, and Defendants ROGER RICHARDS RAMSAUR, an individual, LEON ISAAC KENNEDY, an individual, and ADRIENNE YOUNGBLOOD, an individual (collectively, "the Parties") hereby submit this Joint Motion to amend the Scheduling Order entered into by this honorable Court on October 8, 2020.

    **I.**      **PROCEDURAL HISTORY**

On October 8, 2020, the Honorable Judge Kristen L. Mix, United States Magistrate Judge for the District of Colorado entered a Scheduling Order in the instant matter [Docket #37]. The Scheduling Order set numerous deadlines for the instant case, including a deadline for designation of non-parties on December 1, 2020; a deadline to file motions for leave to join other parties and to amend the pleadings of December 1, 2020; a Discovery cutoff of July 30, 2021; a deadline to file dispositive motions of August 31, 2021; an initial expert designation deadline of June 1, 2021;

and a supplemental expert designation deadline of July 1, 2021. The Scheduling Order further indicated that future status conferences would be held in the matter as needed, and that a final pretrial conference would be held before the Hon. Judge Domenico on a date to be determined by the Hon. Judge Domenico. On May 25, 2021, the Parties jointly requested an extension of deadlines [Docket #41]. The Hon. Judge Mix granted the extension for 180 days making the Discovery cutoff of November 29, 2021; a deadline to file dispositive motions of December 28, 2021; an initial expert designation deadline of September 29, 2021; and a supplemental expert designation deadline of October 29, 2021 [Docket #43].

## II.     Requested Relief

The Parties have met and conferred in good faith and respectfully request that this Court extend each of the deadlines for fact discovery and dispositive motions by 60 days. Additionally, the Parties wish to move the designation of experts by 120 days in order to allow the breadth of fact discovery to occur prior to the requirement of filing their expert reports. Despite the diligence of the Parties, as a result of the ongoing COVID-19 crisis, ongoing law and motion work in the instant case, and the impacted schedules of the Parties, the Parties are not able to adequately complete expert designations by September 29, 2021 as currently required by the Scheduling Order. Also, due to Plaintiff's counsel being severely injured in a pedestrian-car hit-and-run collision in July, additional time is needed to complete fact discovery.

Additionally, there are pending motions that have not yet been resolved and—once resolved—may impact discovery. For example, on October 2, 2020, Defendants filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) [Doc. #34]. Plaintiffs filed an Opposition to the Motion to Dismiss on October 22, 2020 [Doc. #39], and Defendants filed a Reply to Plaintiffs' Opposition on November 4, 2020 [Doc. #40]. However, an Order has not yet been

entered on the Motion to Dismiss, and as a result, Defendants have not yet filed their Answer per Federal Rule of Civil Procedure 12(a)(4)(A). Further, Defendants' Answer will include Counterclaims against Plaintiffs which will be the subject of Discovery in the instant matter.

As such, for good cause the parties propose an amendment to the Scheduling Order continuing the above-listed deadlines by 60 days for fact discovery and dispositive motions and 120 days for expert designations.

### III. Conclusion

Therefore for good cause showing, the Parties jointly move the Court to amend the Honorable Judge Kristen L. Mix's Scheduling Order as described above and as follows:

a. To continue the deadlines for fact discovery and dispositive motions by 60 days, and

b. To continue the deadlines for expert designations by 120 days.

Respectfully submitted this 28th day of September, 2021.

*s/ Valerie A. Yanaros*
**Valerie Yanaros, Esq.**
State Bar No. 24075628
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Tel.: (512) 826-7553

**ATTORNEY FOR PLAINTIFFS**

*/s/   Lenden Webb*
**Lenden Webb**
WEBB LAW GROUP, APC
466 W. Fallbrook Ave., Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email CClark@WebbLawGroup.com
**Attorney for Defendants**

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I hereby certify that on September 28th, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record in this case.

By: *s/ Valerie Yanaros*
Valerie Yanaros