IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiff,

v.

ROGER RICHARDS RAMSAUR,
LEON ISAAC KENNEDY,
ADRIENNE YOUNGBLOOD,

    Defendants.

_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion to Extend Deadlines** [#50] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#50] is **GRANTED**. The Scheduling Order is amended as follows:

| | |
|---|---|
| • Initial Expert Disclosure Deadline | **January 27, 2022** |
| • Supplemental Disclosure Deadline | **February 28, 2022** |
| • Discovery Cut-Off | **January 28, 2022** |
| • Dispositive Motions Deadline | **February 28, 2022** |

    Dated: October 4, 2021