Lenden Webb, Esq. (CA SBN 236377)
Christian B. Clark, Esq. (CA SBN 330380)
**WEBB LAW GROUP, APC**
446 W. Fallbrook Avenue, Suite 102,
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email: LWebb@WebbLawgroup.com
Email: CClark@WebbLawGroup.com

Attorneys for Defendants

Valerie Yanaros, Esq. (TX SBN 24075628)
**Yanaros Law, P.C.**
5057 Keller Springs Road, Suite 300
Addison, TX 75001
Telephone: (512) 826-7553
Email: Valerie@Yanaroslaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| JAMES COREY GOODE, an individual; GOODE ENTERPRISE SOLUTIONS, INC., a Colorado Corporation;<br><br>Plaintiffs,<br><br>v.<br><br>ROGER RICHARDS RAMSAUR, an individual; LEON ISAAC KENNEDY, an individual; and ADRIENNE YOUNGBLOOD, an individual;<br><br>Defendants. | CASE NO. 1:20-cv-00947-DDD-KLM<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER** |

Plaintiffs JAMES COREY GOODE, an individual, GOOD ENTERPRISE SOLUTIONS, INC., a Colorado Corporation, and Defendants ROGER RICHARDS RAMSAUR, an individual, LEON ISAAC KENNEDY, an individual, and ADRIENNE YOUNGBLOOD, an individual (collectively, "the Parties") hereby submit this Joint Motion to amend the Scheduling Order entered into by this honorable Court on October 4, 2021.

## I. PROCEDURAL HISTORY

On October 4, 2021, the Honorable Judge Kristen L. Mix, United States Magistrate Judge for the District of Colorado entered a Minute Order in the instant matter [Docket #52]. The Minute Order set numerous deadlines for the instant case, including a deadline for initial expert disclosure on January 27, 2022; a deadline to file supplemental disclosures of February 28, 2022; a Discovery cutoff of January 28, 2022; and a dispositive motions deadline of February 28, 2022. The Minute Order set forth no other status conference dates.

## II. REQUESTED RELIEF

The Defendants respectfully and in good faith request that this Court continue each of the aforementioned deadlines by 90 days. Despite the diligence of the Defendants, they have as, as yet, been unable to file an Answer to Plaintiff's Complaint. Defendants filed a *Motion to Dismiss* on October 2, 2020 and are awaiting this Court's decision before filing their Answer. The Defendants' also have plans to file a Cross-Complaint. As a result of Defendants' plans to file an Answer and Cross-Complaint, and given that the Answer and Cross-Complaint have not yet been filed, the parties cannot yet adequately conduct Discovery. The Defendants' have further been impacted by the COVID-19 crisis, pushing back their schedules and thus are not able to adequately complete fact discovery by January 28, 2022, as currently required by the Minute Order.

On October 2, 2020, Defendants filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) [Doc. #34]. Plaintiffs filed an Opposition to the Motion to Dismiss on October 22, 2020 [Doc. #39], and Defendants filed a Reply to Plaintiffs' Opposition on November 4, 2020 [Doc. #40]. As yet, an Order has not been entered on the Motion to Dismiss, and as a result, Defendants have not yet filed their Answer per Federal Rule of Civil Procedure 12(a)(4)(A). Additionally, Defendants' Answer will include Counterclaims against Plaintiffs which will be the subject of Discovery in the instant matter.

As such, for good cause the Defendants seek a continuance of all the above-listed deadlines by 90 days.

---

**JOINT MOTION TO AMEND SCHEDULING ORDER**
- 2 -

## CONCLUSION

Therefore, for good cause showing, the Defendants move the Court to amend the Honorable Judge Kristen L. Mix's Minute Order as described above and as follows:

    a. To continue all deadlines in the matter by 90 days.

Dated: December 30, 2021                              **WEBB LAW GROUP, APC**

By */s/ Christian B. Clark*
   Lenden F. Webb
   Christian B. Clark
   Attorneys for Defendants

Dated: December 30, 2021                              **YANAROS LAW, P.C.**

By */s/ Valerie Yanaros*
   Valerie Yanaros
   Attorneys for Plaintiffs

WEBB LAW GROUP, APC
466 West Fallbrook Avenue, Suite 102
Fresno, California 93711

**CERTIFICATE OF SERVICE**

I, Christian B. Clark, am a citizen of the United States and am at least eighteen years of age. My business address is 466 W. Fallbrook Ave, Ste. 102, Fresno, CA 93711.

I am not a party to the above-entitled action. I have caused service of:

**I.   JOINT MOTION TO AMEND SCHEDULING ORDER**

along with all associated documents on all the counsel of record and interested parties by electronic email service and electronically filing the foregoing with the Clerk of the U.S. District Court using its ECF System.

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.

DATED: December 30, 2021          */s/ Christian B. Clark*
                                   **Christian Clark**
                                   WEBB LAW GROUP, APC
                                   466 W. Fallbrook Ave., Suite 102
                                   Fresno, CA 93711
                                   Telephone: (559) 431-4888
                                   FAX: (559) 821-4500
                                   Email: CClark@WebbLawGroup.com
                                   Attorney for Defendants Roger
                                   Richards Ramsaur, Leon Issac
                                   Kennedy, and Adrienne Youngblood

**WEBB LAW GROUP, APC**
466 West Fallbrook Avenue, Suite 102
Fresno, California 93711

**CERTIFICATE OF SERVICE**
- 1 -