IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiff,

v.

ROGER RICHARDS RAMSAUR,
LEON ISAAC KENNEDY,
ADRIENNE YOUNGBLOOD,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order** [#53] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#53] is **GRANTED**.  The initial expert witness disclosure deadline is extended to **April 27, 2022**.  The rebuttal expert witness disclosure deadline is extended to **May 31, 2022**.  The discovery cut-off is extended to **April 28, 2022**.  The dispositive motion deadline is extended to **May 31, 2022**.

    Dated:  February 2, 2022