IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                                                                   Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

                                                                   Defendants.

---

**JOINT MOTION FOR COURT SUPERVISED SETTLEMENT CONFERENCE**

---

Plaintiffs JAMES COREY GOODE, an individual, GOOD ENTERPRISE SOLUTIONS, INC., a Texas Corporation, and Defendants ROGER RICHARDS RAMSAUR, an individual, LEON ISAAC KENNEDY, an individual, and ADRIENNE YOUNGBLOOD, an individual (collectively, "the Parties") hereby submit this Joint Motion for Court Supervised Settlement Conference under D.C.COLO.LCIV.R 16.6 and D.C.COLO.LCIV.R 72.1(C)(1). In support of this Joint Motion, the parties state as follows:

1. On February 2, 2022, the Honorable Judge Kristen L. Mix, United States Magistrate Judge for the District of Colorado entered an Order in the instant matter [Docket #55]. The Order extended numerous deadlines for the instant case, including a deadline for initial expert disclosure on April 27, 2022; a deadline for rebuttal expert disclosure for May 31, 2022; a

Discovery cutoff of April 28, 2022; and a dispositive motions deadline of May 31, 2022. The Minute Order set forth no other status conference dates.

2. The Parties have engaged in some discovery and settlement negotiations related to the instant matter but believe a court-supervised mediation may facilitate settlement discussions.

3. The Parties believe that alternative dispute resolution before a Magistrate Judge would be helpful in this case and at this time. Although the Parties are mindful of this Court's limited resources and understand that court-administered settlement conferences are no longer standard practice, the Parties believe that the authority of the Court, exercised through a Magistrate Judge, will significantly help the Parties bridge the gap that existed in previous settlement efforts.

4. A settlement conference should not affect any current deadlines in this case.

WHEREFORE, the Parties respectfully request that this Court schedule a settlement conference at its convenience.

Respectfully submitted this 7th day of February, 2022.

*s/ Valerie A. Yanaros*
**Valerie Yanaros, Esq.**
State Bar No. 24075628
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Tel.: (512) 826-7553

**ATTORNEY FOR PLAINTIFFS**

*/s/ Christian Clak*
**Christian Clark, Esq.**
WEBB LAW GROUP, APC
466 W. Fallbrook Ave., Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email CClark@WebbLawGroup.com
**Attorney for Defendants**

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th of February, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record in this case.

By:  *s/ Valerie Yanaros*
Valerie Yanaros