Lenden F. Webb (SBN 236377)
Christian B. Clark (SBN 330380)
**WEBB LAW GROUP, APC**
466 W. Fallbrook Ave., Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email: LWebb@WebbLawGroup.com
Email CClark@WebbLawGroup.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| JAMES COREY GOODE, and GOODE ENTERPRISE SOLUTIONS INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY AND ADRIENNE YOUNGBLOOD; <br><br> Defendants. | Case No.: 1:20-CV-00947 <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION TO AMEND SCHEDULING ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants ROGER RICHARDS RAMSAUR, an individual, LEON ISAAC KENNEDY, an individual, and ADRIENNE YOUNGBLOOD, an individual (collectively, "Defendants") hereby submit this Motion to Amend the Scheduling Order entered into by this Court on February 2, 2022. The instant motion is based upon Federal Rule of Civil Procedure 30(d)(1), the District Court of Colorado's Local Civil Rules 16.1, 16.2, and 26.1, this notice of motion, memorandum of points and authorities, the declaration of Christian B. Clark, all filed herewith in support of this motion, as well as the documents filed in this action, and any other material presented in any opposition, reply, and/or oral argument.

///

///

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO AMEND SCHEDULING ORDER**
- 1 -

## I. PROCEDURAL HISTORY

On October 2, 2020, Defendants filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) [Doc. #34]. Plaintiffs filed an Opposition to the Motion to Dismiss on October 22, 2020 [Doc. #39], and Defendants filed a Reply to Plaintiffs' Opposition on November 4, 2020 [Doc. #40]. As yet, an Order has not been entered on the Motion to Dismiss, and as a result, Defendants have not yet filed their Answer per Federal Rule of Civil Procedure 12(a)(4)(A). Additionally, Defendants' Answer will include Counterclaims against Plaintiffs which will be the subject of Discovery in the instant matter, and which relate back to the original Complaint filed in this matter per FRCP 13(a)(1)(A) and FRCP 15.

On February 2, 2022, the Honorable Judge Kristen L. Mix, United States Magistrate Judge for the District of Colorado entered a Minute Order in the instant matter [Docket #55]. The Minute Order set numerous deadlines for the instant case, including a deadline for initial expert disclosure on April 27, 2022; a deadline to file rebuttal expert witness disclosure of February 28, 2022; a Discovery cutoff of April 28, 2022; and a dispositive motions deadline of May 31, 2022. The Minute Order set forth no other status conference dates.

## II. REQUESTED RELIEF

Defendants respectfully and in good faith request that this Court continue each of the aforementioned deadlines by 180 days. Despite the diligence of the Parties, they have as, as yet, been unable to file an Answer to Plaintiffs' Complaint. Defendants filed a *Motion to Dismiss* on October 2, 2020, and are awaiting this Court's decision before filing their Answer – which includes numerous counterclaims that relate back to Plaintiffs' Complaint. Presently, the Parties have been attempting to schedule depositions, however Defendants' counsel currently have two (2) trials scheduled to take place during the month of April that were scheduled after this Court's February 2, 2022 order. Additionally, the Parties themselves have impacted schedules in the upcoming month and are unable to complete Discovery by April 28, 2022. Counsel for Defendants have proposed and noticed deposition dates in May, which may likely move into June and July due to the Parties' impacted schedules. Furthermore, both Parties have

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO AMEND SCHEDULING ORDER**
- 2 -

propounded written discovery, and Defendants just received Plaintiffs' first set of responses to discovery on Friday April 8, 2022 and are currently reviewing said responses. However, Defendants' initial review of Plaintiffs' responses has revealed some issues upon which Defendants intend to meet and confer with Plaintiffs (Declaration of Christian B. Clark ("Decl. of CBC") ¶ 13).

### III. THE PARTIES HAVE MET AND CONFERRED CONCERNING THE INSTANT MOTION

As described in detail in the *Declaration of Christian B. Clark* submitted concurrently herewith, Defendants' counsel has attempted to meet and confer with Plaintiffs' counsel concerning the instant motion since March 2022 (Decl. of CBC ¶ 7). While the Parties initially seemed to agree to submit the instant motion jointly, and issue has arisen concerning the timing, location, and cadence of the depositions of the Parties (Decl. of CBC ¶ 6-12). Plaintiffs wish to take the depositions of Defendants in-person, which is apparently not possible before the close of the April 28, 2022 fact discovery deadline given the trial schedules of both Plaintiffs' counsel and Defendants' counsel, and given Plaintiffs' schedule (Decl. of CBC ¶ 6-12). Defendants' counsel's trials were set in unrelated matters after this Court's amended Scheduling Order was entered. Further, Defendants have noticed deposition dates on April 26, 27, and 28 which are unfortunately not possible due to Plaintiffs' counsel's trial schedule (Decl. of CBC 6-12). Defendants request the instant extension in order to give the Parties additional time to meet and confer on the timing and cadence of depositions, and to successfully complete fact discovery before the current fact discovery deadline.

### IV. GOOD CAUSE EXISTS TO GRANT THE INSTANT MOTION AS DEFENDANTS' ANSWER AND COUNTERCLAIMS HAVE NOT YET BEEN FILED

Further, Defendants intend to file an Answer that contains Counterclaims which relate back to Plaintiffs' Complaint. Given that these documents have not yet been filed, the Parties cannot yet adequately complete fact Discovery concerning all their claims and defenses by

April 28, 2022. This is further problematized due to the fact that Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), filed on October 2, 2020, has not yet been ruled on by this Court [Doc. #34].

If the Parties are required to complete fact discovery before this motion is ruled on, the Parties will not be able to tailor discovery to all of the claims and defenses asserted in the action. (Decl. of CBC 6-12). Conducting depositions prior to the filing of the Answer and Counterclaims will likely require the Parties to take multiple depositions of each deponent in violation of Federal Rule of Civil Procedure 30(d)(1), as the Parties will not be able to tailor discovery to all of the pleadings in the action. (Decl. of CBC 11-12). For example, the presently noticed deposition dates of Defendants on April 26, 27 and 28 (*dates on which Defendants' counsel is not available*) will theoretically be taken before Plaintiffs have even seen Defendants' Answer and Counterclaims (Decl. of CBC 10-12). Further, Defendants will be unable to depose Plaintiffs concerning their affirmative defenses to Defendants' Counterclaims if the Motion to Dismiss is not ruled upon, and the Answer and Counterclaims are not filed before the depositions take place (Decl. of CBC 10-14).

As such, for good cause Defendants seek a continuance of all the above-listed deadlines by 180 days so that the Parties may fully and completely conduct discovery in this matter concerning each of their claims and defenses.

## **CONCLUSION**

Therefore, for good cause showing, the Defendants move the Court to amend the Honorable Judge Kristen L. Mix's Scheduling Order as described above and as follows:

a. To continue all deadlines in the matter by 180 days.

Dated: April 11, 2022                    **WEBB LAW GROUP, APC**


                                         By /s/ *Christian B. Clark*
                                             Lenden F. Webb
                                             Christian B. Clark
                                             Attorneys for Defendants

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO AMEND SCHEDULING ORDER**
- 4 -

# CERTIFICATE OF SERVICE

I, Mary Grace Di Ramos Chow, am a citizen of the United States and am at least eighteen years of age. My business address is 10509 Vista Sorrento Pkwy., Suite 450, San Diego, CA 92121.

I am not a party to the above-entitled action. I have caused service of:

  I.   MOTION TO AMEND SCHEDULING ORDER
  II.  MOTION TO AMEND SCHEDULING ORDER – DECLARATION OF CHRISTIAN B. CLARK

along with all associated documents on all the counsel of record and interested parties by electronic email service and electronically filing the foregoing with the Clerk of the U.S. District Court using its CM/ECF System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: April 11, 2022

_____
Mary Grace D. Chow