Lenden F. Webb (SBN 236377)
Christian B. Clark (SBN 330380)
**WEBB LAW GROUP, APC**
466 W. Fallbrook Ave., Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email: LWebb@WebbLawGroup.com
Email CClark@WebbLawGroup.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

JAMES COREY GOODE, and GOODE
ENTERPRISE SOLUTIONS INC.,

               Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON
ISAAC KENNEDY AND ADRIENNE
YOUNGBLOOD;

               Defendants.

**Case No.: 1:20-CV-00947**

**DECLARATION OF CHRISTIAN B. CLARK IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER**

I, Christian B. Clark, declare as follows:

1.   I am an attorney at law duly licensed to practice before all Courts in the State of California, and the United States District Court, District of Colorado, and counsel of record for Defendants Roger Richards Ramsaur, Leon Isaac Kennedy, and Adrienne Youngblood. I have personal knowledge regarding the contents of this declaration, and if called as a witness at trial, I would, and could, competently testify as to its contents.

**DECLARATION OF CHRISTIAN B. CLARK IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER**

- 1 -

**WEBB LAW GROUP, APC**
466 West Fallbrook Avenue, Suite 102
Fresno, California 93711

2.   This declaration is submitted in support of Defendants' Motion to Amend this Court's Scheduling Order entered on February 2, 2022 [Docket #55].

3.   On October 2, 2020, Defendants filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) [Doc. #34]. Plaintiffs filed an Opposition to the Motion to Dismiss on October 22, 2020 [Doc. #39], and Defendants filed a Reply to Plaintiffs' Opposition on November 4, 2020 [Doc. #40]. As yet, an Order has not been entered on the Motion to Dismiss, and as a result, Defendants have not yet filed their Answer per Federal Rule of Civil Procedure 12(a)(4)(A).

4.   Additionally, Defendants' Answer will include Counterclaims against Plaintiffs which will be the subject of Discovery in the instant matter, and which relate back to the original Complaint filed in this matter per FRCP 13(a)(1)(A) and FRCP 15.

5.   Despite the diligence of the Parties, they have as, as yet, been unable to file an Answer to Plaintiffs' Complaint. Defendants filed a *Motion to Dismiss* on October 2, 2020, and are awaiting this Court's decision before filing their Answer – which includes numerous counterclaims that relate back to Plaintiffs' Complaint.

6.   Presently, the Parties have been attempting to schedule depositions, however Defendants' counsel currently have two (2) trials scheduled to take place during the month of April that were scheduled after this Court's February 2, 2022 order.

7.    Defendants' counsel has attempted to meet and confer with Plaintiffs' counsel concerning the instant motion via a telephone conference on March 21, 2022 and numerous email correspondences since March 2022 (*a true and correct copy of the email correspondences between counsel concerning the instant motion, and scheduling of depositions, is attached hereto as Exhibit "1" and is incorporated herein by reference*).

8.   While the Parties initially seemed to agree to submit the instant motion jointly, and issue has arisen concerning the timing, location, and cadence of the depositions of the Parties. Plaintiffs wish to take the depositions of Defendants in-person, which is apparently not possible

**WEBB LAW GROUP, APC**
466 West Fallbrook Avenue, Suite 102
Fresno, California 93711

**DECLARATION OF CHRISTIAN B. CLARK IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER**

- 2 -

before the close of the April 28, 2022 fact discovery deadline given the trial schedules of both Plaintiffs' counsel and Defendants' counsel, and the schedule of Plaintiffs.

9.  Defendants further wish to schedule the depositions of all Parties sequentially such that one Defendant is deposed first, followed by the Deposition of Plaintiffs, followed thereafter by the depositions of the remaining Defendants. Plaintiffs' counsel, however, asserts that Plaintiffs are entitled to take the depositions of all three (3) Defendants before any of Plaintiffs' depositions can be taken – despite that Defendants have been requesting available deposition dates since November 2021, and despite that Defendants noticed the depositions of Plaintiffs first.

10. Defendants have noticed deposition dates on April 26, 27, and 28 which are unfortunately not possible due to Plaintiffs' counsel's trial schedule.

11. If the Parties are required to complete fact discovery before this motion is ruled on, the Parties will not be able to tailor discovery to all of the claims and defenses asserted in the action. Conducting depositions prior to the filing of the Answer and Counterclaims will likely require the Parties to take multiple depositions of each deponent in violation of Federal Rule of Civil Procedure 30(d)(1), as the Parties will not be able to tailor discovery to all of the pleadings in the action. For example, the presently noticed deposition dates of Defendants on April 26, 27 and 28 (*dates on which Defendants' counsel is not available*) will theoretically be taken before Plaintiffs have even seen Defendants' Answer and Counterclaims. This will also cause additional unnecessary cost and expense in an action where the litigants and counsel all reside in different states.

12. Further, Defendants will be unable to depose Plaintiffs concerning their affirmative defenses to Defendants' Counterclaims if the Motion to Dismiss is not ruled upon, and the Answer and Counterclaims are not filed, before the depositions take place.

13. Defendants just received Plaintiffs' responses to Defendants' first set of discovery requests on April 8, 2022, and although review is ongoing, it appears as though there may be some issues on which the Parties will need to meet and confer. For example, Plaintiffs'

---

**DECLARATION OF CHRISTIAN B. CLARK IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER**

Responses to Requests for Production, Set One (1) references a supplemental production, but no such production has been received by Defendants' counsel. Further, the responses do not list which documents from the apparent supplemental production are responsive to which request from the Requests for Production, Set One (1) as required under the Federal Rules of Civil Procedure.

14. Based on the foregoing, good cause exists to support the instant motion to continue all deadlines by at least 180 days, such that the Parties may be able to continue to meet and confer concerning the timing, location, and cadence of depositions, and to allow this Court further time to rule on Defendants' Motion to Dismiss.

I declare under penalty of perjury that the foregoing is true and correct and that if called to testify thereto, I could and would competently do so.

Dated: April 11, 2022                                        **WEBB LAW GROUP, APC**

By_____
Lenden F. Webb
Christian B. Clark
Attorneys for Defendants

**DECLARATION OF CHRISTIAN B. CLARK IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER**

# EXHIBIT 1

| | |
|---|---|
| **Subject:** | Re: Youngblood - Response to Request for Production of Documents; Special Interrogatories; Requests for Admissions; Production of Documents; Special Interrogatories |
| **Date:** | Wednesday, April 6, 2022 at 3:18:50 PM Pacific Daylight Time |
| **From:** | yanaroslaw |
| **To:** | Christian Clark |
| **CC:** | Lenden Webb, admin, Raza Khan, Mary Grace Chow |
| **Attachments:** | Deposition Notice -KENNEDY.pdf, Deposition Notice -RICHARDS.pdf, Deposition Notice - YOUNGBLOOD.pdf |

Good afternoon, counsel:

Understood—we can discuss the allegations with the witnesses at their depos, we understand you are the messenger.

We asked for depo dates of your clients in my November 20 deficiency letter and first received requests for dates from your side in January. Further, I provided that my clients were available for depos April 18 and 19 in my March 8 email.

April 13 will not work for me for an in-person depo in San Diego. Our original agreement was to take any depositions remotely. When defendants changed their position so that they would be taking the depositions in person--after we had agreed on some dates for what we presumed to be remote depos--it makes sense that my clients want in-person as well. Per your own statement, doing the depositions piecemeal when juggling travel is not ideal. I will notice Mrs. Youngblood, Mr. Kennedy, Mr. Richards for April 26th through the 28th at your office in San Diego.

Defendants have had two years now to vet plaintiffs' claims. Defendants have not filed any claims at all. It only makes sense for plaintiffs to take defendants' depositions first. If there is some compelling reason, other than some amorphous (and baseless) allegation that the defendants think that the plaintiffs in this case will not show up for their depositions (in the case that plaintiffs filed), then please let me know.

With regard to extensions, I was referring to extensions on the discovery deadlines. I noted at the beginning of this litigation that I was always open to reasonable extensions on production. What we do not want to happen is for the trial date to get moved back. That being said, I believe Judge Mix would appreciate both sides to work together and to come up with a set schedule.

As I stated before, I have a two-week trial in the northern district of Texas starting May 16 and a pre-trial conference for that trial starting on the 9th that may run over to the 10th. We are amenable to a brief extension of the discovery deadlines in order for defendants to file their counter claims as long as the agreement is in place that plaintiffs may go first in their depositions, which is the normal order of course in all of the federal lawsuits that I have litigated.

We still intend to work with defendants instead of bringing this in front of the court, however we are prepared to do so if necessary. I have attached deposition notices for the defendants for the 26th through the 28th. I am traveling and have hearings and a short trial up until those dates. If my trial on the 16th gets moved, which I do not think it will, then plaintiffs may be available for depositions on the dates your office noticed (I am still waiting to hear back from the clients). We are fine with taking the corporate rep depositions of Mrs. Youngblood's and Mr. Kennedy's companies until after their depositions are taken in a show of good faith.

Please advise. I am open to a call to discuss.

All the best,
Val

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Wed, 06 Apr 2022 11:00:16 -0500 Christian Clark<CClark@webblawgroup.com> wrote ----

Hello counsel,

That's not what I am saying. Please see my most recent email:

"Regardless, I understand that our clients have had direct conversations with Mr. Goode about depositions in the past where he has expressed his unwillingness to attend. Further, I understand that there may have been similar discovery issues in the *Gaia* matter. However, even if my clients are mistaken on this point, it makes logical sense to stagger depositions between the Parties. We disagree that because you emailed our office concerning dates first, you are entitled to take three (3) depositions before we take one (1). If we cannot agree on this matter we will need to seek the court's assistance on this item."

Sincerely,

Christian B. Clark, Esq.
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**

466 W. Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399-7700
Phone: (559) 431-4888
Direct: (858) 258-9313
Fax:     (619) 819-8400
Mail: CClark@WebbLawGroup.com
Website: www.WebbLawGroup.com

*Notice of Confidentiality*: This confidential E-mail is from a law firm. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** yanaroslaw <valerie@yanaroslaw.com>
**Date:** Wednesday, April 6, 2022 at 8:57 AM
**To:** Christian Clark <CClark@webblawgroup.com>
**Cc:** Lenden Webb <LWebb@webblawgroup.com>, admin <admin@yanaroslaw.com>, Raza Khan <RKhan@webblawgroup.com>, Mary Grace Chow <MChow@webblawgroup.com>
**Subject:** Re: Youngblood - Response to Request for Production of Documents; Special Interrogatories; Requests for Admissions; Production of Documents; Special Interrogatories

Good morning Mr. Clark:

Just to be crystal clear, are you now saying that you do not have one instance that my clients have not shown up for a deposition? That was simply made up based on conjecture? Your email stated:

"We further understand that your client has failed to appear at depositions in some prior unrelated matters"

and Mr. Webb's:

"As you may know, your client has a history of not appearing at depositions, so we want to take his deposition second"

These accusations were purely made up and simply not true?

Valerie Yanaros, Esq.
Yanaros Law, P.C.

8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Wed, 06 Apr 2022 09:18:38 -0500 Christian Clark<CClark@webblawgroup.com> wrote ----

Good morning Ms. Yanaros,

As you know, Defendants have also requested available deposition dates from Plaintiffs since last year. Please correct me if I am wrong – but to date we have not received any available dates from your office. By contrast, our office has provided numerous sets of available dates for the depositions of Defendants ( *e.g. April 13 for Youngblood, May 30 for Richards, May 31 for Kennedy),* and have agreed to work with you concerning the location of said depositions (*see my email from April 4, 2022 at 9:20AM*). All that being said, we haven't received a Notice.

We similarly have accommodated all of Plaintiffs' requests for discovery extensions (*your recent request from March 23, 2022*), and have no control over the when the Court will rule on Defendants' *Motion to Dismiss.* The current and prior proposals to extend deadlines in the case make logical sense given that we haven't yet advanced past the Pleadings stage. It's beneficial to both Parties given that neither the *Answer* nor the *Counterclaims* have been filed yet.

Regardless, I understand that our clients have had direct conversations with Mr. Goode about depositions in the past where he has expressed his unwillingness to attend. Further, I understand that there may have been similar discovery issues in the *Gaia* matter. However, even if my clients are mistaken on this point, it makes logical sense to stagger depositions between the Parties. We disagree that because you emailed our office concerning dates first, you are entitled to take three (3) depositions before we take one (1). If we cannot agree on this matter we will need to seek the court's assistance on this item.

As previously discussed, Ms. Youngblood is available for her deposition on April 13, 2022 to kick things off at our San Diego office.

**STIPULATION**
Lastly, if you are not amenable to stipulating to continue the fact discovery deadline at this time, we will simply proceed with filing the request as a regular motion. Alternatively, perhaps it would be beneficial to request some kind of discovery stay from the Court so that all parties can finalize fact discovery once the *Answer* and *Counterclaims* have been filed. Otherwise, we risk having to duplicate efforts or conduct multiple depositions of the same witness.

Please advise by close of business as to your thoughts concerning the fact discovery deadline.


Sincerely,

Christian B. Clark, Esq.
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**
466 W. Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399-7700
Phone: (559) 431-4888
Direct: (858) 258-9313
Fax:     (619) 819-8400
Mail: CClark@WebbLawGroup.com
Website: www.WebbLawGroup.com

*Notice of Confidentiality*: This confidential E-mail is from a law firm. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** yanaroslaw <valerie@yanaroslaw.com>
**Date:** Monday, April 4, 2022 at 8:25 PM
**To:** Lenden Webb <LWebb@webblawgroup.com>

**Cc:** Christian Clark <CClark@webblawgroup.com>, admin <admin@yanaroslaw.com>, Raza Khan <RKhan@webblawgroup.com>, Mary Grace Chow <MChow@webblawgroup.com>
**Subject:** Re: Youngblood - Response to Request for Production of Documents; Special Interrogatories; Requests for Admissions; Production of Documents; Special Interrogatories

I look forward to receiving this information.

Regardless, plaintiffs have been asking for dates for defendants' depositions since last year and have accommodated all of defendants' requests for extension. Defendants premise their requests for extension based on their pending motion to dismiss *one* of plaintiffs' multiple claims. They have not provided any information—despite plaintiffs' requests—on what any alleged counterclaims may be. Plaintiffs will take depositions first because they asked for them first. That is how it works. Defendants never requested any depos from plaintiffs until plaintiffs asked if defendants planned on taking plaintiffs' depos in order to comply with the scheduling order in place at the time.

If defendants will not agree to this then we will move forward with getting depos done prior to the close of discovery. My clients *will* be in attendance for their depos… either (1) in order to respond to defendants' counterclaims, or (2) after defendants' depos if defendants do not file any counterclaims. Even if—which, is highly doubtful and defendants admittedly have no evidence—my clients have ever not shown up for some alleged depo, you have my word they will be there. If they don't show up you are well aware their failure to attend their depositions could condemn their case to severe sanctions, including dismissal and attorneys fees.

We look forward to your rule 11 agreement that you will work with plaintiffs with the scheduling as it as gone from the beginning—plaintiffs taking defendants' depos first—and we can get the motion finalized and in front of the court in due course.

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Mon, 04 Apr 2022 21:23:31 -0500 Lenden Webb<LWebb@webblawgroup.com> wrote ----

I will ask Mr. Clark to find out more about this. Whatever the case, I think you going first with one of our clients, then your client being deposed followed by our other 2 clients, makes a good deal of sense.

Sincerely,

Lenden F. Webb
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**
466 W. Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399-7700
Phone: (559) 431-4888
Fax:     (619) 819-8400
Email:  LWebb@WebbLawGroup.com
Website: www.WebbLawGroup.com

***NOTICE OF CONFIDENTIALITY:*** This confidential E-mail is from a law firm. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** yanaroslaw <valerie@yanaroslaw.com>
**Date:** Monday, April 4, 2022 at 6:11 PM
**To:** LFW Work <LWebb@webblawgroup.com>
**Cc:** Christian Clark <CClark@webblawgroup.com>, admin <admin@yanaroslaw.com>, Raza Khan <RKhan@webblawgroup.com>, Mary Grace Chow <MChow@webblawgroup.com>
**Subject:** Re: Youngblood - Response to Request for Production of Documents; Special Interrogatories; Requests for Admissions; Production of Documents; Special Interrogatories

Mr. Webb,

Can you please provide the basis for this allegation?

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---

---- On Mon, 04 Apr 2022 18:00:14 -0500 **Lenden Webb** <**LWebb@webblawgroup.com**> wrote ----

Hi Ms. Yanaros,

As you may know, your client has a history of not appearing at depositions, so we want to take his deposition second, after one of our clients' depositions.

Sincerely,

Lenden F. Webb
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**
466 W. Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399.7700
Phone: (559) 431.4888
Fax:      (619) 819.8400
Email: LWebb@WebbLawGroup.com
Website: www.WebbLawGroup.com

***NOTICE OF CONFIDENTIALITY:*** This confidential E-mail is from a law firm. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** yanaroslaw <valerie@yanaroslaw.com>
**Date:** Monday, April 4, 2022 at 12:35 PM
**To:** Christian Clark <CClark@webblawgroup.com>
**Cc:** admin <admin@yanaroslaw.com>, LFW Work <LWebb@webblawgroup.com>, Raza Khan <RKhan@webblawgroup.com>, Mary Grace Chow <MChow@webblawgroup.com>
**Subject:** Re: Youngblood - Response to Request for Production of Documents; Special Interrogatories; Requests for Admissions; Production of Documents; Special Interrogatories

Good afternoon, Mr. Clark:

Can we schedule a call to discuss? I think it would be easier to have a set schedule to approach the court with--I know your firm has upcoming trial as well as mine and it would serve everyone to have an agreed schedule. Are you available tomorrow afternoon? I think we are ok with the below as long as we agree we can take defendants' depos first.

Thank you!
Val

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---

---- On Mon, 04 Apr 2022 09:20:56 -0500 **Christian Clark <CClark@webblawgroup.com>** wrote ----

Good morning,

We are happy to have our clients' depositions in person within statutory limits. Alternatively, we would waive the location requirement if you would agree to use our conference rooms in San Diego for the depositions. Concerning timing, as I mentioned in my prior email, we would prefer to specially set all the depositions rather than schedule them piecemeal.

Sincerely,

Christian B. Clark, Esq.
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**
466 W. Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399-7700
Phone: (559) 431-4888
Direct: (858) 258-9313
Fax:     (619) 819-8400
Mail: CClark@WebbLawGroup.com
Website: www.WebbLawGroup.com

*Notice of Confidentiality*: This confidential E-mail is from a law firm. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** yanaroslaw <valerie@yanaroslaw.com>
**Date:** Thursday, March 31, 2022 at 1:40 PM
**To:** Christian Clark <CClark@webblawgroup.com>
**Cc:** admin <admin@yanaroslaw.com>,

Lenden Webb
<[LWebb@webblawgroup.com](mailto:LWebb@webblawgroup.com)>, Raza Khan
<[RKhan@webblawgroup.com](mailto:RKhan@webblawgroup.com)>, Mary
Grace Chow
<[MChow@webblawgroup.com](mailto:MChow@webblawgroup.com)>
**Subject:** Re: Youngblood - Response to
Request for Production of Documents;
Special Interrogatories; Requests for
Admissions; Production of Documents;
Special Interrogatories

Counsel, that wasn't the agreement—if that is the
case we will take defendants' depositions in person
as well.

In the same vein, we have been requesting dates for
defendants' depositions since last year. We will take
defendants' depositions first. Maybe by the time we
are done with those depositions, Defendants' will
have their counterclaims filed and we can litigate
those appropriately.

I can take Richard's and Kennedy's depositions on
the dates requested for my clients at the end of
April.

I'll send out notices after I'm done with the depo I'm
currently in.

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
**\*Please note new address.**

**Confidentiality Notice:** The information contained in
this email and any attachments may be privileged
and confidential. Any dissemination, copying, or use
of or reliance upon such information by or to anyone
other than the intended recipient[s] is prohibited. If
you have received this message in error, please
notify the sender immediately at the email address
above and destroy any and all copies of this
message.

---- On Thu, 31 Mar 2022 15:17:10 -0500 Christian
Clark<[CClark@webblawgroup.com](mailto:CClark@webblawgroup.com)> wrote ----

Good afternoon,

We would intend to take the depositions of Mr. Goode and GES in person.

Sincerely,

Christian B. Clark, Esq.
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**
466 W. Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399-7700
Phone: (559) 431-4888
Direct: (858) 258-9313
Fax:    (619) 819-8400
Mail: CClark@WebbLawGroup.com
Website: www.WebbLawGroup.com

*Notice of Confidentiality*: This confidential E-mail is from a law firm. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** yanaroslaw <valerie@yanaroslaw.com>
**Date:** Thursday, March 31, 2022 at 1:09 PM
**To:** Christian Clark <CClark@webblawgroup.com>
**Cc:** admin <admin@yanaroslaw.com>, Lenden Webb <LWebb@webblawgroup.com>, Raza Khan <RKhan@webblawgroup.com>, Mary Grace Chow <MChow@webblawgroup.com>

**Subject:** Re: Youngblood - Response to Request for Production of Documents; Special Interrogatories; Requests for Admissions; Production of Documents; Special Interrogatories

Good afternoon, counsel:

I'm in depos today and will respond anon, but can you please clarify which depositions you believe are going to be in person? I believe all will be taken remotely per our agreement.

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Thu, 31 Mar 2022 14:58:16 -0500 Christian Clark<CClark@webblawgroup.com> wrote ----

Good afternoon counsel,

We would like to have dates

certain for all the deposition rather than putting scheduling "piecemeal." As I am sure you understand, we have to take care of airfare, hotels, and transportation for the in-person depositions in Colorado. Further, although the depositions of Ms. Youngblood, Mr. Richards, and Mr. Kennedy are to be taken remotely, our clients will be traveling to our office on those dates and similarly must make arrangements. This is a matter to be taken seriously and we want to ensure that the dates for the depositions of Goode and GES are specially set for both you and your client.

We further understand that your client has failed to appear at depositions in some prior unrelated matters, and have some concerns regarding scheduling based thereon. With that in mind, I'd propose that we get the **attached** filed as soon as possible so that we may begin scheduling specially set dates for all parties in June, and July.

Please forward any proposed edits or revisions by 2:00PM (PST) tomorrow (April 1, 2022), and we can get the *Joint Motion* filed immediately.

Sincerely,

Christian B. Clark, Esq.
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450

San Diego, CA 92121

**Fresno Office**
466 W. Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399-7700
Phone: (559) 431-4888
Direct: (858) 258-9313
Fax:     (619) 819-8400
Mail: CClark@WebbLawGroup.com
Website: www.WebbLawGroup.com

*Notice of Confidentiality*: This confidential
E-mail is from a law firm. It is covered by the
Electronic Communications Privacy Act, 18
U.S.C. Sections 2510-2521 and is legally
privileged. If you received this transmission
in error, please reply to the sender to advise
of the error and delete this transmission and
any attachments.

---

**From:** Christian Clark
<CClark@webblawgroup.com
>
**Date:** Wednesday, March 30,
2022 at 7:36 AM
**To:** yanaroslaw
<valerie@yanaroslaw.com>
**Cc:** admin
<admin@yanaroslaw.com>,
Lenden Webb
<LWebb@webblawgroup.com
>, Raza Khan
<RKhan@webblawgroup.com
>, Mary Grace Chow
<MChow@webblawgroup.com
>
**Subject:** Re: Youngblood -
Response to Request for
Production of Documents;
Special Interrogatories;
Requests for Admissions;

Production of Documents;
Special Interrogatories

Good morning counsel,

Understood – we will hold the 4/13, 5/30, and 5/31 dates at this time. As soon as possible, please provide alternative dates for Goode/GES in May or late April depending on their availability.

Concerning the counterclaims, they arise from the same transaction or occurrence that is the subject of the instant matter per Rule 13(a)(1)(A) and would related back to the initial pleading filed in this matter (*the Complaint*) for purpose of calculating applicable statute of limitations under Rule 15(c).

All that being said, we certainly are open to trying to get the Court to move things along. We will discuss the motion route suggested in your prior email and get back to you.

Sincerely,

Christian B. Clark, Esq.
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**
466 W. Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399-7700
Phone: (559) 431-4888

Direct: (858) 258-9313
Fax:     (619) 819-8400
Mail: CClark@WebbLawGroup.com
Website: www.WebbLawGroup.com

*Notice of Confidentiality*: This confidential
E-mail is from a law firm. It is covered by the
Electronic Communications Privacy Act, 18
U.S.C. Sections 2510-2521 and is legally
privileged. If you received this transmission
in error, please reply to the sender to advise
of the error and delete this transmission and
any attachments.

---

**From:** yanaroslaw
<valerie@yanaroslaw.com>
**Date:** Tuesday, March 29,
2022 at 6:49 PM
**To:** Christian Clark
<CClark@webblawgroup.com
>
**Cc:** admin
<admin@yanaroslaw.com>,
Lenden Webb
<LWebb@webblawgroup.com
>, Raza Khan
<RKhan@webblawgroup.com
>, Mary Grace Chow
<MChow@webblawgroup.com
>
**Subject:** Re: Youngblood -
Response to Request for
Production of Documents;
Special Interrogatories;
Requests for Admissions;
Production of Documents;
Special Interrogatories

Thank you, Mr. Clark--we can
confirm Ms. Youngblood's depo for
4/13. I'm set for a 2-week trial on
5/16 in the Northern District of
Texas, pretrial set for 5/9. My clients

will be filming various projects starting the end of April through the beginning of May. For now please hold 5/30 and 5/31 for Richards and Kennedy. Are Defendants planning on moving the Court to decide the MTD? At this point I'm not sure what counterclaims would still be available to Defendants within the statute of limitations but perhaps filing a motion to enter those counterclaims once the MTD has been decided would move things along. Thanks so much!

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---

---- On Fri, 25 Mar 2022 10:09:04 -0500 **Christian Clark <CClark@webblawgroup.com>** wrote ----

Good morning Ms. Yanaros,

Sorry for the confusion on scheduling – our office has three (3) trials currently on calendar for April and are attempting to juggle everything into place.

Here are my update proposals regarding dates:

- Deposition of Ms. Youngblood on April 11 or 13;
- Deposition of Mr. Goode on May 10;
- Deposition of 30(b)(6) of GES on May 11;
- Deposition of Mr. Kennedy on May 16, or 31
- Deposition of Mr. Richards on May 30, or 31

Concerning the depositions of Mr. Goode and GES, we have conferred with our clients and would like to take the depositions **in person**. As such, having the dates back to back may help since it will reduce travel time,

and associated costs/expense, to Colorado. This proposal is obviously contingent on amending the current scheduling order, but I think we should have no problem doing so considering that the Answer/Counterclaims have not yet been filed.

Please advise as to your thoughts and whether the foregoing dates work for your schedule.

Sincerely,

Christian B. Clark, Esq.
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**
466 W. Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399-7700
Phone: (559) 431-4888
Direct: (858) 258-9313
Fax:    (619) 819-8400
Mail: CClark@WebbLawGroup.com
Website: www.WebbLawGroup.com

*Notice of Confidentiality*: This confidential E-mail is from a law firm. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** Christian Clark <CClark@webblawgroup.com>
**Date:** Thursday, March 24, 2022 at 12:08 PM
**To:** yanaroslaw <valerie@yanaroslaw.com>
**Cc:** admin <admin@yanaroslaw.com>, Lenden Webb <LWebb@webblawgroup.com>, Raza Khan <RKhan@webblawgroup.com>, Mary Grace Chow <MChow@webblawgroup.com>
**Subject:** Re: Youngblood - Response to Request for Production of Documents; Special Interrogatories; Requests for Admissions; Production of Documents; Special Interrogatories

Good morning Ms. Yanaros,

I understand that our office just had a trial

scheduled for April 12, 2022, and as such that date will no longer work for Ms. Youngblood's deposition. Please check your availability for the other dates I proposed, and I will circle back promptly with some new proposals for Ms. Youngblood's deposition.

Sincerely,

Christian B. Clark, Esq.
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**
466 W. Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399-7700
Phone: (559) 431-4888
Direct: (858) 258-9313
Fax:     (619) 819-8400
Mail: CClark@WebbLawGroup.com
Website: www.WebbLawGroup.com

*Notice of Confidentiality*: This confidential E-mail is from a law firm. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** yanaroslaw <valerie@yanaroslaw.com>
**Date:** Thursday, March 24, 2022 at 8:55 AM
**To:** Christian Clark <CClark@webblawgroup.com>
**Cc:** admin <admin@yanaroslaw.com>, Lenden Webb <LWebb@webblawgroup.com>, Raza Khan <RKhan@webblawgroup.com>, Mary Grace Chow <MChow@webblawgroup.com>
**Subject:** Re: Youngblood - Response to Request for Production of Documents; Special Interrogatories; Requests for Admissions; Production of Documents; Special Interrogatories

Hi Mr. Clark,

Thank you for the courtesy on the extension, we will calendar accordingly.

Confirmed for the dates on Ms. Youngblood, I will check on the other dates.

Thanks again!
Val

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue
Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---

---- On Thu, 24 Mar 2022 10:30:23 -0500 **Christian Clark** <**CClark@webblawgroup.com**> wrote ----

Good morning Ms. Youngblood,

Our office's calendar has moved around a bit, so please allow me to alter my prior proposal slightly as follows:

1. Deposition of Ms. Youngblood on April 12, 2022;
2. Deposition of Mr. Goode on April 26 or 27, 2022;
3. Deposition of Mr. Richards on April 28;

Please let me know if these dates would work for your calendar.

Sincerely,

Christian B. Clark, Esq.
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**
466 W. Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399-7700
Phone: (559) 431-4888
Direct: (858) 258-9313
Fax:     (619) 819-8400
Mail: CClark@WebbLawGroup.com
Website: www.WebbLawG

roup.com

*Notice of Confidentiality*: This confidential E-mail is from a law firm. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** Christian Clark <CClark@webblawgroup.com>
**Date:** Wednesday, March 23, 2022 at 1:41 PM
**To:** yanaroslaw <valerie@

yanaroslaw.com>
**Cc:** admin <admin@yanaroslaw.com>, Lenden Webb <LWebb@webblawgroup.com>, Raza Khan <RKhan@webblawgroup.com>, Mary Grace Chow <MChow@webblawgroup.com>
**Subject:** Re: Youngblood - Response to Request for Production of Documents; Special Interrogatories; Requests for

Admissions; Production of Documents; Special Interrogatories

Good afternoon Ms. Yanaros,

First, I have heard back from Ms. Youngblood and Mr. Richards concerning their availability for deposition, and would suggest the following for scheduling purposes:

1. Deposition of Ms. Youngblood on April 11, 2022;
2. Depo

sition of Mr. Goode on April 26 or 27;

3. Deposition of Mr. Richards on April 28.

I am still working on coordinating available dates for Mr. Kennedy, but if we can lock the other three individual litigants in, I think we will have a better shot at requesting an extension on fact discovery from the Federal Court. Please let me know if

these dates would work for your calendars.

Second, concerning Plaintiffs' discovery responses, we are amenable to a 2-week extension so long as the responses are substantive in nature and not merely legal objections.

Sincerely,

Christian B. Clark, Esq.
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**
466 W.

Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399-7700
Phone: (559) 431-4888
Direct: (858) 258-9313
Fax:      (619) 819-8400
Mail: CClark @WebbLawGr oup.com
Website: ww w.WebbLawG roup.com

***Notice of Confidentiality***: This confidential E-mail is from a law firm. It is covered by the Electronic Communicatio ns Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** yanarosla

w <valerie@yanaroslaw.com>

**Date:** Wednesday, March 23, 2022 at 12:37 PM

**To:** Christian Clark <CClark@webblawgroup.com>

**Cc:** admin <admin@yanaroslaw.com>, Lenden Webb <LWebb@webblawgroup.com>, Raza Khan <RKhan@webblawgroup.com>, Mary Grace Chow <MChow@webblawgroup.com>

**Subject:**

Re: Youngblood - Response to Request for Production of Documents; Special Interrogatories; Requests for Admissions; Production of Documents; Special Interrogatories

Good afternoon Mr. Clark:

I forgot to address this on our call Monday--we are still working on responses to the served discovery by Defendants but spring break and travel has made things

a little difficult. Would Defendants be amenable to a brief extension of two weeks?

Thank you so much in advance, Val

## Valerie Yanaros, Esq.

Yanaros Law, P.C. 8300 Douglas Avenue Suite 800 Dallas, Texas 75225 Telephone: (512) 826-7553

**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any

dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---

---- On Thu, 24 Feb 2022 10:58:09 -0600 **Mary Grace Chow <[MChow@webblawgroup.com](mailto:MChow@webblawgroup.com)>** wrote ----

G

ood morning Counsel,

Attached hereto, please find



the following:

- YOUNGBLOOD Response to Request for Production



n of Documents - Set Two (2)

- YOUNGBLOOD Response to Special Inte



rrogatories - Set One (1)

- YOUNGBLOOD Requests for Admissions t

- o COREY GOODE's Set One (1)
- YOUNGBLOOD Requests for Production of f



r Documents to COREY GOODE, Set One (1)

• YOUNGBLOOD Requests for S

pecial Interrogatories to COREY GOODE, Set One (1)

Served via email pursuant to Cal. Code of Civ. Proc.

*§ 10 10 . 6 . N o h a r d c o p y t o f o l l o w .*

S h o u l d y o u h a v e a n y

questions or concerns, please do not hesitate to con

tact our office.

Sincerely,

Mary G. Chow,

*Legal Assist*

*ant*
**WEBB LAW GROUP, APC**
10509 Vista Sorrento Parkway, Sui

te450 San Diego, CA 92121

**Fresno Office** 466 W. Fallbrook Av

e
n
u
e
,
S
u
i
t
e
1
0
2

F
r
e
s
n
o
,
C
A
9
3
7
1
1

P
h
o
n
e
:
(
6
1
9
)
3
9
9
-
7
7
0
0
D
i

r
e
c
t
:
(
8
5
8
)
2
5
8
-
9
3
2
1
F
a
x
:

(
6
1
9
)
8
1
9
-
8
4
0
0
E
-
m
a
i
l
:
M
C
h
o

w
@
W
e
b
b
L
a
w
G
r
o
u
p
.
c
o
m
W
e
b
s
i
t
e
:

w
w
w
.
W
e
b
b
L
a
w
G
r
o
u
p
.
c
o
m

*N*
*O*

*TICE OF CONFIDENTIALITY:*

This confidential E-mail is from a law firm. I

t
i
s
c
o
v
e
r
e
d
b
y
t
h
e
E
l
e
c
t
r
o
n
i
c
C
o
mm
u
n
i
c
a
t
i
o
n
s
P
r
i
v
a
c
y
A
c
t
,
1
8
U
.
S
.
C
.
S
e
c
t

ions2510-2521andislegally privileged. If you received this transmiss

i
o
n
i
n
e
r
r
o
r
,
p
l
e
a
s
e
r
e
p
l
y
t
o
t
h
e
s
e
n
d
e
r
t
o
a
d
v
i
s
e
o
f
t
h
e
e
r
r
o
r
a
n
d
d
e
l
e
t
e
t
h

i
s
t
r
a
n
s
m
i
ss
i
o
n
a
n
d
a
n
y
a
t
t
a
c
h
m
e
n
t
s
.

**WEBB LAW GROUP, APC**
466 West Fallbrook Avenue, Suite 102
Fresno, California 93711

# CERTIFICATE OF SERVICE

I, Mary Grace Di Ramos Chow, am a citizen of the United States and am at least eighteen years of age. My business address is 10509 Vista Sorrento Pkwy., Suite 450, San Diego, CA 92121.

I am not a party to the above-entitled action. I have caused service of:

**I.   MOTION TO AMEND SCHEDULING ORDER**
**II.  MOTION TO AMEND SCHEDULING ORDER – DECLARATION OF CHRISTIAN B. CLARK**

along with all associated documents on all the counsel of record and interested parties by electronic email service and electronically filing the foregoing with the Clerk of the U.S. District Court using its CM/ECF System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: April 11, 2022

_____
Mary Grace D. Chow