# Yanaros Law, P.C.

Protecting Your Intellectual Property.

November 20, 2021

**BY EMAIL**

**Lenden F. Webb, Esq.**
**Christian B. Clark, Esq.**
WEBB LAW GROUP, APC
10509 Vista Sorrento Parkway, Suite 430
San Diego, CA 92121
Phone: 619.399.7700
Phone: 559.431.4888
Email: LWebb@WebbLawGroup.com
E-Mail: CClark@WebbLawGroup.com

Re:    Richards Deficiency letter November 20, 2021

Counsel:

This letter addresses the deficiencies in Defendants'—Mr. Kennedy, Ms. Youngblood, and Mr. Richards—November 8, 2021 production (the "Production"). Plaintiffs Mr. Goode's and Goode Enterprise Solution's Requests for Production ("RFPs") and Admissions ("RFAs") were served on September 8 and 10, respectively. Defendants did not provide any response until October 13 (almost a week past the deadline to respond to the RFDs and RFAs). This October 13 response only provided boilerplate

responses to the RFDs and no responses to the RFAs. Defendants agreed that their objections were waived under the Rules due to their lack of timely response and requested an extension of time to respond. In a show of good faith, Plaintiffs agreed to allow Defendants provide answers to the RFAs and a rolling production starting November 8 in light of Webb Law's trial schedule, Mr. Kennedy's attendance at a funeral, Ms. Youngblood's ex-husband's passing and Mr. Richards' recent move.

On November 8 Defendants provided their Responses to the RFAs and a production of 47 documents[1] that are deficient in many regards. Notably, Defendants did not produce any of the financial documents that were requested in connection RFP Nos. 3 and 6 with the documentaries Above Majestic ("AM") and Cosmic Secret ("CS", together the "Documentaries"). **These documents are crucial and are needed by Plaintiffs for tax purposes as further explained below**. Additionally, Defendants did not provide any production related to a video library that Mr. Goode and Mr. Richards worked on for GES and that is now in Roger's possession (RFP 9). We also did not receive any amended RFPs identifying the documents responsive to the RFPs from within the Production. Finally, we did not receive any response to Plaintiffs' settlement offer tendered on October 21 under FRE 408. To that end, we request your clients' availability for depositions for the period spanning January 7-27, 2022.

---

[1] This, in addition to the documents produced in September of 2020, brought Defendants' total production of documents to 117 (including duplicates as discussed herein).

Further deficiencies are outlined below. We hope your clients work to resolve these as soon as possible so that we may begin scheduling depositions.

## **DEFICIENCIES-BATES NUMBERING**

As a global matter, there were a few duplicates in the production for which we need clarification:

- Documents "Client Docs 5440-5478 - Book Cover Images copy.pdf" and "Client Docs 5504-5508 - Speaker Fees & Travel copy.pdf" are in the Production twice but seem to be different file sizes

- "Client Docs 5207-5216 - Limited Liability Company Operating Agreement for Disclosure Inc LLC 2017 12 Dec 09 copy.pdf" is the same as "Client Docs 5980-5989 - Limited Liability Disclosure copy.pdf" (both are, notably, unsigned)

- "Client Docs 5991-6004 - Articles of Amendment copy.pdf" is the same as "Client Docs 5062-5075 - Colorado Secretary of State Articles of Organization for SBA Media Alliance LLC 2017 12 Dec 10 copy.pdf"

- "Client Docs 7083-7088 - Above Majestic Marketing Documents copy.pdf" is the same as "Client Docs 5748-5753 - Above Majestic Wallpaper copy.pdf"

- "KRY-K00005 copy.m4a" is the same as "Client Docs - Audio 3 copy.m4a"

- "KRY-R00037 copy.m4a" is the same as "Client Docs - Audio 1 copy.m4a"

- "SBA-pitch copy.mp4" is the same as "pitch copy.mp4"

These duplicates, if removed, reduce the already meager Production size. Please let us know whether these documents were produced in error or were meant to other documents that were mistakenly labeled. As noted above, some documents are without signature. If these documents have been inadvertently left out of the Production please produce these documents.

Further to that end, we also note a gap and an overlap in the Production. This gap is in Client Docs 5033-5044. The overlap is Client Docs 5748-5753 and 5748-5920. Please identify the missing document(s) and provide the correct bates numbering for the overlapping documents.

**DEFICIENCIES-MISSING INFORMATION**

Some documents seem to be redacted to the point that they are a blank page. E.g., "Client Docs 5329 - Richards Correspondence 2017 12 Dec 11 Re Document Filed for SBA Media Enterprise LLC copy", "Client Docs 5330 - Richards Correspondence 2017 12 Dec 11 Re SBA Media Enterprise LLC Account Info_Redacted copy". These documents are wholly nonresponsive as produced. Please identify the responsive RFP and why this information is redacted.

As explained above, Defendants did not identify which documents were responsive to which corresponding RFP. Under Rule 34(b) Defendants must "organize and label [documents] to correspond to the categories in the request". Please identify the Production to correspond to the categories in each of Plaintiffs' RFPs.

Please see below specific deficiencies in Defendants' production as to Plaintiffs' RFPs. Failure to identify a lack of any specific relevant information should not be misconstrued to be a waiver of Plaintiffs' rights to request and receive such information. Instead, the below is a specific identification of documents Plaintiffs believe to be available but are missing from the Production:

RFP No. 1: Produce all marketing materials relevant to the Lawsuit including, but not limited to, those for Above Majestic, DoD, Cosmic Secret, Masterquest Course, Accelerating Ascension Course, SBA Entertainment, LLC, SBA Media, LLC, SBA Graphic Novel, SBA Comic Book, 20 and Back TV Show, 20 and Back Feature Film, Blue Avians Docuseries, 1091, The Orchard, the hemp project

It appears Defendants have produced some responsive documents to RFP No. 1. However, the Production is deficient because it fails to identify where in the Production these documents are in addition to identifying information connected to that document. *See* Instruction No. 10 in the RFPs, "[a]ny and all responsive data or information that exists in electronic or magnetic form must be produced".

For example, the following documents appear to be marketing materials produced in response to this request but do not contain any identifying materials:

- Client Docs 5538-5560 - 20 and Back Film Treatment copy.pdf

- Client Docs 5561-5746 - 20 and Beyondf Netflix Pitch copy.pdf

- Client Docs 5748-5753 - Above Majestic Wallpaper copy.pdf

- Client Docs 5748-5920 - WME Proposal copy.pdf

- Client Docs 5921-5967 - 20 and Back Universe copy.pdf

- Client Docs 5968-5971 - 20 And Back Synopsis copy.pdf

- Client Docs 5972-5975 - Blue Avian Open Your Mind. Uncover the Truth copy.pdf

- Client Docs 5976-5979 - 20 and Beyond Are you Awake? copy.pdf

- Client Docs 6018-6041 - Cosmic Waves copy.pdf

- Client Docs 6042-6080 - Befinitions for the Series copy.pdf

- Client Docs 6831-6875 - The World of 20 and Back Pitch copy.pdf

- Client Docs 6876-7080 - Questions and Definitions copy.pdf

Providing the emails/communications to which these documents were attached should sufficiently identify these documents and would be responsive to this RFP under the Rules and per the Instructions contained in the RFPs. Please produce all documents responsive to RFP No. 2 or state that there are no further responsive documents.

RFP No. 2: Produce all communications relevant to the Lawsuit including, but not limited to, those related to Above Majestic, DoD, Cosmic Secret, Masterquest Course, Accelerating Ascension Course, SBA Entertainment, LLC, SBA Media, LLC, SBA Graphic Novel, SBA Comic Book, 20 and Back TV Show, 20 and Back Feature Film, Blue Avians Docuseries, 1091, The Orchard, the hemp project

It appears Defendants have produced some responsive documents to RFP No. 1. However, the Production is deficient because—as explained above—many documents were produced without the accompanying communication. Further, only six communications were produced in total. Please produce all documents responsive to RFP No. 2 or state that there are no further responsive documents.

RFP No. 3: Produce all financials from the corresponding institutions with whom you engaged in connection with in relation to Above Majestic, DoD, Cosmic Secret, Masterquest Course, Accelerating Ascension Course, SBA Entertainment, LLC, SBA Media, LLC, SBA Graphic Novel, SBA Comic Book, 20 and Back TV Show,

20 and Back Feature Film, Blue Avians Docuseries, 1091, The Orchard, the hemp project

It appears Defendants have produced some responsive documents that could refer to documents responsive to RFP No. 3. However, the Production is deficient because there are no actual financial documents included in the Production. For example, the following documents reference financial documents, including bank statements, responsive to RFP No. 3 but do not produce any actual documents:

- Client Docs 5406 - 5412 - SBA Entertainment LLC Financial Emails  copy.pdf
- Client Docs 5413 - Email Corespondence Between Youngblood and Kennedy copy.pdf
- Client Docs 5504-5508 - Speaker Fees & Travel copy.pdf

As explained above, **these financials are needed for tax purposes**. Plaintiffs specifically request financial statements and documents related a company we believe to be controlled by Mr. Kennedy. Plaintiffs believe SBA Media, owned by Plaintiffs, has been wrongfully assessed taxes for monies received by a company under the same name controlled by Mr. Kennedy. Further to this point, if Mr. Kennedy does indeed own a company by that name, it is in direct infringement of Plaintiffs' federally-registered mark SBA®. In order to have the correct information in front of the proper agencies, Plaintiffs need any and all bank records related to any entity bearing the name "SBA Media" that may be in Defendants' control.

Please produce all documents responsive to RFP No. 3 or state that there are no further responsive documents.

RFP No. 4: Produce all communications with SBA Entertainment, LLC, SBA Media, LLC, 1091, The Orchard and the individuals YOU identified in your Initial Disclosures, served October 22, 2020 including Gaia and its officers, contractors and employees, John DeSouza, Jordan Sather and Lidia Escobar

It appears Defendants have produced some responsive documents to RFP No. 4. However, the Production is deficient because, as explained above, there are only 6 emails total in the Production and those communications are all between the parties to this action and no one otherwise identified by Defendants in their initial disclosures.

Please produce all documents responsive to RFP No. 4 or state that there are no further responsive documents.

RFP No. 5: Produce all communications with anyone in connection with Eclipse of Disclosure, Contact in the Desert, or any other conferences with whom you communicated in relation to the events and during the Period pertinent to the Lawsuit

It appears Defendants have produced some responsive documents to RFP No. 5. However, the Production is deficient because only one communication is produced in connection with the multiple conferences that Defendants attended and with whom they interacted. As explained above, the production of communications in total is woefully deficient.

Please produce all documents responsive to RFP No. 5 or state that there are no further responsive documents.

RFP No. 6:  Produce all financial documentation in your possession related to any business endeavors related to Plaintiffs and this Lawsuit including but not limited to with 1091 and its officers, contractors and employees, Wells Fargo and its officers, contractors and employees and including but not limited to any bank statements, credit reports, deposit slips, checks, loan agreements, deposit slips

It appears Defendants have produced some responsive documents to RFP No. 6. However, the Production is deficient because—as explained above with regard to RFP No. 3—no financial documents were actually produced and very few communications were produced at all.

Please produce all documents responsive to RFP No. 6 or state that there are no further responsive documents.

RFP No. 7: Produce all documents and information related to the hemp project, investment and farm

It appears Defendants have produced some responsive documents to RFP No. 7. However, the Production is deficient because, as explained above, no financial documents showing the transfer of money between the parties was produced. Defendants also did not produce any documentation showing that they actually dealt with any of the alleged biological issues related to the destruction of the hemp. Further, no documents showing the current status of the of the hemp farm were produced.

Please produce all documents responsive to RFP No. 7 or state that there are no further responsive documents.

RFP No. 8: Produce all documents and information related to the filing of the DoD Trademark, including any conversations between Defendants or other parties related thereto

It appears Defendants have produced some responsive documents to RFP No. 8. However, the Production is deficient because only a screenshot of some email was produced in response to this request (see Client Docs 5426 - Trademark April 4 copy.pdf).

There is no identifying information connected to this screenshot. No receipt for payment or deposit for the requisite specimen was produced, either.

Please produce all documents responsive to RFP No. 8 or state that there are no further responsive documents.

RFP No. 9: Produce all videos, papers, images or other material related to Plaintiffs including, but not limited to, any b-roll, photographs, videos, pictures, interviews or other media taken in relation to the Lawsuit

It appears Defendants have produced some responsive documents to RFP No. 9. However, the Production is deficient because—as explained above—none of the specifically requested video library was produced. Defendants also did not produce any interviews or photographs at all responsive to this Request.

Please produce all documents responsive to RFP No. 9 or state that there are no further responsive documents.

RFP No. 10:

It appears Defendants have produced some responsive documents to RFP No. 10. However, the Production is deficient because—as explained in prior communications—Plaintiffs specifically requested information relating to the defamatory videos Defendants posted or were involved in shooting in or around November and December of 2020.

Please produce all documents responsive to RFP No. 10 or state that there are no further responsive documents.

**DEFICIENCIES-DESIGNATIONS**

We noticed that you designated a few documents as "CONFIDENTIAL" (for example, "Client Docs 5406 - 5412 - SBA Entertainment LLC Financial Emails  copy"). Per our Agreement, some of these designations may be appropriate. However, there are some documents that are in fact privileged and are not designated as such (i.e., "Client Docs 6005-6007 - Email Correspondencce between Goode and Wilde copy"). As officers of the court I am sure you are aware that mishandling privileged communications such as this could subject you to grave sanctions by the Court. Presumably Mr. Richards produced this document because he was privy to it as Mr. Goode's associate and was, at the time, also subject to the appropriate privilege. Consider this our request to destroy that and any other privileged communications in your possession including by and between myself, Ms. Lorie, and/or any other attorney with whom my clients have engaged.

I look forward to your response to these requests. In the meantime, if you have any questions regarding these requests, please contact me.

Very truly yours,

Attorney, Yanaros Law, P.C.