Youngblood - Deposition Dates

## Youngblood - Deposition Dates

**CC** Christian Clark <CClark@webblawgroup.com>
Wed, 05 Jan 2022 1:20:30 PM -0600 • 0 RECEIVED

**To** "yanaroslaw" <valerie@yanaroslaw.com>

**Cc** "admin" admin@yanaro law.com , "Lenden Webb" LWebb@webblawgroup.com , "Raza Khan" <RKhan@webblawgroup.com>

Securi… TLS Learn more

Good morning Ms. Yanaros,

I am still waiting on available dates from Ms. Youngblood and Mr. Richards. However, I understand that as of now, the following dates are available for the zoom deposition of Mr. Kennedy:

- January 12 (*after 10:00AM*), 13, 14, 17, 18, 19, 20, 21

Please let me know as soon as possible if any of these dates are preferable, as our office's schedule for January is rapidly filling up. I have also followed-up with my clients this morning regarding additional available dates through March given the recently filed *Joint Stipulation*.

Further, please advise as to your Client's availability for deposition through March.

Sincerely,

Christian B. Clark, Esq.
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**
466 W. Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399-7700
Phone: (559) 431-4888
Direct: (858) 258-9313
Fax:    (619) 819-8400
Mail: CClark@WebbLawGroup.com
Website: www.WebbLawGroup.com

*Notice of Confidentiality*: This confidential E-mail is from a law firm. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.