**EXHIBIT C** ISO RESPONSE IN OPPOSITION TO MOTION TO AMEND SCHEDULING ORDER

Re: Youngblood - Deposition Dates

### Re: Youngblood - Deposition Dates

| | |
|---|---|
| CC | Christian Clark <CClark@webblawgroup.com> |
| | Fri, 18 Feb 2022 4:29:08 PM -0600  •  0 RECEIVED |
| To | "yanaroslaw" <valerie@yanaroslaw.com>, "Lenden Webb" <LWebb@webblawgroup.com> |
| Cc | "Raza Khan"   RKhan@webblawgroup.com |

Securi…   ⊘ TLS   Learn more

Good morning Ms. Yanaros,

I believe we are all in agreement concerning the zoom vs. in-person issue, but unfortunately it appears as though the proposed dates do not work for our clients in March.

Our office is available on the following dates in April, and if any work for you, I'd be happy to confirm my clients' availabilities so we can get this thing moving:

- April 4-8, 2022
- April 11, 2022
- April 12, 2022
- April 18, 2022
- April 19, 2022
- April 25 – 29, 2022

Sincerely,

Christian B. Clark, Esq.
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**
466 W. Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399-7700
Phone: (559) 431-4888
Direct: (858) 258-9313
Fax:     (619) 819-8400
Mail: CClark@WebbLawGroup.com
Website: www.WebbLawGroup.com

*Notice of Confidentiality*: This confidential E-mail is from a law firm. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** yanaroslaw <valerie@yanaroslaw.com>
**Date:** Thursday, February 10, 2022 at 8:09 PM
**To:** Lenden Webb <LWebb@webblawgroup.com>
**Cc:** Christian Clark <CClark@webblawgroup.com>, Raza Khan <RKhan@webblawgroup.com>
**Subject:** Re: Youngblood - Deposition Dates

Ok perfect, thank you so much--I propose we allot one day per witness. Those look good on our end, too.

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Thu, 10 Feb 2022 15:45:20 -0600 **Lenden Webb <LWebb@webblawgroup.com>** wrote ----

Let me discuss with my clients regarding in person v. remote deposition, I expect to revert to you on or by the end of next week.

March 3, 23, 25, 29 are open on our calendar. I will discuss with them as well, do you need 1 day per deposition or shorter?

Sincerely,

Lenden F. Webb
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**
466 W. Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399-7700
Phone: (559) 431-4888
Fax:     (619) 819-8400
Email: LWebb@WebbLawGroup.com
Website: www.WebbLawGroup.com

*NOTICE OF CONFIDENTIALITY:* This confidential E-mail is from a law firm. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** yanaroslaw <valerie@yanaroslaw.com>
**Date:** Thursday, February 10, 2022 at 1:13 PM
**To:** LFW Work <LWebb@webblawgroup.com>
**Cc:** Christian Clark <CClark@webblawgroup.com>, Raza Khan <RKhan@webblawgroup.com>
**Subject:** Re: Youngblood - Deposition Dates

Ah—apologies on the oversight, I meant to copy in Mr. Khan.

I thought we had agreed to take them remotely in the interest of safety (and costs as a side benefit). If not, I propose we take all remotely. Thank you!

Val

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Thu, 10 Feb 2022 14:54:27 -0600 Lenden Webb<LWebb@webblawgroup.com> wrote ----

> We can check, Are you doing them in person? The travel time changes the availability.
>
> As an aside, please include Raza Khan on all correspondence for this case, we are happy to return any similar request you may have, thank you.
>
> Lenden F. Webb
> www.WebbLawGroup.com
> (please excuse the iPhone typos)
>
> On Feb 10, 2022, at 11:55 AM, yanaroslaw <valerie@yanaroslaw.com> wrote:
> Counsel,
>
> Can you please let us know your clients' availability for depositions March 1-8 or 22-29?
>
> Thank you!
> Val
>
> Valerie Yanaros, Esq.
> Yanaros Law, P.C.
> 8300 Douglas Avenue Suite 800
> Dallas, Texas 75225
> Telephone: (512) 826-7553
>
> **\*Please note new address.**
>
> **Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.
>
> ---- On Fri, 28 Jan 2022 13:57:18 -0600 yanaroslaw<valerie@yanaroslaw.com> wrote ----
>
>> Thank you, counsel.
>>
>> Apologies on the delayed response--my household was hit pretty bad end of last year/beginning of this with COVID and various other health issues so I am just getting back on top of everything.
>>
>> Given the fact that we requested an extension of deadlines and we still have some outstanding discovery issues I believe scheduling depositions will need to be pushed. We are preparing to request that the court address your clients' deficient document production under the appropriate procedure with Judge Mix. To be clear, we understand the deficiencies are not on the part of your firm but believe it is the clients that are withholding discoverable documents and information and will let the judge know as much.
>>
>> We will, of course, copy you in on our correspondence with the Court.

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

***Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---

---- On Wed, 05 Jan 2022 13:43:51 -0600 **Lenden Webb <LWebb@webblawgroup.com>** wrote ----

Actually January 13, 17th and 20th are spoken for at this time. The remaining dates that are available are: **January 12, 14, 18, 19, 21.**

Sincerely,

Lenden F. Webb
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**
466 W. Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399.7700
Phone: (559) 431.4888
Fax:     (619) 819.8400
Email: LWebb@WebbLawGroup.com
Website: www.WebbLawGroup.com

*NOTICE OF CONFIDENTIALITY:* This confidential E-mail is from a law firm. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** Christian Clark <CClark@webblawgroup.com>
**Date:** Wednesday, January 5, 2022 at 11:20 AM
**To:** yanaroslaw <valerie@yanaroslaw.com>
**Cc:** admin <admin@yanaroslaw.com>, LFW Work <LWebb@webblawgroup.com>, Raza Khan <RKhan@webblawgroup.com>
**Subject:** Youngblood - Deposition Dates

Good morning Ms. Yanaros,

I am still waiting on available dates from Ms. Youngblood and Mr. Richards. However, I understand that as of now, the following dates are available for the zoom deposition of Mr. Kennedy:

- January 12 (*after 10:00AM*), 13, 14, 17, 18, 19, 20, 21

Please let me know as soon as possible if any of these dates are preferable, as our office's schedule for January is rapidly filling up.  I have also followed-up with my clients this morning regarding additional available dates through March given the recently filed *Joint Stipulation*.

Further, please advise as to your Client's availability for deposition through March.

Sincerely,

Christian B. Clark, Esq.
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**
466 W. Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399-7700
Phone: (559) 431-4888
Direct: (858) 258-9313
Fax:     (619) 819-8400
Mail: CClark@WebbLawGroup.com
Website: www.WebbLawGroup.com

*Notice of Confidentiality*: This confidential E-mail is from a law firm. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.