**EXHIBIT D** ISO RESPONSE IN OPPOSITION TO MOTION TO AMEND SCHEDULING ORDER

: Youngblood - Response to Request for Production of Documents; Special Interrogatories; Requests for Admissions; Production of Docume…

## Re: Youngblood - Response to Request for Production of Documents; Special Interrogatories; Requests for Admissions; Production of Documents; Special Interrogatories

<valerie@yanaroslaw.com>

e, 29 Mar 2022 8:49:03 PM -0500  •  SENT

To   "Christian Clark" <CClark@webblawgroup.com>

Cc   "admin" <admin@yanaroslaw.com>, "Lenden Webb" <LWebb@webblawgroup.com>, "Raza Khan" <RKhan@webblawgroup.com>, "Mary Grace Chow" <MChow@webblawgroup.com>

Thank you, Mr. Clark--we can confirm Ms. Youngblood's depo for 4/13. I'm set for a 2-week trial on 5/16 in the Northern District of Texas, pretrial set for 5/9. My clients will be filming various projects starting the end of April through the beginning of May. For now please hold 5/30 and 5/31 for Richards and Kennedy. Are Defendants planning on moving the Court to decide the MTD? At thi  point I'm not  ure what counterclaim  would  till be available to Defendants within the statute of limitations but perhaps filing a motion to enter those counterclaims once the MTD has been decided would move things along. Thanks so much!

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Fri, 25 Mar 2022 10:09:04 -0500 **Christian Clark** <CClark@webblawgroup.com> wrote ----

...

lockquote>