IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                        Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

                        Defendants.

___

**JOINT MOTION TO RESET DISCOVERY HEARING**
___

Plaintiffs JAMES COREY GOODE, an individual, GOOD ENTERPRISE SOLUTIONS, INC., a Texas Corporation, and Defendants ROGER RICHARDS RAMSAUR, an individual, LEON ISAAC KENNEDY, an individual, and ADRIENNE YOUNGBLOOD, an individual (collectively, "the Parties") hereby submit this Joint Motion to Reset the Discovery Hearing entered by this honorable Court on April 13, 2022 (Docket 61).

    I.    **PROCEDURAL HISTORY**

The Parties in this case have engaged in discovery but have arrived at an impasse on various discovery issues. Defendants filed an opposed Motion to Extend Deadlines on April 11, 2022 (Docket 59) and Plaintiffs filed a Response in Partial Opposition on May 3, 2022 (Docket 62). This Court set a Discovery hearing on April 13, 2022 for May 9, 2022. (Docket 60). Plaintiffs' counsel had depositions, trial settings, and mediations through April and was set for a Pretrial Conference and Trial in the matter 3:20-cv-00850-X-BH *America Can! et al v. Arch Insurance*

*Company et al* on May 9, 2022 and May 16, 2022 (respectively). Since April 14, 2022 Plaintiffs' counsel has had multiple family emergencies and funerals to attend to, one being the loss of the client and main witness that was set for trial on May 16, 2022. Considering the foregoing, Plaintiffs have requested—and Defendants have agreed to—a brief reset of the hearing. A few days should be sufficient so long as it comports with this Court's schedule.

## II.     Requested Relief

The Parties have met and conferred in good faith and respectfully request that this Court reset the current discovery hearing now scheduled for May 9, 2022 for a later date.

## III.    Conclusion

Therefore for good cause showing, the Parties jointly move the Court for a brief continuance of the discovery hearing set by the Honorable Judge Kristen L. Mix.

Respectfully submitted this 6th day of May, 2022.

*s/ Valerie A. Yanaros*
**Valerie Yanaros, Esq.**
State Bar No. 24075628
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Tel.: (512) 826-7553

**ATTORNEY FOR PLAINTIFFS**

*/s/   Christian Clark*
**Christian Clark**
WEBB LAW GROUP, APC
466 W. Fallbrook Ave., Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email CClark@WebbLawGroup.com
**Attorney for Defendants**

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record in this case.

By: *s/ Valerie Yanaros*
Valerie Yanaros