IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

                Defendants.

---

**[PROPOSED ORDER] JOINT MOTION TO RESET DISCOVERY HEARING**

---

This matter, having come before the Court on the Parties' Agreed Motion (Docket 63), and the Court finding good cause to grant such request, hereby **GRANTS** the request. The Court hereby resets the discovery hearing currently set for May 9, 2022 to _____, 2022.

Dated this _____ day of _____, 2022.

                                                 _____
                                                 **HONORABLE JUDGE MIX PRESIDING**