IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiff,

v.

ROGER RICHARDS RAMSAUR,
LEON ISAAC KENNEDY,
ADRIENNE YOUNGBLOOD,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion to Reset Discovery Hearing** [#63] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#63] is **GRANTED**. The Discovery Hearing scheduled for May 9, 2022, at 1:30 p.m. is **VACATED** and **RESET** to **June 13, 2022** at **1:30 p.m.**

    Dated: May 6, 2022