IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: June 13, 2022 | Alfred A. Arraj United States Courthouse |

Civil Action No. 20-cv-00947-DDD-KLM

*Parties*:                                              *Counsel*:

JAMES COREY GOODE, ET AL.,              Valerie Yanaros

     Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, ET AL.,      Christian Clark

     Defendants.

## COURTROOM MINUTES

**TELEPHONIC DISCOVERY HEARING**
**Court in session:    1:32 p.m.**

Court calls case. Appearances of counsel.

Discovery Hearing is called regarding a dispute as to the depositions of each of the named parties (the "Motion").

For the reasons stated on the record, it is:

**ORDERED:**  Plaintiff must sit for his deposition toward the beginning of the order of the depositions. However, the Court will allow a defendant to be deposed before the Plaintiff if the parties agree.

The Court will not require the Defendant to file a counterclaim pending a ruling on the Motion to Dismiss.

HEARING CONCLUDED.
**Court in recess:    1:59 p.m.**

Total Time:   00:27

To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.