IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                              Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

                              Defendants.

---

**JOINT MOTION TO EXTEND DEADLINES**

---

Plaintiffs JAMES COREY GOODE, an individual, GOODE ENTERPRISE SOLUTIONS, INC., a Colorado Corporation, and Defendants ROGER RICHARDS RAMSAUR, an individual, LEON ISAAC KENNEDY, an individual, and ADRIENNE YOUNGBLOOD, an individual (collectively, "the Parties") hereby submit this Joint Motion to Extend Deadlines entered into by this honorable Court on October 8, 2020.

**I.    PROCEDURAL HISTORY**

On October 8, 2020, the Honorable Judge Kristen L. Mix, United States Magistrate Judge for the District of Colorado entered a Scheduling Order in the instant matter [Docket #37]. The Scheduling Order set numerous deadlines for the instant case, including a deadline for designation of non-parties on December 1, 2020; a deadline to file motions for leave to join other parties and to amend the pleadings of December 1, 2020; a Discovery cutoff of July 30, 2021; a deadline to file dispositive motions of August 31, 2021; an initial expert designation deadline of June 1, 2021;

and a supplemental expert designation deadline of July 1, 2021. The Scheduling Order further indicated that future status conferences would be held in the matter as needed, and that a final pretrial conference would be held before the Hon. Judge Domenico on a date to be determined by the Hon. Judge Domenico.

On May 25, 2021, the Parties jointly requested an extension of deadlines [Docket #41]. The Hon. Judge Mix granted the extension for 180 days making the Discovery cutoff of November 29, 2021; a deadline to file dispositive motions of December 28, 2021; an initial expert designation deadline of September 29, 2021; and a supplemental expert designation deadline of October 29, 2021 [Docket #43].

In April and May of 2022, the Parties requested a further extension (Dockets #59 and #62) but disagreed as to the timing. On May 6, 2022, the Hon. Judge Mix granted the extension for 180 days making the Discovery cutoff of August 26, 2022; a deadline to file dispositive motions of September 28, 2022; an initial expert designation deadline of August 25, 2022; and a supplemental expert designation deadline of September 28, 2022 [Docket #67]. The Parties then agreed to take Plaintiff's deposition on July 27-28 and Defendants' depositions on August 15-18 of 2022. Subsequently, in another matter (the "Dallas Case"), Plaintiff's counsel was set for an in-person pretrial conference in Dallas on July 28, 2022 and on the two-week trial docket beginning August 15, 2022 (see Exhibit "A"). Various pretrial filings were set for deadlines the two weeks prior to the pretrial conference. Plaintiff's counsel is the only attorney in the current matter and only one of two attorneys in the Dallas Case in a multi-defendant litigation. This is the third trial setting in the Dallas Case and is almost certain to go to trial and is expected to last two weeks. Counsel for the Parties to the instant litigation have conferred and have agreed to one more extension for the

remaining deadlines in order to take depositions and are working on having depositions set for the first three weeks in September.

## II.     Requested Relief

The Parties have met and conferred in good faith and respectfully request that this Court extend each of the deadlines by 60 days. Despite the diligence of the Parties, as a result of the ongoing COVID-19 crisis and strenuous schedules after the opening of operations due to COVID-19 the Parties are not able to adequately complete discovery and the remaining deadlines as currently required by the Scheduling Order.

Additionally, there are pending motions that have not yet been resolved and—once resolved—may impact discovery. For example, on October 2, 2020, Defendants filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) [Doc. #34]. Plaintiffs filed an Opposition to the Motion to Dismiss on October 22, 2020 [Doc. #39], and Defendants filed a Reply to Plaintiffs' Opposition on November 4, 2020 [Doc. #40]. However, an Order has not yet been entered on the Motion to Dismiss, and as a result, Defendants have not yet filed their Answer per Federal Rule of Civil Procedure 12(a)(4)(A). Further, Defendants' Answer will include Counterclaims against Plaintiffs which will be the subject of Discovery in the instant matter.

As such, for good cause the parties propose an amendment to the Scheduling Order continuing the above-listed deadlines by 60 days.

## III.    Conclusion

Therefore for good cause showing, the Parties jointly move the Court to amend the Honorable Judge Kristen L. Mix's Scheduling Order as described above and as follows:

   a. To continue the deadlines for 60 days

Respectfully submitted this 20th day of July, 2022.

*s/ Valerie A. Yanaros*
**Valerie Yanaros, Esq.**
State Bar No. 24075628
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Tel.: (512) 826-7553

**ATTORNEY FOR PLAINTIFFS**

*/s/ Christian Clark*
**Christian Clark**
WEBB LAW GROUP, APC
466 W. Fallbrook Ave., Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email CClark@WebbLawGroup.com
**Attorney for Defendants**

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I hereby certify that on July 20th, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record in this case.

By:   *s/ Valerie Yanaros*
       Valerie Yanaros