IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiff,

v.

ROGER RICHARDS RAMSAUR,
LEON ISAAC KENNEDY,
ADRIENNE YOUNGBLOOD,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' Joint Motion to Extend Deadlines [#69] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#69] is **GRANTED**. The Scheduling Order is amended as follows:

- Initial Expert Disclosure Deadline     **October 24, 2022**
- Rebuttal Expert Disclosure Deadline     **November 28, 2022**
- Discovery Cut-Off     **October 25, 2022**
- Dispositive Motions Deadline     **November 28, 2022**

    Dated: July 27, 2022