## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Colorado

**James Corey Goode, individually, et al**

    Plaintiff(s),

VS.

**Roger Richards Ramsaur, et al**

    Defendant(s).

Attorney: Valerie Yanaros, Esq.

Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas TX 75225


*281017*

**Case Number: 1:20-cv-00942-DDD**

Legal documents received by Same Day Process Service, Inc. on **07/11/2022** at **6:41 PM** to be served upon **Wells Fargo Bank, N.A. at 1300 I St., NW, #105W, Washington, DC 20005**

I, **Lindzie White**, swear and affirm that on **July 12, 2022** at **11:51 AM**, I did the following:

Served **Wells Fargo Bank, N.A.** by delivering a conformed copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Exhibit A** to **John D Rutherford** as **Relationship Banker & Authorized Agent** of **Wells Fargo Bank, N.A. at 1300 I St., NW, #105W, Washington, DC 20005**.

**Description of Person Accepting Service:**
Sex: Male Age: 35-40 Height: Sitting Weight: 161-200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Lindzie White_ (signature)

**Lindzie White**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:281017



District of Columbia
Signed and sworn to (or affirmed) before me on 7-14-2022 by _Lindzie White_
_Name(s) of Individual(s) making Statement_

_Signature of Notarial Officer_

Brandon Snesko
Title of Office: Notary Public, District of Columbia
My commission expires: My Commission Expires 9/14/2026