**Missed Deadline for Subpoena - Case 1:20-cv-00947-DDD-KLM Goode et al v. Ramsaur et al**



Me &lt;valerie@yanaroslaw.com&gt;
Thu, 08 Sep 2022 4:49:39 PM -0500 •

To   "subpoenafax" &lt;subpoenafax@wellsfargo.com&gt;

Cc   "Admin Contact" &lt;admin@yanaroslaw.com&gt;

To Whom it May Concern:

The response to the attached subpoena is now past its July 25th deadline to respond. I was able to connect with a representative today that said the subpoena was ignored by Wells Fargo because it was not served properly but emailed. Please see attached affidavit showing otherwise, that it was in fact served properly.

Please produce responsive documents to this subpoena immediately. Failure to meet this request by noon tomorrow will force us to file a motion to compel with the court.

Thanks in advance.

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

**3 Attachments** • Download as Zip • Add to



Wells Fargo Subpoena - ….pdf
364.9 KB •

Subpoena Wells Fargo.pdf
616.2 KB •

Schedule A to Wells Fa… .docx
30.1 KB •