**Re: Youngblood - Subpoena - Civil Action No. 1:20-cv-00942-DDD JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC. v. ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY and ADRIENNE YOUNGBLOOD,**



Me <valerie@yanaroslaw.com>
Fri, 09 Sep 2022 5:39:20 PM -0500 •

To   "Christian Clark" <CClark@webblawgroup.com>

Cc   "admin contact" <admin@yanaroslaw.com>, "lenden webb" <lwebb@webblawgroup.com>, "raza khan" <rkhan@webblawgroup.com>, "peter tarantino" <ptarantino@webblawgroup.com>

Good afternoon, counsel--we are preparing a motion to compel compliance with the subpoena served on Wells Fargo on July 12. I was able to connect with a representative from WF yesterday that said the subpoena was ignored by Wells Fargo because it was not served properly but emailed. We have the attached affidavit stating differently. I followed up with an email yesterday to WF's subpoena processing email address and have still not heard back. We would like to have these documents prior to Mr. Goode's deposition on the 26th so would like to file today if possible. If we do not hear back today we will file as opposed and state that we did not have much time to confer but wanted to get it filed before Monday for sufficient time for the Court's consideration.

Thanks and I hope your week went well,
Val

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

***Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Wed, 07 Sep 2022 12:36:14 -0500 **yanaroslaw <valerie@yanaroslaw.com>** wrote ---

Good afternoon, Counsel:

I have not but am working on that now--I of course will produce any documents we receive.

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

***Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

Case 1:20-cv-00947-DDD-KLM   Document 72-4   Filed 09/09/22   USDC Colorado   Page 2 of 3

9/9/22, 6:57 PM                Re: Youngblood - Subpoena - Civil Action No. 1:20-cv-00942-DDD JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLU…

---- On Tue, 26 Jul 2022 12:23:06 -0700 **Christian Clark <CClark@webblawgroup.com>** wrote ---

Good afternoon counsel,

Did you receive the documents responsive to this subpoena that you issued?

Sincerely,

Christian B. Clark, Esq.

**WEBB LAW GROUP, APC**

**San Diego Office**

10509 Vista Sorrento Parkway, Suite 450

San Diego, CA 92121

**Fresno Office**

466 W. Fallbrook Avenue, Suite 102

Fresno, CA 93711

Phone: (619) 399-7700

Phone: (559) 431-4888

Direct: (858) 258-9313

Fax:     (619) 819-8400

Mail: CClark@WebbLawGroup.com

Website: www.WebbLawGroup.com

*Notice of Confidentiality*: This confidential E-mail is from a law firm. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** yanaroslaw <valerie@yanaroslaw.com>
**Date:** Monday, July 11, 2022 at 7:47 PM
**To:** Lenden Webb <LWebb@webblawgroup.com>, Christian Clark <CClark@webblawgroup.com>, Raza Khan <RKhan@webblawgroup.com>, Peter Tarantino <PTarantino@webblawgroup.com>
**Cc:** Admin Contact <admin@yanaroslaw.com>
**Subject:** Subpoena - Civil Action No. 1:20-cv-00942-DDD JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC. v. ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY and ADRIENNE YOUNGBLOOD,

Case 1:20-cv-00947-DDD-KLM   Document 72-4   Filed 09/09/22   USDC Colorado   Page 3 of 3

9/9/22, 6:57 PM                Re: Youngblood - Subpoena - Civil Action No. 1:20-cv-00942-DDD JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLU…

Counsel:

Please see attached subpoena that went out today.

Thank you,

Valerie Yanaros, Esq.

Yanaros Law, P.C.

8300 Douglas Avenue Suite 800

Dallas, Texas 75225

Telephone: (512) 826-7553

***Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

**1 Attachment** • Download as Zip



Wells Fargo Subpoena - A….pdf
364.9 KB •