IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

                Defendants.

---

### AMENDED CERTIFICATE OF CONFERENCE FOR PLAINTIFF'S MOTION TO COMPEL WELLS FARGO'S COMPLIANCE WITH SUBPOENA AND FOR EXPEDITED BRIEFING AND/OR HEARING

### D.C.COLO.LCivR 7.1(A) CERTIFICATE OF CONFERRAL

  Counsel for Plaintiffs conferred with Mr. Christian Clark on September 12 and September 15 and Defendants DO NOT OPPOSE the relief requested in the above-referenced motion (Docket 72).

Date: September 15, 2022.        Respectfully submitted,

                */s Valerie A. Yanaros, Esq.*

                Valerie Yanaros, Esq.
                Texas Bar No. 24075628
                Admitted to Practice in the District
                Court of Colorado
                Yanaros Law, P.C.
                8300 Douglas Avenue Suite 800
                Dallas, Texas 75225
                Telephone: (512) 826-7553
                valerie@yanaroslaw.com

                **ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

  The below signed certifies that a copy of this document will be served via ECF on the following counsel for Defendants:

*/s Valerie A. Yanaros*
Valerie A. Yanaros

Lenden F. Webb (SBN 236377)
Christian B. Clark (SBN 330380)
**WEBB LAW GROUP, APC**
466 W. Fallbrook Ave., Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email: LWebb@WebbLawGroup.com
Email CClark@WebbLawGroup.com

and Wells Fargo via email to subpoenafax@wellsfargo.com on September 15, 2022.