# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Case No. 1:20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

    Plaintiff,
    v.

ROGER RICHARDS RAMSAUR,
LEON ISAAC KENNEDY and
ADRIENNE YOUNGBLOOD,

    Defendants.

## ENTRY OF APPEARANCE

NOTICE IS HEREBY GIVEN that Andrea M. Hicks of the law firm Snell & Wilmer L.L.P. is appearing as counsel of record for Non-Party Wells Fargo Bank, N.A. and accordingly request service of all pleadings, motions, orders, notices, or other documents filed in this action.

Respectfully submitted this 27th day of September, 2022.

    SNELL & WILMER, LLP

    By s/Andrea M. Hicks
    Andrea M. Hicks, #49781
    1200 17th St., Ste. 1900
    Denver, CO 80202
    (303) 634-2000
    ahicks@swlaw.com

    **Attorneys Wells Fargo Bank, N.A.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2022, a copy of the foregoing **WELLS FARGO BANK, N.A.'S ENTRY OF APPEARANCE** was filed and served via CM/ECF.

Valerie Ann Yanaros
Yanaros Law, P.C.
8300 Douglas Avenue
Suite 800
Dallas, TX 75225
512-826-7553
Email:
valerie@yanaroslaw.com

Christian Ballmer Clark
Webb Law Group APC
466 West Fallbrook Avenue
Suite 102
Fresno, CA 93711
619-399-7700
Email:
cclark@webblawgroup.com

Lenden Franklin Webb
Webb Law Group APC
466 West Fallbrook Avenue
Suite 102
Fresno, CA 93711
559-431-4888
Fax: 559-821-4500
Email:
LWebb@WebbLawGroup.com

                */s/ Erika Gould*
                for Snell & Wilmer L.L.P.

4867-7659-9861