

Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

July 14, 2022

Yanaros Law, P.C.
Valerie Yanaros, Esq.
8300 Douglas Avenue
Suite 800
Dallas, TX 75225

Subject: Response to Federal Civil Subpoena

Case name: James Corey Goode vs Roger Richards Ramsaur
Agency reference number: 120cv00942DDD
Bank reference number: 26868052

Dear Valerie Yanaros, Esq.

We received your Legal Order, and want to let you know that we are not able to provide the information or records you requested because:
   No issue date provided. Due date is incomplete.

**What you need to know**

· Because the legal order was invalid, we are not planning to produce the requested records or send a witness, if applicable.

· If we receive a valid legal order from you, we will begin a search for the documents requested; however, we may need to discuss a mutually acceptable timeline for production.

If you have questions or wish to discuss an alternative, please call us at (480)724-2000, Monday – Friday, 8:00 a.m. to 8:00 p.m. Eastern Time.

Thank you.

Sincerely,

*Steve Gilbert*

Steve Gilbert
Operations Manager
Summons and Subpoenas Department

EXHIBIT A