

Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

September 27, 2022

Yanaros Law, P.C.
Valerie Yanaros, Esq.
8300 Douglas Avenue
Suite 800
Dallas, TX 75225

Subject: Response needed to complete your request

Case name:
Agency reference number:  120cv00947DDDKLM
Bank reference number:  27122724

Dear  Valerie Yanaros, Esq.

We received your legal order on 09/15/2022 and found that we may need additional information from you.  We also need to discuss an acceptable timeline for providing the records you requested.

We called you at the phone number you provided, and were unable to reach you.  Until we are able to speak with you, we cannot continue researching your request.

Please call us as soon as possible at  (480)724-2000     Monday – Friday, 8:00 a.m. to 8:00 p.m. Eastern Time

Thank you.

Sincerely,

*Steve Gilbert*

Steve Gilbert
Operations Manager
Summons and Subpoenas Department

EXHIBIT B