IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                                                                                             Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

                                                                                             Defendants.

___

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO COMPEL WELLS FARGO'S COMPLIANCE WITH SUBPOENA**

___

**COME NOW,** Mr. James Corey Goode and Goode Enterprise Solutions, Inc. (collectively, "Plaintiffs") and file their reply in support of the Motion to Compel (the "Motion") Wells Fargo Bank, N.A. ("Wells Fargo") to produce documents in its possession that are responsive to the subpoena issued by Plaintiffs in this case on July 12, 2022. This subpoena was amended, re-served on September 15, 2022 in response to Wells Fargo's requests and demands (Exhibit "A"), and was acknowledged as amended and re-served by Wells Fargo's agent on September 16, 2022 at about 5:49 pm CDT. Wells Fargo has still declined to produce relevant, responsive documents to the issued subpoena despite Plaintiffs' compliance with its demands.

I. **Relevant Background**

This Action was commenced by Mr. Goode on April 3, 2020. (Docket 1). Written discovery has taken place amongst the Parties and depositions commenced with the deposition of Plaintiff Mr. James Corey Goode on September 26, 2022[1].

Through written discovery, Plaintiffs have requested bank records for an entity created by Defendant Kennedy bearing the same name as an entity created by Mr. Goode ("SBA Media") but have not received responsive substantive bank documents. Plaintiffs have requested these documents by subpoena that was served on Wells Fargo on July 12, 2022.

Instead of responding to the subpoena in any meaningful way, Wells Fargo engaged in evasive tactics to avoid providing responsive documents. Plaintiffs filed their motion to compel (Docket 72) on September 9, 2022. Undersigned counsel engaged in many calls and emails with an agent by the name of "Jennifer" who demanded additional information. Plaintiffs amended their subpoena and re-served the subpoena (Exhibit "A") with the requested information. On September 16, 2022 at 5:43 pm CDT, Jennifer called undersigned counsel demanding withdrawal of the Motion to Compel while "they investigated" what documents were responsive. Eleven days later, without producing documents, Wells Fargo's counsel—without ever attempting to contact undersigned counsel—filed its response (Docket 76, the "Response") completely disregarding [1] the amended subpoena, [2] the communications that were exchanged between Wells Fargo and counsel for Plaintiffs, and [3] the information that was provided to Wells Fargo.

---

[1] Depositions of Defendants were set to commence today with that of Mr. Richards, who at the last minute canceled his deposition due to an alleged surgery.

II.   **Wells Fargo's Response Ignores All of the Communications Between Counsel for Plaintiffs and Wells Fargo and Grossly Misrepresents to the Court the Status of the Discussions Between the Two Parties**

As shown in Exhibit "B" (bank information redacted), undersigned counsel has sent multiple emails to Wells Fargo (including one on July 11 with the subpoena that was originally served). Wells Fargo never responded to any of those emails. Undersigned counsel never received the original letter from Wells Fargo as attached to Wells Fargo's Response (Docket 76-1). The other letter attached to Wells Fargo's Response (Docket 76-2) was not received by undersigned counsel until well after filing of the response because it was mailed *on the same day the response was filed*.

The below calls were made between counsel and agent Jennifer for Wells Fargo subsequent to the service of the subpoenas:

| Date (Pacific) | Number | Destination | Minutes |
|---|---|---|---|
| 09/13/2022 12:13 PM | (480) 482-5481 | to Phoenix/AZ | 14 Min |
| 09/13/2022 12:27 PM | (480) 482-5481 | to Phoenix/AZ | 2 Min |
| 09/16/2022 05:43 PM | (480) 482-5481 | Incoming | 4 Min |
| 09/16/2022 05:49 PM | (480) 482-5481 | to Phoenix/AZ | 5 Min |

The below call was the first contact undersigned counsel had with Wells Fargo after serving the subpoena:

| Date (Pacific) | Number | Destination | Minutes |
|---|---|---|---|
| 09/08/2022 02:55 PM | (480) 724-2000 | to Phoenix/AZ | 11 Min |

Prior to the above call Wells Fargo did not otherwise reach out to Plaintiffs' counsel to address its concerns regarding the subpoena.

Incredibly, Mr. Goode has multiple accounts with Wells Fargo, and they have his contact and bank information as well. Unfortunately, Wells Fargo has neglected to respond to a long-time business client. Finally, the account for which Plaintiffs are seeking records is a mirror account of Mr. Goode's business account bearing the same name. It would not take much investigation to identify the records requested.

### III.   Conclusion and Prayer

WHEREFORE, because Wells Fargo has refused to comply with the subpoena served upon them in this case and it is well beyond the time to do so, and because counsel for Defendants has not objected to the subpoena (Docket 73), Plaintiffs respectfully request this Court order Wells Fargo's compliance and award fees and costs to Plaintiffs incurred in filing the Motion.

Date: October 11, 2022.

Respectfully submitted,

*/s Valerie A. Yanaros, Esq.*

Valerie Yanaros, Esq.
Texas Bar No. 24075628
Admitted to Practice in the District Court of Colorado
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

  The below signed certifies that a copy of this document will be served via ECF on the following counsel for Defendants:

*/s Valerie A. Yanaros*
Valerie A. Yanaros

Lenden F. Webb (SBN 236377)
Christian B. Clark (SBN 330380)
**WEBB LAW GROUP, APC**
466 W. Fallbrook Ave., Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email: LWebb@WebbLawGroup.com
Email CClark@WebbLawGroup.com

and Wells Fargo:


SNELL & WILMER, LLP
*By s/Andrea M. Hicks*
Andrea M. Hicks, #49781
1200 17th St., Ste. 1900
Denver, CO 80202
(303) 634-2000
ahicks@swlaw.com
Attorneys Wells Fargo Bank, N.A.