UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 1:20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

    Plaintiff,
    v.

ROGER RICHARDS RAMSAUR,
LEON ISAAC KENNEDY and
ADRIENNE YOUNGBLOOD,

    Defendants.

## WELLS FARGO BANK. N.A.'S SUR-REPLY TO MOTION TO COMPEL

Non-Party Wells Fargo Bank, N.A, by and through its counsel, Snell & Wilmer LLP, hereby submits this Sur-Reply to Plaintiff's Motion to Compel as follows:

1. Plaintiff's Motion to Compel argues that the subpoena Plaintiff served on Wells Fargo on July 12, 2022 should be enforced.

2. In the Reply in support of the Motion, Plaintiff states that it served a second Subpoena on September 16, 2022. Plaintiff argues that Wells Fargo failed to respond to the second subpoena.

3. Wells Fargo complied with the September 16, 2022 subpoena on September 29, 2022. *See*, Exhibit A.

4. Plaintiff's Motion to Compel should be denied.

Respectfully submitted this 17th day of October, 2022.

        SNELL & WILMER, LLP

        By <u>s/Andrea M. Hicks</u>
        Andrea M. Hicks, #49781
        1200 17th St., Ste. 1900
        Denver, CO 80202
        (303) 634-2000
        ahicks@swlaw.com

        **Attorneys Wells Fargo Bank, N.A.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, a copy of the foregoing **WELLS FARGO BANK. N.A.'S SUR-REPLY TO MOTION TO COMPEL** was filed and served via CM/ECF.

Valerie Ann Yanaros
Yanaros Law, P.C.
8300 Douglas Avenue
Suite 800
Dallas, TX 75225
512-826-7553
Email: valerie@yanaroslaw.com

Christian Ballmer Clark
Webb Law Group APC
466 West Fallbrook Avenue
Suite 102
Fresno, CA 93711
619-399-7700
Email: cclark@webblawgroup.com

Lenden Franklin Webb
Webb Law Group APC
466 West Fallbrook Avenue
Suite 102
Fresno, CA 93711
559-431-4888
Fax: 559-821-4500
Email: LWebb@WebbLawGroup.com

/s/ Erika Gould
for Snell & Wilmer L.L.P.

4885-9286-0213