1  Lenden Webb, Esq. (CA SBN 236377)
   Christian B. Clark, Esq. (CA SBN 330380)
2  **WEBB LAW GROUP, APC**
   446 W. Fallbrook Avenue, Suite 102,
3  Fresno, CA 93711
   Telephone: (559) 431-4888
4  Facsimile: (559) 821-4500
   Email: LWebb@WebbLawgroup.com
5  Email: CClark@WebbLawGroup.com

6  Attorneys for Defendants

7  Valerie Yanaros, Esq. (TX SBN 24075628)
   **Yanaros Law, P.C.**
8  5057 Keller Springs Road, Suite 300
   Addison, TX 75001
9  Telephone: (512) 826-7553
   Email: Valerie@Yanaroslaw.com

10  Attorney for Plaintiffs

11                  **UNITED STATES DISTRICT COURT**

12                     **DISTRICT OF COLORADO**

13

14  JAMES COREY GOODE, an individual;        CASE NO. 1:20-cv-00947-DDD-KLM
    GOODE ENTERPRISE SOLUTIONS, INC.,
15  a Colorado Corporation;                  **JOINT MOTION TO AMEND**
                                             **SCHEDULING ORDER**
16               Plaintiffs,

17  v.

18
    ROGER RICHARDS RAMSAUR, an
19  individual; LEON ISAAC KENNEDY, an
20  individual; and ADRIENNE
    YOUNGBLOOD, an individual;
21
                 Defendants.
22

23       Plaintiffs JAMES COREY GOODE, an individual, GOOD ENTERPRISE

24  SOLUTIONS, INC., a Colorado Corporation, and Defendants ROGER RICHARDS

25  RAMSAUR, an individual, LEON ISAAC KENNEDY, an individual, and ADRIENNE

26  YOUNGBLOOD, an individual (collectively, "the Parties") hereby submit this Joint Motion to

27  amend the Scheduling Order entered into by this honorable Court on July 27, 2022.

28

**WEBB LAW GROUP, APC**
466 West Fallbrook Avenue, Suite 102
Fresno, California 93711

**JOINT MOTION TO AMEND SCHEDULING ORDER**
- 1 -

**WEBB LAW GROUP, APC**
466 West Fallbrook Avenue, Suite 102
Fresno, California 93711

## I.  PROCEDURAL HISTORY

On July 27, 2022, the Honorable Judge Kristen L. Mix, United States Magistrate Judge for the District of Colorado entered a Minute Order in the instant matter [Docket #71]. The Minute Order set numerous deadlines for the instant case, including a deadline for initial expert disclosure on October 24, 2022; a deadline to file supplemental disclosures of November 28, 2022; a Discovery cutoff of October 25, 2022; and a dispositive motions deadline of November 28, 2022. The Minute Order set forth no other status conference dates.

## II.  REQUESTED RELIEF

The Parties respectfully and in good faith request that this Court continue each of the aforementioned deadlines by 90 days. Despite the diligence of the Defendants, they have as, as, yet, been unable to file an Answer to Plaintiff's Complaint. On October 2, 2020, Defendants filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) [Doc. #34]. Plaintiffs filed an Opposition to the Motion to Dismiss on October 22, 2020 [Doc. #39], and Defendants filed a Reply to Plaintiffs' Opposition on November 4, 2020 [Doc. #40]. As yet, an Order has not been entered on the Motion to Dismiss, and as a result, Defendants have not yet filed their Answer per Federal Rule of Civil Procedure 12(a)(4)(A). Additionally, Defendants' Answer will include Counterclaims against Plaintiffs which will be the subject of Discovery in the instant matter.

As such, for good cause the Defendants seek a continuance of all the above-listed deadlines by 45 days.

## CONCLUSION

Therefore, for good cause showing, the Defendants move the Court to amend the Honorable Judge Kristen L. Mix's Minute Order as described above and as follows:

a.   To continue all deadlines in the matter by 45 days.

---

**JOINT MOTION TO AMEND SCHEDULING ORDER**

- 2 -

1

2

3    Dated: October 17, 2022                     **WEBB LAW GROUP, APC**

4

5                                                By */s/ Christian B. Clark*
                                                     Lenden F. Webb
6                                                    Christian B. Clark
                                                     Attorneys for Defendants
7

8    Dated: October 17, 2022                     **YANAROS LAW, P.C.**

9

10                                               By */s/ Valerie Yanaros*
                                                     Valerie Yanaros
11                                                   Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WEBB LAW GROUP, APC**
466 West Fallbrook Avenue, Suite 102
Fresno, California 93711

---

**JOINT MOTION TO AMEND SCHEDULING ORDER**

- 3 -

**WEBB LAW GROUP, APC**
10509 Vista Sorrento Pkwy, Suite 450
San Diego, California 92121

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

    I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my primary business address is: **466 W. Fallbrook Avenue, Suite 102, Fresno, California 93711.** My e-mail address is **Service@WebbLawGroup.com**.

    On **October 17, 2022** I caused the service of document(s) described as:

    1.  **Joint Motion to Continue All Deadlines - 10/11/22**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope at: San Diego, California, addressed as follows:

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
*Telephone:* (619) 238-1010
*Facsimile:* (619) 238-1981
*Email:* Valerie@YanarosLaw.com
*Email:* Admin@YanarosLaw.com
*Attorney for James Corey Goode and Goode Enterprise Solutions, Inc.*

_____  (BY MAIL) I am readily familiar with this business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the U.S. Postal Service on the date hereinabove in the ordinary course of business, at San Diego, California.

 XX  (BY E-MAIL) I caused the above-referenced document(s) to be electronically mailed to the offices of the addressee(s). I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on **October 17, 2022**, at San Diego, California.

 XX  (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
TIRENA M. RAYMOND