IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiff,

v.

ROGER RICHARDS RAMSAUR,
LEON ISAAC KENNEDY,
ADRIENNE YOUNGBLOOD,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' Joint Motion to Amend Scheduling Order [#79] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#79] is **DENIED without prejudice**. At one point in the Motion [#79], the parties ask for 90-day extensions of various case management deadlines, and elsewhere in the Motion [#79] they ask for 45-day extensions of those deadlines. Thus, it is impossible for the Court to determine from the Motion [#79] what precise relief the parties are seeking. In the future, the parties should provide for **specific dates** to which they want various deadlines extended, rather than simply asking for extensions and expecting the Court to do the calculations on the parties' behalf.

Dated: November 2, 2022