Lenden F. Webb (SBN 236377)
Christian B. Clark (SBN 330380)
**WEBB LAW GROUP, APC**
10509 Vista Sorrento Pkwy, Suite 450
San Diego, CA 92121
Telephone: (619) 399-7700
Facsimile: (619) 819-4500
Email: LWebb@WebbLawGroup.com
Email CClark@WebbLawGroup.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| JAMES COREY GOODE, and GOODE ENTERPRISE SOLUTIONS INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY AND ADRIENNE YOUNGBLOOD; <br><br> Defendants. | Case No.: 1:20-CV-00947-DDD-KLM <br><br> **MOTION TO BE RELIEVED AS COUNSEL** <br><br> Judge: Hon. Kristen L. Mix <br> Courtroom: A401 |

Lenden F. Webb and Christian B. Clark of Webb Law Group, APC, hereby move to withdraw as counsel from Plaintiff Roger Richards Ramsaur ("RICHARDS") in this matter.

### BACKGROUND AND STATEMENT OF FACTS

AS FOR GROUNDS FOR WITHDRAWAL, counsel states:

1. The attorneys wish to withdraw as counsel of record from only Defendant Roger Richards Ramsaur, as mentioned in this motion, and remain counsel of record for all other Defendants currently represented by the attorneys in this matter.

2. The attorneys have received only minor responses to their communication attempts with RICHARDS and have had no substantial communication with RICHARDS relating to

---
**MOTION TO BE RELIEVED AS COUNSEL**
- 1 -

the lawsuit. The attorneys have made multiple attempts to communicate with RICHARDS but have received little to no response.

3. The attorneys have made every reasonable effort to communicate with RICHARDS via email, telephone and zoom videoconference, but these efforts have had little to no success. There has been an overall breakdown in the attorney-client relationship, and as of today's date, the attorneys are still unable to contact RICHARDS.

4. RICHARDS was scheduled to be deposed in this matter, but the deposition was postponed. RICHARDS has failed to provide new available dates for his deposition as requested by Ms. Valerie Yanaros.

5. Moreover, RICHARDS materially breached the terms of his Engagement with the Webb Law Group, APC.

6. On November 22, 2022, the attorneys sent a Motion for Substitution of Attorney to RICHARDS. As of today's date, the attorneys have not received an acknowledgment of the Substitution, let alone a signed copy.

7. The attorneys have served RICHARDS both via mail and email and have notified him of this Motion via telephone and text message.

8. Last known address and contact information of Roger Richards Ramsaur:
   Roger Richards Ramsaur
   1928 NE 40th Avenue
   Portland, OR 97212
   Phone: (323) 376-8705
   Email: Seckey@ProtonMail.com

///
///
///
///
///
///
///
///

**MOTION TO BE RELIEVED AS COUNSEL**
- 2 -

WHEREFORE, counsel for Defendants respectfully request that this Court allow Lenden F. Webb and Christian B. Clark to withdraw as attorneys of record for Defendant **Roger Richards Ramsaur**.

Dated: November 29, 2022						**WEBB LAW GROUP, APC**

/s/*Christian B. Clark*
Lenden F. Webb, Esq.
Christian B. Clark, Esq.
WEBB LAW GROUP, APC
10509 Vista Sorrento Pkwy, Suite 450
San Diego, CA 92123
Telephone: (619) 399-7700
FAX: (619) 819-4500
Email: LWebb@WebbLawGroup.com
Email: CClark@WebbLawGroup.com
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I, Raza N. Khan, am a citizen of the United States and am at least eighteen years of age. My business address is 10509 Vista Sorrento Pkwy., Suite 450, San Diego, CA 92121.

I am not a party to the above-entitled action. I have caused service of:

    **I.**    **Motion to be Relieved as Counsel and [Proposed] Order**

along with all associated documents on all the counsel of record and interested parties by electronic email service and electronically filing the foregoing with the Clerk of the U.S. District Court using its CM/ECF System.

I hereby certify that on this twenty-ninth day of November 2022, a true and correct copy of the foregoing **Motion to be Relieved as Counsel and [Proposed] Order** was served electronically and via U.S. Mail to:

Mr. Roger Richards Ramsaur
1928 NE 40th Avenue
Portland, OR 97212
Telehpone: (323) 376-8705
Email: Seckey@ProtonMail.com
Defendant

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: November 29, 2022

                                                Raza N. Khan

WEBB LAW GROUP, APC
466 West Fallbrook Avenue, Suite 102
Fresno, California 93711