IN THE UNITED STATES DISTRICT COURT

OF COLORADO

| | |
|---|---|
| JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY and ADRIENNE YOUNGBLOOD; <br><br> Defendants. | CASE NO. 1:20-CV-00947-DDD-KLM <br><br> **[PROPOSED] ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL** |

### [PROPOSED] ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL

The Court, having considered this Motion to be Relieved as Counsel of Record, hereby Orders as follows:

IT IS HEREBY ORDERED that Defendant ROGER RICHARDS RAMSAUR substitutes himself as his attorney of record in place of WEBB LAW GROUP, APC.

IT IS SO ORDERED.

Dated:_____        _____

                                                                    Magistrate Judge Kristen L. Mix

---

**[PROPOSED] ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL**

- 1 -

# CERTIFICATE OF SERVICE

I, Raza N. Khan, am a citizen of the United States and am at least eighteen years of age. My business address is 10509 Vista Sorrento Pkwy., Suite 450, San Diego, CA 92121.

I am not a party to the above-entitled action. I have caused service of:

**I.   Motion to be Relieved as Counsel and [Proposed] Order**

along with all associated documents on all the counsel of record and interested parties by electronic email service and electronically filing the foregoing with the Clerk of the U.S. District Court using its CM/ECF System.

I hereby certify that on this twenty-ninth day of November 2022, a true and correct copy of the foregoing **Motion to be Relieved as Counsel and [Proposed] Order** was served electronically and via U.S. Mail to:

Mr. Roger Richards Ramsaur
1928 NE 40th Avenue
Portland, OR 97212
Telehpone: (323) 376-8705
Email: Seckey@ProtonMail.com
Defendant

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: November 29, 2022

_____
Raza N. Khan

---

**CERTIFICATE OF SERVICE**
- 1 -