**Re: Youngblood - Subpoena for Production of Documents to Maureen Lavette**

    Me <valerie@yanaroslaw.com>
    Mon, 17 Oct 2022 2:01:37 PM -0500 •

To   "Christian Clark" <CClark@webblawgroup.com>

Cc   "peter tarantino"  ptarantino@webblawgroup.com , "raza khan" <rkhan@webblawgroup.com>, "lenden webb" <lwebb@webblawgroup.com>

Reading 1 / 26

That works, thank you.

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Mon, 17 Oct 2022 13:22:46 -0500 **Christian Clark <CClark@webblawgroup.com>** wrote ---

Good morning,

The 45-day proposal is agreeable, though I suspect we will just need to extend again after that period ends. Please confirm the attached is agreeable to be filed and that we have authority to use your /s/ signature.

Sincerely,

Christian B. Clark, Esq.
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**
466 W. Fallbrook Avenue, Suite 102
Fresno  CA 93711

Phone: (619) 399-7700
Phone: (559) 431-4888
Direct: (858) 258-9313
Fax      (619) 819 8400
Mail: CClark@WebbLawGroup.com
Website: www.WebbLawGroup.com

*Notice of Confidentiality*: This confidential E-mail is from a law firm. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** yanaroslaw <valerie@yanaroslaw.com>
**Date:** Friday, October 14, 2022 at 4:28 PM
**To:** Christian Clark <CClark@webblawgroup.com>

**Cc:** Peter Tarantino <PTarantino@webblawgroup.com>, Raza Khan <RKhan@webblawgroup.com>, Lenden Webb <LWebb@webblawgroup.com>
**Subject:** Re: Youngblood - Subpoena for Production of Documents to Maureen Lavette

Counsel:

Please advise whether we need to file a Rule 37 motion for Mr. Richards' deposition. Thank you.

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

***Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Thu, 13 Oct 2022 11:58:17 -0500 **yanaroslaw <valerie@yanaroslaw.com>** wrote ---

Good morning Mr. Clark,

My clients have informed me they will agree but to a shorter time period--would defendants be amenable to 45 days instead of 90?

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

***Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Tue, 11 Oct 2022 14:51:09 -0500 **Christian Clark <CClark@webblawgroup.com>** wrote ---

Good morning Ms. Yanaros,

Per my prior correspondence, please find **attached** a proposed *Joint Motion to Continue All Deadlines*. Please advise as to your thoughts

Sincerely,

Christian B. Clark, Esq.

**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**
466 W. Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399-7700
Phone: (559) 431-4888
Direct: (858) 258-9313
Fax:    (619) 819-8400
Mail: CClark@WebbLawGroup.com
Website: www.WebbLawGroup.com

*Notice of Confidentiality*: This confidential E-mail is from a law firm. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** Christian Clark <CClark@webblawgroup.com>
**Date:** Monday, October 10, 2022 at 10:13 AM
**To:** yanaroslaw <valerie@yanaroslaw.com>
**Cc:** Peter Tarantino <PTarantino@webblawgroup.com>, Raza Khan <RKhan@webblawgroup.com>, Lenden Webb <LWebb@webblawgroup.com>
**Subject:** Re: Youngblood - Subpoena for Production of Documents to Maureen Lavette

Thank you for the prompt response,

Based on your representation we will not file the motion and will advise the Court that the issue has been successfully resolved.

Concerning Mr. Richards' deposition, we are working on collecting new dates, and working on getting a doctor's note to you with additional information concerning the cause of the delay.

Lastly, given the foregoing, and given that the *Motion to Dismiss* still hasn't been ruled on, we would propose a joint stipulation to continue pre-trial dates and deadlines as we have done previously.

Sincerely,

Christian B. Clark, Esq.
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**
466 W. Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399-7700
Phone: (559) 431-4888
Direct: (858) 258-9313
Fax:    (619) 819-8400
Mail: CClark@WebbLawGroup.com
Website: www.WebbLawGroup.com

*Notice of Confidentiality*: This confidential E-mail is from a law firm. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.