Page 98

Page 99

Page 100

11  Q  And did you and Mr. Richards work
12  together a lot at that event?
13     A  Yes.
14     Q  Is that where you guys got pretty close?
15     A  Yes.
16     Q  Would you consider Mr. Richards a close
17  friend?
18     A  Yes.
19     Q  How often do you guys speak to each
20  other?
21     A  Sometimes often, sometimes not often,
22  depending on projects.
23     Q  When you speak often, how often would
24  that be?
25     A  I could talk to him during a project four

Page 101

1  times a day or once a week.  It depends on the intensity
2  of what we're doing, what we're working on, the details.
3     Q  Are you guys working on any projects
4  together right now?
5     A  No.
6     Q  When was the last time you worked
7  together on a project?
8     A  He was a producer on Trance.
9     Q  And when did the filming of Trance wrap
10  up?
11     A  When did it wrap up?  It wrapped up -- we
12  were done filming Trance in April of 2021.
13     Q  And do you guys still work together on
14  anything related to that documentary?
15     A  Not really.
16     Q  When was the last time you spoke with
17  Mr. Richards?
18     A  Voice spoke?  Last week.
19     Q  What about texting?
20     A  Yes.  Yeah.  Around my birthday.  Yeah.
21  That would have been -- I'm trying to think of the date
22  we're at right now.  A couple weeks ago.
23     Q  And as you know, his deposition was
24  supposed to happen yesterday, but he said he's in
25  surgery.  Are you familiar with the details of that?

```
                                              Page 102
 1      A   No.
 2      Q   He didn't tell you that he was going in
 3  for surgery?
 4      A   I found out when he was letting all of us
 5  know, our lawyers included.
 6      Q   Do you know what kind of --
 7          MR. WEBB:  So objection.  It calls for
 8  attorney-client communication; so I'll instruct her not
 9  to answer.
10          MS. YANAROS:  Okay.  Mr. Webb, we have
11  been promised a doctor's note on this alleged surgery
12  for almost a week now, and we have not received it yet.
13  Is there any status update on that?
14          MR. WEBB:  Next question.
15          MS. YANAROS:  I mean, if you're going to
16  object, if you're going to object and instruct her not
17  to answer on something that you said you were going to
18  give us information on a week ago, you can assure we'll
19  bring this up with the Judge.  Is that -- you're going
20  to stand on that objection -- I mean instruction?
21          MR. WEBB:  It's not my deposition today
22  to answer questions.  I'm happy to meet and confer with
23  you off the record if you'd like.  It's not a problem.
24          MS. YANAROS:  Objection, nonresponsive.
```