IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiff,

v.

ROGER RICHARDS RAMSAUR,
LEON ISAAC KENNEDY,
ADRIENNE YOUNGBLOOD,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion to Compel Wells Fargo's Compliance With Subpoena and for Expedited Briefing and/or Hearing** [#72] (the "Motion"). Plaintiffs subsequently filed a Notice [#73] stating that Defendants were not opposed to the Motion [#73]. However, Non-Party Wells Fargo Bank, N.A. ("Wells Fargo") filed a Response [#76] in opposition to the Motion [#72], Plaintiffs filed a Reply [#77], Wells Fargo filed a Surreply [#78], and Defendants filed a Surreply [#82], as well.

    The Motion [#72] relates to a subpoena originally served by Plaintiffs on Wells Fargo on July 12, 2022, *see* [#72-2], but Plaintiffs subsequently served an "amended" subpoena on Wells Fargo, on September 15, 2022. *Reply* [#77] at 1. Plaintiffs stated in their Reply [#77] dated October 11, 2022, that Wells Fargo "still has declined to produce relevant, responsive documents." *Id.* However, in its October 17, 2022 Surreply [#78], Wells Fargo stated that it responded to the subpoena and attached a copy of that response to its brief. *See Ex. A. to Surreply* [#78-1]. The response is dated Sept. 29, 2022, and indicates that Wells Fargo was unable to locate responsive documents based on the information provided by Plaintiffs in the subpoena. *See id.* No further briefing has been provided on the issue beyond a filing by Defendants stating that Plaintiffs failed to provide proper notice to Defendants of the subpoenas. *Surreply* [#82]. For the following reasons,

    IT IS HEREBY **ORDERED** that the Motion [#72] is **DENIED without prejudice as moot**. It is clear from the briefs that Wells Fargo has responded to the "amended"

-1-

subpoena.  *See* [#78-1].  Plaintiffs have failed to provide any response to Wells Fargo's contention that Wells Fargo could provide no further response to the subpoena without additional information.  *See Response* [#76].  Plaintiffs responded to Wells Fargo's initial argument that the original subpoena was deficient by amending it.  However, according to Wells Fargo's undisputed account, this amendment was still not sufficient to allow Wells Fargo to respond.  *Surreply* [#78]; *Ex. A to Surreply* [#78-1].  Because Plaintiffs have done nothing to dispute that and to further pursue their subpoena, the Court deems the issue to be moot.

In addition, the Court notes that Fed. R. Civ. P. 45 explicitly *requires* that a copy of the subpoena *must be served on each party before it is served*.  Thus, the Court warns that **failure to do so in the future will result in the imposition of sanctions.**

Dated:  December 8, 2022