IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiff,

v.

ROGER RICHARDS RAMSAUR,
LEON ISAAC KENNEDY,
ADRIENNE YOUNGBLOOD,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on a disputed discovery issue.

IT IS HEREBY **ORDERED** that a Discovery Hearing is scheduled for **January 24, 2023**, at **1:30 p.m. Attorneys who will be representing a party and who reside in Colorado shall appear in person** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Any attorneys who do not reside in Colorado and who plan to attend the hearing may appear by telephone by calling the Court from land lines, if possible, at **888-363-4749**, Access Code: **2115325#**, at the time of the hearing.

IT IS FURTHER **ORDERED** that **any materials provided to the Court within two business days of a discovery hearing shall not be accepted or reviewed, unless the Court specifically orders otherwise.**

IT IS FURTHER **ORDERED** that **the Court does not accept new issues for a pending discovery hearing with less than three business days' notice.**

Dated:  December 19, 2022