IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiff,

v.

ROGER RICHARDS RAMSAUR,
LEON ISAAC KENNEDY,
ADRIENNE YOUNGBLOOD,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion To Be Relieved as Counsel** [#84] (the "Motion"), filed by counsel for Defendants, Lenden F. Webb ("Webb") and Christian B. Clark ("Clark"). Attorney Webb and Attorney Clark ask to withdraw as counsel only as to Defendant Roger Richards Ramsaur ("Ramsaur"). Plaintiffs filed a Response [#86] in opposition to the Motion [#84], and Defendants filed a Reply [#88]. Attorney Webb and Attorney Clark state among other things that they have been unable to contact their client, receiving "little or no response," that there has been an "overall breakdown in the attorney-client relationship," that Defendant Ramsaur has failed to provide new available dates for his deposition, and that he has "materially breached the terms of his Engagement with the Webb Law Group, APC." *Motion* [#84] at 1-2.

    Plaintiffs oppose allowing the withdrawal because Defendants have purportedly "engaged in extensive delay tactics throughout the pendency of this case," there are various deposition and protective order issues, and Defendants have engaged in general "gamesmanship" in this litigation. *Response* [#86] at 1-4. Most of what is mentioned by Plaintiffs comes down to discovery disputes and a request for sanctions that is improperly made in a response brief. *See* D.C.COLO.LCivR 7.1(d). To the extent these remain issues, Plaintiffs may separately make such motions.[1] However, Plaintiff has provided no

---

[1] The Court notes that a Discovery Hearing is already set in this matter for January 24, 2023, at 1:30 p.m., and which may address some of these issues.

-1-

sufficient reason why Defendant Ramsaur's attorneys should be required to continue to represent him against their will when it appears that Defendant Ramsaur is not inclined to participate in the defense of his case.

The Court finds that the Motion [#84] complies with the requirements set forth in D.C.COLO.LAttyR 5(b).  Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#84] is **GRANTED**.  Attorney Webb and Attorney Clark are relieved of any further representation of Defendant Ramsaur in this case.  The Clerk of the Court is instructed to terminate Attorney Webb and Attorney Clark as counsel of record as to Defendant Ramsaur **only** and shall update Defendant Ramsaur's contact information with the information provided by his attorneys on page 2 of the Motion [#84].

As a one-time courtesy, the Court reminds Defendant Ramsaur of the following upcoming conference:

**Discovery Hearing**                              **January 24, 2023, at 1:30 p.m.**

Because Defendant Ramsaur will now be proceeding pro se, the Court hereby notifies him that he is under a legal obligation to comply with the Federal Rules of Civil Procedure, the Local Rules in this District, and all orders of this Court.  *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992).  In order to more fully explain the responsibilities Defendant Ramsaur now bears as a pro se litigant, the Court has attached a letter as an exhibit to this Minute Order.

Defendant Ramsaur is obligated to keep the Court informed of changes to his contact information pursuant to D.C.COLO.LCivR 5.1(c).  Accordingly,

IT IS FURTHER **ORDERED** that Defendant Ramsaur shall confirm his mailing address, e-mail address, and telephone number by filing a Notice of Contact Information **within seven days** of the date of this Minute Order.  **Failure to comply with this Order may result in sanctions, up to and including default judgment against Defendant Ramsaur.**  Pursuant to D.C.COLO.LCivR 5.1(c), if Defendant Ramsaur's contact information changes in the future, he must file a Notice of Change of Contact Information **within five days** of the change.

Dated:  January 12, 2023