**RE: Goode v. Ramsaur et al, Case No. 1:20-cv-00947-DDD- Discovery Hearing**

 Hicks, Andrea <ahicks@swlaw.com>
Thu, 19 Jan 2023 3:43:05 PM -0600

To  "yanaroslaw" <valerie@yanaroslaw.com>
Cc  "Adams, Anna" <amadams@swlaw.com>

Valerie-

I wanted to let you know that I will be leaving Snell & Wilmer next week. My colleague, Anna Adams, copied here, will be taking over this matter for me. Can you please provide her an update after the discovery hearing on Tuesday?

Thank you!

Andrea

**Andrea Hicks**
office: 303.634.2006 | mobile: 925.787.9555
ahicks@swlaw.com

Snell & Wilmer
swlaw.com | disclaimer

**From:** yanaroslaw <valerie@yanaroslaw.com>
**Sent:** Thursday, January 12, 2023 3:08 PM
**To:** Hicks, Andrea <ahicks@swlaw.com>
**Subject:** Re: Goode v. Ramsaur et al, Case No. 1:20-cv-00947-DDD- Discovery Hearing

**[EXTERNAL]** valerie@yanaroslaw.com

Hi Andrea,

Thank you so much for your call on Tuesday. Per our call, I will keep you updated regarding status on the discovery hearing on the 24th. We anticipate the hearing covering—mainly—the issues with regard to Mr. Richard's refusal to comply with his deposition subpoena, Mr. Kennedy's refusal to provide the requested bank records central to the litigation (related to the subpoena for your client, Wells Fargo), Mr. Kennedy's leak of my client's confidential deposition to multiple online platforms, and opposing counsel's misconduct throughout discovery (and especially during depositions). As I stated on our call, Wells Fargo's case manager that has been assigned to my client's subpoena had promised to provide documents by December 6. We haven't received any documents yet and I have not received any responses to my calls to her. I will follow up with her tomorrow. Please let me know if you have any update from your client. We are preparing a motion for sanctions against the defendants and their counsel that will lay our issues for the discovery hearing out more in detail. We intend to file this motion next week.

I really appreciate your time on Tuesday and your explanation of the issues related to the subpoena. Please do not hesitate to contact me with regard to any questions that you may have.  Thank you again and I will talk to you soon.

Best,
Val

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

***Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Fri, 06 Jan 2023 09:56:36 -0600 yanaroslaw<valerie@yanaroslaw.com> wrote ----

Yes, you can call me directly 512-826-7553. Thank you and have a good weekend. Good luck on your depo!

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225

Telephone: (512) 826-7553

***Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Fri, 06 Jan 2023 09:49:29 -0600 **Hicks, Andrea <ahicks@swlaw.com>** wrote ---

That works for me. Should I call you?

Andrea M. Hicks
Snell & Wilmer LLP

On Jan 6, 2023, at 8:45 AM, yanaroslaw <valerie@yanaroslaw.com> wrote:

[EXTERNAL] valerie@yanaroslaw.com<mailto:valerie@yanaroslaw.com>
_____
Hi Andrea,

I had some fires come up yesterday since getting back in town--how about we schedule Tuesday at 10 am central?

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

*Please note new address.

Confidentiality Notice: The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Thu, 05 Jan 2023 10:56:16 -0600 Hicks, Andrea <ahicks@swlaw.com> wrote ---

On Friday, I have a call at noon CT and another at 3:30 pm CT, but am available otherwise.

Next week, I am in deposition on Monday, but the rest of the week is fairly open.

Andrea

Andrea Hicks

office: 303.634.2006 | mobile: 925.787.9555

ahicks@swlaw.com<mailto:ahicks@swlaw.com>

Snell & Wilmer

swlaw.com<https://www.swlaw.com> | disclaimer<https://www.swlaw.com/legal/email-disclaimer>

From: yanaroslaw <valerie@yanaroslaw.com<mailto:valerie@yanaroslaw.com>>
Sent: Wednesday, January 4, 2023 8:19 PM
To: Hicks, Andrea <ahicks@swlaw.com<mailto:ahicks@swlaw.com>>
Subject: Re: Goode v. Ramsaur et al, Case No. 1:20-cv-00947-DDD- Discovery Hearing


[EXTERNAL] valerie@yanaroslaw.com<mailto:valerie@yanaroslaw.com>


_____


Ms. Hicks,


Thank you for reaching out. Do you have time for a brief call to discuss this Friday or early next week?


I hope your year has started well.


Valerie Yanaros, Esq.

Yanaros Law, P.C.

8300 Douglas Avenue Suite 800

Dallas, Texas 75225

Telephone: (512) 826-7553


*Please note new address.


Confidentiality Notice: The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.


---- On Tue, 03 Jan 2023 17:55:07 -0600 Hicks, Andrea <ahicks@swlaw.com<mailto:ahicks@swlaw.com>> wrote ---


Ms. Yanaros-


I represent Wells Fargo in relation to the subpoenas that have been issued. The court has set a discovery hearing for January 24, 2023, but it is unclear to me whether the hearing involves the subpoena issued to Wells Fargo or relates to the motion to compel. Can you please advise so that I can determine whether I need to appear at the hearing?


Thank you.


Andrea

Andrea Hicks

office: 303.634.2006 | mobile: 925.787.9555
email: [ahicks@swlaw.com](mailto:ahicks@swlaw.com)<mailto:[ahicks@swlaw.com](mailto:ahicks@swlaw.com)>

Snell & Wilmer

Tabor Center | 1200 Seventeenth Street | Suite 1900 | Denver, CO 80202-5854<[http://Tabor%20Center%20](http://Tabor%20Center%20)|%201200%20Seventeenth%20Street%20|%20Suite%201900%20|%20Denver,%20CO%2080202-5854>

_____

<[https://www.swlaw.com/](https://www.swlaw.com/)>
<1.png>

<[https://www.swlaw.com/](https://www.swlaw.com/)>
<2.png>

swlaw.com<[https://www.swlaw.com](https://www.swlaw.com)> | disclaimer<[https://www.swlaw.com/legal/email-disclaimer](https://www.swlaw.com/legal/email-disclaimer)>

Albuquerque | Boise | Dallas | Denver | Las Vegas | Los Angeles | Los Cabos | Orange County | Phoenix | Portland | Reno | Salt Lake City | San Diego | Seattle | Tucson | Washington, D.C.

LinkedIn<[https://www.linkedin.com/company/snell-&-wilmer](https://www.linkedin.com/company/snell-&-wilmer)> | Twitter<[https://twitter.com/SWLawNews](https://twitter.com/SWLawNews)> | Facebook<[https://www.facebook.com/SWLawNews](https://www.facebook.com/SWLawNews)> | Instagram<[https://www.instagram.com/swlawnews/](https://www.instagram.com/swlawnews/)>