Lenden Webb, Esq. (CA SBN 236377)
Christian B. Clark, Esq. (CA SBN 330380)
**WEBB LAW GROUP, APC**
446 W. Fallbrook Avenue, Suite 102,
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email: LWebb@WebbLawgroup.com
Email: CClark@WebbLawGroup.com

Attorneys for Defendants,

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| JAMES COREY GOODE, an individual; GOODE ENTERPRISE SOLUTIONS, INC., a Texas Corporation; <br><br> Plaintiffs, <br><br> v. <br><br> ROGER RICHARDS RAMSAUR, an individual; LEON ISAAC KENNEDY, an individual; and ADRIENNE YOUNGBLOOD, an individual; Defendants. | CASE NO. 1:20-cv-00947-DDD-KLM <br><br> **PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS TO JAMES COREY GOODE AND GOODE ENTERPRISE SOLUTIONS, INC., SET ONE (1)** |

**PROPOUNDING PARTY:**       ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY, ADRIENNE YOUNGBLOOD

**RESPONDING PARTY:**       JAMES COREY GOODE AND GOODE ENTERPRISE SOLUTIONS, INC.,

**SET NUMBER:**       ONE (1)

   **TO JAMES COREY GOOD and his attorney of record:**

   ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY, and ADRIENNE YOUNGBLOOD (*hereinafter "Plaintiffs"*) hereby request and that JAMES COREY GOODE AND GOODE ENTERPRISE SOLUTIONS, INC.,   *(hereinafter "Defendant")* admit the

*WEBB LAW GROUP, APC*
*466 West Fallbrook Avenue, Suite 102*
*Fresno, California 93711*

genuineness of the following documents and truth of the following matters of fact, under oath pursuant to Rule 33 of the Federal Rules of Civil Procedure , within thirty (30) days after service hereof. When answering these Requests, please furnish all information available to you including information in the possession of your employees, agents, or attorneys and employees or agents of your attorneys and not merely information known of your own and personal knowledge.

## **DEFINITIONS**

1.     The terms "**DOCUMENT**" "**DOCUMENTATION**" OR "**WRITING**" shall mean any writing as defined by Evidence Rule 1001, which shall mean handwriting, typewriting, printing, photostating, photographing, and every other means of recording upon any tangible thing any form of communication or representation, including letters, words, pictures, sounds, or symbols, or combinations thereof; and shall further mean any written, recorded, graphic or other matter whether produced, reproduced or stored in paper, cards, tapes, discs, belts, charts, films, computer storage devices or any other media and shall include, but not be limited to matter in the form of books, reports, facsimiles, studies, statements, speeches, notebooks, applications, agreements, contracts, appointments, calendars, diaries, appointment books, telephone slips, telephone bills, time sheets, telegrams, cables, microfilm, microfiche, working papers, graphs, manuals, brochures, contracts, memoranda, notes, records, recordings, drawings, witness statements, objects, tangible things, invoices, bills, checks, check registers, drafts, bank statements, bank reconciliation statements, recording tapes, recording disks, correspondence, diaries, directories, desk calendars, expense account records, procedural and operational manuals, publications, vouchers, files, file jackets, specifications, working drawings, teletype messages, inter and intra office memoranda, minutes or records of any kind, tables and lists, purchase orders, reports of any kind, summaries, tabulations, bids, biddings, bookkeeping entries, invoices, billings, and published material, and shall also include, but not be limited to, originals, copies (with or without notes or changes thereon) and drafts; Electronically Stored Information ("ESI") as defined by FRCP Rule 34 as "including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data

WEBB LAW GROUP, APC
466 West Fallbrook Avenue, Suite 102
Fresno, California 93711

compilations—stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form."

2.      For purposes of these requests, the term "**PERSON**" includes natural person, firm, association, organization, partnership, business, trust, and corporation or public entity.

3.      For purposes of these requests, the term "**EACH**" means each and every.

4.      For purposes of these requests, the term "**YOU**" and "**YOUR**" shall mean JAMES COREY GOODE AND GOODE ENTERPRISE SOLUTIONS, INC.,  including any and all of its agents, employees, officers, directors, attorneys, representatives, and any PERSON(S) acting on its behalf.

5.      For purposes of these requests, the term "**PLAINTIFF**" shall mean ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY, and ADRIENNE YOUNGBLOOD, including any and all of their agents, employees, officers, directors, attorneys, representatives, and any PERSON(S) acting on his behalf.

6.      The terms "**RELATING**," "**RELATED**," "**RELATE**," "**RELATES**," "**REFLECTING**," and/or "**REGARDING**," shall mean and include referring to, connected with, commenting on, in respect of, about, regarding, discussing, involving, showing, describing, concerning, analyzing, evaluation, consisting, evidencing, mentioning, citing, quoting, and/or remarking.

7.      For purposes of these requests, "**DISTRIBUTE**" means to distribute, release, deliver or otherwise cause possession of a thing to be transferred from one party to another.

8.      For purposes of these requests, the term "**IDENTIFY**" when used as to individuals needs to provide that individual's name(s), last name, home address(es), last known address(es), last known home telephone number(s), facsimile, social media address, email address, last known work telephone number(s), and mobile telephone numbers. The term "**IDENTIFY**", when used as to DOCUMENTS or WRITINGS, shall mean to provide DOCUMENT'S or WRITING'S title(s), author(s), date(s) of creation and present location.

**WEBB LAW GROUP, APC**
466 West Fallbrook Avenue, Suite 102
Fresno, California 93711

9.      The term "**ACTION**" shall mean the lawsuit pending in the United States District Court for the District of Colorado, Case No.: 1:20-cv-00947-DDD-KLM and any and all pleadings filed by any of the parties involved in said action.

The term "**RELEVANT TIME PERIOD**" shall refer to the time period beginning in January 1, 2014 through current.

## DOCUMENTS TO BE PRODUCED:

**REQUEST NO. 1:**   Any and all COMMUNICATIONS with Liz Lorie RELATING to the subject of this lawsuit during the RELEVANT TIME PERIOD.

**REQUEST NO. 2:**   Any and all DOCUMENTS or COMMUNICATIONS RELATED to the business between 1091/The Orchard and SBA Media, LLC during the RELEVANT TIME PERIOD.

**REQUEST NO. 3:**   Any and all DOCUMENTS that reflect payments that made to the media team as alleged in paragraph 68 of the Complaint.

**REQUEST NO. 4:**   Any and all COMMUNICATIONS referenced in paragraph 79 of the Complaint.

**REQUEST NO. 5:**   Any and all COMMUNICATIONS with THERESA YANAROS RELATING to the formation of SBA Entertainment., LLC during the RELEVANT TIME PERIOD.

**REQUEST NO. 6:**   Any and all employment agreements for Defendants Richards, Kennedy, and Youngblood during the RELEVANT TIME PERIOD.

**REQUEST NO. 7:**   Any and all DOCUMENTS referenced in paragraph 89 of the Complaint.

**REQUEST NO. 8:**   Any and all DOCUMENTS or COMMUNICATIONS that YOU claim proves YOU or David Wilcock's involvement in the planning of the Dimensions of Disclosure conference.

**REQUEST NO. 9:**   Any and all DOCUMENTS or COMMUNICATIONS that supports YOUR claim that YOU own some portion of Dimensions of Disclosure.

**REQUEST NO. 10:**  Any and all COMMUNICATIONS with the expert referenced in

WEBB LAW GROUP, APC
466 West Fallbrook Avenue, Suite 102
Fresno, California 93711

paragraph 90 of the Complaint.

**REQUEST NO. 11:**  Any and all DOCUMENTS RELATING to work that YOU did for Dimensions of Disclosure during the RELEVANT TIME PERIOD.

**REQUEST NO. 12:**  Any and all COMMUNICATIONS RELATING to work that YOU did for Dimensions of Disclosure during the RELEVANT TIME PERIOD.

**REQUEST NO. 13:**  Any and all financial DOCUMENTS RELATING to the entities and intellectual properties described in YOUR Complaint, including but not limited to Above Majestic, DoD, Cosmic Secret, Masterquest Course, Accelerating Ascension Course, SBA Entertainment, LLC, SBA Media, LLC, SBA Graphic Novel, SBA Comic Book, 20 and Back TV Show, 20 and Back Feature Film, Blue Avians Docuseries, 1091, The Orchard, the hemp project, and Good Media Publishing, LLC

**REQUEST NO. 14:**  Any and all financial DOCUMENTS RELATING to 1091/The Orchard during the RELEVANT TIME PERIOD.

**REQUEST NO. 15:**  Any and all financial DOCUMENTS RELATING to SBA Media, LLC during the RELEVANT TIME PERIOD.

**REQUEST NO. 16:**  Any and all financial DOCUMENTS RELATING to Goode Media Publishing, LLC during the RELEVANT TIME PERIOD.

**REQUEST NO. 17:**  Any and all DOCUMENTS identified in YOUR answers to Special Interrogatories, Set One served concurrently herewith.

**REQUEST NO. 18:**  Any and all DOCUMENTS and COMMUNICATIONS RELATING to the business relationship between YOU and DEFENDANTS during the RELEVANT TIME PERIOD.

**REQUEST NO. 19:**  Any and all DOCUMENTS RELATING to compensation or payments YOU received for the work YOU did on for Dimensions of Disclosure during the RELEVANT TIME PERIOD.

**REQUEST NO. 20:**  Any and all DOCUMENTS or COMMUNICATIONS reflecting payments YOU made to Defendants Richards, Youngblood or Kennedy at any time.

**REQUEST NO. 21:**  Any and all COMMUNICATIONS between YOU and Dan Meachum

WEBB LAW GROUP, APC
466 West Fallbrook Avenue, Suite 102
Fresno, California 93711

during the relevant time period.

**REQUEST NO. 22:**  Any and all DOCUMENTS OR COMMUNICATIONS, including bank statements, that provide an accounting of monies diverted and collected by YOU from March 2020 RELATED to the entities and intellectual properties at issue in the instant lawsuit.

**REQUEST NO. 23:**  Any and all DOCUMENTS or COMMUNICATIONS RELATED TO money YOU received from 1091/The Orchard during the RELEVANT TIME PERIOD.

**REQUEST NO. 24:**  Any and all DOCUMENTS or COMMUNICATIONS RELATED to YOUR claim that YOU own the intellectual properties and referenced in YOUR Complaint, including but not limited to Above Majestic, DoD, Cosmic Secret, Masterquest Course, Accelerating Ascension Course, SBA Entertainment, LLC, SBA Media, LLC, SBA Graphic Novel, SBA Comic Book, 20 and Back TV Show, 20 and Back Feature Film, Blue Avians Docuseries, 1091, The Orchard, the hemp project.

**REQUEST NO. 25:**  Any and all DOCUMENTS or COMMUNICATIONS that support YOUR claim that Defendants Richards and Kennedy committed embezzlement as described in YOUR Complaint.

Dated: February 24, 2022                                **WEBB LAW GROUP, APC**

By_____
      Lenden F. Webb
      Christian B. Clark
      Attorneys for Roger Richards Ramsaur.
      Leon Isaac Kennedy, and Adrienne
      Youngblood

**WEBB LAW GROUP, APC**
466 West Fallbrook Avenue, Suite 102
Fresno, California 93711

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my primary business address is: **10509 Vista Sorrento Parkway, Suite 450, San Diego, California 92121.** My e-mail address is **Office@WebbLawGroup.com**.

On **February 24, 2022** I caused the service of document(s) described as:

**I.**   **YOUNGBLOOD - Response to Request for Production of Documents - Set Two (2)**
**II.**  **YOUNGBLOOD - Response to Special Interrogatories - Set One**
**III.** **YOUNGBLOOD Requests for Admissions to COREY GOODE, Set One (1)**
**IV.**  **YOUNGBLOOD Requests for Production of Documents to COREY GOODE, Set One (1)**
**V.**   **YOUNGBLOOD Requests for Special Interrogatories to COREY GOODE, Set One (1)**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope at: San Diego, California, addressed as follows:

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
*Telephone:* (619) 238-1010
*Facsimile:* (619) 238-1981
*Email:* Valerie@YanarosLaw.com
*Email:* Admin@YanarosLaw.com
*Attorney for James Corey Goode and Goode*
*Enterprise Solutions, Inc.*

\_\_\_\_\_ (BY MAIL) I am readily familiar with this business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the U.S. Postal Service on the date hereinabove in the ordinary course of business, at San Diego, California.

 XX  (BY E-MAIL) I caused the above-referenced document(s) to be electronically mailed to the offices of the addressee(s) pursuant to Cal. Code of Civ. Proc. § 1010.6. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on **February 24, 2022**, at San Diego, California.

 XX  (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
MARY GRACE D. CHOW

WEBB LAW GROUP, APC
10509 Vista Sorrento Parkway, Suite 450
San Diego, California 92121