**Notice of Change of Contact Information  - Roger Richards Ramsaur - Case NO: 20-cv-00947-DDD-KLM**

  seckey@protonmail.com
Thu, 19 Jan 2023 7:17:34 AM -0600 •

To   "Valerie@YanarosLaw.com" <Valerie@YanarosLaw.com>, "Lenden Webb" <LWebb@webblawgroup.com>

It is my understanding that I am being requested to update my contact information with council and the court. Copy of forms Attached

Current Information

Roger Richards Ramsaur
Phone: +1 323 600 7506
Email: SecKey@protonmail.com
Mailing Address
5331 S. MacAdam Ave
Ste 258-713
Portland, OR 97239

In addition please alert Mr. Goode that I am in need of rescheduling any deposition required, and I am now in good health and have recovered from surgery. I will be proceeding Pro Se with my case as I wait for the Judges ruling on both the Motion to Dismiss and also the Discovery Hearing.

Please forgive my delay in reply, new information was revealed in Mr. Goodes deposition that I needed to consult with both Law Enforcement,  and Pro Se legal council, as there may now be a conflict of interest I must bring to the attention of the courts via my answer and counter claims.

Thank you

Roger Richards Ramsaur


**3 Attachments**

 A769BD6B-68A3-4159-… .jpg
414.8 KB

 Motion to be Relieved as….pdf
507.8 KB

 D865C31C-9FFC-45F1-B….jpg
404.2 KB