**Re: Youngblood - Deposition of Roger Richards**

|     | Me <valerie@yanaroslaw.com> |
| --- | --- |
|     | Fri, 18 Nov 2022 3:59:11 PM -0600 • |
| To  | "Lenden Webb" <LWebb@webblawgroup.com> |
| Cc  | "admin" admin@yanaro law.com , "Raza Khan" RKhan@webblawgroup.com , "Chri tian Clark" <CClark@webblawgroup.com> |

Counsel:

Your firm drafted the motion that was filed and rejected by the court due to errors. The extension is one necessitated by YOUR client's refusal to comply with our subpoena. If we need to bring this to the court's attention we will. Otherwise we look forward to receiving the draft so we can review thoroughly before filing so as to avoid any further mistakes. By the way, we still haven't received Mr. Richards' doctor's note.

Let me know if you would like to have a call to discuss.

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Fri, 18 Nov 2022 13:59:50 -0600 Lenden Webb<LWebb@webblawgroup.com> wrote ----

> You are free to draft, but we will not be drafting.
>
> Lenden F. Webb
> www.WebbLawGroup.com
> (please excuse the iPhone typos)
>
> On Nov 18, 2022, at 11:47 AM, yanaroslaw <valerie@yanaroslaw.com> wrote:
>
> Mr. Webb:
>
> We can do any dates of the following week.
>
> Our amended motion for extension should reflect a 60-day request for extension given the timing. Can we expect a draft of the same today?
>
> I will send an updated notice of deposition as soon as your office confirms the date for Mr. Richards' deposition.
>
> Valerie Yanaros, Esq.
> Yanaros Law, P.C.
> 8300 Douglas Avenue Suite 800
> Dallas, Texas 75225
> Telephone: (512) 826-7553

**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---

---- On Wed, 09 Nov 2022 21:24:01 -0600 **Lenden Webb <LWebb@webblawgroup.com>** wrote ---

Ms. Yanaros,

Since you are rejecting our proposal, I welcome you to send dates you propose for our client's consideration so we can get this back on calendar.

Sincerely,

Lenden F. Webb
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**
466 W. Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399-7700
Phone: (559) 431-4888
Fax:     (619) 819-8400
Email: LWebb@WebbLawGroup.com
Website: www.WebbLawGroup.com

*NOTICE OF CONFIDENTIALITY:*  This confidential E-mail is from a law firm. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** yanaroslaw <valerie@yanaroslaw.com>
**Date:** Wednesday, November 9, 2022 at 7:16 AM
**To:** Christian Clark <CClark@webblawgroup.com>
**Cc:** admin <admin@yanaroslaw.com>, LFW Work <LWebb@webblawgroup.com>, Raza Khan <RKhan@webblawgroup.com>
**Subject:** Re: Youngblood - Deposition of Roger Richards

Counsel:

We are not. Please provide additional dates. Thanks.

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other

than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Fri, 28 Oct 2022 11:32:13 -0500 Christian Clark<CClark@webblawgroup.com> wrote ----

Good morning Ms. Yanaros,

I understand that Mr. Richards is available for a deposition on December 2, 2022. Our office has a hard stop on that day at 3:00PM (PST), but we are amenable to starting at 6:30AM (PST) to ensure that we have sufficient time.

Please advise if this is agreeable and our office will calendar accordingly.

Sincerely,

Christian B. Clark, Esq.
**WEBB LAW GROUP, APC**

**San Diego Office**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121

**Fresno Office**
466 W. Fallbrook Avenue, Suite 102
Fresno, CA 93711

Phone: (619) 399-7700
Phone: (559) 431-4888
Direct: (858) 258-9313
Fax:     (619) 819-8400
Mail: CClark@WebbLawGroup.com
Website: www.WebbLawGroup.com

*Notice of Confidentiality*: This confidential E-mail is from a law firm. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.