# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Case No. 1:20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

    Plaintiff,
    v.

ROGER RICHARDS RAMSAUR,
LEON ISAAC KENNEDY and
ADRIENNE YOUNGBLOOD,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

TO:    The Clerk of Court and all parties of record:

I, Anna M. Adams, hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Non-Party Wells Fargo Bank, N.A. I respectfully request that I receive copies of all electronic filings in this case.

January 23, 2023                      SNELL & WILMER, LLP

                                          By *s/Anna M. Adams*
                                          Anna M. Adams
                                          1200 17th St., Ste. 1900
                                          Denver, CO 80202
                                          (303) 634-2000
                                          amadams@swlaw.com

                                          ***Attorneys Wells Fargo Bank, N.A.***

## CERTIFICATE OF SERVICE

    I hereby certify that onJanuary 23, 2023, a copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed and served via CM/ECF.

Valerie Ann Yanaros
Yanaros Law, P.C.
8300 Douglas Avenue
Suite 800
Dallas, TX 75225
512-826-7553
Email: valerie@yanaroslaw.com

Lenden Franklin Webb
Christian Ballmer Clark
Webb Law Group APC
466 West Fallbrook Avenue
Suite 102
Fresno, CA 93711
Email: cclark@webblawgroup.com
Email: lwebb@webblawgroup.com

                */s/ Sandy Braverman*
                for Snell & Wilmer L.L.P.

4871-8195-1308

2