**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Case No. 1:20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

      Plaintiff,
      v.

ROGER RICHARDS RAMSAUR,
LEON ISAAC KENNEDY and
ADRIENNE YOUNGBLOOD,

      Defendants.

---

## MOTION TO WITHDRAW AS COUNSEL

---

Pursuant to D.C.COLO.LAttyR 5(b), Andrea M. Hicks, attorney for Non-Party Wells Fargo Bank, N.A ("Wells Fargo"), respectfully requests an Order from the Court permitting her to withdraw as counsel of record for Wells Fargo in the above-captioned action, with client consent, stating as follows:

As good cause in support of this Motion, counsel states as follows:

1.      Pursuant to D.C.COLO.LCivR 7.1(b)(4) no conferral is needed for this Motion.

2.      Andrea M. Hicks is counsel of record for Wells Fargo.

3.      Effective January 25, 2023, Ms. Hicks will no longer be employed with the Snell & Wilmer L.L.P. law firm.

4.      Pursuant to D.C.COLO.LAttyR 5(b), Wells Fargo has been given notice of Ms. Hicks' request to withdraw.  Wells Fargo consents to the withdrawal of Ms. Hicks and a copy of this Motion is also being provided to Wells Fargo.

5.      No prejudice or delay will result, and Wells Fargo will not be left without representation as a result of this withdrawal as Anna M. Adams of the law firm of Snell & Wilmer L.L.P. will continue to represent Wells Fargo.

6.      As such, good cause exists to grant this motion.

WHEREFORE, for good cause shown, Andrea M. Hicks respectfully requests that this Motion to Withdraw as Counsel for Wells Fargo be granted.

DATED January 24, 2023

SNELL & WILMER, LLP

By *s/Andrea M. Hicks*
Andrea M. Hicks, #49781
1200 17th St., Ste. 1900
Denver, CO 80202
(303) 634-2000
ahicks@swlaw.com

**Attorneys Wells Fargo Bank, N.A.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2023, a copy of the foregoing **WELLS FARGO BANK. N.A.'S MOTION TO WITHDRAW AS COUNSEL** was filed and served via CM/ECF.

Valerie Ann Yanaros
Yanaros Law, P.C.
8300 Douglas Avenue
Suite 800
Dallas, TX 75225
512-826-7553
Email: valerie@yanaroslaw.com

Christian Ballmer Clark
Webb Law Group APC
466 West Fallbrook Avenue
Suite 102
Fresno, CA 93711
619-399-7700
Email: cclark@webblawgroup.com

Lenden Franklin Webb
Webb Law Group APC
466 West Fallbrook Avenue
Suite 102
Fresno, CA 93711
559-431-4888
Fax: 559-821-4500
Email: LWebb@WebbLawGroup.com

*/s/ Erika Gould*
for Snell & Wilmer L.L.P.

4865-5814-8428