UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 1:20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

    Plaintiff,
    v.

ROGER RICHARDS RAMSAUR,
LEON ISAAC KENNEDY and
ADRIENNE YOUNGBLOOD,

    Defendants.

**PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS MATTER, having come before the Court by way of Andrea Hicks's Motion to Withdraw as Counsel, and the Court having reviewed the Motion, and otherwise being sufficiently advised in the premises,

THE COURT FINDS that the Motion is well taken and should be granted. Andrea Hicks's Motion to Withdraw as Counsel is GRANTED.