IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: January 24, 2023 | Alfred A. Arraj United States Courthouse |

Civil Action No. 20-cv-00947-DDD-KLM

<u>Parties</u>:                                            <u>Counsel</u>:

JAMES COREY GOODE, ET AL.,           Valerie Yanaros

    Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, ET AL.,    Pro Se
                                                             Christian Clark
    Defendants.                                    Lenden Webb

**COURTROOM MINUTES**

**DISCOVERY HEARING**
**Court in session:   1:36 p.m.**

Court calls case. Appearances of counsel.

The Court addresses counsel and the parties regarding the outstanding discovery disputes.

**ORDERED:**   Counsel are directed to confer further regarding objections to subpoena in light of standing issue addressed by the Court. If counsel are unable to resolve their differences, Plaintiff's counsel is directed to email the following to the Court: (1) copies of the actual RFPs; (2) copies of the disputed Responses to RFPs; (3)copies of any written objections to the subpoena; (4) a statement indicating which deposition testimony by Defendant Kennedy constitutes his agreement to produce the documents requested in RFP 3 and RFP 6; (5) a statement indicating which language in the "408 letter" constitutes Defendant's agreement to produce the documents requested in RFP No. 3 and RFP No. 6; and (6) an explanation of how and when Defendants allegedly agreed to waive

objections to the subpoena.

HEARING CONCLUDED.
**Court in recess:     1:57 p.m.**
Total Time:    00:21


To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.