IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiff,

v.

ROGER RICHARDS RAMSAUR,
LEON ISAAC KENNEDY,
ADRIENNE YOUNGBLOOD,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion to Compel and for Sanctions** [#92] (the "Motion"). In the Motion [#92], Plaintiffs seek four forms of relief: (1) to compel Defendants and their counsel to produce documents in their possession that are responsive to the subpoenas and Requests for Production issued by Plaintiffs in this case; (2) to compel Defendant Richards to appear and cover costs for his deposition; (3) to sanction Defendants' counsel for misconduct during depositions taken in this case; and (4) to sanction all Defendants for the unauthorized release of portions of Plaintiff James Corey Goode's confidential deposition testimony across various media.

    IT IS HEREBY **ORDERED** that the Motion [#92] is **DENIED without prejudice in part**, regarding (1) and (2) above. Plaintiffs shall comply with the undersigned's Discovery Dispute Procedures to bring these issues to the Court's attention.

    IT IS FURTHER **ORDERED** that Defendants shall file a Response addressing (3) and (4) above **no later than February 10, 2023**. Plaintiffs may file a Reply addressing (3) and (4) **no later than February 24, 2023**. A written order on the requests for sanctions will thereafter issue in due course.

    Dated:  January 25, 2023