*Transcript of the Testimony of*

# ADRIENNE YOUNGBLOOD

## October 12, 2022

## JAMES COREY GOODE

## vs

## ROGER RICHARDS RAMSAUR



31 North Tejon, Suite 202, Colorado Springs, CO 80903
719.434.8262 office@elliottreporting.com

***CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 1:20-cv-00942-DDD-KLM

_____

VIDEO RECORDED DEPOSITION OF

ADRIENNE YOUNGBLOOD

Wednesday, October 12, 2022

_____

JAMES COREY GOODE, individually, and GOODE ENTERPRISE
SOLUTIONS INC.,

        Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY, and
ADRIENNE YOUNGBLOOD,

        Defendants.
_____

- - -
ELLIOTT REPORTING, INC.
719.434.8262              office@elliottreporting.com

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

---

Page 2

1    A P P E A R A N C E S
2
  For the Plaintiffs:
3
      VALERIE YANAROS, ESQ.
4     Yanaros Law, P.C.
      8300 Douglas Avenue, Suite 800
5     Dallas, Texas  75225
      Phone: 512.826.7553
6     Email: Valerie@yanaroslaw.com
7
  For the Defendants:
8
      LENDEN F. WEBB, ESQ.
9     10509 Vista Sorrento Parkway, Suite 430
      San Diego, California 92121
10    Phone: 559.431.4888
      Email: LWebb@WebbLawGroup.com
11
12  Also Present: William Roach, Videographer
                  Peter Tarantino
13                James Corey Goode
                  Leon Kennedy
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 3

1        PURSUANT TO NOTICE, and the Federal Rules of
2   Civil Procedure, the video recorded deposition of
3   ADRIENNE YOUNGBLOOD, called for examination by the
4   Plaintiffs, was taken remotely with all participants
5   appearing via videoconference (Zoom), commencing at 8:38
6   a.m., on October 12, 2022, before Cindy Elliott, RPR,
7   CSR, and Notary Public in and for the State of Colorado.
8
9
10                    I N D E X
11  EXAMINATION                                    PAGE
12   By Ms. Yanaros                                  8
13
                                               INITIAL
14  EXHIBIT                                      REFERENCE
15   Exhibit 1    YouTube Video                     214
                  Bates GES_Richards_00000006
16
     Exhibit 2    Youngblood 5486-5503             166
17
     Exhibit 3    Video                            173
18
     Exhibit 4    Email                            179
19                GES_Richards_0000228-0000234
20   Exhibit 5    Email                            202
                  GES_Richards_0000109-0000113
21
     Exhibit 6    DoD webpages                     206
22
     Exhibit 7    Conference Engagement Agreement  207
23                Youngblood 5076-5079
24   Exhibit 8    LLC Registration-Articles of     210
                  Organization
25

---

Page 4

1                                               INITIAL
                                               REFERENCE
2   EXHIBIT
    Exhibit 9    Email                            210
3                 GES_Richards_0000076
4   Exhibit 10   Certificate of Liability
                  Insurance
5                 Youngblood 5002-5003
6   Exhibit 11   Plaintiffs' Initial Disclosures  222
                  Pursuant to Federal Rule of
7                 Civil Procedure 26(a)(1)
8   Exhibit 12   Email
                  GES_Richards_0000100-0000102
9
    Exhibit 13   Email
10                GES_Richards_0000106-0000108
11  Exhibit 14   Email                            212
                  GES_Richards_0000028
12
13  Exhibit 15   *Youngblod (sic) 7236            239
14  Exhibit 16   *Youngblood 7235                 244
15  Exhibit 17   *Youngblood 7234                 244
16  Exhibit 18   *Youngblood 7232-7233            245
17  Exhibit 19   *Youngblood 7231                 246
18  Exhibit 20   *Youngblood 7229                 248
19  Exhibit 21   *Youngblood 8486-8490            249
20  Exhibit 22   *March 2019 Goode email          250
    Exhibit 23   *Youngblood 8482-8483            251
21
22  (* Exhibits 15 through 23 retained by counsel.)
23
24
25

---

Page 5

1    P R O C E E D I N G S
2            - - -
3            THE VIDEOGRAPHER:  We are on the video
4    record.  Today's date is Wednesday, October 12, 2022,
5    and the time right now where the witness is is
6    approximately 8:38 a.m.  My name is Bill Roach.  I am
7    the videographer and will be handling exhibits.  Our
8    reporter today is Ms. Cindy Elliott.
9            Will counsel please introduce themselves
10   and whom they represent, starting with Ms. Yanaros.
11           MS. YANAROS:  Yes, Valerie Yanaros for
12   the plaintiff, Mr. James Corey Goode, and Goode
13   Enterprise Solutions.
14           MR. WEBB:  And Lenden Webb on behalf of
15   the deponent, and also Leon Kennedy is attending
16   remotely by Zoom, and my law clerk, Peter Tarantino,
17   intermittently will be listening in and watching at
18   times today.  I would note the time is 8:39 a.m.
19           I know that the videographer wanted me to
20   turn off my mic and have just the mic in front of the
21   deponent.  I was not willing to do that.  The good news
22   is Cindy Elliott, the court reporter, has confirmed that
23   not only I'm clear with my 1 through 10, but also my
24   client, when my client reads 11 through 20, the court
25   reporter described it as very clear.  So I believe that

---

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 6

1 audio and video is ready to go. So we're ready for some
2 questions.
3          MS. YANAROS: And we'd like to note our
4 objections for the record, Mr. Webb, that you were not
5 cooperative at all, that you have now caused this
6 deposition to begin 40 minutes late. You have
7 absolutely declined to even test Ms. Youngblood's
8 microphone, when it's her deposition, that we need to
9 hear her and not you. I'd also like to note for the
10 record that Mr. Roach has also stated that there is a
11 lag. We can all see the lag, and that will be very
12 obvious to anybody watching this. And also that we've
13 called Judge Mix's chambers to have a hearing. We
14 unfortunately was not able to have the hearing, but her
15 clerk, Matt West, said for us to note our objections in
16 the record and if it continued or we needed to have a
17 discovery dispute, to put it that way. So if this does
18 continue, this sort of combativeness, we will shut down
19 the deposition and be asking for sanctions.
20          Mr. Webb has noted that he would prefer
21 to have an in-person deposition; so if we do have to
22 shut this down because he's not being cooperative, then
23 we'll go ahead and let him pay for the in-person
24 deposition.
25          We'd also like to note for the record

Page 7

1 that is going to be by the rules, that the defendants
2 have not noted any other time constraints that are
3 necessary, and we are designating this deposition as
4 confidential under the protective order.
5          MR. WEBB: Okay. I would disagree on my
6 side as far as decline to test my client's microphone.
7 I was in front of my client to test the microphone.
8 There was feedback. I'm -- I am not willing to have my
9 microphone turned off while my client's microphone is
10 on. I understand there's a lag. You did originally
11 notice this deposition to be in person. I do suggest
12 all major depositions are in person, but it's your
13 choice.
14          The good news is the court reporter,
15 who is the most important person in the room, on the
16 read back of 1 through 10 of my voice and on 11 through
17 20, she described as, quote, unquote, very clear. So I
18 think we're ready to go. It was my suggestion to call
19 Judge Mix's chambers. You took me up on it. I think
20 it's pretty simple as long as the court reporter is able to
21 take down testimony, then everybody's in a good place
22 and we're ready to go. So let's begin.
23          MS. YANAROS: And we will shut this down
24 if we cannot get a clear record. And as Ms. Elliott
25 states, then we'll go ahead and move that way.

Page 8

1          I would also like to note for the record
2 that you did not just use Ms. Youngblood's microphone.
3 It was -- it was a couple of different -- you had your
4 phone connected as well and wouldn't put that on mute so
5 we could get a clear -- a clear practice run.
6          All right. Okay, Ms. Youngblood, good
7 morning. Thank you for being here this morning.
8          THE REPORTER: Shall I go ahead and swear
9 in the witness?
10          MS. YANAROS: Oh, yes.
11          ADRIENNE YOUNGBLOOD,
12 having been first duly sworn, was examined and testified
13 as follows:
14          EXAMINATION
15 BY MS. YANAROS:
16     Q    All right. Ms. Youngblood, thank you for
17 being here this morning. Can you please state and spell
18 your name for the record.
19     A    Adrienne Youngblood, A-d-r-i-e-n-n-e,
20 Youngblood, Y-o-u-n-g-b-l-o-o-d.
21     Q    Okay. Thank you. And do you have a
22 middle initial?
23     A    Yes, it's M.
24     Q    Okay. Did you ever have any other middle
25 initial?

Page 9

1     A    I have not.
2     Q    Okay. Please state your address for the
3 record.
4     A    15300 Cliff Road, Nevada City,
5 California, 95959.
6     Q    Okay. Ms. Youngblood, have you ever been
7 deposed before?
8     A    No.
9     Q    Okay. We'll go through a couple of
10 ground rules and then we'll get into some questions.
11 I'd like for you to answer all of my questions verbally,
12 so that means no "uh-huh," or "huh-uh" or shaking your
13 head. We need to make a clear record for the court
14 reporter. Do you understand?
15     A    Yes.
16     Q    Okay. And I would like for you to let me
17 finish all of my questions before you start answering.
18 Again, this is to make a clear record for the reporter.
19 And I will let you finish your answers before I ask the
20 next question. Do you understand?
21     A    Yes.
22     Q    Your attorney is going to be making
23 objections during our conversation today. The only time
24 I want you to not respond is if he instructs you not to
25 respond. Otherwise, let him make his objection and then

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 10

1 answer my question. Do you understand?
2       A    Yes.
3       Q    Do you have anything in front of you
4 right now?
5       A    Just the microphone.
6       Q    No papers or anything like that?
7       A    No.
8       Q    And who's in the room with you?
9       A    Lenden Webb, my attorney.
10       Q    Okay.
11            MR. WEBB: I am.
12            MS. YANAROS: Mr. Webb, I didn't ask you
13 the question. I asked your client. So if you'd let her
14 answer, I'd appreciate that.
15       Q    Okay. I don't want to know any
16 privileged information. If I ask a question that might
17 get into some sort of privileged information,
18 information between you and your attorney, I want you to
19 answer the question to the best of your knowledge
20 without divulging privileged information. Do you
21 understand?
22       A    Yes.
23       Q    Okay. You can take as many breaks as you
24 want. It's -- this is your day today. So the only
25 thing I ask is that if there's a question pending on the

Page 11

1 table, answer that question before you take a break. Do
2 you understand?
3       A    Yes.
4       Q    Okay. So we have seven hours today.
5 Your attorney has advised me that you don't have any
6 other time constraints. Is that correct?
7       A    Correct.
8       Q    We'll take a break for lunch. If you
9 have an idea of when you want to do that, we can make an
10 agreement on the record right now; otherwise we can go
11 until you need a break.
12       A    Okay.
13       Q    Have you spoken to anybody since the last
14 deposition about the last deposition?
15            MR. WEBB: And you're saying other than
16 her attorneys or anybody from our office, right?
17            MS. YANAROS: That was my instruction.
18            MR. WEBB: Okay. You can answer.
19       A    No.
20       Q    (By Ms. Yanaros) Do you understand that
21 the deposition that we are doing today is confidential?
22       A    Yes.
23       Q    And what is your understanding of what
24 that means?
25       A    That there is no dialogue about this

Page 12

1 deposition outside of this room, I would think.
2       Q    Okay. Do you have any other aliases
3 besides the name that you just gave us at the beginning
4 of this deposition?
5       A    Aliases, no.
6       Q    You don't go by any other name except for
7 Adrienne Youngblood?
8       A    Correct.
9       Q    And does anybody else live with you at
10 the address that you just gave?
11       A    Yes.
12       Q    Who is that?
13            MR. WEBB: And only for people over the
14 age of 18, but you can answer.
15       A    I share a house with my husband, Richard
16 Soto.
17       Q    (By Ms. Yanaros) Just him?
18       A    In the house, yes.
19       Q    Does anybody live outside of the house?
20       A    We have other dwellings on our
21 property --
22       Q    Okay. And who lives there?
23       A    -- that are occupied.
24            My daughter, Karlie Youngblood.
25       Q    How do you spell that?

Page 13

1       A    K-a-r-l-i-e.
2       Q    And how old is she?
3       A    She is 39 yesterday.
4       Q    Happy birthday to her.
5            Anybody else besides Karlie?
6       A    Anthony Lorenzo.
7       Q    Okay. And who is Anthony Lorenzo?
8       A    He's my youngest son.
9       Q    Okay. And how old is he?
10       A    29.
11       Q    Anybody else?
12       A    Adam Walberg (phonetic).
13       Q    Okay. And who is he?
14       A    He's a tenant.
15       Q    And how long has he lived there?
16       A    About a year.
17       Q    Anybody else?
18       A    Corinne Collins.
19       Q    How do you spell that?
20       A    C-o-r-i-n-n-e, Collins, C-o-l-l-i-n-s.
21 She's a tenant.
22       Q    And how long has she lived there?
23       A    Five years.
24       Q    Anybody else?
25       A    No. Not at this time.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 14

1    Q   About a year ago, and I know it's been a
2  while, we had been discussing scheduling some
3  depositions, and we were informed that your husband had
4  passed.  Do you recall that?
5    A   My -- yes.  It was my ex-husband, my
6  first husband, Mr. Youngblood, the father of my
7  children.
8    Q   And what was his first name?
9    A   Thomas.
10   Q   Do you recall the date it was that he
11 passed?
12   A   Excuse me?  I didn't hear the question.
13   Q   Do you recall the date that he passed?
14   A   October 15th.
15   Q   Of last year?
16   A   Yes.
17   Q   And do you recall that around the same
18 time, Mr. Leon Kennedy also had an either friend or
19 family member pass away?
20   A   Yes.
21   Q   Do you recall who that was?
22   A   It was a dear friend of his.
23   Q   You don't recall the name?
24   A   I do not.
25   Q   And he was supposed to attend the

Page 15

1  funeral?  Was that what was going on?
2    A   I don't remember that.
3    Q   Okay.  Ms. Youngblood, you said that
4  today was the first time you'd ever been deposed; is
5  that correct?
6    A   Correct.
7    Q   Okay.  And you understand that you're
8  under oath?
9    A   Yes.
10   Q   And what is your understanding of what
11 that means?
12   A   That I would tell the truth and what my
13 word is, is legally binding.
14   Q   Are you under the influence of drugs or
15 alcohol that may make you -- make it difficult for you
16 to understand my questions today?
17   A   No.
18   Q   Anything that would make it difficult for
19 you to answer my questions truthfully?
20   A   No.
21   Q   Do you consume any type of drugs?
22   A   No.
23   Q   Alcohol?
24   A   Occasionally.
25   Q   And when was the last time you did?

Page 16

1    A   About two and a half months ago.
2    Q   Okay.  Are you prescribed any type of
3  prescription drugs?
4    A   No.
5    Q   Any anti-depressants?
6    A   No.
7    Q   Do you regularly see a psychologist or a
8  psychiatrist?
9    A   No.
10   Q   Have you ever been accused of perjury?
11   A   No.
12   Q   Have you ever submitted any sort of
13 affidavit for a legal proceeding?
14   A   For my divorces.
15   Q   Okay.  And how many divorces do you have?
16   A   Two.
17   Q   Okay.  And when were those?
18   A   1989.
19   Q   Was that from Mr. Youngblood?
20   A   Yes.
21   Q   Okay.  And the second one?
22   A   And I actually don't remember the year.
23 I think it was 2000, and that was Mr. Lorenzo.  I'm not
24 sure of that year, to be honest.
25   Q   Okay.

Page 17

1      MR. WEBB:  Instruction, today estimates
2  are fine.  So even if you don't remember the exact year,
3  if you can give your best estimate, if you --
4      MS. YANAROS:  Counsel, I can't understand
5  what you -- is he clear to you guys?  I can't understand
6  what you're saying.
7      THE REPORTER:  I didn't get the first
8  part of what you said.  It was garbled.  But then it
9  became clear.
10     MR. WEBB:  Okay.  So just giving
11 instruction to the client, that while you may not
12 remember exact dates, numbers, quantities --
13     MS. YANAROS:  No, Mr. Webb, this is
14 not -- you can instruct your client not to answer.  You
15 can't give any other -- this is my deposition.
16     MR. WEBB:  Sure.  Let's go off the record
17 so I can explain to her the difference between a guess
18 and an estimate, since you didn't give her that
19 instruction.
20     MS. YANAROS:  No, no.  We're not going
21 off the record.  I'm not agreeing to go off the record,
22 and that is not -- that's not a proper instruction under
23 the federal rules, Mr. Webb.  I know you don't regularly
24 practice under the federal rules, but if you want to get
25 them out and look at them again and review what is

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 18

1  acceptable in a deposition, then maybe that's a good
2  idea. But as of right now, you can instruct her not to
3  answer if you are asserting a privilege; otherwise, you
4  can't -- you can't coach the witness.
5          MR. WEBB: Okay. Can I finish, Counsel?
6          MS. YANAROS: Are you making an
7  objection?
8          MR. WEBB: Only one of us can talk at --
9          MS. YANAROS: Are you making an
10 objection?
11          MR. WEBB: We are either going to go off
12 the record and I'm going to give my client instruction
13 about guesses and estimates, or we'll do it on the
14 record. What do you prefer.
15          MS. YANAROS: Whatever you talk about off
16 the record you know we can talk about on the record,
17 correct?
18          MR. WEBB: Okay. Then I'll do it on the
19 record.
20          The difference, a guess and an estimate,
21 you won't remember everything perfectly. Just do your
22 best today. So even though you don't have an exact,
23 give counsel the best recollection you have. So if it's
24 a year, a spring, a fall, an approximate number, just
25 give her the best you can, because that's what they want

Page 19

1  today, okay? So you're doing fine.
2          MS. YANAROS: Object to the side bar.
3  Object to coaching the witness.
4          I'm sorry. Ms. Elliott, can you read
5  back what the question was?
6          THE REPORTER: Sure.
7          (Record read.)
8      Q   (By Ms. Yanaros) Yeah, what was
9  Mr. Lorenzo's first name, Ms. Youngblood?
10     A   Michael.
11     Q   I'm sorry?
12     A   Michael.
13     Q   Michael. Okay. It's a little garbled.
14 All right.
15         Have you ever been in a lawsuit besides
16 this one?
17     A   No.
18     Q   You never had a lawsuit with Capital One
19 in 2019?
20     A   No.
21     Q   No bankruptcies?
22     A   No.
23     Q   Have you ever been arrested?
24     A   Yes.
25     Q   And for what?

Page 20

1          MR. WEBB: Objection. Same objection.
2      Q   (By Ms. Yanaros) You may answer.
3      A   I was arrested when I was 21 for a DUI.
4          MR. WEBB: Same objection.
5      Q   (By Ms. Yanaros) Anything else?
6      A   No.
7      Q   Have you ever been fired from a job?
8          MR. WEBB: Objection.
9      A   I think when I was a teenager, yes.
10     Q   (By Ms. Yanaros) Okay. What -- for
11 what?
12          MR. WEBB: Same objection.
13     A   I think I wasn't showing up on time.
14     Q   (By Ms. Yanaros) Okay. And what did you
15 do to prepare for this deposition today?
16     A   I familiarized myself with my notes. I
17 got a refreshing walk on the beach and a good night's
18 sleep.
19     Q   Okay. What notes did you refresh
20 yourself with?
21     A   Just certain aspects of this case that
22 has been floating around for the last couple years.
23     Q   And where are those notes kept?
24     A   In my computer.
25     Q   Okay. Is it a Word document?

Page 21

1      A   No.
2      Q   What -- where are they? Give me a little
3  bit more information.
4      A   My notes are on my Notepad, in my
5  computer program called Notepad.
6      Q   Okay. And how long have you been keeping
7  that Notepad?
8          MR. WEBB: Objection, vague.
9      A   I don't know. On and off. For --
10     Q   (By Ms. Yanaros) Since when?
11     A   -- a couple years, I guess.
12     Q   And those are in regards to this case?
13     A   In regards -- I keep a lot of notes.
14     Q   Okay. But you specifically said that you
15 refreshed yourself with some notes that you had over
16 this case, correct?
17     A   Correct.
18     Q   Okay. And those are -- you said those --
19 you've been keeping those for a couple years, correct?
20     A   Correct.
21     Q   And did you have -- have you produced
22 those notes to your attorney?
23     A   Yes.
24          MR. WEBB: To the extent that they're
25 attorney-client privileged or during this course of

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 22

1  litigation, they're not going to be produced.
2        MS. YANAROS: She answered the question,
3  Mr. Webb. Don't coach the witness.
4        MR. WEBB: If they're prior to
5  litigation, I'm sure we'll (inaudible).
6        THE REPORTER: Could you repeat that, Mr.
7  Webb? I did not get it.
8        MR. WEBB: Sure. To the extent that
9  they're prior to the litigation and they're not work
10  product or -- I'm sorry, or attorney-client privilege,
11  we'll gladly produce them.
12        MS. YANAROS: Thank you, Counsel.
13        Q   Okay. Did you talk to anybody else in
14  preparation for this deposition today? Of course I
15  don't want to hear about any conversations with your
16  attorneys.
17        A   No.
18        Q   You didn't speak with your husband?
19        A   Well, the -- they know I left. I flew
20  down to San Diego to give a deposition.
21        Q   Did you review any documents?
22        A   No.
23        Q   Okay. Do you understand what I mean when
24  I use the term "discovery"?
25        A   No.

Page 23

1        Q   Do you understand that in litigation,
2  there is a process where parties gather documents and
3  send them to each other?
4        A   Yes.
5        Q   Okay. So that's what I mean when I use
6  the term "discovery." So --
7        A   Okay.
8        Q   -- all the parties in this litigation
9  have a duty to partake in discovery and produce
10  documents that are responsive to requests from the other
11  side. Do you understand that?
12        A   Yes.
13        Q   Have you reviewed any requests from my
14  clients for documents or information?
15        A   Yes.
16        Q   And what did you do in response to those?
17        A   I uploaded a lot of things into the joint
18  discovery box.
19        Q   Okay. And what kind of things did you
20  upload?
21        A   Contracts, emails, texts, videos, YouTube
22  videos, WhatsApp videos. I think that might cover it
23  all just by saying contracts. Well, advertising pieces.
24        Q   Okay. When you were looking through
25  emails, which email addresses did you pull emails from?

Page 24

1        A   Well, my AYoungblood@me.com. Corey
2  Goode. I don't remember what his email is. I think it
3  was like -- I don't -- I actually don't remember what
4  his email was. I just put in "Corey Goode" in my
5  search. Roger Richards and emailangelGMP.production@
6  icloud.com. That was one I used at one point. I think
7  that's it.
8        Q   Do you still have access to GMP.product-
9  ion@icloud.com?
10        A   I should, yeah. Uh-huh.
11        Q   Do you still use it?
12        A   No.
13        Q   Do you recall the last time you used it?
14        A   It was -- what -- I'm sorry. What was
15  that?
16        Q   No, you can finish your answer. Sorry.
17        A   It was an alias for my AYoungblood@me.com
18  account. So it just comes into the same email. Cache.
19        Q   Okay. And what is your phone number?
20        A   805-844-3911.
21        Q   Do you have any other phone numbers?
22        A   No.
23        Q   Do you have a YouTube account?
24        A   Yes.
25        Q   And what's the name of that YouTube

Page 25

1  account?
2        A   8th House Films.
3        Q   Can you spell that, please?
4        A   8, the Number 8, t-h, House, H-o-u-s-e,
5  Films, F-i-l-m-s.
6        Q   Okay. Is that a company you own?
7        A   Yes. Yes.
8        Q   And what kind of company is that?
9        A   It's a film production company.
10        Q   Any other YouTube accounts?
11        A   I'm trying to think of my Gmail addresses
12  that might be associated. Telos Nation.
13        Q   Could you spell that, please?
14        A   T-e-l-o-s, N-a-t-i-o-n.
15        Q   T, as in Tom?
16        A   T, as in Tom.
17        Q   -e-l-o-s, N-a-t- --
18        A   Uh-huh.
19        Q   -- i-o-n?
20        A   Correct.
21        Q   Is that the name of another company?
22        A   No.
23        Q   Any other YouTube accounts?
24        A   No.
25        Q   Do you have any social media?

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 26

1   A   Yes.
2   Q   What types of social media do you have?
3   A   Twitter.
4   Q   Okay.  And what's your Twitter handle?
5   A   Fool me twice.  Fool, F-o-o-l, m-e, the
6   number 2, w-c-e.
7   Q   Okay.  Any other Twitter handle?
8   A   No.
9   Q   Okay.  What about Instagram?
10   A   I do have an Instagram account.  I just
11   don't use it.  It's windhorse, W-1-n-d-h-o-r-s-e.
12   Q   Okay.  Any other Instagram accounts?
13   A   No.
14   Q   What about Facebook?
15   A   I have a deactivated account.
16   Q   Okay.  And what's the handle?
17   A   Adrienne Youngblood.
18   Q   When did you deactivate it?
19   A   A couple months ago.
20   Q   Okay.  Approximately how much time did
21   you spend gathering documents to upload to the discovery
22   box that you referenced earlier?
23   A   Hundreds of hours.  That's hard to
24   quantify.  It's been two years.
25   Q   Okay.  So you've been updating what

Page 27

1   you've been turning over over the last two years?
2   A   Yes.
3   Q   And everything you had you turned over?
4   A   Yes.
5   Q   Did you turn over any documents from your
6   Facebook account?
7   A   From my Facebook account, no.  But to
8   access some of the things that I took screenshots of, I
9   needed my Facebook account; so I would say yes.
10   Q   Okay.  And what would those things be?
11   A   Some comments, posts that Mr. Goode made.
12   Q   Okay.  Do you know what a litigation hold
13   is?
14   A   No.
15   Q   So when a lawsuit is filed, the parties
16   that are part of the lawsuit are not supposed to delete
17   anything or destroy anything.  You've never heard of
18   that before?
19   MR. WEBB:  Objection, vague.  And
20   objection, calls for attorney-client communication,
21   but --
22   MS. YANAROS:  Okay.
23   MR. WEBB:  Instruction not to answer, as
24   phrased.
25   Q   (By Ms. Yanaros)  Ms. Youngblood, you

Page 28

1   said you've never heard of a litigation hold before; is
2   that correct?
3   A   Correct.
4   Q   Have you destroyed any documents that
5   would be relevant to this case since the filing of the
6   lawsuit two-and-a-half years ago?
7   A   No.
8   Q   You haven't deleted any emails?
9   A   No.
10   Q   But you deactivated your Facebook
11   account?
12   A   Yes.
13   Q   And why did you deactivate your Facebook
14   account?
15   A   I was having some privacy issues related
16   to another matter.
17   Q   And what issues were those?
18   A   I just don't feel the need to be public.
19   Q   Okay.  We'll come back to that.  All
20   right.  I want to talk a little bit about your
21   background.  Where are you from originally?
22   A   I was born in Seattle, Washington.  My
23   family moved to the suburbs of Chicago, Illinois, when I
24   was about two.  I was raised in Barrington Hills,
25   Illinois.

Page 29

1   Q   When did you move to California?
2   A   When I was 21.  That would have been
3   1984.
4   Q   And what made you move to California?
5   A   (Inaudible) winters.
6   Q   I'm sorry?
7   A   The weather in Chicago.
8   Q   Well, I couldn't understand what you had
9   said before.  What did you -- what was it that you had
10   said before?
11   A   I said "Chicago winters."
12   Q   Oh, "Chicago winters," okay.  And when is
13   your birthday, Ms. Youngblood?
14   MR. WEBB:  We're not going to put her
15   birthday on a public record.
16   MS. YANAROS:  And this isn't a public
17   record, Counsel.  It's designated as confidential.  If
18   she had her driver's license there and she was in
19   Colorado, she would give us what her birthday is.
20   MR. WEBB:  I'm not going to put her
21   birthday on public record, nor her social.
22   MS. YANAROS:  Well, I didn't ask for her
23   social.  Counsel, what are you talking about?
24   MR. WEBB:  I'm not going to give you
25   either one of those, because those can go straight to

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 30

1  bank records and --
2          MS. YANAROS:  You're not going to give me
3  anything.  Ms. Youngblood can state when her birthday
4  is.  Are you instructing her not to answer when her
5  birthday is?
6          MR. WEBB:  Correct.  Yes.
7          MS. YANAROS:  Which is publicly available
8  information.
9          Is that correct?
10         MR. WEBB:  Really?  What's my birthday --
11 if her birthday is public information --
12         MS. YANAROS:  I'm not answering your
13 questions, Counsel.  Are you instructing her not to
14 answer?
15         MR. WEBB:  If your birthday is publicly
16 available, you can share it.  If it's not, don't.
17 Because that's what can give access to your bank
18 accounts and everything else.  So go ahead.
19         MS. YANAROS:  Counsel, you can give the
20 instruction and that's it.
21         MR. WEBB:  And Counsel, just one of us at
22 a time.  I understand you're objecting, but for the
23 court reporter's sake, wait until I'm done before
24 talking.
25         MS. YANAROS:  Counsel --

Page 31

1      Q   Ms. Youngblood, are you going to answer
2  or not?  It's -- it's an easy question.
3      A   On the advice of my attorney, I'm going
4  to not answer.
5          MS. YANAROS:  All right.  Objection,
6  nonresponsive.
7      Q   Did you move to California with your
8  family in 1984?
9      A   Yes.
10     Q   Okay.  And did you attend school in
11 California?
12     A   Yes.
13     Q   Where did you go to school?
14     A   University of Santa Barbara.
15     Q   And what did you study there?
16     A   Communication design.
17     Q   Was that for your bachelor's?
18     A   It was towards the bachelor's.  I didn't
19 get a bachelor's, though.
20     Q   Did you go to any college before UCSB?
21     A   I think that I went to Ventura College
22 before then, uh-huh.
23     Q   Okay.  And what year was that?
24     A   It must have been about 1987 or '88.
25     Q   Okay.  And when were you at UCSB?

Page 32

1      A   Later.  1990, maybe.
2      Q   Did you go anywhere after UCSB?
3      A   Not a college-college, no.
4      Q   Okay.  So did you receive an associate's
5  degree?
6      A   No.  I received a certificate of
7  completion -- it was a special program.
8      Q   From UCSB?
9      A   For -- yeah.  For design and --
10 communication design.
11     Q   Okay.  And what is communication design?
12     A   It was basically graphic design at that
13 time.
14     Q   Any other schooling?
15     A   Lots of education.  I have a lot of
16 certificates in a lot of different things, but not from
17 universities or colleges.
18     Q   Okay.  Let's talk about those a little
19 bit.  Where did you study after UCSB, those
20 certificates?
21     A   Well, I have a certificate to teach
22 Pilates.  I have a certificate as a yoga instructor.  I
23 am an ayurvedic practitioner.  I am --
24     Q   Spell that, please?
25     A   I -- I'm sorry, what?

Page 33

1      Q   Can you spell that, please?
2      A   A-u-y-v-e-d-i-c (sic).
3      Q   Okay.
4      A   I'm also an ayurvedic herbalist.
5      Q   Okay.  Anything else?
6      A   I'm a certified Jyotishi,
7  J-y-o-t-i-s-h-i.
8      Q   Anything else?
9      A   No.
10     Q   Okay.  And what's an ayurvedic
11 practitioner?
12     A   What is that?  It is someone who has
13 studied the Vedas and the ayurvedic style of medicine,
14 which is an eastern Indian understanding of medicine, of
15 science.  It's the method of their medicine.
16     Q   Okay.  And then the ayurvedic herbalist
17 would just be another offshoot of that?
18     A   Yes, that I can make formulas, prescribe
19 formulas, herbal formulas, to other people, who would be
20 my clients.
21     Q   Okay.  And then the final certificate
22 that you said, I think you said Jyotishi?
23     A   Jyotishi, it's vedic astrology, which
24 goes with the ayurvedic practitioner, required to know
25 all of the Vedas.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 34

1   Q   Okay. And I think you're saying the word
2   "Veda" or "Beda"?
3       A   Veda. V, as in Victor, -e-d-a-s, Vedas.
4   Q   And what are those?
5       A   It's the understanding of eastern
6   religion, Hindu, Buddhism, thousands of years old.
7   Q   Okay. And your certificate to teach
8   Pilates, when did you receive that?
9       A   Oh, wow.
10      Wow. That was so long ago. 2005, maybe.
11  Q   Okay. And if you can remember when you
12  got your yoga certificate, or certificate to teach yoga.
13      A   Yeah, that was -- that was before, so
14  that would have been in '99-ish.  '99-ish.
15  Q   Okay.
16      A   Maybe even earlier.
17  Q   Okay. Thanks.
18      And the ayurvedic practitioner and
19  herbalist certificates, do you recall --
20      A   That was about 2000 -- 2008, 2009. It
21  was a long program. I think it was about 2009 when I
22  was complete. Actually, it may have been 2010 when I
23  was complete. This isn't something I was prepared to
24  know.
25  Q   And you said that was a long --

Page 35

1       A   I don't remember.
2   Q   -- program. How long did it take you to
3   get that certificate?
4       A   A couple years.
5   Q   A couple years?
6       A   (Deponent nods head.)
7   Q   Okay. And the Jyotishi, was that the
8   same -- did you have that at the same time?
9       A   No, that was in -- I completed that in
10  about 2011.
11  Q   Okay. Did you ever live in Los Angeles?
12      A   No.
13  Q   Okay. Any other licenses or special
14  training?
15      A   Well, special training, I've had an awful
16  lot of web design, graphic design, marketing. I've done
17  a lot of marketing. Seminars. Workshops, things like
18  that. Like I said, nothing formal on that end.
19  Q   Okay.
20      A   I'm -- I see myself educated. When I'm
21  interested in something, I do a lot of workshops.
22  Q   Would you consider yourself an expert in
23  any of those areas?
24      MR. WEBB: Objection, vague.
25      You can answer.

Page 36

1       A   Yeah, I -- no. I wouldn't consider
2   myself an expert.
3   Q   (By Ms. Yanaros) Okay. Earlier we spoke
4   about a business, I believe you had a YouTube channel
5   connected to it, the 8th House Films, the film
6   production company?
7       A   (Deponent nods head.)
8   Q   When did you -- is that a company you
9   own?
10      A   Yeah, that is -- that is a doing -- a dba
11  that is attached to Full Disclosure Collaborative.
12  Q   Okay. And when did you start the dba,
13  8th House Productions?
14      A   I -- can you restate that?
15  Q   Sure. So --
16      A   I didn't --
17  Q   Well, let's back up. Let's go to Full
18  Disclosure Collaborative. When did you start Full
19  Disclosure Collaborative?
20      A   April 2019.
21  Q   And did 8th House Productions come after
22  that?
23      A   Yeah.
24  Q   And when did -- when was that started?
25      A   8th House?

Page 37

1   Q   Yes.
2       A   January '22. 2022. January 2022.
3   Q   Okay. And what type of -- do you know
4   what type of entity Full Disclosure Collaborative is?
5       A   It's an LLC.
6   Q   Is it active?
7       A   Yes.
8   Q   And when was 8th House Productions
9   started? Was there a particular project that that was
10  started for?
11      A   Yes. I created a film.
12  Q   And what's the name of that film?
13      A   Trance - Cathy O'Brien's Story.
14  Q   I'm sorry, the first word, I couldn't
15  understand it. Did you say "Trance"?
16      A   Trance. Trance. T-r-a-n-c-e, Trance.
17  Q   Okay. Any other companies that you've
18  started up besides 8th House Productions and Full
19  Disclosure Collaborative?
20      A   (Inaudible) Studios, was a marketing and
21  design --
22  Q   I'm sorry?
23      A   Youngblood Studios.
24  Q   Okay. The connection is really bad.
25      And that was a what type of company?

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 38
1    A   Marketing and graphic design.
2    Q   And when did you start that?
3    A   I was 25, so I don't know what that would
4  make -- made me. 25. So about 1985. Wait. That's
5  probably not right. Hang on. (Inaudible) was born in
6  '86. So about 1990.
7    Q   Okay. And is that still an active
8  company?
9    A   No.
10    Q   Was that a dba or an LLC or --
11    A   It was a sole proprietorship.
12    Q   Okay. Any other companies besides those
13  three?
14    A   That I started, no.
15    Q   Okay. Okay.
16        What do you do for a living right now,
17  Ms. Youngblood?
18    A   I am a filmmaker.
19    Q   And how many films have you made?
20    A   I have produced four movies.
21    Q   Okay. And you mentioned Trance, and that
22  came out this year; is that correct?
23    A   Yes.
24    Q   Okay. And what was the next most recent
25  movie?

Page 39
1    A   The Observers.
2    Q   Okay. And when did that come out?
3    A   2021.
4    Q   Okay. And the next most recent?
5    A   Deep Rig, 2020, and A Thousand Pieces,
6  2021. 2020.
7    Q   Okay. And you said "Deep Rig"? Was that
8  the third one?
9    A   Deep, Deep Rig, uh-huh.
10    Q   Okay. What was Deep Rig about?
11    A   Election integrity.
12    Q   Okay. And A Thousand Pieces?
13    A   Corrupt government factions.
14    Q   Okay. And The Observers?
15    A   UAPs.
16    Q   What is that?
17    A   UAPs.
18    Q   What's that?
19    A   Unidentified aerial phenomena.
20    Q   UAPs, okay. And Trance, what was that
21  about?
22    A   Mind control, MK ULTRA. It was The Cathy
23  O'Brien Story.
24    Q   It was about Satanic ritual abuse?
25    A   No.

Page 40
1    Q   Okay. Besides being a filmmaker, have
2  you done anything else prior to making films?
3    A   Certainly. Prior to making films, I was
4  creating conferences.
5    Q   Okay. And what conferences did you
6  create?
7    A   Dimensions of Disclosure, 2019.
8    Q   Any --
9    A   Dimensions of -- Dimensions of
10  Disclosure, 2018. Eclipse of Disclosure, 2017. I also
11  helped several small events.
12    Q   And when were those?
13    A   One Voice Now was in -- oh, actually I
14  could even go back further. I coordinated a 1400-mile
15  horseback ride from Fort Reno, Oklahoma, to Lame Deer,
16  Montana, on the request of an elder grandmother and the
17  Thirteen Indigenous Grandmothers organization. I
18  coordinated --
19    Q   When was that?
20    A   In 2012.
21    Q   Okay.
22    A   I coordinated that. I was navigator on
23  that. I rode that ride on my horse on that and we rode
24  those 1400 miles in about three months. That ended at
25  the event that was created, which was a gathering of the

Page 41
1  thirteen Indigenous Grandmothers in Lame Deer, Montana.
2  Oh, I forgot about another certificate. I'm also a
3  certified equine assistive therapist.
4    Q   Okay. When did you get that certificate?
5    A   2015.
6    Q   Okay. Okay. Any other events since the
7  2012 1400-mile --
8    A   I think I mentioned one (inaudible) and
9  One Voice Now, which was an event that we did in 2016.
10    Q   Okay. And what was that?
11    A   It was a -- to -- it was a town, an event
12  in our town we organized to bring awareness to a measure
13  that was being passed by the board of supervisors in our
14  town.
15    Q   What town is that?
16    A   Nevada City, California.
17    Q   Okay. And what was the measure that was
18  being passed?
19    A   Measure W, which was to give across the
20  board certain permissions to anyone who owns land, to
21  the landowners. I actually don't remember a lot about
22  that, the details of that measure, other than a lot of
23  the new laws that they wanted to pass, things like, you
24  know, tapping our wells, metering our wells and things
25  like that.

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 42

1    Q   So is this in support of the measures or
2  against the measures?
3    A   We were against the measure.  Most people
4  were farmers, ranchers, anyone who owns land, basically,
5  who was on a well.
6    Q   Okay.  Any other events?
7    A   I could go -- how far back do you want me
8  to go?  I started events when I was 17; so I don't know
9  how far you want to go back.
10   Q   How big was the One Voice Now event, how
11  many people?
12   A   I'd say it was maybe 1,000 people.
13   Q   And was that the biggest event that you
14  had prior to Eclipse of Disclosure?
15   A   I was -- no, when I was -- like I said, I
16  was 18, my -- my first position was as a -- professional
17  position was as a promotion director for a mall,
18  Belvidere Mall in Waukegan, Illinois, and I was in
19  charge of all of the promotions and marketing of that
20  mall.  And my first event was a 10K marathon sponsored
21  by Budweiser through the streets of Waukegan.
22   Q   Okay.  And how many people,
23  approximately, went to that 10K?
24   A   Thousands.  Thousands.  Waukegan is not a
25  small city.

Page 43

1    Q   Okay.  And you didn't work with anybody
2  else on that, on that 10K?
3    A   I worked with a small committee of
4  people.  I didn't do it entirely on my own.  Nobody does
5  any event entirely on their own.
6    Q   But you would say that you were the
7  person that was in -- that was responsible for the
8  thousands of people showing up to that 10K?
9    A   Through the merchants' association that
10  employed me, yes.
11   Q   Okay.  Any other events besides the 10K?
12   A   Well, that was one of the -- that was one
13  of the larger ones.  I went on and did several events at
14  that mall, which was part of the job, was, you know, an
15  event every other week.  So that was -- there were big
16  events; there were small events.
17   Q   Okay.  And then you moved from Illinois
18  out to California, and that's when you started going to
19  school, correct?
20   A   Yeah.
21   Q   Okay.
22   A   Yes.
23   Q   Did you produce any sort of events while
24  you were at UCSB?
25   A   No.

Page 44

1    Q   What about Ventura College?
2    A   No.  I worked full time when I was going
3  to school, as well as raising my children.
4    Q   And that was as a graphic designer?
5    A   I was a marketing director for a hotel
6  management company.  So I -- I was placed in different
7  hotels.  I started at one hotel in Oxnard, California,
8  the Radisson, as a marketing/DJ for the bar there.  So
9  in the food and beverage.  So I was in charge of the
10  promotions and the marketing, as well as being the DJ
11  for that club.  And then I was moved to a bigger club in
12  Simi Valley, and I was the marketing director for that
13  club.  I was a fill-in DJ, but that was a very high
14  energy night club, and I -- I did the marketing much
15  better than screaming into a mic.
16        And so I had those jobs while I was going
17  to UCSB to learn more about graphic design, which was
18  via computer, and it was just kind of the Renaissance of
19  that time.  So I was educating myself on that with the
20  intention of leaving this reality marketing job so that
21  I could start my own business, since I was a single
22  mother and driving from Simi Valley to Santa Barbara at
23  night to get this education after I worked all day, and
24  I wanted to be with my children.  So that was what I did
25  when I worked -- when I went to school.

Page 45

1        I also did occasionally work as a
2  cocktail server and a bartender.  I did what I needed to
3  do to make ends meet.  When I owned Youngblood Studio, I
4  did marketing, business consulting, and technology
5  consulting, because now I had a knowledge that a lot of
6  people in businesses didn't.
7    Q   Okay.
8    A   And then eventually moved home and
9  started my business, Youngblood Studio, out of my house,
10  and all of those clients -- all of the places that I
11  worked within that hotel management company became my
12  clients, because they really liked my work and they knew
13  I knew what I was doing.
14   Q   Okay.  And where was home?
15   A   I was an easy --
16       (Inaudible.)
17       THE REPORTER:  I need the answer
18  repeated.  It was garbled.
19       A   I was in Oxnard at that time.
20   Q   (By Ms. Yanaros)  And when you moved back
21  to Oxnard, were you moving back home with your parents
22  or was that --
23   A   I've never lived with my parents in my
24  adult life.
25   Q   So you had a home in Oxnard that you were

Elliott Reporting, Inc.     719.434.8262 office@elliottreporting.com

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 46

1  living down in UCSB and Simi Valley to go to school?
2      A   Yes, ma'am.
3          Q   Okay.  And is Oxnard, is that the same
4  place where you're living right now?
5      A   No.
6          Q   Okay.  Do you still own that place in
7  Oxnard?
8      A   No.  I never owned it.
9          Q   What made it home?
10         MR. WEBB:  Objection.  No questions that
11  go to financial discovery.  So that's not the purpose of
12  this deposition.
13         MS. YANAROS:  What?
14         MR. WEBB:  Just -- it's -- just a
15  question for you to know.  We're not going into your
16  finances, bank accounts, what you own or don't own.
17  Improper.
18         MS. YANAROS:  Okay.  This is my
19  deposition, Mr. Webb, and we're going to talk about
20  whatever I want to talk about in my deposition.  If you
21  want to move for a protective order on something that's
22  relevant to the litigation -- when did I say anything
23  about finances?
24         MR. WEBB:  Counsel, when I'm talking,
25  please don't interrupt me for the sake of the court

Page 47

1  reporter, once again, but I'm instructing my client not
2  to answer as far as any sort of current financial
3  conditions.  So you can proceed with your next question.
4          MS. YANAROS:  Okay.  Well, that's -- that
5  wasn't what we were talking about.
6          MR. WEBB:  Good.  Great.
7          MS. YANAROS:  And I would appreciate you
8  stopping with the speaking objections, Counsel.  That's
9  not appropriate.
10         Q   Okay.  So when you were -- when you're
11  talking about going home to Oxnard, what makes Oxnard
12  home?
13     A   It doesn't.  I don't know what you're
14  referring to, if I said going home to Oxnard.  I raised
15  my -- I had a home in Oxnard that I rented for a great
16  deal of my kids' early lives.
17         Q   Okay.  When did you move to Nevada City?
18     A   2007.
19         MR. WEBB:  Counsel, can we go off the
20  record and put in a sandwich order.
21         MS. YANAROS:  I'm sorry?
22         MR. WEBB:  Can we go off the record for a
23  second?  My client is putting in a sandwich order, or
24  pause for 30 seconds and she will circle something.
25         MS. YANAROS:  It is really hard to

Page 48

1  understand what you're saying, Counsel.  I have no idea
2  what you're saying.
3          MR. WEBB:  Thank you.  We're fine.  Go
4  ahead.
5          MS. YANAROS:  Who's talking?
6          I'm sorry.  Counsel, what's going on?
7  Was there somebody that was -- that was just talking?
8          MR. WEBB:  Nope.  Nobody in our
9  conference room.
10         MS. YANAROS:  Who's talking right now?
11         THE REPORTER:  I think it's someone in my
12  hallway.
13         MS. YANAROS:  Oh, okay.
14         THE REPORTER:  It's the background.
15  Sometimes -- I'll mute.
16         MS. YANAROS:  Oh, it's okay.  I was a
17  little confused.  Hard to understand what people are
18  saying.
19         THE REPORTER:  It's garbled because it's
20  in the hallway.
21         MS. YANAROS:  Okay.  No, that's fine.
22         Q   Okay.  So you moved to Nevada City in
23  2007, correct?
24     A   Correct.
25         Q   Okay.  Do you have any other businesses

Page 49

1  that you run out of your Nevada City address besides
2  your filmmaking and your event planning companies?
3      A   No, I do not have any businesses that I
4  run, no.
5          Q   You don't do any sort of farming on your
6  land?
7      A   I grow my own food.
8          Q   Okay.  Do you sell that?
9      A   No.
10         Q   Okay.
11     A   But you asked about farming.  That's --
12         Q   Right.  Okay.
13     A   We consider it farming, yes.
14         Q   Okay.  Do you know what ayahuasca is?
15     A   Yes, I do.
16         Q   And what is ayahuasca?
17     A   It is a vine and something else combined
18  to create a hallucinogenic reality.
19         Q   Have you ever done ayahuasca before?
20     A   Yes.
21         Q   And have you ever hosted a gathering of
22  people in order to do ayahuasca?
23     A   Yes.
24         Q   And when was that?
25     A   When was that?

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 50

1         2017.
2         Q   Was that on --
3         A   I think it was 2000 -- I think it was
4    2017.  Yes.
5         Q   And how many people attended that?
6         A   Six.
7         Q   Was that the only time you hosted --
8         A   Well, there was more.  There was more
9    there.  There was more there.  I think there was more
10   like ten there.
11        Q   Okay.  And --
12        A   It was -- but it was private.  That
13   wasn't something that was -- not a business.  That was a
14   private invitation.
15        Q   Was that the only time you've ever hosted
16   something like that on your land?
17        A   Yeah.
18        Q   Have you ever grown marijuana on your
19   land?
20        A   Yes.
21        Q   And when was that?
22        A   Probably got interested in that in about
23   2010, maybe, 2009.  Yeah.
24        Q   And did you get any sort of licenses to
25   grow marijuana on your land?

Page 51

1         A   No.  We only grew what was legally
2    acceptable for recreational or medicinal use.  At first
3    it was for medicinal use, and then when it became legal
4    to grow recreational plants, we grew what was the legal
5    limit for those recreational plants.
6         Q   And when did it become legal?
7             MR. WEBB:  Objection, vague.
8             You can answer.
9         A   I don't know when did California law -- I
10   don't remember when California made it legal.  But
11   there's always been some kind of stipulation as far as
12   you can grow six plants with a medical or you can grow
13   12 plants in a section.  We've always just followed
14   those.  Whatever was mandated for our county, we just
15   followed those mandates.  And it changed every year.  So
16   it was -- we just kept up with it.
17        Q   (By Ms. Yanaros)  Okay.  And when you say
18   "we," who do you mean by "we"?
19        A   That was largely my husband's thing.  He
20   had a Japanese maple tree farm in Oregon, and he's kind
21   of innately green thumb.
22        Q   Okay.  And so he kept up with the
23   changing law on a yearly basis?
24             MR. WEBB:  Objection, foundation.
25             You can answer.

Page 52

1         A   Yes.
2         Q   (By Ms. Yanaros)  How often did you and
3    your husband talk about the laws as they pertained to
4    marijuana?
5             MR. WEBB:  Objection.  Spousal marital
6    privilege.  Instruction not to answer.
7             Next question.
8         Q   (By Ms. Yanaros)  Are you going to not
9    answer, Ms. Youngblood?
10        A   On the advice of my attorney, I'm not
11   going to answer.
12             MS. YANAROS:  Objection, nonresponsive.
13        Q   Did you -- have you ever grown hemp on
14   your property?
15        A   Yes.
16        Q   And when did you grow hemp on your
17   property?
18        A   2000 -- January of 2019.
19        Q   And are you still growing hemp on your
20   property?
21        A   No, ma'am.
22        Q   Are you still growing marijuana on your
23   property?
24        A   No.
25        Q   When did you stop growing hemp on your

Page 53

1    property?
2         A   May 2019.
3         Q   And what happened with the hemp that was
4    being grown on your property?
5             MR. WEBB:  Objection, vague.
6         A   It was destroyed.
7         Q   (By Ms. Yanaros)  And who destroyed it?
8         A   Our -- was then my husband and our farm
9    workers.
10        Q   And how many plants were destroyed?
11        A   700.
12        Q   About how long did it take to destroy 700
13   plants?
14        A   A long time.  Well, they self-destructed,
15   so it actually didn't take as long as you might think.
16        Q   What do you mean by self-destructed?
17        A   Plants that we had became diseased
18   ultimately, and they were dying on their own.
19        Q   Was this -- when was it that they became
20   diseased?
21        A   I believe they started noticing the mold
22   and growth end of -- at the beginning of April that it
23   started to become an obvious larger problem.
24        Q   Had you ever had an issue with mold
25   growing on any other plants that you grew on your

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 54

1  property?
2      A    Mold is a common occurrence for --
3      Q    Objection.
4          You can continue, sorry.
5      A    I didn't hear what you said.
6      Q    You can continue.
7      A    Okay.  Yes, mold happens.  That was a
8  particularly wet winter; so mold happens a little bit
9  more on a -- in a wet season.
10      Q    And had that happened to any other
11  property --
12      A    But --
13      Q    Sorry, go ahead.
14      A    No, no.  Not long term, no.
15      Q    So the mold that destroyed the hemp
16  plants on your property just happened to coincide with
17  the fact that it was illegal to grow hemp at that point
18  in time?
19      A    Yep.  We were given a -- after we planted
20  all the plants, did all of the earth moving and brought
21  in all the soil, brought in all the plants, lots of
22  labor, lots of construction, we then -- the very first
23  ding that that project got was that the Nevada County
24  issued an emergency ban on growing hemp in our county.
25  And at the time, we -- there was a lot of talk within

Page 55

1  our board of supervisors, This is an emergency ban, and
2  it was kind of unclear as to how long that emergency ban
3  would be put into place.  We went to a lot -- we went to
4  the meetings and, you know, staying on top of what the
5  decision was going to be, but we did decide that we
6  wouldn't just automatically destroy what was growing
7  yet, because, you know, it -- we weren't sure what was
8  happening and there was an investment made into that
9  project.
10          But as soon as we got the ban, as soon as
11  we knew there was a ban of growing hemp, we stopped
12  receiving any more investment into the project and we
13  took on the rest of the project on our own at that time.
14  And so, yes, like I said, it was an extremely wet
15  winter, and I'm sure -- and there is a video that was
16  made to show Mr. Goode the progress we were making that
17  actually just was on the tail end of us being legal and
18  growing.  It hadn't happened yet, and that was on, I
19  think -- it was on his anniversary in mid-March,
20  something like that, and it was raining then in that
21  video.
22          And you could even see at one point where
23  my husband is pointing out to one of our workers
24  something they saw on the plant, and I -- as the filmer
25  I noticed that, and then moved on.  But that was the

Page 56

1  beginning of noticing that there was something that
2  needed some really strong attention, and so we went in
3  that direction.
4          And we waited it out.  We were playing a
5  game of, okay, what's going to happen with this legally?
6  At this point, legally we didn't have a product to offer
7  that would have been legal.  And now we were into it and
8  now the plants were starting to show signs of this
9  disease, which does have a name that I can't remember
10  right now, but I -- anyway, and, yeah, we put a lot of
11  labor into trying to save those plants simply because we
12  weren't ready to let it go, and it did not get better.
13      Q    So although the emergency ban was in
14  place, you weren't ready to let it go, how long did you
15  guys let it exist before you destroyed it?
16      A    Oh, it was probably two months, by the
17  time it was clear.  So by like, oh, the end of May.  I
18  think the moratorium was presented in April and we went
19  through May, and I think by -- it may even have been
20  June when we just realized that we were just pouring in
21  our -- that our good money and hard work.  After that,
22  it was just a lot of work to keep that -- on top of
23  that.  It was mostly labor, because we were -- we had
24  work traders at our place, and rather than doing the
25  work that they were there to trade for, we had them

Page 57

1  working on these plants.  And it was just getting a
2  little overwhelming for our ranch and to be giving all
3  this attention to something that was clearly not going
4  to resurrect itself.
5          And by this time, we pretty much knew
6  that the ban was not going to be lifted.  We had
7  attended the board of supervisor meetings, and it was
8  pretty clear that they were going to hold this strong
9  and true.  Even the legal cannabis growers did not want
10  hemp growing to be legalized.  So it was -- it was kind
11  of a losing battle there.  And I actually don't even
12  know what the status is now on hemp growing in Nevada
13  County.  That was just a done deal, and that project was
14  rather disheartening.  Disheartening the most to my
15  husband.
16      Q    Were you not worried that it would be
17  found out that you still had illegal hemp plants on your
18  land after a ban was in place?
19          MR. WEBB:  Objection.  Assumes facts.
20  Argumentative.
21          You can answer.
22      A    We weren't worried, because we knew that
23  these plants, that the repercussion of growing these
24  plants was that we would get a three-day visit.  And
25  what that is is basically you have -- if you're -- if

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 58

1  there's a suspect, a suspicion that you might be having
2  something illegal, the sheriff comes to your property
3  and then says, Oh, you're growing something illegal; you
4  have three days to destroy your crop.  So we knew that
5  we would have that kind of leeway.
6          And in the meantime, while the board of
7  supervisors was trying to work it out as far as is this
8  going to be legalized or is it not going to be
9  legalized, at least that way we knew that we wouldn't
10 destroy those plants and that investment prematurely.
11 We would have then, you know, had that, like I said,
12 that three-day window of, you know, this is not okay
13 anymore, and then we would have been able to destroy
14 them within those three days.  But that never happened.
15 We were never visited, and as I said, the plants were
16 ultimately destroyed anyway.
17      Q    (By Ms. Yanaros) Okay.  So you guys
18 never received a visit from a sheriff?
19      A    No.
20      Q    You never received notice that one would
21 be visiting for a three-day visit?
22      A    Never.
23          MR. WEBB:  Be sure and wait until she
24 finishes before you give an answer.
25      Q    (By Ms. Yanaros) Earlier you just -- you

Page 59

1  mentioned farm workers and work traders.  Are those the
2  same thing?
3      A    Yeah.
4      Q    And what's a work trader?
5      A    Someone who needs a place to live and
6  work, as far as like taking care of the horses and
7  birds.  We have a lot of birds, peacocks, chickens,
8  cats, dogs, goats, horses.  It's a lot of work.  We have
9  a lot of food gardens, and so we have people who might
10 come and live on the property for a while, and in
11 exchange for living there, they pitch in and have a --
12 we usually have an agreement, like ten hours of work a
13 week or something like that, depending on what's needed
14 there at the ranch.  And that is what a work trader is.
15 They basically -- we offer them a place to live in
16 exchange for them helping with the land.
17      Q    Okay.  In that video that you referenced
18 earlier, do you recall there were a few individuals that
19 were on -- in the video that were working with the
20 plants?  Were those two individuals work traders?
21      A    Yes.
22      Q    Okay.  And do they still live there?
23      A    No.
24      Q    Okay.  And what were their names?
25      A    Devon Kermitis, Alexis -- I don't know

Page 60

1  Alexis's last name, and Jace -- starts with a "K."  I
2  just always know them as Alexis and Jace.  They're a
3  couple.
4      Q    Okay.  And those three people don't live
5  there anymore, correct?
6      A    Correct.
7      Q    Okay.  Walberg and Ms. Collins, are those
8  both work traders?
9      A    Walberg is.
10     Q    And did Walberg have any sort of
11 involvement with the hemp crop?
12     A    No.
13     Q    Earlier you mentioned that when the
14 emergency ban went into effect, you took on the rest of
15 the project "on our own."  What do you mean by that?
16     A    We were given -- we were -- this is all
17 part of an investment that was going to be made.  This
18 is all part of a long-term plan, project, to create CBD
19 products, eventually create THC products, once we got
20 our manufacturing and distribution license.  And that
21 was part of the plan, to go into business to create
22 these products.  And that was with the SBA group that
23 was investing the project, and they had invested
24 $45,000 on the initial setup, based on the pro formas
25 and the numbers provided, and that was supposed to be

Page 61

1  infused on a monthly basis based on nutrition, you know,
2  the nutrients for the plants, climate control, laborers,
3  should we need to actually hire laborers, but, you know,
4  those type of things.
5          So that was the initial investment, one
6  greenhouse that was erected, and so that was -- so that
7  was the initial investment.  And then once we realized
8  that this was so precarious, we stopped taking any
9  funding and said that we would just see the plants
10 through ourselves, because at this time, we didn't want
11 to take any more money for something that may or may not
12 be a viable product.
13     Q    So the $45,000 investment by SBA group,
14 was that the only outside money that was put into the
15 hemp project?
16     A    Other than our -- other than the ranch
17 money?
18     Q    Yes.
19     A    Our money, our personal money?
20          No.  No, there was another -- Jordan
21 Sather came on late.  That's what I'm thinking here, and
22 I believe he contributed in the beginning as well.
23     Q    And how much did --
24     A    But he was --
25     Q    I'm sorry.  Go ahead.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 62

1     A   It was $15,000.  It was $15,000.
2     Q   Okay.  And how much did you and your
3   husband put in out of your own money into the hemp
4   project?
5     A   Difficult to value, since a lot of it was
6   labor.
7          Well, we -- you know, cash-wise it was
8   probably close to 8 to $10,000.  But again, most of what
9   we put into that was the labor and the time and the land
10   and the loss of what we could have been doing with that
11   land.
12     Q   And that was from the period of January
13   of 2019 to June of 2019; is that correct?
14     A   Yeah.  Uh-huh.  Uh-huh.
15     Q   And what is being done -- well, let me
16   back up.  About how -- what area of land, how big of a
17   piece of land was to be utilized for the hemp project?
18     A   I would say it was about eight acres.
19   I'm not very good on estimating land, but we have
20   40 acres, and it was a section of the property.
21     Q   And after the hemp was destroyed, what's
22   been done with that eight acres, or roughly eight acres?
23     A   We've had people living down there.
24   We've had -- we've had -- we currently have a food
25   production going on in our small greenhouse.  We're

Page 63

1   using some for storage.  Storage is definitely a hot
2   commodity on our property.  We'll probably be using that
3   area for hay storage this year.  We use it for different
4   things.  There's really no designated anything there,
5   except for the food, the food gardens.
6     Q   So the -- one of the greenhouses that was
7   built for the hemp project is now being used for small
8   food production; is that correct?
9     A   No.  It's -- that one is being used
10   for -- to store hay, more of a storage place.  It's not
11   function -- it's not fully functional as a greenhouse.
12     Q   And how many greenhouses were built?
13     A   For this project, one greenhouse was
14   built.  The other pad was cut.  The intention was to
15   build two greenhouses, and we had an existing greenhouse
16   already.  That one was only 60 feet long.  The existing
17   greenhouse is 60 feet long.  The new ones were to be
18   100 feet long, and the -- so we were able to erect one
19   of those, and the pad was cut for the second one, but we
20   needed to build a retaining wall before the -- we could
21   actually put up the second greenhouse, which was going
22   to take another round, after we cut the clones.
23          That was basically the plan is you cut
24   clones from an existing crop and then you have more to
25   continue on production.  And so that second greenhouse,

Page 64

1   we needed to build a retaining wall before we could put
2   the second greenhouse up, but because it was so wet and
3   rainy, we couldn't build the retaining wall.  And that
4   turned out to be fortunate, because as it turns out, we
5   didn't need that second greenhouse after all.
6     Q   What was that area, the approximately
7   eight acres, being used for prior to it being used for
8   the hemp project?
9     A   That is where we had our personal grow.
10   We had our personal cannabis plants there in our smaller
11   greenhouse.  We also -- again, it's storage.  There's
12   something that we called the pole barn, and the pole
13   barn is in that location, and so we used that pole barn
14   for storage.  We've had a person living in it.  It has a
15   really great roof on it.  We've had an RV under it.  You
16   know, our property is really very versatile.  So
17   whatever -- whatever, you know, whatever we need,
18   whenever we're moving things around, we -- that's one of
19   the places that, because there's a structure there, the
20   pole barn, that's always one of the places things end
21   up.
22     Q   And did that have -- did the pole barn
23   have to be torn down for the hemp project?
24     A   No.
25     Q   It's still there?

Page 65

1     A   Yes.
2     Q   Okay.
3          So the hemp product that was destroyed,
4   none of that was able to be sold off or anything?
5     A   No.  We couldn't have sold it anyway.
6     Q   So the entirety of the 700 plants were
7   all completely molded and destroyed?
8     A   Yes.  We had a small batch of -- you
9   know, just to throw in, we did have a small batch that
10   we tried -- that we thought, Well, let's just see what
11   this does.  And we did trim it, and -- but
12   unfortunately, the problem with mold is that it sneaks
13   inside of those buds.  So even anything that we had that
14   we -- you know, this was an experiment for us as well.
15   We didn't grow hemp, and it was also an experiment
16   for -- in Nevada County, because it wasn't legal to grow
17   hemp and then it became legal to grow hemp.  And so
18   there were other people that were interested in what was
19   happening to our plants.
20          The experts that are called in for
21   certain things, cannabis or hemp related, are very, very
22   hard to find.  And so when there is some kind of
23   irregularity and you reach out to where you know to go,
24   the grow stores, other people in our community that are
25   very active in obtaining medicine for kids with

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 66

1 epilepsy, which this particular crop that we were
2 growing had a lot of interest by an organization that
3 created medicine for children, because this was
4 Charlotte's Web, which is a very popular strain for
5 medicine, for children with epilepsy.  And so we did
6 have eyes on us and a lot of help that during the
7 process there was just, you know, everyone was
8 interested in it, because like I said, there really are
9 no experts, other than people who have done it over and
10 over and over again, and as I said, this was something
11 new for Nevada County.
12          So we did have a small -- I would say
13 ultimately maybe four pounds of product, buds and
14 plants, and we wanted to see if -- what would happen if
15 we just took what we could see and clean it up and see
16 what it looked like.  But there was mold everywhere.
17 You couldn't -- inside.  So you couldn't -- there was
18 nothing that could have been done with that hemp.  You
19 couldn't have made oil.  You couldn't have done
20 anything.  And bottom line is, it wasn't legal to do so.
21      Q   Okay.  Did you know anybody else that was
22 growing hemp in your area?
23      A   Not in my area.
24      Q   Do you know anybody else anywhere else
25 that was growing hemp?

Page 67

1      A   Yes.  Washington area.
2      Q   Washington state?
3      A   Yes.
4      Q   Okay.  And did they have the same sort of
5 issue with the mold?
6      A   No.  This was Washington state.  They
7 have entirely different set-up in -- it's been legal in
8 Washington for a long time.  Might have been Oregon.
9 Wherever it's been legal for a long time.
10          MR. WEBB:  Oregon.
11      A   Oregon, yeah, Oregon.
12      Q   (By Ms. Yanaros)  Okay.  But Oregon is a
13 rainier state than California, correct?
14      A   I -- okay.
15      Q   And you had never heard of anybody else
16 having this mold issue before?
17      A   I had never heard of anyone having this
18 particular issue, no.
19      Q   Have you since?
20      A   I'm sorry.  Would you say that again?
21      Q   Have you since?
22      A   Have I since?  Not -- I really wasn't --
23 I'm not -- my attention isn't really in growing anything
24 other than zucchinis and tomatoes.  And as I said, even
25 that project, I was pretty consumed with another project

Page 68

1 during that time.  But the hemp, that was something that
2 came and went as far as our experience in dabbling in
3 the hemp reality.  And as I said, people weren't growing
4 hemp.  It became illegal to grow hemp.  It was more
5 legal to grow cannabis than it was to grow hemp.
6      Q   Okay.  And you mentioned that the experts
7 were hard to find.  Did you guys try to find an expert
8 to look at the hemp plants?
9      A   Well, yes, whenever there's an issue that
10 happens with any farming issue, you want to reach out to
11 the people that know what's going on so you can find out
12 if they've had the same experiences and if they have any
13 direction that they want to offer.  That's something
14 that happens whether you're growing hay or tomatoes or
15 any farming reality.  Chickens, for that matter.  Yeah,
16 you reach out to the people who have experience so that
17 you can try those things.
18      Q   And where did you look to find an expert?
19      A   Amongst people that we knew, the people
20 in -- the people in Oregon, now that I'm remembering
21 that it probably was Oregon.  It was a very exciting
22 time in California when hemp became legal.  So there was
23 a lot of communication with organizations that you could
24 gather, you know, communicate with at certain grow
25 stores that the stores that had, you know, supplied

Page 69

1 nutrients and all of the products.  That's usually where
2 the hub of information is for any agricultural endeavor,
3 is where people buy the things to improve their crops.
4      Q   Okay.  And I think you mentioned that
5 your husband had been growing crops for quite a while;
6 is that correct?
7      A   I mentioned that he had a Japanese
8 tree -- a Japanese maple tree farm in Oregon before we
9 met.
10      Q   And is that his trade or is that just
11 something he inherited or --
12      A   No.  No.  He lived there and now he is
13 in -- he is -- well, he's a man of all trades.  I guess
14 I don't have an answer for that.
15      Q   So he doesn't -- he's not a botanist by
16 trade?
17      A   No, he is not a botanist.
18      Q   And what is his involvement with the
19 Japanese tree garden that he owns in Oregon?
20      A   He does not own a Japanese tree farm in
21 Oregon anymore.  He owned a Japanese -- a Japanese maple
22 tree farm in Oregon before I met him.  He supplied
23 Japanese maple trees to other nurseries.  That is the
24 extent of what I know about that experience for him.
25      Q   Do you know approximately how long he did

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 70

1 that for?

2     A   I do not.

3        Q   Okay.  And you mentioned that the hemp
4 project was an experiment.  What do you mean by that?

5     A   No one had grown hemp -- hemp was not
6 legal to grow in California; so anyone who was planting
7 hemp for the first time in California, had it been newly
8 legalized, was not necessarily a pro at growing it,
9 since this was the first time anyone would be doing that
10 legally in our area.  So that's what I would have meant
11 by experiment, because it was the first time that a
12 great many people would have been planting hemp and
13 growing it legally in Nevada County.

14        Q   So when -- who's idea was it to come up
15 with the hemp project?

16     A   I think it was -- I really don't know.  I
17 don't know where the idea originated.  We were talking
18 about, within the SBA communications, Roger Richards,
19 Corey Goode, Leon Kennedy was involved in those
20 conversations at the end of December 2018.  That was
21 about growing THC products.  That was about, you know,
22 Cosmic Cannabis, to develop a line of THC products.  And
23 for that, we were going to need to get our license, our
24 manufacturing license and our distribution license, for
25 the THC.  And that's what we first started talking about

Page 71

1 and communicating with each other about doing that.

2        And then when hemp was legalized, the
3 opportunity to grow hemp came immediately, and then --
4 and that's when we said, Hey, well, let's start with the
5 CBD products first, and while we were waiting to get the
6 manufacturing and distribution licenses for THC, we
7 would grow the hemp.

8        Q   Okay.  And when you were discussing
9 growing -- making a move from growing the THC-based
10 plants to the hemp plants, did you let the SBA group
11 know that this was going to be a new endeavor that you
12 had never tried before?

13     A   Of course.  They were with every -- yes.

14        Q   And did you keep them on top of -- did
15 you give them updates about --

16     A   Yes.

17        Q   Who did you give updates to?

18     A   Roger, Leon, Corey as a group.  Roger as
19 an individual.  Corey Goode as an individual.  I think
20 that's it.

21        Q   And how often were these updates given?

22     A   Whenever something happened or whenever
23 someone asked something.  It was -- I was in
24 communication, open door communication with any of them.

25        Q   How soon after finding out that there was

Page 72

1 going to be the emergency ban on hemp did you let the
2 SBA group know that there was going to be an issue?

3     A   I would say not -- I would say almost
4 immediately, as soon as we got the actual paperwork and
5 read the moratorium.

6        Q   Okay.  And when did you receive that
7 paperwork?

8     A   It must have been April, April of 2019.
9 Whenever it was -- whenever it was done, because we
10 picked it up at the board meetings.

11        Q   Okay.  So you received the paperwork at a
12 board meeting?

13     A   We may have gotten it there.  To be
14 honest with you, it was circulating everywhere, so where
15 it originally came from, the actual piece of paper that
16 I read it from, it may have even come in a, you know,
17 posting in the Union, which was a newspaper.  I mean it
18 was very -- it was kind of circulating around.  I don't
19 remember the origin of when I first saw the actual
20 documented moratorium.

21        Q   Did you have knowledge of it before it
22 was actually passed?

23     A   No.

24        Q   Okay.  And when you referenced a board
25 meeting earlier, which board meeting were you

Page 73

1 referencing?

2     A   The board of supervisor meetings that are
3 open to people in communities.  They held them once a
4 week.

5        Q   And this was for Nevada City or a
6 different --

7     A   Nevada County.

8        Q   I'm sorry?

9     A   Nevada County.

10        Q   Nevada County, okay.

11        Okay.  I want to turn now to your work as
12 a documentary producer.  We spoke earlier about four
13 different documentaries that you are a producer on.  Are
14 you the sole producer on those documentaries?

15     A   No.

16        Q   Are you the sole producer on any of those
17 documentaries?

18     A   I don't think so.

19        Q   Okay.  So I'll start with -- I don't know
20 which -- it looks like the Deep Rig and A Thousand
21 Pieces were both from 2020; is that correct?

22     A   Yes.

23        Q   About how many producers did you work
24 with on those projects?  Well, let's start with Deep
25 Rig.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 74

1    A   On the Deep Rig, I was an associate
2  producer.  I think I worked with two other producers on
3  the Deep Rig.
4    Q   Okay.  And how big was that film?  Do
5  you --
6    A   Define big.
7    Q   Not big?
8    A   No, I said "define big."
9    Q   How much revenue did it bring in?
10   A   I don't know.
11   Q   Do you have an idea of how many -- how
12 big an audience it reached?
13       MR. WEBB:  Are we talking about the film
14 associated with Corey Goode or one that you
15 independently did?
16       THE DEPONENT:  Independent.
17       MR. WEBB:  Yeah, I don't want to go into
18 finances, other people's finances, just so you're aware.
19       MS. YANAROS:  This is a discovery
20 deposition, Mr. Webb.  If you want to move for a
21 protective order, that's fine.
22       MR. WEBB:  Ask your question.  Go ahead.
23   Q   (By Ms. Yanaros)  Do you --
24   A   Can you restate the question?
25   Q   Yes.  Do you have on idea of how big of

Page 75

1  an audience the Deep Rig reached?
2        MR. WEBB:  (Inaudible.)
3    A   I do not.  I was for hire on that
4  project.
5        THE REPORTER:  I missed what you said,
6  Mr. Webb.  I'm sorry.
7        MR. WEBB:  Objection.  That's fine.
8    Q   (By Ms. Yanaros)  What do you mean by
9  "for hire"?
10   A   I didn't pay attention to anything other
11 than my job that I was hired to do as an associate
12 producer, and I also organized the event which was the
13 premier of that movie that I organized live.  So that
14 was what I was hired to do for the Deep Rig.  Everything
15 else that is involved with the Deep Rig I have no
16 knowledge of.
17   Q   Okay.  How about A Thousand Pieces?  How
18 many other producers were on that project?
19   A   It may have -- I -- the reason I'm not
20 sure is because I'm not really sure if Steve Lucescu has
21 a producer credit on that movie or not.  But if he does,
22 then it would have been Steve and myself as producers on
23 that particular film.
24   Q   Okay.  So when you speak -- when you're
25 talking about a producer credit, is that how you would

Page 76

1  differentiate between being for hire?  If you had a
2  credit, producer credit, then you would --
3    A   No.
4    Q   Okay.
5    A   No, I had a -- I had an associate
6  producer credit on Deep Rig.  I have a producer credit
7  on A Thousand Pieces.
8    Q   Okay.  And do you have an idea of how
9  much revenue that video -- that documentary brought in?
10   A   No.
11   Q   Do you have an idea of the audience that
12 that reached?
13   A   It's hard to know.  No.  That's one I
14 could find out, though.
15   Q   Do you -- how was the Deep Rig
16 distributed?
17   A   Through a website.
18   Q   Did -- was it picked up by Amazon?
19   A   No, not that I know of.
20   Q   Okay.  So just through its own website;
21 is that correct?
22   A   Correct.
23   Q   Okay.  And how about A Thousand Pieces?
24 Was it the same thing?
25   A   That is through its own website, yes.

Page 77

1    Q   Okay.
2        Okay.  How about The Observers?
3    A   That is --
4    Q   Were you the sole producer on that
5  project?
6    A   I was a producer on that project, yes.
7    Q   With how many other producers?
8    A   Four others.  Maybe more.
9    Q   And do you have an idea of how much
10 revenue that documentary brought in?
11   A   Not a clue.
12   Q   The number of people that it reached, no
13 idea either?
14   A   (Deponent shakes head.)
15   Q   And how was that film distributed?
16   A   That's through The Orchard/1091, which is
17 now Chicken Soup or something like that.
18   Q   Did you have any contact with Mr. Martin
19 when you went 1091 when you were working on The
20 Observers?
21   A   No.
22   Q   Okay.  And how about Trance?  Are you
23 the -- how many other producers were on that
24 documentary?
25   A   Two.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 78

1     Q   And do you have any idea how much revenue
2  that documentary brought in?
3     A   It has not made a profit.
4     Q   And how do you know that?
5     A   Because I am in charge of that one.
6     Q   Do you have an idea how big of an
7  audience that it reached?
8     A   No.  It reached a lot on the black
9  market.
10    Q   What do you mean by that?
11       MR. WEBB:  I don't want to go into --
12    A   It was pirated.  It's all over the place.
13  People can see it for free.
14    Q   (By Ms. Yanaros)  Did you have any role
15  in promoting any of those four documentaries?
16    A   I have a role in promoting Trance.
17    Q   Okay.  And what does that entail?
18    A   Posting things on social media, getting
19  interviews with Cathy O'Brien, licensing the movie,
20  should that be offered.  That's pretty much it.
21    Q   And when you post on social media and
22  when you're promoting Trance, do you post as Adrienne
23  Youngblood or do you just post as somebody that's -- you
24  know, it's just being posted by Trance or whoever the
25  marketing --

Page 79

1     A   It's being posted by Trance, the movie.
2     Q   So in those promotions, it wouldn't have
3  your name connected to it at all?
4     A   Correct.
5     Q   Okay.  I want to turn to the
6  documentaries Above Majestic and Cosmic Secret.  Are you
7  claiming any sort of producer's rights to either one of
8  those?
9     A   No.  I'm happy to be a thank you at the
10  end of the film, like I am right now.
11    Q   Do you think that you should have
12  received anything more than what you've received right
13  now?
14    A   No.
15    Q   And what was your role, if any, in
16  producing Above Majestic?
17    A   I didn't produce Above Majestic, but I
18  certainly served as a producer here and there.  But I am
19  not -- I was not a producer.
20    Q   And what about Cosmic Secret?
21    A   I was not a producer on Cosmic Secret.
22    Q   Okay.  Do you know of a YouTube channel
23  called Post-Orthodoxy?
24    A   Yes.
25    Q   And who are they?

Page 80

1     A   They were influencers.
2     Q   And have you ever been interviewed by
3  Post-Orthodoxy?
4     A   Yes.
5     Q   When was that?
6     A   It must have been March 2022.  I know we
7  talked about Trance, so it was -- it was within the
8  maybe first quarter of 2022.
9     Q   Were you ever interviewed by any other
10  influencers besides Post-Orthodoxy for Trance?
11    A   Yes.  I was interviewed by Mal K on The
12  Mal K Show with Cathy O'Brien.  I was interviewed by
13  Laura Eisenhower on her show with Cathy O'Brien.  I had
14  one other interview.  I honestly don't remember her
15  name.  It was also with Cathy O'Brien.  It was
16  incidental.  So I don't remember her name.  I think
17  that's it.
18    Q   And do you know how many viewers these
19  interviews reached?
20    A   Post-Orthodoxy probably reached about ten
21  viewers, maybe 15.  Mel K has a substantial reach.  I
22  don't know, though.  I don't pay attention to those
23  things.  I don't pay attention to those numbers.  I
24  guess I should.  I'm going to guess that she has a reach
25  of, you know, probably that interview, maybe 25,000

Page 81

1  people saw it.  Maybe.
2     Q   What about Cosmic Redemption?  Do you
3  know who that is?
4     A   Cosmic Re-- I don't know -- oh, that's
5  right.  I was interviewed.  I was interviewed by Matthew
6  Mournian.  I totally forgot about that.  How could I
7  forget that?  Yeah, I was -- I think that -- and I think
8  Matthew Mournian is Cosmic Redemption, if I'm not
9  mistaken.
10    Q   And do you know how many viewers that
11  interview reached?
12    A   2700.
13    Q   And why do you -- why can you recall that
14  viewer count so much faster than these other ones?
15    A   Because I looked it up and took a
16  screenshot of it and put it in as an exhibit for this
17  case, as I did with all of the interviews that Matthew
18  Mournian did on that accountability project.  Mine was
19  the least viewed; so I remember.
20    Q   Okay.  Have you ever presented at any
21  conferences?
22    A   No.  Not as my own platform, no.
23    Q   What do you mean by that?
24    A   I am not an influencer or a speaker.  But
25  I have -- I have been on stage with a microphone at

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 82

1 conferences that I've done.
2    Q    Okay.  And which conference -- can you
3 give me the names of those?
4    A    DoD 2019?
5    Q    Any others?
6    A    No.
7    Q    Okay.  And how many attendees were there
8 at DoD 2019?
9    A    Roughly 700.
10    Q    And that was in person, correct?
11    A    Correct.
12    Q    And how many people attended through the
13 live stream?
14    A    We had a count of about 2,000.
15    Q    But that was a sold out event, correct?
16    A    Technically, no.  That was a marketing
17 thing that I did.  It was not sold out.  I announced
18 that it was sold out because we were running low on
19 seats.  I didn't want to crowd everything, and I knew
20 that we had a livestream going, and I wanted to be able
21 to start selling those live stream tickets.  So I
22 announced that it was sold out, but I was actually
23 accepting more -- when people would write, Oh, please,
24 please, please, please, I need a ticket, I anticipated
25 that.  So I continued to get those final stragglers

Page 83

1 and -- but we never really sold out.  Like I said, that
2 was a marketing thing that I did at the end, as we got
3 closer to the day of the event, so that I could start
4 selling the livestream tickets.
5    Q    Okay.  Is that a marketing tactic that
6 you use a lot, to say something's --
7    A    I have definitely used the understanding
8 that something is sold out when it isn't, because it
9 is -- it's actually a safety measure when you are
10 getting towards the capacity of a room.  And as you
11 start selling seats, you can't -- if you overbook, then
12 you're in trouble.  So as we were getting toward the
13 capacity of the room, I announced it was sold out.
14        But also remember you've got speakers who
15 want you to add people at the last minute as their
16 personal guest, which is something Mr. Goode did quite
17 often.  Specifically Mr. Goode.
18    Q    So you went and built in a buffer, as
19 somebody that plans events for quite a while?
20    A    Yes, you need a buffer.  You need a
21 buffer.
22    Q    Is the buffer making a false statement
23 like saying it's sold out when it's not?
24    A    It's -- yeah.  Sure.
25        For all intents and purposes, it was sold

Page 84

1 out, because I wasn't selling any more seats.
2    Q    But you were still giving away tickets?
3    A    For those people that really needed a
4 ticket, yes.
5    Q    What is your understanding of the phrase
6 "entertainment industry"?
7    A    I would say my understanding of the term
8 "entertainment industry" is -- wow, it's a huge
9 industry.  I guess media creation.
10    Q    Okay.  How about like movies and
11 documentaries?  Would you include those in the --
12        MR. WEBB:  Objection, compound.
13    A    I -- my definition, no.
14    Q    (By Ms. Yanaros)  You would not include
15 movies and documentaries into -- in the term
16 "entertainment industry"?
17    A    In the entertainment industry, no.  I --
18 certainly not the documentaries that I'm involved in,
19 no.
20    Q    Okay.  What category would you put
21 documentaries into?
22    A    I would say information.
23    Q    Okay.  What about -- what about
24 interviews?
25    A    What about interviews?

Page 85

1    Q    Uh-huh.
2    A    What's the question?
3    Q    Would you include interviews as something
4 that would be part of the entertainment industry?
5    A    That depends on the interview.
6    Q    Okay.  Can you explain?
7    A    Well, if the interview is meant to be
8 entertaining, then that would be an entertainment
9 interview.  But if an interview is a factual interview
10 around gathering facts and research and knowledge, that
11 is an interview more like a newscast.  So there's a
12 differentiation in my mind between the news and facts
13 and entertainment and fiction.
14    Q    So there would be a difference between
15 something broadcast to the public if entertainment
16 versus something broadcast to the public for
17 information; is that correct?
18    A    Yes.
19    Q    Would you consider yourself as a part of
20 the information industry?
21    A    For the sake of answering your question,
22 yes, but I actually don't consider myself a part of any
23 one industry.
24    Q    Okay.  Where would you place yourself?
25    A    Where would I place what?

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 86

1    Q   Would you place yourself in both an
2  entertainment and an informational industry?
3    A   No.
4    Q   Okay.  Where would you consider -- where
5  would you consider yourself?
6    A   I don't consider myself a part of any
7  industry.
8    Q   Okay.
9    A   I'm a freelance producer.
10   Q   A freelance producer of documentaries,
11  correct?
12   A   A freelance producer of anything.  I
13  produce conferences.  I produce documentaries.  I
14  produce Chinese chicken salad.  I am a producer.
15       MR. WEBB:  Hungry?
16   Q   (By Ms. Yanaros)  Okay.  I want to talk
17  about your involvement now with your counter-defendants.
18  When was it that you met Roger Richards?
19   A   I met Roger Richards after I volunteered
20  my marketing services to Full Disclosure project through
21  an online application.  As the Full Disclosure project
22  was doing a reach-out for volunteers, as I understood
23  it, they were moving towards -- it was an activist group
24  moving toward having free energy -- the patents, the
25  5,000 patents for free energy that had been sealed.

Page 87

1  Those were going -- that Full Disclosure project was
2  aiming at having those patents unsealed, which was
3  extremely -- something near to my heart of activism, and
4  that's why I threw out my volunteer of my professional
5  skill to this organization.
6        And I received a phone call from Roger
7  Richards after I did that on February 27, 2017, and we
8  had a long conversation, and he invited me into the
9  Slack think tank group that was involved in creating
10  these activist conversations and how we were going to
11  move forward with this activism.
12   Q   Okay.  You've mentioned that the
13  disclosure of the free energy patents was something that
14  was near and dear to your heart.  What -- can you
15  explain that?
16   A   Well, my understanding, that there were a
17  lot of things that have been sealed from not only the
18  American public but the world that could advance
19  humanity in general is something that I would like to
20  see move quickly, so that my grandchildren have a better
21  reality than I did as well as the entire world.  So
22  something like free energy is something that if it were
23  released to the entire world, the whole world would
24  change within five years, completely.  And we're talking
25  about Third World countries.  We're talking about

Page 88

1  children who currently don't have water, who don't have
2  food, who can't grow gardens, whose only way of even
3  surviving is being sold by their fathers into slavitude.
4  Free energy would change all of that for humanity almost
5  instantly.  So that is something that I would actually
6  put my heart and soul behind to try to instigate that
7  kind of -- that kind of movement, that kind of reality,
8  that kind of thing for our country and also for the
9  world.
10   Q   Okay.  And what happened with that
11  project?
12   A   Well, it was always something that was
13  going to happen once I -- once I joined that -- once I
14  joined that group, it was always on the -- on the
15  movement table, if you will, to do an event on 11/11 in
16  Washington, D.C.  We eventually did do that under a
17  different guise, and by the time that happened, I was
18  definitely on my way out of that particular group.  But
19  that was the ultimate goal, was to have some kind of
20  march or some kind of presence on 11/11 in Washington,
21  D.C.
22   Q   So the end result of the free energy
23  patent disclosure was the event?
24   A   No.  That wasn't the event.  That's what
25  it turned into.  That event turned into something else.

Page 89

1  That was the -- that's what I originally joined this
2  group of people for.  That's what brought me in the
3  door.  That's what got me excited about being a part of
4  this group of people.  And once I was in the group of
5  people, I started seeing that the route to get there was
6  a little bit different than what I thought it was.  And
7  so I just kept moving forward as far as the disclosure
8  was concerned and the route that, you know, it seemed to
9  be taking that was going to ultimately get this mutual
10  mission accomplished.
11   Q   And the mutual mission was the disclosure
12  of the free energy patents?
13   A   From my perspective, that's why I started
14  with this group, yes.
15   Q   Is that how you located them was through
16  searching for this free energy patents?
17   A   Yeah.  That is where I -- I ended up --
18  where I ended up getting introduced to this
19  organization.
20   Q   And when you reached out to them in
21  February of 2017, was that the first time you had ever
22  heard of the group?
23   A   The Full Disclosure project, yes.
24   Q   Okay.  What about Roger Richards, outside
25  of the Full Disclosure project?

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 90

1  A   Yeah.  That was the first time I had ever
2  heard of a Roger Richards.
3  **Q   And how did you find him?  Was it through**
4  **a Google search or --**
5  A   Again, I -- I volunteered.  I filled out
6  an online form that the Full Disclosure project had
7  online.  If you wanted to volunteer your professional
8  skills to this organization or at least start the
9  conversation about volunteering those skills, you would
10 sign up on this online form, and then you may be
11 contacted.  And that's what happened for me.  I filled
12 out the form and I volunteered my skill as marketing and
13 graphic design.  And then I received a phone call from
14 Roger Richards -- actually I received a text from Roger
15 Richards, we set up a phone call, and then I had a phone
16 call with him, and that's when he invited me into the
17 group.
18 **Q   Okay.  So when he invited you into the**
19 **group, he brought you into the Slack team; is that**
20 **correct?**
21 A   Correct.
22 **Q   And who else -- who else was part of that**
23 **group at that point in time?**
24 A   Well, there was probably about 25 or 30
25 people.  Oh, I remember, I was the 22nd person.  For

Page 91

1  some reason, that has stayed with me.  So I was the 22nd
2  person brought into that group, and then there were more
3  to follow me.  From that group at that time, I remember
4  Roger, Corey Goode, Rene Armenta.  There was another
5  woman called Renee.  She had blonde hair.  There was a
6  French man whose name I don't remember, but he did some
7  of the artwork for the T-shirts we had done.  Honestly,
8  I -- there are others, but I'm not sure if they were in
9  that Slack group.
10 **Q   Okay.  So once you joined the Slack**
11 **group, what was the first project that you were a part**
12 **of after joining that group?**
13 A   The very first project that I was a part
14 of was putting together a T-shirt for Contact in the
15 Desert, getting the designs together, getting the shirts
16 printed, and then delivering those shirts in person to
17 the Airbnb occupied by the group.  And I brought those
18 shirts in person for that.  That was my first project.
19 **Q   Okay.  And that was the Airbnb in Contact**
20 **in the Desert, correct?**
21 A   Correct.
22 **Q   And that was in June of 2017?**
23 A   Correct.
24 **Q   Okay.  From there, did you do anything**
25 **else at Contact in the Desert other than bringing the**

Page 92

1  shirts?
2  A   I was a volunteer that year for Contact
3  in the Desert through Contact in the Desert.  So I was
4  working for Contact in the Desert, again, as a
5  volunteer.  So, yes, I was a speaker host in the rooms,
6  and I was assigned to Corey Goode.  I volunteered to be
7  a part of Corey's speaker engagement there.  That was on
8  the insistence actually of the group.  They said, Hey,
9  Adrienne, if you are a volunteer, it would be great if
10 you were the speaker host in Corey's speaker rooms.  And
11 so I was.
12 **Q   Okay.  And as the speaker host, what were**
13 **your duties?**
14 A   Get water for the speaker, make sure the
15 speaker is comfortable, you know, make sure that
16 everyone's in place, make sure that everyone who is
17 supposed to be where they're supposed to be, with the
18 lights.  Whatever is happening, make sure that
19 everything is gotten.
20      On this particular one, Mr. Goode was
21 very specific about having all the doors guarded.  So I
22 remember that was part of my duty, was to make sure that
23 there were guards at every door.  And that's not
24 necessarily a normal speaker host duty, but it was for
25 this particular stage.

Page 93

1  **Q   Okay.  So from Contact in the Desert**
2  **where did your duties go with Full Disclosure project?**
3  A   So where -- okay.  So you're saying where
4  did it -- where did I go from there?
5  **Q   Correct.**
6  A   As far as my work with this group of
7  people, is that --
8  **Q   Correct.**
9  A   Is that the question?
10 **Q   Yes, that's correct.**
11 A   Okay.  Okay.  Wanted to be clear there.
12      Well, there was an event that had been
13 arranged.  There was an event called Eclipse of
14 Disclosure that Roger and I believe Corey -- yeah.
15 **Q   Hold on one second.  Sorry,**
16 **Ms. Youngblood.  It's --**
17 A   It's the planes.
18 **Q   Yeah.  It's okay.  It's one of the perks**
19 **of being in San Diego.**
20 A   Yeah.  Sure.
21      Okay.  So there was an event that was
22 being advertised as Eclipse of Disclosure and tickets
23 were being taken for this event.  It was -- I was not
24 involved.  I just knew that this was happening with this
25 group of people that I was working with, and the theater

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 94

1  that was reserved for this event was in Weed,
2  California, and it was at a university.  And I -- and
3  that was basically what was happening, there was going
4  to be an event.
5          And as someone who's put on events, I saw
6  that we were getting really, really close to the actual
7  event and there really wasn't a lot of movement
8  happening, and mainly that was because at Contact in the
9  Desert that year, Mr. Goode received an awful lot of
10  criticism, as well as Roger Richards, and they were
11  very distracted by -- with defending themselves on
12  social media and the back and forth that that happened,
13  they were pretty much distracted.
14          And I saw the distraction and the
15  emphasis on all of this negativity while this event was
16  supposed to be going on in August.  And I knew, as a
17  person who has the experience that I have, that the
18  clock was ticking, and it actually gave me anxiety.  So
19  I reached out to Roger and pretty much --
20      Q    Sorry.
21      A    -- volunteered my event coordinating
22  services and just let him know that I could go -- at
23  least go to the theater and start to see, you know, what
24  it looked like, where the vendors would go, and just,
25  you know, start those things.  And because I was pretty

Page 95

1  close to Mount Shasta, it would be easy for me to do.
2          So I did do that.  I went to Weed and I
3  met with the owners of the university theater.  Not the
4  owners, but caretakers.  And was pretty horrified to see
5  that it was absolutely stuffy.  There was no window
6  ventilation, and there was no -- there was nothing on
7  the outside.  There wasn't really a place for vendors.
8  But the most -- the most important piece was that there
9  were no windows and that this event was going to be
10  taking place in this theater in August in California,
11  which was really hot.
12          And when I asked the man showing me what
13  this -- you know, what do they do about this situation,
14  and he said, We don't normally book the theater in
15  August, but you could maybe get some swamp coolers,
16  which I knew was ridiculous, because if we were going to
17  have speakers and a livestream, swamp coolers weren't
18  really going to work, plus he had some funky way of
19  rigging up those swamp coolers.
20          So all in all, it was not a good choice
21  for a place, having seen it.  So I immediately went
22  outside and sat down and cried.  And then I let Roger
23  and Corey know this was not an acceptable place to have
24  an event and I was going to go do some searching.  So
25  the original idea for that event was 500 seats in a

Page 96

1  theater in Weed.  And so I found myself in -- looking
2  online, and in that general area, there really wasn't
3  anything holding 500 people, but I did happen upon the
4  town of McCloud, and once I got to McCloud, I found the
5  dance hall that held 500 people, and then I started
6  talking to the merchants there, and they led me to a man
7  who owned a 250-acre mill that I might be able to talk
8  to that we might be able to do some camping on.
9          And so then it was all coming together
10  for me as far as creating an experience where we could
11  take over the town as a community, and the town was
12  welcoming that.  And I made a lot of good contacts there
13  in order to create that -- this new vision of how this
14  conference was actually going to be implemented and
15  transformed into something much bigger than what was
16  anticipated.
17          And I took videos and I sent them to both
18  Roger and Corey and said, This is a fantastic
19  opportunity.  And I pretty much then got carte blanche
20  to go for it, put it together, make it happen.  And I
21  needed to do that in about eight weeks, because it was
22  fast approaching.  And so I did.
23      Q    Okay.  And just to clear up something
24  really quick, when you say the first, the first location
25  was in Weed, is that a location?  Is it --

Page 97

1      A    Weed, California, yes.
2      Q    Okay.
3      A    Weed, California.  That is a place.
4      Q    Okay.  So you saw an opportunity.  You
5  seized it.  You made it something much bigger.  What was
6  the time frame between you leaving -- excuse me --
7  Eclipse of Disclosure and getting everything set up for
8  Dimensions of Disclosure?
9      A    Sorry.  Could you repeat the question?
10      Q    Sure.  So Eclipse of Disclosure was in
11  June, correct, of 2017?
12      A    It was in August.  It was in August
13  of 2017.
14      Q    Okay.  Eclipse of Disclosure -- oh, I'm
15  sorry, Contact in the Desert was in June of 2017,
16  correct?  I'm sorry.  I misspoke.
17      A    Correct.
18      Q    Okay.  And then you went to Weed, where
19  it was -- where Eclipse of Disclosure was originally
20  supposed to be, and decided that that wasn't going to be
21  the best option, correct?
22      A    Correct.
23      Q    Okay.  And so you saw an opportunity to
24  make this into something bigger, and you did, correct?
25      A    Correct.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 98

1    Q   Okay.  And what was the time frame before
2  -- between leaving Contact in the Desert and finding
3  the new spot for Eclipse of Disclosure?
4    A   I don't know.  Three or four weeks.
5    Q   Okay.  Okay.  So where was the new -- the
6  new location for -- I'm sorry, Eclipse of Disclosure was
7  McCloud; is that correct?
8    A   Correct.
9    Q   Okay.  And you called and let Corey and
10 Roger know, Hey, I've got a better spot.  We can make it
11 a lot bigger.  They said, Okay, let's do it, and then
12 what happened?
13   A   Yeah.  We didn't say we could make it a
14 lot bigger, but said we could make it a lot better.  It
15 wasn't bigger.
16   Q   Okay.
17   A   It was better.
18   Q   Better, got it.  Okay.  And then what
19 happened?
20   A   Can you rephrase the total sentence,
21 question?  I'm not sure where we're at.
22   Q   Right.  So when you got the go ahead to
23 set everything up, how far in advance was that to the
24 actual date of the event?
25   A   Probably eight weeks.

Page 99

1    Q   Okay.  So this happened right after you
2  left Contact in the Desert?
3    A   Yes.
4    Q   Okay.  And when did Mr. Goode and
5  Mr. Richards come out to take a look at the new -- the
6  new location?
7    A   The day of the event.  They had seen
8  videos.  I had taken a lot of videos.
9    Q   Have those videos been produced to your
10 attorney?
11   A   That was through -- it was through the
12 Slack group that is no longer accessible, the videos
13 that I took.
14   Q   I'm sorry.  I didn't understand that last
15 part.  You said it was part of the Slack --
16   A   The videos were through the Slack group.
17 That's how I, you know, was in contact with Roger and
18 Corey.  The videos were through the Slack group and that
19 Slack group has since been dismantled, and I could not
20 find -- couldn't go back into that Slack group to get
21 that, to produce that for this discovery.
22   Q   So there is no other copies of those
23 videos except for what was in the Slack group?
24   A   Yeah, I -- I could make another look.  I
25 could make another look.

Page 100

1    Q   Okay.  Okay.  Thank you.  That would be
2  great.
3        Okay.  So the conference rolls around,
4  everybody shows up.  How did the conference go?  Or did
5  it go smoothly?
6    A   Yes.  It was really -- it was really
7  nice.
8    Q   And how many people were in attendance at
9  that event?
10   A   Well, probably 400.
11   Q   And did you and Mr. Richards work
12 together a lot at that event?
13   A   Yes.
14   Q   Is that where you guys got pretty close?
15   A   Yes.
16   Q   Would you consider Mr. Richards a close
17 friend?
18   A   Yes.
19   Q   How often do you guys speak to each
20 other?
21   A   Sometimes often, sometimes not often,
22 depending on projects.
23   Q   When you speak often, how often would
24 that be?
25   A   I could talk to him during a project four

Page 101

1  times a day or once a week.  It depends on the intensity
2  of what we're doing, what we're working on, the details.
3    Q   Are you guys working on any projects
4  together right now?
5    A   No.
6    Q   When was the last time you worked
7  together on a project?
8    A   He was a producer on Trance.
9    Q   And when did the filming of Trance wrap
10 up?
11   A   When did it wrap up?  It wrapped up -- we
12 were done filming Trance in April of 2021.
13   Q   And do you guys still work together on
14 anything related to that documentary?
15   A   Not really.
16   Q   When was the last time you spoke with
17 Mr. Richards?
18   A   Voice spoke?  Last week.
19   Q   What about texting?
20   A   Yes.  Yeah.  Around my birthday.  Yeah.
21 That would have been -- I'm trying to think of the date
22 we're at right now.  A couple weeks ago.
23   Q   And as you know, his deposition was
24 supposed to happen yesterday, but he said he's in
25 surgery.  Are you familiar with the details of that?

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 102

1    A   No.
2        Q   He didn't tell you that he was going in
3   for surgery?
4        A   I found out when he was letting all of us
5   know, our lawyers included.
6        Q   Do you know what kind of --
7            MR. WEBB:  So objection.  It calls for
8   attorney-client communication; so I'll instruct her not
9   to answer.
10           MS. YANAROS:  Okay.  Mr. Webb, we have
11  been promised a doctor's note on this alleged surgery
12  for almost a week now, and we have not received it yet.
13  Is there any status update on that?
14           MR. WEBB:  Next question.
15           MS. YANAROS:  I mean, if you're going to
16  object, if you're going to object and instruct her not
17  to answer on something that you said you were going to
18  give us information on a week ago, you can assure we'll
19  bring this up with the Judge.  Is that -- you're going
20  to stand on that objection -- I mean instruction?
21           MR. WEBB:  It's not my deposition today
22  to answer questions.  I'm happy to meet and confer with
23  you off the record if you'd like.  It's not a problem.
24           MS. YANAROS:  Objection, nonresponsive.
25       Q   Okay.  So after Eclipse of Disclosure,

Page 103

1   how often did you and Mr. Richards talk?
2        A   Often.  After Eclipse of Disclosure, we
3   talked quite a bit.
4        Q   Did you work on a lot of projects
5   together?
6        A   I helped with Above Majestic, which was
7   something that was going on at the time, the beginnings
8   of it.  But the group -- that group was very involved
9   in -- right.  He died.  I was going to say Bill
10  Tompkins, who actually died on -- during Eclipse of
11  Disclosure.  I did -- I worked more with Roger as we
12  folded into early 2018.
13       Q   Did Mr. Richards ever -- you mentioned
14  Mr. Tompkins.  Did Mr. Richards ever interview
15  Mr. Tompkins?
16           MR. WEBB:  Objection, foundation.
17       A   Yes.  I think so.
18       Q   (By Ms. Yanaros)  Were you there for that
19  interview?
20       A   No.
21       Q   Did you ever assist Mr. Richards in any
22  other interviews?
23       A   Yes.
24       Q   And whose interviews did you assist with?
25       A   David Wilcox, Corey Goode, Jordan Sather.

Page 104

1   That was for Above Majestic.  I -- ultimately there were
2   a lot more.  I mean, do you want me to like go through
3   the entire documentary list?  As a producer, I would --
4   that was my job.  So it -- to list off everyone, if
5   that's what you want.  I'm not clear.
6        Q   Sure.  So when -- as a producer, when
7   Mr. Richards was taking these interviews, did you have
8   any involvement with the management of where those
9   videotaped interviews went?
10       A   Where the videotaped interviews went, no.
11       Q   Okay.  You don't know where they went?
12       A   I do not.
13       Q   Has Mr. Richards ever referenced any of
14  those interviews since you and Mr. Richards stopped
15  working with Mr. Goode?
16       A   No.  I -- the interviews that I'm talking
17  about happened post Mr. Goode; so -- and the previous
18  interviews, I wasn't involved in that part of it.  I was
19  not a producer on Above Majestic or Cosmic Secret.  I
20  was helpful in a lot of ways, but I was not a producer
21  on those movies.
22       Q   Okay.  What email addresses do you have
23  for Mr. Richards?
24       A   Wandererfilmworks.  That's the current
25  one, wandererfilmworks, and he used to have another one.

Page 105

1   SBA.producer, I think.  I don't -- I don't communicate
2   with him with that email address, but I do remember that
3   was one he had when he was in that group.
4        Q   Okay.  And the wandererfilmworks, is that
5   Gmail.com?
6        A   Yes.
7        Q   Okay.  Okay.  I want to talk about now
8   your relationship with Mr. Kennedy.  When did you meet
9   Mr. Kennedy?
10       A   I met Mr. Kennedy on the phone more than
11  I met him in person.  I wasn't very involved with
12  Mr. Kennedy.  I was introduced to Mr. Kennedy through
13  the whole SBA thing in 2019, in the early part of 2019,
14  he was brought in to help Corey and Roger on with their
15  projects.
16       Q   Okay.  And when he was brought on to help
17  with the projects, what was your involvement, if any,
18  with him?
19       A   I really -- I really wasn't involved any
20  more in -- we had an agreement for 2018.  I had an
21  agreement with Corey and Roger as far as me doing events
22  during 2018, and towards the end of 2018, after the
23  11/11 event that was created and done in Washington,
24  D.C., I knew at that time I wanted to redirect my own
25  purpose, because it really wasn't moving in the

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 106

1  direction that I originally volunteered for.  And there
2  was a lot of dissension, a lot of arguing, a lot of
3  nonsense between Corey and Roger.  I wasn't privy to the
4  details.  I just -- it was clear that this group was no
5  longer being held together by any originally intended
6  activist mission.
7          And it was now moving into a direction of
8  what I would call entertainment.  And that is when
9  Mr. Kennedy was brought in, from my understanding, was
10 to help move Corey and therefore Roger into the realm of
11 entertainment based on Disclosure.  I wasn't interested
12 in entertainment, so I was not really a part of that
13 group so much.  I was on the fringes of it.  I had been
14 involved with them so intensely; so of course we
15 continued communication, but I wasn't involved in any of
16 their projects upcoming.
17     Q    Okay.  So is it fair to say then that
18 after Mr. Kennedy came in, the course of the group was
19 heading more towards producing like documentaries and
20 films versus events?
21     A    I really don't know what their intention
22 was.  I just knew that I wasn't going to be moving in
23 that direction.
24     Q    Okay.  So you mentioned after the 11/11
25 event, you wanted to redirect your involvement.  What --

Page 107

1  is that what you -- is that what you were getting at as
2  far as that like you were not interested in the films
3  and that sort of thing, you wanted to be more involved
4  in the events?
5      A    Yeah.  I -- I wasn't -- I wasn't -- I
6  didn't want to be involved in the entertainment part of
7  where I saw this moving.  I was -- you know, they were
8  getting with -- they were working with different
9  Hollywood people.  They were working on movie deals and,
10 you know, the graphic novel, the comic book.  To me
11 these things were all entertainment and not why I got
12 involved in the group in the beginning.  And it had
13 morphed into something that I was -- I was working
14 within the organization and with an intention of what I
15 thought was the intention for what I -- why I was there
16 as a volunteer.
17         And then once it moved into another
18 direction, and that was very clear that that's exactly
19 where they were going, I -- it wasn't -- it was fine and
20 I didn't have any hard feelings or anything.  I thought,
21 great, this is awesome, that that's what they're going
22 to do.  It's just this is where I get off the bus,
23 because I had other ideas about what I wanted to put out
24 into the world with my energy.
25     Q    Okay.  And what was your involvement with

Page 108

1  the 11/11 event?
2      A    I organized it with Adrian Vallera, who
3  had DisclosureFest.  We organized it together.  I was in
4  charge of the actual speaker tent for the actual
5  Disclosure speakers.  He was handling the music and the
6  entertainment and a lot of the infrastructure.  And
7  so -- and Roger was also involved in getting the people
8  that would be speaking in the Disclosure -- the strictly
9  Disclosure tent and obtaining permits and things like
10 that for us to do this kind of event on the lawn of the
11 Lincoln Memorial.
12     Q    Okay.  How often do you speak now with
13 Mr. Kennedy?
14     A    I would say now about once a week we
15 speak.  We may text.
16         MR. WEBB:  Object to the question, the
17 form of the question.
18     A    Yeah, we may text or email more than just
19 once a week.
20     Q    (By Ms. Yanaros)  Are you working on any
21 projects together right now?
22     A    No.
23     Q    When was the last time you worked on a
24 project with Mr. Kennedy?
25     A    This is a project I work on with

Page 109

1  Mr. Kennedy.  Oh, I was working on a project with him
2  around creating a platform, a platform that held
3  influencers and things like that, but I'm not working on
4  that project anymore.
5      Q    A platform that held what?
6      A    Like influencers, movies, documentaries,
7  films.
8      Q    Okay.  And what was -- would that be like
9  a social media type platform?
10     A    I think it was more geared towards being
11 an S5 platform.  Not really social media.  It was more
12 than that, but that's the core essence of it.
13     Q    What's an S5 platform?
14     A    Streaming video on demand.
15     Q    And what was the name of that platform?
16     A    We didn't name it.
17     Q    And you said that that project is no
18 longer ongoing?
19     A    I am no longer working on that project
20 with Mr. Kennedy.
21     Q    Okay.  I'm going to focus now on some
22 names that were disclosed to us in your initial
23 disclosures.  Hopefully this won't take too long.
24         Jordan Sather, when was the first time
25 you met him?

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 110

1    A   I met him in person at Contact in the
2  Desert 2017.
3      Q   And when was the last time you spoke with
4  Mr. Sather?
5      A   I would say March of 2022, I sent him a
6  text and sent him a link to Trance and asked him to take
7  a look at it and let me know what he thought.
8      Q   Did he respond?
9      A   No. Yes, he responded with yes, he would
10  take a look at it and he would get back to me.  That was
11  the last time I talked to him.  He didn't get back to
12  me.  A lot of people don't --
13      Q   Sorry?
14        MR. WEBB:  You can say it.  Go --
15      A   I said a lot of people don't get back to
16  me after that movie.
17      Q   (By Ms. Yanaros)  Okay.  When was the
18  last time you spoke with Mr. Sather before March
19  of 2022?
20      A   I saw him at ECETI. I believe I saw him
21  at ECETI, at ECETI Ranch, I saw him there, and that
22  would have been -- but that would have been 2019; so,
23  yeah, so then he came to my -- he came to DoD 2019. So
24  I had communication with him then, and, of course, he
25  was involved with that -- yeah, so I would say the last

Page 111

1  time I talked to him -- I know -- it feels like I talked
2  to him more than that, but I really haven't.  I'm trying
3  to think of when I had direct conversation with him. I
4  think it was in, you know, 2020, just a back and forth
5  conversation. I don't really have any business with
6  Jordan Sather.
7        MS. YANAROS:  Okay. I don't know about
8  you guys, but I'm on my third cup of coffee. I need to
9  take a quick bathroom break.  Do you guys want to take a
10  five-minute break real quick?
11        MR. WEBB:  Sure. Five minutes, fine. So
12  we'll be back at 11 -- our time, 11:54.
13        MS. YANAROS:  11:54. All right. Great.
14  See you then.
15        THE VIDEOGRAPHER:  All right. Going off
16  the record. The time right now is approximately 11:48
17  a.m.
18        (Recess taken from 11:48 to 11:58 a.m.)
19        THE VIDEOGRAPHER:  Okay. We're back on
20  the record, and the time is approximately 11:58 a.m.
21  You, may proceed.
22        MS. YANAROS:  Thank you.
23      Q   Okay. Ms. Youngblood, Jay Weidner, do
24  you know who that is?
25      A   I do.

Page 112

1      Q   And how do you know Jay Weidner?
2      A   He is -- I know Jay Weidner is being sued
3  by Corey Goode.  That is my point of reference with Jay
4  Weidner.  However, I know that he also appeared at
5  Eclipse of Disclosure as a speaker, and he was Corey's
6  producer on Gaia, from my understanding.
7      Q   Have you ever had any direct
8  communications with Mr. Weidner?
9      A   Yes.
10      Q   And when was the last time you spoke with
11  him?
12      A   Maybe a year or so ago, a couple years --
13  when this first started, a couple years ago, uh-huh.
14      Q   And have you spoken with him since?
15      A   No.  He -- he contacted me to apologize,
16  and he did send me a letter as an apology, and yes, that
17  has been put in discovery.
18      Q   Okay. And prior to that, what was your
19  involvement with Mr. Weidner?
20      A   I -- my involvement with Mr. Weidner
21  would have been at Eclipse of Disclosure, when he wanted
22  a different room from the golf course that I booked him
23  into. He wanted a different room.  That was my
24  involvement with Mr. Weidner in 2017. I didn't know
25  him. I didn't have reason to be talking to him.

Page 113

1      Q   Okay. And why did he want a different
2  room?
3      A   I don't remember.
4      Q   Okay. Lydia Escobar, how do you know
5  her?
6      A   She is an investor that gave a great deal
7  of money to Cory Goode and David Wilcock.  That was my
8  point of reference with her.
9      Q   Have you ever spoken with her directly?
10      A   Yes.  At different conferences, different
11  places that I would run into her, different things that
12  she would be involved with.  She came to -- I believe
13  she came to -- did she -- I'm not sure if she came to
14  DoD '18. I think she did.  '18.
15      Q   And have you spoken with her since DoD of
16  '18?
17      A   No.
18      Q   Do you have a direct phone number for
19  her?
20      A   No.
21      Q   Okay. Okay. Liz Lorie. When was the
22  first time you met Liz Lorie?
23      A   I met her at DoD 2019.
24      Q   And did you have any direct contact with
25  her prior to when she reached out on behalf of Mr. Goode

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 114

1  the following year in 2020?
2      A   No.
3      Q   And have you heard from her since the
4  lawsuits have been filed?
5      A   No.
6      Q   Have you reached out to her since the
7  lawsuits have been filed?
8      A   No.
9      Q   Okay.  John DeSouza, do you know who that
10  is?
11      A   Yes.
12      Q   And how do you know Mr. DeSouza?
13      A   He is a -- he is an ex-FBI agent who was
14  in several films, documentaries, and he was a speaker
15  that I invited to DoD '19.  He has since given me legal
16  counsel, because he's also a lawyer.
17      Q   Did he tell you he was a lawyer?
18      MR. WEBB:  Okay.  Hold on a second.  If
19  he's a lawyer, anything he said --
20      MS. YANAROS:  Okay.  Counsel, he's not a
21  lawyer.  I'll represent to you he's not a lawyer.  And
22  we -- he's told me directly as such and I've
23  investigated it.
24      Q   Did Mr. DeSouza represent to you that he
25  was an attorney when he spoke with you?

Page 115

1      MR. WEBB:  Yeah, if Mr. DeSouza told you
2  he's an attorney, then nothing further that you
3  communicated with him should be shared.  But if he
4  didn't tell you he's an attorney, then you would share
5  anything he said.
6      MS. YANAROS:  It's only privileged if
7  he's an attorney --
8      MR. WEBB:  Correct.
9      MS. YANAROS:  -- and he's not an
10  attorney.  He's not an attorney.
11      MR. WEBB:  Well, Counsel, I have
12  concurrent access to all 50 states to find out whether
13  he has a bar card as of today or as of any time, but
14  I -- I don't know that he's not an attorney or that he
15  is.  So -- but did he ever tell you he's an attorney?
16      THE DEPONENT:  He did.  That's my
17  understanding, that he was an attorney.
18      MR. WEBB:  Okay, but now there's a
19  difference.  Is it your understanding or did he tell you
20  that?
21      MS. YANAROS:  Okay, Mr. Webb, this is
22  my -- this is my deposition.  I'll ask the questions,
23  thank you.
24      Q   (By Ms. Yanaros)  When is the last
25  time --

Page 116

1      MR. WEBB:  Well, I'm asking my client a
2  question -- (inaudible).
3      THE DEPONENT:  I don't remember.
4      MR. WEBB:  You don't remember?  Then if
5  you don't remember --
6      THE REPORTER:  Can we take a moment here?
7  I did not get your question, Mr. Webb.  I'm sorry.
8  There was overlap there.
9      MR. WEBB:  That's fine.  Yeah, I was
10  asking her if he told her that he was an attorney or if
11  John DeSouza, if she heard that he was an attorney, and
12  the client -- the deponent responded that she doesn't
13  remember.  So....
14      MS. YANAROS:  Objection to the side bar.
15  Objection to leading the witness.
16      MR. WEBB:  Okay.  I'm looking at --
17      Q   (By Ms. Yanaros)  Did --
18      MR. WEBB:  I'm looking at -- I don't see
19  anything about him being an attorney, but I do see that
20  he has a J.D. at Albany Law School.
21      MS. YANAROS:  Mr. Webb, you can make an
22  objection for the record, an appropriate objection, but
23  I'm not going to let you take over this deposition.  If
24  you have something --
25      MR. WEBB:  I'm not taking over.  I --

Page 117

1      MS. YANAROS:  If you have something you
2  need to say, if you have an objection, you can make an
3  objection.  If you have something else to say, you can
4  send an email and we can meet and confer on a break.
5      MR. WEBB:  Sure.  So my objection here
6  is --
7      Q   (By Ms. Yanaros)  Ms. Youngblood --
8      MR. WEBB:  go ahead.
9      Q   (By Ms. Yanaros)  Ms. Youngblood, have
10  you spoken to Mr. DeSouza since the filing of this
11  lawsuit?
12      A   Yes.
13      Q   When was that?
14      A   I don't remember.  Last time I talked to
15  him, I don't know, six months ago.  I actually asked him
16  for some legal advice about Trance that had nothing to
17  do with this lawsuit.
18      Q   Okay.  Do you know who Ken Zander is?
19      A   Ken Zander, no.
20      Q   Okay.  Do you know who Vivian Davis is?
21      A   Yes.
22      Q   And what is your connection to her?
23      A   Vivian Davis was a person who was --
24  Corey was having an affair with during --
25      MS. YANAROS:  Objection --

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 118

1      A  -- 2017.
2           MS. YANAROS:  Objection, nonresponsive.
3           MR. WEBB:  You can answer.
4           MS. YANAROS:  Objection, nonresponsive.
5      Q    Ms. Youngblood, I asked what your
6  connection to Ms. Davis was.
7      A    That's my connection.  That's how I knew
8  her.  That's why I knew -- that's what I knew of her.
9  That's how I knew her.
10          MR. WEBB:  Go ahead and finish your
11  answer.
12          MS. YANAROS:  Objection, nonresponsive.
13     Q    Ms. Youngblood, have you ever spoken
14  directly to Ms. Davis?
15          MR. WEBB:  You can finish your earlier
16  answer.  Just because counsel tries to interrupt you, go
17  ahead and finish.  How do you know her?
18          MS. YANAROS:  Counsel, you're not -- this
19  is -- this is --
20     A    I have not --
21          MR. WEBB:  Just one person at a time.
22          MS. YANAROS:  If you continue to coach my
23  witness, we can call -- I'll call a protective order.
24  You're being absolutely -- absolutely intrusive to my
25  deposition.  I gave you complete respect when you were

Page 119

1  conducting yours.  So I would appreciate it if you'd
2  stop leading my witness.
3           MR. WEBB:  Oh, if I could only have had a
4  video camera on your face to describe your complete
5  respect during my deposition of your client.  But let my
6  client finish her answer.  Stop talking over her and let
7  her finish.
8           MS. YANAROS:  Okay.
9           MR. WEBB:  The question was how do you
10  know her.  Go ahead and finish.
11          MS. YANAROS:  Objection to side bar.
12     A    I met her at -- I met Vivian Davis at
13  Eclipse of Disclosure 2017.  My point of reference with
14  her was when Stacy told me, Stacy Goode told me that
15  she -- Vivian Davis was the one that Corey Goode,
16  Stacy's husband, was having an affair with.
17          MS. YANAROS:  Objection, nonresponsive.
18     Q    Have you spoken with Ms. Davis since the
19  filing of this lawsuit?
20     A    No.
21     Q    Have you ever spoken with her directly?
22     A    I spoke to her directly at Eclipse of
23  Disclosure in 2017 at the conference.
24     Q    Okay.  Do you know who Rob Vannoy is?
25     A    Yes, I do.

Page 120

1      Q    And how do you know Mr. Vannoy?
2      A    He was one of Corey Goode's groupies.
3           MS. YANAROS:  Objection, nonresponsive.
4      Q    Have you ever spoken directly with
5  Mr. Vannoy?
6      A    Only in passing at different events.
7      Q    And have you spoken with Mr. Vannoy since
8  the filing of this lawsuit?
9      A    No.
10     Q    Do you know who Elizabeth Wilcock is?
11     A    Yes.
12     Q    And when was the last time you spoke --
13  have you ever spoken with Ms. Wilcock directly?
14     A    Yes.
15     Q    And when was the last time you spoke with
16  Elizabeth Wilcock directly?
17     A    Right after Dimensions of Disclosure
18  2019.  She wanted to congratulate me and thank me for
19  inviting her to a successful event and said that she
20  would come to anything I did in the future.
21          MS. YANAROS:  Objection, nonresponsive to
22  everything after CITD 2017.
23     Q    Do you know who -- have you spoken with
24  Ms. Wilcox since the filing of this lawsuit?
25     A    No.

Page 121

1      Q    Do you know who Kalyn McDonald is?
2      A    Yes.
3      Q    Have you ever spoken with her directly?
4      A    Yes.
5      Q    When was the last time you spoke with her
6  directly?
7      A    2020, shortly after the lawsuit was
8  filed, but not since.
9      Q    What was your discussion with
10  Ms. McDonald?
11     A    My impression?
12     Q    Your discussion.
13     A    Can you be more specific?
14          Oh.  She was a -- she helped me with DoD
15  '19.  I paid her to be involved in the livestream.  And
16  after that, just after the lawsuit was filed, we may
17  have had discussion of disbelief and that kind of a
18  thing, but we don't have -- we didn't really have any
19  projects together anymore.
20     Q    Okay.  Do you know who Rene Armenta is?
21     A    Yes.
22     Q    Have you ever spoken with him directly?
23     A    Yes.
24     Q    When was the last time you spoke with him
25  directly?

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 122

1    A   I spoke with him directly on
2  September 25th.
3        Q   Of this year?
4    A   Yes.
5        Q   And what was --
6    A   And he texted me --
7        Q   Go ahead. I'm sorry.
8    A   I said and through text just a couple
9  days ago.
10       Q   And what were the substance of your
11  discussions?
12       A   I turned him on to a diet when I visited
13  him on September 25th, and our subsequent conversations
14  were about this diet that he is now going on.
15       Q   Is Mr. Armenta living in California?
16   A   He's in Colorado.
17       Q   And have you spoken with Mr. Armenta
18  about this lawsuit?
19   A   Not the details.
20       Q   Do you know who Brandon Graham is?
21   A   I think so. If it's Brandon who did some
22  camera work for Cosmic Secret, then that would be my -- I
23  don't know him, but I think that is my point of
24  reference. Oh, is that Brandon Graham? I don't know.
25  I don't know Brandon. The Brandon that I know with the

Page 123

1  last name. There was a Brandon who worked on Cosmic
2  Secret who did an original Trance document -- Trance
3  trailer for me, but it was so horrendous, I just said,
4  Thank you very much and I'll do my own. So I think
5  that's Brandon Graham.
6        Q   Okay.
7    A   He's an editor, right? You don't have to
8  say right or wrong. If that's the Brandon Graham, then
9  that's how I know him and that was the last time I
10  talked to him.
11       Q   Okay. But you would not have spoken with
12  him about the substance of this lawsuit?
13   A   No, huh-uh.
14       Q   And do you know who David Everhart is?
15   A   No.
16       Q   Do you know who Jim Martin is?
17   A   Yes.
18       Q   And have you spoken with him directly?
19   A   I may have had occasion to speak with him
20  directly in 2019 when I contracted David Icke to be the
21  one and only headliner for DoD '19. That was to be
22  David Icke's only appearance in the United States that
23  year and he was releasing his movie Renegade, which was
24  through The Orchard. So I wanted to see if I could show
25  that movie down the street at a theater during the

Page 124

1  conference. So that was pretty much my only connection
2  to Jim.
3        Q   Okay. Thank you.
4    A   Conversation -- one-on-one conversation,
5  you know. Yeah.
6        Q   Thank you. And you have not spoken with
7  him since the institution of this lawsuit?
8    A   No.
9        Q   Do you know who Laura Burgatta is?
10   A   Yes.
11       Q   And who is Laura Burgatta?
12   A   She was a volunteer turned paid staff
13  person for DoD '19.
14       Q   And when was the last time you spoke with
15  Laura Burgatta directly?
16   A   Maybe a year ago.
17       Q   And was it about the substance of this
18  lawsuit?
19   A   No, I was checking on a friend, a mutual
20  friend.
21       Q   Do you know who Sara Borgatta is?
22   A   Yes, Laura's twin.
23       Q   And have you spoken with her since --
24   A   (Inaudible.)
25       THE REPORTER: Repeat, please.

Page 125

1    A   I said -- I misspoke. I said "Laura's
2  twin." You're asking me about Laura Borgatta, and I
3  said Laura's twin. I meant Sara's twin.
4        Q   (By Ms. Yanaros) Okay. Have you spoken
5  with Sara about the substance of this lawsuit?
6    A   No. I haven't talked to either one of
7  them about the lawsuit.
8        Q   Okay. Do you know who Rob Counts is?
9    A   Yes.
10       Q   And have you spoken with him directly?
11   A   Yes.
12       Q   When was the last time you spoke with him
13  directly?
14   A   DoD 2019, the last day of it.
15       I did talk to him after that through
16  text.
17       Q   Okay. And has it been since the
18  institution of this lawsuit?
19   A   I'm sorry, can you repeat that?
20       Q   Has it been since the institution of this
21  lawsuit?
22   A   No.
23       Q   Do you know who Ben Chasteen is?
24   A   Yes.
25       Q   And have you spoken with him directly?

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 126

```
 1     A   Yes.
 2     Q   When was the last time you spoke with him
 3  directly?
 4     A   The end of 2019.
 5     Q   Do you who Jimmy Church is?
 6     A   Yes.
 7     Q   And have you spoken with him directly?
 8     A   Yes.
 9     Q   When was the last time you spoke with him
10  directly?
11     A   I was a producer for the Disclosure tent
12  at DisclosureFest this year, and he was the host of that
13  same tent. So June 2022.
14     Q   Okay.  And have you spoken with
15  Mr. Church about the substance of this lawsuit?
16     A   No.
17     Q   Where was DisclosureFest 2022?
18     A   It was in L.A.
19     Q   And was that put on by Full Disclosure
20  Collaborative?
21     A   No, it was put on by DisclosureFest.
22     Q   Did Full Disclosure Collaborative have
23  any involvement with DisclosureFest?
24     A   No.  I was volunteering as a producer.
25     Q   Okay.  Do you know Laura Eisenhower?
```

Page 127

```
 1     A   I do.
 2     Q   And when was the last time you spoke with
 3  her directly?
 4     A   Maybe -- oh, oh.  She was at
 5  DisclosureFest, June 2022.  We hung out.
 6     Q   And have you spoken with her about the
 7  substance of this lawsuit?
 8     A   No.
 9     Q   When was the last time you spoke with
10  David Icke?
11     A   I've never spoken directly with David
12  Icke.
13     Q   How about Jaymie Icke?
14     A   I spoke to him about a week ago.  He is
15  licensing Trance for Iconic.
16     Q   And have you spoken with Mr. Icke about
17  the substance of this lawsuit?
18     A   No.
19     Q   Do you know who Robert David Steele is?
20     A   Yes.
21     Q   And when was the last time you spoke with
22  Robert David Steele?
23     A   Before he died.  I'm trying to place when
24  that might have been.  During producing A Thousand
25  Pieces.  Would have been 2020.  Well, early 2021 is when
```

Page 128

```
 1  that happened, actually.  Yes.
 2     Q   Have you spoken -- did you ever speak
 3  with him about the substance of this lawsuit?
 4     A   No.
 5     Q   Do you know who Erica Broniec is?
 6     A   Yes.
 7     Q   And when was the last time you spoke with
 8  her?
 9     A   Maybe a month ago.
10     Q   And have you spoken with her about the
11  substance of this lawsuit?
12     A   No.
13     Q   Do you know who Jirka Rysavy is?
14     A   Yes.
15     Q   Have you spoken with him directly?
16     A   No.
17     Q   How about Kiersten Medvedich?
18     A   No.
19     Q   Rita Kurman?
20     A   That's Jimmy's wife?
21     Q   Correct.
22     A   No, I -- I have not talked to her.
23     Q   Do you know who Richard Soto is?
24     A   Yes.
25     Q   And when was the last time you spoke with
```

Page 129

```
 1  him?
 2     A   This morning.
 3     Q   And have you spoken with him about the
 4  substance of this lawsuit?
 5     A   No.
 6     Q   Do you know who Mike Liesner is?
 7     A   Yes.
 8     Q   And when was the last time you spoke with
 9  him?
10     A   2019 after DoD.
11     Q   Do you know who Chris Essa is?
12     A   Yes.
13     Q   When was the last time you spoke with
14  him?
15     A   Two days ago.
16     Q   And have you discussed the substance of
17  this lawsuit?
18     A   No.
19     Q   Do you know who Ken Alliance is?
20     A   Who?
21     Q   Ken Alliance?
22     A   N. Alliance?
23     Q   Ken, K-e-n.
24     A   No.  No.
25     Q   How about Bryn Alliance?
```

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 130

1    A   I -- (inaudible.)
2        THE REPORTER:  Can you repeat your
3    answer, please?
4        THE DEPONENT:  About Ken Alliance?  No, I
5    don't know who Ken Alliance is.
6        Q   (By Ms. Yanaros)  Bryn Alliance.
7        A   Can you spell the name?
8        Q   B-r-y-n.
9        A   Okay.  No.  I don't know a Bryn.
10       Q   Do you know a Nasreen Sheikh?
11       A   Nasreen, yes.
12       Q   When was the last time you spoke with
13   her?
14       A   It was in Portland.  Maybe four months
15   ago.
16       Q   And have you spoken with her about the
17   substance of this lawsuit?
18       A   No.
19       Q   Do you know a Gary Bean?
20       A   Gary Bean, no.
21       Q   Bill Ryan?
22       A   Yes.
23       Q   Have you ever spoken with him directly?
24       A   Yes.
25       Q   When was the last time you spoke with him

Page 131

1    directly?
2        A   About 18 months ago.
3        Q   And have you discussed with him the
4    substance of this lawsuit?
5        A   No.
6        Q   Do you know who Kerry Cassidy is?
7        A   Yes.
8        Q   And have you ever spoken with him
9    directly?
10       A   No.
11       Q   Okay.  What about Emery Smith?
12       A   Yes.
13       Q   When was the last time you spoke with him
14   directly?
15       A   After DoD 2018.
16       Q   Okay.  And Matthew Mournian, do you know
17   who that is?
18       A   I do.
19       Q   And when was the last time you spoke with
20   Mr. Mournian directly?
21       A   About a year ago.  I don't know, maybe
22   sooner than that.  Maybe eight months ago.
23       Q   And what was the substance of your
24   discussions?
25       A   I asked him to take my video down.

Page 132

1        Q   Did he tell you that he did?
2        A   Yes.
3        Q   Did he say that he took it down or that
4    he made it unlisted?
5        A   He told me he took it down.
6        Q   How did you meet Mr. Mournian?
7        A   I met him at Eclipse of Disclosure.  I
8    think.  Yeah.  I'm sure it was -- I'm sure that's where
9    I met him.
10       Q   And how did you guys meet?
11       A   He was someone there.  He was a
12   participant.
13       Q   And so you just met and exchanged
14   information and stayed in touch?
15       A   Yeah.  Basically.  He -- yeah, I mean,
16   yes.  Yeah.
17       Q   How --
18       A   He was easy to follow on --
19       Q   Go ahead.
20       A   I followed some of his work on social
21   media, what he was doing, in his career.
22       Q   How often did you guys talk after Eclipse
23   of Disclosure?
24       A   I invited him to be a speaker at
25   Dimensions of Disclosure 2019, and he was.  And then I

Page 133

1    talked to him again when he invited me to be a person to
2    be interviewed on his accountability project.
3        Q   When did he reach out to you about the
4    accountability project?
5        A   I would say a couple months before it
6    happened, I guess.  The end of 2020.  I think that's
7    right.  Yeah.
8        Q   And did he reach out to you individually
9    or as a group?
10       A   Reached out to me.  I don't know who else
11   he reached out to, but he reached out to me.
12       Q   And what did he say when he reached out
13   to you?
14       A   He told me that -- that there were a lot
15   of people that were -- it was based on Liz Lorie and the
16   fact that she had filed a lawsuit against Corey based on
17   her doing all this work for him and not being paid for
18   it, and would I like to come on and tell my story about
19   my involvement with this group of people.  So I said
20   yes, because at the time I was looking for that type of
21   opportunity to tell my side.
22       Q   Did you know that -- were you aware that
23   he had reached out to others besides yourself and
24   Ms. Lorie?
25       A   Eventually.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 134

1    Q   Was it before or after you recorded your
2  interview with him?
3        A   I guess after, because I saw the video.
4  I had no idea what he was -- that that was going to be
5  that kind of involvement.
6        Q   What do you mean, by the amount of people
7  that engaged or that watched it or....
8        A   That were interviewed.
9        Q   Oh, okay.  So he didn't tell you that
10  Mr. Kennedy was going to be interviewed as well?
11       A   I eventually found out that Mr. Kennedy
12  was also going to be interviewed.
13       Q   And --
14       A   I would --
15       Q   Go ahead.  I'm sorry.
16       A   Doesn't matter.
17       Q   Did we just have somebody else join?
18          THE VIDEOGRAPHER:  Yeah.  Somebody else
19  did join, the 818 number.  818 --
20          MR. WEBB:  Yeah, that's my client
21  listening in, Leon Kennedy.
22          FEMALE VOICE:  Yes, that's Mr. Kennedy.
23  He's leaving his computer and joining on his phone.
24          MS. YANAROS:  Okay.
25       Q   And how many times did you meet with

Page 135

1  Mr. Mournian before your interview was taped?
2        A   Just once or twice.
3        Q   And did you rehearse what you were going
4  to say on camera?
5        A   Not on camera, no.
6        Q   Just verbally kind of back and forth, he
7  was going to tell you what his questions were?
8        A   Oh, no, I didn't talk to him at all about
9  that.  I'm sorry.  That was -- I misunderstood the
10  question.  I thought you meant did I decide what I was
11  going to say.  Yes, in the shower I thought about it a
12  lot.  But I didn't talk to Mr. Mournian about it.
13       Q   How long did it take to tape your
14  interview with Mr. Mournian?
15       A   As long as it took.  I mean, you saw it.
16  An hour.  How long was it?  It was an hour?
17       Q   Were you involved in the editing of that
18  video?
19       A   It was live.  I wasn't involved in its
20  production.
21       Q   Okay.  Did you tell anybody that this
22  video was going to be aired?
23       A   Probably, yes.
24       Q   Who would you have told?
25       A   My family.

Page 136

1        Q   Do you recall the date that that video
2  came out?
3        A   No.
4        Q   So -- and we'll watch it here in a little
5  bit, but that was December 20th.  Did you not feel bad
6  at all that it was going to be released right before
7  Christmas?
8        A   I don't celebrate Christmas, so that
9  wasn't even in my awareness.  I was packing for a trip
10  to go to Costa Rica in January.
11          MR. WEBB:  Objection, argumentative.
12       Q   (By Ms. Yanaros)  Earlier you said that
13  you wanted to have the opportunity to tell your side of
14  the story.  Why not just do that through the court
15  proceedings?
16       A   Because Mr. Goode was going on social
17  media and saying how he was suing his partners for this,
18  that, and the other thing, and how we were part of the
19  dark force and the dark fleet, and he's just you should
20  all contribute monetarily to this legal fund so that he
21  can fight this dark force, which was actually supposedly
22  his business partners, which I was being dragged into
23  that story line, which I was never.  And I would see
24  those posts and know that everyone was getting the wrong
25  impression and idea of the entire situation, and I had

Page 137

1  no recourse, because I'm not an influencer, I'm not a
2  public figure, and I don't have a platform.  So for me,
3  this was an opportunity to be able to finally speak what
4  I believed was a grave injustice.
5        Q   In the court of public opinion?
6          MR. WEBB:  Objection, vague.
7        A   I didn't see it as a court, but --
8        Q   (By Ms. Yanaros)  Have you heard that
9  phrase before?
10       A   I have, yeah.  Sure.
11       Q   So this was -- this was your opportunity
12  to have your side heard in the court of public opinion,
13  correct?
14       A   No.  No, that's not correct.
15          MR. WEBB:  Objection.  Vague,
16  argumentative.  When I put up my hand, I need you to
17  hold on and let me talk, please.
18       Q   (By Ms. Yanaros)  You just wanted to be
19  heard then, correct?
20          MR. WEBB:  Objection, vague.  Objection,
21  improper.  Form.
22       Q   (By Ms. Yanaros)  You may answer.
23       A   My name was being trashed, and I wanted
24  to try to put some clarity on how my name was being
25  trashed.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 138

1    Q   Do you think it worked?
2    A   Yeah.
3    Q   So you're glad you did it?
4    A   I -- I'm glad for the opportunity.  I was
5  glad for the opportunity.
6    Q   And have you spoken with Mr. Mournian
7  about the -- about this lawsuit since that interview?
8    A   No.  No.
9    Q   Did Mr. Mournian reach out to you via
10  email regarding this interview?
11    A   No.  No, I -- no, it was -- it was
12  through text, I think.  Yeah.
13    Q   And did Mr. Mournian let you know --
14  strike that.
15        Did Mr. Mournian state that he was going
16  to be interviewing anybody outside of yourself and
17  Ms. Lorie and Mr. Kennedy?
18    A   No.
19    Q   Okay.  I want to go back now to when you
20  first met Mr. Goode.  When did you first meet Mr. Goode?
21    A   I met him in the Slack room when I was
22  brought in through that think tank in -- it would have
23  been late February, early March of 2017.
24    Q   And did you speak directly with him?
25    A   Only -- only through regular chat --

Page 139

1  yeah, just what might happen in a chat room.  If he said
2  something, I might respond to him, but there might -- it
3  might not be a conversation between him and me, it might
4  be five people, but he said something and then I
5  responded to him.
6    Q   And where did you first meet him in
7  person?
8    A   At Contact in the Desert, 2017, when I
9  brought the T-shirts that were designed, when I took it
10  to the Airbnb.
11    Q   And how did that first conversation go?
12    A   Fine.
13    Q   What did --
14    A   He --
15    Q   What did you discuss?
16    A   The T-shirts and their delivery, and he
17  thanked me and I brought them in to the Airbnb and I met
18  everybody else that was in the Airbnb.
19    Q   Was that the only contact that you had
20  with Mr. Goode at CITD?
21    A   I was also his speaker host for his
22  speaker engagements.  So I was in the room as a speaker
23  host, volunteered for Contact in the Desert.  I had a
24  lot of cause to talk to him during that time.  I was
25  also invited to be at the Airbnb during that whole four

Page 140

1  or five-day event.
2    Q   And did you discuss with him, you know,
3  your background in event planning?
4    A   No.
5    Q   After Contact in the Desert when was the
6  first time -- or did you -- when was the first time you
7  discussed Eclipse of Disclosure with Mr. Goode?
8    A   I don't know.  Maybe during, like there
9  could have been back and forth banter about the fact
10  that, you know, that Eclipse of Disclosure was
11  happening.  You know, within the Slack room there may
12  have been that conversation about, yes, this event is
13  happening.  When I would talk directly to him about it,
14  I don't know.  It was probably when I found the new
15  location or when I found the -- when I went to go see
16  the location in Weed and realized that it was completely
17  unacceptable for an event in August.
18    Q   Did Mr. Goode ask you to go scout out the
19  Weed location?
20    A   As far as I knew, the directives were all
21  coming from Mr. Goode and Corey -- Mr. -- Roger was his
22  proxy.  If I wanted to talk to Corey, I would not have
23  been able to.  He wasn't that accessible, and I was
24  always referred to Roger.  Whenever I had a question
25  about anything, I was referred to ask Roger, tell Roger,

Page 141

1  go to Roger.  I don't know, maybe Roger knows.  So I
2  eventually understood that Corey Goode was inaccessible
3  and he was handing those types of decisions to Roger
4  Richards.
5    Q   So when you found the new location, did
6  you tell Mr. Richards or did you tell Mr. Goode?
7    A   I told both of them in the Slack room at
8  the same time by grouping them together and saying, Hey,
9  I -- this location won't work, which I told both of
10  them, told them both why.  And then within the next five
11  hours, I had found myself in McCloud and I already had
12  found the dance hall, and I was on my way to seeing the
13  new possibilities of a much better event.  That is when
14  I told both of them about this finding, and the same
15  with the mill.  As things progressed in McCloud, I kept
16  them both abreast of what was happening.  I was a
17  volunteer at the time, just freshly working with these
18  people.
19    Q   Did you work with anybody else in
20  procuring the locations in McCloud?
21    A   With anybody else in our group?
22    Q   Yes.
23    A   No.
24    Q   It was just yourself?
25    A   It was myself.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 142

1    Q    Who canceled the reservations at the Weed
2    location?
3        A    I imagine Roger did.
4        Q    And when you made the reservations at the
5    McCloud location, who signed off on the documents to
6    make reservations?
7        A    I think the mill -- I'm not sure who
8    signed that contract.  I didn't sign that contract.  Was
9    it -- it could have been Roger.  I think it's in the
10   discovery.  I think it was your -- your contribution
11   there.  It was either Corey or Roger.
12       Q    And during Eclipse of Disclosure, how
13   often did you speak with Mr. Goode?
14       A    Often.  He came to my house before
15   Eclipse -- before Eclipse of Disclosure even happened.
16   He was on the road with his family, and I offered them a
17   place to stay for three or four days, and they stayed at
18   my house.  And then we kind of, you know, wagon trained
19   it to Mount Shasta, where I had booked him a very nice
20   place for him and the family and anyone else that they
21   invited.  And I was in constant touch with Mr. Goode
22   during Eclipse of Disclosure.
23       Q    Was that the first time that you met
24   Mrs. Goode?
25       A    Is it the first time that -- what was

Page 143

1    that?
2        Q    That you met Mrs. Goode, Stacy Goode.
3        A    No, I met Mrs. Goode at Contact in the
4    Desert 2017.  She was there at the Airbnb.
5        Q    And how often did you speak with
6    Mrs. Goode at Contact in the Desert?
7        A    At Contact in the Desert, I talked to her
8    a few times.  You know, casual conversation.
9        Q    So before Eclipse of Disclosure, before
10   Eclipse of Disclosure, they came -- the entire Goode
11   family, all four of them, came and stayed at your house
12   for a few days, and then you all went together to view
13   Eclipse of Disclosure, correct?
14       A    Correct.
15       Q    Would you say you had a good relationship
16   with him then?
17       A    Yes.
18       Q    When did that relationship start to
19   decline?
20       A    Oh, I don't know.  Maybe the -- yeah,
21   hard to know when that declined, because usually I pull
22   away and people don't realize that the relationship has
23   declined.  So it was way before they knew that the
24   relationship was declining.  I would say probably by the
25   end of 2018 it was pretty clear that the entire

Page 144

1    cohesiveness of everything that held us together was
2    deteriorating.
3        Q    So in between Eclipse of Disclosure and
4    the end of 2018, there was a few more events that went
5    on that you guys went together to, correct?
6        A    Correct.
7        Q    What was the next one after Eclipse of
8    Disclosure?
9        A    Cosmic Co-Creation.  That was in May
10   of 2018.
11       Q    And tell me, tell me more about that
12   trip.  Was that -- did it go smoothly?
13       A    Yeah.  It went very well.
14       Q    And did you assist in putting together
15   that event?
16       A    I sure -- yes, I did.
17       Q    What were your duties in regards to
18   putting together that event?
19       A    I found the location.  I worked with
20   Roger on the details of that location, the livestream of
21   that event, the coordination with Gerald O'Donnell, who
22   was the other speaker at the time.  I arranged for the
23   food, for the entire flow of the run of show for the
24   day, the advertising of it, the website.  Yeah, that was
25   pretty much what I did for that one.

Page 145

1        Q    Okay.  After Cosmic Co-Creation, what was
2    the next event that you did with the group?
3        A    That I put together?
4        Q    Sure.
5        A    Because some of them I put together, but
6    I also had to undo them.  So....
7            The next one was a documentary about -- I
8    mean, I'm sorry, was a talk about Q that got canceled.
9    A lot of work went into putting that together, but it
10   got canceled.  The next one was Dimensions of
11   Disclosure, and then Majestic Masquerade, that one was
12   canceled at the very end, just before it started, and
13   then 11/11 in Washington, D.C.
14       Q    I want to talk a little bit more about
15   DoD '18.  What were your duties in putting together DoD
16   '18?
17       A    I found the location.  I organized the --
18   everything.  I found the location.  I met with the event
19   person who puts together events there.  I outlined our
20   program.  I secured all of the rooms.  I negotiated the
21   pricing for all of it.  I gave them the menu.  I decided
22   where -- where all of the outdoor extra tents would be
23   put up, like event tents, where we would have extra
24   space for people to eat and relax.
25           I created all of the advertising, all of

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 146

1  the, you know, the public advertising, all of the memes,
2  the website. I came up with the name Dimensions of
3  Disclosure. I got the website Dimensions of Disclosure.
4  I got the logo. I did, again, the website, and then I,
5  again, put together the conference as far as organizing
6  for the livestream. That was where Roger came in. I
7  worked with Roger on the technical aspects of that
8  livestream.
9          I had to go to a special meeting with the
10  county's ordinance board because we needed a special
11  permit because we were going to have more tents than
12  they normally allow. So I had to go and make -- present
13  them with all of the diagrams and the documents that
14  they needed to ensure them that we were up to status
15  quo. I put in showers. I decided where the trench
16  would be dug for those showers. I brought in garbage
17  cans, water, quads, radios.
18          I organized all of the volunteers and I
19  decided on the breaks, with the flow, the flow of
20  traffic, where everyone would stay, where the Goodes and
21  that party would stay, the entire schedule as far as who
22  would talk, when, where and how during those four days.
23  Pretty much everything. I also was one of the only
24  people cleaning up at the end, and I just remember that
25  because I was tossing the -- the directional sign into

Page 147

1  the garbage, knowing that not only was I cleaning this
2  mess up, but I created that sign and the logo that sat
3  on it.
4      Q   And were you getting paid at this point
5  in time?
6      A   I was acting on an agreement that we had
7  that we went into in March of 2018, early March of 2018,
8  and the agreement was that I would create events and I
9  would then receive 50 percent of the profits from those
10  events, and Corey would get 25 and Roger would get
11  25 percent of those events from the profit. And in the
12  meantime, I would be taking a draw of up to $5,000 a
13  month if those funds were available for that to happen.
14  And it actually never was. I don't think I ever was
15  ever given that in a month. I think it was often
16  somewhere between 2 and $3,000 a month, which was a draw
17  against the percentage of -- that would have been
18  created through these -- the profits of the events.
19      MR. WEBB: Counsel, do you want to take a
20  lunch break?
21      MS. YANAROS: It looks like you're a
22  little ahead of me on that one. Sure. How long do you
23  guys want to break for?
24      MR. WEBB: Go off the record.
25      THE VIDEOGRAPHER: Okay. We're going to

Page 148

1  go off the record. Is that okay, Ms. Yanaros?
2      MS. YANAROS: Yes.
3      THE VIDEOGRAPHER: Okay. We are going
4  off the record and the time right now should be
5  approximately 12:57 where the witness is. Going off the
6  video.
7      (Discussion held off the record.)
8      (Lunch recess taken from 12:57
9  to 1:33 p.m.)
10      THE VIDEOGRAPHER: Okay. We are back on
11  the video record. The time now is approximately 1:33
12  where the witness is. You may proceed.
13      MS. YANAROS: Thank you.
14      Q   All right, Ms. Youngblood. I just want
15  to hit a couple more -- a couple points that we were
16  talking about before lunch before we move on. We were
17  discussing a few of the presentations that you had been
18  involved in, and you mentioned a talk about Q that got
19  canceled. Can you tell me more about what happened with
20  that event?
21      A   Sure. The venue found out that we were
22  doing the talk on Q, Jordan Sather was going to be doing
23  a talk on Q and the event venue opted not to honor that
24  agreement.
25      Q   Okay. And what was it -- what were your

Page 149

1  duties in preparing for that -- for that event?
2      A   Find the venue, organize the -- organize
3  the advertising and the production of it once the venue
4  found out that Q was -- that the letter Q was somehow --
5  something we were going to be talking about, and they
6  canceled it. I then went out to find another venue that
7  might work, and I found a few others, but ultimately
8  that wasn't going to happen.
9      Q   And why was it that the venue was not
10  willing to honor an event that was talking about the
11  letter Q?
12      A   Because at the time it was a political --
13  viewed as a political viewpoint of something that was
14  happening in the world, and they didn't want to be
15  attached to a political viewpoint.
16      Q   And what was the name of that venue?
17      A   E-Town.
18      Q   Can you spell that, please?
19      A   E, dash, T-o-w-n.
20      Q   T --
21      A   E, as elephant, dash, T-o-w-n. E-Town,
22  and it's in Boulder.
23      Q   And I think you said that you had gone to
24  look at another venue that declined to --
25      A   It was -- they had different reasons. It

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 150

1    was just too quick to do an about change with that kind
2    of thing.  It wasn't -- it wasn't about content or
3    anything like that.  It was just too quick.  We needed
4    to get all of the work, you know, we had done in the
5    building up to it and we couldn't -- the venues were
6    just too overwhelmed with how quickly we wanted to be
7    able to bring that in.  So the E-Town thing canceled at
8    the last minute, so finding a venue that was going to
9    accommodate us on that kind of a quick note, it was kind
10   of a hope, but that didn't happen.
11       Q   Okay.  And then we talked briefly about
12   the Majestic Masquerade that got canceled.  What were
13   your duties in setting up the Majestic Masquerade?
14       A   Just like everything else, finding the
15   venue, organizing the schedule, putting out the
16   advertising, detailing the run of show.
17       Q   Okay.  And that was in -- that was
18   supposed to be in October of 2019, correct?
19       A   Correct.
20       Q   And prior to that, DoD '19 was when
21   Mr. Goode said that he would let you take over
22   presentation or putting together of that event kind of
23   with a hands-off approach, because he had a lot of other
24   stuff going on at the time, correct?
25       A   No.

Page 151

1        Q   Can you explain?
2        A   Mr. Goode didn't have -- it wasn't coming
3    from Mr. Goode that they -- the group didn't want to
4    proceed with putting on an event for 2019, the group
5    being Mr. Goode, Leon Kennedy, and Roger Richards.  They
6    had unanimously decided that there weren't enough
7    resources for the -- for that -- for their organization
8    to put on this event, any event, that, yes, their
9    energies were focused in other areas, their money was
10   focused in other areas, and their ability to host an
11   event like that wasn't in their resources.  And they
12   just -- they didn't have the resources.
13           And so I said that I would do a
14   conference and run it through my own company and Corey
15   and Leon and Roger would all be invited as speakers.
16       Q   Okay.  And how much cash did you put down
17   to sponsor DoD '19?
18       A   I had to come up with the $6,000 for --
19   to secure the Marriott.  A lot of the funds -- and any
20   of the other deposits that needed to happen, the deposit
21   for the permit over at the park, a lot of the funds that
22   were coming in based on tickets were frozen, both by
23   Wickes and by PayPal, so I didn't have any operating
24   capital until actually after -- this is one of the many
25   things that occurred during the production of putting

Page 152

1    together DoD.  But I would say all in all out of pocket,
2    before I could actually not be out of pocket, it was
3    roughly 8 to $10,000.
4        Q   And you're saying that was not out of
5    pocket or that was out of pocket?  I'm sorry, it was --
6        A   That was out of pocket.
7        Q   Out of -- okay.
8            Okay.  Okay.  I would like to look at a
9    few documents now.  We're going to go back to when we
10   discussed the hemp project.
11           MS. YANAROS:  Mr. Roach, could you please
12   pull up PEX 2.
13           (Screen shared.)
14           THE VIDEOGRAPHER:  And of course as the
15   witness needs or you can let me know, I will enlarge any
16   portion thereof for her benefit.
17           MR. WEBB:  And could you email me these
18   documents, because --
19           THE VIDEOGRAPHER:  I can share them
20   through Zoom for you.
21           MR. WEBB:  Yeah.  Something I can print.
22   Because right now it's about 4 inches tall.  I need to
23   be able to review the whole exhibit at once.  So I need
24   you to either email me or give me a link where I can
25   download the documents.

Page 153

1            THE VIDEOGRAPHER:  Okay.  Ms. --
2            MS. YANAROS:  Yeah, I can -- let me see.
3            THE VIDEOGRAPHER:  I can share them
4    pretty quickly with him, but, you know, it's up to you.
5            MS. YANAROS:  Yeah.  Let's see.  I'm
6    trying to figure out the fastest way might be -- because
7    we can send documents through Zoom, right?
8            THE VIDEOGRAPHER:  I mean, I can do that
9    for you.
10           MS. YANAROS:  Oh, okay.  Yeah, that might
11   be the fastest way.  Let me see what I want real quick.
12   Or -- here.  I'll just share the link to -- yeah, I
13   think it might be the fastest just to send it.  I think
14   we can just send it through the --
15           THE VIDEOGRAPHER:  All right.  So I've
16   just shared that with him.
17           MS. YANAROS:  Perfect.
18           THE VIDEOGRAPHER:  So do you want me to
19   share more than one right now or just as we show them?
20           MS. YANAROS:  Let's go as we show them.
21           THE VIDEOGRAPHER:  Okay.  There you go.
22           MR. WEBB:  Where would I see it?
23           THE VIDEOGRAPHER:  In the chat.
24           MR. WEBB:  The chat, the last thing I
25   have here is we have someone in the waiting room

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 154

1  waiting.
2           THE VIDEOGRAPHER: Oops. My bad. Hold
3  on one quick second. Now I've got it set up. There you
4  go, sir. There you go. Have you got it now?
5           MR. WEBB: Yep.
6           MS. YANAROS: These are really small
7  files. They should be really fast. At least this one
8  is.
9           MR. WEBB: Well, this is six megabytes.
10  That's not small, but....
11           THE VIDEOGRAPHER: In today's world,
12  that's nothing.
13           MR. WEBB: Okay. It's normal size.
14           (Pause.)
15           (Inaudible.)
16           MR. WEBB: Oh, that's fine. I wasn't
17  saying anything. We were just waiting for the document
18  to be printed. It's kind of a larger file, so it's
19  taking a little time to print, but it's almost here. Do
20  you have any questions, Ms. Yanaros, while the document
21  prints?
22           MS. YANAROS: So are you ready to proceed
23  then, Ms. Youngblood?
24           MR. WEBB: As long as it's not on the
25  document that's printing right now, but if you want to

Page 155

1  ask her other questions.
2           MS. YANAROS: Okay. Well, I mean, that's
3  what -- we have the document up. We'll go off the
4  record while we're waiting for that to print.
5           THE VIDEOGRAPHER: Going off the record.
6           MR. WEBB: No, stay on, please. Thank
7  you.
8           If you want to send other documents to my
9  office and we'll print them, to stay in advance so we
10  don't have slowdowns.
11           MS. YANAROS: Well, that's --
12           (Cross-talk.)
13           MS. YANAROS: Mr. Webb, is this the first
14  remote deposition you've done?
15           MR. WEBB: Yeah, it's my first one,
16  Counsel. I've done 84 trials and it's my first remote
17  deposition.
18           MS. YANAROS: Okay.
19           MR. WEBB: But if you want to send me all
20  the documents, consider doing that. So then we won't
21  have to do it like this. Because I'm not going to have
22  my client look at a three-inch copy on the screen,
23  nor am I going to have her restricted to the page of the
24  exhibit that you have. She needs to be able to look at
25  the entirety of the exhibit if you're going to ask her

Page 156

1  questions about a document that looks like it's 10 or 12
2  pages long. Actually more than that.
3           MS. YANAROS: Okay. Well, this has been
4  produced by defendants. So this is their document.
5           THE VIDEOGRAPHER: Yeah.
6           MR. WEBB: Well, in that case, why don't
7  you, to speed things up, send us these documents in
8  advance so we can print them so we don't have to slow
9  things down.
10           MS. YANAROS: All right.
11           MR. WEBB: Yeah, I have a document,
12  what's in front of me is Youngblood 5486 through
13  Youngblood 5497. There's a break in Bates numbers and
14  it resumes again at 5503. Then it goes backwards to
15  5498. Let me see if the other copy is kind of the same,
16  it is the same order. Okay. So 5486 all the way
17  through 5503 is what I just handed the deponent. What
18  exhibit number do you want me to mark this as, Counsel?
19           MS. YANAROS: It's Plaintiffs' Exhibit
20  Number 2.
21           MR. WEBB: Number 2, got it. She has the
22  document and we're ready to begin.
23           MS. YANAROS: Hold on one second so we
24  don't get held up here.
25           Okay.

Page 157

1       Q   All right. Okay, Ms. Youngblood, do you
2  have -- are we on the record?
3           THE VIDEOGRAPHER: Yeah, we're still on,
4  and if he wants to go ahead and forward that link to
5  someone else to print copies while we're doing this one.
6           MS. YANAROS: Perfect.
7           THE VIDEOGRAPHER: She just sent you a
8  link, sir. If you'll download those or send the link to
9  someone who can download them and print them while we
10  deal with this exhibit, then we won't be delayed on
11  anything else.
12           MR. WEBB: Sir, if you can email that to
13  service@webblawgroup.com.
14           THE VIDEOGRAPHER: Can you see the link?
15  Can you see the link?
16           MR. WEBB: I can see it, but I don't
17  have -- this computer is a display computer. It's not
18  an email computer.
19           THE VIDEOGRAPHER: Well, that's all
20  right. No, sir, just right click and copy on the link
21  and then you can send it to whoever you want, just like
22  you sent the document to someone.
23           MR. WEBB: I'll say it again. This
24  computer is a display computer. It's not an email
25  computer. There's someone else on it, but not this one.

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 158

1    MS. YANAROS:  How did you get the link to
2  someone?
3    THE VIDEOGRAPHER:  Yeah, what --
4    MR. WEBB:  They were on the Zoom.  Do you
5  want me to go get them and put them on the Zoom?  I can
6  do that if you want.  I can do that.  If that's easier
7  for you, that's fine.
8    THE VIDEOGRAPHER:  Going off the video.
9    MS. YANAROS:  Yeah.
10    MR. WEBB:  No, stay on the video.  Stay
11  on the record.
12    MS. YANAROS:  No, Mr. Webb -- that's
13  not -- this is -- this is crazy.
14    MR. WEBB:  Object to -- both counsel to
15  go off the record.
16    THE VIDEOGRAPHER:  We're off the record.
17    MR. WEBB:  Mr. Videographer, I don't know
18  what state you're in.
19    THE VIDEOGRAPHER:  It doesn't matter.  It
20  doesn't matter.  It doesn't matter, sir.  My client
21  is -- Ms. Valerie is my client.  We're off the record
22  right now.  Please stop pestering me, okay?  Thank you.
23    MR. WEBB:  Okay, then -- we're on the
24  record.
25    THE VIDEOGRAPHER:  We're off the record

Page 159

1  right now, sir.
2    MS. YANAROS:  We're off the record.  I
3  don't know what the problem is.  You just said --
4  Mr. Tarantino is on here as well.  He can print it off.
5  I don't understand --
6    MR. WEBB:  Madam videographer, are you
7  here?
8    THE VIDEOGRAPHER:  Listen, Mr. Webb.
9  Both parties have to agree.  That's in the certification
10  for videographers, okay?  We were off the record.  We
11  never went back on the record officially by Ms. Yanaros.
12  Okay?  That's the rule.  The rule is we go on when you
13  both agree.  We go off when you both agree.  That's it,
14  Mr. Webb.  That's how it works.
15    MR. WEBB:  Yeah, and so Mr. Roach, when
16  did I agree to go off the record?
17    THE VIDEOGRAPHER:  You didn't dispute
18  Ms. Valerie.  When Ms. Yanaros went off the record, you
19  said okay.
20    MR. WEBB:  Okay, madam court reporter,
21  did I ever say go off the record?
22    THE VIDEOGRAPHER:  Not you.  Stop
23  conflating things.  Ms. Valerie's deposition.  She said
24  to go off the record when it came to the time for the
25  sharing of the exhibit.

Page 160

1    MR. WEBB:  I'm not talking to you.  I'm
2  asking the court reporter.
3    Madam court reporter, did I say yes to
4  going off the record?
5    THE REPORTER:  I don't know.  I'll have
6  to go back through my notes.
7    MR. WEBB:  Please.  Thank you.
8    MS. YANAROS:  We're going to go ahead and
9  we're going to move forward with this, because this is
10  just -- this is ridiculous.  You've got the -- you have
11  all of the documents.  You got them, which is more than
12  most opposing counsel get.
13    THE VIDEOGRAPHER:  And I'd like to
14  reiterate, nobody -- if he said somebody else was on the
15  record that printed that first document that I shared,
16  if he said there was someone else that was on the video,
17  okay, that was in our meeting, that person never left
18  and came back.  They've been on.  I can testify to that.
19  So....
20    MR. WEBB:  You guys, when the court
21  reporter is doing a read back, you have to stop talking
22  so she can do the read back.  So please be quiet until
23  she finishes the read back.
24    MS. YANAROS:  What?
25    THE VIDEOGRAPHER:  That wasn't the

Page 161

1  reporter, Mr. Webb.
2    MS. YANAROS:  What are you talking about,
3  what read back?
4    MR. WEBB:  I asked Ms. Elliott to go back
5  and check if I said to go off the record.
6    MS. YANAROS:  She's not reading anything
7  back.
8    THE REPORTER:  Do you want me to go back
9  through my notes?
10    MR. WEBB:  Yes, please.
11    (Reporter reviews her notes.)
12    THE REPORTER:  You did not agree to go
13  off the record.
14    MR. WEBB:  Correct.  So Mr. Roach --
15    THE VIDEOGRAPHER:  No, no, no, the
16  first -- when -- who was the last person to go off the
17  record, madam reporter?  Was it Ms. Valerie?  Valerie
18  said let's go off the record when the issue came up
19  about sharing exhibits, is that correct or incorrect?
20  Did she say to go off the record?
21    MR. WEBB:  She already answered you,
22  Mr. Roach, and she said I never agreed to go off the
23  record.
24    THE VIDEOGRAPHER:  You haven't agreed to
25  go off the record anytime today when I went off the

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 162

1  record. You just sat there and I went off the record.
2  When Ms. Yanaros said to go off the record, I went off
3  the record, and you didn't say, Yes, I agree, the first
4  time, the second or the third time today we went off the
5  record. You never said, I agree to go off the record,
6  sir. No opposing counsel ever says that in a video
7  deposition or any other. Yes, I agree to go off the
8  deposition, off the record. Nobody ever does that.
9  Okay? Ever.
10         MR. WEBB: Well, guess what. It's the
11  law. So turn your video back on, please. Turn the
12  video back on, Mr. Roach.
13         THE VIDEOGRAPHER: Valerie, are you ready
14  to go?
15         MS. YANAROS: Are the exhibits printed?
16  Are your exhibits printed?
17         MR. WEBB: I printed the one. If you
18  want me to go outside and send the link to somebody, I
19  will do it.
20         MS. YANAROS: You don't have to send the
21  link.
22         Mr. Tarantino, have you received the
23  link?
24         MR. WEBB: He's not under deposition
25  today. If you want me to go ask him to print things, I

Page 163

1  can do that, okay?
2         MS. YANAROS: I am -- you don't have to
3  print anything. You can take a look at the document on
4  your screen.
5         MR. WEBB: All right. Can you go back on
6  the record, please, Mr. Roach, because I never said to
7  go off. And you know the rules. It takes two people to
8  go off, two.
9         MS. YANAROS: Are you going to keep on
10  impeding my deposition, Mr. Webb?
11         MR. WEBB: All right. I'm all --
12         THE VIDEOGRAPHER: Cindy, what I'm
13  referring to is Ms. Yanaros said to go off the record at
14  about 4:50 -- or I'm sorry, at about 1:50, 1:45.
15  Ms. Yanaros, do you want Ms. Elliott to check it for
16  you?
17         MS. YANAROS: Yes, please. I mean, he
18  got up. I thought he said to go off the record when he
19  was going to print the documents out. Otherwise I would
20  have --
21         THE VIDEOGRAPHER: At worse this is just
22  slight confusion. This is just a little bit of
23  confusion. Yes, both people when you start -- only when
24  they start arguing do I have to make people agree. We
25  went on and off the record today earlier and nobody

Page 164

1  argued about it, and so that's fine. But when one
2  attorney, Mr. Webb, tried to tell me to do something
3  when the other attorney doesn't agree, I will not do
4  that. I cannot do that. So the last I heard was
5  Ms. Yanaros asked us to go off the record so Mr. Webb
6  could print the document or documents. And then we
7  continued to discuss all the documents with which
8  Ms. Yanaros presented a link for all of them. That's
9  where we're at. All that has to be done is those have
10  to be printed and handed back to Mr. Webb and we can go
11  on the record with Ms. Yanaros and continue this
12  deposition.
13         THE REPORTER: Do you want me to check my
14  notes?
15         MS. YANAROS: I mean, I guess. Sure.
16         MR. WEBB: (Inaudible.)
17         THE REPORTER: I'm not getting what
18  you're saying, Mr. Webb. It's very garbled.
19         THE VIDEOGRAPHER: We're not -- I'm not
20  recording anything, Cindy, since we've been off this
21  whole time.
22         THE REPORTER: Well, I am, because as far
23  as I know, I have not been told to go off the record; so
24  I've been staying on.
25         MR. WEBB: That's correct. Cindy, thank

Page 165

1  you for typing the whole time. I appreciate it. As far
2  as I'm concerned, we're on the record. As far as Cindy
3  is concerned, who is the court reporter, Ms. Elliott,
4  we're on the record.
5         So Counsel, we have -- we're working on
6  printing the other documents. We have Exhibit 2 here,
7  our copy. We are ready to begin questioning on
8  Exhibit 2.
9         THE VIDEOGRAPHER: Let me know,
10  Ms. Yanaros.
11         MS. YANAROS: All right. Thank you,
12  Mr. Roach. We can go back on the record.
13         THE VIDEOGRAPHER: Okay. We're going
14  back on the video record and the time is now
15  approximately 1:59 p.m. You may proceed.
16         MS. YANAROS: Thank you.
17         MR. WEBB: And just for the record, the
18  videographer chose to go off without my permission. I
19  objected. He argued with me that since I -- since I did
20  object that we could go off the record, the court
21  reporter, thank goodness, Ms. Elliott, doing her duty,
22  Cindy Elliott, she typed the whole time. I appreciate
23  that. We are working on printing out the exhibits, and
24  I'm prepared to answer questions that we have in front
25  of us now.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 166

1     MS. YANAROS:  And for the record, when I
2  was pulling up an exhibit, Mr. Webb started talking at
3  the same time I did and got up and left, when I said we
4  were going off the record.  So I was under the
5  impression that we were off the record as well.
6     MR. WEBB:  I was here at the door.
7     MS. YANAROS:  All right.
8     Q   Are you ready, Ms. Youngblood?
9     A   Yes.
10    Q   Have you seen this document before?
11    A   Yes.
12    Q   And what is it?
13    A   It is the Ordinance Number 2464 that was
14  the mandatory ordinance that came down around the ban on
15  growing hemp, basically.
16    Q   Okay.  I'd like to, Mr. Roach, skip down
17  to page ending in Bates number 5493.
18        THE VIDEOGRAPHER:  Okay.  And if we could
19  get Ms. Youngblood to just pull her screen a little bit.
20  You're at the bottom of our screen, Ms. Youngblood.  If
21  you could just pull your screen down a little bit.
22        THE DEPONENT:  Yeah, I don't have a
23  visual on anybody, so it's hard to see what it's doing.
24        THE VIDEOGRAPHER:  That's perfect right
25  there.  Thank you.  Thank you.

Page 167

1        Okay.  You can proceed.
2        (Screen shared.)
3        MS. YANAROS:  Okay.  Thank you.
4     Q   Ms. Youngblood, are you looking at page
5  ending in Bates ending in 5493?
6     A   Yeah, uh-huh.
7     Q   And what document is this?
8     A   The hemp grow agreement.
9     Q   And who put this agreement together?
10    A   I think we -- I think my husband and I --
11  I think we all did.
12    Q   Was this ever signed?
13    A   I don't think so, no.
14    Q   Okay.  I want you to go down to page
15  ending in Bates number 5495.
16    A   Yes.
17    Q   And what is that document?
18    A   It looks like the same document.  Hang
19  on.  Let me look.  It's the -- it's another -- it's just
20  another pro forma.  Another agreement.  Probably entered
21  into at a different time when we were figuring out how
22  this was going to go.
23    Q   Okay.  And that wasn't signed either,
24  correct?
25    A   Correct.

Page 168

1     Q   Okay.  And go down to the page ending in
2  5498.
3     A   Uh-huh.  Yes.
4     Q   And do you recognize that document?
5     A   Yeah.  It's an email.
6     Q   From whom?
7     A   From Roger Richards.
8     Q   To whom?
9     A   Myself, Leon and Corey.
10    Q   And what's the date on this email?
11    A   February 1.
12    Q   Of what year?
13    A   2019.
14    Q   Okay.  And on the bottom of that email,
15  it looks like there's an email from you; is that
16  correct?
17    A   Yeah, to -- yes, uh-huh.  That with the
18  attachment that says "hemp house"?  That's what you're
19  talking about?
20    Q   Right.  So can you read to me what you've
21  written in that email?
22    A   Okay.  Is this the one, February 1, 2019,
23  at 3:18 p.m., Adrienne Youngblood, is that what you want
24  me to read?
25    Q   Yes.

Page 169

1     A   On -- okay.  "Attached is a basic plan of
2  expenses.  This is only for the hemp houses.  We haven't
3  determined what will be the most advantageous" --
4        MR. WEBB:  Hold on.  You have to slow way
5  down when you read that --
6        THE DEPONENT:  Oh, okay.
7        MR. WEBB:  -- because the court
8  reporter --
9        THE DEPONENT:  Sorry.
10       MR. WEBB:  -- she can't keep up that
11  fast.  Just go slower when you're reading that.
12    A   "We haven't determined what will be the
13  most advantageous crop for the outdoor, but that will be
14  a 50/50 split as well.  We can all determine the best
15  thing to grow in the next few months as the market
16  dictates.  We'll need the next installment of 25k ASAP,
17  as we've pretty much depleted funds here just getting
18  going."
19    Q   (By Ms. Yanaros)  Was there any other
20  crop that the group had anticipated growing?
21    A   Yes.  As I said, it -- we began talking
22  about the -- doing a THC crop, but also the crop that we
23  were growing in the hemp houses under -- under a
24  greenhouse, there was conversation about having outdoor
25  hemp as well on another part of the property.  So we

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 170

1  would also then be growing outdoor, where the climate
2  didn't need to be as regulated during the summer months.
3  That never happened, but that was the conversation.
4      Q   Okay.  And that was supposed to be a crop
5  other than hemp, correct?
6      A   No, it was to be hemp, and then what --
7  we weren't doing the THC until we could legally obtain
8  the licenses to do so.
9      Q   Okay.  And did you ever try to obtain
10  those licenses?
11      A   Not for this company.
12      Q   Okay.  I want you to go back to the very
13  first page of this document.
14      A   Okay.
15      Q   And go down to Section II-B.  And can you
16  read that aloud for the record, please.
17      A   "On December 20, 2018, President Trump
18  signed H.R.2, the Agriculture Improvement Act of 2018
19  (hereafter 'the 2018 Farm Bill') into law allowing hemp
20  cultivation far more broadly than the previously allowed
21  pilot programs for studying market interest in hemp-
22  derived products.  The 2018 Farm Bill also redefines
23  hemp to include all parts of the plant, including seeds,
24  derivatives, extracts, and cannabinoids, and allows the
25  transfer of hemp-derived products across state lines for

Page 171

1  commercial or other purposes.  It also puts no
2  restrictions on the sale, transport, or possession of
3  hemp-derived products, so long as those items are
4  produced in a manner consistent with the law.  The 2018
5  Farm Bill requires states wishing to be the primary
6  regulators of hemp cultivation to submit their proposed
7  regulatory programs for federal compliance approval and
8  directs the United States Department of Agriculture to
9  develop federal regulations for hemp farming, which will
10  override state regulatory programs containing less
11  stringent requirements.  California has yet to submit a
12  state program to the United States Department of
13  Agriculture for consideration."
14      Q   Okay.  Thank you.  So the bill that came
15  through that gave you guys the idea that it would be
16  okay to plant hemp was passed on December 20th of 2018,
17  correct?
18      A   Apparently.
19      Q   And it was two months later that you had
20  already planted the hemp crop; is that correct?
21      A   Yes.
22      Q   So you had taken $45,000 from the group
23  in order to plant a crop that was not -- you weren't
24  sure, and I believe you testified earlier, it was still
25  a little bit shaky as to whether or not that was going

Page 172

1  to remain in effect as a law, correct?
2      A   No, no.  We planted -- we planted the
3  hemp believing that hemp was now legal in California.
4      Q   Okay.  But you weren't sure that it was
5  going to stay like that?
6      A   No.  I -- what wasn't going to play out
7  like that?  We planted the plants with the understanding
8  that hemp was now legal to grow in California.
9      Q   Okay.  And then going back down to the
10  page ending in 548 that we just looked at, the
11  February 1 of 2019, at that point, they were -- you were
12  already asking for another $25,000 on top of the $45,000
13  that had already been invested, and it was --
14      A   Uh-huh.
15      Q   -- two months later that that bill was
16  overturned, correct?
17      A   I'm sorry.  What was the last --
18      Q   It was two months later that that bill
19  was overturned, correct?  In April of 2019?
20          THE VIDEOGRAPHER:  I'm sorry, which page
21  was that?
22          MS. YANAROS:  Ending in 5498.  Sorry.
23      Q   They need the installment of $25,000
24  ASAP.  And then it was -- it was April 9th of 2019 that
25  the bill was overturned, correct?  Ms. Youngblood?

Page 173

1  Hello?
2          THE VIDEOGRAPHER:  They're saying they
3  lost audio.
4          MS. YANAROS:  Oh, they lost audio?
5          THE VIDEOGRAPHER:  Let me at least stop
6  sharing.
7          MS. YANAROS:  Okay.  Let's go off the
8  record.  Can we agree to go off the record if they lost
9  audio?
10          THE VIDEOGRAPHER:  Yeah, we're going to
11  go off the record.  Going off the record at
12  approximately 3 -- I'm sorry, 2:11 p.m.
13          (Discussion held off the record.)
14          THE VIDEOGRAPHER:  Back on the video
15  record.  You may proceed.
16          MS. YANAROS:  Okay.
17      Q   All right.  Let's go ahead and move to
18  Plaintiffs' Exhibit Number 3, the video.
19          MR. WEBB:  The Bates numbers, can you
20  identify it for us?  I have a stack of documents.
21          MS. YANAROS:  Yeah, this was in your
22  production, your initial production, and the file
23  number -- file name is AY3Ahemp3.20.19CGcopy.
24          MR. WEBB:  Just so you know, I have hard
25  copies here.  So if you can identify it by Bates number

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 174

1  or description of the document, not file name, that will
2  make it quicker.
3  　　　　MS. YANAROS:  Well, it's a video and it's
4  something you produced to us.
5  　　　　MR. WEBB:  Okay.  So maybe just share the
6  screen and play the video.
7  　　　　MS. YANAROS:  It should be up.
8  　　　　(Video played.)
9  　　　　THE VIDEOGRAPHER:  One moment.  Let me do
10  a new share so I can include audio.  That's my fault.
11  　　　　THE REPORTER:  And just before you do,
12  would you take a moment, please.  I just want counsel to
13  know I do not do any audio when there's a screen share.
14  　　　　MS. YANAROS:  Oh, got it.
15  　　　　THE REPORTER:  Okay?
16  　　　　MS. YANAROS:  That's fine.  Thank you.
17  　　　　(Video played.)
18  　　　　MS. YANAROS:  Okay, Mr. Roach, can you
19  pause it again really quickly?
20  　　　　(Video paused.)
21  　　　　MS. YANAROS:  I'd like the record to
22  reflect that it is paused at -- we started at the
23  beginning and it's paused at -- is there a time stamp?
24  　　　　THE VIDEOGRAPHER:  43.
25  　　　　MS. YANAROS:  43 seconds.  Okay, thank

Page 175

1  you.
2  　　Q   Ms. Youngblood, was that one of the trade
3  workers that you were talking about earlier?
4  　　A   Uh-huh.  Yes.
5  　　Q   And they are working on the land and in
6  exchange for a place to live; is that correct?
7  　　A   Correct.
8  　　Q   And there were -- that was one of the
9  greenhouses that was built for the hemp plants, correct?
10  　　A   No.  No.  That was our existing
11  greenhouse where we make clones.
12  　　Q   Okay.  So the other greenhouses hadn't
13  been built yet?
14  　　A   Correct.
15  　　Q   Okay.  And there were some seedlings that
16  had just begun to sprout that we were looking at,
17  correct?
18  　　A   No, no.  You were looking at clones.
19  Those are not seedlings.  They don't grow from seeds.
20  They grow from branches of plants.
21  　　Q   Gotcha.  Okay.  But they were
22  significantly smaller than the other hemp plants that
23  were --
24  　　A   Yes.
25  　　Q   -- about -- okay.

Page 176

1  　　A   Yes.  Those --
2  　　Q   Okay.  And had --
3  　　A   That's what you do with plants to make
4  more.
5  　　Q   Was to clone them?
6  　　A   Yes.
7  　　Q   Okay.  So the 700 plants that we spoke
8  about earlier, are those in addition -- are those
9  encompassing the clone plants as well or are the clone
10  plants in addition?
11  　　A   The clone plants are in addition.  They
12  come from the 700.
13  　　Q   Okay.  And did those ever get planted
14  outside?
15  　　A   No.
16  　　Q   Okay.  And had any of those plants had
17  any mold at that point, at the time of this video?
18  　　A   I don't think -- I -- I don't think those
19  plants did.  Not the clones, no.
20  　　Q   But --
21  　　A   When we go into -- when this continues --
22  anyway, go ahead.
23  　　Q   Okay.
24  　　　　MS. YANAROS:  Mr. Roach, can you continue
25  playing the video, please.

Page 177

1  　　　　(Video played.)
2  　　　　MS. YANAROS:  Mr. Roach, can you pause
3  the video, please?
4  　　　　(Video paused.)
5  　　　　MS. YANAROS:  Thank you.  I'd like the
6  record to reflect that it's paused at the -- which mark
7  is it, Mr. Roach?
8  　　　　THE VIDEOGRAPHER:  1:38.
9  　　　　MS. YANAROS:  1:38, thank you.
10  　　Q   Ms. Youngblood, is this also one of the
11  trade workers that you were talking about?
12  　　A   Yes.
13  　　Q   And what about the other two gentlemen in
14  the picture?
15  　　A   That is another trade worker on the left,
16  who was also my foster son at one time.  And that is --
17  the man with the gray hair is Richard, my partner/
18  husband.
19  　　Q   Okay.  All right.  Thank you.
20  　　　　MS. YANAROS:  Mr. Roach you can continue
21  playing the video.
22  　　　　(Video played.)
23  　　　　MS. YANAROS:  Okay.  Mr. Roach, can you
24  please stop the video?
25  　　　　(Video paused.)

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 178

1    MS. YANAROS: Thank you. And I'd like
2  the record to reflect that it's paused at --
3    THE VIDEOGRAPHER: 3:05.
4    MS. YANAROS: 3:05, okay, thank you.
5    Q   Ms. Youngblood, did you guys ever grow
6  the tea that you're talking about?
7    A   No.
8    Q   Okay. I think we're done with this
9  exhibit. We can move on.
10    MS. YANAROS: Thank you, Mr. Roach.
11    Q   Oh, Ms. Youngblood, do you recall the
12  date of that video?
13    A   I think it's right there on their happy
14  anniversary, March 20th --
15    Q   2019?
16    A   -- 2019.
17    Q   Thank you.
18    Okay. When all of that land was cleared,
19  were you able to recoup any of the costs that you had
20  put into the land?
21    A   No. No.
22    Q   There wasn't any sort of product that
23  came out of it that was salvageable?
24    A   No.
25    Q   Okay. I'd like to pull up Plaintiffs'

Page 179

1  Exhibit Number 4.
2    (Screen shared.)
3    Q   And this is starting at Bates Number GES_
4  Richard_0000228.
5    MR. WEBB: Okay. The deponent has
6  Exhibit 4 in front of her.
7    MS. YANAROS: Okay. Thank you.
8    Q   I'll give you a minute to look it over.
9    A   Okay.
10    Q   Okay. And I want to focus your attention
11  on the second page. It's a little hard to see the Bates
12  numbers because of the way that the picture was
13  oriented, but it's -- it's Bates number GES_Richard_
14  0000229. And I'd like to focus your attention on the
15  third paragraph, the third paragraph on that page.
16    A   Which one, "Furthermore" or the number
17  "1"?
18    Q   "Furthermore."
19    A   Okay.
20    Q   Can you read that aloud for the record,
21  please.
22    A   "Furthermore, it is just ridiculous,
23  possibly provoking and confusing to say that 'Corey is
24  disappointed that I didn't come to him to have this
25  discussion.' Is that a joke? Has some magical door of

Page 180

1  communication between us been opened? What did I miss?
2  It is Corey who set the guidelines for communication,
3  and I am just accommodating those guidelines. He has
4  made it clear that you and Leon are his current proxies.
5  (This communication is case in point)"
6    "Again, this deal has little to do with
7  Corey other than insuring the success of EoW's
8  distribution without retribution."
9    Q   So you've said a couple of times during
10  this deposition today that Corey wasn't communicating
11  with you directly, and you've expressed in this -- in
12  this paragraph some irritation with it. Is that the
13  reason why you went out and decided to trademark
14  Dimensions of Disclosure without his signing off on it?
15    A   No.
16    Q   Did you ever tell him that you intended
17  to trademark Dimensions of Disclosure?
18    A   No.
19    Q   Okay. I want to focus down at where it
20  says Number "1." Can you please read that paragraph
21  aloud for the record, please.
22    A   "The first $15,000 in revenue that comes
23  from the licensing the DoD content" -- "the 2019 DoD
24  content to EoW or any other party will go to repay Corey
25  the $15,000 related to the hemp crop investment." That

Page 181

1  was from Ms. Lorie.
2    My response to that, "As an aside during
3  conversation, I expressed the thought that I could take
4  funding that I receive from licensing the content
5  created by FDC, and give it to Corey to satisfy his
6  request for a return on an unrelated investment. Having
7  Corey KNOW that, is a kindness extended so he could
8  anticipate that intention. I will not be including that
9  in a formal agreement. I'm just going to do it. That
10  is total" -- "that issue is totally separate from these
11  dealings and needs to be kept that way."
12    Q   So did you ever repay Mr. Goode the
13  $15,000?
14    A   No. As it was mentioned in this -- this
15  by the way, the note here from Liz Lorie that this was
16  sent to me after she spent 12 to 16 hours drafting the
17  settlement agreement, that's actually not accurate.
18  This was dated December 16th. This was -- of 2019.
19  This was actually a response to the licensing of the
20  content that I created at DoD '19, and that was the
21  response. The repayment of the $15,000 wasn't a -- that
22  was -- that was an offering made because -- really it
23  was an offering made from my husband who felt really
24  terrible about what had happened. And where that was
25  going to come from, that $15,000 was anybody's guess,

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 182

1  since the hemp project not only didn't make a penny, but
2  it actually puts us in a place of deficit.
3       So when the offering to satisfy that debt
4  came around, that was more of a personal integrity
5  offering, and it wasn't ever meant to be included in any
6  kind of licensing deals or make it up here or make it up
7  there.  That was just going to have to come from another
8  place.  And, no, the entire amount of $15,000 was not
9  given to Mr. Goode, nor was it -- nor -- none of the
10  other investors asked for repayment.  They actually
11  understood what happened.  Mr. Goode was the only one
12  who apparently wanted to be paid back for his
13  investment.
14       MS. YANAROS:  Objection, nonresponsive to
15  everything after "no."
16       Q   I want to go down to the next paragraph.
17  Can you please -- and I understand from what you
18  testified that the purple writing is what Ms. Lorie
19  wrote, and then it looks like it's the dark blue color,
20  that would be a response to what she says; is that
21  correct?
22       A   Correct.
23       Q   Okay.  Can you please read that next
24  paragraph?
25       A   Which one is that?  Number 2?

Page 183

1       Q   Yes.
2       A   "Corey, you and Roger will come" --
3  "Corey, you and Roger will come to an agreement and sign
4  legal documents showing that Corey is a part owner in
5  DoD and the properties created thereby.  Corey feels
6  that a fair compromise for everything that has
7  transpired would be 33 percent Corey, and then however
8  you and Roger want to split the remaining ownership will
9  be between you and Roger.  Corey asserts that he is a
10  50 percent owner in DoD with you, but is willing to make
11  this concession since you have said that Roger is also a
12  part owner."
13       And I respond with "I am not sure of what
14  is referred to as 'the properties created thereby' in
15  reference to DoD.  Dimensions of Disclosure is the
16  name/mark of an event that was produced by Full
17  Disclosure Collaborative.  So while Corey feels he has
18  ownership in a mark, he is not a partner nor an officer
19  of Full Disclosure Collaborative and the properties
20  created thereby."
21       Q   Thank you.
22       A   Do you want me to continue?
23       Q   Oh, right, so just a couple questions
24  over that.  So the first Dimensions of Disclosure was in
25  August of 2018, correct?

Page 184

1       A   Yes.
2       Q   And Full Disclosure Collaborative was
3  created in -- I believe it was April of 2019, correct?
4       A   Correct.
5       Q   And then the second Dimensions of
6  Disclosure was in August of 2019, correct?
7       A   Correct.
8       Q   So the Dimensions of Disclosure mark was
9  actually created prior to Full Disclosure Collaborative
10  being created, correct?
11       A   Correct.
12       Q   And --
13       A   I think --
14       Q   -- the trademark for Dimensions of
15  Disclosure was not filed until over a year after the
16  first Dimensions of Disclosure that was put together by
17  you and Mr. Goode and Mr. Richards, correct?
18       A   I filed April 2, 2019.
19       Q   For Full Disclosure Collaborative,
20  correct?  But then the trademark was --
21       A   For the trademark for Dimensions of
22  Disclosure, I filed for the trademark on April 2, 2019.
23  Might have been the 4th.  That's when I started the
24  process of trademarking Dimensions of Disclosure.
25       Q   Okay.  Well, we'll come back to that.

Page 185

1       So it's your testimony as you sit here
2  today that you filed for the trademark of Dimensions of
3  Disclosure in April of 2019?
4       A   Yes.
5       Q   Okay.  And Full Disclosure Collaborative
6  was filed when?
7       A   About the same time.
8       Q   Okay.
9       MS. YANAROS:  Mr. Videographer, can I
10  please share my screen?
11       THE VIDEOGRAPHER:  Yes.  You may do so
12  now.
13       MS. YANAROS:  Okay.  Perfect.  Thank you.
14       Q   I don't know if it's going to show since
15  I'm -- can you guys see my screen?
16       A   No.
17       Q   No?  Okay.
18       THE VIDEOGRAPHER:  You have to hit "share
19  screen."
20       MS. YANAROS:  Oh, that would help,
21  wouldn't it?  Okay.
22       THE VIDEOGRAPHER:  And then choose the
23  screen you'd like to share.
24       MS. YANAROS:  Okay.  Got it.  All right.
25       MR. WEBB:  Is this your first time doing

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 186

1 a remote deposition, Counsel?
2          MS. YANAROS:  Probably my 50th, Counsel.
3 All right.
4      Q   So I have the TESS, the trademark search
5 engine for the United States Patent and Trademark
6 Office.
7          THE VIDEOGRAPHER:  Did you share your
8 screen yet?
9          MS. YANAROS:  Oh, I did.  It should be --
10         THE VIDEOGRAPHER:  You have to click on
11 "share" and then choose one of the screens.  There you
12 go.  Perfect.
13         MS. YANAROS:  Sorry.  Okay.  Got it.
14         THE VIDEOGRAPHER:  There you are.
15         MS. YANAROS:  Okay.  Now I'm sharing.
16 Okay.
17     Q   So this is the USPTO trademark search
18 engine, also known as TESS.  I've got -- pulled up the
19 Dimensions of Disclosure application.  Can you see the
20 middle of the screen where it says "Filing Date"?
21     A   Yes.  Filing date.  I don't see
22 anything -- oh, "Filing Date, September 5, 2019."
23     Q   So does that change your answer from
24 earlier?
25     A   No, it doesn't.  I applied for the

Page 187

1 trademark through -- trademarkengine.com.  I have put
2 those documents in our discovery.  I applied for the
3 trademark through trademarkengine.com on April -- I want
4 to say 2nd.  It might have been the 4th.  I don't have
5 it in front of me.  And I began the process of
6 trademarking the -- of Dimensions of Disclosure.  The
7 reason that I did that was because I had contracted
8 David Icke as the headliner for this conference, not
9 anybody else but David Icke, through my invitation to
10 David Icke, who accepted that invitation.
11         And when this was happening, there was
12 also a whole lot of social flurry around Mr. Goode and
13 his behavior in the community.  He was being accused of
14 doxing.  He was being accused of different inappropriate
15 behaviors in the year 2019.  He was not invited back to
16 Contact in the Desert, to conferences like Expo, and so
17 he had -- there was a lot of difficulty around the
18 association with Mr. Goode.
19         And having contracted David Icke, whose
20 reach far outreaches anybody that I had had at that
21 conference before, having contracted him, I realized
22 that because of the livestream I wanted to do, this was
23 going to go far-reaching all over the world, and because
24 of all the shenanigans that was going on, I needed to
25 protect the entity Dimensions of Disclosure, since it

Page 188

1 was going out on livestream all over the world.  It's
2 kind of -- it's the responsibility that I took seriously
3 as far as protecting this entity.  And that's when I
4 began the process.
5          Now I wasn't -- I wasn't -- I was doing a
6 million things at that time, beginning this conference,
7 David Icke, and then of course everything else that was
8 happening on the ranch and then through life.  So I
9 began the process and I went back to my regular work of
10 putting together the conference, and by the time -- then
11 I got back some communication back from
12 trademarkengine.com.  They needed some
13 documentation of where it was used in -- where
14 Dimensions of Disclosure was being used, that type of
15 thing.  And so it wasn't finalized and paid for until
16 September 5th, but the process and the impetus to
17 trademark Dimensions of Disclosure began when David Icke
18 signed on to be the only headliner for this conference.
19     Q   So it wasn't -- it was important enough
20 to start thinking about trademarking it, but it wasn't
21 important enough to actually pay for the application to
22 be filed until September 5th of --
23     A   That's correct.  I assumed that the
24 application would jam up anyone trying to, you know, do
25 anything difficult to me while -- you know, or try to

Page 189

1 sabotage the event, which was already happening, and --
2 but I knew that just beginning the process would, you
3 know, start the wheels turning and I didn't have to pay
4 attention to it until I could focus more clearly on it,
5 because there was a lot of other things for me to focus
6 on getting this conference going.
7      Q   Okay.  But you don't dispute that the
8 filing date, the official filing date per the USPTO is
9 September 5, 2019, correct?
10     A   That is when it was paid for, yes.
11     Q   And even if it was filed in April
12 of 2019, it was still well after the first Dimensions of
13 Disclosure in 2018, correct?
14     A   Yes.  How -- it was, and it was used in
15 commerce then when I -- when I bought
16 dimensionsofdisclosure.com and I created the website and
17 I named the event.
18     Q   Okay.  Okay.
19         Am I not sharing any more?  Okay, good.
20         Okay.  I want to focus now down at the
21 next paragraph.  It's numbered 3.  I won't make you read
22 that.
23         THE VIDEOGRAPHER:  Which exhibit are we
24 going to?
25         MS. YANAROS:  Sorry.  We're on

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 190

1  Plaintiffs' Exhibit Number 4, I believe.
2        THE VIDEOGRAPHER: Yeah. Number 4, and
3  what page do we want?
4        MS. YANAROS: Down at the -- the second
5  page, ending at Bates Number 229.
6        THE VIDEOGRAPHER: Do we want to blow up
7  the third paragraph?
8        MS. YANAROS: Yes, please. And we're
9  just going to look at that first -- those first two dark
10  blue paragraphs.
11        **Q   Starting with "I have never discounted."**
12  **Can you please read that aloud?**
13        A   Do you want me to read that, "I have
14  never discounted"?
15        **Q   Yes, please.**
16        A   "I have never discounted what Corey has
17  truly brought to DoD, nor have I ever denied that he had
18  a part in its initial seeds of creation. In all
19  fairness, Corey has no idea what it takes to produce a
20  conference, though his involvement is valuable.
21  Furthermore, I certainly know what he does for a
22  conference, for better and for worse" -- "or for worse,
23  since I promoted him for three years. I've assisted him
24  in several conferences outside of DoD and helped him
25  reach a certain status. There are so many variables

Page 191

1  that made DoD the success that it was. But the bottom
2  line is, had I not created FDC and accepted full
3  liability and total financial responsibility to produce
4  the event Dimensions of Disclosure 2019, after it was
5  decided by your group that there weren't enough
6  resources for you to do the same, DoD would not even
7  exist. I envisioned, created, designed and managed
8  every single nuance of the conference and added the
9  component that made it financially" -- I can't read that
10  part because it's torn off. "Financially" -- probably
11  "good." "The livestream experience, which gave it
12  additional financial and optical longevity, extended the
13  reach, created a marketing vehicle that's" -- I can't
14  see that part. "Creating a marketing" -- oh, maybe I
15  can see that. "The component," blah, blah, blah, blah,
16  blah, blah, blah, "created a marketing vehicle for your
17  movie and added additional opportunities after the
18  conference was over with Roger's support and guidance."
19  That's all I can see, so -- that's all I can see.
20        **Q   That's okay. Thank you.**
21        **I wanted to focus in on that -- on that**
22  **first paragraph, where you said "have assisted him in**
23  **several conferences outside of DoD and helped him reach**
24  **a certain status." What do you mean by "helped him**
25  **reach a certain status"?**

Page 192

1        A   Well, what I meant by that was that I was
2  part of the background team that made sure that Corey's
3  speaker presentations were up to par, that Corey was at
4  the places where he needed to be, for instance, at
5  Contact in the Desert 2018, when I was there basically
6  organizing his talks there. Basically just a person who
7  is a part of the -- of his public presentation, that,
8  you know, being someone who does marketing or anything
9  like that, it's -- he's -- that would just be anything
10  that you would do for someone. You would view it, you
11  know, try to help them in their endeavors.
12        **Q   Okay. But Mr. Goode did host the**
13  **previous two conferences that led up to the DoD '19,**
14  **correct?**
15        A   No, he didn't host them.
16        **Q   He didn't headline and host those two?**
17        A   No, he didn't headline them. He --
18  maybe -- I think he could have been considered the
19  headliner at Eclipse of Disclosure, but he was not the
20  headliner of Dimensions of Disclosure 2018.
21        **Q   Okay. And who was?**
22        A   David Wilcock.
23        **Q   Okay. We'll get to that.**
24        **All right. I want to go to the sixth**
25  **paragraph down. Where it says "David Wilcock then**

Page 193

1  **needed to be contracted at a higher rate than I had paid**
2  **anyone before, even more than Icke requested to come in**
3  **last minute." Isn't it true, though, that Mr. Goode**
4  **gave up his percentage in DoD for Mr. --**
5        A   No.
6        **Q   -- to show up?**
7        A   No. No, he did not. In fact, there was
8  never a percentage discussed about DoD '19 and
9  Mr. Goode. In fact, I asked several times, does Corey
10  want a percentage? In fact, I asked Corey. I believe
11  there's a text in discovery where I am literally asking
12  Corey about a percentage, and he doesn't answer me. And
13  I asked specifically to Mr. Kennedy, when he was
14  negotiating for Mr. Goode for his speaker fee and all of
15  the other things he needed for Dimensions of Disclosure
16  2019. I specifically asked Mr. Kennedy, Does he want a
17  percentage? He said, No. I said, Fine. Because I saw
18  him as a speaker.
19        Is she frozen? No, it's not.
20        **Q   Okay. Isn't it true that you considered**
21  **Mr. Goode as part owner of DoD?**
22        MR. WEBB: Objection; vague, overbroad.
23        A   I -- I don't -- I don't think of him as
24  part owner. I think of him as a potential percentage
25  person based on a year-to-year -- it would have been a

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 194

1  year-to-year offering, but that never happened, again,
2  so....
3       Q   (By Ms. Yanaros)  And wasn't it your
4  testimony earlier that you made up the logo for
5  Dimensions of Disclosure?
6       A   I did make the logo for Dimensions of
7  Disclosure 2018.
8       Q   Okay.  On -- in the middle of that page
9  that we're on right now, it says "I can isolate one 5
10  minute conversation I needed to have with Rob Counts,
11  that dealt with MY business with him.  He provided the
12  logo image and I wanted to make sure it was free and
13  clear to me so I could hand it off if I needed to."
14       Is it still your testimony that you
15  created the logo for Dimensions of Disclosure?
16       A   It's my testimony that I created the logo
17  for Dimensions of Disclosure 2018.  It is my testimony
18  that Rob Count gave me the logo for Dimensions of
19  Disclosure 2019.
20       Q   Okay.  And then the next paragraph, or
21  the next sentence, I'm sorry.  "As well, at DoD19, Ben,
22  Rob and I had discussed a partnership for DoD2020.  So
23  considering those previous conversations I had had with
24  them, I was letting him know why a partnership with them
25  would be unlikely and offered that I may be being sued

Page 195

1  by Corey for ownership of the DoD mark."
2       Did you say that because you had filed
3  for the trademark without asking Mr. Goode if he wanted
4  to -- if he would sign off on that?
5       A   What?  Can you rephrase the question?
6  I'm not following you.
7       Q   Sure.  In the next -- in the next
8  sentence, you state that you told Ben and Rob that you
9  might be being sued by Corey --
10       A   Uh-huh.
11       Q   -- for ownership of the DoD mark.  Do you
12  see that?
13       A   Yes.
14       Q   Was that because you had filed for it
15  without -- without talking to him first?
16       A   No.  It's because I was being harassed by
17  Ms. Lorie.
18       Q   Going down to the next page, it's ending
19  in Bates Number 233.
20       A   Okay.  33?
21       Q   Yes.
22       MR. WEBB:  Next-to-last page.
23       A   Yeah, okay.
24       Q   (By Ms. Yanaros)  The second paragraph
25  down, it says, "As for my personal experience, he has

Page 196

1  disrespected, slandered and insulted me and my family."
2       Q   What was your basis for saying that he had slandered you
3  at that point in time?
4       A   That was around the hemp grow and what he
5  had to say about -- about my husband and myself around
6  that hemp grow and its failure.
7       Q   And what was that?
8       A   That we were -- yeah, I don't remember
9  the specifics actually of what that was, but I do
10  remember that that was where that was coming from,
11  especially the insulted me and my family.  I believe it
12  was around something that my husband -- that he had said
13  about my husband.
14       Q   Was it -- did it have to do with the
15  business deal?
16       A   Originally he -- originally Mr. Goode, in
17  the very first complaint, Mr. Goode said that Roger
18  Richards and Youngblood had told the Goodes at DoD19
19  that the crop had failed, which was completely -- just
20  it never happened, just never happened.  But what did
21  happen was my husband tried to have a conversation with
22  Corey and Leon about that whole situation.  He saw them
23  in the alley -- in the foyer of the hotel and approached
24  them, and he was shunned away by both Leon and Corey.
25  And it was heard that my husband was a liar and that he

Page 197

1  was here to make excuses.  And that is what I'm
2  referring to.
3       Q   So you believe calling somebody a liar is
4  slander?
5       A   I do.
6       Q   Okay.  I want to focus down now at the
7  last page.  Can you give me just a brief overview of
8  what this last page is, separate from the other pages?
9       A   Yes.  Honestly, it's kind of funny, but
10  not really, so a lot of my notes I, letters that I
11  write, I -- I take them from my own journals, because I
12  journal a lot.  I'm a writer and write a lot.  And a lot
13  of this response was created from my journal.  And I
14  literally selected all, copied and pasted that letter
15  into my response to Ms. Lorie.
16       The last page here, these -- this was
17  actually just part of my diary and my journal that was
18  not supposed to be copied and pasted into this document.
19  I was actually mortified when I found out that that
20  happened.  But it happened, and so be it.  But it wasn't
21  intended for his eyes.  It wasn't intended for anyone's
22  eyes.  And it -- like I said, it was just me going
23  through the process of what I was experiencing.  Because
24  I was so dumbfounded and taken aback by the fact that
25  Corey wouldn't just have a conversation with me and he

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 198

1  would send this Pit Bull of a person at me to have these
2  types of discussions.
3          So that last page, it's -- I don't know.
4  It's a karmic shatter.  I don't know what it is.  It was
5  not meant for anyone else's eyes.  It was a mistake to
6  send it.
7          Q   Okay.  I want to focus in on that second
8  paragraph.  It's the one, two, three, four, five, six,
9  seventh sentence down.  It says, "I never saw you that
10  way and I'm sure that upset your chauvinistic
11  sensibilities.  When I called out that archetype to
12  Stacy during a private talk between women, it seemed you
13  decided I was no longer a valuable asset and suddenly
14  there were all kinds of things wrong with me according
15  to you."
16          Can you give me the context for that,
17  those two sentences?
18          A   Context for everything you just read?
19          Q   Yes.  Those two sentences.
20          A   Sure.  Sure.  Well, as I've already
21  established, Stacy confided in me very early in our
22  relationship, and I was actually privy to a lot of
23  background in their marriage and the way things were.
24  And when women talk, they usually talk about things that
25  they don't want their husbands to hear or their

Page 199

1  whatever, however that is.  But -- and I'm -- I don't
2  need to go into all of that here, unless I'm asked to go
3  into all of what conversations existed, but Stacy and I
4  did have a relationship in that way.  And it was, Amy
5  was poured into that as well.  So this really was a
6  conversation around women, and this -- a women's
7  conversation, and this particular, this chauvinistic
8  sensibilities comment that was made was made at, I
9  believe, it was DisclosureFest that -- why we were all
10  called together.  We were all called together and we
11  were sharing a hotel -- I mean, an Airbnb in Santa
12  Monica.  And Amy and Stacy had just arrived in, and I
13  got a download of all of the drama and trauma that was
14  going on with Amy and the house and the kids and Stacy
15  and all of that.  And during that conversation, I said,
16  Well, Stacy, you know your husband is a chauvinist.  And
17  everybody, meaning Amy and Stacy, both laughed, and we
18  continued on our conversation.
19          So that's how that happened.  How it got
20  passed to Corey is between Stacy and Corey and how it
21  becomes a big thing, but I do understand that -- now I
22  understand that that's not one of his favorite words,
23  and why Stacy would choose to use that to poke at him, I
24  don't know, but it wasn't said out of context or
25  anything.  And I definitely -- you know, maybe it was

Page 200

1  then that, you know, things started dissolving, but it
2  didn't matter, because I was really trying to back away
3  from the group at this point.
4          Q   Okay.  And it was --
5          A   I had already (inaudible).
6          THE REPORTER:  "I had already" -- I'm
7  sorry?
8          THE DEPONENT:  I had seen enough by this
9  time.
10          Q   (By Ms. Yanaros)  Okay.  And it wasn't in
11  response to any sort of -- it wasn't because Mr. Goode
12  ever rejected any advances by you towards him?
13          A   I never, ever advanced to Mr. Goode.
14  That --
15          Q   You never told --
16          A   I never, ever made any advancements to
17  Corey Goode.
18          Q   You never told him that you were intimate
19  with all of your gurus?
20          A   That was not a comment that I made
21  specifically to him, and it had -- and if Mr. Goode
22  believed that he was a guru that I was referring to in
23  that comment, again, that reflects on his self-
24  interpretation.  I say that to many people who have had
25  any kind of conversation with me.  I -- when you talk

Page 201

1  about a life, a life, I've had many spiritual teachers.
2  I've had many different relationships with spiritual
3  teachers.  And I've had those discussions quite openly
4  with anyone, and so the fact that Mr. Goode thought that
5  that meant him to me is just a reflection of his
6  narcissism.
7          Q   So you don't recall him responding that
8  he wasn't a guru?
9          A   I don't even recall having the
10  conversation.  But I don't doubt that I said -- I'm sure
11  I said that, but I don't remember having that
12  conversation at all.
13          Q   Okay.  And you don't recall saying you
14  would have been tripping all over yourself 20 years ago?
15          A   I say that all the time.  I'm sure I said
16  that.  I say that to everybody.  That's not a pass.  You
17  would have been tripping yourself over 20, 30, or
18  40 years ago.  So -- that's not -- any attractive woman
19  who's in -- who's reaching 60 is definitely going to
20  bring up a past, an idea that, hey, 20, 30, 40, those
21  were good years, weren't they?
22          Q   I want to go back really quick to talk
23  about DoD2018.  Do you know who Sam Osmanagich is?
24          A   Repeat the name?
25          Q   Sam Osmanagich.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 202

1    A   Osmanagich, yes, I am very aware of Sam
2  Osmanagich.
3        Q   Okay.
4        MS. YANAROS:  Mr. Roach, can we pull up
5  Plaintiffs' Exhibit 5, please.  It's Bates ending --
6  Bates Number GES_Richards_000109.  And we're going to go
7  down to -- well, yes, we're going to scroll down to the
8  page ending in Bates Number 111.  And I want to focus on
9  that -- the beginning of that email, because it goes in
10  reverse order.  Do you see on Saturday, August 11th of
11  2018?
12       A   Uh-huh.
13       Q   Is that an email from you to Dr. Sam
14  Osmanagich?
15       A   Osmanagich, uh-huh.
16       Q   I'm going to call him Dr. O, because
17  that's --
18       A   Okay.  I think I --
19       Q   So this is the heads up email that DoD18
20  was about six days away, correct?
21       A   Apparently.
22       Q   Okay.  And who is Dr. O?
23       A   He's an archeologist who discovered the
24  Bosnia pyramids.
25       Q   And then I'd like to scroll up to the

Page 203

1  page ending in 110, Bates Number 110.
2            And can you just read aloud for the
3  record from "Hello Roger and Adrienne" through
4  "spiritual and healing features"?
5        A   Yes.  "Hello Roger and Adrienne, I have a
6  little request for you.  I'd like to invite Corey Goode
7  and David Wilcock to Bosnia Pyramid site this summer.  I
8  want to show them the most active archaeological site in
9  the world, introduce them to our archaeologists,
10  geologists, engineers and volunteers.  It will be
11  opportunity for them to experience an ancient pyramid
12  energy machine with significant (sic) spiritual and
13  healing features.  Also, we have the most beautiful
14  energy park in southern Europe maintaining -- maintained
15  by our nonprofit Foundation," blah, blah.  "Once they
16  see the site, they would want to do a presentation in
17  our Conference room in that park (capacity 200), this
18  time or next.  We would pay for the air tickets and
19  accommodation.  Possible dates are:  If you can assist
20  me since I don't have their direct email contacts, I'd
21  appreciate it."
22       Q   Okay.  Thank you.  And it looks like the
23  dates are for July and August of 2019, correct?
24       A   Uh-huh.
25       Q   And that would have been around the time

Page 204

1  that DoD19 was happening, correct?
2        A   Sure.
3        Q   Okay.  And I want to scroll all the way
4  down to the last page ending in Bates number 113.  Do
5  you see in your signature line, what is your title in
6  that signature line?
7        A   "Director of Events/Producer, Goode Media
8  Publishing, gmp.production."
9        Q   Thank you.  Okay.  So it's possible that
10  Mr. Goode handed over the reins to DoD19 because he was
11  planning these sorts of events that would further
12  bolster people that would show up at them, correct?
13       MR. WEBB:  Objection; foundation,
14  speculation.
15       Q   (By Ms. Yanaros)  You may answer.
16       A   Can you re -- can you say that again?
17       Q   Sure.  So Dr. O invited Mr. Goode to
18  participate in an event that would have been during the
19  planning and execution of DoD19.  So that would have had
20  him out of the country in Sarajevo during 2019, correct?
21       A   I guess so, yeah.
22       Q   And so he was out there in order to make
23  connections that would actually bring more people to
24  these DoD19 -- or DoD events, correct?
25       A   I can't speak to why he was there.

Page 205

1        Q   But you don't dispute that being able to
2  go overseas with somebody like Dr. O and working with
3  him would actually bring more attendees where he would
4  be speaking?
5        MR. WEBB:  Objection; speculation,
6  foundation.
7            You can answer.
8        A   I don't -- I don't -- if he goes and
9  talks and does a conference I'm at, that's just for
10  his -- I'm sorry.  I'm just not understanding the
11  question.
12       Q   So Dr. O said he had a good time at
13  DoD18, correct?
14       A   Correct.
15       Q   And he invited Mr. Goode to go overseas
16  to some special archeological sites with him the
17  following year, correct?
18       A   Right.
19       Q   And he would have met other people in the
20  community while over there that would likely come back
21  over to the DoD events, correct?
22       MR. WEBB:  Objection; calls for
23  speculation, foundation.
24       A   I have no idea.
25       MR. WEBB:  Yeah.

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 206

1    A   Bosnia. That's a long way to go.
2    Q   (By Ms. Yanaros) Right, but Dr. O came
3  from Bosnia, correct?
4    A   Yes.
5    Q   Okay. We'll move on to Plaintiffs'
6  Exhibit 6.
7        (Screen shared.)
8    A   What is that?
9    Q   (By Ms. Yanaros) It's ending in Bates
10  Number GES_Richards_0000252.
11   A   Okay.
12   Q   Do you recognize this document?
13   A   This looks like a version of the website
14  for Dimensions of Disclosure 2019.
15   Q   Do you know what the Wayback Machine is?
16   A   I do.
17   Q   Okay. So I'll represent to you that this
18  is -- it says -- oh, I thought it would say Wayback.
19  Maybe it doesn't. But I'll represent to you that this
20  is a graph from the Wayback Machine. We weren't able to
21  actually access Dimensions of Disclosure anymore.
22   A   Right.
23   Q   I want to focus your attention down on
24  the second page, which is ending in Bates Number 253.
25   A   Okay.

Page 207

1    Q   And in the middle of the page, do you see
2  where it says "Conference Tickets Sold Out"?
3    A   Yes.
4    Q   That was what we were talking about
5  earlier, correct? So it says "Conference Tickets Sold
6  Out"?
7    A   Uh-huh. Yes.
8    Q   But they weren't actually sold out?
9    A   No. Huh-uh.
10   Q   Okay. And then I want to scroll down to
11  the next page ending in Bates Number 254. I'm sorry,
12  down to the one after that, 255.
13   A   Uh-huh.
14   Q   So, and then looking at -- the page
15  ending in Bates number 255 and 256, what are the first
16  two names on the list of attendees?
17   A   David Wilcock and Corey Goode.
18   Q   Okay. Thank you.
19       MS. YANAROS: Okay. I want to go now to
20  Plaintiffs' Exhibit Number 7.
21   A   Okay.
22   Q   Do you recognize this document?
23   A   Yeah, I'm just trying to -- oh, this is
24  Edge of Wonder, uh-huh. Yes.
25   Q   And what is it?

Page 208

1    A   Yeah. This is a contract between Full
2  Disclosure Collaborative and the Edge of Wonder to be
3  the hosts for Dimensions of Disclosure 2019.
4    Q   Okay. I want to focus your attention
5  down on the page ending in Bates Number 5077, where it
6  says "Agreed and Accepted." What are those --
7    A   Uh-huh.
8    Q   Who -- what are those two signatures
9  right there?
10   A   That would be the producer, Edge of
11  Wonder, Sun Li, and the conference organizer, Full
12  Disclosure Collaborative, Adrienne Youngblood.
13   Q   Okay. So in 2019, your title of the DoD
14  conference was Conference Organizer, and in 2018, we saw
15  that it was Director of Events. Do you recall that on
16  one of the previous documents?
17   A   Sure. I recall the previous document,
18  and, yeah, I call myself a lot of things on these
19  contracts, and they're all accurate.
20   Q   Okay. But none of them say "Owner,"
21  correct?
22   A   No. Not in this case.
23   Q   So what happened to the domain
24  dimensionsofdisclosure.com?
25   A   As far as I know, it's still up there. I

Page 209

1  don't know.
2    Q   I will represent we checked yesterday and
3  it was up for purchase. Are you still -- do you believe
4  you're still --
5    A   It's up for purchase? It might be up for
6  purchase. It shouldn't be up for purchase.
7    Q   Is it -- should it still be active?
8    A   I haven't -- I haven't really been -- I
9  haven't been tracking it lately, so it may have expired.
10  I haven't re -- redone anything to it. I -- honestly,
11  I'm not sure.
12   Q   Do you intend to continue promoting
13  Dimensions of Disclosure?
14   A   I don't promote Dimensions of Disclosure.
15   Q   So you've decided that you're not going
16  to make it a viable company?
17   A   I -- I haven't made any decisions one way
18  or another.
19   Q   Okay.
20   A   After -- after 2019, we had COVID. And
21  if you were an events person, you were pretty much out
22  of work, unless you had a livestream company moving
23  along or the seeds of it.
24   Q   But nothing has been done with Dimensions
25  of Disclosure since 2019, correct?

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 210

1    A   Correct.
2    Q   Not with the website or with the
3  trademark?
4    A   Correct.
5    Q   Okay.  I'd like to pull up Plaintiffs'
6  Exhibit Number 9.
7        MS. YANAROS:  And I'm sorry.  Just for
8  the record, I -- we pulled this up on -- oh, no, we
9  didn't.  I'm sorry.  I'm -- I'm sorry.  Let's pull up
10  Plaintiffs' Exhibit Number 8.
11    A   Okay.  I have it in front of me.
12    Q   Do you recognize this document?
13    A   Yes.
14    Q   And what is it?
15    A   Articles of Incorporation for Full
16  Disclosure Collaborative.
17    Q   And the file date on that was?
18    A   April 2, 2019.
19    Q   Thank you.  Okay.  Now we'll pull up
20  Plaintiffs' Exhibit Number 9.
21        (Screen shared.)
22    Q   Do you recognize this document?
23    A   Sure.
24    Q   And what is it?
25    A   It is a basic report letter to Corey

Page 211

1  letting him know kind of a wrap-up and why I was sending
2  him $11,789.
3    Q   Okay.  And the date on it is
4  September 22, 2019, correct?
5    A   Correct.
6    Q   And the application for the Dimensions of
7  Disclosure trademark was paid and filed on September 5th
8  of 2019, correct?
9    A   Correct.
10    Q   Did you let Mr. Goode know in any way at
11  this point in time that you had filed for the trademark
12  for Dimensions of Disclosure?
13    A   No, I -- no.
14    Q   Were there any online workshop sales that
15  came out of Dimensions of Disclosure?
16    A   No.
17    Q   Okay.
18    A   Not through me.  I gave -- I -- just let
19  me say, I gave all the speakers their workshops, so if
20  they decided to take their workshops and do something
21  with them, that was their decision, but I don't think
22  any of them did.  I just wanted to make that
23  clarification.
24    Q   Okay.  Let's pull up Plaintiffs'
25  Exhibit 14 really quick.

Page 212

1        FEMALE VOICE:  Hey there, I'm sitting in
2  for Bill.  I do not have a 14 here.  I have 10 and 11
3  and it stops there.
4        MS. YANAROS:  Oh, I'm sorry.  So there
5  were a few that didn't have exhibit numbers on there.
6        FEMALE VOICE:  Okay.
7        MS. YANAROS:  Sorry about that.  The
8  title is "Gmail Fw_Your DoD Talk."
9        THE VIDEOGRAPHER:  There it is.  Okay.
10        MS. YANAROS:  Sorry about that.
11        THE VIDEOGRAPHER:  No problem.
12        MS. YANAROS:  If we could mark that as
13  Exhibit 14, please.
14        THE VIDEOGRAPHER:  Sure.
15        MS. YANAROS:  I'll send you an email
16  afterward.
17        THE VIDEOGRAPHER:  You're fine.  Great.
18  Thanks.
19        MS. YANAROS:  Thank you.
20    Q   So is this what you mean when you're
21  talking about the workshops?  Was it just the recording
22  of --
23    A   No, "the talks from the livestream
24  playback content have been released to the individual
25  speakers on the YouTube channel" -- no, that was their

Page 213

1  talks, the talks that they did on the main -- on the
2  main stage.  They were released to the speaker so they
3  could do whatever they wanted with them, and it was put
4  on a YouTube channel so that people could see them for
5  free.
6        And I was letting Corey know that I
7  wasn't using his because he didn't sign a release and I
8  didn't have legal permission to do that, so I didn't.
9  And then I gave him the links to his talks so that he
10  could do anything he wanted with them that he chose to
11  do with them, just like I gave to the other speakers.
12    Q   Okay.  And was it --
13    A   Who did sign a release.
14    Q   Okay.  Was it just Mr. Goode's talk that
15  wasn't posted?
16    A   No.  Sacha Stone asked that his not be
17  posted, and I did not post David Wilcock because I
18  didn't think it had any value.  And I planned on -- I
19  planned on doing something with the workshops, but then
20  Mr. Goode sent Ms. Lorie to me and I stopped any plans
21  whatsoever.
22    Q   Okay.  Okay.  I want to -- now we're
23  going to pull up what I've marked as Plaintiffs' Exhibit
24  Number 1, which is actually a YouTube -- it's been
25  produced.  It's just not something that -- I don't think

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 214

1  everybody can access remotely right now.
2      **Okay, perfect.**
3          THE VIDEOGRAPHER: Let me know. Are we
4  ready to play this? Or do we want to go anywhere in
5  particular? This is a one hour and 49:10, you can see.
6          MS. YANAROS: Right. Yes. So if we
7  could start at 21:20, please, Mr. Roach.
8          THE VIDEOGRAPHER: Okay.
9          (Video played.)
10         MS. YANAROS: Can you pause, please?
11         THE VIDEOGRAPHER: Did you ask me to
12  pause it?
13         MS. YANAROS: Yes, please.
14         (Video paused.)
15         MS. YANAROS: Sorry. I'll try to yell. I
16  don't -- I'm losing my voice a little bit.
17      **Q    Okay. So it's your testimony as you sit**
18  **here today that you came up with the name Dimensions of**
19  **Disclosure and you put together the entire event. That**
20  **is in alignment with this video, correct?**
21      A    Yeah. Although Roger was also a part of
22  doing that.
23      **Q    And let me back up just a second. Do**
24  **you -- you recognize this video?**
25      A    Yeah.

Page 215

1      **Q    And what is it?**
2      A    Ethnic Redemption, that was the interview
3  with Matthew Mournian.
4      **Q    Okay. And this came out in December**
5  **of 2020, correct?**
6      A    Apparently.
7      **Q    Okay. And Mr. Goode did show up to this**
8  **event or he did speak at this event, correct?**
9      A    Yes.
10     **Q    Okay.**
11         MS. YANAROS: I want to skip ahead,
12  Mr. Roach, to 26:20. And it won't be very -- it won't
13  be a really long clip. It will just be whenever he
14  starts -- the gentleman starts talking again.
15         (Video played.)
16         MS. YANAROS: We can stop right there.
17  Thank you.
18         (Video paused.)
19     **Q    So, Ms. Youngblood, you did actually make**
20  **quite a bit of money off the Dimensions of Disclosure**
21  **conference, correct?**
22     A    I made money off of Dimensions of
23  Disclosure 2019. This statement was referring to
24  Dimensions of Disclosure 2018. I recognize the comment,
25  because I mentioned Telluride, and that is where I went

Page 216

1  after DoD2018. I did not make money off of DoD2018, and
2  yes, I did make about $50,000 for DoD2019.
3      **Q    Okay. Thank you.**
4      A    For about ten months of work, I might
5  add. So I think that's probably kind of an average
6  income.
7      **Q    Okay.**
8          MS. YANAROS: And, Mr. Roach, if we can
9  play, please, from 28:30 to probably about 29:15.
10         (Video played.)
11         MS. YANAROS: I'm sorry, Mr. Roach, can
12  we back up a minute? I think I got the wrong time
13  stamp.
14         THE VIDEOGRAPHER: We can. Where would
15  you like to go to?
16         MS. YANAROS: Let's go to 28 -- let's go
17  to 28:05.
18         THE VIDEOGRAPHER: Okay.
19         (Video played.)
20         MS. YANAROS: Okay, you can stop it,
21  Mr. Roach. Thank you.
22     **Q    So, Ms. Youngblood, this is what**
23  **individuals are taking away, right, that you didn't make**
24  **any money, but you did actually make some money off of**
25  **this?**

Page 217

1      A    This was referring to DoD2018, where I
2  did not receive any compensation as far as percentages
3  or anything like that. I don't even know what that -- I
4  didn't even have anything to do with the money. That is
5  what this was referring to in that comment.
6      **Q    Okay.**
7          MS. YANAROS: And then, Mr. Roach, if we
8  can skip ahead to 59:30.
9          (Video played.)
10         MS. YANAROS: You can stop right there.
11  Thank you.
12     **Q    So that was the first time that Mr. Goode**
13  **found out that Dimensions of Disclosure was trademarked,**
14  **was whenever his legal representation had found out**
15  **about it. He never found out from you?**
16         MR. WEBB: Objection; foundation,
17  speculation as phrased.
18     **Q    (By Ms. Yanaros)  Did Mr. Goode find out**
19  **about the trademarking of Dimensions of Disclosure from**
20  **you?**
21         MR. WEBB: Objection; foundation, calls
22  for speculation.
23     **Q    (By Ms. Yanaros)  You may ask -- you may**
24  **answer.**
25         MR. WEBB: You can answer.

Elliott Reporting, Inc.       719.434.8262 office@elliottreporting.com

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 218

1    A   I -- I don't think he found out from me.

2    Q   (By Ms. Yanaros)  You never told him,

3  though, did you?

4    A   I didn't tell him, no.  I didn't tell

5  him.  No.

6    Q   Okay.

7        MS. YANAROS:  And then, Mr. Roach, if we

8  can go at 101:40.  And we'll go into --

9        (Video played.)

10       MS. YANAROS:  Okay, we can stop it there.

11  Thank you, Mr. Roach.

12   Q   So when you filed for the trademark and

13  you were trying to protect the business, why not just go

14  to Mr. Goode and tell him, Hey, look, we need to do this

15  together?

16   A   Mr. Goode was not -- he was not involved

17  in those kinds of decisions at that time.  That was in

18  the beginning of this venture when I booked David Icke.

19  David Icke was the reason that I felt I needed to

20  protect the entity from Corey's behavior, and as it

21  turned out, I lost David Icke because of Corey's

22  behavior, be it however that occurred.  But because of

23  Corey's behavior, I lost David Icke.

24       So I think I was probably sensing that on

25  a good hunch, that there may be some stuff that goes on

Page 219

1  in the background, because, honestly, there was a lot

2  of -- a lot of social media nonsense going on, and Corey

3  was right in the middle of it.  There was a lot of

4  accusations around the doxing.  I didn't know if Corey

5  was a part of the doxing or not.  I had no idea.  I

6  heard a lot of rumors coming from a lot of different

7  places, and I didn't know actually who Corey really was

8  at this point.

9        So I had already been stepping away from

10  my relationship with the group and with Corey based on

11  Corey's practices and his reputation and what was

12  happening in his world.  So I was protecting the entity

13  from all of that, because there was a lot of nefarious

14  things going on in the undercurrents of the cyber world.

15  And I didn't know anything about that.  That wasn't

16  my -- that wasn't my forte.

17       I just knew this is my entity, I just

18  signed by life away.  I was taking full financial

19  responsibility for this conference.  That was all on me.

20  Had that conference gone bankrupt, Corey would have

21  turned and ran away from it so fast, I would certainly

22  not be sitting here.  And that was absolutely a

23  possibility because of what was happening.

24       I lost David Icke and I had to beg David

25  Wilcock to take David Icke's place as a headliner.

Page 220

1  Because Corey Goode cannot carry a conference of that

2  size as a headliner on his own.  He can't.  That's why

3  he hasn't.

4    Q   And I think your testimony earlier was

5  that you were out of pocket $10,000 for the DoD

6  conference; is that correct?

7    A   Probably.  I mean, I obviously got paid

8  back.

9    Q   Okay.  And it's possible that David Icke

10  punched out of the conference because of all of the

11  drama going on, not necessarily because of Mr. Goode,

12  correct?

13   A   No, I have a letter from Jay Weidner that

14  specifically states that he called David -- Jaymie --

15  I'm sorry, that Jay Weidner called David Icke and had a

16  conversation and told him about Corey Goode, that Corey

17  Goode is doxing people and he doesn't want to be

18  involved in Corey Goode and he needs to step away,

19  because Corey Goode would be involved in this conference

20  as a speaker, and he needed -- and David Icke should not

21  get involved, and therefore he did.  Jaymie his

22  (inaudible).

23       THE REPORTER:  Sorry.  I need the last

24  part of the answer there.

25       MS. YANAROS:  Sorry.  Sorry.

Page 221

1        THE DEPONENT:  I don't know what I said.

2        MR. WEBB:  "Jaymie his son made the

3  decision."

4    A   Jaymie his son made the decision as the

5  business manager.

6    Q   (By Ms. Yanaros)  Okay.  Based on

7  something that Mr. Weidner said, correct?

8        MR. WEBB:  Objection; calls for

9  speculation, foundation.

10   A   As far as I know.

11   Q   (By Ms. Yanaros)  Okay.  Thank you.

12       MS. YANAROS:  Mr. Roach, can we go to a

13  minute and 32 and 30, please, and this will be our last

14  very short clip.

15       (Video played.)

16       MS. YANAROS:  Okay.  That's good.  Thank

17  you, Mr. Roach.

18   Q   Okay.  Ms. Youngblood, that movie, A

19  Thousand Pieces, is one of the movies that you were

20  producer on, correct?

21   A   Yes.

22   Q   And you testified earlier that there were

23  2700 views of this video, correct?

24   A   Yes.

25   Q   So 2700 people just got a plug for the

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 222

1  movie that you produced, A Thousand Pieces, correct?
2      A   I guess so.
3          Q   Okay.  We're almost done here, I think.
4      Where are we at on time, madam court
5  reporter?
6          THE VIDEOGRAPHER:  That's probably me.
7          MS. YANAROS:  Oh, sorry.
8          THE VIDEOGRAPHER:  That's okay.  So 133
9  to 5 -- so let's see.  We're at about six hours and five
10  minutes.
11          MS. YANAROS:  Okay.  Perfect.
12          THE VIDEOGRAPHER:  Roughly.
13          MS. YANAROS:  Okay.
14          Okay.  I'd like to pull up Plaintiffs'
15  Exhibit Number 11, please.
16          MR. WEBB:  And you're going to send me
17  these ones that weren't sent before?  Because you played
18  a couple things today and you showed some documents that
19  weren't --
20          MS. YANAROS:  No, only --
21          MR. WEBB:  We did get 11, but --
22          MS. YANAROS:  Yeah, there only should be
23  two that weren't print-out-able, and that would be
24  Plaintiffs' Exhibit Number 1, which is what we were just
25  watching, and I dropped the YouTube link in there.  I'll

Page 223

1  send the Bates numbered file.  I think it's -- actually
2  I can tell you exactly what it is.  Hold on one second.
3  The Plaintiffs' Exhibit Number 1 is Bates numbered GES_
4  Richards_00000006.  And that was in our first
5  production.
6          MR. WEBB:  Thank you.
7          MS. YANAROS:  And I believe you guys
8  produced it yesterday as well, I think.  I haven't been
9  able to look yet.
10          Okay.
11          MR. WEBB:  We've got Exhibit 11.
12          Q   (By Ms. Yanaros)  Okay.  I want to focus
13  down to page number 10 of the initial disclosures.
14  Under "Computation of Damages."
15          (Screen shared.)
16          Q   And specifically focusing in on that
17  second paragraph under "Response," that first one,
18  two -- one, two, three, four sentences.  Can you please
19  read that aloud for the record?
20      A   I'm actually not sure.  Can you just
21  start the sentence for me, because I'm not sure where
22  you are.
23          Q   Sure.  It's --
24          MR. WEBB:  Line 13.
25      A   Oh, line 13?

Page 224

1          Q   (By Ms. Yanaros)  Yes.
2      A   Oh, they have lines.  "Defendant Adrienne
3  Youngblood has suffered significant monetary damages due
4  to Plaintiffs' conduct with respect to the Dimensions of
5  Disclosure event for 2019.  Defendant Adrienne
6  Youngblood asserts that as a direct result of
7  Plaintiffs' conduct, Defendant Adrienne Youngblood lost
8  livestream and livestream-playback revenue, revenue from
9  ticket sales, revenue from licensing content, revenue
10  from online workshop sales and revenue from further
11  development of an online network on the established
12  platform.  Defendant Adrienne Youngblood estimates these
13  damages to total above $1 million.  Further, due to
14  Plaintiffs' improper claim of ownership of Dimensions of
15  Disclosure, Defendant Adrienne Youngblood was unable to
16  host Dimensions of Disclosure 2020, and lost an
17  estimated $1 million in revenue thereto.  Plaintiffs'
18  continued and improper claim of ownership of Dimensions
19  of Disclosure further causes Defendant Adrienne
20  Youngblood ongoing damages.  Additionally, Defendant
21  Adrienne Youngblood has suffered emotional distress,
22  pain, and suffering caused by Plaintiffs that have
23  caused damages estimated to total $50,000."
24          Q   Thank you.  So we'll take those one at a
25  time.  Do you recall -- I know this was a while ago now,

Page 225

1  but do you recall when we had to put together these
2  damages numbers?
3      A   Not really.
4          Q   Okay.
5      A   I don't really recall it, but we can go
6  forward.  I don't -- I don't really, but ask me what you
7  need to ask me.
8          Q   So the -- the first grouping there --
9  well, I guess I'll just -- just to address it, because
10  it has been two-and-a-half years, are you seeking
11  damages in this action?
12      A   Are you asking me a question, am I
13  seeking damages?
14          Q   Yes, monetary damages.
15          MR. WEBB:  Objection to form.
16          You can answer.
17      A   I don't know how to answer that.
18          Q   (By Ms. Yanaros)  Are you hoping to get
19  money out of this lawsuit?
20      A   No.
21          MR. WEBB:  Same objection.
22          Q   (By Ms. Yanaros)  Okay.  Okay.  Do you
23  recall how much revenue DoD19 brought in from livestream
24  and livestream-playback revenue?
25      A   I remember the total profit.  I don't

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 226

1  remember the livestream revenue.
2      Q    Okay.  And what was that total profit?
3      A    50,000 -- about $50,000.  I mean, I think
4  it's even in a letter over here.
5      Q    Okay.  And that included
6  livestream-playback, ticket sales, and licensing
7  contacts?
8      A    Everything.  Remember, remember, the
9  livestream is why this conference didn't go into the
10  red.  You can't pay speakers like David Wilcock out of
11  ticket sales on 700 tickets.  The livestream was pretty
12  much what made sure that the bills got paid.
13      Q    Okay.  And do you -- and you don't recall
14  how much that was at this point in time?
15      A    There is -- I've put in probably three
16  times in our discovery here the numbers that DoD2019
17  did.  They're not at my fingertips, but they are in
18  there, and I've seen I accidentally uploaded it several
19  times.
20      Q    Okay.  And I believe it was your
21  testimony earlier that you did not hold a DoD20 because
22  of COVID; is that correct?
23      A    Did not hold a live event of DoD in 2020
24  because of COVID, but because I was being sued by Corey
25  Goode.

Page 227

1      Q    Okay.  So that's in addition to your
2  earlier testimony?
3      A    Well, yes.  I mean, when you're being
4  sued by somebody, you -- why poke the bear?
5      Q    Okay.  Okay.  And you're not asserting
6  damages for emotional distress, pain or suffering in
7  this action?
8          MR. WEBB:  Objection.  Vague as to form.
9  Objection as to form.  Improper question.
10          You can answer.
11          It misstates the document.
12      A    It's nothing I've decided upon.  I don't
13  think there is a monetary amount.  But I could be.  I
14  said that I would be.
15          MS. YANAROS:  Okay.  All right.  Let's
16  take a quick ten-minute break.  Let me look through my
17  notes.  Is that okay?
18          MR. WEBB:  Let's finish this.  Do you
19  have any other questions?
20          MS. YANAROS:  I need to look through my
21  notes.  We'll take a ten-minute break.
22          MR. WEBB:  I don't -- let's do five,
23  because I don't want to sit around here and charge my
24  client for you to look through your notes.  So if you
25  don't have any more questions, I'll give you five.

Page 228

1          MS. YANAROS:  We have seven hours here
2  today, Mr. Webb.  So --
3          MR. WEBB:  I understand.  But I'm not
4  going to sit here while you --
5          MS. YANAROS:  And you've taken quite a
6  bit of time up with all sorts of stuff.  So --
7          MR. WEBB:  If you don't have any more
8  questions, we're going to end the deposition, or you can
9  take five and we'll agree to come back on in five.
10  Which one do you want to do?
11          MS. YANAROS:  We'll see you in ten
12  minutes.
13          MR. WEBB:  Okay.  We won't be here in
14  ten.  We'll be here in five, and if you're not here,
15  we're signing off.  Because I'm not going to --
16          MS. YANAROS:  Mr. Webb, you're going to
17  disagree to a ten-minute break when we have taken three
18  breaks this entire time?
19          MR. WEBB:  For you to look through your
20  notes, yes.  If you have any more questions for my
21  client, please ask them.
22          MS. YANAROS:  Okay.
23          MR. WEBB:  I'll give you five, the
24  courtesy of five.  If --
25          MS. YANAROS:  You know, Mr. Webb, your

Page 229

1  office turned over documents at 6:00 yesterday, and that
2  was way less than 24 hours in advance of this
3  deposition.  So if you want to give me the time to look
4  over what you turned over yesterday, then you can do
5  that and we can be back in ten minutes, or we can call
6  you back at the deposition at your expense because you
7  late turned over documents.
8          MR. WEBB:  We'll be here in five.  If you
9  want to ask us any other questions, ask now or in five
10  minutes.  I'm not going to sit here while you look
11  through your notes.
12          MS. YANAROS:  You know, we'll see you
13  whenever I get back.  It will be within ten minutes.
14  You have my word.
15          MR. WEBB:  If you're not here in five, we
16  will be off.
17          THE VIDEOGRAPHER:  Okay.  Going off the
18  video.  The time is now 3:45 p.m.
19          (Recess taken from 3:45 to 3:54 p.m.)
20          THE VIDEOGRAPHER:  Okay.  We're back on
21  the record and the time is approximately 3:54 p.m.  You
22  may proceed.
23      Q    (By Ms. Yanaros)  All right.
24  Ms. Youngblood, we have not discussed yet the WhatsApp
25  chats that were set up for the SBA team.  Do you recall

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 230

1  the WhatsApp chats?
2      A   Yes.
3          No, for the SBA team, no.
4      Q   What team were you thinking of?
5      A   Well, I wasn't a part of an SBA WhatsApp
6  chat.
7      Q   Okay.  Were you in an SBA chat with
8  Mr. Goode?
9      A   I was in a Dimensions of Disclosure
10  chat --
11      Q   Did you set up --
12      A   -- and Mr. Goode was there.  Mr. Goode
13  was there.
14      Q   Did you -- did you set up that chat?
15      A   I think so, yeah.  Yeah.
16      Q   And what happened to that chat?
17      A   I don't know.  They changed the name at
18  the end.  And I'm realizing -- the WhatsApp stuff has --
19  when you get new phones, something I didn't know about
20  WhatsApp, anything that I had from WhatsApp was really
21  early, collected really early in this.  I didn't know
22  that when you switched phones or computers, that your
23  history doesn't come with.  So I don't -- I didn't
24  have -- I've had two phones since then, and I don't know
25  what happened to the WhatsApp stuff.  I actually was

Page 231

1  rather sad about it.
2      Q   Okay.  And were you the one that set up
3  the group?
4      A   Yeah.
5      Q   Have --
6      A   I think so.  I -- I would have been the
7  one to set it up.
8      Q   Do you have any -- any of your old
9  phones?
10      A   No.  Unfortunately, I keep phones until
11  they really, really die.
12      Q   Okay.
13      A   I mean, I have one and if you got it
14  working, I would be really, really happy, because it's
15  got some photographs in there I would love to have,
16  but....
17      Q   Okay.  And who told you that the WhatsApp
18  chat does not move with the phone?
19      A   I can't -- I didn't need to be told.  I
20  go onto my WhatsApp and it's not there.  And it hasn't
21  been there for a while.
22      Q   Okay.  Do you -- are you logged into --
23  are you logged into WhatsApp on your computers?
24      A   On my computer, yes, I can get to
25  WhatsApp on my computer.

Page 232

1      Q   And does it disappear between your
2  computer and your phone?
3      A   No, the WhatsApp is just a regular
4  WhatsApp, and it's the same on my phone, but anything
5  that was before I got a new phone is not accessible.
6  And I'm only making that connection because when I went
7  back to go to WhatsApp to see if I could find and go
8  through anything else that might have been important, it
9  wasn't there anymore.  So anything that I collected for
10  this that came from WhatsApp happened very early in this
11  suit, in this lawsuit that started, what, two years ago.
12  Or -- yeah, two years ago.
13      Q   Okay.  Have you discussed the fact that
14  these WhatsApp chats are not moving onto your phone with
15  anybody else that was part of the chat?
16      A   No.
17      Q   Who else would have been part of the chat
18  besides Mr. Goode?
19      A   Probably -- let's see.  I know Simon
20  Esser was in there.  Kalyn was in there.  (Inaudible.)
21          THE REPORTER:  I'm sorry.  I'm having
22  trouble hearing the audio.  I'm getting somebody typing.
23  I have Kalyn, "Kalyn was in there," and then whatever
24  you said after that.
25          THE DEPONENT:  That was about all.

Page 233

1  That's pretty much all I said.
2          THE REPORTER:  Oh, okay.
3      A   It could have been -- I think Ben and Rob
4  might have been in there, and I think that's it.  I
5  mean, there may have been more, but that's all I can
6  remember.
7      Q   (By Ms. Yanaros)  What about Telegram?
8      A   Yeah.  I have Telegram.  But I didn't
9  have any groups though on Telegram.
10      Q   You don't have any groups with Mr. Goode
11  on Telegram?
12      A   (Deponent shakes head.)
13          THE REPORTER:  I'm sorry, did you answer?
14  I'm sorry.
15      A   No.  I do not have any groups on Telegram
16  with Mr. Goode.
17      Q   (By Ms. Yanaros)  So you had Slack and
18  WhatsApp and text messages, correct?
19      A   Yes.  Slack, WhatsApp and text messages,
20  yes.
21      Q   Was --
22      A   And the Slack isn't -- (inaudible).
23          THE REPORTER:  "The Slack isn't"?
24          THE DEPONENT:  The Slack is not there
25  anymore either.

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 234

1        THE REPORTER:  Thank you.
2        Q    (By Ms. Yanaros)  Was Mr. Richards in any
3  of the WhatsApp groups with you and Mr. Goode?
4        A    No, he wasn't.
5        Q    So it's your testimony, as you sit here
6  today, that you did not delete any WhatsApp or Slack
7  chats with Mr. Goode in them?
8        A    No.
9        Q    Have you contacted WhatsApp to see if you
10  can get those -- get those?
11        A    No.
12        Q    Okay.
13        A    I haven't, no.  I haven't seen the need.
14        Q    You haven't seen any what?  I'm sorry.
15        A    No, I haven't.
16        Q    Okay.  So if you were in chats with just
17  Mr. Goode and Mr. Richards wasn't in there, then there
18  were times that you did have direct contact with
19  Mr. Goode, correct?
20        A    Between just Mr. Goode and I, yes, but
21  that's not a group in my mind.  That is just me talking
22  to Corey; Corey talking to me.
23        Q    Without a proxy, correct?
24        A    Correct.
25        Q    Because I believe it was your testimony

Page 235

1  earlier that you usually had to go through a proxy to
2  talk with Mr. Goode; is that correct?
3        A    In the beginning, yes.  In the beginning
4  I think I made that pretty clear that that's what was
5  happening in the beginning of the relationship, yes.
6  Over the time -- over the course of our relationship, I
7  definitely could have conversation with Corey about
8  whatever he wanted to discuss; however he didn't have
9  those types of discussions with me usually.  And if they
10  were any kind of business questions or anything that had
11  a lot of details, he would refer to -- first it was
12  Roger Richards, then it was Leon Kennedy, then it was
13  Liz Lorie.  That was what -- on those.  And then Liz
14  came in at the very end, and he didn't refer me to her.
15  She was presented to me.
16        But it was usually conversations that
17  were of a business negotiation or anything like that --
18  like his speaker fee for DoD 2019.  I mean, I asked him
19  several times, What are we talking about here?  And it
20  wasn't until August that Leon Kennedy actually
21  negotiated his speaker fee.  So then I got my answer.
22  My answer of what Corey needed as a speaker fee for
23  DoD2019.  However, I asked him several times myself, and
24  he didn't answer those questions.  But that didn't
25  surprise me, because like I said, when it came to those

Page 236

1  types of financial or business conversations, I was used
2  to Corey defaulting to whoever was the current proxy.
3        Q    At that point in time, wasn't Mr. Kennedy
4  his type of manager?  Most of the business --
5        A    From my understanding --
6        Q    Go ahead.
7        A    From my understanding (inaudible).
8        THE REPORTER:  "From my understanding" --
9        THE DEPONENT:  Yes.  From my
10  understanding, yes.
11        THE REPORTER:  Thank you.
12        Q    (By Ms. Yanaros)  Wasn't there a point
13  where your farm was actually going to be foreclosed on?
14        A    No.  I mean, we go through that often.
15  You know, we don't get paid every month, so sometimes we
16  pay every two months or three months.  You get the
17  letter, it says here's what you owe, we pay that amount
18  and we move on to the next three or four month payment.
19  That's just the way our finances work at our house.
20        And so I don't know where this idea came
21  in that Corey said in his deposition about his reasons
22  for the DoD thing.  I -- I have no idea where that came
23  from.
24        Q    So didn't he give up his percentage in
25  DoD so that you could save your farm?

Page 237

1        A    No.
2        MR. WEBB:  Hold on.  Objection; calls for
3  speculation, foundation, as to why he did what he did.
4        A    And I'll say unequivocally, no.
5        Q    (By Ms. Yanaros)  So you never wrote in
6  an email that that was -- that you were about to --
7        A    (Inaudible.)
8        THE REPORTER:  I got "That's not."  is
9  there more to the answer?
10        THE DEPONENT:  No, I said no.
11        THE REPORTER:  I think your audio is
12  cutting out at the beginning of when you're speaking.
13  I'm not sure why.
14        THE DEPONENT:  I'll give more time.
15        MR. WEBB:  If Ms. Yanaros can turn off
16  the phone that's dinging with the messages coming in, if
17  you could silence your phone.
18        MS. YANAROS:  There's no phone that's on
19  with messages coming in.
20        MR. WEBB:  Somebody has a phone that's
21  dinging with messages coming in.  If that's my client,
22  I'll ask my client to turn it off -- or to mute his
23  line.  But somebody's phone is ringing.  So....
24        Q    (By Ms. Yanaros)  Okay.  Ms. Youngblood,
25  we received production from your attorneys yesterday

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 238

1  evening at 6:35 p.m.  Was -- were these documents that
2  you turned over?
3        A   I doubt it.  I was done turning over
4  documents a couple days ago.
5        Q   Okay.
6            MS. YANAROS:  Mr. Roach, can I share my
7  screen really quickly, please.
8            THE VIDEOGRAPHER:  Yes, you can.  You're
9  still active for that.
10           MS. YANAROS:  Okay.  Thank you.
11           (Screen shared.)
12           MS. YANAROS:  Okay.  And Mr. Roach and
13  Ms. Elliott, I'm going to mark this as Plaintiffs'
14  Exhibit Number 15, and I'll send these over to you guys.
15  This is my one chance and we got these documents late
16  last night, so...
17           THE DEPONENT:  (Inaudible.)
18           THE REPORTER:  I'm sorry.  Can you repeat
19  that?
20           THE DEPONENT:  I turned this in before
21  last night.
22           THE REPORTER:  Thank you.
23        Q   (By Ms. Yanaros)  Okay.  This is Bates
24  numbered -- I think it's supposed to be "Youngblood,"
25  but it says "Youngblod 7236."  Do you recognize this

Page 239

1  document, Ms. Youngblood?
2        A   Yes.  I do.
3        Q   What is it?
4        A   It's a chat from Telegram between Corey
5  and myself.
6        Q   Okay.  And is it -- I'm not familiar with
7  this kind of an interface.  Is it read going from top
8  down?
9        A   Yes.
10       Q   Okay.
11       A   You can see by the time -- oh, no, you
12  can't.  Oh, yeah, you can.  Yes, you can.  You can see
13  by the time stamp, right?  12, 13, 7, yeah.
14       Q   So the top would be the 30th of March
15  2019, correct?
16       A   Possibly.  It might have been a couple
17  days before that, you know.
18       Q   Okay.
19       A   Would have been the last time I talked --
20       Q   Sorry.  Go ahead.
21           So what are -- tell me what's going on
22  here.  We don't have any messages before or after.
23       A   Well, why -- I'm not sure why you brought
24  it up, what questions you want to ask me about it, but I
25  can tell you that this is one of the places where I

Page 240

1  asked Corey about a percentage, where I say I'm happy to
2  offer -- I am happy to offer a percentage of the
3  profits, of course.  I feel that it's appropriate, most
4  appropriate.  All of this is rather new.  I'm offering
5  David Icke a percentage, and if David Icke says no, I'm
6  going to David's second and will offer him a percentage
7  too.  At this moment the word profits is a question
8  mark, but I think the livestream participants will be
9  much better this year than previous years.
10           So, uh-huh, so this is where I'm
11  basically -- and he is -- and his response is, Let me
12  think on that.  And he never thought on that as far as
13  that was concerned.  I'm sorry.  I never got -- you
14  know, yeah.
15       Q   Okay.  And this was -- if you look down
16  at the bottom, I believe this one's from -- this message
17  is from you.  It says, I've been thinking about Bosnia.
18  I really think we should do it.
19       A   Yes.  Yes.
20       Q   Right.  And so this was from -- this is
21  in response to that email that we read earlier, correct,
22  with Dr. O?
23       A   Correct.
24       Q   Okay.  Where it says, I mean, dot, dot,
25  dot, and then I think this is a bunch of words that are

Page 241

1  put together.  If I can create a speaker event there as
2  well, just a day/night with you and David and livestream
3  as well that would offset it a little, but I'm down to
4  do what I can to contribute my energy and certainly some
5  of what comes from DoD can be used.
6        A   Uh-huh.
7        Q   Is that -- is that in regards to an event
8  at the same time as DoD or is it -- are you talking
9  about --
10       A   No, you saw that -- you saw that he
11  offered three dates, that Dr. Ogsmonovich offered three
12  dates in 2019 for them coming, David Wilcock and Corey
13  to come down there and do that.  There was some
14  discussion after that -- it was clear that that time
15  didn't really work, and there was discussion about what
16  other times could work.  So that was not -- it was just
17  being discussed back and forth around -- you know, like
18  I said, he threw out those three dates, but those were
19  just the dates that he threw out.  And when those dates
20  didn't, you know, they didn't fit into the schedule of
21  what David and Corey were doing at the time, then there
22  were new dates that were mentioned, maybe even doing it
23  in 2020.  There was all kinds of things tossed around
24  about that.
25           But just the fact of the commitment that

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 242

1 we should do it so -- was for me to get the conversation
2 going with Dr. Ogsmonovich, to get the dates, to get
3 this event going in this way.  And there was also
4 discussion about my husband has a GPR, ground
5 penetrating radar.  It's part of what he does for a
6 living.  And we were going to bring the GPR to Bosnia,
7 and Corey was very excited about that.
8         Again, we were just going to do that with
9 no monetary expectations.  We just knew that a GPR in
10 Bosnia by the pyramids would have been fantastic.
11     Q    Okay.  And a GPR, does that create
12 images, or just vibrations or --
13     A    A ground penetrating radar -- a ground
14 penetrating radar sees into the Earth up to 100 feet and
15 then on, depending on the size of your antenna, and it
16 finds anomalies in the ground.
17     Q    Okay.  So was this ever pitched to Dr. O?
18     A    Yes.  It was.  He loved the idea.
19     Q    Okay.
20     A    He thought it was great.
21     Q    And so what happened with that?
22     A    We -- it wasn't pursued.  I didn't get
23 the green light to pursue it.
24     Q    And who would have given you the green
25 light?

Page 243

1     A    Leon, Roger, Corey.
2     Q    Okay.  I want to look at a couple other
3 text messages that were just turned over.
4         Okay.  Do you recognize this text
5 message?
6     A    Yeah.
7     Q    Do you recall what date this is from?
8     A    No.  I can probably find that out.  I
9 didn't even realize that these things didn't have dates
10 on them.  But, no, I don't.  I don't remember what date
11 it was.  We're talking about hemp and CBD, though, so it
12 was, you know, obviously before April.
13     Q    Okay.  Where it says "very good test
14 indeed, so far you have organized events that are making
15 other event organizers nervous.  I expect this one will
16 be very cool."  In fact, in regards to DoD?
17     A    That was in regards to DoD19.
18     Q    Okay.  And the beach experience, what was
19 that in regards to?
20     A    I chose to do Dimensions of Disclosure
21 2019 in Ventura, where I raised my children, because I
22 knew the area.  So the beach experience was now where
23 Dimensions of Disclosure was going to go.  Dimensions of
24 Disclosure didn't really have a solid branding on the
25 kind of conference that it was as far as venue, and so

Page 244

1 it's going to be a very different conference on the
2 beach in Ventura.
3     Q    Okay.  And you can get us the date that's
4 on this?  This will be --
5     A    Correct.  Yes.
6     Q    Okay.  I'm going to mark it as
7 Plaintiffs' Exhibit 16.  And this is Bates numbered
8 Youngblood 7235.  All right.
9         Do you recognize this text message
10 string?
11     A    Uh-huh.  Yes.
12     Q    And this is 1st of April 2019?
13     A    Yeah.
14     Q    So David Icke said that he would come to
15 DoD2019 on April 1st of 2019.  When was it that he said
16 he was not going to be in attendance?
17     A    I -- I don't know, about three or --
18 three weeks later.  There is definitely evidence in
19 there too that the letter that he states that Jaymie
20 Icke sent me saying -- declining.  I don't remember the
21 date, though.  It was about three weeks later.
22     Q    Okay.  This is what I'm going to mark as
23 Plaintiffs' Exhibit 17, Bates Numbered Youngblood 7234.
24     A    I think I even put the email in there
25 from David Icke accepting the invitation.

Page 245

1     Q    Okay.
2     A    If you need the more accurate date.
3     Q    Okay.  That's fine.  Thank you.
4         I'll mark this as Plaintiffs' Exhibit
5 Number 18.  This is Bates numbered starting with
6 Youngblood 7232 and ending in 7233.  Do you recognize
7 this text message string?
8     A    Uh-huh.  Yep.  Yep.  This is -- yep.  I
9 do.  This is basically when Leon had said we -- that SBA
10 cannot -- is not -- didn't have the resources and he
11 wanted brakes put on everything.  He felt it was too
12 much of a risk for SBA to take without a headliner, and
13 they didn't have the resources again to go out on a limb
14 and make that happen.  And so this is where he calls a
15 halt to it and wants to have a meeting about it.  And
16 I'm letting Corey know that and that that's the
17 situation and we're going to have a meeting about that,
18 which we did have a meeting about it, and the decision
19 was made that doing DoD would be declined by SBA.
20     Q    Okay.
21     A    Then it goes on to talk about someone
22 that Corey wanted a contact from me.
23     Q    Is this a different -- oh, this is just a
24 continuation of the same one.
25     A    Yeah, I mean, it goes into -- yeah, it

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 246

1  does.  It goes into -- yeah, doesn't think that it will
2  fly without the command of a strong headliner, because
3  we didn't have a strong headliner that confirmed yet.
4  And, yeah, and that was too much of a risk.  And it is a
5  risk.  It's a risk.  Absolutely.
6          And then we talked about -- obviously we
7  talked about this gentleman, Brian Forester, and we knew
8  Brian Forester (phonetic) because we were going to do
9  GPR work with him in the same method that we were going
10  to do it with Dr. Ogsmonovich and Graham Hancock for
11  that matter.  GPR is often used for this kind of
12  forensic research.  We were talking to Brian Forester
13  about that as well, and Corey wanted Brian Forester's
14  contact information and thought we should invite him to
15  the conference.  But I declined inviting him to the
16  conference.  He wasn't appropriate for this one.
17          Q   Okay.  I'll mark this one as Plaintiffs'
18  Exhibit 19.
19          This is Bates numbered Youngblood 7231.
20  Do you recognize this document?
21          A   Yeah.
22          Q   Okay.  And what is this?
23          A   It's a conversation between Corey Goode
24  and Jimmy Church that Corey shared with me, and it was
25  basically emphasizing the nonsense that was going on

Page 247

1  April -- on and around April 11, 2019, where there was
2  again the doxing and the in-fighting and Jimmy Church
3  and the accusations around Corey and the doxing and
4  being blacklisted and Corey bringing in Jimmy Church, as
5  you can see, and Jimmy Church is saying, Please just
6  leave me out of your text.  I just don't want to even be
7  associated, and that's the conversation.
8          For me it was just more to emphasize that
9  there was a lot of shenanigans going on in 2019 around
10  Corey and his behavior with a lot of people.  It was
11  tough to navigate.
12          Q   Okay.
13          A   Oh, yeah, that has the name of the --
14          MR. WEBB:  (Inaudible.)
15          THE REPORTER:  I'm sorry.  I didn't get
16  that.
17          MR. WEBB:  I said we give the file names
18  those labels.
19          MS. YANAROS:  Oh, yeah.  Yeah.  I'll give
20  you guys the documents, the file names, the labels, and
21  I'll make it all -- this will all be in one email so
22  that everybody can have it.
23          Q   Okay.  So this is going to be Plaintiffs'
24  Exhibit 20.
25          MR. WEBB:  We have about ten more

Page 248

1  minutes, Counsel.
2          MS. YANAROS:  Okay.  Thank you.
3          Q   And the Bates number is Youngblood 7229.
4          Okay.  Do you recognize this document?
5          A   Yes.
6          Q   And what is this?
7          A   It is a letter from the ranch hand Devon
8  Kamitas who lived with us for a while, who worked on the
9  hemp plants and was there for the whole thing.  He was
10  basically explaining his experience.
11          Q   Was he in the video that we looked at
12  earlier?
13          A   Yes.  He was.
14          Q   Okay.  And so this was sent --
15          A   Just recently.
16          Q   A week ago.
17          A   Yes.
18          Q   And is he the expert that you were -- one
19  of the experts you were talking about earlier that you
20  tried to reach out to?
21          A   No, not at all.  He was a work trade
22  person.  He's -- no.
23          Q   Okay.  Do you know where he's located
24  now?
25          A   I believe somewhere in Arizona.

Page 249

1          Q   Okay.  There was one more document I
2  wanted to ask you about.
3          Okay.  Let me share.
4          Do you recognize this document?
5          A   Yes.
6          Q   Okay.  And I'll mark this as Plaintiffs'
7  Exhibit Number 21.
8          It is Bates numbered Youngblood 8486
9  through 8490.  And what is -- what is this that we're
10  looking at?
11          A   This is a certificate of analysis that
12  came with the hemp plants.  Now, it was definitely dated
13  on January the 8th, but we actually didn't receive it
14  until the end of March, and what it basically tells you
15  is all of the -- everything about the plants that you
16  needed -- that you would need to know, what, you know,
17  the acids, THC, CBDs, that kind of thing.
18          Q   Okay.  And would this have said whether
19  or not there was an issue with the plant when it was
20  delivered?  Like mold on the plant when it was
21  delivered?
22          A   No.  It doesn't talk about -- well, if
23  there was mold on the plants, they wouldn't have passed.
24          Q   Okay.  All right.
25          Sorry.  One more.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 250

1     **Do you recognize this document?**
2     A   Uh-huh.
3     **Q   And what is it?**
4     A   This is Corey telling me more about
5   what's going on in the doxing world.  He kept me -- he
6   told me things.  I wondered why he told me things
7   sometimes.  I felt it was a manipulation, but basically
8   he was just telling me that this Rob Vannoy was going to
9   be making a video to respond to somebody else's attack
10  video.  Corey was obviously feeling attacked, and so
11  then he would have someone else attack back, and that's
12  what this was.  And this was going on March, end of
13  March 2019, again, to emphasize Corey's behavior was
14  something that you had to navigate if you were promoting
15  anything that had to do with Corey Goode.
16    **Q   Was it Corey Goode's behavior or was it**
17  **the way that people were acting towards him?  Because**
18  **this -- that -- this --**
19    A   I -- (inaudible.)
20    THE REPORTER:  I'm going to need you to
21  start your answer over.  It's garbled.
22    A   I believe behavior provokes how people
23  respond to you.
24    THE REPORTER:  Thank you.
25    **Q   (By Ms. Yanaros)  Okay.  And just while I**

Page 251

1   **have you here, what are the Mars records?**
2     A   That is a detailed story by a man named
3   Michael Salla, I believe, that he published I believe in
4   2010 -- I don't really know exactly when he published
5   them offhand, but it is a lot of story around secret
6   space program and the blue aliens, and it was a
7   documented story that came out way before Corey Goode
8   came out with his story.
9     **Q   Okay.  And this is the last exhibit.**
10  **It's Plaintiffs' Exhibit 23, and it's Youngblood 8482 to**
11  **8483.**
12    **And do you recognize this document?**
13    A   Yes.
14    **Q   And what is it?**
15    A   When Jaymie Icke let me know that David
16  Icke would not be appearing at the conference and he
17  would need to be removed.
18    **Q   Okay.  So it was -- it was Jaymie that**
19  **made the decision to pull David, not --**
20    A   Yes.  It was Jaymie.  He was his manager.
21  It was David Icke's manager.  Jaymie Icke is his son.
22    MS. YANAROS:  Okay.  All right.  I think
23  those are all of the questions I have for today.  We'll
24  reserve until trial.  I mean, there were a couple of
25  things that you said that you'd be getting back to me

Page 252

1   on, and we'll send an updated deficiency letter on that.
2   There's one that's outstanding right now.
3     MR. WEBB:  Okay.  And madam court
4   reporter, are you going to send the transcript directly
5   to the deponent via email for her to review and provide
6   an errata sheet to you if there's any changes or
7   corrections to the transcript?  Is that agreeable?
8     THE REPORTER:  Typically what we do in
9   Colorado is if a copy isn't ordered, we have the witness
10  come to our office.  Obviously that's not a good idea
11  for this; so I can send her a copy.  It wouldn't be one
12  that would be downloadable or saveable.  She can only
13  view it.
14    MR. WEBB:  That's perfect.  Do you need
15   -- do you have her email address already or do you want
16  me to put it in the chat?
17    THE REPORTER:  If you would, I would
18  appreciate that.
19    MR. WEBB:  Sure, you bet.  I'll just
20  email it to you, office@elliottreporting.com.
21    THE REPORTER:  Correct.  And then,
22  Mr. Webb, you do not need a copy?
23    MR. WEBB:  If you send me an estimate, in
24  two weeks' time, I'll see if I have authority to spend
25  that kind of money.

Page 253

1     THE REPORTER:  Okay.  And then -- are we
2   off the record?
3     THE VIDEOGRAPHER:  Well, we're not off
4   completely.  Usually for orders and things, I stay on at
5   the end.  I can edit this, though.  You can go off the
6   record, I suppose, if you want, if it's okay --
7     THE REPORTER:  It's really hard for me to
8   talk.  I cannot write what I am saying myself.  It
9   just --
10    THE VIDEOGRAPHER:  Oh, we can go --
11    THE REPORTER:  My brain doesn't work that
12  way.  But do we have -- we have the copy orders?  Are
13  you ordering the Original, Ms. Yanaros?
14    MS. YANAROS:  Yeah, we'll do E-trans,
15  please.  No paper copies, please.
16    THE REPORTER:  Sure.
17    THE VIDEOGRAPHER:  And then on video, I
18  think we spoke about syncing it, Ms. Valerie?
19    MS. YANAROS:  Yes.
20    THE VIDEOGRAPHER:  Yeah.  Mr. Webb, do
21  you want a video right now, or no?
22    MR. WEBB:  If you send an estimate,
23  that's fine, Mr. Roach.
24    Mr. Roach, were you recording my face or
25  my screen during the deposition as well as the deponent?

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 254

1          THE VIDEOGRAPHER: No.
2          MR. WEBB: Okay.
3          THE VIDEOGRAPHER: Only the deponent.
4   Okay, is that it, everyone?
5          MS. YANAROS: Yes.
6          MR. WEBB: That's it.
7          THE VIDEOGRAPHER: Okay. Ms. Elliott,
8   I'll leave the chat open. I think he's going to send it
9   to you, so -- I'll be the last one to leave anyway. Let
10  me just go off the video here.
11         MR. WEBB: Just note --
12         THE VIDEOGRAPHER: Cindy, don't worry --
13  oh, go ahead. I'm sorry.
14         MR. WEBB: Tomorrow we will be
15  independently recording the deposition as well via
16  video. Thank you.
17         THE VIDEOGRAPHER: Yeah, and Miss
18  Valerie, just stay on at the end so I can talk to you.
19         MS. YANAROS: Okay. Perfect.
20         THE VIDEOGRAPHER: Everyone else leaves.
21  Okay.
22         MS. YANAROS: Yeah, and really quick in
23  response to Mr. Webb's last statement right there, we
24  have not received a proper notice under the rules. So
25  if Mr. Webb is representing that he will be doing that

Page 255

1   tomorrow, we will be filing a motion for protective
2   order tonight.
3          MR. WEBB: Okay. I'll send you an email
4   so you can file your motion. I think I already -- I
5   think I told you this via email a long time ago, but
6   I'll send you another email right now.
7          MS. YANAROS: I thought maybe you would
8   give appropriate notice if you were going to do it.
9          MR. WEBB: I already gave you notice.
10  You know you got it. So...
11         MS. YANAROS: Not under the rules.
12         THE VIDEOGRAPHER: Okay. Ms. Youngblood,
13  you can go. You can pull the laptop down. You don't
14  have to stay. I mean, you don't have to even -- you can
15  just slap us out.
16         There you go. All right. If everybody
17  is done, they can leave.
18         (The deposition concluded at 4:36 p.m.)
19
20
21
22
23
24
25

Page 256

1                    SIGNATURE PAGE
2
3   I, ADRIENNE YOUNGBLOOD, the deponent in the above
4   deposition, do acknowledge that I have read the
5   foregoing transcript of my testimony, and state under
6   oath that I, together with any attached Amendment Sheet
7   pages, constitutes my sworn statement.
8
9   _____  I have made changes to my deposition
10  _____  I have NOT made any changes to my deposition
11
12         _____
13             ADRIENNE YOUNGBLOOD
14  Subscribed and sworn to before me this _____ day of
15  _____, 20___.
16  My commission expires: _____
17
18         _____
19             Notary Public
20
21  Return to:
    Elliott Reporting, Inc.
22  31 N. Tejon Street, Suite 202
    Colorado Springs, CO, 80903
23  719.434.8262
    office@elliottreporting.com
24
25

Page 257

1              CERTIFICATE OF DEPOSITION OFFICER
2          I, Cindy Elliott, RPR, CSR, and Notary Public
3   within and for the State of Colorado, commissioned to
4   administer oaths, do hereby certify that previous to the
5   commencement of the examination, the deponent was duly
6   sworn by me to testify the truth in relation to matters
7   in controversy between the said parties; that the said
8   deposition was taken in stenotype by me at the time and
9   place aforesaid and was thereafter reduced to
10  typewritten form by me; and that the foregoing is a true
11  and correct transcript of my stenotype notes thereof.
12         That I am not an attorney nor counsel nor in any
13  way connected with any attorney or counsel for any of
14  the parties to said action nor otherwise interested in
15  the outcome of this action.
16
    __X__ Reading and Signing was requested.
17
    _____ Reading and Signing was not requested.
18
    _____ Reading and Signing was waived.
19
    _____ Reading and Signing is not required.
20
21
         _____
22       Cindy Elliott, RPR, CSR, Notary Public
         (Notary ID 20034011464)
23       My commission expires:  April 7, 2023.
24
25

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

```
                                        Page 258
 1   Errata Sheet
 2
 3   NAME OF CASE: JAMES COREY GOODE vs ROGER RICHARDS RAMSAUR
 4   DATE OF DEPOSITION: 10/12/2022
 5
 6
 7   Page _____ Line _____ Reason _____
 8   From _____ to _____
 9   Page _____ Line _____ Reason _____
10   From _____ to _____
11   Page _____ Line _____ Reason _____
12   From _____ to _____
13   Page _____ Line _____ Reason _____
14   From _____ to _____
15   Page _____ Line _____ Reason _____
16   From _____ to _____
17   Page _____ Line _____ Reason _____
18   From _____ to _____
19   Page _____ Line _____ Reason _____
20   From _____ to _____
21   Page _____ Line _____ Reason _____
22   From _____ to _____
23
24            _____
25                 Adrienne Youngblood
```

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

**$**

**$1** 224:13,17

**$10,000** 62:8 152:3 220:5

**$11,789** 211:2

**$15,000** 62:1 180:22,25 181:13, 21,25 182:8

**$25,000** 172:12,23

**$3,000** 147:16

**$45,000** 60:24 61:13 171:22 172:12

**$5,000** 147:12

**$50,000** 216:2 224:23 226:3

**$6,000** 151:18

**-**

**-e-d-a-s** 34:3

**-e-l-o-s** 25:17

**-i-o-n** 25:19

**0**

**0000229** 179:14

**1**

**1** 5:23 7:16 168:11, 22 172:11 179:17 180:20 213:24 222:24 223:3

**1,000** 42:12

**10** 5:23 7:16 156:1 212:2 223:13

**100** 63:18 242:14

**101:40** 218:8

**1091** 77:19

**10K** 42:20,23 43:2,8,

**11**

**11** 5:24 7:16 111:12 212:2 222:15,21 223:11 247:1

**11/11** 88:15,20 105:23 106:24 108:1 145:13

**110** 203:1

**111** 202:8

**113** 204:4

**11:48** 111:16,18

**11:54** 111:12,13

**11:58** 111:18,20

**11th** 202:10

**12** 5:4 51:13 156:1 181:16 239:13

**12:57** 148:5,8

**13** 223:24,25 239:13

**133** 222:8

**14** 211:25 212:2,13

**1400** 40:24

**1400-mile** 40:14 41:7

**15** 80:21 238:14

**15300** 9:4

**15th** 14:14

**16** 181:16 244:7

**16th** 181:18

**17** 42:8 244:23

**18** 12:14 42:16 113:14,16 131:2 145:15,16 245:5

**19** 114:15 121:15 123:21 124:13 150:20 151:17 181:20 192:13 193:8 246:18

**1984** 29:3 31:8

**1985** 38:4

**1987** 31:24

**1989** 16:18

**1990** 32:1 38:6

**1:33** 148:9,11

**1:38** 177:8,9

**1:45** 163:14

**1:50** 163:14

**1:59** 165:15

**1st** 244:12,15

**2**

**2** 26:6 147:16 152:12 156:20,21 165:6,8 182:25 184:18,22 210:18

**2,000** 82:14

**20** 5:24 7:17 170:17 201:14,17,20 247:24

**200** 203:17

**2000** 16:23 34:20 50:3 52:18

**2005** 34:10

**2007** 47:18 48:23

**2008** 34:20

**2009** 34:20,21 50:23

**2010** 34:22 50:23 251:4

**2011** 35:10

**2012** 40:20 41:7

**2015** 41:5

**2016** 41:9

**2017** 40:10 50:1,4 87:7 89:21 91:22 97:11,13,15 110:2 112:24 118:1 119:13,23 120:22 138:23 139:8 143:4

**2018** 40:10 70:20 103:12 105:20,22 131:15 143:25

**144**:4,10 **147**:7 170:17,18,19,22 171:4,16 183:25 189:13 192:5,20 194:7,17 202:11 208:14 215:24

**2019** 19:19 36:20 40:7 52:18 53:2 62:13 72:8 82:4,8 105:13 110:22,23 113:23 120:18 123:20 125:14 126:4 129:10 132:25 150:18 151:4 168:13,22 172:11, 19,24 178:15,16 180:23 181:18 184:3,6,18,22 185:3 186:22 187:15 189:9,12 191:4 193:16 194:19 203:23 204:20 206:14 208:3,13 209:20,25 210:18 211:4,8 215:23 224:5 235:18 239:15 241:12 243:21 244:12,15 247:1,9 250:13

**2020** 39:5,6 73:21 111:4 114:1 121:7 127:25 133:6 215:5 224:16 226:23 241:23

**2021** 39:3,6 101:12 127:25

**2022** 5:4 37:2 80:6,8 110:5,19 126:13,17 127:5

**20th** 136:5 171:16 178:14

**21** 20:3 29:2 249:7

**21:20** 214:7

**22** 37:2 211:4

**229** 190:5

**22nd** 90:25 91:1

**23** 251:10

**233** 195:19

**24** 229:2

**2464** 166:13

**25** 38:3,4 90:24 147:10,11

**25,000** 80:25

**250-acre** 96:7

**253** 206:24

**254** 207:11

**255** 207:12,15

**256** 207:15

**25k** 169:16

**25th** 122:2,13

**26:20** 215:12

**27** 87:7

**2700** 81:12 221:23, 25

**28** 216:16

**28:05** 216:17

**28:30** 216:9

**29** 13:10

**29:15** 216:9

**2:11** 173:12

**2nd** 187:4

**3**

**3** 173:12,18 189:21

**30** 47:24 90:24 201:17,20 221:13

**30th** 239:14

**32** 221:13

**33** 183:7 195:20

**39** 13:3

**3:05** 178:3,4

**3:18** 168:23

**3:45** 229:18,19

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Index: 3:54..agreement

**3:54** 229:19,21

**4**

**4** 152:22 179:1,6 190:1,2

**40** 6:6 62:20 201:18, 20

**400** 100:10

**43** 174:24,25

**49:10** 214:5

**4:36** 255:18

**4:50** 163:14

**4th** 184:23 187:4

**5**

**5** 186:22 189:9 194:9 202:5 222:9

**5,000** 86:25

**50** 115:12 147:9 183:10

**50,000** 226:3

**50/50** 169:14

**500** 95:25 96:3,5

**5077** 208:5

**50th** 186:2

**548** 172:10

**5486** 156:12,16

**5493** 166:17 167:5

**5495** 167:15

**5497** 156:13

**5498** 156:15 168:2 172:22

**5503** 156:14,17

**59:30** 217:8

**5th** 188:16,22 211:7

**6**

**6** 206:6

**60** 63:16,17 201:19

**6:00** 229:1

**6:35** 238:1

**7**

**7** 207:20 239:13

**700** 53:11,12 65:6 82:9 176:7,12 226:11

**7229** 248:3

**7231** 246:19

**7232** 245:6

**7233** 245:6

**7234** 244:23

**7235** 244:8

**7236** 238:25

**8**

**8** 25:4 62:8 152:3 210:10

**805-844-3911** 24:20

**818** 134:19

**84** 155:16

**8482** 251:10

**8483** 251:11

**8486** 249:8

**8490** 249:9

**86** 38:6

**88** 31:24

**8:38** 5:6

**8:39** 5:18

**8th** 25:2 36:5,13,21, 25 37:8,18 249:13

**9**

**9** 210:6,20

**95959** 9:5

**99-ish** 34:14

**9th** 172:24

**A**

**A-D-R-I-E-N-N-E** 8:19

**A-U-Y-V-E-D-I-C** 33:2

**a.m.** 5:6,18 111:17, 18,20

**aback** 197:24

**ability** 151:10

**abreast** 141:16

**absolutely** 6:7 95:5 118:24 219:22 246:5

**abuse** 39:24

**acceptable** 18:1 51:2 95:23

**accepted** 187:10 191:2 208:6

**accepting** 82:23 244:25

**access** 24:8 27:8 30:17 115:12 206:21 214:1

**accessible** 99:12 140:23 232:5

**accidentally** 226:18

**accommodate** 150:9

**accommodating** 180:3

**accommodation** 203:19

**accomplished** 89:10

**account** 24:18,23 25:1 26:10,15 27:6, 7,9 28:11,14

**accountability** 81:18 133:2,4

**accounts** 25:10,23 26:12 30:18 46:16

**accurate** 181:17 208:19 245:2

**accusations** 219:4 247:3

**accused** 16:10 187:13,14

**acids** 249:17

**acres** 62:18,20,22 64:7

**Act** 170:18

**acting** 147:6 250:17

**action** 225:11 227:7

**active** 37:6 38:7 65:25 203:8 209:7 238:9

**activism** 87:3,11

**activist** 86:23 87:10 106:6

**actual** 72:4,15,19 94:6 98:24 108:4

**Adam** 13:12

**add** 83:15 216:5

**added** 191:8,17

**addition** 176:8,10, 11 227:1

**additional** 191:12, 17

**Additionally** 224:20

**address** 9:2 12:10 49:1 105:2 225:9 252:15

**addresses** 23:25 25:11 104:22

**Adrian** 108:2

**Adrienne** 8:11,19 12:7 26:17 78:22 92:9 168:23 203:3,5 208:12 224:2,5,7,12, 15,19,21

**adult** 45:24

**advance** 87:18 98:23 155:9 156:8 229:2

**advanced** 200:13

**advancements** 200:16

**advances** 200:12

**advantageous** 169:3,13

**advertised** 93:22

**advertising** 23:23 144:24 145:25 146:1 149:3 150:16

**advice** 31:3 52:10 117:16

**advised** 11:5

**aerial** 39:19

**affair** 117:24 119:16

**affidavit** 16:13

**afterward** 212:16

**age** 12:14

**agent** 114:13

**agree** 159:9,13,16 161:12 162:3,5,7 163:24 164:3 173:8 228:9

**agreeable** 252:7

**agreed** 161:22,24 208:6

**agreeing** 17:21

**agreement** 11:10 59:12 105:20,21

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Index: agricultural..Ayoungblood@me.com.

147:6,8 148:24 167:8,9,20 181:9,17 183:3

**agricultural** 69:2

**Agriculture** 170:18 171:8,13

**ahead** 6:23 7:25 8:8 30:18 48:4 54:13 61:25 74:22 98:22 117:8 118:10,17 119:10 122:7 132:19 134:15 147:22 157:4 160:8 173:17 176:22 215:11 217:8 236:6 239:20 254:13

**aiming** 87:2

**air** 203:18

**Airbnb** 91:17,19 139:10,17,18,25 143:4 199:11

**aired** 135:22

**Albany** 116:20

**alcohol** 15:15,23

**Alexis** 59:25 60:2

**Alexis's** 60:1

**alias** 24:17

**aliases** 12:2,5

**aliens** 251:6

**alignment** 214:20

**alleged** 102:11

**alley** 196:23

**Alliance** 129:19,21, 22,25 130:4,5,6

**allowed** 170:20

**allowing** 170:19

**aloud** 170:16 179:20 180:21 190:12 203:2 223:19

**Amazon** 76:18

**American** 87:18

**amount** 134:6 182:8 227:13 236:17

**Amy** 199:4,12,14,17

**analysis** 249:11

**ancient** 203:11

**Angeles** 35:11

**anniversary** 55:19 178:14

**announced** 82:17, 22 83:13

**anomalies** 242:16

**answering** 9:17 30:12 85:21

**answers** 9:19

**antenna** 242:15

**Anthony** 13:6,7

**anti-depressants** 16:5

**anticipate** 181:8

**anticipated** 82:24 96:16 169:20

**anxiety** 94:18

**anybody's** 181:25

**anymore** 58:13 60:5 69:21 109:4 121:19 206:21 232:9 233:25

**anyone's** 197:21

**anytime** 161:25

**apologize** 112:15

**apology** 112:16

**apparently** 171:18 182:12 202:21 215:6

**appearance** 123:22

**appeared** 112:4

**appearing** 251:16

**application** 86:21 186:19 188:21,24 211:6

**applied** 186:25

187:2

**approach** 150:23

**approached** 196:23

**approaching** 96:22

**approval** 171:7

**approximate** 18:24

**approximately** 5:6 26:20 42:23 64:6 69:25 111:16,20 148:5,11 165:15 173:12 229:21

**April** 36:20 53:22 56:18 72:8 101:12 172:19,24 184:3,18, 22 185:3 187:3 189:11 210:18 243:12 244:12,15 247:1

**archaeological** 203:8

**archaeologists** 203:9

**archeological** 205:16

**archeologist** 202:23

**archetype** 198:11

**area** 62:16 63:3 64:6 66:22,23 67:1 70:10 96:2 243:22

**areas** 35:23 151:9, 10

**argued** 164:1 165:19

**arguing** 106:2 163:24

**argumentative** 57:20 136:11 137:16

**Arizona** 248:25

**Armenta** 91:4 121:20 122:15,17

**arranged** 93:13 144:22

**arrested** 19:23 20:3

**arrived** 199:12

**Articles** 210:15

**artwork** 91:7

**ASAP** 169:16 172:24

**aspects** 20:21 146:7

**asserting** 18:3 227:5

**asserts** 183:9 224:6

**asset** 198:13

**assigned** 92:6

**assist** 103:21,24 144:14 203:19

**assisted** 190:23 191:22

**assistive** 41:3

**associate** 74:1 75:11 76:5

**associate's** 32:4

**association** 43:9 187:18

**assumed** 188:23

**Assumes** 57:19

**assure** 102:18

**astrology** 33:23

**attached** 36:11 149:15 169:1

**attachment** 168:18

**attack** 250:9,11

**attacked** 250:10

**attend** 14:25 31:10

**attendance** 100:8 244:16

**attended** 50:5 57:7 82:12

**attendees** 82:7 205:3 207:16

**attending** 5:15

**attention** 56:2 57:3 67:23 75:10 80:22, 23 179:10,14 189:4 206:23 208:4

**attorney** 9:22 10:9, 18 11:5 21:22 31:3 52:10 99:10 114:25 115:2,4,7,10,14,15, 17 116:10,11,19 164:2,3

**attorney-client** 21:25 22:10 27:20 102:8

**attorneys** 11:16 22:16 237:25

**attractive** 201:18

**audience** 74:12 75:1 76:11 78:7

**audio** 6:1 173:3,4,9 174:10,13 232:22 237:11

**August** 94:16 95:10, 15 97:12 140:17 183:25 184:6 202:10 203:23 235:20

**authority** 252:24

**automatically** 55:6

**average** 216:5

**aware** 74:18 133:22 202:1

**awareness** 41:12 136:9

**awesome** 107:21

**awful** 35:15 94:9

**Ay3ahemp3.20. 19cgcopy.** 173:23

**ayahuasca** 49:14, 16,19,22

**AYOUNGBLOOD@ ME.COM** 24:17

**Ayoungblood@ me.com.** 24:1

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

**ayurvedic** 32:23 33:4,10,13,16,24 34:18

---

**B**

---

**B-R-Y-N** 130:8

**bachelor's** 31:17, 18,19

**back** 7:16 19:5 28:19 36:17 40:14 42:7,9 45:20,21 62:16 94:12 99:20 110:10,11,15 111:4, 12,19 135:6 138:19 140:9 148:10 152:9 159:11 160:6,18,21, 22,23 161:3,4,7,8 162:11,12 163:5 164:10 165:12,14 170:12 172:9 173:14 182:12 184:25 187:15 188:9,11 200:2 201:22 205:20 214:23 216:12 220:8 228:9 229:5,6,13,20 232:7 241:17 250:11 251:25

**background** 28:21 48:14 140:3 192:2 198:23 219:1

**backwards** 156:14

**bad** 37:24 136:5 154:2

**ban** 54:24 55:1,2,10, 11 56:13 57:6,18 60:14 72:1 166:14

**bank** 30:1,17 46:16

**bankrupt** 219:20

**bankruptcies** 19:21

**banter** 140:9

**bar** 19:2 44:8 115:13 116:14 119:11

**Barbara** 31:14 44:22

**barn** 64:12,13,20,22

**Barrington** 28:24

**bartender** 45:2

**based** 60:24 61:1 106:11 133:15,16 151:22 193:25 219:10 221:6

**basic** 169:1 210:25

**basically** 32:12 42:4 57:25 59:15 63:23 94:3 132:15 166:15 192:5,6 240:11 245:9 246:25 248:10 249:14 250:7

**basis** 51:23 61:1 196:2

**batch** 65:8,9

**Bates** 156:13 166:17 167:5,15 173:19,25 179:3,11, 13 190:5 195:19 202:5,6,8 203:1 204:4 206:9,24 207:11,15 208:5 223:1,3 238:23 244:7,23 245:5 246:19 248:3 249:8

**bathroom** 111:9

**battle** 57:11

**beach** 20:17 243:18, 22 244:2

**Bean** 130:19,20

**bear** 227:4

**beautiful** 203:13

**Beda** 34:2

**beg** 219:24

**began** 169:21 187:5 188:4,9,17

**begin** 6:6 7:22 156:22 165:7

**beginning** 12:3 53:22 56:1 61:22 107:12 174:23 188:6

**begin** 175:16

**begun** 175:16

**behalf** 5:14 113:25

**behavior** 187:13 218:20,22,23 247:10 250:13,16,22

**behaviors** 187:15

**believed** 137:4 200:22

**believing** 172:3

**Belvidere** 42:18

**Ben** 125:23 194:21 195:8 233:3

**benefit** 152:16

**bet** 252:19

**beverage** 44:9

**big** 42:10 43:15 62:16 74:4,6,7,8,12, 25 78:6 199:21

**bigger** 44:11 96:15 97:5,24 98:11,14,15

**biggest** 42:13

**bill** 5:6 103:9 130:21 170:22 171:5,14 172:15,18,25 212:2

**Bill'** 170:19

**bills** 226:12

**binding** 15:13

**birds** 59:7

**birthday** 13:4 29:13, 15,19,21 30:3,5,10, 11,15 101:20

**bit** 21:3 28:20 32:19 54:8 89:6 103:3 136:5 145:14 163:22 166:19,21 171:25 214:16 215:20 228:6

**black** 78:8

**blacklisted** 247:4

**blah** 191:15,16 203:15

**blanche** 96:19

**blonde** 91:5

**blow** 190:6

**blue** 182:19 190:10 251:6

**board** 41:13,20 55:1 57:7 58:6 72:10,12, 24,25 73:2 146:10

**bolster** 204:12

**book** 95:14 107:10

**booked** 112:22 142:19 218:18

**Borgatta** 124:21 125:2

**born** 28:22 38:5

**Bosnia** 202:24 203:7 206:1,3 240:17 242:6,10

**botanist** 69:15,17

**bottom** 66:20 166:20 168:14 191:1 240:16

**bought** 189:15

**Boulder** 149:22

**box** 23:18 26:22

**brain** 253:11

**brakes** 245:11

**branches** 175:20

**branding** 243:24

**Brandon** 122:20,21, 24,25 123:1,5,8

**break** 11:1,8,11 111:9,10 117:4 147:20,23 156:13 227:16,21 228:17

**breaks** 10:23 146:19 228:18

**Brian** 246:7,8,12,13

**briefly** 150:11

**bring** 41:12 74:9 102:19 150:7 201:20 204:23 205:3 242:6

**bringing** 91:25 247:4

**broadcast** 85:15,16

**broadly** 170:20

**Broniec** 128:5

**brought** 54:20,21 76:9 77:10 78:2 89:2 90:19 91:2,17 105:14,16 106:9 138:22 139:9,17 146:16 190:17 225:23 239:23

**Bryn** 129:25 130:6,9

**Buddhism** 34:6

**buds** 65:13 66:13

**Budweiser** 42:21

**buffer** 83:18,20,21, 22

**build** 63:15,20 64:1, 3

**building** 150:5

**built** 63:7,12,14 83:18 175:9,13

**Bull** 198:1

**bunch** 240:25

**Burgatta** 124:9,11, 15

**bus** 107:22

**business** 36:4 44:21 45:4,9 50:13 60:21 111:5 136:22 194:11 196:15 218:13 221:5 235:10,17 236:1,4

**businesses** 45:6 48:25 49:3

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Index: buy..commerce

**buy** 69:3

**C**

**C-O-L-L-I-N-S** 13:20

**C-O-R-I-N-N-E** 13:20

**Cache** 24:18

**California** 9:5 29:1, 4 31:7,11 41:16 43:18 44:7 51:9,10 67:13 68:22 70:6,7 94:2 95:10 97:1,3 122:15 171:11 172:3,8

**call** 7:18 87:6 90:13, 15,16 106:8 118:23 202:16 208:18 229:5

**called** 6:13 21:5 64:12 65:20 79:23 91:5 93:13 98:9 198:11 199:10 220:14,15

**calling** 197:3

**calls** 27:20 102:7 205:22 217:21 221:8 237:2 245:14

**camera** 119:4 122:22 135:4,5

**camping** 96:8

**canceled** 142:1 145:8,10,12 148:19 149:6 150:7,12

**cannabinoids** 170:24

**cannabis** 57:9 64:10 65:21 68:5 70:22

**cans** 146:17

**capacity** 83:10,13 203:17

**capital** 19:18 151:24

**card** 115:13

**care** 59:6

**career** 132:21

**caretakers** 95:4

**carry** 220:1

**carte** 96:19

**case** 20:21 21:12,16 28:5 81:17 156:6 180:5 208:22

**cash** 151:16

**cash-wise** 62:7

**Cassidy** 131:6

**casual** 143:8

**category** 84:20

**Cathy** 37:13 39:22 78:19 80:12,13,15

**cats** 59:8

**caused** 6:5 224:22, 23

**CBD** 60:18 71:5 243:11

**CBDS** 249:17

**celebrate** 136:8

**certificate** 32:6,21, 22 33:21 34:7,12 35:3 41:2,4 249:11

**certificates** 32:16, 20 34:19

**certification** 159:9

**certified** 33:6 41:3

**chambers** 6:13 7:19

**chance** 238:15

**change** 87:24 88:4 150:1 186:23

**changed** 51:15 230:17

**changing** 51:23

**channel** 36:4 79:22 212:25 213:4

**charge** 42:19 44:9 78:5 108:4 227:23

**Charlotte's** 66:4

**Chasteen** 125:23

**chat** 138:25 139:1 153:23,24 230:6,7, 10,14,16 231:18 232:15,17 239:4 252:16 254:8

**chats** 229:25 230:1 232:14 234:7,16

**chauvinist** 199:16

**chauvinistic** 198:10 199:7

**check** 161:5 163:15 164:13

**checked** 209:2

**checking** 124:19

**Chicago** 28:23 29:7, 11,12

**chicken** 77:17 86:14

**chickens** 59:7 68:15

**children** 14:7 44:3, 24 66:3,5 88:1 243:21

**Chinese** 86:14

**choice** 7:13 95:20

**choose** 185:22 186:11 199:23

**chose** 165:18 213:10 243:20

**Chris** 129:11

**Christmas** 136:7,8

**Church** 126:5,15 246:24 247:2,4,5

**Cindy** 5:8,22 163:12 164:20,25 165:2,22 254:12

**circle** 47:24

**circulating** 72:14, 18

**CITD** 120:22 139:20

**city** 9:4 41:16 42:25 47:17 48:22 49:1 73:5

**claim** 224:14,18

**claiming** 79:7

**clarification** 211:23

**clarity** 137:24

**clean** 66:15

**cleaning** 146:24 147:1

**clear** 5:23,25 7:17, 24 8:5 9:13,18 17:5, 9 56:17 57:8 93:11 96:23 104:5 106:4 107:18 143:25 180:4 194:13 235:4 241:14

**cleared** 178:18

**clerk** 5:16 6:15

**click** 157:20 186:10

**client** 5:24 7:7 10:13 17:11,14 18:12 47:1, 23 116:1,12 119:5,6 134:20 155:22 158:20,21 227:24 228:21 237:21,22

**client's** 7:6,9

**clients** 23:14 33:20 45:10,12

**Cliff** 9:4

**climate** 61:2 170:1

**clip** 215:13 221:14

**clock** 94:18

**clone** 176:5,9,11

**clones** 63:22,24 175:11,18 176:19

**close** 62:8 94:6 95:1 100:14,16

**closer** 83:3

**club** 44:11,13,14

**clue** 77:11

**Co-creation** 144:9 145:1

**coach** 18:4 22:3 118:22

**coaching** 19:3

**cocktail** 45:2

**coffee** 111:8

**cohesiveness** 144:1

**coincide** 54:16

**Collaborative** 36:11,18,19 37:4,19 126:20,22 183:17,19 184:2,9,19 185:5 208:2,12 210:16

**collected** 230:21 232:9

**college** 31:20,21 44:1

**college-college** 32:3

**colleges** 32:17

**Collins** 13:18,20 60:7

**color** 182:19

**Colorado** 29:19 122:16 252:9

**combativeness** 6:18

**combined** 49:17

**comfortable** 92:15

**comic** 107:10

**command** 246:2

**comment** 199:8 200:20,23 215:24 217:5

**comments** 27:11

**commerce** 189:15

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

commercial 171:1

commitment 241:25

committee 43:3

commodity 63:2

common 54:2

communicate 68:24 105:1

communicated 115:3

communicating 71:1 180:10

communication 27:20 31:16 32:10, 11 68:23 71:24 102:8 106:15 110:24 180:1,2,5 188:11

communications 70:18 112:8

communities 73:3

community 65:24 96:11 187:13 205:20

companies 37:17 38:12 49:2

company 25:6,8,9, 21 36:6,8 37:25 38:8 44:6 45:11 151:14 170:11 209:16,22

compensation 217:2

complaint 196:17

complete 34:22,23 118:25 119:4

completed 35:9

completely 65:7 87:24 140:16 196:19 253:4

completion 32:7

compliance 171:7

component 191:9, 15

compound 84:12

compromise 183:6

Computation 223:14

computer 20:24 21:5 44:18 134:23 157:17,18,24,25 231:24,25 232:2

computers 230:22 231:23

concerned 89:8 165:2,3 240:13

concession 183:11

concluded 255:18

concurrent 115:12

conditions 47:3

conduct 224:4,7

conducting 119:1

confer 102:22 117:4

conference 48:9 82:2 96:14 100:3,4 119:23 124:1 146:5 151:14 187:8,21 188:6,10,18 189:6 190:20,22 191:8,18 203:17 205:9 207:2, 5 208:11,14 215:21 219:19,20 220:1,6, 10,19 226:9 243:25 244:1 246:15,16 251:16

conferences 40:4,5 81:21 82:1 86:13 113:10 187:16 190:24 191:23 192:13

confided 198:21

confidential 7:4 11:21 29:17

confirmed 5:22 246:3

conflating 159:23

confused 48:17

confusing 179:23

confusion 163:22, 23

congratulate 120:18

connected 8:4 36:5 79:3

connection 37:24 117:22 118:6,7 124:1 232:6

connections 204:23

consideration 171:13

considered 192:18 193:20

consistent 171:4

constant 142:21

constraints 7:2 11:6

construction 54:22

consulting 45:4,5

consume 15:21

consumed 67:25

contact 77:18 91:14,19,25 92:2,3,4 93:1 94:8 97:15 98:2 99:2,17 110:1 113:24 139:8,19,23 140:5 143:3,6,7 187:16 192:5 234:18 245:22 246:14

contacted 90:11 112:15 234:9

contacts 96:12 203:20 226:7

content 150:2 180:23,24 181:4,20 212:24 224:9

context 198:16,18 199:24

continuation 245:24

continue 6:18 54:4, 6 63:25 118:22 164:11 176:24 177:20 183:22 209:12

continued 6:16 82:25 106:15 164:7 199:18 224:18

continues 176:21

contract 142:8 208:1

contracted 123:20 187:7,19,21 193:1

contracts 23:21,23 208:19

contribute 136:20 241:4

contributed 61:22

contribution 142:10

control 39:22 61:2

conversation 9:23 87:8 90:9 111:3,5 124:4 139:3,11 140:12 143:8 169:24 170:3 181:3 194:10 196:21 197:25 199:6,7,15,18 200:25 201:10,12 220:16 235:7 242:1 246:23 247:7

conversations 22:15 70:20 87:10 122:13 194:23 199:3 235:16 236:1

cool 243:16

coolers 95:15,17,19

cooperative 6:5,22

coordinated 40:14, 18,22

coordinating 94:21

coordination 144:21

copied 197:14,18

copies 99:22 157:5 173:25 253:15

copy 156:15 157:20 165:7 252:9,11,22 253:12

core 109:12

Corey 5:12 24:1,4 70:19 71:18,19 74:14 91:4 92:6 93:14 95:23 96:18 98:9 99:18 103:25 105:14,21 106:3,10 112:3 117:24 119:15 120:2 133:16 140:21,22 141:2 142:11 147:10 151:14 168:9 179:23 180:2,7,10,24 181:5, 7 183:2,3,4,5,7,9,17 190:16,19 192:3 193:9,10,12 195:1,9 196:22,24 197:25 199:20 200:17 203:6 207:17 210:25 213:6 219:2,4,7,10,20 220:1,16,18,19 226:24 234:22 235:7,22 236:2,21 239:4 240:1 241:12, 21 242:7 243:1 245:16,22 246:13, 23,24 247:3,4,10 250:4,10,15,16 251:7

Corey's 92:7,10 112:5 192:2 218:20, 21,23 219:11 250:13

Corinne 13:18

correct 11:6,7 12:8 15:5,6 18:17 21:16, 17,19,20 25:20 28:2, 3 30:6,9 38:22 43:19 48:23,24 60:5,6 62:13 63:8 67:13 69:6 73:21 76:21,22 79:4 82:10,11,15 85:17 86:11 90:20, 21 91:20,21,23 93:5, 8,10 97:11,16,17,21, 22,24,25 98:7,8

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

115:8 128:21 137:13,14,19 143:13,14 144:5,6 150:18,19,24 161:14,19 164:25 167:24,25 168:16 170:5 171:17,20 172:1,16,19,25 175:6,7,9,14,17 182:21,22 183:25 184:3,4,6,7,10,11,17,20 188:23 189:9,13 192:14 202:20 203:23 204:1,12,20,24 205:13,14,17,21 206:3 207:5 208:21 209:25 210:1,4 211:4,5,8,9 214:20 215:5,8,21 220:6,12 221:7,20,23 222:1 226:22 233:18 234:19,23,24 235:2 239:15 240:21,23 244:5 252:21

**corrections** 252:7

**Corrupt** 39:13

**Cory** 113:7

**Cosmic** 70:22 79:6, 20,21 81:2,4,8 104:19 122:22 123:1 144:9 145:1

**Costa** 136:10

**costs** 178:19

**counsel** 5:9 17:4 18:5,23 22:12 29:17, 23 30:13,19,21,25 46:24 47:8,19 48:1,6 114:16,20 115:11 118:16,18 147:19 155:16 156:18 158:14 160:12 162:6 165:5 174:12 186:1, 2 248:1

**count** 81:14 82:14 194:18

**counter-defendants** 86:17

**countries** 87:25

**country** 88:8 204:20

**Counts** 125:8 194:10

**county** 51:14 54:23, 24 57:13 65:16 66:11 70:13 73:7,9, 10

**county's** 146:10

**couple** 8:3 9:9 20:22 21:11,19 26:19 35:4,5 60:3 101:22 112:12,13 122:8 133:5 148:15 180:9 183:23 222:18 238:4 239:16 243:2 251:24

**court** 5:22,24 7:14, 20 9:13 30:23 46:25 136:14 137:5,7,12 159:20 160:2,3,20 165:3,20 169:7 222:4 252:3

**courtesy** 228:24

**cover** 23:22

**COVID** 209:20 226:22,24

**crazy** 158:13

**create** 40:6 49:18 60:18,19,21 96:13 147:8 241:1 242:11

**created** 37:11 40:25 66:3 105:23 145:25 147:2,18 181:5,20 183:5,14,20 184:3,9, 10 189:16 191:2,7, 13,16 194:15,16 197:13

**creating** 40:4 87:9 96:10 109:2 191:14

**creation** 84:9 190:18

**credit** 75:21,25 76:2,6

**cried** 95:22

**criticism** 94:10

**crop** 58:4 60:11 63:24 66:1 169:13, 20,22 170:4 171:20, 23 180:25 196:19

**crops** 69:3,5

**Cross-talk** 155:12

**crowd** 82:19

**cultivation** 170:20 171:6

**cup** 111:8

**current** 47:2 104:24 180:4 236:2

**cut** 63:14,19,22,23

**cutting** 237:12

**cyber** 219:14

## D

**D.C.** 88:16,21 105:24 145:13

**dabbling** 68:2

**damages** 223:14 224:3,13,20,23 225:2,11,13,14 227:6

**dance** 96:5 141:12

**dark** 136:19,21 182:19 190:9

**dash** 149:19,21

**date** 5:4 14:10,13 98:24 101:21 136:1 168:10 178:12 186:20,21,22 189:8 210:17 211:3 243:7, 10 244:3,21 245:2

**dated** 181:18 249:12

**dates** 17:12 203:19, 23 241:11,12,18,19, 22 242:2 243:9

**daughter** 12:24

**David** 103:25 113:7 123:14,20,22 127:10,11,19,22

187:8,9,10,19 188:7, 17 192:22,25 203:7 207:17 213:17 218:18,19,21,23 219:24,25 220:9,14, 15,20 226:10 240:5 241:2,12,21 244:14, 25 251:15,19,21

**David's** 240:6

**Davis** 117:20,23 118:6,14 119:12,15, 18

**day** 10:24 44:23 83:3 99:7 101:1 125:14 144:24

**day/night** 241:2

**days** 58:4,14 122:9 129:15 142:17 143:12 146:22 202:20 238:4 239:17

**dba** 36:10,12 38:10

**deactivate** 26:18 28:13

**deactivated** 26:15 28:10

**deal** 47:16 57:13 113:6 157:10 180:6 196:15

**dealings** 181:11

**deals** 107:9 182:6

**dealt** 194:11

**dear** 14:22 87:14

**debt** 182:3

**December** 70:20 136:5 170:17 171:16 181:18 215:4

**decide** 55:5 135:10

**decided** 97:20 145:21 146:15,19 151:6 180:13 191:5 198:13 209:15 211:20 227:12

**decision** 55:5 211:21 221:3,4

245:18 251:19

**decisions** 141:3 209:17 218:17

**decline** 7:6 143:19

**declined** 6:7 143:21,23 149:24 245:19 246:15

**declining** 143:24 244:20

**Deep** 39:5,7,9,10 73:20,24 74:1,3 75:1,14,15 76:6,15

**Deer** 40:15 41:1

**defaulting** 236:2

**Defendant** 224:2,5, 7,12,15,19,20

**defendants** 7:1 156:4

**defending** 94:11

**deficiency** 252:1

**deficit** 182:2

**define** 74:6,8

**definition** 84:13

**degree** 32:5

**delayed** 157:10

**delete** 27:16 234:6

**deleted** 28:8

**delivered** 249:20,21

**delivering** 91:16

**delivery** 139:16

**demand** 109:14

**denied** 190:17

**Department** 171:8, 12

**depending** 59:13 100:22 242:15

**depends** 85:5 101:1

**depleted** 169:17

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Index: deponent..DJ

**deponent** 5:15,21 35:6 36:7 74:16 77:14 115:16 116:3, 12 130:4 156:17 166:22 169:6,9 179:5 200:8 221:1 232:25 233:12,24 236:9 237:10,14 238:17,20 252:5 253:25 254:3

**deposed** 9:7 15:4

**deposit** 151:20

**deposition** 6:6,8, 19,21,24 7:3,11 11:14,21 12:1,4 17:15 18:1 20:15 22:14,20 46:12,19, 20 74:20 101:23 102:21 115:22 116:23 118:25 119:5 155:14,17 159:23 162:7,8,24 163:10 164:12 180:10 186:1 228:8 229:3,6 236:21 253:25 254:15 255:18

**depositions** 7:12 14:3

**deposits** 151:20

**derivatives** 170:24

**derived** 170:22

**describe** 119:4

**description** 174:1

**Desert** 91:15,20,25 92:3,4 93:1 94:9 97:15 98:2 99:2 110:2 139:8,23 140:5 143:4,6,7 187:16 192:5

**design** 31:16 32:9, 10,11,12 35:16 37:21 38:1 44:17 90:13

**designated** 29:17 63:4

**designating** 7:3

**designed** 139:9 191:7

**designer** 44:4

**designs** 91:15

**Desouza** 114:9,12, 24 115:1 116:11 117:10

**destroy** 27:17 53:12 55:6 58:4,10,13

**destroyed** 28:4 53:6,7,10 54:15 56:15 58:16 62:21 65:3,7

**detailed** 251:2

**detailing** 150:16

**details** 41:22 101:2, 25 106:4 122:19 144:20 235:11

**deteriorating** 144:2

**determine** 169:14

**determined** 169:3, 12

**develop** 70:22 171:9

**development** 224:11

**Devon** 59:25 248:7

**diagrams** 146:13

**dialogue** 11:25

**diary** 197:17

**dictates** 169:16

**die** 231:11

**died** 103:9,10 127:23

**Diego** 22:20 93:19

**diet** 122:12,14

**difference** 17:17 18:20 85:14 115:19

**differentiate** 76:1

**differentiation**

85:12

**difficult** 15:15,18 62:5 188:25

**difficulty** 187:17

**Dimensions** 40:7,9 97:8 120:17 132:25 145:10 146:2,3 180:14,17 183:15,24 184:5,8,14,16,21,24 185:2 186:19 187:6, 25 188:14,17 189:12 191:4 192:20 193:15 194:5,6,15,17,18 206:14,21 208:3 209:13,14,24 211:6, 12,15 214:18 215:20,22,24 217:13,19 224:4,14, 16,18 230:9 243:20, 23

**dimensionsofdiscl osure.com** 189:16 208:24

**ding** 54:23

**dinging** 237:16,21

**direct** 111:3 112:7 113:18,24 203:20 224:6 234:18

**direction** 56:3 68:13 106:1,7,23 107:18

**directional** 146:25

**directives** 140:20

**directly** 113:9 114:22 118:14 119:21,22 120:4,13, 16 121:3,6,22,25 122:1 123:18,20 124:15 125:10,13,25 126:3,7,10 127:3,11 128:15 130:23 131:1,9,14,20 138:24 140:13 180:11 252:4

**director** 42:17 44:5, 12 204:7 208:15

**directs** 171:8

**disagree** 7:5 228:17

**disappear** 232:1

**disappointed** 179:24

**disbelief** 121:17

**disclosed** 109:22

**disclosure** 36:11, 18,19 37:4,19 40:7, 10 42:14 86:20,21 87:1,13 88:23 89:7, 11,23,25 90:6 93:2, 14,22 97:7,8,10,14, 19 98:3,6 102:25 103:2,11 106:11 108:5,8,9 112:5,21 119:13,23 120:17 126:11,19,22 132:7, 23,25 140:7,10 142:12,15,22 143:9, 10,13 144:3,8 145:11 146:3 180:14,17 183:15, 17,19,24 184:2,6,8, 9,15,16,19,22,24 185:3,5 186:19 187:6,25 188:14,17 189:13 191:4 192:19,20 193:15 194:5,7,15,17,19 206:14,21 208:2,3, 12 209:13,14,25 210:16 211:7,12,15 214:19 215:20,23,24 217:13,19 224:5,15, 16,19 230:9 243:20, 23,24

**Disclosurefest** 108:3 126:12,17,21, 23 127:5 199:9

**disclosures** 109:23 223:13

**discounted** 190:11, 14,16

**discovered** 202:23

**discovery** 6:17 22:24 23:6,9,18 26:21 46:11 74:19

**directs** 171:8

**directs** 171:8

**directs** 171:8

**disrespected** 196:1

**directs** 171:8

**directs** 171:8

99:21 112:17 142:10 187:2 193:11 226:16

**discuss** 139:15 140:2 164:7 235:8

**discussed** 129:16 131:3 140:7 152:10 193:8 194:22 229:24 232:13 241:17

**discussing** 14:2 71:8 148:17

**discussion** 121:9, 12,17 148:7 173:13 241:14,15 242:4

**discussion.'** 179:25

**discussions** 122:11 131:24 198:2 201:3 235:9

**disease** 56:9

**diseased** 53:17,20

**disheartening** 57:14

**dismantled** 99:19

**display** 155:22 157:17,24

**dispute** 6:17 159:17 189:7 205:1

**disrespected** 196:1

**dissension** 106:2

**dissolving** 200:1

**distracted** 94:11,13

**distraction** 94:14

**distress** 224:21 227:6

**distributed** 76:16 77:15

**distribution** 60:20 70:24 71:6 180:8

**divorces** 16:14,15

**divulging** 10:20

**DJ** 44:10,13

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

**doctor's** 102:11

**document** 20:25 123:2 154:17,20,25 155:3 156:1,4,11,22 157:22 160:15 163:3 164:6 166:10 167:7, 17,18 168:4 170:13 174:1 197:18 206:12 207:22 208:17 210:12,22 227:11 239:1 246:20 248:4 249:1,4 250:1 251:12

**documentaries** 73:13,14,17 78:15 79:6 84:11,15,18,21 86:10,13 106:19 109:6 114:14

**documentary** 73:12 76:9 77:10,24 78:2 101:14 104:3 145:7

**documentation** 188:13

**documented** 72:20 251:7

**documents** 22:21 23:2,10,14 26:21 27:5 28:4 142:5 146:13 152:9,18,25 153:7 155:8,20 156:7 160:11 163:19 164:6,7 165:6 173:20 183:4 187:2 208:16 222:18 229:1,7 238:1,4,15 247:20

**Dod** 82:4,8 110:23 113:14,15,23 114:15 121:14 123:21 124:13 125:14 129:10 131:15 145:15 150:20 151:17 152:1 180:23 181:20 183:5,10,15 190:17,24 191:1,6, 23 192:13 193:4,8, 21 195:1,11 204:24 205:21 208:13 212:8 220:5 226:23 235:18

236:22,25 241:5,8 243:16 245:19

**Dod18** 202:19 205:13

**Dod19** 194:21 196:18 204:1,10,19, 24 225:23 243:17

**Dod20** 226:21

**Dod2018** 201:23 216:1 217:1

**Dod2019** 216:2 226:16 235:23 244:15

**Dod2020** 194:22

**dogs** 59:8

**domain** 208:23

**door** 71:24 89:3 92:23 166:6 179:25

**doors** 92:21

**dot** 240:24,25

**doubt** 201:10 238:3

**download** 152:25 157:8,9 199:13

**downloadable** 252:12

**doxing** 187:14 219:4,5 220:17 247:2,3 250:5

**drafting** 181:16

**dragged** 136:22

**drama** 199:13 220:11

**draw** 147:12,16

**driver's** 29:18

**driving** 44:22

**dropped** 222:25

**drugs** 15:14,21 16:3

**due** 224:3,13

**dug** 146:16

**DUI** 20:3

**duly** 8:12

**dumbfounded** 197:24

**duties** 92:13 93:2 144:17 145:15 149:1 150:13

**duty** 23:9 92:22,24 165:21

**dwellings** 12:20

**dying** 53:18

**E**

**E-TOWN** 149:17,21 150:7

**E-TRANS** 253:14

**earlier** 26:22 34:16 36:3 58:25 59:18 60:13 72:25 73:12 118:15 136:12 163:25 171:24 175:3 176:8 186:24 194:4 207:5 220:4 221:22 226:21 227:2 235:1 240:21 248:12,19

**early** 47:16 103:12 105:13 127:25 138:23 147:7 198:21 230:21 232:10

**earth** 54:20 242:14

**easier** 158:6

**eastern** 33:14 34:5

**easy** 31:2 45:15 95:1 132:18

**eat** 145:24

**ECETI** 110:20,21

**Eclipse** 40:10 42:14 93:13,22 97:7,10,14, 19 98:3,6 102:25 103:2,10 112:5,21 119:13,22 132:7,22 140:7,10 142:12,15, 22 143:9,10,13

144:3,7 192:19

**Edge** 207:24 208:2, 10

**edit** 253:5

**editing** 135:17

**editor** 123:7

**educated** 35:20

**educating** 44:19

**education** 32:15 44:23

**effect** 60:14 172:1

**Eisenhower** 80:13 126:25

**elder** 40:16

**Election** 39:11

**elephant** 149:21

**Elizabeth** 120:10,16

**Elliott** 5:8,22 7:24 19:4 161:4 163:15 165:3,21,22 238:13 254:7

**else's** 198:5 250:9

**email** 23:25 24:2,4, 18 104:22 105:2 108:18 117:4 138:10 152:17,24 157:12, 18,24 168:5,10,14, 15,21 202:9,13,19 203:20 212:15 237:6 240:21 244:24 247:21 252:5,15,20 255:3,5,6

**emailangelgmp. production@** 24:5

**emails** 23:21,25 28:8

**emergency** 54:24 55:1,2 56:13 60:14 72:1

**Emery** 131:11

**emotional** 224:21 227:6

**emphasis** 94:15

**emphasize** 247:8 250:13

**emphasizing** 246:25

**employed** 43:10

**encompassing** 176:9

**end** 35:18 53:22 55:17 56:17 64:20 70:20 79:10 83:2 88:22 105:22 126:4 133:6 143:25 144:4 145:12 146:24 228:8 230:18 235:14 249:14 250:12 253:5 254:18

**endeavor** 69:2 71:11

**endeavors** 192:11

**ended** 40:24 89:17, 18

**ending** 166:17 167:5,15 168:1 172:10,22 190:5 195:18 202:5,8 203:1 204:4 206:9, 24 207:11,15 208:5 245:6

**ends** 45:3

**energies** 151:9

**energy** 44:14 86:24, 25 87:13,22 88:4,22 89:12,16 107:24 203:12,14 241:4

**engaged** 134:7

**engagement** 92:7

**engagements** 139:22

**engine** 186:5,18

**engineers** 203:10

**enlarge** 152:15

**ensure** 146:14

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

entail 78:17

entered 167:20

Enterprise 5:13

entertaining 85:8

entertainment 84:6,8,16,17 85:4,8, 13,15 86:2 106:8,11, 12 107:6,11 108:6

entire 87:21,23 104:3 136:25 143:10,25 144:23 146:21 182:8 214:19 228:18

entirety 65:6 155:25

entity 37:4 187:25 188:3 218:20 219:12,17

envisioned 191:7

Eow 180:24

Eow's 180:7

epilepsy 66:1,5

equine 41:3

erect 63:18

erected 61:6

Erica 128:5

errata 252:6

Escobar 113:4

Essa 129:11

essence 109:12

Esser 232:20

established 198:21 224:11

estimate 17:3,18 18:20 252:23 253:22

estimated 224:17, 23

estimates 17:1 18:13 224:12

estimating 62:19

Ethnic 215:2

Europe 203:14

evening 238:1

event 40:25 41:9,11 42:10,13,20 43:5,15 49:2 75:12 82:15 83:3 88:15,23,24,25 93:12,13,21,23 94:1, 4,7,15,21 95:9,24,25 98:24 99:7 100:9,12 105:23 106:25 108:1,10 120:19 140:1,3,12,17 141:13 144:15,18,21 145:2,18,23 148:20, 23 149:1,10 150:22 151:4,8,11 183:16 189:1,17 191:4 204:18 214:19 215:8 224:5 226:23 241:1, 7 242:3 243:15

events 40:11 41:6 42:6,8 43:11,13,16, 23 83:19 94:5 105:21 106:20 107:4 120:6 144:4 145:19 147:8,10,11,18 204:11,24 205:21 208:15 209:21 243:14

Events/producer 204:7

eventually 45:8 60:19 88:16 133:25 134:11 141:2

Everhart 123:14

everybody's 7:21

everyone's 92:16

evidence 244:18

ex-fbi 114:13

ex-husband 14:5

exact 17:2,12 18:22

EXAMINATION 8:14

examined 8:12

exchange 59:11,16 175:6

exchanged 132:13

excited 89:3 242:7

exciting 68:21

excuse 14:12 97:6

excuses 197:1

execution 204:19

exhibit 81:16 152:23 155:24,25 156:18,19 157:10 159:25 165:6,8 166:2 173:18 178:9 179:1,6 189:23 190:1 202:5 206:6 207:20 210:6,10,20 211:25 212:5,13 213:23 222:15,24 223:3,11 238:14 244:7,23 245:4 246:18 247:24 249:7 251:9,10

exhibits 5:7 161:19 162:15,16 165:23

exist 56:15 191:7

existed 199:3

existing 63:15,16, 24 175:10

expect 243:15

expectations 242:9

expense 229:6

expenses 169:2

experience 68:2,16 69:24 94:17 96:10 191:11 195:25 203:11 243:18,22 248:10

experiences 68:12

experiencing 197:23

experiment 65:14, 15 70:4,11

expert 35:22 36:2 68:7,18 248:18

experts 65:20 66:9 68:6 248:19

expired 209:9

explain 17:17 85:6 87:15 151:1

explaining 248:10

Expo 187:16

expressed 180:11 181:3

extended 181:7 191:12

extent 21:24 22:8 69:24

extra 145:22,23

extracts 170:24

extremely 55:14 87:3

eyes 66:6 197:21,22 198:5

F

F-I-L-M-S 25:5

F-O-O-L 26:5

face 119:4 253:24

Facebook 26:14 27:6,7,9 28:10,13

fact 54:17 133:16 140:9 193:7,9,10 197:24 199:4 201:4 232:13 241:25 243:16

factions 39:13

facts 57:19 85:10,12

factual 85:9

failed 196:19

failure 196:6

fair 106:17 183:6

fairness 190:19

fall 18:24

false 83:22

familiar 101:25 239:6

familiarized 20:16

family 14:19 28:23 31:8 135:25 142:16, 20 143:11 196:1,11

fantastic 96:18 242:10

far-reaching 187:23

farm 51:20 53:8 59:1 69:8,20,22 170:19, 22 171:5 236:13,25

farmers 42:4

farming 49:5,11,13 68:10,15 171:9

fast 96:22 154:7 169:11 219:21

faster 81:14

fastest 153:6,11,13

father 14:6

fathers 88:3

fault 174:10

favorite 199:22

FDC 181:5 191:2

features 203:4,13

February 87:7 89:21 138:23 168:11,22 172:11

federal 17:23,24 171:7,9

fee 193:14 235:18, 21,22

feedback 7:8

feel 28:18 136:5 240:3

feeling 250:10

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

**feelings** 107:20

**feels** 111:1 183:5,17

**feet** 63:16,17,18 242:14

**felt** 181:23 218:19 245:11 250:7

**FEMALE** 134:22 212:1,6

**fiction** 85:13

**fight** 136:21

**figure** 137:2 153:6

**figuring** 167:21

**file** 154:18 173:22,23 174:1 210:17 223:1 247:17,20 255:4

**filed** 27:15 114:4,7 121:8,16 133:16 184:15,18,22 185:2, 6 188:22 189:11 195:2,14 211:7,11 218:12

**files** 154:7

**filing** 28:5 117:10 119:19 120:8,24 186:20,21,22 189:8 255:1

**fill-in** 44:13

**filled** 90:5,11

**film** 25:9 36:5 37:11, 12 74:4,13 75:23 77:15 79:10

**filmer** 55:24

**filming** 101:9,12

**filmmaker** 38:18 40:1

**filmmaking** 49:2

**films** 25:2,5 36:5 38:19 40:2,3 106:20 107:2 109:7 114:14

**final** 33:21 82:25

**finalized** 188:15

**finally** 137:3

**finances** 46:16,23 74:18 236:19

**financial** 46:11 47:2 191:3,12 219:18 236:1

**financially** 191:9,10

**find** 65:22 68:7,11, 18 76:14 90:3 99:20 115:12 149:2,6 217:18 232:7 243:8

**finding** 71:25 98:2 141:14 150:8,14

**finds** 242:16

**fine** 17:2 19:1 48:3, 21 74:21 75:7 107:19 111:11 116:9 139:12 154:16 158:7 164:1 174:16 193:17 212:17 245:3 253:23

**fingertips** 226:17

**finish** 9:17,19 18:5 24:16 118:10,15,17 119:6,7,10 227:18

**finishes** 58:24 160:23

**fired** 20:7

**fit** 241:20

**five-day** 140:1

**five-minute** 111:10

**fleet** 136:19

**flew** 22:19

**floating** 20:22

**flow** 144:23 146:19

**flurry** 187:12

**fly** 246:2

**focus** 109:21 179:10,14 180:19 189:4,5,20 191:21 197:6 198:7 202:8 206:23 208:4 223:12

**focused** 151:9,10

**focusing** 223:16

**folded** 103:12

**follow** 91:3 132:18

**food** 44:9 49:7 59:9 62:24 63:5,8 88:2 144:23

**Fool** 26:5

**force** 136:19,21

**foreclosed** 236:13

**forensic** 246:12

**Forester** 246:7,8,12

**Forester's** 246:13

**forget** 81:7

**forgot** 41:2 81:6

**form** 90:6,10,12 108:17 137:21 225:15 227:8,9

**forma** 167:20

**formal** 35:18 181:9

**formas** 60:24

**formulas** 33:18,19

**Fort** 40:15

**forte** 219:16

**fortunate** 64:4

**forward** 87:11 89:7 157:4 160:9 225:6

**foster** 177:16

**found** 57:17 96:1,4 102:4 134:11 140:14,15 141:5,11, 12 144:19 145:17,18 148:21 149:4,7 197:19 217:13,14,15 218:1

**foundation** 51:24 103:16 203:15 204:13 205:6,23 217:16,21 221:9 237:3

**foyer** 196:23

**frame** 97:6 98:1

**free** 78:13 86:24,25 87:13,22 88:4,22 89:12,16 194:12 213:5

**freelance** 86:9,10, 12

**French** 91:6

**freshly** 141:17

**friend** 14:18,22 100:17 124:19,20

**fringes** 106:13

**front** 5:20 7:7 10:3 156:12 165:24 179:6 187:5 210:11

**frozen** 151:22 193:19

**full** 36:11,17,18 37:4,18 44:2 86:20, 21 87:1 89:23,25 90:6 93:2 126:19,22 183:16,19 184:2,9, 19 185:5 191:2 208:1,11 210:15 219:18

**fully** 63:11

**function** 63:11

**functional** 63:11

**fund** 136:20

**funding** 61:9 181:4

**funds** 147:13 151:19,21 169:17

**funeral** 15:1

**funky** 95:18

**funny** 197:9

**future** 120:20

**Fw_your** 212:8

_____

**G**
_____

**Gaia** 112:6

**game** 56:5

**garbage** 146:16 147:1

**garbled** 17:8 19:13 45:18 48:19 164:18 250:21

**garden** 69:19

**gardens** 59:9 63:5 88:2

**Gary** 130:19,20

**gather** 23:2 68:24

**gathering** 26:21 40:25 49:21 63:5

**gave** 12:3,10 94:18 113:6 118:25 145:21 171:15 191:11 193:4 194:18 211:18,19 213:9,11 255:9

**geared** 109:10

**general** 87:19 96:2

**gentleman** 215:14 246:7

**gentlemen** 177:13

**geologists** 203:10

**Gerald** 144:21

**GES** 179:3 223:3

**GES_RICHARD** 179:13

**GES_RICHARDS_ 0000252** 206:10

**GES_RICHARDS_ 000109** 202:6

**get all** 150:4

**give** 17:3,15,18 18:12,23,25 21:2 22:20 29:19,24 30:2, 17,19 41:19 58:24 71:15,17 82:3 102:18 152:24 179:8 181:5 197:7 198:16 227:25 228:23 229:3 236:24 237:14 247:17,19 255:8

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

**giving** 17:10 57:2 84:2

**glad** 138:3,4,5

**gladly** 22:11

**Gmail** 25:11 212:8

**Gmail.com** 105:5

**GMP.PRODUCT-** 24:8

**gmp.production.** 204:8

**goal** 88:19

**goats** 59:8

**golf** 112:22

**good** 5:21 7:14,21 8:6 18:1 20:17 47:6 56:21 62:19 95:20 96:12 143:15 189:19 191:11 201:21 205:12 218:25 221:16 243:13 252:10

**Goode** 5:12 24:2,4 27:11 55:16 70:19 71:19 74:14 83:16, 17 91:4 92:6,20 94:9 99:4 103:25 104:15, 17 112:3 113:7,25 119:14,15 136:16 138:20 139:20 140:7,18,21 141:2,6 142:13,21,24 143:2, 3,6,10 150:21 151:2, 3,5 181:12 182:9,11 184:17 187:12,18 192:12 193:3,9,14, 21 195:3 196:16,17 200:11,13,17,21 201:4 203:6 204:7, 10,17 205:15 207:17 211:10 213:20 215:7 217:12,18 218:14,16 220:1,11,16,17,18, 19 226:25 230:8,12 232:18 233:10,16 234:3,7,17,19,20 235:2 246:23 250:15 251:7

**Goode's** 120:2 213:14 250:16

**Goodes** 146:20 196:18

**goodness** 165:21

**Google** 90:4

**Gotcha** 175:21

**government** 39:13

**GPR** 242:4,6,9,11 246:9,11

**Graham** 122:20,24 123:5,8 246:10

**grandchildren** 87:20

**grandmother** 40:16

**Grandmothers** 40:17 41:1

**graph** 206:20

**graphic** 32:12 35:16 38:1 44:4,17 90:13 107:10

**grave** 137:4

**gray** 177:17

**great** 47:6,15 64:15 70:12 92:9 100:2 107:21 111:13 113:6 212:17 242:20

**green** 51:21 242:23, 24

**greenhouse** 61:6 62:25 63:11,13,15, 17,21,25 64:2,5,11 169:24 175:11

**greenhouses** 63:6, 12,15 175:9,12

**grew** 51:1,4 53:25

**ground** 9:10 242:4, 13,16

**group** 60:22 61:13 71:10,18 72:2 86:23 87:9 88:14,18 89:2, 4,14,22 90:17,19,23

91:2,3,9,11,12,17 92:8 93:6,25 99:12, 16,18,19,20,23 103:8 105:3 106:4, 13,18 107:12 133:9, 19 141:21 145:2 151:3,4 169:20 171:22 191:5 200:3 219:10 231:3 234:21

**groupies** 120:2

**grouping** 141:8 225:8

**groups** 233:9,10,15 234:3

**grow** 49:7 50:25 51:4,12 52:16 54:17 64:9 65:15,16,17,24 68:4,5,24 70:6 71:3, 7 88:2 167:8 169:15 172:8 175:19,20 178:5 196:4,6

**growers** 57:9

**growing** 52:19,22, 25 53:25 54:24 55:6, 11,18 57:10,12,23 58:3 66:2,22,25 67:23 68:3,14 69:5 70:8,13,21 71:9 166:15 169:20,23 170:1

**grown** 50:18 52:13 53:4 70:5

**growth** 53:22

**guarded** 92:21

**guards** 92:23

**guess** 17:17 18:20 21:11 69:13 80:24 84:9 133:6 134:3 162:10 164:15 181:25 204:21 222:2 225:9

**guesses** 18:13

**guest** 83:16

**guidance** 191:18

**guidelines** 180:2,3

**guise** 88:17

**guru** 200:22 201:8

**gurus** 200:19

**guys** 17:5 56:15 58:17 68:7 100:14, 19 101:3,13 111:8,9 132:10,22 144:5 147:23 160:20 171:15 178:5 185:15 223:7 238:14 247:20

---

**H**

**H-O-U-S-E** 25:4

**H.r.2** 170:18

**hair** 91:5 177:17

**half** 16:1

**hall** 96:5 141:12

**hallucinogenic** 49:18

**hallway** 48:12,20

**halt** 245:15

**Hancock** 246:10

**hand** 137:16 194:13 248:7

**handed** 156:17 164:10 204:10

**handing** 141:3

**handle** 26:4,7,16

**handling** 5:7 108:5

**hands-off** 150:23

**Hang** 38:5 167:18

**happen** 56:5 66:14 88:13 96:3,20 101:24 139:1 147:13 149:8 150:10 151:20 196:21 245:14

**happened** 53:3 54:10,16 55:18 58:14 71:22 88:10, 17 90:11 94:12 98:12,19 99:1

**happening** 55:8 65:19 92:18 93:24 94:3,8 140:11,13 141:16 149:14 187:11 188:8 189:1 204:1 219:12,23 235:5

**happy** 13:4 79:9 102:22 178:13 231:14 240:1,2

**harassed** 195:16

**hard** 26:23 47:25 48:17 56:21 65:22 68:7 76:13 107:20 143:21 166:23 173:24 179:11 253:7

**hay** 63:3,10 68:14

**head** 9:13 35:6 36:7 77:14 233:12

**heading** 106:19

**headline** 192:16,17

**headliner** 123:21 187:8 188:18 192:19,20 219:25 220:2 245:12 246:2, 3

**heads** 202:19

**healing** 203:4,13

**hear** 6:9 14:12 22:15 54:5 198:25

**heard** 27:17 28:1 67:15,17 89:22 90:2 114:3 116:11 137:8, 12,19 164:4 196:25 219:6

**hearing** 6:13,14 232:22

**heart** 87:3,14 88:6

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

**held** 73:3 96:5 106:5 109:2,5 144:1 148:7 156:24 173:13

**helped** 40:11 103:6 121:14 190:24 191:23,24

**helpful** 104:20

**helping** 59:16

**hemp** 52:13,16,19, 25 53:3 54:15,17,24 55:11 57:10,12,17 60:11 61:15 62:3,17, 21 63:7 64:8,23 65:3,15,17,21 66:18, 22,25 68:1,3,4,5,8, 22 70:3,5,7,12,15 71:2,3,7,10 72:1 152:10 166:15 167:8 168:18 169:2,23,25 170:5,6,19,23 171:6, 9,16,20 172:3,8 175:9,22 180:25 182:1 196:4,6 243:11 248:9 249:12

**hemp-** 170:21

**hemp-derived** 170:25 171:3

**herbal** 33:19

**herbalist** 33:4,16 34:19

**hey** 71:4 92:8 98:10 141:8 201:20 212:1 218:14

**high** 44:13

**higher** 193:1

**Hills** 28:24

**Hindu** 34:6

**hire** 61:3 75:3,9 76:1

**hired** 75:11,14

**history** 230:23

**hit** 148:15 185:18

**hold** 27:12 28:1 57:8 93:15 114:18 137:17 154:2 156:23 169:4

223:2 226:21,23 237:2

**holding** 96:3

**Hollywood** 107:9

**home** 45:8,14,21,25 46:9 47:11,12,14,15

**honest** 16:24 72:14

**honestly** 80:14 91:7 197:9 209:10 219:1

**honor** 148:23 149:10

**hope** 150:10

**hoping** 225:18

**horrendous** 123:3

**horrified** 95:4

**horse** 40:23

**horseback** 40:15

**horses** 59:6,8

**host** 92:5,10,12,24 126:12 139:21,23 151:10 192:12,15,16 224:16

**hosted** 49:21 50:7, 15

**hosts** 208:3

**hot** 63:1 95:11

**hotel** 44:5,7 45:11 196:23 199:11

**hotels** 44:7

**hour** 135:16 214:5

**hours** 11:4 26:23 59:12 141:11 181:16 222:9 228:1 229:2

**house** 12:15,18,19 25:2,4 36:5,13,21,25 37:8,18 45:9 142:14, 18 143:11 168:18 199:14 236:19

**houses** 169:2,23

**hub** 69:2

**huge** 84:8

**huh-uh** 9:12 123:13 207:9

**humanity** 87:19 88:4

**hunch** 218:25

**Hundreds** 26:23

**hung** 127:5

**Hungry** 86:15

**husband** 12:15 14:3,6 22:18 52:3 53:8 55:23 57:15 62:3 69:5 119:16 167:10 177:18 181:23 196:5,12,13, 21,25 199:16 242:4

**husband's** 51:19

**husbands** 198:25

---

**I**

---

**Icke** 123:20 127:10, 12,13,16 187:8,9,10, 19 188:7,17 193:2 218:18,19,21,23 219:24 220:9,15,20 240:5 244:14,20,25 251:15,16,21

**Icke's** 123:22 219:25 251:21

**icloud.com.** 24:6

**Iconic** 127:15

**idea** 11:9 18:2 48:1 70:14,17 74:11,25 76:8,11 77:9,13 78:1,6 95:25 134:4 136:25 171:15 190:19 201:20 205:24 219:5 236:20,22 242:18 252:10

**ideas** 107:23

**identify** 173:20,25

**II-B** 170:15

**illegal** 54:17 57:17 58:2,3 68:4

**Illinois** 28:23,25 42:18 43:17

**image** 194:12

**images** 242:12

**imagine** 142:3

**immediately** 71:3 72:4 95:21

**impeding** 163:10

**impetus** 188:16

**implemented** 96:14

**important** 7:15 95:8 188:19,21 232:8

**impression** 121:11 136:25 166:5

**improper** 46:17 137:21 224:14,18 227:9

**improve** 69:3

**Improvement** 170:18

**in-fighting** 247:2

**in-person** 6:21,23

**inaccessible** 141:2

**inappropriate** 187:14

**inaudible** 22:5 29:5 37:20 38:5 41:8 45:16 75:2 116:2 124:24 130:1 154:15 164:16 200:5 220:22 232:20 233:22 236:7 237:7 238:17 247:14 250:19

**inches** 152:22

**incidental** 80:16

**include** 84:11,14 85:3 170:23 174:10

**included** 102:5 182:5 226:5

**including** 170:23 181:8

**income** 216:6

**Incorporation** 210:15

**incorrect** 161:19

**Independent** 74:16

**independently** 74:15 254:15

**Indian** 33:14

**Indigenous** 40:17 41:1

**individual** 71:19 212:24

**individually** 133:8

**individuals** 59:18, 20 216:23

**industry** 84:6,8,9, 16,17 85:4,20,23 86:2,7

**influence** 15:14

**influencer** 81:24 137:1

**influencers** 80:1,10 109:3,6

**information** 10:16, 17,18,20 21:3 23:14 30:8,11 69:2 84:22 85:17,20 102:18 132:14 246:14

**informational** 86:2

**informed** 14:3

**infrastructure** 108:6

**infused** 61:1

**inherited** 69:11

**initial** 8:22,25 60:24 61:5,7 109:22 173:22 190:18 223:13

**injustice** 137:4

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Index: innately..knowledge

**innately** 51:21

**inside** 65:13 66:17

**insistence** 92:8

**Instagram** 26:9,10, 12

**installment** 169:16 172:23

**instance** 192:4

**instantly** 88:5

**instigate** 88:6

**institution** 124:7 125:18,20

**instruct** 17:14 18:2 102:8,16

**instructing** 30:4,13 47:1

**instruction** 11:17 17:1,11,19,22 18:12 27:23 30:20 52:6 102:20

**instructor** 32:22

**instructs** 9:24

**insulted** 196:1,11

**insuring** 180:7

**integrity** 39:11 182:4

**intend** 209:12

**intended** 106:5 180:16 197:21

**intensely** 106:14

**intensity** 101:1

**intention** 44:20 63:14 106:21 107:14,15 181:8

**intents** 83:25

**interest** 66:2 170:21

**interested** 35:21 50:22 65:18 66:8 106:11 107:2

**interface** 239:7

**intermittently** 5:17

**interpretation** 200:24

**interrupt** 46:25 118:16

**interview** 80:14,25 81:11 85:5,7,9,11 103:14,19 134:2 135:1,14 138:7,10 215:2

**interviewed** 80:2,9, 11,12 81:5 133:2 134:8,10,12

**interviewing** 138:16

**interviews** 78:19 80:19 81:17 84:24, 25 85:3 103:22,24 104:7,9,10,14,16,18

**intimate** 200:18

**introduce** 5:9 203:9

**introduced** 89:18 105:12

**intrusive** 118:24

**invested** 60:23 172:13

**investigated** 114:23

**investing** 60:23

**investment** 55:8,12 58:10 60:17 61:5,7, 13 180:25 181:6 182:13

**investor** 113:6

**investors** 182:10

**invitation** 50:14 187:9,10 244:25

**invite** 203:6 246:14

**invited** 87:8 90:16, 18 114:15 132:24 133:1 139:25 142:21 151:15 187:15 204:17 205:15

**inviting** 120:19 246:15

**involved** 70:19 75:15 84:18 87:9 93:24 103:8 104:18 105:11,19 106:14,15 107:3,6,12 108:7 110:25 113:12 121:15 135:17,19 148:18 218:16 220:18,19,21

**involvement** 60:11 69:18 86:17 104:8 105:17 106:25 107:25 112:19,20,24 126:23 133:19 134:5 190:20

**ion@icloud.com** 24:9

**irregularity** 65:23

**irritation** 180:12

**isolate** 194:9

**issue** 53:24 67:5,16, 18 68:9,10 72:2 161:18 181:10 249:19

**issued** 54:24

**issues** 28:15,17

**items** 171:3

---

**J**

**J-Y-O-T-I-S-H-I** 33:7

**J.D.** 116:20

**Jace** 60:1,2

**jam** 188:24

**James** 5:12

**January** 37:2 52:18 62:12 136:10 249:13

**Japanese** 51:20 69:7,8,19,20,21,23

**Jay** 111:23 112:1,2,3 220:13,15

**Jaymie** 127:13 220:14,21 221:2,4 244:19 251:15,18, 20,21

**Jim** 123:16 124:2

**Jimmy** 126:5 246:24 247:2,4,5

**Jimmy's** 128:20

**Jirka** 128:13

**job** 20:7 43:14 44:20 75:11 104:4

**jobs** 44:16

**John** 114:9 116:11

**join** 134:17,19

**joined** 88:13,14 89:1 91:10

**joining** 91:12 134:23

**joint** 23:17

**joke** 179:25

**Jordan** 61:20 103:25 109:24 111:6 148:22

**journal** 197:12,13, 17

**journals** 197:11

**Judge** 6:13 7:19 102:19

**July** 203:23

**June** 56:20 62:13 91:22 97:11,15 126:13 127:5

**Jyotishi** 33:6,22,23 35:7

---

**K**

**K-A-R-L-I-E** 13:1

**K-E-N** 129:23

**Kalyn** 121:1 232:20, 23

**Kamitas** 248:8

**Karlie** 12:24 13:5

**karmic** 198:4

**keeping** 21:6,19

**Ken** 117:18,19 129:19,21,23 130:4, 5

**Kennedy** 5:15 14:18 70:19 105:8,9, 10,12 106:9,18 108:13,24 109:1,20 134:10,11,21,22 138:17 151:5 193:13,16 235:12,20 236:3

**Kermitis** 59:25

**Kerry** 131:6

**kids** 65:25 199:14

**kids'** 47:16

**Kiersten** 128:17

**kind** 23:19 25:8 44:18 51:11,20 55:2 57:10 58:5 65:22 72:18 88:7,8,19,20 102:6 108:10 121:17 134:5 135:6 142:18 150:1,9,22 154:18 156:15 182:6 188:2 197:9 200:25 211:1 216:5 235:10 239:7 243:25 246:11 249:17 252:25

**kindness** 181:7

**kinds** 198:14 218:17 241:23

**knew** 45:12,13 55:11 57:5,22 58:4,9 68:19 82:19 93:24 94:16 95:16 105:24 106:22 118:7,8,9 140:20 143:23 189:2 219:17 242:9 243:22 246:7

**knowing** 147:1

**knowledge** 10:19

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Index: Kurman..machine

45:5 72:21 75:16 85:10

**Kurman** 128:19

---

**L**

**L.A.** 126:18

**labels** 247:18,20

**labor** 54:22 56:11,23 62:6,9

**laborers** 61:2,3

**lag** 6:11 7:10

**Lame** 40:15 41:1

**land** 41:20 42:4 49:6 50:16,19,25 57:18 59:16 62:9,11,16,17, 19 175:5 178:18,20

**landowners** 41:21

**laptop** 255:13

**largely** 51:19

**larger** 43:13 53:23 154:18

**late** 6:6 61:21 138:23 229:7 238:15

**laughed** 199:17

**Laura** 80:13 124:9, 11,15 125:2 126:25

**Laura's** 124:22 125:1,3

**law** 5:16 51:9,23 116:20 162:11 170:19 171:4 172:1

**lawn** 108:10

**laws** 41:23 52:3

**lawsuit** 19:15,18 27:15,16 28:6 117:11,17 119:19 120:8,24 121:7,16 122:18 123:12 124:7,18 125:5,7,18, 21 126:15 127:7,17 128:3,11 129:4,17 130:17 131:4 133:16

**lawsuits** 114:4,7

**lawyer** 114:16,17, 19,21

**lawyers** 102:5

**leading** 116:15 119:2

**learn** 44:17

**leave** 247:6 254:8,9 255:17

**leaves** 254:20

**leaving** 44:20 97:6 98:2 134:23

**led** 96:6 192:13

**leeway** 58:5

**left** 22:19 99:2 160:17 166:3 177:15

**legal** 16:13 51:3,4,6, 10 55:17 56:7 57:9 65:16,17 66:20 67:7, 9 68:5,22 70:6 114:15 117:16 136:20 172:3,8 183:4 213:8 217:14

**legalized** 57:10 58:8,9 70:8 71:2

**legally** 15:13 51:1 56:5,6 70:10,13 170:7

**Lenden** 5:14 10:9

**Leon** 5:15 14:18 70:19 71:18 134:21 151:5,15 168:9 180:4 196:22,24 235:12,20 243:1 245:9

**letter** 112:16 149:4, 11 197:14 210:25 220:13 226:4 236:17 244:19 248:7 252:1

**letters** 197:10

**letting** 102:4 194:24 211:1 213:6 245:16

**Li** 208:11

**liability** 191:3

**liar** 196:25 197:3

**license** 29:18 60:20 70:23,24

**licenses** 35:13 50:24 71:6 170:8,10

**licensing** 78:19 127:15 180:23 181:4,19 182:6 224:9 226:6

**Liesner** 129:6

**life** 45:24 188:8 201:1 219:18

**lifted** 57:6

**light** 242:23,25

**lights** 92:18

**limb** 245:13

**limit** 51:5

**Lincoln** 108:11

**lines** 170:25 224:2

**link** 110:6 152:24 153:12 157:4,8,14, 15,20 158:1 162:18, 21,23 164:8 222:25

**links** 213:9

**list** 104:3,4 207:16

**Listen** 159:8

**listening** 5:17 134:21

**literally** 193:11 197:14

**litigation** 22:1,5,9 23:1,8 27:12 28:1 46:22

**live** 12:9,19 35:11 59:5,10,15,22 60:4 75:13 82:13,21 135:19 175:6 226:23

**lived** 13:15,22 45:23 69:12 248:8

**lives** 12:22 47:16

**livestream** 82:20 83:4 95:17 121:15 144:20 146:6,8 187:22 188:1 191:11 209:22 212:23 224:8 225:23 226:1,9,11 240:8 241:2

**livestream-playback** 224:8 225:24 226:6

**living** 38:16 46:1,4 59:11 62:23 64:14 122:15 242:6

**Liz** 113:21,22 133:15 181:15 235:13

**LLC** 37:5 38:10

**located** 89:15 248:23

**location** 64:13 96:24,25 98:6 99:6 140:15,16,19 141:5, 9 142:2,5 144:19,20 145:17,18

**locations** 141:20

**logged** 231:22,23

**logo** 146:4 147:2 194:4,6,12,15,16,18

**long** 7:20 13:15,22 21:6 34:10,21,25 35:2 53:12,14,15 54:14 55:2 56:14 63:16,17,18 67:8,9 69:25 87:8 109:23 135:13,15,16 147:22 154:24 156:2 171:3 206:1 215:13 255:5

**long-term** 60:18

**longer** 99:12 106:5 109:18,19 198:13

**longevity** 191:12

**looked** 66:16 81:15 94:24 172:10 248:11

**Lorenzo** 13:6,7 16:23

**Lorenzo's** 19:9

**Lorie** 113:21,22 133:15,24 138:17 181:1,15 182:18 195:17 197:15 213:20 235:13

**Los** 35:11

**losing** 57:11 214:16

**loss** 62:10

**lost** 173:3,4,8 218:21,23 219:24 224:7,16

**lot** 21:13 23:17 32:15,16 35:16,17, 21 41:21,22 45:5 54:25 55:3 56:10,22 59:7,8,9 62:5 66:2,6 68:23 78:8 83:6 87:17 94:7,9 96:12 98:11,14 99:8 100:12 103:4 104:2, 20 106:2 108:6 110:12,15 133:14 135:12 139:24 145:9 150:23 151:19,21 187:12,17 189:5 197:10,12 198:22 208:18 219:1,2,3,6, 13 235:11 247:9,10 251:5

**lots** 32:15 54:21,22

**love** 231:15

**loved** 242:18

**low** 82:18

**Lucescu** 75:20

**lunch** 11:8 147:20 148:8,16

**Lydia** 113:4

---

**M**

**m-e** 26:5

**machine** 203:12 206:15,20

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Index: madam..Monica

**madam** 159:6,20 160:3 161:17 222:4 252:3

**made** 27:11 29:4 38:4,19 46:9 51:10 55:8,16 60:17 66:19 78:3 96:12 97:5 132:4 142:4 180:4 181:22,23 191:1,9 192:2 194:4 199:8 200:16,20 209:17 215:22 221:2,4 226:12 235:4 245:19 251:19

**magical** 179:25

**main** 213:1,2

**maintained** 203:14

**maintaining** 203:14

**Majestic** 79:6,16,17 103:6 104:1,19 145:11 150:12,13

**major** 7:12

**make** 9:13,18,25 11:9 15:15,18 33:18 38:4 45:3 92:14,15, 16,18,22 96:20 97:24 98:10,13,14 99:24,25 116:21 117:2 142:6 146:12 163:24 174:2 175:11 176:3 182:1,6 183:10 189:21 194:6,12 197:1 204:22 209:16 211:22 215:19 216:1,2,23,24 245:14 247:21

**makes** 47:11

**making** 9:22 18:6,9 40:2,3 55:16 71:9 83:22 232:6 243:14 250:9

**Mal** 80:11,12

**mall** 42:17,18,20 43:14

**man** 69:13 91:6 95:12 96:6 177:17

251:2

**managed** 191:7

**management** 44:6 45:11 104:8

**manager** 221:5 236:4 251:20,21

**mandated** 51:14

**mandates** 51:15

**mandatory** 166:14

**manipulation** 250:7

**manner** 171:4

**manufacturing** 60:20 70:24 71:6

**maple** 51:20 69:8, 21,23

**marathon** 42:20

**march** 80:6 88:20 110:5,18 138:23 147:7 178:14 239:14 249:14 250:12,13

**marijuana** 50:18,25 52:4,22

**marital** 52:5

**mark** 156:18 177:6 183:18 184:8 195:1, 11 212:12 238:13 240:8 244:6,22 245:4 246:17 249:6

**marked** 213:23

**market** 78:9 169:15 170:21

**marketing** 35:16,17 37:20 38:1 42:19 44:5,10,12,14,20 45:4 78:25 82:16 83:2,5 86:20 90:12 191:13,14,16 192:8

**marketing/dj** 44:8

**marriage** 198:23

**Marriott** 151:19

**Mars** 251:1

**Martin** 77:18 123:16

**Masquerade** 145:11 150:12,13

**Matt** 6:15

**matter** 28:16 68:15 134:16 158:19,20 200:2 246:11

**Matthew** 81:5,8,17 131:16 215:3

**Mccloud** 96:4 98:7 141:11,15,20 142:5

**Mcdonald** 121:1,10

**meaning** 199:17

**means** 9:12 11:24 15:11

**meant** 70:10 85:7 125:3 135:10 182:5 192:1 198:5 201:5

**meantime** 58:6 147:12

**measure** 41:12,17, 19,22 42:3 83:9

**measures** 42:1,2

**media** 25:25 26:2 78:18,21 84:9 94:12 109:9,11 132:21 136:17 204:7 219:2

**medical** 51:12

**medicinal** 51:2,3

**medicine** 33:13,14, 15 65:25 66:3,5

**Medvedich** 128:17

**meet** 45:3 102:22 105:8 117:4 132:6, 10 134:25 138:20 139:6

**meeting** 72:12,25 146:9 160:17 245:15,17,18

**meetings** 55:4 57:7 72:10 73:2

**Mars** 251:1

**megabytes** 154:9

**Mel** 80:21

**member** 14:19

**memes** 146:1

**Memorial** 108:11

**mentioned** 38:21 41:8 59:1 60:13 68:6 69:4,7 70:3 87:12 103:13 106:24 148:18 181:14 215:25 241:22

**menu** 145:21

**merchants** 96:6

**merchants'** 43:9

**mess** 147:2

**message** 240:16 243:5 244:9 245:7

**messages** 233:18, 19 237:16,19,21 239:22 243:3

**met** 69:9,22 86:18, 19 95:3 105:10,11 109:25 110:1 113:22,23 119:12 132:7,9,13 138:20, 21 139:17 142:23 143:2,3 145:18 205:19

**metering** 41:24

**method** 33:15 246:9

**mic** 5:20 44:15

**Michael** 19:10,12,13 251:3

**microphone** 6:8 7:6,7,9 8:2 10:5 81:25

**mid-march** 55:19

**middle** 8:22,24 186:20 194:8 207:1 219:3

**Mike** 129:6

**miles** 40:24

**mill** 96:7 141:15 142:7

**million** 188:6 224:13,17

**mind** 39:22 85:12 234:21

**Mine** 81:18

**minute** 83:15 150:8 179:8 193:3 194:10 216:12 221:13

**minutes** 6:6 111:11 222:10 228:12 229:5,10,13 248:1

**missed** 75:5

**mission** 89:10,11 106:6

**misspoke** 97:16 125:1

**misstates** 227:11

**mistake** 198:5

**mistaken** 81:9

**misunderstood** 135:9

**Mix's** 6:13 7:19

**MK** 39:22

**mold** 53:21,24 54:2, 7,8,15 65:12 66:16 67:5,16 176:17 249:20,23

**molded** 65:7

**moment** 116:6 174:9,12 240:7

**monetarily** 136:20

**monetary** 224:3 225:14 227:13 242:9

**money** 56:21 61:11, 14,17,19 62:3 113:7 151:9 215:20,22 216:1,24 217:4 225:19 252:25

**Monica** 199:12

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

**Montana** 40:16 41:1

**month** 128:9 147:13,15,16 236:15,18

**monthly** 61:1

**months** 16:1 26:19 40:24 56:16 117:15 130:14 131:2,22 133:5 169:15 170:2 171:19 172:15,18 216:4 236:16

**moratorium** 56:18 72:5,20

**morning** 8:7,17 129:2

**morphed** 107:13

**mortified** 197:19

**mother** 44:22

**motion** 255:1,4

**Mount** 95:1 142:19

**Mournian** 81:6,8,18 131:16,20 132:6 135:1,12,14 138:6,9, 13,15 215:3

**move** 7:25 29:1,4 31:7 46:21 47:17 71:9 74:20 87:11,20 106:10 148:16 160:9 173:17 178:9 206:5 231:18 236:18

**moved** 28:23 43:17 44:11 45:8,20 48:22 55:25 107:17

**movement** 88:7,15 94:7

**movie** 38:25 75:13, 21 78:19 79:1 107:9 110:16 123:23,25 191:17 221:18 222:1

**movies** 38:20 84:10, 15 104:21 109:6 221:19

**moving** 45:21 54:20 64:18 86:23,24 89:7 105:25 106:7,22

107:7 209:22 232:14

**music** 108:5

**mute** 8:4 48:15 237:22

**mutual** 89:9,11 124:19

---

**N**

**N-A-T-** 25:17

**N-A-T-I-O-N** 25:14

**name/mark** 183:16

**named** 189:17 251:2

**names** 59:24 82:3 109:22 207:16 247:17,20

**narcissism** 201:6

**Nasreen** 130:10,11

**Nation** 25:12

**navigate** 247:11 250:14

**navigator** 40:22

**necessarily** 70:8 92:24 220:11

**needed** 6:16 27:9 45:2 56:2 59:13 63:20 64:1 84:3 96:21 146:10,14 150:3 151:20 187:24 188:12 192:4 193:1, 15 194:10,13 218:19 220:20 235:22 249:16

**nefarious** 219:13

**negativity** 94:15

**negotiated** 145:20 235:21

**negotiating** 193:14

**negotiation** 235:17

**nervous** 243:15

**network** 224:11

**Nevada** 9:4 41:16 47:17 48:22 49:1 54:23 57:12 65:16 66:11 70:13 73:5,7, 9,10

**newly** 70:7

**news** 5:21 7:14 85:12

**newscast** 85:11

**newspaper** 72:17

**Next-to-last** 195:22

**nice** 100:7 142:19

**night** 44:14,23 238:16,21

**night's** 20:17

**nods** 35:6 36:7

**nonprofit** 203:15

**nonresponsive** 31:6 52:12 102:24 118:2,4,12 119:17 120:3,21 182:14

**nonsense** 106:3 219:2 246:25

**normal** 92:24 154:13

**note** 5:18 6:3,9,15, 25 8:1 102:11 150:9 181:15 254:11

**noted** 6:20 7:2

**Notepad** 21:4,5,7

**notes** 20:16,19,23 21:4,13,15,22 160:6 161:9,11 164:14 197:10 227:17,21,24 228:20 229:11

**notice** 7:11 58:20 254:24 255:8,9

**noticed** 55:25

**noticing** 53:21 56:1

**nuance** 191:8

**number** 18:24 24:19 25:4 26:6 77:12 113:18 134:19 156:18,20,21 166:13,17 167:15 173:18,23,25 179:1, 3,13,16 180:20 182:25 190:1,2,5 195:19 202:6,8 203:1 204:4 206:10, 24 207:11,15,20 208:5 210:6,10,20 213:24 222:15,24 223:3,13 238:14 245:5 248:3 249:7

**numbered** 189:21 223:1,3 238:24 244:7,23 245:5 246:19 249:8

**numbers** 17:12 24:21 60:25 80:23 156:13 173:19 179:12 212:5 225:2 226:16

**nurseries** 69:23

**nutrients** 61:2 69:1

**nutrition** 61:1

---

**O**

**O'BRIEN** 39:23 78:19 80:12,13,15

**O'Brien's** 37:13

**O'DONNELL** 144:21

**oath** 15:8

**object** 19:2,3 102:16 108:16 158:14 165:20

**objected** 165:19

**objecting** 30:22

**objection** 9:25 18:7, 10 20:1,4,8,12 21:8 27:19,20 31:5 35:24 46:10 51:7,24 52:5, 12 53:5 54:3 57:19

75:7 84:12 102:7,20, 24 103:16 116:14, 15,22 117:2,3,5,25 118:2,4,12 119:11, 17 120:3,21 136:11 137:6,15,20 182:14 193:22 204:13 205:5,22 217:16,21 221:8 225:15,21 227:8,9 237:2

**objections** 6:4,15 9:23 47:8

**Observers** 39:1,14 77:2,20

**obtain** 170:7,9

**obtaining** 65:25 108:9

**obvious** 6:12 53:23

**occasion** 123:19

**occasionally** 15:24 45:1

**occupied** 12:23 91:17

**occurred** 151:25 218:22

**occurrence** 54:2

**October** 5:4 14:14 150:18

**offer** 56:6 59:15 68:13 240:2,6

**offered** 78:20 142:16 194:25 241:11

**offering** 181:22,23 182:3,5 194:1 240:4

**offhand** 251:5

**office** 11:16 155:9 186:6 229:1 252:10

**office@ elliottreporting. com.** 252:20

**officer** 183:18

**official** 189:8

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

**officially** 159:11

**offset** 241:3

**offshoot** 33:17

**Ogsmonovich** 241:11 242:2 246:10

**oil** 66:19

**Oklahoma** 40:15

**one's** 240:16

**one-on-one** 124:4

**ongoing** 109:18 224:20

**online** 86:21 90:6,7, 10 96:2 211:14 224:10,11

**Oops** 154:2

**open** 71:24 73:3 254:8

**opened** 180:1

**openly** 201:3

**operating** 151:23

**opinion** 137:5,12

**opportunities** 191:17

**opportunity** 71:3 96:19 97:4,23 133:21 136:13 137:3,11 138:4,5 203:11

**opposing** 160:12 162:6

**opted** 148:23

**optical** 191:12

**option** 97:21

**Orchard** 123:24

**Orchard/1091** 77:16

**order** 7:4 46:21 47:20,23 49:22 74:21 96:13 118:23 156:16 171:23 202:10 204:22 255:2

**ordered** 252:9

**ordering** 253:13

**orders** 253:4,12

**ordinance** 146:10 166:13,14

**Oregon** 51:20 67:8, 10,11,12 68:20,21 69:8,19,21,22

**organization** 40:17 66:2 87:5 89:19 90:8 107:14 151:7

**organizations** 68:23

**organize** 149:2

**organized** 41:12 75:12,13 108:2,3 145:17 146:18 243:14

**organizer** 208:11, 14

**organizers** 243:15

**organizing** 146:5 150:15 192:6

**oriented** 179:13

**origin** 72:19

**original** 95:25 123:2 253:13

**originally** 7:10 28:21 72:15 89:1 97:19 106:1,5 196:16

**originated** 70:17

**Osmanagich** 201:23,25 202:1,2, 14,15

**outdoor** 145:22 169:13,24 170:1

**outlined** 145:19

**outreaches** 187:20

**outstanding** 252:2

**overbook** 83:11

**overbroad** 193:22

**overlap** 116:8

**override** 171:10

**overseas** 205:2,15

**overturned** 172:16, 19,25

**overview** 197:7

**overwhelmed** 150:6

**overwhelming** 57:2

**owe** 236:17

**owned** 45:3 46:8 69:21 96:7

**owner** 183:4,10,12 193:21,24 208:20

**owners** 95:3,4

**ownership** 183:8, 18 195:1,11 224:14, 18

**owns** 41:20 42:4 69:19

**Oxnard** 44:7 45:19, 21,25 46:3,7 47:11, 14,15

**P**

**p.m.** 148:9 165:15 168:23 173:12 229:18,19,21 238:1 255:18

**packing** 136:9

**pad** 63:14,19

**pages** 156:2 197:8

**paid** 121:15 124:12 133:17 147:4 182:12 188:15 189:10 193:1 211:7 220:7 226:12 236:15

**pain** 224:22 227:6

**paper** 72:15 253:15

**papers** 10:6

**paperwork** 72:4,7, 11

**par** 192:3

**paragraph** 179:15 180:12,20 182:16,24 189:21 190:7 191:22 192:25 194:20 195:24 198:8 223:17

**paragraphs** 190:10

**parents** 45:21,23

**park** 151:21 203:14, 17

**part** 17:8 27:16 43:14 60:17,18,21 85:4,19,22 86:6 89:3 90:22 91:11,13 92:7, 22 99:15 104:18 105:13 106:12 107:6 136:18 169:25 183:4,12 190:18 191:10,14 192:2,7 193:21,24 197:17 214:21 219:5 220:24 230:5 232:15,17 242:5

**partake** 23:9

**participant** 132:12

**participants** 240:8

**participate** 204:18

**parties** 23:2,8 27:15 159:9

**partner** 177:17 183:18

**partners** 136:17,22

**partnership** 194:22,24

**parts** 170:23

**party** 146:21 180:24

**pass** 14:19 41:23 201:16

**passed** 14:4,11,13 41:13,18 72:22

171:16 199:20 249:23

**passing** 120:6

**past** 201:20

**pasted** 197:14,18

**patent** 88:23 186:5

**patents** 86:24,25 87:2,13 89:12,16

**pause** 47:24 154:14 174:19 177:2 214:10,12

**paused** 174:20,22, 23 177:4,6,25 178:2 214:14 215:18

**pay** 6:23 75:10 80:22,23 188:21 189:3 203:18 226:10 236:16,17

**payment** 236:18

**Paypal** 151:23

**peacocks** 59:7

**pending** 10:25

**penetrating** 242:5, 13,14

**penny** 182:1

**people** 12:13 33:19 42:3,11,12,22 43:4,8 45:6 48:17 49:22 50:5 59:9 60:4 62:23 65:18,24 66:9 68:3, 11,16,19,20 69:3 70:12 73:3 77:12 78:13 81:1 82:12,23 83:15 84:3 89:2,4,5 90:25 93:7,25 96:3,5 100:8 107:9 108:7 110:12,15 133:15,19 134:6 139:4 141:18 143:22 145:24 146:24 163:7,23,24 200:24 204:12,23 205:19 213:4 220:17 221:25 247:10 250:17,22

**people's** 74:18

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

**percent** 147:9,11 183:7,10

**percentage** 147:17 193:4,8,10,12,17,24 236:24 240:1,2,5,6

**percentages** 217:2

**perfect** 153:17 157:6 166:24 185:13 186:12 214:2 222:11 252:14 254:19

**perfectly** 18:21

**period** 62:12

**perjury** 16:10

**perks** 93:18

**permission** 165:18 213:8

**permissions** 41:20

**permit** 146:11 151:21

**permits** 108:9

**person** 7:11,12,15 43:7 64:14 82:10 90:25 91:2,16,18 94:17 105:11 110:1 117:23 118:21 124:13 133:1 139:7 145:19 160:17 161:16 192:6 193:25 198:1 209:21 248:22

**personal** 61:19 64:9,10 83:16 182:4 195:25

**perspective** 89:13

**pertained** 52:3

**pestering** 158:22

**Peter** 5:16

**PEX** 152:12

**phenomena** 39:19

**phone** 8:4 24:19,21 87:6 90:13,15 105:10 113:18 134:23 231:18 232:2,4,5,14 237:16,

17,18,20,23

**phones** 230:19,22, 24 231:9,10

**phonetic** 13:12 246:8

**photographs** 231:15

**phrase** 84:5 137:9

**phrased** 27:24 217:17

**picked** 72:10 76:18

**picture** 177:14 179:12

**piece** 62:17 72:15 95:8

**pieces** 23:23 39:5, 12 73:21 75:17 76:7, 23 127:25 221:19 222:1

**Pilates** 32:22 34:8

**pilot** 170:21

**pirated** 78:12

**Pit** 198:1

**pitch** 59:11

**pitched** 242:17

**place** 7:21 46:4,6 55:3 56:14,24 57:18 59:5,15 63:10 78:12 85:24,25 86:1 92:16 95:7,10,21,23 97:3 127:23 142:17,20 175:6 182:2,8 219:25

**places** 45:10 64:19, 20 113:11 192:4 219:7 239:25

**plaintiff** 5:12

**Plaintiffs** 224:22

**Plaintiffs'** 156:19 173:18 178:25 190:1 202:5 206:5 207:20 210:5,10,20 211:24 213:23 222:14,24

223:3 224:4,7,14,17 238:13 244:7,23 245:4 246:17 247:23 249:6 251:10

**plan** 60:18,21 63:23 169:1

**planes** 93:17

**planned** 213:18,19

**planning** 49:2 140:3 204:11,19

**plans** 83:19 213:20

**plant** 55:24 170:23 171:16,23 249:19,20

**planted** 54:19 171:20 172:2,7 176:13

**planting** 70:6,12

**plants** 51:4,5,12,13 53:10,13,17,25 54:16,20,21 56:8,11 57:1,17,23,24 58:10, 15 59:20 61:2,9 64:10 65:6,19 66:14 68:8 71:10 172:7 175:9,20,22 176:3,7, 9,10,11,16,19 248:9 249:12,15,23

**platform** 81:22 109:2,5,9,11,13,15 137:2 224:12

**play** 172:6 174:6 214:4 216:9

**playback** 212:24

**played** 174:8,17 177:1,22 214:9 215:15 216:10,19 217:9 218:9 221:15 222:17

**playing** 56:4 176:25 177:21

**plug** 221:25

**pocket** 152:1,2,5,6 220:5

**point** 24:6 54:17 55:22 56:6 90:23

112:3 113:8 119:13 122:23 147:4 172:11 176:17 180:5 196:3 200:3 211:11 219:8 226:14 236:3,12

**pointing** 55:23

**points** 148:15

**poke** 199:23 227:4

**pole** 64:12,13,20,22

**political** 149:12,13, 15

**popular** 66:4

**portion** 152:16

**Portland** 130:14

**position** 42:16,17

**possession** 171:2

**possibilities** 141:13

**possibility** 219:23

**possibly** 179:23 239:16

**post** 78:21,22,23 104:17 213:17

**Post-orthodoxy** 79:23 80:3,10,20

**posted** 78:24 79:1 213:15,17

**posting** 72:17 78:18

**posts** 27:11 136:24

**potential** 193:24

**pounds** 66:13

**poured** 199:5

**pouring** 56:20

**practice** 8:5 17:24

**practices** 219:11

**practitioner** 32:23 33:11,24 34:18

**precarious** 61:8

**prefer** 6:20 18:14

**prematurely** 58:10

**premier** 75:13

**preparation** 22:14

**prepare** 20:15

**prepared** 34:23 165:24

**preparing** 149:1

**prescribe** 33:18

**prescribed** 16:2

**prescription** 16:3

**presence** 88:20

**present** 146:12

**presentation** 150:22 192:7 203:16

**presentations** 148:17 192:3

**presented** 56:18 81:20 164:8 235:15

**President** 170:17

**pretty** 7:20 57:5,8 67:25 78:20 94:13, 19,25 95:4 96:19 100:14 124:1 143:25 144:25 146:23 153:4 169:17 209:21 226:11 233:1 235:4

**previous** 104:17 192:13 194:23 208:16,17 240:9

**previously** 170:20

**pricing** 145:21

**primary** 171:5

**print** 152:21 154:19 155:4,9 156:8 157:5, 9 159:4 162:25 163:3,19 164:6

**print-out-able** 222:23

**printed** 91:16 154:18 160:15 162:15,16,17 164:10

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Index: printing..radios

**printing** 154:25 165:6,23

**prints** 154:21

**prior** 22:4,9 40:2,3 42:14 64:7 112:18 113:25 150:20 184:9

**privacy** 28:15

**private** 50:12,14 198:12

**privilege** 18:3 22:10 52:6

**privileged** 10:16, 17,20 21:25 115:6

**privy** 106:3 198:22

**pro** 60:24 70:8 167:20

**problem** 53:23 65:12 102:23 159:3 212:11

**proceed** 47:3 111:21 148:12 151:4 154:22 165:15 167:1 173:15 229:22

**proceeding** 16:13

**proceedings** 136:15

**process** 23:2 66:7 184:24 187:5 188:4, 9,16 189:2 197:23

**procuring** 141:20

**produce** 22:11 23:9 43:23 79:17 86:13, 14 99:21 190:19 191:3

**produced** 21:21 22:1 38:20 99:9 156:4 171:4 174:4 183:16 213:25 222:1 223:8

**producer** 73:12,13, 14,16 74:2 75:12,21, 25 76:2,6 77:4,6 79:18,19,21 86:9,10, 12,14 101:8 104:3,6, 19,20 112:6 126:11,

24 208:10 221:20

**producer's** 79:7

**producers** 73:23 74:2 75:18,22 77:7, 23

**producing** 79:16 106:19 127:24

**product** 22:10 56:6 61:12 65:3 66:13 178:22

**production** 25:9 36:6 62:25 63:8,25 135:20 149:3 151:25 173:22 223:5 237:25

**Productions** 36:13, 21 37:8,18

**products** 60:19,22 69:1 70:21,22 71:5 170:22,25 171:3

**professional** 42:16 87:4 90:7

**profit** 78:3 147:11 225:25 226:2

**profits** 147:9,18 240:3,7

**program** 21:5 32:7 34:21 35:2 145:20 171:12 251:6

**programs** 170:21 171:7,10

**progress** 55:16

**progressed** 141:15

**project** 37:9 54:23 55:9,12,13 57:13 60:15,18,23 61:15 62:4,17 63:7,13 64:8,23 67:25 70:4, 15 75:4,18 77:5,6 81:18 86:20,21 87:1 88:11 89:23,25 90:6 91:11,13,18 93:2 100:25 101:7 108:24,25 109:1,4, 17,19 133:2,4 152:10 182:1

**projects** 73:24 100:22 101:3 103:4 105:15,17 106:16 108:21 121:19

**promised** 102:11

**promote** 209:14

**promoted** 190:23

**promoting** 78:15, 16,22 209:12 250:14

**promotion** 42:17

**promotions** 42:19 44:10 79:2

**proper** 17:22 254:24

**properties** 183:5, 14,19

**property** 12:21 52:14,17,20,23 53:1, 4 54:1,11,16 58:2 59:10 62:20 63:2 64:16 169:25

**proposed** 171:6

**proprietorship** 38:11

**protect** 187:25 218:13,20

**protecting** 188:3 219:12

**protective** 7:4 46:21 74:21 118:23 255:1

**provide** 252:5

**provided** 60:25 194:11

**provokes** 250:22

**provoking** 179:23

**proxies** 180:4

**proxy** 140:22 234:23 235:1 236:2

**psychiatrist** 16:8

**psychologist** 16:7

**public** 28:18 29:15,

16,21 30:11 85:15, 16 87:18 137:2,5,12 146:1 192:7

**publicly** 30:7,15

**published** 251:3,4

**Publishing** 204:8

**pull** 23:25 143:21 152:12 166:19,21 178:25 202:4 210:5, 9,19 211:24 213:23 222:14 251:19 255:13

**pulled** 186:18 210:8

**pulling** 166:2

**punched** 220:10

**purchase** 209:3,5,6

**purple** 182:18

**purpose** 46:11 105:25

**purposes** 83:25 171:1

**pursue** 242:23

**pursued** 242:22

**put** 6:17 8:4 24:4 29:14,20 47:20 55:3 56:10 61:14 62:3,9 63:21 64:1 81:16 84:20 88:6 94:5 96:20 107:23 112:17 126:19,21 137:16,24 145:3,5,23 146:5,15 151:8,16 158:5 167:9 178:20 184:16 187:1 213:3 214:19 225:1 226:15 241:1 244:24 245:11 252:16

**puts** 145:19 171:1 182:2

**putting** 47:23 91:14 144:14,18 145:9,15 150:15,22 151:4,25 188:10

**pyramid** 203:7,11

**pyramids** 202:24 242:10

**Q**

**quads** 146:17

**quantify** 26:24

**quantities** 17:12

**quarter** 80:8

**question** 9:20 10:1, 13,16,19,25 11:1 14:12 19:5 22:2 31:2 46:15 47:3 52:7 74:22,24 85:2,21 93:9 97:9 98:21 102:14 108:16,17 116:2,7 119:9 135:10 140:24 195:5 205:11 225:12 227:9 240:7

**questioning** 165:7

**questions** 6:2 9:10, 11,17 15:16,19 30:13 46:10 102:22 115:22 135:7 154:20 155:1 156:1 165:24 183:23 227:19,25 228:8,20 229:9 235:10,24 239:24 251:23

**quick** 96:24 111:9, 10 150:1,3,9 153:11 154:3 201:22 211:25 227:16 254:22

**quicker** 174:2

**quickly** 87:20 150:6 153:4 174:19 238:7

**quiet** 160:22

**quo** 146:15

**quote** 7:17

**R**

**radar** 242:5,13,14

**radios** 146:17

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

**Radisson** 44:8

**rainier** 67:13

**raining** 55:20

**rainy** 64:3

**raised** 28:24 47:14 243:21

**raising** 44:3

**ran** 219:21

**ranch** 57:2 59:14 61:16 110:21 188:8 248:7

**ranchers** 42:4

**rate** 193:1

**Re-** 81:4

**reach** 65:23 68:10, 16 80:21,24 133:3,8 138:9 187:20 190:25 191:13,23,25 248:20

**reach-out** 86:22

**reached** 74:12 75:1 76:12 77:12 78:7,8 80:19,20 81:11 89:20 94:19 113:25 114:6 133:10,11,12, 23

**reaching** 201:19

**read** 7:16 19:4,7 72:5,16 160:21,22, 23 161:3 168:20,24 169:5 170:16 179:20 180:20 182:23 189:21 190:12,13 191:9 198:18 203:2 223:19 239:7 240:21

**reading** 161:6 169:11

**reads** 5:24

**ready** 6:1 7:18,22 56:12,14 154:22 156:22 162:13 165:7 166:8 214:4

**real** 111:10 153:11

**reality** 44:20 49:18 68:3,15 87:21 88:7

**realize** 143:22 243:9

**realized** 56:20 61:7 140:16 187:21

**realizing** 230:18

**realm** 106:10

**reason** 75:19 91:1 112:25 180:13 187:7 218:19

**reasons** 149:25 236:21

**recall** 14:4,10,13,17, 21,23 24:13 34:19 59:18 81:13 136:1 178:11 201:7,9,13 208:15,17 224:25 225:1,5,23 226:13 229:25 243:7

**receive** 32:4 34:8 72:6 147:9 181:4 217:2 249:13

**received** 32:6 58:18,20 72:11 79:12 87:6 90:13,14 94:9 102:12 162:22 237:25 254:24

**receiving** 55:12

**recent** 38:24 39:4

**recently** 248:15

**recess** 111:18 148:8 229:19

**recognize** 168:4 206:12 207:22 210:12,22 214:24 215:24 238:25 243:4 244:9 245:6 246:20 248:4 249:4 250:1 251:12

**recollection** 18:23

**record** 5:4 6:4,10, 16,25 7:24 8:1,18 9:3,13,18 11:10 17:16,21 18:12,14, 16,19 19:7 29:15,17,

21 47:20,22 102:23 111:16,20 116:22 147:24 148:1,4,7,11 155:4,5 157:2 158:11,15,16,21,24, 25 159:2,10,11,16, 18,21,24 160:4,15 161:5,13,17,18,20, 23,25 162:1,2,3,5,8 163:6,13,18,25 164:5,11,23 165:2,4, 12,14,17,20 166:1,4, 5 170:16 173:8,11, 13,15 174:21 177:6 178:2 179:20 180:21 203:3 210:8 223:19 229:21 253:2,6

**recorded** 134:1

**recording** 164:20 212:21 253:24 254:15

**records** 30:1 251:1

**recoup** 178:19

**recourse** 137:1

**recreational** 51:2,4, 5

**red** 226:10

**redefines** 170:22

**Redemption** 81:2,8 215:2

**redirect** 105:24 106:25

**redone** 209:10

**refer** 235:11,14

**reference** 112:3 113:8 119:13 122:24 183:15

**referenced** 26:22 59:17 72:24 104:13

**referencing** 73:1

**referred** 140:24,25 183:14

**referring** 47:14 163:13 197:2 200:22 215:23 217:1,5

**reflect** 174:22 177:6 178:2

**reflection** 201:5

**reflects** 200:23

**refresh** 20:19

**refreshed** 21:15

**refreshing** 20:17

**regular** 138:25 188:9 232:3

**regularly** 16:7 17:23

**regulated** 170:2

**regulations** 171:9

**regulators** 171:6

**regulatory** 171:7,10

**rehearse** 135:3

**reins** 204:10

**reiterate** 160:14

**rejected** 200:12

**related** 28:15 65:21 101:14 180:25

**relationship** 105:8 143:15,18,22,24 198:22 199:4 219:10 235:5,6

**relationships** 201:2

**relax** 145:24

**release** 213:7,13

**released** 87:23 136:6 212:24 213:2

**releasing** 123:23

**relevant** 28:5 46:22

**religion** 34:6

**remain** 172:1

**remaining** 183:8

**remember** 15:2 16:22 17:2,12 18:21 24:2,3 34:11 35:1

41:21 51:10 56:9 72:19 80:14,16 81:19 83:14 90:25 91:3,6 92:22 105:2 113:3 116:3,4,5,13 117:14 146:24 196:8,10 201:11 225:25 226:1,8 233:6 243:10 244:20

**remembering** 68:20

**remote** 155:14,16 186:1

**remotely** 5:16 214:1

**removed** 251:17

**Renaissance** 44:18

**Rene** 91:4 121:20

**Renee** 91:5

**Renegade** 123:23

**Reno** 40:15

**rented** 47:15

**repay** 180:24 181:12

**repayment** 181:21 182:10

**repeat** 22:6 97:9 124:25 125:19 130:2 201:24 238:18

**repeated** 45:18

**repercussion** 57:23

**rephrase** 98:20 195:5

**report** 210:25

**reporter** 5:8,22,25 7:14,20 8:8 9:14,18 17:7 19:6 22:6 45:17 47:1 48:11,14,19 75:5 116:6 124:25 130:2 159:20 160:2, 3,5,21 161:1,8,11, 12,17 164:13,17,22 165:3,21 169:8 174:11,15 200:6 220:23 222:5 232:21

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

233:2,13,23 234:1 236:8,11 237:8,11 238:18,22 247:15 250:20,24 252:4,8, 17,21 253:1,7,11,16

**reporter's** 30:23

**represent** 5:10 114:21,24 206:17,19 209:2

**representation** 217:14

**representing** 254:25

**reputation** 219:11

**request** 40:16 181:6 203:6

**requested** 193:2

**requests** 23:10,13

**required** 33:24

**requirements** 171:11

**requires** 171:5

**research** 85:10 246:12

**reservations** 142:1, 4,6

**reserve** 251:24

**reserved** 94:1

**resources** 151:7, 11,12 191:6 245:10, 13

**respect** 118:25 119:5 224:4

**respond** 9:24,25 110:8 139:2 183:13 250:9,23

**responded** 110:9 116:12 139:5

**responding** 201:7

**response** 23:16 181:2,19,21 182:20 197:13,15 200:11

223:17 240:11,21 254:23

**responsibility** 188:2 191:3 219:19

**responsible** 43:7

**responsive** 23:10

**rest** 55:13 60:14

**restate** 36:14 74:24

**restricted** 155:23

**restrictions** 171:2

**result** 88:22 224:6

**resumes** 156:14

**resurrect** 57:4

**retaining** 63:20 64:1,3

**retribution** 180:8

**return** 181:6

**revenue** 74:9 76:9 77:10 78:1 180:22 224:8,9,10,17 225:23,24 226:1

**reverse** 202:10

**review** 17:25 22:21 152:23 252:5

**reviewed** 23:13

**reviews** 161:11

**Rica** 136:10

**Richard** 12:15 128:23 177:17

**Richard_0000228** 179:4

**Richards** 24:5 70:18 86:18,19 87:7 89:24 90:2,14,15 94:10 99:5 100:11, 16 101:17 103:1,13, 14,21 104:7,13,14, 23 141:4,6 151:5 168:7 184:17 196:18 234:2,17 235:12

**Richards_ 00000006** 223:4

**ride** 40:15,23

**ridiculous** 95:16 160:10 179:22

**Rig** 39:5,7,9,10 73:20,25 74:1,3 75:1,14,15 76:6,15

**rigging** 95:19

**rights** 79:7

**ringing** 237:23

**risk** 245:12 246:4,5

**Rita** 128:19

**ritual** 39:24

**Roach** 5:6 6:10 152:11 159:15 161:14,22 162:12 163:6 165:12 166:16 174:18 176:24 177:2,7,20,23 178:10 202:4 214:7 215:12 216:8,11,21 217:7 218:7,11 221:12,17 238:6,12 253:23,24

**road** 9:4 142:16

**Rob** 119:24 125:8 194:10,18,22 195:8 233:3 250:8

**Robert** 127:19,22

**rode** 40:23

**Roger** 24:5 70:18 71:18 86:18,19 87:6 89:24 90:2,14 91:4 93:14 94:10,19 95:22 96:18 98:10 99:17 103:11 105:14,21 106:3,10 108:7 140:21,24,25 141:1,3 142:3,9,11 144:20 146:6,7 147:10 151:5,15 168:7 183:2,3,8,9,11 196:17 203:3,5 214:21 235:12 243:1

**Roger's** 191:18

**role** 78:14,16 79:15

**rolls** 100:3

**roof** 64:15

**room** 7:15 10:8 12:1 48:9 83:10,13 112:22,23 113:2 138:21 139:1,22 140:11 141:7 153:25 203:17

**rooms** 92:5,10 145:20

**roughly** 62:22 82:9 152:3 222:12

**round** 63:22

**route** 89:5,8

**rule** 159:12

**rules** 7:1 9:10 17:23, 24 163:7 254:24 255:11

**rumors** 219:6

**run** 8:5 49:1,4 113:11 144:23 150:16 151:14

**running** 82:18

**RV** 64:15

**Ryan** 130:21

**Rysavy** 128:13

**S**

**S5** 109:11,13

**sabotage** 189:1

**Sacha** 213:16

**sad** 231:1

**safety** 83:9

**sake** 30:23 46:25 85:21

**salad** 86:14

**sale** 171:2

**sales** 211:14 224:9, 10 226:6,11

**Salla** 251:3

**salvageable** 178:23

**Sam** 201:23,25 202:1,13

**San** 22:20 93:19

**sanctions** 6:19

**sandwich** 47:20,23

**Santa** 31:14 44:22 199:11

**Sara** 124:21 125:5

**Sara's** 125:3

**Sarajevo** 204:20

**sat** 95:22 147:2 162:1

**Satanic** 39:24

**Sather** 61:21 103:25 109:24 110:4,18 111:6 148:22

**satisfy** 181:5 182:3

**Saturday** 202:10

**save** 56:11 236:25

**saveable** 252:12

**SBA** 60:22 61:13 70:18 71:10 72:2 105:13 229:25 230:3,5,7 245:9,12, 19

**SBA.PRODUCER** 105:1

**schedule** 146:21 150:15 241:20

**scheduling** 14:2

**school** 31:10,13 43:19 44:3,25 46:1 116:20

**schooling** 32:14

**science** 33:15

**scout** 140:18

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

**screaming** 44:15

**screen** 152:13 155:22 163:4 166:19,20,21 167:2 174:6,13 179:2 185:10,15,19,23 186:8,20 206:7 210:21 223:15 238:7,11 253:25

**screens** 186:11

**screenshot** 81:16

**screenshots** 27:8

**scroll** 202:7,25 204:3 207:10

**sealed** 86:25 87:17

**search** 24:5 90:4 186:4,17

**searching** 89:16 95:24

**season** 54:9

**seats** 82:19 83:11 84:1 95:25

**Seattle** 28:22

**seconds** 47:24 174:25

**secret** 79:6,20,21 104:19 122:22 123:2 251:5

**section** 51:13 62:20 170:15

**secure** 151:19

**secured** 145:20

**seedlings** 175:15, 19

**seeds** 170:23 175:19 190:18 209:23

**seeking** 225:10,13

**sees** 242:14

**seized** 97:5

**selected** 197:14

**self-** 200:23

**self-destructed** 53:14,16

**sell** 49:8

**selling** 82:21 83:4, 11 84:1

**Seminars** 35:17

**send** 23:3 112:16 117:4 153:7,13,14 155:8,19 156:7 157:8,21 162:18,20 198:1,6 212:15 222:16 223:1 238:14 252:1,4,11,23 253:22 254:8 255:3, 6

**sending** 211:1

**sensibilities** 198:11 199:8

**sensing** 218:24

**sentence** 98:20 194:21 195:8 198:9 223:21

**sentences** 198:17, 19 223:18

**separate** 181:10 197:8

**September** 122:2, 13 186:22 188:16,22 189:9 211:4,7

**served** 79:18

**server** 45:2

**service@ webblawgroup. com.** 157:13

**services** 86:20 94:22

**set** 90:15 97:7 98:23 154:3 180:2 229:25 230:11,14 231:2,7

**set-up** 67:7

**setting** 150:13

**settlement** 181:17

**setup** 60:24

**seventh** 198:9

**shakes** 77:14 233:12

**shaking** 9:12

**shaky** 171:25

**share** 12:15 30:16 115:4 152:19 153:3, 12,19 174:5,10,13 185:10,18,23 186:7, 11 238:6 249:3

**shared** 115:3 152:13 153:16 160:15 167:2 179:2 206:7 210:21 223:15 238:11 246:24

**sharing** 159:25 161:19 173:6 186:15 189:19 199:11

**Shasta** 95:1 142:19

**shatter** 198:4

**sheet** 252:6

**Sheikh** 130:10

**shenanigans** 187:24 247:9

**sheriff** 58:2,18

**shirts** 91:15,16,18 92:1

**short** 221:14

**shortly** 121:7

**show** 55:16 56:8 80:12,13 123:24 144:23 150:16 153:19,20 185:14 193:6 203:8 204:12 215:7

**showed** 222:18

**shower** 135:11

**showers** 146:15,16

**showing** 20:13 43:8 95:12 183:4

**shows** 100:4

**shunned** 196:24

**shut** 6:18,22 7:23

**sic** 33:2 203:12

**side** 7:6 19:2 23:11 116:14 119:11 133:21 136:13 137:12

**sign** 90:10 142:8 146:25 147:2 183:3 195:4 213:7,13

**signature** 204:5,6

**signatures** 208:8

**signed** 142:5,8 167:12,23 170:18 188:18 219:18

**significant** 203:12 224:3

**significantly** 175:22

**signing** 180:14 228:15

**signs** 56:8

**silence** 237:17

**Simi** 44:12,22 46:1

**Simon** 232:19

**simple** 7:20

**simply** 56:11

**single** 44:21 191:8

**sir** 154:4 157:8,12, 20 158:20 159:1 162:6

**sit** 185:1 214:17 227:23 228:4 229:10 234:5

**site** 203:7,8,16

**sites** 205:16

**sitting** 212:1 219:22

**situation** 95:13 136:25 196:22 245:17

**sixth** 192:24

**size** 154:13 220:2 242:15

**skill** 87:5 90:12

**skills** 90:8,9

**skip** 166:16 215:11 217:8

**Slack** 87:9 90:19 91:9,10 99:12,15,16, 18,19,20,23 138:21 140:11 141:7 233:17,19,22,23,24 234:6

**slander** 197:4

**slandered** 196:1,2

**slap** 255:15

**slavitude** 88:3

**sleep** 20:18

**slight** 163:22

**slow** 156:8 169:4

**slowdowns** 155:10

**slower** 169:11

**small** 40:11 42:25 43:3,16 62:25 63:7 65:8,9 66:12 154:6, 10

**smaller** 64:10 175:22

**Smith** 131:11

**smoothly** 100:5 144:12

**sneaks** 65:12

**social** 25:25 26:2 29:21,23 78:18,21 94:12 109:9,11 132:20 136:16 187:12 219:2

**soil** 54:21

**sold** 65:4,5 82:15, 17,18,22 83:1,8,13, 23,25 88:3 207:2,5,8

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

**sole** 38:11 73:14,16 77:4

**solid** 243:24

**Solutions** 5:13

**somebody's** 237:23

**something's** 83:6

**son** 13:8 177:16 221:2,4 251:21

**sooner** 131:22

**sort** 6:18 10:17 16:12 43:23 47:2 49:5 50:24 60:10 67:4 79:7 107:3 178:22 200:11

**sorts** 204:11 228:6

**Soto** 12:16 128:23

**soul** 88:6

**Soup** 77:17

**southern** 203:14

**space** 145:24 251:6

**speak** 22:18 75:24 100:19,23 108:12,15 123:19 128:2 137:3 138:24 142:13 143:5 204:25 215:8

**speaker** 81:24 92:5, 7,10,12,14,15,24 108:4 112:5 114:14 132:24 139:21,22 144:22 192:3 193:14,18 213:2 220:20 235:18,21,22 241:1

**speakers** 83:14 95:17 108:5 151:15 211:19 212:25 213:11 226:10

**speaking** 47:8 108:8 205:4 237:12

**special** 32:7 35:13, 15 146:9,10 205:16

**specific** 92:21

121:13

**specifically** 21:14 83:17 193:13,16 200:21 220:14 223:16

**specifics** 196:9

**speculation** 204:14 205:5,23 217:17,22 221:9 237:3

**speed** 156:7

**spell** 8:17 12:25 13:19 25:3,13 32:24 33:1 130:7 149:18

**spend** 26:21 252:24

**spent** 181:16

**spiritual** 201:1,2 203:4,12

**split** 169:14 183:8

**spoke** 36:3 73:12 101:16,18 110:3,18 112:10 114:25 119:22 120:12,15 121:5,24 122:1 124:14 125:12 126:2,9 127:2,9,14, 21 128:7,25 129:8, 13 130:12,25 131:13,19 176:7 253:18

**spoken** 11:13 112:14 113:9,15 117:10 118:13 119:18,21 120:4,7, 13,23 121:3,22 122:17 123:11,18 124:6,23 125:4,10, 25 126:7,14 127:6, 11,16 128:2,10,15 129:3 130:16,23 131:8 138:6

**sponsor** 151:17

**sponsored** 42:20

**spot** 98:3,10

**Spousal** 52:5

**spring** 18:24

**sprout** 175:16

**stack** 173:20

**Stacy** 119:14 143:2 198:12,21 199:3,12, 14,16,17,20,23

**Stacy's** 119:16

**staff** 124:12

**stage** 81:25 92:25 213:2

**stamp** 174:23 216:13 239:13

**stand** 102:20

**start** 9:17 36:12,18 38:2 44:21 71:4 73:19,24 82:21 83:3, 11 90:8 94:23,25 143:18 163:23,24 188:20 189:3 214:7 223:21 250:21

**started** 36:24 37:9, 10,18 38:14 42:8 43:18 44:7 45:9 53:21,23 70:25 89:5, 13 96:5 112:13 145:12 166:2 174:22 184:23 200:1 232:11

**starting** 5:10 56:8 179:3 190:11 245:5

**starts** 60:1 215:14

**state** 8:17 9:2 30:3 67:2,6,13 138:15 158:18 170:25 171:10,12 195:8

**stated** 6:10

**statement** 83:22 215:23 254:23

**states** 7:25 115:12 123:22 171:5,8,12 186:5 220:14 244:19

**status** 57:12 102:13 146:14 190:25 191:24,25

**stay** 142:17 146:20, 21 155:6,9 158:10 172:5 253:4 254:18

255:14

**stayed** 91:1 132:14 142:17 143:11

**staying** 55:4 164:24

**Steele** 127:19,22

**step** 220:18

**stepping** 219:9

**Steve** 75:20,22

**stipulation** 51:11

**Stone** 213:16

**stop** 52:25 119:2,6 158:22 159:22 160:21 173:5 177:24 215:16 216:20 217:10 218:10

**stopped** 55:11 61:8 104:14 213:20

**stopping** 47:8

**stops** 212:3

**storage** 63:1,3,10 64:11,14

**store** 63:10

**stores** 65:24 68:25

**story** 37:13 39:23 133:18 136:14,23 251:2,5,7,8

**stragglers** 82:25

**straight** 29:25

**strain** 66:4

**stream** 82:13,21

**Streaming** 109:14

**street** 123:25

**streets** 42:21

**strictly** 108:8

**strike** 138:14

**string** 244:10 245:7

**stringent** 171:11

**strong** 56:2 57:8 246:2,3

**structure** 64:19

**studied** 33:13

**Studio** 45:3,9

**Studios** 37:20,23

**study** 31:15 32:19

**studying** 170:21

**stuff** 150:24 218:25 228:6 230:18,25

**stuffy** 95:5

**style** 33:13

**submit** 171:6,11

**submitted** 16:12

**subsequent** 122:13

**substance** 122:10 123:12 124:17 125:5 126:15 127:7,17 128:3,11 129:4,16 130:17 131:4,23

**substantial** 80:21

**suburbs** 28:23

**success** 180:7 191:1

**successful** 120:19

**suddenly** 198:13

**sued** 112:2 194:25 195:9 226:24 227:4

**suffered** 224:3,21

**suffering** 224:22 227:6

**suggest** 7:11

**suggestion** 7:18

**suing** 136:17

**suit** 232:11

**summer** 170:2 203:7

**Sun** 208:11

**supervisor** 57:7 73:2

**supervisors** 41:13 55:1 58:7

**supplied** 68:25 69:22

**support** 42:1 191:18

**suppose** 253:6

**supposed** 14:25 27:16 60:25 92:17 94:16 97:20 101:24 150:18 170:4 197:18 238:24

**supposedly** 136:21

**surgery** 101:25 102:3,11

**surprise** 235:25

**surviving** 88:3

**suspect** 58:1

**suspicion** 58:1

**swamp** 95:15,17,19

**swear** 8:8

**switched** 230:22

**sworn** 8:12

**syncing** 253:18

---

**T**

**T-E-L-O-S** 25:14

**t-h** 25:4

**T-O-W-N** 149:19,21

**T-R-A-N-C-E** 37:16

**T-SHIRT** 91:14

**T-SHIRTS** 91:7 139:9,16

**table** 11:1 88:15

**tactic** 83:5

**tail** 55:17

**takes** 163:7 190:19

**taking** 59:6 61:8 89:9 95:10 104:7

116:25 147:12 154:19 216:23 219:18

**talk** 18:8,15,16 22:13 28:20 32:18 46:19,20 52:3 54:25 86:16 96:7 100:25 103:1 105:7 125:15 132:22 135:8,12 137:17 139:24 140:13,22 145:8,14 146:22 148:18,22,23 198:12,24 200:25 201:22 212:8 213:14 235:2 245:21 249:22 253:8 254:18

**talked** 80:7 103:3 110:11 111:1 117:14 123:10 125:6 128:22 133:1 143:7 150:11 239:19 246:6,7

**talking** 29:23 30:24 46:24 47:5,11 48:5, 7,10 70:17,25 74:13 75:25 87:24,25 96:6 104:16 112:25 119:6 148:16 149:5,10 160:1,21 161:2 166:2 168:19 169:21 175:3 177:11 178:6 195:15 207:4 212:21 215:14 234:21,22 235:19 241:8 243:11 246:12 248:19

**talks** 192:6 205:9 212:23 213:1,9

**tall** 152:22

**tank** 87:9 138:22

**tape** 135:13

**taped** 135:1

**tapping** 41:24

**Tarantino** 5:16 159:4 162:22

**tea** 178:6

**teach** 32:21 34:7,12

**teachers** 201:1,3

**team** 90:19 192:2 229:25 230:3,4

**technical** 146:7

**Technically** 82:16

**technology** 45:4

**teenager** 20:9

**Telegram** 233:7,8,9, 11,15 239:4

**telling** 250:4,8

**tells** 249:14

**Telluride** 215:25

**Telos** 25:12

**ten** 50:10 59:12 80:20 216:4 228:11, 14 229:5,13 247:25

**ten-minute** 227:16, 21 228:17

**tenant** 13:14,21

**tent** 108:4,9 126:11, 13

**tents** 145:22,23 146:11

**term** 22:24 23:6 54:14 84:7,15

**terrible** 181:24

**TESS** 186:4,18

**test** 6:7 7:6,7 243:13

**testified** 8:12 171:24 182:18 221:22

**testify** 160:18

**testimony** 7:21 185:1 194:4,14,16, 17 214:17 220:4 226:21 227:2 234:5, 25

**text** 90:14 108:15,18 110:6 122:8 125:16 138:12 193:11 233:18,19 243:3,4 244:9 245:7 247:6

**texted** 122:6

**texting** 101:19

**texts** 23:21

**thanked** 139:17

**THC** 60:19 70:21,22, 25 71:6 169:22 170:7 249:17

**THC-BASED** 71:9

**theater** 93:25 94:23 95:3,10,14 96:1 123:25

**therapist** 41:3

**thereof** 152:16

**thereto** 224:17

**thing** 10:25 51:19 59:2 76:24 82:17 83:2 88:8 105:13 107:3 121:18 136:18 150:2,7 153:24 169:15 188:15 199:21 236:22 248:9 249:17

**things** 23:17,19 27:8,10 32:16 35:17 41:23,24 61:4 63:4 64:18,20 65:21 68:17 69:3 78:18 80:23 87:17 94:25 107:11 108:9 109:3 113:11 141:15 151:25 156:7,9 159:23 162:25 188:6 189:5 193:15 198:14,23,24 200:1 208:18 219:14 222:18 241:23 243:9 250:6 251:25 253:4

**thinking** 61:21 188:20 230:4 240:17

**thirteen** 40:17 41:1

**Thomas** 14:9

**thought** 65:10 89:6 107:15,20 110:7 135:10,11 163:18 181:3 201:4 206:18 240:12 242:20

246:14 255:7

**Thousand** 39:5,12 73:20 75:17 76:7,23 127:24 221:19 222:1

**thousands** 34:6 42:24 43:8

**three-day** 57:24 58:12,21

**three-inch** 155:22

**threw** 87:4 241:18, 19

**throw** 65:9

**thumb** 51:21

**ticket** 82:24 84:4 224:9 226:6,11

**tickets** 82:21 83:4 84:2 93:22 151:22 203:18 207:2,5 226:11

**ticking** 94:18

**time** 5:5,18 7:2 9:23 11:6 13:25 14:18 15:4,25 20:13 24:13 26:20 30:22 32:13 35:8 44:2,19 45:19 50:7,15 53:14 54:18, 25 55:13 56:17 57:5 61:10 62:9 67:8,9 68:1,22 70:7,9,11 88:17 89:21 90:1,23 91:3 97:6 98:1 101:6,16 103:7 105:24 108:23 109:24 110:3,11,18 111:1,12,16,20 112:10 113:22 115:13,25 117:14 118:21 120:12,15 121:5,24 123:9 124:14 125:12 126:2,9 127:2,9,21 128:7,25 129:8,13 130:12,25 131:13,19 133:20 139:24 140:6 141:8,17 142:23,25 144:22 147:5 148:4, 11 149:12 150:24 154:19 159:24 162:4

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Index: times..utilized

164:21 165:1,14,22 166:3 167:21 174:23 176:17 177:16 185:7,25 188:6,10 196:3 200:9 201:15 203:18,25 205:12 211:11 216:12 217:12 218:17 222:4 224:25 226:14 228:6,18 229:3,18, 21 235:6 236:3 237:14 239:11,13,19 241:8,14,21 252:24 255:5

**times** 5:18 101:1 134:25 143:8 180:9 193:9 226:16,19 234:18 235:19,23 241:16

**title** 204:5 208:13 212:8

**today** 5:8,18 9:23 10:24 11:4,21 15:4, 16 17:1 18:22 19:1 20:15 22:14 102:21 115:13 161:25 162:4,25 163:25 180:10 185:2 214:18 222:18 228:2 234:6 251:23

**today's** 5:4 154:11

**told** 114:22 115:1 116:10 119:14 132:5 133:14 135:24 141:7,9,10,14 164:23 195:8 196:18 200:15,18 218:2 220:16 231:17,19 250:6 255:5

**Tom** 25:15,16

**tomatoes** 67:24 68:14

**tomorrow** 254:14 255:1

**Tompkins** 103:10, 14,15

**tonight** 255:2

**top** 55:4 56:22 71:14 172:12 239:7,14

**torn** 64:23 191:10

**tossed** 241:23

**tossing** 146:25

**total** 98:20 181:10 191:3 224:13,23 225:25 226:2

**totally** 81:6 181:10

**touch** 132:14 142:21

**tough** 247:11

**town** 41:11,12,14,15 96:4,11

**tracking** 209:9

**trade** 56:25 69:10,16 175:2 177:11,15 248:21

**trademark** 180:13, 17 184:14,20,21,22 185:2 186:4,5,17 187:1,3 188:17 195:3 210:3 211:7, 11 218:12

**trademarked** 217:13

**trademarkengine. com** 187:3

**trademarkengine. com.** 187:1 188:12

**trademarking** 184:24 187:6 188:20 217:19

**trader** 59:4,14

**traders** 56:24 59:1, 20 60:8

**trades** 69:13

**traffic** 146:20

**trailer** 123:3

**trained** 142:18

**training** 35:14,15

**Trance** 37:13,15,16 38:21 39:20 77:22 78:16,22,24 79:1 80:7,10 101:8,9,12 110:6 117:16 123:2 127:15

**transcript** 252:4,7

**transfer** 170:25

**transfered** 96:15

**transpired** 183:7

**transport** 171:2

**trashed** 137:23,25

**trauma** 199:13

**tree** 51:20 69:8,19, 20,22

**trees** 69:23

**trench** 146:15

**trial** 251:24

**trials** 155:16

**trim** 65:11

**trip** 136:9 144:12

**tripping** 201:14,17

**trouble** 83:12 232:22

**true** 57:9 193:3,20

**Trump** 170:17

**truth** 15:12

**truthfully** 15:19

**turn** 5:20 27:5 73:11 79:5 162:11 237:15, 22

**turned** 7:9 27:3 64:4 88:25 122:12 124:12 218:21 219:21 229:1,4,7 238:2,20 243:3

**turning** 27:1 189:3 238:3

**turns** 64:4

**twin** 124:22 125:2,3

**Twitter** 26:3,4,7

**two-and-a-half** 28:6 225:10

**type** 15:21 16:2 37:3,4,25 61:4 109:9 133:20 188:14 236:4

**typed** 165:22

**types** 26:2 141:3 198:2 235:9 236:1

**Typically** 252:8

**typing** 165:1 232:22

---

**U**

**UAPS** 39:15,17,20

**UCSB** 31:20,25 32:2,8,19 43:24 44:17 46:1

**uh-huh** 9:12 24:10 25:18 31:22 39:9 62:14 85:1 112:13 167:6 168:3,17 172:14 175:4 195:10 202:12,15 203:24 207:7,13,24 208:7 240:10 241:6 244:11 245:8 250:2

**ultimate** 88:19

**ultimately** 53:18 58:16 66:13 89:9 104:1 149:7

**ULTRA** 39:22

**unable** 224:15

**unacceptable** 140:17

**unanimously** 151:6

**unclear** 55:2

**undercurrents** 219:14

**understand** 7:10 9:14,20 10:1,21 11:2,20 15:7,16 17:4,5 22:23 23:1,11 29:8 30:22 37:15

**understanding** 11:23 15:10 33:14 34:5 83:7 84:5,7 87:16 106:9 112:6 115:17,19 172:7 205:10 236:5,7,8,10

**understood** 86:22 141:2 182:11

**undo** 145:6

**unequivocally** 237:4

**Unidentified** 39:19

**Union** 72:17

**United** 123:22 171:8,12 186:5

**universities** 32:17

**university** 31:14 94:2 95:3

**unlisted** 132:4

**unquote** 7:17

**unrelated** 181:6

**unsealed** 87:2

**upcoming** 106:16

**update** 102:13

**updated** 252:1

**updates** 71:15,17, 21

**updating** 26:25

**upload** 23:20 26:21

**uploaded** 23:17 226:18

**upset** 198:10

**USPTO** 186:17 189:8

**utilized** 62:17

48:1,17 99:14 159:5 182:17 199:21,22 228:3

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Index: vague..Wickes

**V**

vague 21:8 27:19 35:24 51:7 53:5 137:6,15,20 193:22 227:8

Valerie 5:11 158:21 159:18 161:17 162:13 253:18 254:18

Valerie's 159:23

Vallera 108:2

Valley 44:12,22 46:1

valuable 190:20 198:13

Vannoy 119:24 120:1,5,7 250:8

variables 190:25

Veda 34:2,3

Vedas 33:13,25 34:3

vedic 33:23

vehicle 191:13,16

vendors 94:24 95:7

ventilation 95:6

Ventura 31:21 44:1 243:21 244:2

venture 218:18

venue 148:21,23 149:2,3,6,9,16,24 150:8,15 243:25

venues 150:5

verbally 9:11 135:6

versatile 64:16

version 206:13

versus 85:16 106:20

viable 61:12 209:16

vibrations 242:12

Victor 34:3

video 5:3 6:1 55:15, 21 59:17,19 76:9 109:14 119:4 131:25 134:3 135:18,22 136:1 148:6,11 158:8,10 160:16 162:6,11,12 165:14 173:14,18 174:3,6,8, 17,20 176:17,25 177:1,3,4,21,22,24, 25 178:12 214:9,14, 20,24 215:15,18 216:10,19 217:9 218:9 221:15,23 229:18 248:11 250:9,10 253:17,21 254:10,16

videographers 159:10

videos 23:21,22 96:17 99:8,9,12,16, 18,23

view 143:12 192:10 252:13

viewed 81:19 149:13

viewer 81:14

viewers 80:18,21 81:10

viewpoint 149:13, 15

views 221:23

vine 49:17

vision 96:13

visit 57:24 58:18,21

visited 58:15 122:12

visiting 58:21

visual 166:23

Vivian 117:20,23 119:12,15

voice 7:16 40:13 41:9 42:10 101:18 134:22 212:1,6 214:16

volunteer 87:4 90:7 92:2,5,9 107:16 124:12 141:17

volunteered 86:19 90:5,12 92:6 94:21 106:1 139:23

volunteering 90:9 126:24

volunteers 86:22 146:18 203:10

**W**

W-1-N-D-H-O-R-S-E 26:11

w-c-e 26:6

wagon 142:18

wait 30:23 38:4 58:23

waited 56:4

waiting 71:5 153:25 154:1,17 155:4

Walberg 13:12 60:7, 9,10

walk 20:17

wall 63:20 64:1,3

wandererfilmwork s 104:24,25 105:4

wanted 5:19 41:23 44:24 66:14 82:20 90:7 93:11 105:24 106:25 107:3,23 112:21,23 120:18 123:24 136:13 137:18,23 140:22 150:6 182:12 187:22 191:21 194:12 195:3 211:22 213:3,10 235:8 245:11,22 246:13 249:2

Washington 28:22 67:1,2,6,8 88:16,20 105:23 145:13

watch 136:4

watched 134:7

watching 5:17 6:12 222:25

water 88:1 92:14 146:17

Waukegan 42:18, 21,24

Wayback 206:15, 18,20

ways 104:20

we/ve 6:12

weather 29:7

web 35:16 66:4

Webb 5:14 6:4,20 7:5 10:9,11,12 11:15,18 12:13 17:1, 10,13,16,23 18:5,8, 11,18 20:1,4,8,12 21:8,24 22:3,4,7,8 27:19,23 29:14,20, 24 30:6,10,15,21 35:24 46:10,14,19, 24 47:6,19,22 48:3,8 51:7,24 52:5 53:5 57:19 58:23 67:10 74:13,17,20,22 75:2, 6,7 78:11 84:12 86:15 102:7,10,14, 21 103:16 108:16 110:14 111:11 114:18 115:1,8,11, 18,21 116:1,4,7,9, 16,18,21,25 117:5,8 118:3,10,15,21 119:3,9 134:20 136:11 137:6,15,20 147:19,24 152:17,21 153:22,24 154:5,9, 13,16,24 155:6,13, 15,19 156:6,11,21 157:12,16,23 158:4, 10,12,14,17,23 159:6,8,14,15,20 160:1,7,20 161:1,4, 10,14,21 162:10,17, 24 163:5,10,11 164:2,5,10,16,18,25 165:17 166:2,6 169:4,7,10 173:19,

24 174:5 179:5 185:25 193:22 195:22 204:13 205:5,22,25 217:16, 21,25 221:2,8 222:16,21 223:6,11, 24 225:15,21 227:8, 18,22 228:2,3,7,13, 16,19,23,25 229:8, 15 237:2,15,20 247:14,17,25 252:3, 14,19,22,23 253:20, 22 254:2,6,11,14,25 255:3,9

Webb's 254:23

website 76:17,20,25 144:24 146:2,3,4 189:16 206:13 210:2

Wednesday 5:4

Weed 94:1 95:2 96:1,25 97:1,3,18 140:16,19 142:1

week 43:15 59:13 73:4 101:1,18 102:12,18 108:14,19 127:14 248:16

weeks 96:21 98:4, 25 101:22 244:18,21

weeks' 252:24

Weidner 111:23 112:1,2,4,8,19,20,24 220:13,15 221:7

welcoming 96:12

wells 41:24

West 6:15

wet 54:8,9 55:14 64:2

Whatsapp 23:22 229:24 230:1,5,18, 20,25 231:17,20,23, 25 232:3,4,7,10,14 233:18,19 234:3,6,9

whatsoever 213:21

wheels 189:3

Wickes 151:23

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Index: wife..zucchinis

wife 128:20

Wilcock 113:7 120:10,13,16 192:22,25 203:7 207:17 213:17 219:25 226:10 241:12

Wilcox 103:25 120:24

windhorse 26:11

window 58:12 95:5

windows 95:9

winter 54:8 55:15

winters 29:5,11,12

wishing 171:5

woman 91:5 201:18

women 198:12,24 199:6

women's 199:6

wondered 250:6

word 15:13 20:25 34:1 37:14 229:14 240:7

words 199:22 240:25

work 22:9 43:1 45:1, 12 56:21,22,24,25 58:7 59:1,4,6,8,12, 14,20 60:8 73:11,23 93:6 95:18 100:11 101:13 103:4 108:25 122:22 132:20 133:17 141:9,19 145:9 149:7 150:4 188:9 209:22 216:4 236:19 241:15,16 246:9 248:21 253:11

worked 43:3 44:2, 23,25 45:11 74:2 101:6 103:11 108:23 123:1 138:1 144:19 146:7 248:8

worker 177:15

workers 53:9 55:23

59:1 175:3 177:11

working 57:1 59:19 77:19 92:4 93:25 101:2,3 104:15 107:8,9,13 108:20 109:1,3,19 141:17 165:5,23 175:5 205:2 231:14

works 159:14

workshop 211:14 224:10

workshops 35:17, 21 211:19,20 212:21 213:19

world 87:18,21,23, 25 88:9 107:24 149:14 154:11 187:23 188:1 203:9 219:12,14 250:5

worried 57:16,22

worry 254:12

worse 163:21 190:22

wow 34:9,10 84:8

wrap 101:9,11

wrap-up 211:1

wrapped 101:11

write 82:23 197:11, 12 253:8

writer 197:12

writing 182:18

written 168:21

wrong 123:8 136:24 198:14 216:12

wrote 182:19 237:5

—————

Y

Y-O-U-N-G-B-L-O-O-D 8:20

Yanaros 5:10,11 6:3 7:23 8:10,15 10:12 11:17,20 12:17 17:4,

13,20 18:6,9,15 19:2,8 20:2,5,10,14 21:10 22:2,12 27:22, 25 29:16,22 30:2,7, 12,19,25 31:5 36:3 45:20 46:13,18 47:4, 7,21,25 48:5,10,13, 16,21 51:17 52:2,8, 12 53:7 58:17,25 67:12 74:19,23 75:8 78:14 84:14 86:16 102:10,15,24 103:18 108:20 110:17 111:7,13,22 114:20 115:6,9,21,24 116:14,17,21 117:1, 7,9,25 118:2,4,12, 18,22 119:8,11,17 120:3,21 125:4 130:6 134:24 136:12 137:8,18,22 147:21 148:1,2,13 152:11 153:2,5,10,17,20 154:6,20,22 155:2, 11,13,18 156:3,10, 19,23 157:6 158:1,9, 12 159:2,11,18 160:8,24 161:2,6 162:2,15,20 163:2,9, 13,15,17 164:5,8,11, 15 165:10,11,16 166:1,7 167:3 169:19 172:22 173:4,7,16,21 174:3, 7,14,16,18,21,25 176:24 177:2,5,9,20, 23 178:1,4,10 179:7 182:14 185:9,13,20, 24 186:2,9,13,15 189:25 190:4,8 194:3 195:24 200:10 202:4 204:15 206:2, 9 207:19 210:7 212:4,7,10,12,15,19 214:6,10,13,15 215:11,16 216:8,11, 16,20 217:7,10,18, 23 218:2,7,10 220:25 221:6,11,12, 16 222:7,11,13,20, 22 223:7,12 224:1 225:18,22 227:15,20 228:1,5,11,16,22,25

229:12,23 233:7,17 234:2 236:12 237:5, 15,18,24 238:6,10, 12,23 247:19 248:2 250:25 251:22 253:13,14,19 254:5, 19,22 255:7,11

year 13:16 14:1,15 16:22,24 17:2 18:24 31:23 38:22 51:15 63:3 92:2 94:9 112:12 114:1 122:3 123:23 124:16 126:12 131:21 168:12 184:15 187:15 205:17 240:9

year-to-year 193:25 194:1

yearly 51:23

years 13:23 20:22 21:11,19 26:24 27:1 28:6 34:6 35:4,5 87:24 112:12,13 190:23 201:14,18,21 225:10 232:11,12 240:9

yell 214:15

yesterday 13:3 101:24 209:2 223:8 229:1,4 237:25

yoga 32:22 34:12

Youngblod 238:25

Youngblood 8:6, 11,16,19,20 9:6 12:7,24 14:6 15:3 16:19 19:9 26:17 27:25 29:13 30:3 31:1 37:23 38:17 45:3,9 52:9 78:23 93:16 111:23 117:7, 9 118:5,13 148:14 154:23 156:12,13 157:1 166:8,19,20 167:4 168:23 172:25 175:2 177:10 178:5, 11 196:18 208:12 215:19 216:22 221:18 224:3,6,7,12, 15,20,21 229:24

237:24 238:24 239:1 244:8,23 245:6 246:19 248:3 249:8 251:10 255:12

Youngblood's 6:7 8:2

youngest 13:8

Youtube 23:21 24:23,25 25:10,23 36:4 79:22 212:25 213:4,24 222:25

—————

Z

Zander 117:18,19

Zoom 5:16 152:20 153:7 158:4,5

zucchinis 67:24