*Transcript of the Testimony of*

# LEON KENNEDY

**October 13, 2022**


**JAMES COREY GOODE**

**vs**

**ROGER RICHARDS RAMSAUR**



31 North Tejon, Suite 202, Colorado Springs, CO 80903
719.434.8262 office@elliottreporting.com

***CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER***

UNITED STATES DISTRICT
COURT, DISTRICT OF COLORADO

_____|_

Plaintiff(s):

JAMES COREY GOODE,                        COURT USE ONLY
individually, and GOODE                   _____
ENTERPRISE SOLUTIONS INC.
                                          Civil Action No:
v.                                        1:20-cv-00942-DDD-
                                          KLM
Defendant(s):

ROGER RICHARDS RAMSAUR,
LEON ISAAC KENNEDY, and
ADRIENNE YOUNGBLOOD.

_____


_____

VIDEOTAPED AND VIDEOCONFERENCE DEPOSITION OF
LEON ISAAC KENNEDY

Thursday, October 13, 2022
_____


- - -
ELLIOTT REPORTING, INC.
719.434.8262                  office@elliottreporting.com

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 2

```
1              A P P E A R A N C E S
2
     For the Plaintiffs:
3
          VALERIE YANAROS, ESQ.
4         YANAROS LAW, PC
          8300 Douglas Avenue, Suite 800
5         Dallas, Texas  75225
          Phone: (512) 826-7553
6         Email: Valerie@yanaroslaw.com
7    For the Defendants:
8         LENDEN F. WEBB, ESQ.
          WEBB LAW GROUP, APC
9         466 West Fallbrook Avenue, Suite 102
          Fresno, California  93711
10        Phone: (559) 431-4888
          Email: Lwebb@webblawgroup.com
11
12
13
14
15   Also Present: James Corey Goode
16                 Adrienne Youngblood
17                 Caleb Guice, Videographer
18                 Ben Jones, Videographer
19
20
21
22
23
24
25
```

Page 3

```
1         PURSUANT TO NOTICE, and the Colorado Rules of
2    Civil Procedure, the deposition of LEON ISAAC KENNEDY,
3    called for examination by the Defendant, was taken via
4    Zoom video conference, commencing at 9:34 a.m. Pacific
5    Time, on October 13, 2022, before Leeann Stellor, RMR,
6    CRR, and Notary Public in and for the State of Colorado.
7
8
9              I N D E X
10   EXAMINATION                             PAGE
11   By Ms. Yanaros                            8
12
13   PLAINTIFFS'                           INITIAL
     EXHIBIT                              REFERENCE
14
     Exhibit 24   2-23-2020 Letter to Jim     112
15                Martin from Leon Kennedy
                  8550, 8571 - 8573
16
     Exhibit 25   e-mail, Orchard to          156
17                GoodTech@yahoo.com:
                  Western Union Global Pay
18                Payee Manager-Enrollment
                  Approved
19                GES_RICHARDS_0000029
20   Exhibit 26   January 14, 2020 SBA        156
                  Entertainment, LLC letter
21                GES_RICHARDS_0000034
22
     Exhibit 27   Letter to Orchard           160
23                GES_RICHARDS_0000054
24   Exhibit 28   Kennedy Correspondence      161
                  YOUNGBLOOD 5206
25
```

Page 4

```
1    PLAINTIFFS'                           INITIAL
     EXHIBIT                              REFERENCE
2
3    Exhibit 29   e-mail from Leon Kennedy to  168
                  Roger Ramsaur and Corey
4                 Goode
                  GES_RICHARDS_0000066
5
     Exhibit 30   February 16, 2019 e-mail     171
6                 from Roger Ramsaur to Leon
                  Kennedy and Corey Goode
7                 GES_RICHARDS_0000094
8    Exhibit 31   Audio File                   182
9    Exhibit 32   Video File                   211
                  GES_RICHARDS_0000007
10
     Exhibit 33   Video File                   281
11                GES_RICHARDS_0000008
12   Exhibit 34   Video File                   281
                  GES_RICHARDS_0000009
13
14                                         INITIAL
     EXHIBITS PREVIOUSLY MARKED:          REFERENCE
15
     Exhibit 11   Plaintiffs' Initial         118
16                Disclosures Pursuant to
                  Federal Rule of Civil
17                Procedure 26(a)(1)
18
19   (* Exhibits 24 through 34 retained by counsel.)
20
21
                  INFORMATION REQUESTED
22                PAGE   LINE
23
24
25
```

Page 5

```
1         P R O C E E D I N G S
2              - - -
3         THE VIDEOGRAPHER:  Today's date is
4    October 13th, 2022 and the time is 9:24 a.m.  This
5    will be the remote video deposition of Leon Kennedy.
6         Will counsel please identify
7    themselves for the record and state any objection to
8    the witness being sworn remotely.
9         MS. YANAROS:  Yes.  Val Yanaros for
10   the plaintiffs, James Corey Goode and Goode
11   Enterprise Solutions.
12        No objection to being sworn
13   remotely.  That was previously agreed to -- to by
14   the parties.
15        Also noting for the record, that
16   we have a standing objection to the way that the
17   audio is being recorded, that it's not being
18   recorded directly and that it's actually showing
19   a -- a syncing lag with the -- with the video.
20        And then also I've been informed
21   by opposing counsel that they will be recording this
22   deposition by another means, and we are objecting to
23   their recording of -- of this deposition by other
24   means.
25        MR. WEBB:  Lenden Webb --
```

Elliott Reporting, Inc.    719.434.8262 office@elliottreporting.com

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 6

1      MS. YANAROS:  Also --
2      MR. WEBB:  -- on behalf --
3      MS. YANAROS:  I'm sorry.  Go ahead.
4      MR. WEBB:  Go ahead.
5      MS. YANAROS:  I -- I do have another
6  hearing at 3:00 p.m. Eastern, which will take about
7  30 minutes, so just for -- for planning purposes.
8      MR. WEBB:  Okay.  You didn't tell us
9  that beforehand.  I wish you had told us that in
10  advance.
11      MS. YANAROS:  I told you --
12      MR. WEBB:  And this is --
13      MS. YANAROS:  -- that I have trial
14  next week, and -- and things come up, unfortunately,
15  so.
16      MR. WEBB:  Okay.  It's surprising
17  that it came up last night, a 3:30 hearing for
18  today, but whatever.  Is it a next-party hearing?
19      MS. YANAROS:  I'm sorry.  I can't
20  understand you.
21      MR. WEBB:  My name is Lenden Webb.
22  I'm on -- here on behalf of Leon Kennedy, who's
23  present.
24      We are video recording the
25  proceedings.  And yes, I'm attending, along with my

Page 7

1  paralegal -- I'm sorry, my law clerk, Peter
2  Tarantino, may attend at various times today, along
3  with law clerk Raza Khan, along with Attorney
4  Christian Clark, who may attend at various times.
5  So that's it.
6      We're ready to begin.  We got a
7  link this morning about 9:10 or 9:15, changing where
8  we were supposed to be.  So we're here, ready to go.
9      MS. YANAROS:  Can you please state
10  for the record how you're recording this and what --
11  I mean, we don't know what you're doing, so.
12      MR. WEBB:  Video recording.
13      MS. YANAROS:  I'm sorry?
14      MR. WEBB:  Both audio and video.
15      MS. YANAROS:  Like, screen capturing?
16      MR. WEBB:  Audio and video, both.
17      MS. YANAROS:  Okay.  Like with a
18  phone, or what?
19      MR. WEBB:  No.  Done by deposition
20  today, audio and video.
21      But let's go ahead and move
22  forward.
23      MS. YANAROS:  So you're refusing to
24  answer -- you're -- you're refusing to give us
25  notice as to how you are recording this deposition?

Page 8

1      MR. WEBB:  By -- I'm recording it
2  both by audio and video means.
3      MS. YANAROS:  But you're not going to
4  explain anything further?
5      MR. WEBB:  Let's move forward.  You
6  have some questions?  Let's move forward.  We're
7  already half an hour late and you gave me a half an
8  hour surprise just a few minutes ago.  So, Counsel,
9  you wasted an hour of my time today.  Let's move
10  forward.
11      MS. YANAROS:  Absolutely not.  Okay.
12  We'll move forward.
13      Okay.  Mr. Kennedy --
14      THE VIDEOGRAPHER:  Yes.  Will --
15      MS. YANAROS:  Yes, sir.
16      THE VIDEOGRAPHER:  -- the court
17  reporter please swear in the witness.
18      MS. YANAROS:  Okay.
19  WHEREUPON,
20      LEON ISAAC KENNEDY,
21  having been first duly sworn, was examined and testified
22  as follows:
23      EXAMINATION
24  BY MS. YANAROS:
25      Q.  All right.  Good morning, Mr. Kennedy.

Page 9

1  How are you doing today?
2      A.  Well, except for some sinus drip, I'm
3  doing fine.  Thank you.
4      Q.  Okay.  On -- on that same note, if you
5  need to take breaks at all, just let me know.
6  You've been in some of the depositions, so you know
7  if -- if I have a question pending, I would just
8  have you answer that.  But to the extent that you
9  need a break, just, you know, let -- let us know.
10      A.  Thank you for that.
11      Q.  Yes.  Okay.  So I'll go through -- really
12  quick, is this the first time you've ever been
13  deposed?
14      A.  No.  I've been deposed before.
15      Q.  Okay.  So I'll -- I'll go really quick
16  through the ground rules.
17      Speak all your answers verbally so
18  that we can have a clear record.  If it's not
19  verbal, then, you know, it won't be taken down.
20      I will try to let you finish your
21  answer before I start asking another question, and
22  then I ask that you let -- let me finish my question
23  before you start answering.
24      Your attorney will be making
25  objections.  And if he objects, then I -- I would

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 10

1  ask you to still answer the question, as long as he
2  doesn't instruct you not to answer.
3         I don't want to know any
4  privileged information.  If there is a conversation
5  you've had with your lawyers, I don't want to know
6  that.  If I ask -- ask a question that goes into
7  that sort of an area, please just answer to the
8  extent that it's not privileged information.
9         We're going to be on the -- on the
10 record for seven hours today.  Like I said, if you
11 need a break, go ahead and take a break.  Just make
12 sure that there's no question pending on the -- on
13 the -- on the table.
14        Do you have anybody else in the
15 room with you today?
16    A.  I do.
17    Q.  Okay.  And who is that?
18    A.  Maureen LaVette.
19    Q.  Okay.  And I -- I believe that's your
20 wife, correct?
21    A.  Yes.
22    Q.  Okay.  Anyone else besides Ms. LaVette?
23    A.  No.
24    Q.  Okay.  And -- and where are you located
25 today?

Page 11

1         THE WITNESS:  Lenden, do you want to
2  tell them?
3         MR. WEBB:  Yes.  He's located at my
4  office, which is 10509 Vista Sorrento Parkway,
5  Suite 450, San Diego, 92121.
6         MS. YANAROS:  Okay.  Thank you.
7    Q.  Okay.  Mr. Kennedy, have you spoken with
8  anybody prior to your deposition today, other than
9  your attorneys?
10        MR. WEBB:  Objection.  Vague.  Has he
11 spoken to anybody?  Yeah, he's spoken a lot to
12 people before that.
13        MS. YANAROS:  Okay.  Counsel, you can
14 make a proper objection and then be quiet so your
15 client can answer.  We are just starting.
16        MR. WEBB:  Okay.
17        MS. YANAROS:  My goodness.
18        MR. WEBB:  And -- and starting well.
19    Q.  Mr. Kennedy --
20        MR. WEBB:  Start -- starting --
21 starting, we're an hour --
22    Q.  -- you can answer the question.  You can
23 answer the question.
24    A.  No, I haven't spoken to anyone today.
25    Q.  Okay.  Thank you.

Page 12

1         Have you looked at any documents
2  prior to this deposition?
3         MR. WEBB:  Objection.  Overbroad.
4         You can answer.
5    A.  Okay.  I -- I don't understand your
6  question, Val.
7    Q.  Okay.
8         (Adrienne Youngblood joined
9         deposition.)
10   Q.  So in preparing for -- did you prepare
11 for your deposition today?
12   A.  I prepared for it, yes.
13   Q.  Okay.  And how did you prepare for this
14 deposition?
15   A.  Well, I've been preparing for quite some
16 time.  I've gone through, you know, over a year and
17 a half worth of texts and e-mails and paperwork and
18 on and on and on.  So it's taken a tremendous amount
19 of time to prepare for this, and Corey's deposition
20 also.
21   Q.  Okay.  So you stated that you looked at a
22 couple of different -- a couple of different things.
23 You said you spoke -- you looked at some texts.  Is
24 that -- was that within the last few days?
25   A.  Texts.  I've looked at what you sent over

Page 13

1  this morning.
2    Q.  Okay.  The -- the exhibits?
3    A.  Yes.
4         MS. YANAROS:  Mr. Webb, what are you
5  doing?  That's very --
6    A.  I think he was like -- he moved the
7  monitor so it -- it was a better -- a better
8  perspective --
9    Q.  Okay.
10   A.  -- of me looking at --
11   Q.  Okay.
12   A.  (Simultaneous speaking) at the same time.
13   Q.  Okay.
14        MS. YANAROS:  Videographer,
15 Mr. Video, is -- is that --
16        THE VIDEOGRAPHER:  It's all right
17 now.  It would definitely be best if we don't move
18 it much.
19        MS. YANAROS:  Okay.
20        THE VIDEOGRAPHER:  But the framing is
21 all right now.
22        MS. YANAROS:  Okay.
23   Q.  Okay.  Sorry about that, Mr. Kennedy.
24        Okay.  So you looked at the --
25   A.  Now, Val, we've known each other.  We

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 14

1  worked with each other before.  You can feel free to
2  call me Leon throughout the day.
3     **Q.   Okay.  And -- and you can call me Val.**
4     A.   Thank you.
5     **Q.   Yes.  Thank you.**
6           Okay.  So you reviewed the
7  **exhibits.  Did you look at any of the -- at the**
8  **written discovery that we sent over?  Do you know**
9  **what I mean by that?**
10    A.   I don't think I've seen that.
11    **Q.   Okay.  Are -- are you familiar with the**
12 **term "discovery"?**
13    A.   Yes.
14    **Q.   Okay.  So the -- the request for**
15 **production and the interrogatories and that sort of**
16 **stuff?**
17    A.   Yes, I am.
18    **Q.   Okay.  Okay.  So in addition to looking**
19 **at the exhibits, did you take a look at any of the**
20 **other produced documents from -- from -- from my**
21 **client?**
22    A.   No.  I -- I didn't have a lot of time, so
23 I just glanced at what you sent over.
24    **Q.   Okay.  And sorry, I should have -- I**
25 **should have said this out the door.**

Page 15

1           **Can you please spell your name for**
2  **the record.**
3     A.   L-e-o-n, and then Kennedy, like President
4  Kennedy, K-e-n-n-e-d-y.
5     **Q.   Thank you.  Any aliases?**
6     A.   Any what?
7     **Q.   Aliases?  Do you go by any other names?**
8     A.   No.
9     **Q.   Okay.  And can you please give your**
10 **address for the record?**
11          MR. WEBB:  And his address, he can be
12 reachable through my office.  You can send any
13 subpoenas or notices to my office, just because of
14 privacy concerns.
15          So I'm instructing him not to
16 answer on that question.
17    **Q.   Okay.  How long have you lived at the**
18 **house that you're at right now, Mr. Kennedy?  I'm**
19 **sorry, Leon?**
20          MR. WEBB:  Same -- same instruction.
21          MS. YANAROS:  About how long he's
22 lived at his house?
23          MR. WEBB:  Correct.
24          MS. YANAROS:  How is that a privacy
25 concern?

Page 16

1           MR. WEBB:  It -- we can meet and
2  confer off the record if you'd like, but I'm
3  instructing the witness not to answer on that one.
4     **Q.   All right.  Mr. Kennedy, are you going to**
5  **follow your -- your attorney's instructions?**
6     A.   I am.
7     **Q.   I'm sorry, I -- I --**
8           MS. YANAROS:  Did -- did you pick
9  that up?  Did anybody pick that up?
10    A.   I -- I -- can you hear me?
11    **Q.   I can hear you now.**
12    A.   Okay.
13    **Q.   I couldn't hear you before.**
14    A.   I was saying, I'm -- I'm going to follow
15 his instruction on that one.
16    **Q.   Okay.**
17          MS. YANAROS:  Does -- is it -- can
18 the videographer hear the -- the witness okay?
19          THE VIDEOGRAPHER:  It's cutting out
20 for me as well.  I'm pretty sure it's just the way
21 he's doing his audio.
22          MS. YANAROS:  Did you hear that,
23 Mr. Webb?
24          MR. WEBB:  Yep.  Yeah, I heard
25 everything.

Page 17

1           MS. YANAROS:  Okay.  Are we going to
2  fix the audio?  Because you know that's the most
3  important part of the deposition.
4           MR. WEBB:  Sure.  Let me see if I can
5  get it a little closer for him.
6           THE WITNESS:  1, 2, 1, 2.  Can you
7  hear me better now?
8           MS. YANAROS:  That's better.  Okay.
9           THE WITNESS:  Mr. --
10 Mr. Videographer, can you hear me better now?
11          THE VIDEOGRAPHER:  You're still
12 cutting out.  The -- the issue is the cutting out,
13 not the actual sound quality.
14          THE WITNESS:  Uh-huh.
15          THE VIDEOGRAPHER:  Your audio's
16 coming through on a cellphone; is that correct?
17          MR. WEBB:  No.  It's on a -- a
18 landline.
19          THE VIDEOGRAPHER:  On a landline.
20 Yeah, that's -- that's definitely why it's cutting
21 out.
22          It would definitely be more
23 prudent to have the audio come through the computer,
24 most likely, or a phone.
25          MS. YANAROS:  Let's --

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 18

1    THE VIDEOGRAPHER: Not a landline,
2 but --
3    MS. YANAROS: Let's go off the record
4 for this, while we fix the -- the technical issues.
5    THE VIDEOGRAPHER: All right. The
6 time is --
7    MR. WEBB: Okay.
8    THE VIDEOGRAPHER: -- 9:36. We are
9 now off the record.
10    (Break from 9:36 a.m. to
11    9:40 a.m.)
12    THE VIDEOGRAPHER: The time is 9:40.
13 We are back on the record.
14 BY MS. YANAROS:
15    **Q.   Okay. All right. Mr. Kennedy, we were**
16 **speaking about how many -- I think you said you'd**
17 **been deposed before. How many times have been**
18 **deposed?**
19    A.   I think twice.
20    **Q.   Okay. And when was the last time you**
21 **were deposed?**
22    A.   Oh, many, many years ago. Maybe 15, 20.
23    **Q.   And what type of lawsuit was that for?**
24    A.   I -- I -- I really have to remember.
25    **Q.   It's --**

Page 19

1    A.   Can I come back to that? It's been so
2 long, I'm not really sure.
3    **Q.   It -- it's okay. We -- the -- the only**
4 **issue now is that we really can't hear you.**
5    A.   Can you hear me better now?
6    **Q.   Yes. Hopefully --**
7    A.   Okay.
8    **Q.   -- it stays like that.**
9    A.   What I'll do is -- is I'll just talk much
10 louder, if that will help. Does that help?
11    MS. YANAROS: Does that help,
12 Ms. Stellor? It's really staticy. I -- I don't
13 know if -- do you --
14    Mr. Webb, do you guys have another
15 computer that you can use?
16    THE WITNESS: I think he's checking.
17    MS. YANAROS: Oh, he's checking.
18 Okay.
19    Yeah, it's really staticy.
20    THE WITNESS: What did you use for
21 Adrienne yesterday?
22    MR. WEBB: Same one.
23    There might be static from another
24 line that's logged in. There's audio. And the only
25 other audio is Valerie and the court reporter, is

Page 20

1 the only other audio feeds. And the Internet is
2 fast. We have 60 download and 79 upload, so it's
3 fast there. (Inaudible) of 8.
4    THE WITNESS: Are you hearing Lenden
5 better than me?
6    MS. YANAROS: You all are both really
7 bad.
8    THE WITNESS: Okay.
9    MR. WEBB: So one other alternative
10 we can do is we can actually call in on a cellphone.
11 Let me -- let me try that. Do you have a call-in
12 number for the call-in line?
13    MS. YANAROS: Let' see.
14    MR. WEBB: I have --
15    VIDEOGRAPHER JONES: I'll -- I'll
16 interject. Oh, I'm sorry. We're still on the
17 record. Do you all want to go off the record for
18 this?
19    MS. YANAROS: Let's go off the off,
20 yeah.
21    MR. WEBB: We can go off the record.
22    THE VIDEOGRAPHER: I have an
23 agreement from counsel?
24    MS. YANAROS: Yes.
25    MR. WEBB: Yes.

Page 21

1    MS. YANAROS: Let me look over at my
2 e-mail.
3    THE VIDEOGRAPHER: The time is 9:43.
4 We are now off the record.
5    (Break from 9:43 a.m. to
6    10:17 a.m.)
7    THE VIDEOGRAPHER: The time is 10:17.
8 We are back on the record.
9 BY MS. YANAROS:
10    **Q.   Okay. Sorry about that, Mr. Kennedy. I**
11 **think we're good to go again.**
12    **So before we -- before we went off**
13 **the record, we were just talking about your prior**
14 **depositions. And I think you said you had had a**
15 **couple times?**
16    A.   Yes. And -- and since we had this break,
17 I had time to think about it.
18    The deposition was against -- with
19 an insurance company. I had a house that burned
20 down, and they were dragging their feet about paying
21 for the house. It certainly wasn't -- it burnt down
22 in a -- in a wildfire. It was public knowledge of
23 that neighborhood being burned up by the wildlife,
24 and yet that they dragged their feet in paying. So
25 that was the deposition.

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 22

1    Q.   Okay.  And that -- is -- was there
2  another one besides that one, or was that just the
3  only -- the only one?
4    A.   You know, many years ago.  You know, when
5  you've been in show business for over 50 years,
6  there -- there's different times that people pull
7  you in as a witness or whatever.  I -- I -- I don't
8  even remember the details of -- of something else.
9    Q.   Okay.  No worries.  And if -- if you
10  can't recall, you know, that's -- that's a perfectly
11  fine answer.  I think your attorney might counsel
12  you to make a guess.  But it's, you know, if you
13  can't remember, that's totally okay.
14    A.   Yes.
15    Q.   Okay.  Are you under the influence of any
16  drugs or alcohol that would make it difficult for
17  you to understand my questions today?
18    A.   No, I am not.
19    Q.   Okay.
20         MR. WEBB:  And just for
21  clarification, I'm not going to encourage you to
22  guess.  Guessing would mean that you never knew
23  something, and I don't want you to tell us anything
24  about something you've never known.
25         But if you ever had reason to

Page 23

1  know, I want your best estimate.  So you might not
2  remember the exact date, the dollar amount, a
3  person's name.  But if you were -- you have some
4  vague recollection, tell us what you remember, even
5  if it's not exact.
6         It can be, hey, sometime summer of
7  2018, or it was more than three years ago.  Or if
8  it's about people, it was a -- it was a white guy,
9  about 5'2", 250 pounds.  I don't know.  You --
10        THE WITNESS:  I understand.
11        MR. WEBB:  Yeah.
12        THE WITNESS:  Thank you.
13        MR. WEBB:  Okay.  So estimates are
14  good.  Guesses are bad.
15        THE WITNESS:  Okay.
16    Q.   Okay.  Are -- are you prescribed any
17  prescription drugs?
18    A.   No.
19    Q.   Okay.  Any antidepressants?
20    A.   Any what?
21    Q.   Antidepressants?
22    A.   No.
23    Q.   And do you see a psychologist or
24  psychiatrist?
25    A.   I am not.

Page 24

1    Q.   Okay.  Have you ever been accused of
2  perjury?
3    A.   I have not.
4    Q.   And have you ever submitted any
5  affidavits for a legal proceeding?
6    A.   I imagine so, with this case.
7    Q.   Okay.  Okay.
8         MR. WEBB:  If I can give an
9  instruction.
10         If I raise my hand, that means let
11  me talk first.
12         THE WITNESS:  Oh, I -- I didn't see
13  you raise your hand.  I'm sorry.
14    Q.   Okay.  Okay.  Have you ever been in a
15  lawsuit before?
16    A.   The one I -- the one I mentioned with the
17  bank.  I'm -- I'm sorry, with the insurance company.
18    Q.   Okay.  Any others?
19    A.   No.
20    Q.   Okay.  Have you ever been arrested?
21         MR. WEBB:  Objection.  Improper.
22  Form.
23         THE WITNESS:  Oh, okay.
24    A.   Val, I would say that I -- I had been
25  arrested as a young black man in Los Angeles,

Page 25

1  California.  Driving a Cadillac or driving a
2  Mercedes, I was stopped and pulled over at least
3  once a month.  I'm talking about the early '70s.  It
4  was not a -- a safe place or a nice place for a -- a
5  young black man that seemed affluent.
6         And they came up with any old
7  excuse.  Like, well, you've -- you've made a
8  left-hand turn from the center lane and -- and on
9  and on and on.  So thank goodness things have gotten
10  somewhat better.
11    Q.   But no felonies or anything like that?
12    A.   No.
13    Q.   Okay.  I want to go a little bit back
14  through your -- just where you grew -- grew up and
15  stuff like that.
16         Are you from California
17  originally?
18    A.   No.  I was raised in Cleveland, Ohio.
19    Q.   And did you move to California from
20  Cleveland?
21    A.   Well, I'll -- I'll tell you a little bit
22  about my history because it made me move around
23  some.
24         I was known as a child of the
25  media from age 15.  I was a kid disc jockey.  Then

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 26

1  as a disc jockey, I worked in Cleveland, Ohio;
2  Detroit, Michigan; Washington, D.C.; Houston, Texas,
3  and then came out to Los Angeles, all -- all as a
4  disc jockey.
5      Q.   That's quite a career, starting early.
6           When did you move to California?
7      A.   1971.
8      Q.   Okay.  And you've been there ever since?
9      A.   I have.
10     Q.   Okay.  How many times have you been
11 married?
12     A.   Have I been what?
13     Q.   Married?
14     A.   Twice.
15     Q.   Twice.  Okay.
16          And who was your previous marriage
17 to?
18     A.   Jane Harrison, who became Jane Kennedy
19 when she married me.
20     Q.   Okay.  And now you're married to
21 Ms. LaVette, correct?
22     A.   That is correct.
23     Q.   Okay.  Did -- did you attend college at
24 all?
25     A.   Did I what?

Page 27

1      Q.   Attend college?  I'm sorry, can you not
2  hear me?
3      A.   Sometimes you fade out.
4           Yes, I -- I went to college.  I
5  went to Howard University and -- and Wayne State
6  University.
7      Q.   I have lots of friends at Howard,
8  actually.
9           When were you at Howard?
10     A.   I believe it was either 1967 or 1968.
11     Q.   And what did you study there?
12     A.   I majored in speech therapy and then was
13 in the fine arts department, writing, producing,
14 directing.
15     Q.   Okay.  And I think you said that there
16 was another college you went to after Howard; is
17 that correct?
18     A.   Wayne State.
19     Q.   Okay.  What was --
20     A.   That was in -- that was in Detroit;
21 Detroit, Michigan.
22     Q.   Okay.  And what did you study there?
23     A.   Same curriculum.
24     Q.   Okay.  So you majored in speech therapy.
25 Did you major in fine arts as well?

Page 28

1      A.   Yes.
2      Q.   Okay.  So you got a double major.  Did
3  you take any classes beyond that?
4      A.   Well, when you say classes beyond that,
5  what do you mean?
6      Q.   We'll start with professional school.
7  Did you go to any sort of professional schools?
8      A.   Basically, Val, my professional school
9  was going out and doing it.  I -- I -- I learned at
10 a very young age that you can go to -- well, first
11 of all, let me just break down college there for a
12 moment.
13          The books and the curriculum were
14 far behind what was actually happening in the world.
15 So with me, basically I've always been a doer.  So I
16 didn't want to just sit around in -- in college,
17 trying to learn from certain professors who were
18 teaching directing, but they had never directed a
19 major motion picture or a television show, or people
20 that were teaching writing, but they had not written
21 a book or a novel or a script.
22          So in my mind, it was better to go
23 out and do it.  And so that's why I became a disc
24 jockey at a young age, and I was with professionals.
25          I got my own TV show when I was

Page 29

1  18 years old.  I wrote and -- and hosted that
2  television show.  Then later I wrote and hosted and
3  produced a show called Out of Sight, which became
4  one of the first black syndicated shows in these
5  United States of America.
6           Then I went on to do movies
7  starting at about age 26, 27.  One of my films,
8  Penitentiary, was the number one independent film of
9  the year that it came out.  Not number one black
10 film.  Number one independent film of the year,
11 period, which is quite an achievement.  That's
12 like -- if you're a filmmaker, that's like winning
13 the Super Bowl.
14     Q.   Right.
15     A.   So that was a very prestigious thing,
16 especially for a black filmmaker way back in 1980.
17          From there I did Body and Soul.  I
18 got Muhammed Ali, when he was the top personality in
19 the world, to star as himself in that picture with
20 me.  I wrote it.  I produced it.  I got the
21 financing for it, made the deal, helped in the
22 marketing, and on and on and on.
23          I did other films such as
24 Penitentiary II, with Mr. T, who was very hot at the
25 time because he had just come off of doing Rocky 3

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 30

1  with Stallone.  I then did Lone with McQuade, with
2  Chuck Norris and David Carradine.
3          My learning experience, not
4  college, was from working with academy award winning
5  people such as Ernest Borgnine, Anne Archer, Suzanne
6  de Passe, personalities like Sammy Davis Jr. And
7  Muhammad Ali, Mr. T.  Interacting and having
8  friendships with people like Lee Iacocca,
9  billionaire Kirk Kerkorian who owned a studio, Jerry
10  Buss who owned the Lakers, Don Sterling who owned
11  the Clippers, who made a billion dollars just off of
12  real estate.  Sidney Poitier, founder of Motown
13  Barry Gordy, Smokey Robinson, John Paul DeJoria who
14  was co-owner of Paul Mitchell.
15          All these people were my friends.
16  All of these people I interacted with.  And when
17  you're around people that are successful, if you
18  have an open mind you can learn a lot.  It rubs off
19  on you.  So that was my real learning experience,
20  being a young person and being around people that
21  were great achievers.
22          And I also want to say this, for
23  the record.  All these people were friends of mine.
24  And I'm not talking about people I shook hands with,
25  but people who I was at their house, they were at my

Page 31

1  house.
2          Throughout Hollywood, in my
3  50-year history of being in Hollywood, I've been
4  known as a stand-up person with integrity, treating
5  people fairly, and being a gracious person.  And I
6  have never been talked about in my entire history or
7  life the way this Corey Goode has lied on me and
8  talked about me.  And I hope that we can get to the
9  bottom of some of these things today because I
10  really do not appreciate it.  All these accusations
11  without one shred of evidence to back it up.
12  **Q.  Okay.  Thank you.**
13  A.  So I -- did I answer your question?
14  **Q.  Yes.  Yes.**
15  A.  Okay.
16  **Q.  Yes.**
17  **        So I think we were taken up**
18  **through probably the late '90s maybe.  I think**
19  **that's when -- when you decided to step into -- step**
20  **out of Hollywood and into a ministry type of role;**
21  **is that correct?  Or am I off on that time -- that**
22  **timeline?**
23  A.  No, that -- that is just about correct.
24  I was really at the top of my game.  Nothing
25  terrible had happened to me, you know, to drive me

Page 32

1  into ministry.  It was just the call of God tugging
2  at me.  And when God is tugging at you, you can run,
3  you can hide, but ask Jonah if you can get away.  He
4  has his way of putting you in his direction.
5          It certainly was not in my
6  business plan to go into ministry.  I was very happy
7  being what I had wanted to be since I was a kid,
8  which was a writer, a producer, a filmmaker, star.
9  And -- and back then you did not have that many
10  movie stars, so I was on the cover of hundreds of
11  magazines.  I was an international star, a box
12  office star.
13          By box office, what I mean is --
14  there are certain people that you can hire and they
15  have a name, but that's it.  You can't raise money
16  off of them.  But if you're a box office star, you
17  can raise money off of their name because of their
18  achievement.  And I'll give you an example.
19          When we did Penitentiary III, and
20  I did that over at Cannon Films with Menahem Golan.
21  We were in the profit before ever shooting the first
22  foot of film basically because they went to the
23  foreign film buyers and the DVD buyers and they said
24  we have Leon Isaac Kennedy in this movie.  How much
25  are you willing to pay?

Page 33

1          And the way that worked is they
2  would sign a contract, put in 20 percent down, and
3  then pay the other 80 percent upon delivery of the
4  film.  So we had a little map up on the wall at
5  Cannon, and every time somebody bought, we just put
6  a flag in that map.
7          So as I said, enough contracts
8  came in.  We were into profit before ever shooting
9  the first foot of film.  That's what I mean by being
10  box office.  There's not a lot of people, that they
11  can raise money just off their name.
12  **Q.  Right.  And that's --**
13  A.  Okay.  So back to ministry, to answer
14  your question.
15          So nothing tragic had happened.
16  It was just God pulling on me, and -- and I really
17  didn't want to do it.  But finally after his
18  convincing and poking, I went into ministry and I
19  became a licensed and ordained minister.  And from
20  spending many, many, many, many hours in prayer and
21  studying not just the Bible, but other spiritual
22  books and trying to be around people -- let me
23  explain something.
24          If I'm going to do anything, I
25  want to be one of the best at it.  So in going into

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 34

1  ministry, once I finally was convinced to go into
2  ministry, I -- I took it very seriously, to try
3  and -- and help people.  To help people.
4          And it wasn't the type of
5  ministry, Val, of do this or you're going to hell.
6  No.  It was the type of ministry of trying to show
7  people how wonderfully creative they are and the
8  best that they could be.
9          So if you're showing them how
10  wonderfully creative they are, then maybe you can
11  say to them, so why would you dishonor yourself by
12  taking these drugs?  Don't do that.  You can do
13  better than that.  And then you pray for them and
14  you get some of these other spirits off of them, the
15  negative spirits that want to destroy a person,
16  drive a person down, and you bring them up.
17          Or you take people and teach them
18  how to be entrepreneurs.  Because there are a lot of
19  people out here that want to do better, but they
20  don't know how.  So we had mentoring to -- to help
21  people to become entrepreneurs, to teach them how to
22  go into business, to teach them how to look at the
23  marketplace, find a niche, and -- and -- and then
24  work within that niche to do what they needed to do
25  to become successful.  So that's the type of

Page 35

1  ministry that it was.
2          Now, with this ministry, I have
3  spoken at hundreds of job corps, hundreds of
4  prisons, colleges, corporations, and hundreds and
5  hundreds of churches all around these United States.
6          Worldwide, I was one of the first
7  to go to Russia when the Soviet Union dissolved, and
8  we were able to come in and pass out thousands of
9  Bibles and preach to the Russian people.  And that
10  was very fulfilling.  They actually had soldiers
11  that were standing there to see what we were going
12  to say.  And yet there was a surge of people, when
13  we told them about Jesus and we told them about the
14  holy spirit.
15          I have ministered in Russia and
16  China and Germany and England and many places all
17  around the world.  I am still in ministry.  Ministry
18  is about 70 percent of my time.
19          Now, I also say this.  I never was
20  in ministry to make money, so I -- I was not out to
21  charge big honorariums or raise donations or --
22  or -- or things of that nature, or sell a lot of
23  books.  It was strictly to -- to help people.  So I
24  made money in different ways, still doing my
25  writing, still doing my producing, real estate,

Page 36

1  and -- and so on, so forth.
2          So I'm still in ministry.  We
3  still help people really on a weekly basis.  And --
4  and -- and now it's more vital than ever.  There are
5  so many people that are depressed.  There are so
6  many people that are scared with the way things are
7  going.  We have, I would say, every two weeks
8  someone coming to us, either a relative has
9  threatened to commit suicide or tried to commit
10  suicide.  This epidemic of the homeless is terrible.
11  So there are many, many things that we continue to
12  work at on a weekly basis.
13      Q.   Okay.  So that's, again, quite a -- quite
14  a career.
15          I -- I want to move now into, I
16  like to call it the conscious community.  I don't
17  know if you would agree with me that that's how --
18  or how you would prefer to -- to -- to refer to it.
19  But the -- the community where it's, you know,
20  health minded and, you know, Love One is very much
21  the center of it.  Is --
22      A.   Uh-huh.
23      Q.   -- is that what you would understand if I
24  refer to it like that?
25      A.   Well, whatever way you want to term it is

Page 37

1  fine with me.  I know what you're speaking of.
2      Q.   Okay.  So when you first moved into that
3  area, when -- when was that?  About when was that?
4      A.   Let me think on that, Val.  I'm -- I --
5  I -- I imagine it was probably 2018.
6      Q.   Okay.  Was that when you met David
7  Wilcock, or did you know David?
8      A.   Yes.
9      Q.   Okay.
10      A.   Yes.
11      Q.   And how did you meet David?
12      A.   Well, that -- that's a long history.
13          Kevin Burns was the creator of
14  Ancient Aliens, and Kevin has been a friend of mine
15  for over 30 years.  We used to have dinner probably
16  every two weeks together and very -- very in mind.
17  Half of the programming on the History Channel is
18  Kevin's, and from the Bible and Curse of Oak Tree
19  Mountain and on and on and on.
20          Actually, I was in Kevin's office
21  when he was negotiating that deal for Ancient
22  Aliens.  I love Ancient Aliens.  It -- it, to me,
23  has so much information in it.  And I used to tease
24  Kevin because it seemed to me that after season one,
25  how much more is there to talk about aliens?  But he

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 38

1  came up -- and only Kevin could do this.  He came up
2  with different ways.  In other words, well, aliens
3  led into, and then there was a whole other topic.
4          And same thing with the Curse of
5  Oak Tree.  Am -- am I saying that right?  Is it Oak
6  Tree or?
7          MS. LaVETTE:  Oak Tree Island.
8      A.   Oak Tree Island.  I -- I used to tease
9  him and say, Kevin, it's been five years and they
10  still haven't found the gold, come on.  Yet he --
11  yet that's the reason he kept going.  So -- and he
12  would say, well, we haven't found the aliens yet
13  either.
14          But at any rate, David Wilcock was
15  one of the featured speakers, and I thought that
16  David was brilliant.  I thought that David was a
17  standout.
18          So fast forward.  There's an
19  Academy Award show and dinner after the
20  Academy Awards.  So I'm at that particular dinner,
21  and I look over and there's David.  And he's
22  basically sitting by himself.  And so I went up to
23  him and said, "Excuse me, but -- but are you David
24  Wilcock?"  And he flashed that great smile of his
25  and said yes.  And we talked for a bit.

Page 39

1          And then later I was inviting some
2  people to dinner after this function.  And I went
3  over to David and I said, "I'm having some friends
4  for dinner.  Would you like to come?"  He said yes.
5  And so that's when he came.  We exchanged numbers.
6          And then after that from time to
7  time we would talk.  I had lots of questions, and he
8  had great answers.  And later I had him come to a
9  restaurant to meet Smokey Robinson, because Smokey
10  had questions.  At one point I took him over to John
11  Paul DeJoria's mansion to talk with John Paul.
12          So we -- with had a friendship.
13  And David was always a little disgruntled that his
14  career wasn't going the way he wanted his career to
15  go.  And I would listen to him, but I didn't really
16  have time to -- to help him.  And so this went on
17  for -- for over a year.  And so finally at one point
18  we decided, okay, we'll try to work together and I'm
19  going to try to help you.
20          Now, in looking at a career arc,
21  I -- I see what can be leveraged.  So if you're on
22  over a hundred episodes of Ancient Aliens, that
23  should be leveraged.  If you have your own TV show
24  at Gaia, and it's the number one show at Gaia, then
25  that should be leveraged.

Page 40

1          Now, David said to me, "I want to
2  be as big as Michael Jackson."  And I laughed.  I
3  said, "Well, you know, that's very hard to do."
4          Now, by the way, I've known
5  Michael Jackson since he was ten years old, and his
6  entire family.  Being a disc jockey in Detroit, I
7  was -- got a call one day from a person named Bobby
8  Taylor.  Bobby was a performer over at Motown.  And
9  he said, "Leon, come over to my house.  I think -- I
10  think there's something interesting here."
11          And I went over to Bobby's house
12  and there they were, Michael and his brothers,
13  rehearsing for their edition with Barry Gordy.  And,
14  of course, the rest became history.
15          And I stayed friends with Michael
16  and the entire Jackson family through the time of
17  Michael's tragic death.  As a matter of fact, at the
18  memorial, there's pictures of me sitting right
19  behind Mrs. Jackson and the family at the memorial.
20  So I was close to them throughout that entire
21  duration.
22          But back to with David.  I said,
23  well, you know, it's going to be hard to be as big
24  as Michael Jackson.  But maybe we can get into
25  one-fourth of the Tony Robbins realm.  And what I

Page 41

1  wanted for David was to go beyond the conscious
2  community, or whatever you termed it to be --
3      Q.   Uh-huh.
4      A.   -- and to be more mainstream.  So that's
5  what I was working at.
6      Q.   Got you.  Okay.  So was -- is that how
7  you were introduced to Corey, was through -- was
8  through David?
9      A.   Yes.  After David and I started working
10  together, one day he approached me and he said,
11  "I -- I want you to meet my friend Corey Goode, and
12  Corey needs some help.  Corey needs some help with
13  his projects.  Corey needs some help in
14  straightening out his business.  His business is all
15  over the place.  He's got projects all over the
16  place that are half done.  And with your mind, maybe
17  you can help him.  And -- and he's got some
18  interesting projects."
19          So I went to see Corey while he
20  was doing a lecture.  And I listened to the lecture
21  of his testimony about having gone to the moon and
22  Saturn and Mars and the 20 and Back, and so on, so
23  forth.  And at that time he emphasized that these
24  were true, that these events actually happened.  And
25  in looking at some of the Gaia footage, he also

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 42

1  emphasized that these things were true, that they
2  actually happened.
3          Now, I understand in his
4  deposition he's now changed that to say, well, it's
5  in my meditation. And that's when I went -- but
6  before that it was supposed to be true.
7          So I said to David, "I don't know
8  if this is true or not, but it's a heck of a -- it's
9  a heck of a show for an ongoing TV series or a great
10  movie. So I would be ins -- in -- interested in
11  trying to develop it to see what we can get going
12  for that."
13          So I met with Corey and Roger.
14  Roger was Corey's partner at the time. And then
15  later they came back and -- and asked me to start
16  working with them.
17      Q.   Okay. And when you saw his lecture, was
18  that at Gaia or was it something outside of Gaia?
19      A.   Are you talking about the TV show?
20      Q.   So I think you said that when you first
21  saw him, you -- you listened to one of his lectures.
22  Were -- were you watching him on -- on TV or in
23  person?
24      A.   Oh, no. No. No. The lecture was a live
25  lecture. I'm not sure, Val, whether it was Contact

Page 43

1  in the Desert or Conscious Life Expo, but it -- it
2  was one of those lectures.
3      Q.   Okay. Got you. Okay.
4          Okay. And going back really
5  quick. When -- when you met David, was that -- that
6  was at the beginning of 2018? I don't know when
7  those award shows are. I'm so bad at that.
8      A.   I believe it was.
9      Q.   Okay. Okay. And then --
10      A.   Well, let -- let me -- let me clarify
11  that for you.
12          We did not start working
13  immediately. So when I first met him, it might have
14  been a year, year and a half later then -- that we
15  then started working together.
16      Q.   Got you. Okay. Okay. Okay.
17          Was he still at Gaia at that point
18  in time, whenever you met him?
19      A.   When I met him, he was at Gaia.
20      Q.   Okay. Was Corey still at Gaia when --
21  when you met Corey?
22      A.   I don't think so.
23      Q.   Okay. So that was probably around like
24  June 2018, something like that?
25      A.   Are -- are you wanting me to answer that?

Page 44

1      Q.   Yes. I mean, if you can. If not, that's
2  okay.
3      A.   I -- I -- I thought you were just making
4  that statement.
5          I -- I really don't know, Val.
6      Q.   Okay.
7      A.   Sorry.
8      Q.   Okay. So when -- when you started
9  working with David, was it at the same time that you
10  were -- that you started working with Corey, or did
11  you work with David first, right?
12      A.   No, I worked with David initially.
13      Q.   Okay. Okay. And when you met Corey and
14  Roger, did you talk to them most of the time
15  together or separately?
16      A.   No, it was together. They were business
17  partners.
18      Q.   Okay. Okay. And then it was around
19  probably September of 2018, maybe a couple months
20  after you met them, that you guys signed a shopping
21  agreement; is that correct?
22      A.   I think the shopping agreement came about
23  later.
24      Q.   Okay.
25      A.   The -- the -- the first -- the first

Page 45

1  approach was -- let me -- let me just take a minute
2  to get this --
3      Q.   Sure.
4      A.   -- straight in my mind here.
5      Q.   Absolutely. Take your time.
6      A.   All right. Above Majestic had already
7  been done.
8      Q.   Okay.
9      A.   The contract had already been signed and
10  executed, and it was getting ready to come out.
11          Now, I was not working with Corey
12  and Roger at this particular time. I was just
13  working with David. David had already done his work
14  and already filmed everything he was supposed to
15  film for Above Majestic, but David had not
16  negotiated what his percentage should be.
17          So then he came to me and said,
18  "Leon, film's getting ready to come out. I don't
19  have a signed contract and I don't have an
20  understanding with Corey. I -- I -- I need you to
21  try and get this straight."
22          So I called Corey and Roger.
23  Basically Corey did the talking. And Corey said to
24  me, "I don't want to give David a percentage. David
25  is not a team player. David is arrogant. David is

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 46

1  lazy, and he does not deserve a percentage.  I'll
2  give him some money, but that's it."
3            Well, I know that one should have
4  a percentage of something too just in case something
5  takes off.  So I had further negotiations with
6  Corey, and I do have a contract here where he
7  eventually said okay, I'll give him 5 percent.
8            And I said, "Corey, you're
9  getting, from what you've told me, 20 percent.
10  Roger's getting 25 percent.  Jordan Sather's getting
11  15 percent.  And David has the biggest name and the
12  biggest following.  And when it comes to marketing,
13  David is going to be the most significant, and he
14  deserves at least 15 percent."
15            Now, when I -- and let me go back
16  for a moment.  When I went back and told David that
17  Corey only was offering him 5 percent, David
18  actually cried.  And I'm not exaggerating.  Actually
19  cried on the phone and said, "Leon, how -- how could
20  he do this to me?  I'm his friend.  I'm the one that
21  took him to Gaia.  I'm the one that negotiated,
22  helped him negotiate his Gaia deal.  I'm the one
23  that built him up.  By the way, I raised in over
24  three different fundraisers for him over 100,000
25  tax-free dollars, and he's going to treat me like

Page 47

1  this.  How can he do this?"
2            I said, "I -- I don't know, but
3  let me see what can be worked out."
4            When I approached Corey with that
5  information, we -- I -- I think Corey is just very
6  forgetful of people's kindnesses.  Because basically
7  he admitted, he said, "Yeah, he raised me money.  I
8  don't think it was tax free, but he raised me money
9  and he did this and he did that.  But no, he doesn't
10  deserve this."
11            And I said, "Just as a friend, out
12  of things he did for you, he -- he deserves this."
13            And -- and Corey said, "No."
14            And by the way, he double dipped.
15  Because on one of those fundraisers they were
16  raising money for his moving expenses, and yet Gaia
17  had already paid his moving expenses.  So this --
18  that was a double dip into his community for
19  donations.
20            But at any rate, I finally got
21  tired of Corey's nonsense and the way he was
22  treating David.  I went directly to Jim Martin and I
23  said, "Who's going to do the heavy lifting for this
24  movie?"  And he said, "Well, I'm expecting David to
25  do it."  I said, "Okay.  David should get a minimum

Page 48

1  of 15 percent."  And Jim said, "You got it, Leon."
2  And that's how David got the 15 percent, from my
3  negotiating with Jim Martin, not Corey.
4      Q.   And just to address one point.  Did Corey
5  never tell you that he had to pay back those moving
6  expenses to Gaia?
7      A.   No.
8      Q.   Okay.  So after the deal was negotiated
9  with David, and that was for Above Majestic, then
10  you guys -- it seemed like everything was going
11  pretty smoothly, right?  I mean, you guys were
12  working together?
13      A.   Well, let me, if I could, retrace the
14  history for that.
15            So a contract was to be signed
16  now, for David to get the 15 percent.  But David was
17  still now gun-shy about Corey.  And then he said to
18  me, "Well, how are we going to ensure that, number
19  one, I get paid; and, number two, that I get paid on
20  time, without a lot of withholding of the money for,
21  you know, an over amount of time."
22            So in having a conversation Roger
23  and Corey, that's when it was decided that SBA
24  Entertainment, LLC would be set up as a entity to
25  collect the funds from Orchard 1091 as they came in.

Page 49

1  Part of my responsibility as a neutral steward --
2  because I really had no skin in the game.  Later I
3  was given 5 percent.  But I, as a neutral steward,
4  was to be the one that would collect the money and
5  then make the payments in a timely fashion.
6            Now, by the way, it was David
7  Wilcock, Corey Goode, Roger, and Jordan, because
8  they were the big percentage holders, that all
9  signed off on this.  So that's how SBA
10  Entertainment, LLC came into existence.
11            Now, there is some confusion also
12  about SBA Entertainment.  There's SBA Media.
13  There's SBA Entertainment, LLC.  But there are two
14  SBA Entertainment, LLCs.  And -- and I sent those
15  pieces of paperwork over to you.
16            Roger Richards, in November of
17  2018, set up SBA Entertainment, LLC as a Colorado
18  LLC.  He still made me the sole manager to be in
19  charge of everything, and it still put my mailing
20  address on there.  However, with a Colorado-based
21  LLC, later we decided for tax purposes that it
22  should either be a Delaware or a Nevada corporation.
23            So I then set up a Delaware
24  corporation in January, and you'll see the
25  paperwork, January of 2019.  Once again, I was the

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 50

1  sole member.  That is the one that collected the
2  monies and operated, as you said, smoothly for the
3  entire year.
4          Now, in this entire year, on a
5  monthly basis Orchard 1091 would put money into the
6  account, and I would disburse the money, with
7  Maureen, always within two weeks.  Val, there was
8  never, not one complaint the entire year.  At the
9  end of the year there was a 1099 statement people
10  also got, what they received for the whole year for
11  their tax purposes and so on, so forth.  No
12  complaint from anyone.
13          As a matter of fact, I have a text
14  from Corey that came in December, so that's the end
15  of the year, saying thank you, Leon, for all the
16  efforts that you've done for the team in collecting
17  the money, and so on, so forth.
18          So now all of a sudden through
19  here, he's disgruntled that monies were not paid
20  and -- and monies were not collected on time is a
21  blatant lie.  And I -- I can't say it any nicer than
22  that.
23          In his deposition, he said that
24  there were complaints that people did not get their
25  money on time and -- or they didn't get their money

Page 51

1  at all.  So I called Brandon Graham.  "Brandon, did
2  you ever have complaints?  Did Dave ever -- ever
3  have complaints about not getting their payments?"
4          "No, Leon, not -- not at all."
5          I called Jordan Sather.  "Jordan,
6  did you have any complaints?  Did you always get
7  your money on time?"
8          "Yes, Leon.  I always got the
9  money on time.  No complaints."
10          I called Brian Barr (ph).  And if
11  you remember, Val, Corey, in his deposition, said,
12  "And Brian Barr is angry with Leon.  He's very upset
13  with Leon about not getting his payments," and this,
14  that, and the other.
15          I called Brian.  And I have a
16  letter that I sent to you from Brian, stating I
17  always got my payments on time.  I've never had any
18  complaints about Leon.  And as far as I'm concerned,
19  from knowing Leon all these extra years, he is a man
20  of integrity and a man of character.
21          So Corey perjured himself by
22  making those blatant lies, and I do want to go on
23  the record with that.  So there were no complaints
24  about the money that came in from Orchard 1091 for
25  Above Majestic.

Page 52

1          Now I move over to the following
2  year for Cosmic Secret.  And there were only two
3  payments that we collected for Cosmic Secret.  One
4  came in December.  One came in February.
5  Those payments were all paid out on time.  And then
6  after that, Corey embezzled the money and who knows
7  what has happened to the money since then.  It's
8  been a year and a half.  They talked about there
9  would be an audit.  I got things from Liz Lorie.  I
10  got a letter from Corey.  We're just doing this for
11  an audit.  We'll send you transparency.  We will
12  make payments as soon as the audit's over.
13          I've got to ask, how long should
14  an audit take?  It's been a year and a half.
15  There's been no transparency, no money paid out to
16  these team members who waited over a year and a half
17  now for their money.  They got no money while
18  everything as shut down during COVID.  You couldn't
19  work.  SAG was shut down.  The entire industry was
20  shut down.  There was no means of making an income,
21  and Corey kept these people's money.  And I think
22  it's villainous and atrocious.
23  **Q.   Okay.  So just to make sure I've got**
24  **my -- my timeline straight.  So the Above Majestic,**
25  **that was during 2019, right?**

Page 53

1  A.   That is correct.
2  **Q.   Okay.  And then the Cosmic Secret, the**
3  **year that you were just talking about, that's 2020,**
4  **correct?**
5  A.   Well, December 2019, February of 2020.
6  And then he took over in March of 2020.  So no
7  monies have come in since March of 2020.  Since that
8  time they've all been diverted to Corey's account.
9          And just to finish up that
10  scenario, if I could, Val.  When Liz Lorie sent a
11  letter asking us to send all the accounting to
12  Alec Clark, we did so within 30 days.  We let Liz
13  know that.  We have paperwork that I've also sent to
14  you from Alec Clark, saying that he got all of the
15  accounting that was sent.  It was sent by a CPA that
16  I worked with.
17          So all the accounting is there.
18  Every single month of every single collection from
19  Orchard, every single payout to each individual is
20  all there on the record.  And we totally cooperated
21  with the people that Liz asked us to send the
22  information to.
23  **Q.   Okay.  But the -- the -- that information**
24  **was sent to Liz, correct?  That wasn't sent -- sent**
25  **directly to Corey?**

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 54

1  A.   Well, it was Liz's direction to send it
2  directly to the accounting firm.  And we sent it, as
3  she directed, to the accounting firm.
4  **Q.   Okay.  And the -- the document that**
5  **you -- the documents that you sent over, those were**
6  **the -- the documents that were produced to us**
7  **yesterday by your counsel, correct?**
8  A.   I'm sorry, you -- you broke up a little
9  bit, please.
10 **Q.   Yeah.  No, that's okay.**
11 **The -- the documents that you're**
12 **talking about, that was to the Wells Fargo account,**
13 **correct, went --**
14 A.   Yes.
15 **Q.   -- from the Orchard?**
16 **Okay.  And those were the ones**
17 **that were -- that we received a -- a DropBox link**
18 **from your counsel yesterday afternoon.  Is that the**
19 **documents that you were talking about?**
20 A.   Those were some of the documents.  And
21 then there was a complete accounting and spreadsheet
22 that was also sent to the accounting firm, covering
23 all of 2019 and into the first three months of 2020.
24 Oh, let -- let me also add another
25 layer to that, if I can.  In his deposition, Corey

Page 55

1  also said that he was responsible for the taxes and
2  it cost him money and so on, so forth.  Well, that's
3  absolutely untrue.  By me being the sole member of
4  SBA Entertainment, LLC, it's on my Social Security.
5  So I'm the one responsible for paying the taxes.  I
6  also sent over to you showing that the taxes were
7  paid for 2019, 2020, 2021.  They were all filed.
8  So for Corey to say he's
9  responsible, no, he's not responsible at all and -he
10 had nothing to do with SBA Entertainment, LLC as far
11 as the finances.  That's number one.
12 Number two, to say that I threw
13 off his -- the accounting, that's absurd.  No
14 accounting was thrown off.  And one of the reasons
15 that I was brought in to work with Roger and Corey
16 is because their business was in the shambles.
17 Corey, by his own admittance, had
18 not paid taxes on his businesses, had not paid
19 personal taxes for a number of years.  So it was not
20 me.  I've always paid my taxes.  I learned that as a
21 kid.  That's the way a lot of show business people
22 get in trouble, is through taxes.  So as a kid I
23 always learned to pay my taxes on time or ahead of
24 time as far as making payments.  So certainly with
25 SBA Entertainment and my Social Security being

Page 56

1  attached to it, I was going to be on top of it.
2  And by the way, Liz Lorie in one
3  of her letters said, and Corey's been begging for
4  two years for an accounting.
5  Well, first of all, Liz, we did
6  not get our -- our first payment from Orchard until
7  January 2019.  So it was not two years of begging.
8  We filed taxes, and people got their tax information
9  at the end of 2019, which is what all businesses do.
10 I had already hired an accountant for myself and the
11 company long before Liz wrote her nonsense.
12 **Q.   So when -- when Liz -- because I -- I**
13 **wasn't part of this at the -- at the time.  But**
14 **when -- when Liz demanded that those -- those --**
15 **that production of documents, had this lawsuit**
16 **already been filed?**
17 A.   No.
18 **Q.   Okay.  It was prior to that.  Okay.**
19 **Okay.  I want to rewind.**
20 **Actually, we'll go back to January 2019 because it**
21 **seemed like that was -- that was a good time for**
22 **everybody.  Money was coming in from Above Majestic.**
23 **Everybody seemed to be getting along nicely, and you**
24 **guys were working on some pretty big -- big**
25 **projects.  You had some good stuff in the pipeline,**

Page 57

1  **right?**
2  A.   Yeah.  It -- it really had a -- very
3  positive picture.  The big problem happened because
4  Roger and Corey had a falling out.  And I believe it
5  was over the percentages for Above Majestic, that
6  Roger got more.  He got 25 percent, Corey got
7  20 percent.
8  At any rate, they had a falling
9  out and then everything just started unravelling.
10 Corey basically did not talk to Roger.  Roger would
11 call me to see what he was supposed to do and so on,
12 so forth.
13 I did my best to keep the band
14 together because it was a heck of a team.  I mean,
15 if you look at that team, with David Wilcock, Corey
16 Goode, and -- and I always said Roger was the work
17 horse.  I -- I never knew anyone that worked as hard
18 or as quickly as Roger.
19 And, see, one of the things that I
20 used to try and tell Corey, because Corey would have
21 ideas and he'd say I want this done, I want that
22 done.  But for every idea, execution has to take
23 place.  And execution is really grunting it out, and
24 it takes time and effort to do that.  Well, Roger
25 was the person that -- that did that.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 58

1         Now, we also had Brandon Graham.
2   We had Dave Everett.  Dave had won an Emmy for
3   editing and various other things.  It was a
4   brilliant team and with lots of potential, and I was
5   trying to keep the team together.
6         Now, on my end, I was only getting
7   5 percent of the back end for Above Majestic, and
8   that's speculative.  Yes, Above Majestic ended up
9   doing well.  But the Hollywood rule of thumb is most
10   back ends amount to nothing.  So it was very
11   speculative.
12         There were no salaries.  You know,
13   Corey also talked about he gave everybody salaries.
14   Corey usually was destitute, usually needed money.
15   He had no money to pay anybody.  So there were no
16   salaries.
17         And by the way, if you were going
18   to pay a team like this, you would need about
19   $500,000 to break down everybody's salary for -- for
20   what they were worth.  So he didn't pay anyone.
21   People were only going to make money on the back
22   end.
23         I negotiated for Lydia to get
24   5 percent because she had made some big donations.
25   And I also negotiated for Brian Barr to get

Page 59

1   5 percent.  So I was only getting the same -- same
2   5 percent that they were going to get, and I was
3   doing a heck of a lot of work.
4         I wrote this out.  I don't know
5   if -- if you got it.  But I'll put it this way, and
6   I don't have the paperwork in front of me.  But to
7   pay seven people on a monthly basis, that should
8   have been X amount of transactions per month, X
9   amount of transactions per year, which should not
10   have been a whole lot.
11         But because Roger was no longer in
12   Corey's sphere, Corey kept dumping everything else
13   on me.  Leon, they want me for this conference.
14   Can -- can you take a look at -- at this paperwork?
15   Leon, somebody wants to write a -- a -- a book about
16   me.  I don't have time to write it, but can you take
17   a look at this?  Leon, here's a -- a movie idea, but
18   do we need an NDA.
19         It was more and more and more
20   being dumped on Leon.  And finally I had to write
21   him a letter, basically as a little pushback, a
22   polite pushback, stating I can't do all this and I
23   can't take all these texts and all these e-mails.
24         Because, Val, to me, the
25   5 percent, like I said, was speculative, and it

Page 60

1   really meant nothing to me.  The big picture to me
2   was what you were getting ready to allude to, the 20
3   and Back television show and the 20 and Back movie.
4   Now, that could be big.  So basically I was betting
5   on myself, with my Hollywood connections, to be able
6   to take his story and sell it.  Is that making
7   sense?
8         Q.  Yes.  Absolutely.  Yes.
9         A.  Okay.  So as a result, what I did was the
10   following.  I got with Tracey Edmonds, who has
11   Tracey Edmonds Entertainment.  And you can look
12   Tracey up, but she's a formidable force in the
13   industry and very highly respected.  She's done
14   movies, docuseries, all types of things for -- for
15   many, many years.
16         Recently just did a film that went
17   number one with Netflix that starred Queen Latifah.
18   She's in production right now doing something over
19   at BET.  But she's been working consistently for
20   over 25 years.  Had a big movie called Soul Food a
21   few years ago.  Used to be married to the Baby Face
22   who was a big, big person in the music industry.
23         So at any rate, I had a
24   relationship with Tracey.  We then went over to STX.
25   I made a deal for David Wilcock over at STX.  They

Page 61

1   did a pilot on him because, going back now for a
2   moment, I wanted David to be -- to be beyond the
3   conspiracy community.  I wanted him to be more
4   mainstream.
5         So I got a pilot deal for him over
6   there and also got a big deal for David at STX,
7   where STX was going to put up over a million dollars
8   for us to have our own ESBA channel.  And they were
9   bringing in -- they get -- the person that was in
10   charge of that division had had success with ESBA.
11   So he said, "Leon, this is a great idea.  This is a
12   cash cow.  Yeah, let's do this."  And they even have
13   brought in some people to -- to help run it if we
14   had that -- that deal.  So that's what I did for
15   David over at S -- S -- at STX.  Now, with the ESBA
16   channel, of course Corey would have been a part of
17   that.
18         Okay.  Now back to Corey.  So we
19   also then shopped the 20 and Back television and
20   movies, we shopped it to STX.  Their movie slate was
21   already full, so -- so they passed.  But we then
22   took it to various people.  We took it to J.J.
23   Abrams.  We took Corey to WNE, which used to be
24   William Norris, for representation.  Because
25   nowadays you usually have to have a powerful agency

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 62

1 to open up certain doors.  So we took Corey over
2 there.
3          And then we went to Netflix.  And
4 when we went to Netflix, we did not meet with
5 lieutenants.  We met with the top person in charge
6 of the movie division and the television division.
7          Now, Val, just quickly, in
8 Hollywood.  Hollywood is based upon a power
9 structure and relationships.  If you really break
10 down Hollywood and get into the A list, there's only
11 about 200 people in that A-list circle that are
12 working over and over and over.  It's the same
13 stars.  It's the same directors.  It's the same
14 producers.  It's the same writers.  And it's very
15 hard for other people to break into it, to crash
16 through what I call the gatekeepers, and so you have
17 to have relationships.  So we did have the
18 relationship to have those meetings.
19          Also, I met with Antoine Fuqua --
20 well, let me go back.
21          So Netflix basically stated we
22 like it, but we want other elements attached.  Well,
23 what were the elements?  Well, if you can bring in a
24 notable director or if you can bring in a notable
25 writer.

Page 63

1          So I met with Antoine Fuqua, and
2 you can look him up on IMDB, but a great track
3 record.  And I pitched it to him, and he liked it.
4 He liked it a lot and basically said to me --
5 because I pitched it, I wasn't just pitching the
6 story, Val.  I was also pitching what makes your
7 eyes light up, the merchandise.  And so I -- I
8 talked about all these different characters and, you
9 know, look at Star Wars.  Look -- look what they
10 did.  And Star Wars is X amount of years old.  It's
11 time for another one, is -- is the way I sold it.
12          And Antoine said yeah, this --
13 this could be a -- a -- a -- a billion dollars.  I'm
14 the one that told Corey about the billion dollars.
15 So now when he goes around bragging, I've got a
16 billion dollar IP, I'm the one that told him that
17 based upon what Antoine said as far as -- this is
18 very important -- potential.  Potential.  Because
19 that's all it was.
20          See, one of the things that I
21 tried to make Corey understand when he got a little
22 arrogant a wait a minute, Corey, you were already
23 Corey when I met you.  You -- you already were on
24 Gaia.  You already had the TV show.  You were Corey
25 Goode.  So if you were so big, why didn't you have

Page 64

1 these meetings yourself?
2          No, because they wouldn't even
3 return his phone calls because they didn't have the
4 relationships.  That's why.  If it's such a great
5 story, now two years later, why hasn't it sold?
6 Because he doesn't have the relationships.
7          And -- and now he's burned a lot
8 of bridges, so I doubt if a lot of people are going
9 to deal with him in Hollywood or in the community.
10 But that's -- that's another story, so I won't go
11 down that route.  But when you sue a lot of people,
12 they get scared and they stay away from you.  And
13 the reputation is already out there.
14          But, at any rate, I got major
15 players.  Then I went and got Jim Hart.  Jim Hart
16 would have been the icing on the cake because Jim
17 Hart had written Contact.  Are you familiar with
18 Contact, Val?
19     **Q.   Of course.  Yes.**
20     A.   Okay.  Big, big sci-fi movie.  He also
21 wrote Hook with Spielberg, Brandon Stoker's Dracula,
22 Laura Croft Tomb Raiders, and on and on and on.  I
23 mean, this man is prolific.  He 's great.
24          I set up a meeting on the phone
25 with Corey and Jim Hart.  I had already pitched it

Page 65

1 to Jim Hart.  He was very interested.  And in that
2 conference call, Corey said to Jim Hart -- and this
3 was in April -- he said to Jim Hart, well, whatever
4 we're going to do, we can't do until October.
5     **Q.   And this is April of 2019, correct?**
6     A.   No.  This is April, I think, of 2020.
7     **Q.   2020.**
8     A.   This is -- this is right before the
9 lawsuit.
10     **Q.   Okay.**
11     A.   So, at any rate, he said can't do it
12 until October.  So that was a big turnoff to Jim
13 because Jim later said to me, "Leon, what the hell?
14 It takes time to write.  I'm not going to sit around
15 and -- and wait until October.  If we're going to do
16 business, we're going to do it now or -- or I'm not
17 interested."
18          So here's the problem.  Corey --
19 and once upon a time, I loved Corey.  I truly did.
20 There's a side of Corey that is very loveable.
21 There's another side to him, but I won't get into it
22 right now.  But Corey, with this whole Roger feud,
23 it destroyed so many things.
24          So in Corey's mind, the contract
25 with Roger was going to run out in October.  So,

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 66

1 therefore, he was not going to do any deal until
2 October. And -- and by the way, maybe that same
3 piece of paperwork had to do with Brandon and Dave
4 and -- and myself. We were all on -- on that deal,
5 along with Tracey. So maybe in Corey's mind it was
6 like okay, well, I'll get rid of all of them.
7          What Corey did not bear in mind is
8 that that treatment was written by all the people
9 involved. It was written by Corey, Roger, Dave,
10 Brandon, and myself. So the characters and the plot
11 development went way beyond Corey's IP. Yes, it was
12 Corey's IP. But if you go to the Writers Guild of
13 America and they look at who wrote what, the Writers
14 Guild would say, well, wait a minute, these people
15 are still entitled to a piece. That's just the way
16 it works. And -- and Corey does not understand
17 sometimes Hollywood contracts.
18          But my point here is that we were
19 so close with the Netflix deal, that could have
20 gotten a major movie done. And where would we all
21 be now? We wouldn't be fighting over these little
22 petty things.
23          And that's what I kept trying to
24 say to Corey. All this. I used to say look at the
25 two Cs. One C is creative and one C is combat.

Page 67

1 And, Corey, you -- you are so into combat, of
2 sitting up, monitoring Facebook and Twitter and this
3 and everybody that says something about you and so
4 on, so forth, rather than just be creative.
5          And all this end fighting and
6 these little things, I don't give a damn about these
7 little things. I'm interested in the big target,
8 and the big target is the 20 and 20 map TV series or
9 movie. That's what I'm interested in. And that's
10 really why I'm here. And the whole thing,
11 tragically, went down the drain.
12     Q.    I just want to go back just a little bit
13 to make sure I've got my -- my timeline straight.
14          When you were talking about
15 shopping 20 and Back to STX and J.J. Abrams and
16 William Norris, that was in June of 2019, correct?
17     A.    I don't know the month, but it was in
18 2019.
19     Q.    2019. About right after -- Cosmic Ways,
20 I think, was in April of 2019?
21     A.    Cosmic what now?
22     Q.    Cosmic -- Cosmic Waves in Hawaii?
23     A.    Oh. I don't really know when that was.
24 It -- it was in 2019.
25     Q.    Okay. Because Above Majestic came out.

Page 68

1 Everything was kind of -- was going well. Cosmic
2 Waves was a -- was -- was a success, right? I mean,
3 that was -- that was a good -- a good event?
4     A.    Are you -- are you talking about -- are
5 you talking about the lectures that took place in
6 Hawaii?
7     Q.    Yes.
8     A.    Yes.
9     Q.    And then it was shortly thereafter
10 that -- that 20 and Back was shopped to -- to ST --
11 S -- STX and Netflix?
12     A.    It -- it might have been shopped even --
13 even before, Val. I'm not really sure of -- of the
14 timelines there.
15     Q.    Okay. Okay. Was Roger with you guys
16 whenever you all were going to -- you all went to
17 Netflix with Roger, right?
18     A.    Roger and Brandon, Brandon Graham, were
19 the ones that actually did the presentations. Now,
20 at those presentations, Tracey Edmonds would be
21 there, I would be there, Corey would be there. We
22 would introduce Corey as the star and, you know,
23 build him up. And then as far as the execution, it
24 was Brandon and -- and Roger, and they did a great
25 job.

Page 69

1     Q.    Okay. So you guys had shopped it around.
2 You had gotten a couple of bites, so to speak. When
3 did --
4     A.    Big bites.
5     Q.    Big. Yeah, sorry. Big bites.
6          When -- so when -- when did things
7 start going south? It was about the end of 2019,
8 right?
9     A.    Yes. Okay. So in trying to answer your
10 question, and this is my opinion, it -- it really
11 was all about Corey and Roger and this feud. And,
12 you know, I -- I said there's two parts to Corey.
13 There's a loveable part. And, as I said, once upon
14 a time I had great love for Corey. But there's also
15 a very dark, vindictive. And if you get in Corey's
16 headlight or target, he's out to totally destroy
17 you. And in my opinion, he wanted to totally
18 destroy Roger. He did lots of things to cut Roger
19 out.
20          But the biggest -- and you can see
21 one of my letters to Corey. The biggest was this
22 money grab that took place in Hawaii. Now, these
23 people had been waiting for two months for the money
24 to come in, and then for Corey to reach out and grab
25 it -- but it wasn't really about the money. Corey

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 70

1  already was doing pretty well at that point because
2  he had done his online course and, according to Liz
3  Lorie, over $700,000 had come in. So it wasn't
4  really about the money. It was about punishing
5  Roger.
6         If Roger got no money, then he
7  would be evicted. Roger was taking care of himself
8  and his wife and then his former wife and two kids.
9  So Roger would have gotten a three-day evict and
10 quit notice if he didn't get any money.
11        And Corey was out to just totally
12 destroy Roger. And in my letter, I say that. And I
13 also say to Corey, you know, Corey, you've got a
14 very short memory. It was a year ago that you were
15 destitute and waiting for money to come in for Above
16 Majestic.
17        Now, I was involved with this,
18 Val. Brian Barr, in I think October, had made a
19 donation of $75,000 to Corey. Somehow, someway they
20 blew through that money in seven weeks and then
21 re-approached Brian for another $100,000. And then
22 Brian had a conversation with me and said,
23 "Absolutely not. What the hell is going on here?
24 I'm appalled. You know how long it would take me to
25 make $75,000 tax free? And it's gone? What's --

Page 71

1  what's going on here?"
2         So anyway, Corey is saying -- and
3  there's going to be a sizable piece of money coming
4  in from Above Majestic either -- probably end of
5  January. But Corey is saying to me, "I can't wait.
6  I have no money. I -- I can't pay the rent. I
7  can't do this. I can't do that."
8         So I reapproach Brian, had about
9  three conversations with Brian. And Brian said,
10 "Leon, I don't feel good. I -- I feel like I'm
11 used. I feel like I'm a sugar daddy." I think
12 that's the term he did use. I -- I have his letter
13 that you can go on the record and see. It came to
14 me.
15        So finally, long story short, I
16 went back to Brian. I said, "Look, Corey is really
17 in bad shape. Can you -- instead of it being a
18 donation, can you make it a business loan?" And he
19 said, "Leon, you seem like an upright guy. I've
20 enjoyed our conversations. I'll make it a business
21 loan, if you back it."
22        And I have on the record, I
23 signed -- I signed for a $50,000 note with Brian to
24 go to Corey. Now, in the deposition Corey lied
25 again saying, "Oh, that money didn't go to me."

Page 72

1  That was on his record, on his deposition. "That
2  money didn't go to me. It went to pay company
3  things." No, that's a lie. It went to Corey.
4         He also, "And Leon got a piece of
5  that money." No, how could I get a piece when it
6  was directly sent to Corey from Brian Barr. And I
7  also have that in writing.
8         Also, I'm the one that negotiated
9  with Brian because Corey had two children that were
10 special needs education. I'm the one that
11 negotiated with Brian. "Brian, do you see it, where
12 you can make a contribution for the education of
13 special needs?" Brian paid out about $25,000 for
14 the special needs. Now, Corey denied all of that in
15 the deposition.
16        What I hold against Corey now is
17 he has no gratefulness. He -- he remembers nothing
18 that anybody did for him. He did not remember the
19 graciousness that David Wilcock did for him in
20 helping him, when he turned down David to get a
21 percentage. He didn't remember the nice things that
22 Jordan Sather had done for him when he said no,
23 Jordan didn't deserve a percentage in Cosmic Secret,
24 even though Cosmic Secret was the sequel to Above
25 Majestic, and he certainly has not been grateful for

Page 73

1  what Leon Isaac Kennedy has done for him.
2         Because in addition to signing for
3  the $50,000 note, in addition for getting him the
4  $30,000 for his kids, I lent the company money when
5  it couldn't pay bills, to the tune of over $20,000.
6  It got paid back eventually. But who else would
7  have gone out on the line $50,000 and then put
8  another $20,000 in to keep a company afloat and then
9  no gratitude? And then you sue me?
10        And like Maureen said when the
11 lawsuit came, she said, "After all the kindness
12 you've done to this man and his family," by the way.
13 I -- I always try and have a heart for people. I
14 cared about his family and what he was going
15 through.
16        And -- and it wasn't just that
17 money, Val. All the time he needed advances. We
18 can go through the ledger, and I can show you where
19 he got this advance or got that advance or he got
20 that advance. Yes, Roger got advances too. And I
21 personally lent Roger money to keep him going.
22        But then for Corey to turn
23 around -- when I made advances for him, when I lent
24 him money and lent the company money, for him to
25 turn around and then say I embezzled money and took

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 74

1   money from the company and put it into my company?
2   That's an out-and-out blatant, vicious lie.
3           And what I want -- because
4   embezzlement is a very harsh, career-ending
5   accusation.  I want -- I want specifics.  I want to
6   know, okay, embezzlement, show me where.  Show me
7   the amount of money.  Show me what account it came
8   out of.  Show me the accounting.  Show me where it
9   went.  Quit coming up with all these lies, with no
10  shred of evidence to back it up.
11          The same as he did with saying
12  that the proper participants complained.  He
13  couldn't name a name.  Name a name.  He can't,
14  because no one would say that.
15          So the man is a chronic liar.
16  Everything that comes out of his mouth is a lie, and
17  he has no shred of evidence to back it up.  And this
18  whole lawsuit is a clown show because there's no --
19  not one shred of evidence to back up anything this
20  man has said.
21      **Q.   Okay.  I wanted to start talking now**
22  **about the Graphic Novel.  What was your involvement**
23  **with the Graphic Novel?**
24      A.   Val, I have said many times, you know, I
25  was thrown into this lawsuit at the last minute.

Page 75

1   And if we really examine things, Leon shouldn't even
2   be in this lawsuit.  As far as I'm concerned,
3   Adrienne and myself are collateral damage to the big
4   feud and the big business divorce that needed to
5   take place between Roger and Corey.
6           With Adrienne there was a dispute
7   with who owned what.  But even in the deposition --
8   well, I'll -- I'll go back.
9           When Liz Lorie was negotiating
10  with Adrienne, Adrienne basically was saying as far
11  as I'm concerned, it should be one-third, one-third,
12  one-third.  Well, Ms. Lorie came back saying no,
13  Roger wasn't involved.  And out of integrity,
14  Adrienne said yeah, he was involved.  So that's when
15  the whole negotiations fell apart.
16          Now, in his deposition Corey said,
17  when Lenden asked him, well, I imagine it should be
18  one-third, one-third, one-third.  Well, if it's
19  going to be one-third, one-third, one-third, the
20  lawsuit should be over because that's what it should
21  have been in the first place and that's what was
22  talked about.  So why -- why is there still a
23  lawsuit?
24          So anyway, with me -- so at least
25  with Adrienne they had some contention.  If you look

Page 76

1   at me, there was nothing Leon was asking for.  There
2   was nothing Leon wanted.  I was thrown into this
3   lawsuit because of my integrity.
4           Now, mind you, Val, we talked
5   about me being a minister.  I'm licensed and
6   ordained.  But more than that, my relationship with
7   spirit is so vitally important to me, and I'm not
8   going to let it go down the drain.  I'm not going to
9   compromise it for millions of dollars, for hit
10  movies, or anything else.
11          And I'm, in my mind and spirit,
12  I'm held accountable for what I say and don't say.
13  I'm older than David.  I'm older than Corey.  I was
14  trying to be like a father figure to them.  And so I
15  tried to be what I would call the voice of reason or
16  a compass, a moral compass.
17          And to me, I looked at David,
18  Corey, and Roger as three brothers that sometimes
19  were in competition with each other, sometimes fell
20  out with each other.  But it's like come on, guys,
21  can't we just do a group hug and move on?  Because
22  there were lots of conflicts with -- with David and
23  Corey too.  Half the time they were mad at each
24  other.
25          I was trying to keep this

Page 77

1   wonderful team together.  But like I said, on a
2   spiritual level, I would be held accountable by God
3   if I saw something wrong and didn't speak up.  So I
4   did speak up to David Wilcock when he deserved the
5   15 percent versus no percentage.  I did speak up for
6   Jordan when he was not going to be given a
7   percentage.
8           And many times I spoke up for
9   Roger, basically saying to Corey don't you know
10  Roger is your dog?  He's down in the trenches with
11  you.  He would do anything for you, Corey.  Don't
12  you know that?  So I spoke up for Roger.
13          And Corey used to say to me,
14  "Leon, you should always be on my side.  I'm the one
15  with the billion dollar IP."
16          Well, Val, I couldn't do that.
17  If -- if something was wrong, I had the moral
18  responsibility to point it out.  Even with Adrienne,
19  I pointed out.  There doesn't need to be a lawsuit.
20  Just work it out.  It should be one-third,
21  one-third, one-third.  I offered to sit in and --
22  and negotiate it.  I -- I wanted Liz Lorie to get
23  involved in the negotiation.  Instead she's out
24  making her own deal with Corey.
25          Corey said to me, "Oh, well, Liz

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 78

1  and I are going to have our own company doing
2  conferences," right in the middle of Liz negotiating
3  with Adrienne.  To me, that's a severe conflict of
4  interest.
5          But, at any rate, I'm in this
6  lawsuit because I couldn't be like Liz Lorie and say
7  yes to Corey for every single thing that he wanted.
8  I had to point out to him, no, Corey, this is wrong.
9          Now to me, once again going back
10  to my Hollywood background, so many big stars
11  surround themselves with yes people because they
12  want to stay on salary or they want to get into that
13  circle, which is what Liz did.  She kissed Corey's
14  behind to get in with him and then to stay in with
15  him.  Anything was okay, and she was such a blatant
16  liar and his hit man.
17          But, at any rate, Michael Jackson,
18  in my opinion, would still be alive if he wasn't
19  surrounded by yes men.  There was a point where
20  Michael's own siblings could not get to him.  You
21  know, you need a voice of reason.  You need somebody
22  to say, this is absolutely wrong or you are out of
23  control.  Prince would still be alive if he wasn't
24  surrounded with yes men.  I could go on and on and
25  on.

Page 79

1          So, at any rate, I tried to reason
2  with Corey about certain things.  When he did the
3  grab, I told him it was wrong.  And I went back
4  saying a year ago when you were destitute, you
5  needed money badly.  You got the loan that I made
6  possible for you to hold you off until the Above
7  Majestic big money came.
8          Now your guys need money.  You're
9  the team leader, and you're taking their money.
10  You're holding their money back.  Can't you remember
11  what you were going through a year ago?  That's what
12  these guys are going through now.  How can you do
13  this to them?  And he wouldn't listen.  So we argued
14  about it.  He didn't like it.  I wasn't on his side.
15  I didn't endorse it.
16          Then when Roger sent him the
17  letter, stating that he was going to come out with
18  everything and he was going to release that letter
19  within three days, Corey had Liz write to me saying,
20  Leon, did you help Roger write that letter?  Do you
21  agree with what was said in the letter?  And you
22  have 48 hours to answer or we will just assume that
23  you were involved.
24          And, Val, I've got to tell you,
25  I -- I was very offended by that.  Number one, I did

Page 80

1  not help Roger write the letter.  Number two, as far
2  as did I agree with what the letter said, there was
3  a lot in the letter.  So what am I going to do, say
4  I agree with this sentence, but I don't agree with
5  that sentence?  Whatever I said would have been held
6  against me.
7          But my point was who in the hell
8  are you to give me an ultimatum of did you write a
9  letter?  Do you agree with a letter?  And you have
10  48 hours to answer.  Who in the hell are you to come
11  at me like that?
12          So I didn't answer.  So the next
13  thing you know, I'm in a lawsuit.  But, I mean, if
14  you look at it, why am I in this lawsuit?  There was
15  nothing I wanted.
16          So go back to your original
17  question here.
18   Q.   Yeah.  About the Graphic Novel?
19   A.   Oh, okay.
20          So if you look at me being thrown
21  into this lawsuit, I was just sloppily thrown in.
22  The timelines were all wrong.  I was just thrown in
23  wherever Roger was.  Put him in there.  I was never
24  involved with the Graphic lawsuit.  As a matter of
25  fact, I ran across a -- a memo from -- from Corey

Page 81

1  basically stating, I want this Graphic Novel
2  finished and out by the end of 2018.
3          I didn't even start working with
4  them until the end of 2018.  So if he's doing a
5  directive way back at the beginning of 2018, how was
6  Leon involved?  I was never involved in Graphic
7  Novel.  I was not involved in the finances of the
8  Graphic Novel.  I wasn't involved in any of their
9  other business.
10          The only thing I was involved in
11  was the payments that came through for SBA and
12  trying to get the 20 and 20 movie and television
13  series sold, and then the other plethora of things
14  that Corey dumped on me to do when -- when Roger was
15  not involved anymore.
16          One time, or maybe twice, Corey
17  asked me to make a payment, an emergency payment by
18  the way, which was always coming up.  You know, we
19  -- we could never just do things on the 1st and the
20  15th like normal companies would do.  There was
21  always some emergency, always some fire to put out.
22          So I got a call from Corey about
23  the, I guess the illustrator.  He needs money right
24  away, Leon.  Can you see if we can find some money
25  to pay him.  That was my only involvement, was --

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 82

1 was paying the man. I don't even know what the
2 Graphic Novel is. I've never seen it. Never
3 involved in it.
4          Oh, and by the way, in the lawsuit
5 it says I and Roger made a mess out of the Graphic
6 Novel and a mess out of the finances. I go again on
7 the record, I was never, ever involved with the
8 Graphic Novel.
9     Q.   So was it -- was it Roger that had taken
10 the money that was being paid? There was -- the --
11 the money that was supposed to go towards the
12 Graphic Novel, that would have been Roger that
13 had -- that had been postponed?
14     A.   I'm going to give you a speculative
15 answer because, once again, this was before my time.
16 All I can tell you, Val, is this.
17          In the year 2019, over $300,000
18 came in from Orchard 1091 or Above Majestic, and I
19 made those payments to the proper participants.
20 Within that year, I never heard from Corey saying,
21 oh, but there should be money coming out to pay back
22 for Graphic Novel. I never heard that.
23          It only came out later when he
24 made this money grab. Well, some of this money was
25 supposed to go to the Graphic Novel. And -- and Liz

Page 83

1 wrote it up like a parrot in -- in the letter that
2 she wrote to me.
3          All I can tell you is what I
4 heard. And what I heard was there had been a
5 donation that came in. Some of that donation was
6 supposed to go to the Graphic Novel. Roger
7 convinced Corey to use some of that money for Above
8 Majestic. And that's what was done. And I only
9 heard that. I don't know that for a fact.
10          But, see, to me, that's messy
11 business between two business partners before the
12 rest of the people were involved. I don't think
13 that I or Brandon Graham or David Everhart or Jordan
14 should even be involved with that, nor penalized
15 with that.
16          And by the way, from what Corey
17 said in his deposition and also from your letter
18 that you wrote to Jordan back in December of 2020,
19 you said $194,000 had already been collected and
20 that about 70,000 went to the Graphic Novel. The
21 first time I heard about anything going to the
22 Graphic Novel was in Corey's deposition.
23          But I and the other proper
24 participants, the team, I don't think should have
25 been penalized by that. And that's, like I said,

Page 84

1 messy business between Roger and Corey that needed
2 to be ironed out.
3     Q.   Okay. So I think around the same -- the
4 same time that Corey and Roger had started to, you
5 know, kind of be, you know, split apart a little
6 bit, that's when the -- the class that was being put
7 together, the Accelerating Ascension class, kind of
8 started. And -- and I heard and read a -- couple
9 different things about -- you know, about that
10 class.
11          You're not -- you're not claiming
12 any sort of involvement with Accelerating Ascension
13 at all, are you? Correct?
14     A.   You know, I'm -- I'm really missing your
15 question, and you got a little muddy there.
16     Q.   Sorry. Okay.
17     A.   Can you say it again, please?
18     Q.   Sure.
19          So I'm -- I'm -- I'm moving from
20 Graphic Novel to Accelerating Ascension. You've
21 already said that you didn't have a part of Graphic
22 Novel. Accelerating Ascension, are you claiming
23 that you have any involvement with that at all?
24     A.   I don't even know what Accelerating
25 Ascension is.

Page 85

1     Q.   The -- the class that was put together?
2     A.   The what?
3     Q.   The class?
4     A.   Class?
5     Q.   Uh-huh.
6     A.   Is this -- is this the class that Liz
7 Lorie did or something else?
8     Q.   It's -- it's the one that Corey and Liz
9 worked on.
10     A.   I had nothing to do with that. The --
11 the only thing that I can tell you, when it comes to
12 that, is that from working with David, I knew that
13 David had made quite a bit of money off of his
14 online course. I think David told me over
15 $2 million.
16          So Corey and I were still working
17 together at the time. And I said, "Corey, I -- I --
18 I think that you need to follow David's lead here
19 and do an online course. And David already has it
20 all set up as to how he did it. He can help show
21 you, and you need to do that."
22          I then asked Roger, can you put
23 together an online course for Corey? And Roger
24 agreed to do that.
25          Now, afterwards, that's when we

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 86

1  were no longer working together and -- and Liz Lorie
2  came in, essentially replacing me and other people.
3  So Liz did the course.
4          Now, according to Roger -- once
5  again, I'm not involved so I don't really know. But
6  according to Roger, Liz -- Corey gave Liz the online
7  course that Roger had put together, and Liz
8  basically used Roger's online course outline. Now,
9  that's what I was told.
10     Q.  Okay.
11     A.  But -- but to answer your question, I had
12  absolutely nothing to do with it. I have no skin in
13  the game on that. I have no claims on that.
14     Q.  Okay. Okay. So we -- we discussed the
15  Graphic Novel. We discussed Accelerating Ascension.
16  We talked -- we talked about Above Majestic.
17          Cosmic Secret is the next -- the
18  next kind of project I want to talk about. What was
19  your involvement with -- with Cosmic Secret?
20     A.  There was a lot of involvement, so let me
21  start at the beginning.
22          Corey has claimed Leon really
23  screwed up the contract for Cosmic Secret. Now, he
24  hasn't gone into specifics of how I screwed it up.
25  But, you know, I -- I keep hearing this.

Page 87

1          So what I want to explain to you
2  and to Corey is that if you look at the original
3  Orchard contract, it talks about a sequel. Well,
4  the sequel was Cosmic Secret. That's the sequel to
5  Above Majestic. That contract was already signed
6  and negotiated before Leon ever got involved. So
7  there was really nothing to renegotiate.
8          Now, having said that. When we
9  decided to do this next project and I spoke to Jim
10  Martin, Jim Martin said to me, "Okay. Leon, you
11  have a choice here. You can have a deal that would
12  start in about four weeks, because I only have money
13  to do one project left. So you can have this window
14  with this money, or you're going to have to wait
15  until the following year."
16          Well, the team always needed
17  money, especially Corey. I had a meeting with the
18  team, and everybody said we need to go for this now.
19          Now, it was a major time crunch
20  here because he was going to release this money now.
21  And -- and see -- once again, let me go back to
22  Hollywood things for a moment.
23          Companies only have X amount of
24  dollars to allocate, let's say, for production, for
25  production spend within a certain quarter or a

Page 88

1  certain year. So that's what Jim was alluding to,
2  this is the end of our money for this year. Either
3  you take it or I give it to the other company that
4  wants to do something, you wait until next year.
5          Well, we didn't want to wait until
6  next year. And as I pointed out, Corey always
7  needed money. How was he going to survive waiting
8  for another year? So we all decided -- even though
9  maybe Corey has conveniently forgotten this. But we
10  all decided, yes, we'll take this deal and we'll do
11  it now.
12          They were going to give a $200,000
13  advance, 100,000 the minute the deal memo was signed
14  and then another 100,000 upon delivery. Now, there
15  is a caveat here.
16          I said, "Can we have our own
17  separate contract for Cosmic Secret?" And Jim
18  Martin said to me, "If I kick up into legal a
19  separate contract, it's going to take legal maybe
20  over 60 days to do it. This time frame is going to
21  be over. My advice to you is just go ahead, take
22  this deal, take the advance, and this contract is
23  tied into the previous contract."
24          So Leon didn't screw anything up.
25  Leon was doing what the team wanted to do, and there

Page 89

1  was a severe time crunch. So we took the deal. We
2  got the $100,000 advance that was split among the
3  proper participants. However, Val, there was a
4  severe time crunch. Now, here's where it gets a
5  little funky between Roger and Corey.
6          Corey had wanted to be involved in
7  directing the next project, which would have been
8  Cosmic Secret. And originally it was talked about
9  him doing it with Brandon Graham. Brandon would
10  direct and Corey would codirect with Brandon, and it
11  would be a nice learning curve for Corey.
12          But because of the time crunch,
13  Roger got involved and said, "I need to direct this.
14  I'm the only one that can bring it in within this
15  time frame."
16          Now, also let me explain
17  something. When they give you these advances and
18  then they give you the second part of the advance,
19  there is a -- a time crunch. If you deliver it one
20  day late after that time period, you won't get the
21  second part of the advance. Not one day late. So
22  there was a severe time crunch.
23          All right. So working on that
24  time crunch, Corey submitted an outline. That
25  outline has been talked about. Maybe he submitted

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 90

1  another outline. I'm not really sure. But Roger
2  took the reins and ran with this project. Corey was
3  very disgruntled about that. He wasn't disgruntled
4  about getting the money when the $100,000 was split
5  up or the money that came afterwards, the second
6  $100,000, nor the money he's diverted, close to
7  200,000 from Cosmic Secret. He's not disgruntled
8  about that. But he was disgruntled that -- that
9  Roger took over.
10        But because of that time frame,
11  Roger is the only one that could have brought it in
12  on time, and we barely made it. As a matter of
13  fact, what happened when it was brought in, Val, is
14  there was a problem, which David found, so we had to
15  spend another day on that, and Jim Martin said he
16  would give us grace on that. And it was turned in,
17  barely on time.
18        Well, according to Orchard 1091,
19  it wasn't on time. And so they then said that
20  they --
21        THE WITNESS: I just froze up on the
22  screen. Are they still getting me okay?
23        Are you guys still getting me
24  okay? I -- I froze up on the screen here.
25        MS. YANAROS: Let's ask Caleb. I've

Page 91

1  got my --
2        THE VIDEOGRAPHER: The audio is still
3  coming through, but the -- the video --
4        MS. YANAROS: Oh, he's gone. Oh,
5  he's back.
6        THE VIDEOGRAPHER: Uh-oh.
7        THE WITNESS: One second.
8        MS. YANAROS: I had the -- I had a
9  different -- my view is all messed up. What did I
10  do? I can't see anything.
11        THE VIDEOGRAPHER: Valerie, are you
12  on gallery mode or speaker mode?
13        MS. YANAROS: I have no idea. I --
14        THE VIDEOGRAPHER: If you go to the
15  top right corner of the Zoom screen, it should pop
16  up, a button that says "View."
17        MS. YANAROS: Oh. Oh, I see. But
18  it's doing something -- hold on. I don't know.
19        THE VIDEOGRAPHER: Leon's video is
20  off now, so if you're just seeing a blank screen.
21        MS. YANAROS: I can't -- I can't see
22  anything except for myself and Leeann. Does
23  anybody still -- can we go off the record? I don't
24  know if any -- if --
25        MR. WEBB: Yeah. That's fine. Let's

Page 92

1  go off the record. It's --
2        THE VIDEOGRAPHER: All right. The
3  time is 11:56. We are now off the record.
4        (Break from 11:56 a.m. to
5        12:16 p.m.)
6        THE VIDEOGRAPHER: The time is 12:16.
7  We are back on the record.
8        THE WITNESS: And you're going to
9  pick me up from the freeze, please.
10        MS. COURT REPORTER: Yes. One
11  second, please.
12        THE WITNESS: Okay. And you --
13  everyone can hear me okay? All right.
14        MS. YANAROS: Yes.
15        (Record read.)
16        THE WITNESS: All right. Just one
17  second here.
18        Okay. So, Val, picking it up from
19  there, if that's okay with you.
20  BY MS. YANAROS:
21    Q.  Yes.
22    A.  Okay. So Jim Martin said that he was
23  going to give us grace. Then I got a call that the
24  lawyer said no grace. And that they were not going
25  to give us the second $100,000 advance because we

Page 93

1  had missed the timeline.
2        So I called Jim about that. I was
3  very disgruntled. And Jim said, "It's out of my
4  hands, Leon. You can deal with the attorneys."
5        So at that point, Val, I started
6  talking to the attorneys, and I also spoke with
7  Danny Green, who was one of the heads of Orchard.
8  And basically I said to Danny, "Look, Danny, we were
9  supposed to have been given this extra day or two.
10  We did everything that we were supposed to do. And
11  I really -- I want the other $100,000 that the team
12  deserves."
13        And he then said to me that he had
14  spoken to his legal team, and his legal team was
15  opposed to it and said that they did not have to do
16  it, following the little letter of the contract.
17        I then responded to him, you know,
18  "Your legal team has not made you the type of money
19  that we are making for you. And usually a legal
20  team would take advice from whomever they're working
21  for. So, Danny, we made you a lot of money with
22  Above Majestic. We're going to make you a lot of
23  money with Cosmic Secret. I want this $100,000. If
24  you do not give it to us, then we will never work
25  for you again."

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 94

1       So then he said, "Wait a minute.
2  You're telling me that you would not work with
3  Orchard 1091 again?"
4       I said, "No, because you're not
5  dealing with integrity here. You're -- you're
6  dealing with a -- a little -- you're -- you're
7  nitpicking, following your -- your lawyers, and
8  you've got a cash cow here with us. We can do lots
9  of things in the future together. But I won't do
10  anything else with you if you don't give us this
11  $100,000."
12       So then he said, Val, "You -- You
13  mean to me that you'll go to other companies or you
14  mean to me that you'll bad-mouth us?"
15       I said, "Danny, I never said
16  anything about bad-mouthing. We'll simply do
17  business with other people because you drove us
18  away. You're the one forcing us to go with other
19  companies."
20       So long story short, finally he
21  came to his better senses and he gave us the second
22  $100,000. Now, when we got that second $100,000,
23  Val, everybody was very happy. We were on a team
24  conference. Corey was very happy, and he even said
25  to the rest of the team, "None of this would have

Page 95

1  happened if Leon hadn't had the balls to stand up to
2  Danny Green and make a -- a strong stance." So
3  Corey was very happy.
4       So I did not screw up any contract
5  with Orchard. To the contrary, I got the team much
6  needed money as far as advances, and I got a project
7  done for us that would not have been done if we had
8  waited for the following year.
9       Now, Val, if it's okay with you,
10  this might be a good point of cleaning up the
11  cross-collateralization point that came up with
12  Orchard for AM and -- and Cosmic Secret.
13       Q.  Sure. Yeah. Absolutely.
14       A.  Okay. All right. So in trying to clean
15  that up, I have a letter here that I wrote to
16  Jim Martin on Monday, February 3rd, 2020, and it
17  says -- and by the way, Val, I -- I sent this to
18  you, so you'll have it in your records.
19       Q.  In the chat?
20       A.  But anyway, it says --
21       THE WITNESS:  Pardon me?
22       MR. WEBB:  In production.
23       MS. YANAROS:  Was it in the chat?
24       THE WITNESS:  How was it sent?
25       MR. WEBB:  In production last night.

Page 96

1       A.  Lenden is saying in the production last
2  night.
3       Q.  Okay. So let me -- we actually have
4  that. Hold on.
5       A.  This is my letter to Jim Martin.
6       Q.  What -- what -- what Bates number is it
7  on?
8       A.  Now, I don't know that.
9       MR. WEBB:  Yeah, they've got it all.
10  We can print it out with Bates numbers so we can
11  find it for her, if she wants.
12       MS. YANAROS:  Well, I mean, hold on
13  because it's actually our -- our videographer has
14  the -- I'm just trying to find the --
15       So, Caleb, it's the Client Docs
16  8491-8645.
17       THE VIDEOGRAPHER:  Okay.
18       MS. YANAROS:  And as soon as counsel
19  gives us the Bates number.
20       THE VIDEOGRAPHER:  Would you like me
21  to go ahead and screen share it?
22       MS. YANAROS:  Yes, please, as soon as
23  we get the Bates number.
24       Mr. Kennedy, you are the first
25  person I've ever allowed do this, for the record.

Page 97

1  I -- I guarantee you Mr. Webb's never anybody
2  bring their own exhibit to a dep -- to a deposition.
3       THE WITNESS:  I just wanted to come
4  in thoroughly prepared.
5       MS. YANAROS:  Absolutely.
6       Mr. Kennedy, does -- does it have
7  a Bates -- do you see -- do you know what I'm
8  talking about with the Bates number?  On the bottom
9  right-hand corner it will saying "Youngblood" and
10  then four numbers.
11       MR. WEBB:  So -- so this -- this is
12  Lenden Webb. I'm happy to interject. What the
13  client has are the docs before they were Bates
14  numbered. So we numbered them and sent them over to
15  you.
16       Like, for example, when you
17  produced documents to us, you didn't put Bates
18  numbers on them. We went ahead and put Bates
19  numbers on them. So the ones we -- we gave you a
20  link to, if you click on that link, the documents
21  will have a description and numbers.
22       Unfortunately, I don't have a
23  printout of those, so I do not know.
24       MS. LaVETTE:  Do you want me to
25  e-mail it to you? Will that help?

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 98

1      MR. WEBB:  Which I have -- I have
2  them all here, but we haven't gone to the length of
3  printing them out to find them.
4      MS. LaVETTE:  I -- I have the exact
5  ones you have e-mailed to me.
6      MS. YANAROS:  I don't know who --
7      MR. WEBB:  You have the link on there?
8      MS. YANAROS:  I -- I don't know who's
9  talking.  I can only see four of you.  I don't know
10  what is going on.
11      Oh, I know.  Was somebody talking
12  without a -- a screen on?  It was I only had my
13  video.  Who -- who was that that was talking?
14  Sorry.
15      MS. LaVETTE:  It was Maureen.  I just
16  have --
17      MR. WEBB:  What's the number on the
18  bottom of the page?
19      MS. YANAROS:  Is that will Webb?  I
20  don't know who's talking.
21      MR. WEBB:  Yeah.  This is Lenden
22  Webb.
23      MS. YANAROS:  Okay.  So you -- you're
24  saying when he gave you the documents, they hadn't
25  been Bates numbered, and then you guys put the Bates

Page 99

1  numbers on it.  But so what's the -- what -- I can
2  do a control find.
3      MR. WEBB:  It should say "Kennedy"
4  and then a number right after it.  Let me see.
5      MS. LaVETTE:  I'm -- I'm -- I'm just
6  going to try and send you a separate document.  I
7  don't know what else to do because I'm -- I'm not in
8  the docket like you.
9      MR. WEBB:  Okay.  Here's all of the
10  documents we produced, and we've numbered them all.
11      MS. YANAROS:  Okay.  Do we want to go
12  off the record while we search for this, or we can
13  continue with the --
14      MR. WEBB:  Or we can come back to
15  this line of questioning.  I'll get a printout for
16  you.
17      MS. YANAROS:  Okay.  Or just the
18  Bates number.  That's what the -- because we've got
19  the -- the videographer has the entire document.
20      THE VIDEOGRAPHER:  Yeah.
21      MS. YANAROS:  We just need the Bates,
22  and he can share it.  Okay.
23      THE VIDEOGRAPHER:  Did you say you
24  wanted to go off record for this?
25      MS. YANAROS:  I think we're going to

Page 100

1  be --
2      MR. WEBB:  No.
3      MS. YANAROS:  Right?
4      MR. WEBB:  Let's just go on to the
5  next line of questioning.  We'll -- we'll print
6  everything out that we produced to you.  That way we
7  can try to find things with the numbers.
8      MS. YANAROS:  Okay.  Perfect.
9  Thanks.
10      A.  Or -- or, Val, to save time, do you just
11  want me to just read it, or what would you prefer?
12      **Q.  Let's just -- let's -- let's come back to**
13  **it because I don't know -- I mean, we -- we got a**
14  **hundred and how many -- 150 pages produced to us,**
15  **over 150 pages produced to us last night.  So I**
16  **don't -- it would take forever to -- to find it out.**
17      **But -- so let's just keep on going**
18  **and then we'll come back.  Because there are some --**
19  **there are some documents I want to look at out of**
20  **that production.  So we'll just come back to that**
21  **whenever -- whenever we get to that because I**
22  **haven't seen the letter.**
23      **Can you read us -- read -- just**
24  **read a couple words.  What are the first few words?**
25      A.  Okay.  It says, "Monday, February 3rd.

Page 101

1  Hi Jim, just wanted to verify this information to
2  make sure I'm understanding it correctly.  The
3  payment we received from 1091 of $50,797 was for the
4  12 days of sales from November 19th through the
5  31st.  The smaller payment figure of only 50,000
6  plus was because of two variables.  It only reflects
7  the first 12 days of sales and not a whole month.
8      "The other variable was there was
9  almost a $260,000 advance from 1091 that was
10  deducted from this first payment," and I broke it
11  down, Val.  "A $200,000 advance that we are all
12  aware of, and the $60,000 spent in marketing that
13  needed to be recouped."
14      Now, here's where we get into the
15  cross-collateralization.  "Because 1091's dashboard
16  is still down, Lev will be providing the raw data
17  reports for both AM and Cosmic Secret to us via
18  e-mail.  This will allow us to reconcile the
19  cross-collateralization of the two films and the
20  payments received.
21      Next, "B.  Since August, all of
22  the payments for AM were absorbed into paying off
23  the 260,000 owed to 1091 via the
24  cross-collateralization of the two films.  Is that
25  correct?

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 102

1    "C.  The former AM payments will
2  be reflected on the raw data reports so the balances
3  owed to that account can be paid out correctly.
4    "D.  Jim, as you know, we have
5  different per -- percentage participants in AM
6  versus the participants in Cosmic Secret.  Thus, the
7  separation and accounting for the different streams
8  of money must be precise.  If not, it leads into an
9  accounting nightmare.  We certainly need Orchard's
10  accounting to help in showing the different streams
11  of income generated from both docs.  The raw data
12  report for AM will include all sales numbers from
13  August to date.  This should also include the Hulu
14  licensing payment.  Is this articulated
15  understanding correct, Jim?"
16    And then he wrote back the next
17  day.  "This is correct.  Thank you."
18    **Q.   Okay.  Yeah, I've -- I've gone through.**
19  **It must not be a -- a searchable document.  I'm not**
20  **finding that on --**
21    MR. WEBB:  Eighty --
22    **Q.   As soon as they --**
23    MR. WEBB:  85 -- there's two numbers.
24  It's 8571 through 8573.  It's also on 8550.  I'll
25  put that in the chat.

Page 103

1    MS. YANAROS:  Okay.  And this was
2  just produced to us yesterday?
3    MR. WEBB:  Correct.  But I did you
4  the extra favor of numbering the pages so we can
5  talk like this, because I'm a nice guy, even though
6  you don't --
7    MS. YANAROS:  I'm sorry?
8    MR. WEBB:  When you produce
9  documents, you don't even number them, so.
10    MS. YANAROS:  We --
11    MR. WEBB:  (Simultaneous speaking).
12    MS. YANAROS:  Everything we sent
13  were -- were numbered.  They all have Bates numbers
14  on them.
15    MR. WEBB:  Not the last deposition.
16    THE VIDEOGRAPHER:  I have the
17  document pulled up to Youngblood 85 -- 8571, if
18  you'd like me to share.
19    MS. YANAROS:  Yes, please.
20    THE VIDEOGRAPHER:  All right.  Give
21  me one moment.
22    And if you'd like, you can take
23  over control.
24    MS. YANAROS:  Okay.  Perfect.  Thank
25  you.

Page 104

1    MR. WEBB:  I see it.  Thank you.
2    THE WITNESS:  Yeah, I have it right
3  here.
4    MS. YANAROS:  Okay.  So this is from
5  Jim Martin at 1091.
6    A.   This was from me, Val, and then Jim
7  answered.  If you see at the top there, "Hi Leon,
8  this is correct.  Thank you, Jim."  He's -- he's
9  addressing what I said there in the correspondence.
10    **Q.   Okay.  From you to Jim on February 3rd,**
11  **2020?**
12    A.   Uh-huh.
13    **Q.   "I just wanted to verify this information**
14  **to make sure that I'm understanding it correctly.**
15  **Payment we received, smaller payment figure of only**
16  **because of two variables."**
17    **Okay.  This is actually -- we'll**
18  **look at another document here in a little bit that I**
19  **think speaks to the same thing.  Okay.**
20    **Was that the only --**
21    MS. YANAROS:  Caleb, is there any way
22  to go to the next document?  Are these -- is it one
23  document, 8571 to 8573?
24    THE VIDEOGRAPHER:  Yeah.  It will
25  just be the next couple pages and then the number he

Page 105

1  gave.
2    MS. YANAROS:  Okay.  And do I click
3  on the next one?
4    THE VIDEOGRAPHER:  Yeah.
5    MS. YANAROS:  Oh, perfect.  Got it.
6  Okay.  Thank you.
7    THE WITNESS:  Can you make this
8  bigger so I can see it?
9    MR. WEBB:  She Caleb's controlling
10  the screen.  You need to ask him to make it bigger.
11    **Q.   Okay.  So this was, this 6.B was what was**
12  **pulled out at my client's deposition, and then this**
13  **is -- I don't know, is this document -- okay.**
14    **Okay.  So the 1091's dash -- when**
15  **you're talking about 1091's dashboard is still down,**
16  **had you -- had you looked at 1091's dashboard**
17  **before, Mr. Kennedy?**
18    A.   From time to time.  But many times the
19  dashboard was -- was down and I -- I'll -- I'll say
20  this in a polite way, Val.
21    Distribution companies, one always
22  has to be aware of distribution companies.  As far
23  as I'm concerned, they always take more than they
24  should and they have a variety of ways of doing it.
25    So the dashboard was down quite a

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 106

1  bit, but I -- what I wanted to point out in -- in
2  this was the fact that, number one, I addressed it
3  with Jim. I asked Jim to correct it. I pointed out
4  to Jim that it could cause an accounting nightmare.
5  And basically he said that what I had articulated
6  was correct. And then later he told me on the phone
7  that they would correct it as soon as possible.
8         The other point that I would like
9  to make for you, Val, is that as I said before, I
10  collected the money that was sent from Orchard 1091.
11  I had no authority in how a distribution company
12  collects their money or makes a payout.
13         For example, there is different
14  ancillaries that play, let's say in this case, Above
15  Majestic. So you collect from Venmo. You collect
16  from iTunes. You collect from Apple or whoever. So
17  they collect the money in the way they choose to
18  collect, and then they pay us in the way that --
19  that they choose.
20         No production company can dictate
21  to a distribution company how they're going to do
22  what they're doing. So those are the points that I
23  want to make.
24         I certainly -- I -- I think Corey
25  accused me and Roger of doing this on purpose.

Page 107

1  There was no way that we possibly could have done
2  this on purpose. It was not in our jurisdiction.
3  We didn't collect the money. We didn't put the
4  money together. It was Orchard. So there --
5  there -- you know, for him to say we did this on
6  purpose is -- is totally absurd.
7     Q.   Did -- did --
8     A.   Also I want to --
9     Q.   Sorry. Go ahead.
10     A.   Sorry.
11     Q.   Go ahead.
12     A.   Also I wanted to say that I found out
13  about this maybe -- I really don't know when I found
14  out, but I addressed it with Jim as soon as I found
15  out. And what I'd like -- so maybe I had several
16  months to address this. And Jim said, "I'll -- I'll
17  look into it, Leon." But, you know, you don't
18  always get an immediate answer from these
19  distribution companies.
20         My question is, is that I had
21  several months to try and address this. Corey has
22  now had both of these accounts for over two years.
23  Has he addressed it? Has -- has he got the
24  co-mingling stopped?
25     Q.   So we -- we never received any sort of

Page 108

1  response back from Jim Martin when we reached out to
2  him for communications. And this is --
3     A.   Uh-huh.
4     Q.   -- the first time I'm, you know, seeing
5  this as of -- like, yesterday we received it right
6  before your deposition. So --
7     A.   Uh-huh.
8     Q.   -- you know, this would have helped to
9  have had this quite a long time ago.
10         Did they already -- did -- did
11  they ever correct the distributions? Did they send
12  you a corrected distribution document?
13     A.   No. And then if you look at the date
14  here, after this, we're -- we're talking February.
15  Shortly after this, I was taken out of the picture.
16  So after that, I didn't have communications with Jim
17  about Cosmic Secret's money or about Majestic money.
18  All of that would have been with -- with Corey.
19  That's why I'm wondering if Corey was able to
20  straighten it out.
21         But you just said you reached out
22  to Jim and Jim never quite responded, which sounds
23  like a distribution company. So we're both in the
24  same boat, I believe. I reached out to him and
25  didn't get anything done on it, and it sounds like

Page 109

1  you're saying the same thing happened with you.
2     Q.   We've reached out.
3     A.   If I'm understanding.
4     Q.   Right. And we've --
5     A.   If I'm understanding you.
6     Q.   Right. And we've -- we've reached out to
7  him since, asking for communications, and he has not
8  provided us with any of those communications.
9     A.   Okay. So then you under -- you
10  understand what I went through then.
11     Q.   Sure. Sure.
12         Have you spoken with Jim Martin
13  since -- I mean, in the last couple years?
14     A.   Yes, but not about this. Because once
15  Corey took over, I stayed out of Above Majestic and
16  Cosmic Secret. So my next subsequent conversations
17  with Jim were about The Observers, which is another
18  project that we did with him.
19     Q.   Are you still on good terms with Jim
20  Martin? Would you be able to ask him to respond to
21  my requests? We -- we haven't heard anything back
22  from him at all. In fact, we heard back from --
23         MR. WEBB:  Counsel --
24     Q.   -- counsel that said -- you know, was
25  pretty evasive?

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 110

1    MR. WEBB: Yeah, Counsel, this is
2  Lenden Webb. I think you're asking my client to
3  reach out or communicate to someone for you, and
4  that's just not proper.
5        You can have your client reach out
6  to him, but I'm -- I'm not going to start engaging
7  my client acting on your behalf or at your
8  direction, other than to answer your questions, so.
9        MS. YANAROS: Sure. So we --
10    A.   Can I respond, please?
11    Q.   So --
12    A.   I'd -- I'd -- I'd like to respond to
13  that, though, Val.
14    Q.   Sure.
15    A.   As a -- as a gesture of good faith, I
16  will reach out to Jim and ask him about this.
17  Because I will tell him, I'll remind him, hey, Jim,
18  I asked you about this almost two years ago and
19  didn't get an answer. And now I'm hearing from
20  Corey's attorney that they asked you about the same
21  thing.
22        Now, Val, I think what's probably
23  going to have to happen is they're probably going to
24  have to be audited. That's what I think is going to
25  have to happen. But I will reach out to him.

Page 111

1    Q.   Thank you. Thank you.
2        Okay. There was one other
3  document, 8550. Let me see.
4        MS. YANAROS: Caleb, is there any way
5  I can scroll up, or is that --
6        THE VIDEOGRAPHER: We -- yeah. Would
7  you like me to take us to that page?
8        MS. YANAROS: Oh, yes, please. I
9  think it lets me do some stuff, but it doesn't let
10  me do other thing.
11        THE VIDEOGRAPHER: Yeah, as long as
12  it's okay if I, in searching for that page, briefly
13  show other documents --
14        MS. YANAROS: Yeah.
15        THE VIDEOGRAPHER: -- as we're
16  scrolling through it.
17        MS. YANAROS: So let's go ahead and
18  make that -- and, Ms. Stellor, I'll -- I'll be
19  keeping track of -- of the exhibits and I'll -- I'll
20  send them to you. I can't promise you tonight. I
21  promised the court reporter yesterday, and stuff
22  happens. So they'll be there in the next couple
23  days.
24        So this will be Plaintiff
25  Exhibit 24, I believe.

Page 112

1        (Exhibit No. 24 was marked.)
2        THE VIDEOGRAPHER: Did you say it was
3  okay for me to scroll past other pages, or.
4        MS. YANAROS: Yes. That's fine.
5        THE VIDEOGRAPHER: Okay. Was that
6  8550?
7        MS. YANAROS: Yes, please.
8        THE VIDEOGRAPHER: All right. There
9  we go.
10        MS. YANAROS: Oh, was that redacted?
11        MS. LAVETTE: Does it have numbers on
12  them?
13    Q.   Mr. Kennedy, is this the other document
14  that you were referring to?
15    A.   I -- I have to go and look over here
16  because I -- yeah, that's the same thing. That's
17  just the lead-in to what we just read.
18    Q.   Oh, I see. So that's like the cover
19  page, or something like that?
20    A.   Yes. I -- I call it my preamble, so that
21  people understand what I'm sending.
22    Q.   Got you. Okay. Was that -- was that
23  document faxed then, or?
24    A.   It -- it went --
25        MS. LaVETTE: It was sent as a

Page 113

1  letter.
2    A.   To my knowledge, it was sent the same way
3  they -- they sent everything else.
4    Q.   Oh, it was sent as a letter?
5        MS. LaVETTE: That goes with the
6  letter you just read.
7    A.   It -- it goes with what we just read,
8  Val.
9    Q.   Okay. So was that like a cover sheet and
10  that -- that -- like, the actual document?
11    A.   Yes.
12    Q.   Okay.
13    A.   Yeah. I -- I call it a -- a preamble.
14  What I did was with most of what I sent over, I
15  talked about what was concerning so that people
16  would -- would understand.
17    Q.   Okay.
18    A.   It was just the pre-attachment.
19    Q.   Okay. Okay. Got to make sure I got the
20  right -- okay. Okay. All right. Thank you.
21        MS. YANAROS: Thank you, Caleb. I
22  can -- you can take this down now.
23    Q.   All right. So that -- that takes us up
24  to 2019, I believe, the end of 2019, where upon
25  delivery you were supposed to receive the second

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 114

1  $100,000.  They didn't want to give it to you.  You
2  made them give it to you.  Does that sound about
3  right, end of 2019?
4      A.   Yes.
5      Q.   Okay.  So after all of that was -- was
6  finalized, what were the other projects that you
7  were working on with them, with -- with Mr. Goode?
8  Or was that -- was that --
9      A.   Well, the big one -- no, the -- big
10  one -- so Cosmic Secret is -- is -- was already out.
11  So the big one was the 20 and Back.  And as I
12  explained, I had reached out to major people, and
13  Netflix was very, very interested.  They wanted
14  other elements.  And the other elements were a top
15  director or a top writer.  That's why I approached
16  Fuqua, and that's why I approached Jim Hart.
17      Q.   Okay.  Okay.  Okay.  And so did
18  anything -- and -- and that's when Mr. Hart said I'm
19  not going to wait for four months, and -- and
20  said we're not going to -- we're not going to move
21  forward with the deal?
22      A.   Correct.
23      Q.   Okay.
24      A.   Which was heartbreaking to me because
25  I -- I think that would -- and I won't even think.

Page 115

1  I know that with Jim Hart's involvement, we would
2  have had a deal with -- with Netflix, and a major
3  motion picture could have been done with sequels and
4  merchandising and -- and everything else.  It's --
5  it's absolutely heartbreaking that we were that
6  close and -- and then -- you know, everything went
7  straight to hell.
8      Q.   Okay.  Okay.  So then -- so you -- you
9  said everything went straight to hell.  Is that
10  where every -- the -- the -- the wheels come -- came
11  off and nobody was talking anymore?
12      A.   That is correct.  And even in the way you
13  put that, no one was talking anymore.  In Corey's
14  deposition, he said that when he was -- when he
15  initially put out the lawsuit, that he was willing
16  to sit down and talk with us.  And what I'm saying
17  here on the record, Val, is that is not true.
18          We had -- and his name came up
19  yesterday.  We had John DeSouza approach Corey.  The
20  reason we had John approach Corey because John is
21  also in the metaphysical community, and he's well
22  respected in the community, and he Corey, he knew
23  Roger, myself, Adrienne.
24          So we asked him to approach Corey
25  and basically say, Corey, what is it that you want?

Page 116

1  With Adrienne, what is it that you want?  With Leon,
2  what is it that you want?  With Roger, what is it
3  that you want?
4          Now, when John came back to us, he
5  basically said Corey wants to destroy you.  He wants
6  to absolutely ruin you and bankrupt you and take
7  everything that you have.  And it's -- I can't do
8  anything else in negotiations, and it's my opinion
9  you need to get a good litigation lawyer.  And
10  that's when we reached out and got Mr. Webb's team.
11          So there was never any overture to
12  sit down and -- and talk and work things out.
13  That's number one.
14          Number two, even in my public
15  statements, I said to Corey, if you're the defender
16  of the light, then why can't we sit down as men,
17  even with the camera on, and go over each
18  application and work this out?  I said that
19  publicly.  He has never responded to me.
20          And I'm still willing to do that.
21  And I'm also willing to take a -- a lie detector
22  test because this whole thing has been just a com --
23  such a waste of time and such a waste of money, when
24  everybody should be moving ahead, trying to do some
25  positive things.

Page 117

1      Q.   Mr. Kennedy, are you telling me that --
2  that Mr. DeSouza did not give you a settlement offer
3  from Mr. Goode?
4      A.   No.  No.  We got a settlement from you a
5  couple months ago, but I -- I -- no settlement offer
6  from -- from John DeSouza, no.
7      Q.   And his words were that Mr. Goode wanted
8  to destroy you?
9      A.   That is correct.
10          And then, you know, a -- a lot of
11  things happened since then as far as smear campaigns
12  and various other things.  And I'm speaking for
13  myself.  I've always been willing to sit down and
14  talk.  I'd rather do something positive than to try
15  and destroy somebody.
16          But I also will say that in my
17  spiritual walk, I'm not a turn-the-other-cheek
18  person.  I'm -- I'm more Old Testament.  Eye for an
19  eye, tooth for a tooth.  So if you're trying to
20  destroy me for nothing and take away everything that
21  I've ever worked for -- and I've worked hard since I
22  was 12 years old -- then I will also destroy you.
23  That's the way that I have to look and respond to
24  things.  But I'd rather work things out.
25      Q.   So the first time you received a

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 118

1 settlement offer from Mr. Goode through anybody of
2 your intermediaries was only a few months ago?
3     A.   From you, yes.
4     Q.   So it would probably surprise you that --
5 that a few different settlement offers have been
6 tried to be sent your way?
7     A.   Well, I -- I would be very, very
8 surprised.  And -- and I am open to them because, as
9 I said, I think it's a waste of time that could be
10 better spent on everybody's part.  And I don't
11 really like destroying people, Val, but I will if I
12 have to.
13     Q.   Okay.  That actually brings me to a
14 good -- let me go through some other stuff first.
15          It's a shame that that's what
16 you -- you heard from Mr. DeSouza.
17          Okay.  I want to pull up, it's
18 Exhibit No. 11 from yesterday.
19          MS. YANAROS:  I'll go ahead and --
20 because I know, Ms. Stellor, I did not share them
21 with you.  I should have just sent over, we're only
22 going to reuse Exhibit 11.  It's the initial
23 disclosures.
24          What would be -- oh, wait.  No, I
25 need to send it to Mr. Guice, right?

Page 119

1          THE VIDEOGRAPHER:  Correct.
2          MS. YANAROS:  Okay.  Sorry.  And am
3 I -- am I saying that right, Guise?
4          THE VIDEOGRAPHER:  It's guise.
5          MS. YANAROS:  Guise.  Sorry.  I've
6 got a -- a weird last name too.  No one can ever say
7 it.
8          THE VIDEOGRAPHER:  You're going good.
9          MS. YANAROS:  Okay.  I'll send you
10 the Exhibit No. 11.
11          THE VIDEOGRAPHER:  Okay.  Are you
12 going to put it in that Dropbox?
13          MS. YANAROS:  Oh, I can do that.  Oh,
14 can I -- yeah.
15          THE VIDEOGRAPHER:  Yeah, you can do
16 it either way.
17          MS. YANAROS:  Okay.  All right.
18 Okay.  I just sent it over.
19          THE VIDEOGRAPHER:  The PEX11?
20          MS. YANAROS:  Yes.
21          THE VIDEOGRAPHER:  All right.  Give
22 me one moment while I download it.
23          MS. YANAROS:  Okay.
24          THE VIDEOGRAPHER:  And is there a
25 specific page you'd like me to go ahead and open up

Page 120

1 to, or.
2          MS. YANAROS:  Yes, please.  We're
3 going to go to No. 2, page No. 2.
4          THE VIDEOGRAPHER:  All right.  I'll
5 share my screen.  Just give me one moment.
6          MS. YANAROS:  Actually, we can go to
7 3.
8     Q.   Okay.  Mr. Kennedy, we're looking at what
9 I've marked as Plaintiffs' Exhibit No. 11, and this
10 is -- when we were talking about written discovery
11 earlier, this is what's called initial disclosures.
12 Both parties have to send them over at the beginning
13 of the lawsuit.
14          And there were quite a few people
15 that were listed with people that have information
16 on your all's initial disclosures, so I'm just going
17 to go -- go through.
18     A.   Val, can you -- can you talk into the
19 mike a little more, please?
20     Q.   Sure.
21     A.   It's coming through muddled.
22     Q.   Yes.  Sorry.  Is this better?
23     A.   Much better.  Thank you.
24     Q.   Okay.  Perfect.  Okay.  We've already
25 spoken with most of these people.

Page 121

1          So Elizabeth Wilcock, do you know
2 who that is?
3     A.   I do, yes.
4     Q.   And when was the last time you spoke with
5 her?
6     A.   Quite some time ago.  I'd -- I'd say
7 probably two years ago.  By the way, I married David
8 and Beth.
9     Q.   And you know they're no longer together?
10     A.   I did hear that.
11     Q.   Okay.  So you have not spoken with
12 Ms. Wilcock, I think that's still her last name now,
13 since the institution of this lawsuit?
14     A.   That is correct.
15     Q.   Do you know who Kalyn McDonald is?
16     A.   I do.
17     Q.   And when was the last time you spoke with
18 her?
19     A.   I haven't talked to her in some time.
20     Q.   Okay.  So not since the institution of
21 this lawsuit?
22     A.   Pardon me?
23     Q.   Not since the beginning of this lawsuit?
24     A.   You know, I may have talked to her
25 because the lawsuit now has drug on almost two

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 122

1 years. I may have spoken to her within the two-year
2 time period, but it was just to -- well, let me just
3 think. The last time she was working with the
4 group. I'm -- I'm just trying to think what the
5 project was.
6         I think she did some marketing on
7 A Thousand Pieces, which is a -- a documentary that
8 our team had done. And we're talking, Val, now over
9 a year and a half ago.
10     Q.   Okay.  Okay.  Thank you.
11         Lydia Escobar, do you know who
12 that is?
13     A.   I -- I know Lydia, yes.
14     Q.   Okay.  And when was the last time you
15 spoke with her?
16     A.   That too has been at least two years.
17     Q.   Okay.
18         MS. YANAROS:  Mr. Guise, can we go
19 down to the next page, please.
20     Q.   Do you know Anela Izadi?
21     A.   No, I don't know who that is.
22     Q.   Okay.  Rene Armenta?
23     A.   I know Rene, yes.
24     Q.   Okay.  And when was the last time you
25 spoke with him?

Page 123

1     A.   Rene actually did the music for the
2 documentary The Observers. That documentary was
3 done 2021, so I was in contact with him during that
4 time.
5     Q.   Okay.  And have you spoken with him about
6 anything concerning this lawsuit?
7     A.   I have not.
8     Q.   Okay.  Okay.  Do you know who Brandon
9 Graham is?
10    A.   Who?
11    Q.   Brandon Graham?
12    A.   Yes, I know Brandon quite well.
13    Q.   Okay.  And have you -- when was the last time
14 you spoke with him?
15    A.   I spoke to Brandon immediately after
16 Corey's deposition, when Corey said that people
17 complained that they didn't get paid on time.
18 Brandon was one of the people that I said to you
19 earlier that I called, saying, "Brandon, Corey
20 and -- basically had stated that" -- and I didn't
21 tell him it was in a deposition. But I -- I
22 basically had said that, "Corey had made overtures
23 that people didn't get paid. Did you make any
24 complaints that you didn't get paid?"
25         "No, Leon, we got paid every

Page 124

1 month. No, Leon, we got everything at the end of
2 the year. No, Leon, everything was perfect." So
3 that was the reason for my calls to Brandon.
4         He also answered for Dave Everhart
5 because they're -- they're basically partners.
6     Q.   Okay.  But nothing else concerning the --
7 this lawsuit?
8     A.   No.
9     Q.   Okay.
10        MS. YANAROS:  Can we scroll to the
11 next page, please, Mr. Guise.
12    Q.   Okay.  So Dave Everhart and Brandon
13 Graham are -- are both partners?
14    A.   They're partners.
15    Q.   Okay.  Any -- you haven't spoken with
16 Mr. Everhart about anything concerning this lawsuit?
17    A.   No, Val, I haven't.
18    Q.   Okay.  We already talked about Jim
19 Martin.  And you haven't talked with him anything
20 about this lawsuit, correct?
21    A.   No.
22    Q.   Okay.  Do you know who Jay Weidner is?
23    A.   I know who Jay is, yes.
24    Q.   Okay.  And when was the last time you
25 spoke with him?

Page 125

1     A.   Quite some time ago.
2     Q.   Okay.  Have you talked to him at all
3 about this lawsuit?
4     A.   No.  I -- I know he's involved in -- in
5 his own lawsuit with Corey.
6     Q.   Okay.  Do you know who Laura Borgatta is?
7     A.   I don't know her.
8     Q.   Okay.  And I assume you don't know Sara
9 Borgatta either?
10    A.   No.  I -- I heard Adrienne mention
11 yesterday that they were twins, but I do not know
12 them.
13    Q.   Okay.  Rob Counts, do you know who that
14 is?
15    A.   I don't know Rob, I don't think.
16    Q.   Okay.
17        MS. YANAROS:  Can we scroll to the
18 next page, please, Caleb, Mr. Guise.
19    Q.   Okay.  Ben Chasteen, do you know who that
20 is?
21    A.   Is that Rob and Ben that -- that have
22 One-Hit Wonder?
23    Q.   I believe so, yes.
24    A.   Okay.  Then yes, I do know him.
25    Q.   Okay.  When was the last time you spoke

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 126

1  with him?

2      A.   Let's see.  I think -- I'm -- I'm just
3  trying to get it straight in my mind, Val, which one
4  is which.

5              I ran into him at -- no, it was
6  Rob that I ran into at Conscious Live Expo.  I
7  haven't seen Ben in probably a year, year and a
8  half.

9      Q.   Okay.  But you haven't spoken with him
10  about this lawsuit at all?

11      A.   No, I have not.

12      Q.   Okay.  Jimmy Church, do you know who that
13  is?

14      A.   Jimmy, I know quite well.  He's -- he's a
15  good friend.

16      Q.   Okay.  And when was the last time you
17  spoke with him?

18      A.   About two weeks ago.

19      Q.   Okay.  Have you spoken about this lawsuit
20  with him at all?

21      A.   I spoke with Jimmy and his wife, Rita,
22  when the lawsuit first came out.  Now, let me just
23  take a moment with this, if I could.

24              When the lawsuit first came out, a
25  lot of people started calling me with grievances

Page 127

1  that they had with Corey.  Rita was one of them, and
2  she tearfully went -- she spent over an hour talking
3  to me, basically stating that she helped Jimmy with
4  the radio show.  And she was saying that they were
5  going to have a guest, I think it was Jason Rice.
6  Don't quote me on that because I'm not really sure.
7  But they were having a guest come on the show that
8  Corey did not want to come on.  He looked at this
9  person as a larper.

10              And this is a live show.  So
11  according to what Jimmy and Rita explained to me,
12  you know, how can we get a cease and desist and not
13  have a guest right before airtime?  So they -- they
14  brought the person on.  Corey didn't like it.  And
15  according to Rita, Corey stalked them, tried to
16  totally destroy their organization, and sent them
17  through a lot of emotional grief, to the point where
18  Rita physically got sick.

19              And Jimmy certainly didn't
20  appreciate it, and he said to me, "Hey, Leon, I gave
21  Corey an eff'ing platform, and he's going to do this
22  to me and my wife?  And we -- we have no love for
23  him at all.  We don't appreciate what he did, and
24  we're willing to testify to the fact."

25              So, yes, I -- I did have a long

Page 128

1  involved conversation.  But that was, as I said,
2  about a year and a half ago.

3      Q.   Okay.

4      A.   Whenever the lawsuit first came up.

5      Q.   Did Mr. Church give you any specifics as
6  to how Mr. Goode tried to destroy them?

7      A.   Yeah.  They -- they talked about that he
8  stalked them, that he -- they had an organization
9  that he literally went out of his way to infiltrate
10  and -- and destroy.  Like I said, it was over an
11  hour conversation.

12      Q.   Was it like with a cyber attack or
13  something to that nature?

14      A.   I could not give you that specific, Val.
15  I -- I just know that they were both very, very
16  upset.  And as I said, she was crying as she told me
17  her version of what had happened.

18      Q.   Okay.  But they didn't give any details
19  as to what specifically happened?

20      A.   Well, the details about stalking, and
21  they -- they did mention that.  They did mention
22  that he destroyed this organization and it cost
23  them.  They -- they did say that.

24              Now, as far as other specifics
25  more than that, I'm sure they said things because it

Page 129

1  was over an hour conversation.  But everything else
2  that they said, I can't remember well enough to
3  truthfully articulate to you this afternoon.

4      Q.   Sure.  Understood.

5              What -- when he stalked them, did
6  he show up at their house, or what did -- what did
7  they mean by stalk?

8      A.   Well, from what I've been told by other
9  people, you know, Corey has other legions to do
10  his -- his dirty work.  He usually is -- is the one
11  that just puts out the command.

12              And that's why I said to you
13  earlier, Val, there are two sides to this Corey
14  Goode.  One side is a very loveable, likeable
15  person.  But there's also -- and I talked about it
16  in my public statement.  There's also a very dark
17  side that is totally into destroying people.  He's
18  very, very vindictive, and he'll do anything
19  necessary to take a person down if he thinks that
20  that person came against him.

21              And I could go line after line
22  after line.  I -- I could start with Gaia.  Gaia has
23  had hundreds of people work for them.  Other people
24  haven't sued them.  They took an unknown that could
25  have had a laughable story, built him into a star,

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 130

1  and he turns around and sues them.
2          He gave Corey -- not -- not Corey,
3  David Wilcock and Emery Smith a cease and desist,
4  where they couldn't supposedly even do their own TV
5  show after Corey had left the show.  If I go into
6  Conscious Life Expo or Contact in the Desert, it has
7  been brought out that Corey was intoxicated, did a
8  lackluster job.
9          But instead of taking
10  responsibility for that, what did he do?  He had his
11  legions ticket those conferences.  And, by the way,
12  I was there, tried to talk David Wilcock out of
13  doing concerts like that.  In other words, if
14  they're not going to have me, David, they
15  blackballed me, so you shouldn't do it either.
16          I can go on and on and on with
17  people that Corey has come against and then tried to
18  destroy.  And that's why when he said that I have
19  caused him damages in the statements that I made,
20  and that he wants to sue me for damages, I would say
21  on the record, Corey should sue himself because he's
22  the one that has fallen out with major players in --
23  in this community.  I mean, major players like
24  Bill Ryan, Kerry Cassidy, Dark Journalist, Tony
25  Rodriguez, James Ring.  I could go on and on and on.

Page 131

1  Linda Moulton Howe, George Norris.
2          Can everybody be wrong and Corey
3  always be a victim?  I don't think so.  So that's
4  what I mean by he gets other people, Corey does,
5  to -- to do his dirty work.
6      Q.   Okay.  I think there was something that
7  you produced last night that showed that -- that the
8  cease and desist with David and Emery, that that was
9  something that was actually -- you know, that
10  they -- they knew about beforehand.  Do you recall
11  producing that?
12      A.   Well, the -- yeah.  Let me just see,
13  because there's two of them.  One was --
14      Q.   Wait.  Hold on.  Are you --
15      A.   -- addressing --
16      Q.   Are you -- are you looking at a document?
17  If so, we need to pull up the -- we need it pull it
18  up on screen.
19      A.   Okay.
20          MR. WEBB:  And it's on the -- on the
21  bottom.
22          THE WITNESS:  Where's -- where's the
23  document number?
24          MR. WEBB:  Right here.
25      A.   Okay.  This says Youngblood 8492, 8493.

Page 132

1      Q.   Okay.
2      A.   Are you waiting on me, or are you pulling
3  it up?
4      Q.   I've got it up on my screen.  I just
5  don't think we have -- oh, we do.  Never mind.
6  Okay.  We have it up on the screen, screen.
7      A.   Okay.  So this is the one you want me to
8  address?
9      Q.   Sure.  So you had mentioned that -- that
10  David and Em -- and -- and David and Emery got cease and
11  desists, and this was produced to us yesterday.
12      A.   Yes.
13      Q.   Did you know that -- that -- I mean, it I
14  guess this shows you were aware that David knew that
15  he was going to get a cease and desist?
16      A.   Well, the reason that I brought this
17  about, Val, was to show some intrigue here.  And the
18  intrigue here is, "It would be better if -- if you
19  let Beth think that all this is real."  And then,
20  "I did drop the ball in not fully giving you the
21  plan behind my legal action with Gaia.  I had to be
22  very careful back then because you would tend to say
23  too much to play both sides a little in situations
24  with Gaia in the past.  This was important for you
25  to accidentally telegraph my intentions to Kirsten."

Page 133

1          Now, Kirsten is one of the top
2  people in -- at Gaia.  So I am reading this to you
3  from -- from this e-mail that was sent over to -- to
4  me, that say says "David's eyes only.  Need to chat
5  about this."
6      Q.   Okay.  So -- and -- and how did you get
7  this e-mail?
8      A.   I'm not sure.  I guess it was sent over
9  to me by -- by David to take a look at.
10      Q.   Okay.  So -- so David knew that he was
11  going to get the cease and desist, though.  So that
12  wasn't something --
13          MR. WEBB:  Objection.
14      Q.   That wasn't Corey, you know, taking a
15  shot at him, right?
16          MR. WEBB:  Objection.  Vague.
17  Foundation.  Speculation.
18      A.   Okay.  Well, in trying to answer that,
19  Val, it went back and forth between the two of them.
20  I -- I think that at -- at one point David was
21  offended, thinking that this was real because Corey
22  sort of addresses it, either in this e-mail or
23  another one, saying, well, I -- I would think my
24  best friend would know that I wasn't really going to
25  do it.  So that means that David didn't know.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 134

1   As I said, there was intrigue that
2   went back and forth between the two of them quite a
3   bit.
4       Q.   Okay.
5       A.   But my -- my main reason for sending this
6   was to show the manipulation of Corey.  In other
7   words, right here he's manipulating what he's going
8   to do with Gaia.  He's manipulating what he's going
9   to do with Kirsten.  And this is part of Corey's MO.
10  He's always manipulating, dominating, and trying to
11  control people or the situation.  That's the dark
12  side of a Mr. Corey Goode.
13      Q.   Okay.  Okay.  I want to go back through
14  some of the people that were listed in the -- in the
15  disclosures.
16          Laura Eisenhower, do you recall
17  who that is?
18      A.   Yes, I know Laura.
19      Q.   Okay.  And when was the last time you
20  spoke with her?
21      A.   I haven't spoken with Laura since she did
22  her statement against Corey, when that round of
23  statements came out.
24      Q.   Okay.  And when -- when you spoke with
25  her then, how long of a conversation was it?

Page 135

1       A.   Very quick.
2       Q.   Okay.  Were you guys just discussing that
3   you were both putting out a statement, or was there
4   more to it than that?
5       A.   It was basically, yes, we both came out
6   with a statement.  We hoped that Corey -- you know,
7   let me -- let me answer it this way.
8          Nobody really wants to just
9   destroy this man.  We would like to see him take
10  responsibility for the things that he has done that
11  are not right and try not to do them anymore and
12  change a little bit and become the person that he
13  says he is.
14          You know, when he talks about the
15  Law of One and -- and so on and so forth and then he
16  does things that are the complete antithesis to the
17  order Law of One.  People would rather help them
18  than destroy him, if he would let people help him.
19          I did a whole intervention for
20  Corey when this whole doxing scandal came up.  I
21  didn't have to, Val.  But the reason I did the
22  intervention, it was with Stacey too, to tell him
23  that this whole doxing thing -- and -- and let me
24  say this, Val.
25          I'm not really a social media

Page 136

1   person.  So I'm -- I'm not on -- on Facebook and I'm
2   not posting and I don't do Twitter, and so on and
3   forth.  I do have all that, but my staff does it.  I
4   don't do it.  But my point is, I'm not looking at
5   all the monitoring and all the stuff that's going on
6   on social media.
7          But when I keep getting -- this
8   was when I was working with Corey.  When I keep
9   getting all this feedback about this doxing scandal
10  and how many people are coming against him and so on
11  and so forth, I'm saying to him in the intervention,
12  this is very serious.  You've got a whole community
13  coming against you.  Can you stop?  Will you stay
14  off of social media for a while?  Will you quit
15  addressing every single person that comes against
16  you?  You're a star.  There's always going to be
17  people that come against you.  Rise above it.
18          Do you know how many people come
19  against a Prince or a Jay-Z or the Kardashians?
20  Just the other day Kim Kardashian was at the Dodgers
21  game.  They did a big thing on her, putting her on
22  the monitor.  She blew a kiss, and the whole stadium
23  booed her.
24          MR. WEBB:  At the Rams game too.
25          THE WITNESS:  Oh, okay.

Page 137

1       A.   So -- so my point is that when you are a
2   star, you have to be thick skinned.
3          So in the intervention, I was
4   explaining to him you've got to rise above these
5   things.  I want you to do a public letter of
6   apology, and let's move on.
7          Because, Val, I was also saying to
8   them that if this gets out of hand and the Hollywood
9   community gets ahold of all of this, it's going to
10  ruin the big picture.  And I was always, Val, after
11  the big picture.  I was always after the 20 and Back
12  television series, the 20 and Back movie.  Do you
13  know how big Corey would be right now if we could
14  have pulled that off?  You know, he -- he would have
15  been his own action hero, a live one, you know,
16  instead of someone portraying that man.
17          It was a very big project.  That's
18  what I was trying to do.  And all -- all this petty
19  didn't matter.  And even the feud that he was going
20  through with -- with Roger.  You know, when you
21  start making millions and millions of dollars, you
22  can become friends again.  You know, money cures a
23  lot of things.  Success cures a lot of things.
24  That's what I was trying to do, and that was the
25  reason for the intervention.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 138

1    And then I also said to him -- and
2  this is very important for me to make this
3  statement.  I said to him, "If we get you through
4  this, this doxing scandal, then how are you going to
5  behave in the future?"
6    And the reason I said that, Val,
7  is because I said, "When Michael Jackson had the
8  first scandal with kids, he got through it, but he
9  didn't change.  And then there was another scandal,
10  and the second scandal brought him down.
11    And the problem with a lot of
12  people that become big is when they get away with
13  something, they think that they can get away with
14  more and more and more, and they can't.  And that's
15  a little lesson that I was trying to show Corey.
16  Let's change.  Let's get on a better path than this.
17    Anyway, I'm -- I'm sorry for --
18  for diverting, but I -- I thought that that was
19  important as far as answering your question.
20    Q.   Thank you.
21         David Icke, do you know who that
22  is?
23    A.   I know a David Icke.  I have never met
24  him, nor have I ever had any correspondence with
25  him.

Page 139

1    Q.   Okay.  Same with Jamie Icke?
2    A.   Just from talking to Adrienne, I know
3  that that's the son.  But once again, no interaction
4  from -- from me.
5    Q.   Okay.  Robert David Steele?
6    A.   Robert was involved in a project that we
7  did, A Thousand Pieces.
8    Q.   Uh-huh.
9    A.   I was not really part of that project as
10  far as the production and so on, so forth, so I
11  never met Roger.
12    Q.   Okay.  Erica Broniec, do you know who
13  that is?
14    A.   I do not.
15    Q.   Okay.  Jirka Rysavy?
16    A.   Jirka.  I -- I believe he's the owner of
17  Gaia.
18    Q.   Yes.  Have you spoken with him lately?
19    A.   I -- I have not.
20    Q.   Do you have another document that we need
21  to look at?
22         MR. WEBB:  No. 11.
23    A.   They gave me the one that you -- you have
24  the names on.
25    Q.   Oh, got you.  Oh, okay.  That's fine.

Page 140

1  That's fine.
2    Q.   Okay.  So Jirka Rysavy, you know
3  who is that.  You haven't spoken with him lately?
4    A.   I've -- I've never had conversations with
5  Jirka.
6    Q.   Okay.  What about Kirsten Medvedich?
7    A.   Kirsten I know.  I've had conversations
8  with her in the past, just cordial conversations.
9  Nothing about the lawsuit.
10    Q.   Okay.  Richard Soto, do you know that
11  is?
12    A.   I do not.
13    Q.   Okay.  Mike Liesner?
14    A.   I don't know him.
15    Q.   Okay.  Chris Essa?
16    A.   One second, please.  Is Chris Essa, Chris
17  Issa?
18    Q.   Is that -- I -- I don't know.  I just
19  took it from the disclosures.
20    A.   Okay.  If it's Chris Issa, with an
21  I-s-s-a --
22    Q.   Uh-huh.
23    A.   -- I do know Chris Issa.
24    Q.   Okay.  And who is he?
25    A.   Chris is the person that does Crowd Cast

Page 141

1  and various other events.  He's a very talented
2  person.
3    Q.   Have you spoken with him -- with him
4  recently?
5    A.   I spoke to Chris about a week ago, but I
6  have -- I have not discussed this lawsuit with him.
7    Q.   Okay.  What about Ken Alliance, do you
8  know who that is?
9    A.   I do not.
10    Q.   So probably not Bryn Alliance either?
11    A.   No.
12    Q.   Okay and Nasreen Sheikh?
13    A.   I do not know them.
14    Q.   Okay.  That's Roger Richards' wife.
15    A.   It's who?
16    Q.   Roger Richards'.
17    A.   Oh, Nasreen.  I'm -- I'm sorry.  I do
18  know her.
19    Q.   Okay.
20    A.   I -- I know her quite well.  I -- I -- I
21  didn't recognize the name the way it was.  Yes, I
22  know Nasreen.
23    Q.   Okay.  Have you spoken with her lately?
24    A.   I haven't spoken to Nasreen in -- in a
25  couple months, but I've never discussed the lawsuit

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 142

1  with Nasreen.
2      Q.   Okay.  What about Gary Bean, do you know
3  who that is?
4      A.   I do not.
5      Q.   Kerry Cassidy, do you know who that is?
6      A.   I know the name.  I don't think I know
7  her, but I do know the name.
8      Q.   Okay.  And then Emery Smith, have you
9  spoken with him recently?
10     A.   I know Emery.  Yeah, I -- I know Emery
11  quite well.
12     Q.   Okay.  Have you spoken with him recently?
13     A.   No.  Emery sort of has dropped out.  I
14  haven't spoken to Emery probably in a year and a
15  half.
16     Q.   Okay.  Okay.
17     A.   Oh, but here's an interesting story for
18  you.
19          I'm at I guess one of them,
20  Conscious Life Expo.  Now, Emery and I were close.
21  You know, we've had meals together.  We've hung out
22  together.  And I was also close to Jimmy Church.
23  I'm close to Jimmy again now, but I'm just telling
24  you about this incident that happened a year and a
25  half ago.

Page 143

1          So I'm at Conscious Life Expo.
2  Jimmy and Emery are standing there talking in the
3  hallway.  I come up, the way I normally am with him,
4  "Hey, guys, how you doing?"  And it was a very cold
5  shoulder, Val, from Jimmy and from Emery.  And I
6  said, "And, Emery, you don't even return my phone
7  calls anymore."  And I said it in sort of a laughing
8  way.
9          And he said, "And no.  And no, I
10  won't, Leon, and I won't have anything to do with
11  you while you're with Corey Goode."  That's what
12  they both said to me.
13     Q.   Was this in -- at CLE of this year?
14     A.   No.  No.  This was a good two years ago
15  while -- when I was still with Corey.
16     Q.   Oh, okay.  I see.  Okay.  I think this is
17  the last one on the list.
18          THE WITNESS:  Can you take
19  this letter -- who do I ask?
20          MR. WEBB:  Just ask.
21          THE WITNESS:  Whoever's in charge of
22  the letter, because it's on my monitor, can you take
23  it down since we're finished with it?
24          THE VIDEOGRAPHER:  Of course.
25          THE WITNESS:  Thank you.

Page 144

1      Q.   Okay.  I think I know the answer to this.
2  But Liz Lorie, you know who she is.  Have you spoken
3  with her lately?
4      A.   Yes, of course I know who Ms. Liz Lorie
5  is.
6      Q.   And you haven't spoken --
7      A.   And, no, I have not -- I have not spoken
8  to her since she turned on everyone and this lawsuit
9  happened.
10          And what I mean by turning on
11  everyone, Val, is when Corey -- first of all, I met
12  Liz when we were in Hawaii.  You know, you mentioned
13  that Hawaii conference.
14     Q.   Uh-huh.
15     A.   That's where I met Liz and Maureen met
16  Liz, and we became friendly with Liz.  She didn't
17  know Corey.  In hindsight, she was working her way
18  into Corey.
19          So then when Corey approached me
20  about Liz, he approached me with she's a lawyer
21  that's out of work.  She needs work.  She needs
22  employment.  We should put her on a retainer.
23          And I said to Corey, number one,
24  we don't have enough money to put someone on a
25  retainer.  Number two, we don't have enough legal

Page 145

1  work just to put someone on a retainer.
2          And then he said, "Well, maybe
3  David and I can share the expense of a retainer."  I
4  said, "Even sharing it with David, we don't have
5  enough money to put a lawyer on a retainer."
6          But knowing Beth the way I know
7  Beth, she's not going to let David spend money to
8  put her on retainer.  I said, "But if we do legal
9  work, if you want me to use her, we will.  We'll
10  give her first shot at what she's capable of doing."
11          So then she represented all of us
12  to put some things together.  By all of us, I mean
13  Roger Richards, Brandon Graham, Dave Everhart,
14  myself, and Corey.  But then later, going for the
15  big bucks, she just went with Corey, diverted the
16  money from the rest of us.
17          So to me it was a real conflict of
18  interest that once upon a time you represent us and
19  now you've turned against us.  That's a conflict of
20  interest.  The same as it was a conflict of interest
21  when she was negotiating with Adrienne Youngblood to
22  dissolve this DoD conference situation and at the
23  same time signing up with Corey to start their own
24  conference company.  That's a conflict of interest.
25          Then all of a sudden we look up

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 146

1  and Liz is doing conferences.  She -- she had no
2  experience, but she's doing conferences.  She's
3  doing lectures, and so on, so forth.  So she wanted
4  really to become us, but she turned on us and used
5  us to become us.
6          I think that that was very
7  unethical on Liz's part.  She became Corey's
8  bulldog, to send out all the nasty letters to
9  people, to threaten people, and so on, so forth.
10 And to me, it was just atrocious in the way she
11 acted.
12         She sent us, me, a letter about
13 diverting the funds.  I followed her instructions to
14 send to the accounting, who she wanted me to send.
15 I said that to you earlier, several hours ago, to
16 the accounting firm.  But in that same letter, Val,
17 she also promised this is only going to be while an
18 audit's being done.  Now, that was 2020.  How long
19 does it take to do an audit?  60 days?  90 days?
20         And once the audit's done
21 you'll -- you'll have com -- you'll have complete
22 transparency throughout the whole time.  And once
23 the audit's done, we'll start making disbursements.
24         Well, that was almost two years
25 ago.  We've never heard back from Liz, never heard

Page 147

1  back from Corey.  There's been no transparency,
2  certainly no disbursements.  And now we hear for the
3  rest of the team that David Wilcock got a buyout,
4  and the rest of the team still has never been
5  notified.  When are they going to get a buyout?
6  When are they going to get some money?
7          So, you know, it -- it was just
8  very unscrupulous the way Liz went about things.
9  And to me, when she came out with her own lawsuit,
10 complaining all the nice things she had done for
11 Corey.  We sent him a car.  We did this.  We did
12 that.  And she's crying on social media, almost
13 asking for donations.  You know what it was to me?
14 Instant karma because of the way she had treated
15 other people.
16     Q.   Okay.  So we -- we already talked about
17 John DeSouza.
18         Do you know who Ken Dander is?
19     A.   No, I don't.
20     Q.   Okay.  I want to touch briefly on your
21 current connection with the other individuals, the
22 other defendants.
23         What -- what is your connection
24 with Ms. Youngblood as of right now?
25     A.   Oh, we've -- we've been partners in -- in

Page 148

1  different productions and we're friends.
2      Q.   There -- there were a couple of
3  productions that you guys have worked on in the last
4  year, right?
5      A.   That is correct.
6      Q.   Okay.  One -- I forget the name of it.
7  What was the most recent one?
8      A.   Well, she -- she did Trance.  She really
9  did Trance on her own.  And then the other one was
10 The Observers.
11     Q.   Right.  The Observers, okay.
12         Are you guys on -- working on
13 anything right now?
14     A.   Not currently, no.
15     Q.   And Mr. Richards, are you pretty close
16 with him still?
17     A.   Yes.  We're -- we're still friends,
18 and -- and it's the same answer.  We worked on those
19 same projects that I just already mentioned.
20     Q.   Have you spoken to him since -- at all
21 this week?
22     A.   I have not.
23     Q.   Okay.  And do you know who Matthew
24 Mournian is?
25     A.   I do.

Page 149

1      Q.   And who is Matthew Mournian?
2      A.   Matthew was the person that approached me
3  to make the public statements.  He said that he was
4  doing a series of statements about Corey, and he
5  wanted to see if I wanted to make a statement.  And
6  I told him that -- that I would.
7      Q.   Okay.  Have you spoken with him at all
8  since these statements were put out?
9      A.   Maybe a week or two, Val, after the
10 statements went out, but I haven't spoken to him
11 since then.
12     Q.   Okay.  Has he attempted to contact you
13 since that last conversation with him?
14     A.   You said has he attempted to contact me?
15     Q.   Yes.
16     A.   No.
17     Q.   Okay.  All right.
18         MS. YANAROS:  Okay.  I'd like,
19 Mr. Guise, to pull up the document that is labeled
20 GES_RICHARDS_0000029.
21     Q.   And, Mr. Kennedy, we sent those over
22 earlier.  Your counsel should have a copy printed
23 out.
24     A.   All righty.
25         THE VIDEOGRAPHER:  I -- I think it's

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 150

1  under a different name.
2       MS. YANAROS: Oh.  Oh.  Oh, got you.
3  Yes.  Okay.
4            That would be the Bates number on
5  the bottom, but I don't know if -- if that's easily
6  locatable.  Let me just see.
7       THE WITNESS:  Do you have it, Lenden?
8       MR. WEBB:  Yeah, can you tell me, is
9  it the Bates number, is the 150 pages we gave you
10  last night, or is it a separate production?
11      MS. YANAROS:  It's a separate
12  document.  It's one of the -- one of the -- I think
13  there were seven documents I sent this morning, but
14  let me -- I -- I don't have my e-mail up because it
15  would be distracting.
16      THE WITNESS:  So it's one of their
17  documents.
18      THE VIDEOGRAPHER:  Can you give me
19  the numbers again?
20      MS. YANAROS:  Sure.  And I'll
21  actually, I'll give you the name.  Let me just sign
22  into my e-mail.  I'm -- I'm -- I'm not signed into
23  it because it would be blowing up right now.
24            Okay.  Okay.  So that would be --
25  it would be, Mr. Guise, the Western Union Global

Page 151

1  Pay.
2       THE VIDEOGRAPHER:  Okay.
3       MR. WEBB:  Bates No. 29?
4       MS. YANAROS:  Yes.
5       MR. WEBB:  Yeah.
6       THE VIDEOGRAPHER:  All right.  I'm
7  pulling that up now.  Just give me one moment.
8            All right.  It should be up.
9       MS. YANAROS:  Thank you.  I'll
10  request control.  Okay.
11  Q.  Okay.  We're going to focus on the --
12  this second-to-last and the last page.  It's a
13  forwarded message from the Orchard to
14  GoodTech@yahoo.com.  And the subject is "Western
15  Union Global Pay Payee Manager-Enrollment Approved."
16      Do you see that, Mr. Kennedy?
17  A.  Yeah, you -- you got a little muddy.
18  Would you just say that one more time for me, Val?
19  Q.  Yes.  So it's the -- the last two pages
20  ending in Bates No. 31 and 32.  It kind of -- it has
21  a screen shot that goes over it.
22       I just want to focus on where it
23  says, "Global pay.  Hello, Corey Goode.  Your
24  enrollment as a beneficiary for client Orchard
25  Enterprises New York has been approved."

Page 152

1  A.  Uh-huh.
2  Q.  Is that -- do you -- do you recognize
3  this, this document right here?
4  A.  I don't recognize it, no.
5  Q.  Okay.  If you scroll up to the page
6  ending in 30, there is a -- the forwarded message
7  from Mr. Goode to you on Wednesday, January 23rd of
8  2019.
9  A.  All right.  One second.  Let me see if I
10  can find that.
11  Q.  Okay.
12  A.  Okay.  So he's saying to me, I'm -- I'm
13  trying to see what.  What's he saying to me?  I'm --
14  I'm trying to follow it.
15  Q.  Sure.  So it says, "Account approved.
16  Finally."
17       And then it looks like he's
18  forwarding you the e-mail from the Orchard, saying
19  that the enrollment has been approved.
20  A.  Okay.  Uh-huh.
21  Q.  Do you recall seeing this e-mail?
22  A.  Okay.  Well, since it was addressed to
23  me, then I'm sure that I did see it.  You know,
24  offhand I -- I said I didn't recognize it.  But if
25  it was sent to me, then yeah.

Page 153

1            And then I -- I also see here that
2  Maureen is the one that said, "Good job, Corey.  I
3  am setting up the SBA Entertainment Wells Fargo
4  accounts for the direct deposits.  However, I am
5  pretty sure that we need the login for the Western
6  Union portion in order to facilitate the transfer
7  over."
8            So she's coordinating with Corey
9  here, yes.
10  Q.  Okay.
11  A.  And I was -- I was on this.
12  Q.  Okay.  Then we'll go back up to the
13  next -- the next message, and it looks like it's
14  from Corey back to you.  And it says, "The
15  Wells Fargo account does not need the Western Union
16  info unless you are sending money via Western Union.
17  Western Union is only being used by the Orchard to
18  get the funds to our account."
19            And that's -- and that's -- and then
20  you -- either you or Maureen responds back, "Yes.
21  Thanks.  Break a leg."
22            What I want to focus on is the --
23  the global pay payee manager.  Is that -- do you
24  recall logging into the payee manager?
25  A.  Can you speak into the mike, Val, for me?

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 154

1    Q.   Sure.
2         Do you recall logging into the
3    payee manager system at all after you got access --
4    A.   The payee who?
5    Q.   The payee managers system?
6    A.   I'm not really sure what the payee
7    management system was.  We wouldn't be paying them
8    if this was Orchard.  Orchard was sending money to
9    us.
10   Q.   Right.  And I -- and I think -- I think
11   that you were discussing this earlier when you said
12   that it would go down sometimes.  I think that this
13   is -- this is the same thing.  Does that sound
14   right?  And it -- it was supposed to show you the
15   distribution?
16   A.   Well, I don't think that this is the dash
17   that -- that you're talking about.
18   Q.   It's not.
19   A.   Yeah.
20   Q.   Okay.
21   A.   I don't really know what this is about.
22   Because, as I said, they would be sending money to
23   us, not us sending money to them.
24   Q.   Okay.
25   A.   So I -- I don't know why we would be

Page 155

1    using this Western Union global pay.
2    Q.   Okay.
3    A.   Now, also let me say this.  In looking at
4    the date, this is January 23rd, 2019.  So we're just
5    now getting set up, Val.  Remember I told you that
6    SBA Entertainment, LLC, the Delaware, was not even
7    incorporated until, I believe -- I'm talking off the
8    top of my head, but I believe it was January 18th.
9    Q.   Okay.
10   A.   2019.
11   Q.   Right.
12   A.   So this is only five days later.  I don't
13   even know if we had our Wells Fargo Bank account
14   open yet, so we're just getting started here.  So
15   I -- I'm really not putting a handle on -- on this.
16   Q.   Okay.  That's okay.  I think the next one
17   will help.  Let me find --
18   A.   Okay.
19   Q.   -- it real quick.  Okay.
20        MS. YANAROS:  It's ending in Bates
21   number -- it's our production.  Excuse me.  It's the
22   Bates number ending in 34.  And, Mr. Guise, I'll get
23   the name for you really quick.
24        Oh, I forgot to mark that as an
25   exhibit.  I'm sorry.  Ms. Stellor, do you recall --

Page 156

1    we're on PE -- PEX25, is that correct?
2         THE VIDEOGRAPHER:  So we're done with
3    this document?
4         MS. YANAROS:  Yes.  Thank you.
5         So that one -- that -- that
6    document will be PEX25.
7         (Exhibit No. 25 was marked.)
8         THE WITNESS:  Is there more coming?
9         MS. YANAROS:  And then the next one,
10   Mr. Guise, will be the one that's titled "SBA
11   Entertainment, LLC."
12        THE VIDEOGRAPHER:  All right.
13        THE VIDEOGRAPHER:  Can you give me the
14   last one that we just had?  Thank you.
15        THE VIDEOGRAPHER:  Okay.  It should
16   be up.
17        MS. YANAROS:  Okay.  Okay.
18        (Exhibit No. 26 was marked.)
19   Q.   All right.  So I'll start at the bottom
20   because it goes up the other way.
21        Okay.  So you see where it says
22   "Wells Fargo Main Business."  It says, "Jim, when we
23   spoke last week, you said that on about this date
24   you could give me the following...the exact amount
25   of how much is coming in.  I believe this is for the

Page 157

1    month of November.  A closer spread on the date that
2    the dashboard would be set up so that all of our
3    people could look at the up-to-date accounting.
4         If you could please forward this
5    info to me.  If there's anything else needed for
6    your wire transfer, please inform me.  As always,
7    appreciate you.  Leon."
8         Do you recall sending that e-mail?
9    I know it was a long time ago.
10   A.   Okay.  I'm looking at the wrong form.
11   Q.   Oh.
12        THE WITNESS:  Which -- this -- this
13   which you just gave me is not what she just read.
14   Q.   It --
15   A.   Let me just walk over to the screen here
16   and I can see it.
17   Q.   Okay.  And, Counsel, it's -
18        MR. WEBB:  Same -- same document.
19   Are you on page 2 or page 1?
20        THE WITNESS:  It says here, "Jim,
21   when we spoke last week."  And I'm trying to see the
22   date.
23        MS. YANAROS:  I was on page -- oh,
24   the -- yeah.  The date's up at the top.  Sorry.
25   A.   Okay.  Val, what was throwing me off,

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 158

1  it's on the backside of this.  So let me --
2  **Q.   Okay.**
3  A.   Okay.  What is your question, please?
4  **Q.   Yes.  So the -- the date on this is**
5  **January 14th.  And if you look on the second page**
6  **at, like, bullet No. 3, it says that, "The dashboard**
7  **would be set up so that all of our people could look**
8  **at the up-to-date accounting."**
9  A.   Yes.
10  **Q.   So is that -- was that the Orchard login**
11  **that we saw on the previous exhibit, the Exhibit**
12  **No. 25?**
13  A.   Well, when you say is it the login, I'm
14  not really sure.  But I -- I was asking for the
15  dashboard to be set up.
16  **Q.   Okay.  And did -- did Jim ever get the**
17  **dashboard set up?**
18  A.   He did.  And as I said, sometimes it
19  would be up and people could see it, and other times
20  it would be down and we would wait for weeks or
21  months before you could get an accurate accounting
22  of what was coming in.
23  **Q.   Okay.  And did everybody have access to**
24  **that dashboard?**
25  A.   Well, not everybody.  But Corey did for

Page 159

1  sure.  Roger did.  I and Maureen did.  I think that
2  was it.  Maybe Jordan.
3  **Q.   Okay.**
4  A.   Oh, David Wilcock would have -- would
5  have had access.
6  **Q.   Okay.  And then the -- the Wells Fargo**
7  **account on the first page ending in Bates No. 0034,**
8  **is that -- the SBA Entertainment, LLC, is that the**
9  **bank account that's hooked up to the Delaware**
10  **entity?**
11  A.   No.  If -- if we're talking about the
12  page, the flip page, with the account number ending
13  in 8605 --
14  **Q.   Uh-huh.**
15  A.   -- that's the Delaware --
16  **Q.   That's --**
17  A.   -- account.
18  **Q.   -- the Delaware account, okay.  And**
19  **the --**
20  A.   That -- and, Val, just for clarity.  That
21  is the official account that collected all the
22  money.
23  **Q.   Okay.**
24  A.   And when -- when -- when I sent you the
25  accounting, that all came from this account.  The

Page 160

1  Colorado account, to my knowledge, was never used.
2  **Q.   Okay.  Okay.  Thank you.**
3  MS. YANAROS:  Okay.  I'm going to
4  move now to Bates ending in 0 -- it's our -- our
5  production, Bates number ending in 0054.  And I will
6  mark that as Plaintiffs' Exhibit No. 27.
7  (Exhibit No. 27 was marked.)
8  MS. YANAROS:  And the name is,
9  Mr. Guise, "Letter to the Orchard."
10  THE VIDEOGRAPHER:  All right.  It
11  should be up now.
12  MS. YANAROS:  Okay.  I see it.
13  **Q.   Okay.  Do you have that document up,**
14  **Mr. Kennedy?  We're just going to look at it**
15  **briefly.**
16  A.   Yeah, I do have it in front of me.
17  **Q.   Okay.  And do you recognize that**
18  **document?**
19  A.   One second.
20  **Q.   Okay.**
21  A.   Yes.
22  **Q.   Okay.  And what is it?**
23  A.   You're asking me what does it mean?
24  **Q.   Yes.**
25  A.   It says it's a letter to the Orchard

Page 161

1  regarding the company name change.  Please sign.
2  And it's -- it's coming from Corey.
3  **Q.   Okay.  Okay.**
4  MS. YANAROS:  And then I'm going to
5  pull up, this will be from defendants' production,
6  and it's YOUNGBLOOD 5206.  And, Mr. Guise, that is
7  Kennedy correspondence.
8  THE VIDEOGRAPHER:  All right.
9  MS. YANAROS:  I'm going to mark this
10  as Exhibit No. 28 -- Plaintiffs' Exhibit No. 28.
11  (Exhibit No. 28 was marked.)
12  A.   And -- and, Val, can -- can I make a
13  quick statement and question regarding it?
14  **Q.   Sure.**
15  A.   One of the things that's -- that's a
16  little confusing here is that some of these
17  correspondences are not in order when it comes to
18  the date.
19  Now, for example, what I just
20  looked at was January 15th, so he's writing to
21  Orchard, saying there's going to be a name change.
22  But earlier we had looked at the January 23rd, which
23  followed up from this January 15th that we just
24  looked at.  And the January 23rd goes along with
25  this name change, saying I am setting up the SBA

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 162

1  Entertainment, LLC Wells Fargo.  So that really is
2  a -- the next step after what he sent them about the
3  name change.
4      Q.   Right.  So what --
5      A.   So everything -- so everything was in
6  order here.  He's saying to them, I'm changing the
7  name.  Then he's saying to them, I'm setting up the
8  SBA Entertainment, LLC Wells Fargo account.  And
9  then the last thing we looked at shows what the
10  Wells Fargo account was, so it's just a -- a -- a
11  correlation of things.
12      Q.   Right.  Absolutely.  Yeah.  That's what
13  we're -- that's what we're going through.
14      A.   All right.  I -- I just wanted to make
15  sure we were in sync.
16      Q.   Yes.
17          THE VIDEOGRAPHER:  I apologize,
18  Valerie, can you give me those numbers again?
19          MS. YANAROS:  Sure.  It's -- so it's
20  Client Docs 5206.  Is that it?
21              I can't see what the -- what the
22  box has in it.  I might be able to send -- is it
23  uploaded in there, Mr. Guise, or.
24          THE VIDEOGRAPHER:  I have Client Docs
25  8491 through 8645.

Page 163

1          MS. YANAROS:  Yeah.  It's a different
2  one.  Let me -- I'm -- I'm just going to try and
3  send it through the -- the chat.
4          THE VIDEOGRAPHER:  Okay.  I have
5  another document that has the numbers -- or
6  GES_RICHARDS_94.  That's not what you're looking
7  for, is it?
8          MS. YANAROS:  No.  That -- we'll --
9  we'll do that one next.  But I just tried to send
10  the doc through our direct message, but it didn't
11  work for some reason.  Let me try again.  It's not
12  sending the file.
13          THE VIDEOGRAPHER:  Will it not upload
14  to the Dropbox?
15          MS. YANAROS:  Let me see.  I did that
16  one.  Let me try again.  Okay.  It says it's
17  finished.
18          THE VIDEOGRAPHER:  Okay.  Give me one
19  moment.
20          MS. YANAROS:  Okay.
21          THE VIDEOGRAPHER:  All right.  It
22  should be up on the screen.
23          MS. YANAROS:  Okay.  Perfect.  Thank
24  you.
25      Q.   Okay.  Mr. Kennedy, does this document

Page 164

1  look -- do you recognize this document?
2          THE WITNESS:  Do I have it?  I'm --
3  I'm -- I'm sorry.
4          MR. WEBB:  He's looking for 5 --
5  5206.
6          THE WITNESS:  I don't have it.  I
7  don't have it.  One second.
8          MS. YANAROS:  Yes.
9          MR. WEBB:  Okay.  So that's an old
10  production.
11              We'll get it for you.
12          THE WITNESS:  Well, I'll just go to
13  the screen.
14          MR. WEBB:  Yeah.  We actually have a
15  hard copy right here.  Here.
16      A.   Val, give me a second to look at it,
17  please.
18      Q.   Of course.
19          (Witness peruses document.)
20      A.   Okay.  I see this.  The only thing I
21  don't see on this is the date, but I -- I understand
22  this letter and -- and, yes, it clearly came from
23  me.
24      Q.   Okay.  And I'll -- I'll represent to you,
25  if you look at the other -- at the other e-mail,

Page 165

1  it -- it looks like it's the same document that was
2  connected to that, but you can't see the file name.
3              But regardless, so can you explain
4  what this -- this document is?
5      A.   Do you have the date there?
6      Q.   I do -- let me see.  Oops.  Hold on.
7              Okay.  This should be from
8  January 15th, 2019.
9      A.   Okay.  All right.  So your question for
10  me on this is -- is what, please?
11      Q.   Can you explain what this document's
12  showing?
13      A.   Sure.  It's talking about the name
14  change.  He wanted an ex -- explanation as to why
15  there was one name on the contract, which had been
16  signed, you know, a couple months before, and now
17  another name for the bank account.
18              So I -- I go through it.  "The
19  distribution contract for the Orchard was signed by
20  SBA Media, LLC.  We've incorporated new partners
21  into a new brand identity and business entity under
22  SBA Entertainment, LLC."
23              And also I explained to you before
24  that SBA Entertainment, LLC was also set up to be a
25  neutral entity to collect the funds, and that gave

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 166

1  David some -- some type of comfort level.  And we
2  set up SBA Entertainment, LLC.
3          So then, "SBA Media, LLC will be
4  dissolved.  The company name and the bank account is
5  now officially SBA Entertainment, LLC.  Corey Goode
6  and Roger Richards will attest to this.  If there's
7  any further information required, please let us
8  know.
9          "We have sent you all of the
10  banking information regarding disbursements."
11  That's the same banking information that Corey sent
12  to him, Val, that ended in -- the Wells Fargo
13  account ending in 8605.
14          "We have sent you all the banking
15  information regarding disbursements.  In setting up
16  the Western Union royalty payment system, there was
17  confusion on which routing number to enter.  Is it
18  the wire transfer routing number or the local bank
19  routing number?  Lev, please clarify."  And then
20  respectfully, coming from me.
21          And then after that, we were in
22  business and everything ran pretty smoothly.
23      Q.   Okay.  Thank you.
24          MS. YANAROS:  The next document I
25  will want to look at is -- is GES_RICHARDS_66.  And

Page 167

1  the name of that one was, Mr. Guise -- and this will
2  be in PEX29.
3          THE VIDEOGRAPHER:  You said the
4  numbers are 66?
5          MS. YANAROS:  Yes.
6          THE VIDEOGRAPHER:  Okay.  I don't
7  believe I have that.
8          MS. YANAROS:  Okay.  Let me -- yeah,
9  for some reason those two documents were -- the
10  5206 and the 66 just did not go through.  I don't
11  know why.  Okay.
12          I think Mr. Webb was the only
13  person who got all of them.  I got bouncebacks from
14  everybody else.  Okay.  Oh, wait.  Did you guys
15  receive that, Mr. Webb?
16          MR. WEBB:  You're asking me if I
17  received what -- what you put in the chat?  Is that
18  your question?
19          MS. YANAROS:  No.  It's -- it's --
20  it's a document that -- that ended in Bates
21  number -- our production ended in Bates No. 66.
22          MR. WEBB:  Yes, we have that one.
23          MS. YANAROS:  Oh, you do have that.
24  Okay.
25          MR. WEBB:  Yeah.  Do you want -- do

Page 168

1  you want me to number that as next in order?
2          MS. YANAROS:  Yes, please.  PEX29.
3          (Exhibit No. 29 was marked.)
4          MR. WEBB:  29.  Got it.
5          Okay.  The deponent has it.
6          MS. YANAROS:  Thank you.
7          MR. WEBB:  You're welcome.  Thanks
8  for sending it early.
9          THE VIDEOGRAPHER:  All right.  It
10  should be up on the screen now.
11      Q.   Okay.  And this -- this is the only
12  e-mail, so we don't have to start from the bottom on
13  this.  But I'll -- I'll give you a second to read
14  through it.
15      A.   Okay.  So you -- you have sent me this
16  letter to Roger and Corey.
17      Q.   Yes.  Do you recall --
18      A.   Okay.
19      Q.   -- what was going on around this time?
20      A.   When you say what was going on, what do
21  you mean, please?
22      Q.   So I think you and I discussed earlier
23  that -- that you had spoken with a couple of
24  producers and that they said that it needed a little
25  bit more.  Is -- was this that -- that instance?

Page 169

1      A.   No.  I don't -- I don't think we had
2  gotten that far yet.
3          What I was addressing here, Val,
4  is that they wanted to have, like, a pre-story and
5  then eventually work into the Corey Goode story.
6      Q.   Okay.
7      A.   And now let's remember that neither one
8  of them had done a movie before, and I also know how
9  studios look at things.  I know how scripts are
10  evaluated and so on, so forth.
11          So basically they were telling me
12  that, well, we can do this pre-story and then we can
13  work our way into the real story.  And what I was
14  saying to them is if we don't come out with a hit,
15  there won't be anything else.  That's what I was
16  trying to explain.
17      Q.   Okay.
18      A.   So I was also saying that we've got to
19  carve this thing out because it's a big IP.  It
20  could go in a lot of different places.  We've got to
21  figure out where we want it to go.  What -- what is
22  the genre?  What's it like?  Is it like Fire in the
23  Sky?  Is it like something else?  Then that way
24  we've -- we've got some type of prototype that we
25  can follow.

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 170

1    That's basically what the genesis
2  of this correspondence is, is trying to be --
3  instead of being fragmented all over the place with
4  creativity -- lots of times with creative people
5  you've got to just reel it in and drill it down.
6    **Q.  Okay.  Okay.  So this was at the**
7  **beginning of when you guys had started to put**
8  **together what you wanted to be in the -- the -- the**
9  **Corey movie; is that correct?**
10   A.  That is correct.
11   **Q.  Okay.  And then was this where the "Team**
12  **Corey" phrase came from, talking about the Corey**
13  **movie and then it worked into Team Corey?**
14   A.  Yeah, the Team Corey was -- was a phrase
15  I came up with.  I -- I thought it was a good
16  phrase.  It was a team, and Corey certainly was the
17  overall component of the team.  Everything was
18  really built around Corey.  Everything was --
19      You know, Corey -- and I tried to
20  make him understand this.  He had a machine behind
21  him.  Every big star has to have a machine, and that
22  machine is creative.  That machine takes care of
23  public image.  It takes care of marketing, and it
24  keeps pushing and driving.  And if you don't have
25  that, you -- you can't make it.

Page 171

1      And -- and Corey had a -- a great
2  team.  I mean, to me it was a dream team, and that's
3  why I fought so hard trying to keep it together.
4      THE WITNESS:  Can you take the letter
5  off the screen, please, so I can see everyone
6  better?  Thank you.
7      MS. YANAROS:  Okay.  I'd like to pull
8  up, it's our production Bates number ending in 94,
9  and the title, Mr. Guise, is "Above Majestic."
10     THE VIDEOGRAPHER:  Okay.  I've got
11  that.
12     MS. YANAROS:  You've got that one.
13  Okay.  And that's going to be PEX30, Plaintiffs'
14  Exhibit 30.
15     (Exhibit No. 30 was marked.)
16   **Q.  Okay.  And we'll probably have to go down**
17  **to the bottom to start on this one.**
18   A.  So which -- which part of this do you
19  want me to look at, Val?
20   **Q.  So it looks like the first e-mail at the**
21  **bottom, and this is from February 16th of 2019, is**
22  **from Roger to you and Corey.  And it looks like he's**
23  **laying out a couple of ideas, kind of outlines for**
24  **some possible movies?**
25   A.  Okay.  So let me just get in sync with

Page 172

1  you.
2    **Q.  Okay.**
3    A.  Because there are two things from Roger.
4      So am I supposed to be looking at
5  the Feb -- Saturday, February 16th?  Is that what
6  you want me to look at?
7    **Q.  Yes, please.**
8    A.  Okay.  So let me look at that, and give
9  me a minute, please.
10   **Q.  Okay.**
11   A.  Okay.  Now, what I'm looking at, I don't
12  see where it ended.  Is there an end to this?
13   **Q.  Yeah.  So it's at the bottom, I think it**
14  **just says "sent from my iPhone."  I think that Roger**
15  **just, like, typed that on his phone.**
16   A.  Okay.  Because the last -- the last -- I
17  just want to make sure I'm in sync.  The last thing
18  I see, the last sentence says, "I will get this
19  outline for the second movie to you guys as soon as
20  possible."  Is that the last line?
21   **Q.  Oh.  So it should be -- I don't see that.**
22  **So the Bates numbers should be 94 through 99.**
23     THE WITNESS:  Okay.  Lenden, this is
24  what I was looking at right here, but I don't see
25  where this ends, this particular.

Page 173

1    **Q.  I see.  It looks like 97.  There should**
2  **be --**
3    A.  Yeah.
4    **Q.  There should be one more page, front and**
5  **back.**
6      MR. WEBB:  98.
7      THE WITNESS:  Oh, I see.
8    A.  Okay, Val.  When I flipped the page, it
9  was very simple.  It was just the one thing here,
10  "Thank you," from Corey.  So that's -- that's what
11  threw me off.
12     Okay.  So in looking at this, what
13  is -- what is your question to me, please?
14   **Q.  Yes.  So it looks like the -- on that**
15  **first e-mail on that string, that it's Roger sending**
16  **an e-mail to you and Corey, and the subject's "Above**
17  **Majestic/Orchard Films."  It looks like he's**
18  **giving --**
19   A.  Yes.
20   **Q.  -- a few, like, ideas for -- for films?**
21   A.  Yeah.
22   **Q.  Majestic 2 and 3.**
23     And -- and that was February 16th.
24  If -- if I remember correctly, that's about the time
25  **where things had -- had started to get a little bit**

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 174

1  rough with Roger and Corey.
2      A.   That was just -- just a little bit of the
3  beginning.  I -- we have to remember, this is early
4  2019.  So above Above Majestic had just come out.
5  Things are pretty smooth.
6              There was a little ruffling of the
7  feathers, as I said to you earlier, Val, about the
8  fact that Roger got a bigger percentage than Corey.
9  Roger got 25 percent.  Corey got 20 percent.  Corey
10  wasn't happy with that.  And Corey had said to me,
11  "And for the next one, I -- I want a bigger
12  percentage than Roger."  And I had said, "Well, you
13  know, we'll -- we'll negotiate that."
14              So there was still some bickering,
15  but things hadn't fallen apart yet.
16      Q.   Right.  Okay.
17      A.   Okay.  So as far as this particular
18  correspondence, what do you want me to address?
19      Q.   Okay.  So that -- well, so that's --
20  that's -- that's perfect.  Just laying the -- the
21  groundwork.
22              And then -- and then the next one
23  on the string starts in the Bates number ending in
24  97.  Let's see.  Oh, I guess I can --
25              THE WITNESS:  Can -- can you tell me

Page 175

1  which one that is, please?
2              MR. WEBB:  This one.  97.
3              THE WITNESS:  Okay.  This -- we just
4  discussed this one.
5              MR. WEBB:  So you're asking him to
6  look at 97 or a different page?
7              MS. YANAROS:  97, please.
8              MR. WEBB:  Okay.
9      A.   Well, this was 97, what we just
10  discussed.
11      Q.   Oh, it was?  Let me see.
12      A.   "I've been working with Dr. Sella on the
13  topics" --
14      Q.   Oh, okay.
15      A.   -- "the outline for the next document."
16  Yeah.
17      Q.   So I --
18      A.   That was 97.
19      Q.   Got you.  Okay.  So that was -- that
20  one's from Corey in response to Roger's below.  So
21  Roger's -- is -- is the original e-mail, starting on
22  98, ending in Bates No. 98.  And he says, "Here are
23  the two synopsis, tag lines I came up with."
24              MR. WEBB:  So you're referring to the
25  middle of 98.

Page 176

1              MS. YANAROS:  Correct.
2              MR. WEBB:  E-mail from Roger Richards
3  to Corey Goode, February 16, 2:42 p.m.
4              MS. YANAROS:  Right.  Yeah.
5      Q.   And then he -- he lays out a couple
6  pretty short synopsis.  It's a few lines, and then,
7  you know, lays out who, I guess, the -- the dream
8  cast would be.
9              And then in response to that,
10  then -- now I'll go up to 97.  It looks like it's
11  Corey's response back to -- to Roger and says,
12  "Thank you, Roger.  I have been working with
13  Dr. Salla on the topics and outline for the next
14  documentary that will follow up Above Majestic."
15              And he talks about bringing in
16  David to add his ideas to the outline.  And he's
17  saying so Roger had -- had suggested possibly doing
18  away with the Above Majestic name.  Corey says if we
19  keep the Above Majestic name, you know, it will give
20  us some more properties kind of.
21      A.   Okay.  I'm seeing the first one.
22              THE WITNESS:  Lenden, can you help me
23  with the next one?  I don't see the -- where Corey's
24  responding.
25              MR. WEBB:  Sure.

Page 177

1              MS. YANAROS:  At the top of page 9 --
2  or, like, lower top of 97.
3              MR. WEBB:  Here's the (inaudible).
4              THE WITNESS:  Okay.  Because we had
5  already discussed that one.
6              MR. WEBB:  We had -- we already
7  talked about it, yeah.
8      A.   Okay.  What -- what's happening here,
9  Val, is we were out of sync because we had already
10  discussed where Corey was saying, "Thank you, Roger.
11  I've been working with Dr. Salla."  You asked me
12  about that already.  But let me try and tie this
13  whole thing together for you, if -- if I can.
14      Q.   Okay.
15      A.   To me, and -- and I'm just giving you my
16  professional opinion.
17              THE WITNESS:  Can you take the letter
18  down, please?  I can't --
19              MR. WEBB:  Can the videographer take
20  the -- the video down?
21              MS. YANAROS:  Oh.
22      A.   Okay.  Now I can see everybody.  I'm just
23  going to give you my professional opinion on this,
24  Val.
25      Q.   Okay.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 178

1    A.   Tell me when you're ready.
2    Q.   Yes.
3    A.   Okay.  They're both jockeying for a
4  position here.  Now, what I try to do when I'm
5  working with creative people is let's get all the
6  ideas on the table.  And, quite frankly, I really
7  don't care whose idea it is.  I'm looking for the
8  best idea.  Because if we're going to move ahead, we
9  have to be successful.
10          Also this is a new company, so we
11  need to have successes.  So to me, it doesn't matter
12  whether it's Corey's idea or Rob's idea.  We need to
13  have a good idea.
14          Now, I would hope that we can take
15  some from one, take some from the other, they're
16  both creative people, and put together something
17  that everybody would like.  Many times we've had
18  discussions in a conference call.
19          And -- and, see, when you're
20  dealing with creative people -- now, I'm a creative
21  person, but I'm also -- I've been trained so much as
22  an executive too.  So you've got to control both
23  sides of your brain, your creative side and --
24  and -- and then the business side, okay?  Let's reel
25  it in.

Page 179

1          So what I would have hoped for is
2  a lot of good ideas came, and then we could put
3  together different pieces from each person.
4          Now, many times when we've had
5  conferences, there would almost be an argument
6  because creative people are very passionate.  But
7  from one person pushing one thing and another person
8  pushing another thing, by the time the whole
9  conversation was over, we'd come up with something
10  completely better than either one of them had come
11  up with with -- with the -- with the synergy.  So
12  that's what I always hope to do.  So that's number
13  one.
14          Number two, when you're dealing
15  with creative people, they're all over the place, as
16  you see here.  Corey has a lot of different ideas.
17  Roger has a lot of different ideas.  And it's too
18  much.  You become fragmented.
19          So it's like I don't want to pitch
20  Netflix the TV series and the movie and then turn
21  around and pitch to them the Graphic Novel and Blue
22  Alien and everything else.  They'd throw me out the
23  room, Netflix.  It would only confuse them.
24          You come in with something that's
25  good.  You sell that, you convince them of that, and

Page 180

1  then later you can add on.  And the biggest way to
2  sell Netflix or anybody else at that time was, quite
3  frankly, the merchandising was bigger and more
4  important than the story.  The merchandising is what
5  got everybody excited.
6          And I had a whole reel done just
7  on the merchandising, to compare it with Star Trek
8  and Net -- and -- and Star Wars, to show how much
9  that merchandising had done and what this
10  merchandising could do.
11          Now, as far as Corey being
12  involved in directing and producing, he deserved a
13  shot at that.  I wasn't sabotaging that.  I wanted
14  him to be able to learn.  He deserved that.  He
15  wanted that.  But I also explained to you that when
16  we got into the time crunch, there was not time to
17  do that specific thing, of him working with Brandon.
18          Now, in my mind, Val, if you have
19  one success, you can go on to the next.  So the
20  first thing to me, always with this team, Val, was
21  survival.  Okay.  How are we going to get from month
22  to month when a company doesn't have a lot of money,
23  and especially in particular Corey was always
24  needing money.  And I'm not knocking him when I say
25  that.  I'm just telling you the reality.

Page 181

1          So I was always scrambling for
2  dollars and I'm always thinking three months down
3  the line.  In other words, oh, it's going to be
4  Christmas, and what are the needs of the team.  Oh,
5  this is going to happen.  That's going to happen.
6  So putting a lot of pressure on me just to keep
7  things, a momentum going.
8          So in my mind, when I grabbed what
9  Jim Martin offered, which I told you before, which
10  was in a very limited time frame, we would do that,
11  get the money, the $200,000, and the film would come
12  out, be successful.  Now I can make another deal,
13  right?  And in that other deal, now there's enough
14  breathing room and enough cushion of money for Corey
15  to work with Brandon.  Take your time, because
16  Brandon can't work as fast as Roger, take your time
17  and do this.
18          But unfortunately, the train fell
19  off the tracks before I was able to do that.  Does
20  that make sense?
21    Q.   Yes.  Absolutely.
22          MS. YANAROS:  Okay.  All right.  I
23  want to move now to the Client Doc 3, which is one
24  of the recordings.  And this will be -- well, it is
25  the recording, and this will be Plaintiffs'

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 182

1  Exhibit 31.
2              (Exhibit No. 31 was marked.)
3              THE WITNESS:  Do we have that?
4        MR. WEBB:  They're going to play it.
5        THE WITNESS:  What now?
6        MR. WEBB:  No audio.
7        THE WITNESS:  Oh, okay.
8        THE VIDEOGRAPHER:  All right.
9  Valerie, you should be able to take control and
10  scrub to wherever you want on the video.
11       MS. YANAROS:  Oh, perfect.  Okay.
12       THE VIDEOGRAPHER:  The audio, not
13  video.  Okay.  This works.  Here you go.
14             (Audio played.)
15    **Q.  I want to go back to something we were**
16  **discussing earlier with the cease and desist that**
17  **was sent to -- the cease and desists that were sent**
18  **to David and to Emery.**
19       **And -- and I -- I believe your**
20  **comments were that -- that you produced that**
21  **document yesterday to show the manipulation on the**
22  **side of Mr. Goode; is that correct?**
23    A.  Yes.
24    **Q.  So it sounds like that there is -- that's**
25  **kind of standard for what's going on.  It -- it**

Page 183

1  **sounds like this was something that David was doing**
2  **as well; is that correct?**
3    A.  Who was that talking?
4    **Q.  That was Corey.**
5    A.  That was Corey talking?
6    **Q.  Yes.**
7    A.  Okay.  I didn't recognize his voice.
8              Okay.  So what is your question to
9  me, Val?
10    **Q.  Sure.  So it -- it sounds like there**
11  **was -- there was kind of a -- a culture of trying to**
12  **survive.  And when they're -- when Corey and -- and**
13  **David were both interacting with Gaia, I mean, that**
14  **they were -- they were dealing with a little bit of**
15  **manipulation themselves.  And it's -- it's something**
16  **that pretty much anybody does, right?  If you're**
17  **trying to survive, you're going to manipulate a**
18  **situation?**
19    A.  Okay.  So you're saying this was between
20  Corey and -- and David, they were both manipulating
21  a little bit?  Is that what you're saying?
22    **Q.  Correct.**
23    A.  Okay.  So I am totally and wholeheartedly
24  agreeing with you.  So I touched on this a little
25  bit before.  To me, it was like I was the father

Page 184

1  figure and there were three sons, David, Corey, and
2  Roger.  All extremely talented, all very different,
3  all very competitive, and it would be better for
4  everybody to work together.
5              Now, they were always falling out
6  with each other, all the time.  One of the things
7  that Corey accused me of in this lawsuit was that I
8  kept him and David apart.
9              And I wrote back in my answers,
10  that was absurd, that I would keep them apart.
11  In -- in other words, anybody that knows David
12  Wilcock knows that you can't keep him from doing
13  anything.
14             I had -- when we made the STX
15  deal, I had said to David, please don't correspond
16  with the head of STX directly.  Yes, you sat in on a
17  meeting with them.  Yes, they like you.  But don't
18  correspond with them directly because you could blow
19  the deal.
20             Tracey had the first-look deal at
21  STX.  Are you familiar with first-look deals, Val?
22    **Q.  No.**
23    A.  Okay.  A first-look deal is when a
24  production company thinks enough of you, they'll pay
25  you a nice sum, salary, let you be on the lot with

Page 185

1  an office and so on, so forth and a salary.  And
2  anything you as a producer are going to do, you come
3  to them first, so they get the first look.  And then
4  if they pass on it, then you're free to take it
5  somewhere else.
6              So Tracey already had offices
7  there, first-look deal with STX.  That's why we
8  started with them first.  And I was successful with
9  David.  I got him a pilot there.  I got him where
10  they were pitching a -- a TV show for David.
11  Because, as I said to you earlier, I wanted to take
12  him more mainstream.  And we were getting the big
13  deal of the F slot.  Just don't communicate with
14  these people.  Let Tracey do it.
15             But he wouldn't do it.  And, you
16  know, that's the long story.  I'll -- I'll cut it
17  short there.  But we ended up not being able to have
18  the STX deal because of certain communications from
19  David to them, head people.
20             But at any rate, my point is is
21  that nobody can keep David from doing anything.  So
22  to say that I kept David and -- and Corey apart,
23  this is what Corey accused me of, is absurd.
24             So half of that year they were
25  bickering.  They -- they weren't friendly with each

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 186

1 other.  This rivalry was going on.  And then with
2 both, Beth wanted Corey to have -- Beth wanted David
3 to have absolutely nothing to do with Corey.  She
4 blamed them for all their problems.  They spent half
5 of that summer trying to negotiate with Gaia to keep
6 from being sued.
7         Now, I -- I sent you, Val, e-mails
8 from Beth and e-mails from David's attorney, Robin.
9 David's attorney says from the investigation I've
10 done and from the -- what I've gathered, David
11 Wilcock, you need to stay as far away from Corey
12 Goode as possible.
13         Beth then said -- the e-mail, I
14 sent to you, I certainly concur.  I blame him for
15 all of our problems.
16         Then I sent where David called me
17 in a panic, saying to me, "Hey, Leon, you've got to
18 get me out of the DoD conference and you've got to
19 get me out of Cosmic Secret because of them
20 involve Corey Goode, and Beth has forbidden me to
21 work with Corey Goode, and my marriage is more
22 important than working with Corey Goode.  Get me out
23 of these projects."
24         Now, you might ask to me, well,
25 why did he do the projects?  Because I always try to

Page 187

1 put a damper, Val, on the fires.  And I said to
2 David, "Cool out, David.  And I can't get you out of
3 these things.  You already signed a contract for
4 DoD.  You already signed a contract for Cosmic
5 Secret.  We were just successful in getting to a
6 point where you're not being sued by Gaia.  Let's
7 not open up any other avenues for a lawsuit.  And if
8 you want me to talk to Beth, I'll talk to her."
9 That's the only way he still was involved.
10         So I never tried -- my point is
11 that when Corey says I tried to keep them apart,
12 that's absurd.  And half the time, yes, you're
13 right, they were bickering with one another and then
14 they'd make up.  So, yes, what you're talking about
15 here was the bickering.
16    Q.   Okay.  I'm going to --
17    A.   Did -- did I answer that enough for you?
18    Q.   Yeah, and then some.  But, no, that --
19 that was -- that was good.  Okay.
20         (Audio played.)
21    Q.   Let me go back a little bit.  And,
22 actually, let's -- because it doesn't sound -- so
23 this -- I'll -- I'll represent to you, this was
24 produced to us with you all's initial disclosures,
25 which was a long time ago.

Page 188

1         I'll just play it from the
2 beginning.  Because do -- do you recognize this call
3 yet, or no?
4    A.   Well, not yet.  I only heard two words.
5    Q.   Okay.  I'll -- I'll play it --
6    A.   Okay.
7    Q.   -- from the beginning so you can hear it.
8    A.   Okay.
9    Q.   And then I'll skip.
10    A.   All right.  Thank you.
11    Q.   I -- I won't let -- I won't make you sit
12 through the whole hour of it.
13    A.   Okay.
14         (Audio played.)
15    Q.   Do you recall this -- this call now?
16 There wasn't a date on it --
17    A.   Yeah.
18    Q.   -- or anything.
19    A.   Yeah.  Uh-huh.
20    Q.   For some reason, it's making --
21    A.   I -- I had gotten -- I had gotten food
22 poisoning.  That's what we were talking about.
23    Q.   Oh, that's awful.  That's -- I've had
24 that a couple -- I had that a couple times last
25 year.  It's really bad.

Page 189

1    A.   You know what happened, it was Maureen's
2 birthday.  And I was all dressed up in a seersucker
3 suit.  I'm going to take her out to the Getty Museum
4 for a nice birthday afternoon.
5         And people that know me, they know
6 I eat my way through everything.  And so I'm eating
7 this and eating that, and something got me, Val.
8 And -- and then we were sitting down to have the big
9 meal, and the big meal came.  I was so sick, the
10 room was spinning.  I couldn't even touch the big
11 meal.
12         Now, Maureen then knew something
13 was wrong because I -- I wasn't telling her how bad
14 I was feeling because I didn't want to spoil the day
15 for her.  And then finally I just said I've got to
16 go.
17         And then when I said I've got to
18 go and went to get up, I could barely walk out of
19 that room.  And that's when we went outside of the
20 restaurant, and that's when I vomited in public.  It
21 was so embarrassing.
22    Q.   Oh, no.  Oh, that's --
23    A.   And -- and that's when people recognized
24 me.  Hey, Mr. Kennedy, can we help you?  And so on,
25 so forth.  And, Mr. Kennedy, you've got to get a

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 190

1  tram to get to your car.  They said we'll send a
2  special car for you, to just take you directly to
3  your car.  Maureen took me home.  I was in bed for a
4  day and a half.
5      **Q.   Oh, no.**
6      A.   So anyway that's -- that's that story.
7      **Q.   Okay.  Oh, that's awful.  I -- I can't --**
8  **yeah.  It's -- it's a lot worse than you would**
9  **think, food poisoning.  It sounds, you know, not**
10 **that bad, but it will -- it will get you for sure.**
11          **Okay.  So was that -- was that in**
12 **2018 or 2019?  We -- we didn't get it--**
13     A.   Well, is there more to the conversation?
14     **Q.   Yeah.  I'm going to move forward.  I'm**
15 **just trying to get a -- because it was produced to**
16 **us with no identifying information on it.**
17     A.   Well, if I could hear more, then -- then
18 maybe I could pinpoint when it was.
19     **Q.   Okay.  Perfect.  Let's see.**
20          (Audio played.)
21     **Q.   Okay.  Does that give a little bit more**
22 **of a frame of record -- reference?**
23     A.   Yes, it does.  Uh-huh.  Okay.  I remember
24 that conversation very well.  So do you want me to
25 address that or do you have a question about it?

Page 191

1      **Q.   Sure.  So when -- when do you re --**
2  **recall this -- this phone call happening?**
3      A.   Well, this was at the beginning of 2019
4  because this was the conversation to talk about
5  David's percentages.  Now, let me -- I have a lot to
6  say on this.
7          Number one, as far as the call
8  being recorded, I basically knew that Corey always
9  recorded most calls, and so did Roger.  This is the
10 same call that I talked about earlier, where --
11 where Corey also said that David was arrogant and
12 lazy and didn't deserve a percentage.  They -- they
13 may not have included that part in this, but that's
14 the same conversation.
15          Okay.  So how do I address this?
16 Number one, I said to you before, Val, that part of
17 my spiritual compass was trying to do right by each
18 person.  And that's what I was doing here.  So I
19 wasn't always just helping Roger.  In this
20 situation, I'm trying to help David.  But in many
21 situations, I also tried to help Corey.
22          And I don't know if Corey is still
23 listening to this deposition, but I want to take a
24 moment to go on record here to say I told you
25 before, I had a great love for Corey.  I followed

Page 192

1  him as a son.  And initially I thought that he was
2  just misunderstood by a lot of people, and I wanted
3  to help Corey.  I wanted to help him grow.  I saw
4  his potential as far as being very, very big.  He
5  was very bright.  He has great ideas.  He has great
6  instincts.  And I truly saw big potential for him.
7          Now, when someone wants to grow,
8  that's what it means.  You've got to grow.  But to
9  grow, sometimes you've got to be willing to adjust.
10 Sometimes you've got to be willing to change.  And
11 that's why you bring in a life coach or a mentor.
12 And many times people don't like a life coach or a
13 mentor because you're pushing them to a greater
14 height.  And to get there, they need to listen.
15          Now, even though Corey is against
16 me now, I brought many years of experience to this
17 team.  This team was raw.  This team was brand new.
18 They thought they were stars, but in the big scope
19 they were not stars.  They were just getting
20 recognized.  But did I see the potential, and I knew
21 that I could take them to much greater heights if
22 they would let me.
23          Now, earlier when I talked about
24 people that I have been around.  Let's talk about
25 Barry Gordy for a moment.  I've known Barry Gordy

Page 193

1  since he was 15 -- since I was 15 years old.  We're
2  still friends.  Last December he got the Kennedy
3  Center Honors, and he flew 26 people in so he could
4  receive that prestigious award.  I was one of the
5  people that he flew in.
6          But I've learned so much from
7  being around Barry Gordy.  I was there when they did
8  Lady Sings the Blues, and he was pushing Diana Ross
9  into greatness.  Diana would be in tears sometimes
10 from the things that Barry said to her.  But yet she
11 was Academy Award nominated by the time Barry
12 finished.
13          I was in the studio as a kid disc
14 jockey, 18 years old.  I told you I worked in
15 Detroit.  When I was in Detroit, Val, all of Motown
16 was still there.  So I was friends with Stevie
17 Wonder and the Temptations and Marvin Gaye and the
18 Marvelettes, and Martha and the Vandellas, and Diana
19 Ross.  I was around these creative people when
20 they'd even begin a song idea, take it all the way
21 to the studio and see it become a song.
22          But I always gravitate to power
23 and knowledge.  So I spent so much time with Barry
24 because Barry was like a teacher, and he was a
25 mentor to me.  And so he would say, this is why I

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 194

1  did this.  He made Diana do a standard once that she
2  didn't want to do on The Ed Sullivan Show.  You
3  know, her thing was why in the hell am I going to do
4  a standard when I have hits?  And Barry's thing was
5  I want you to do a standard so it reaches all these
6  flight people so that you can cross over more and I
7  can put you in the Copacabana.  That's why I want
8  you to do it, Diana.  So the man was brilliant.
9          And, Val, I learned so much from
10  being around people like that.  I'm still learning.
11  I'm around LaBraun's team and Kobe's team, so on and
12  so forth, so that I can see what they're thinking
13  about and what they're doing now.  And -- and -- you
14  know, and -- and all the things that are happening
15  in the digital world and so on and so forth, and
16  MFPs and everything else that's going on.
17          So I saw their potential, but in
18  many cases they didn't want to listen.  And all the
19  bickering, Val, it wore me out.  I can show you
20  something that I got going into the new year, and I
21  got it from Corey saying, I hate to lay this on you,
22  Leon, because we had had such a productive meeting
23  the other day, but, you know, Roger this, Roger
24  that.
25          The bickering, the end fighting

Page 195

1  between David and Corey, and then the big feud and
2  the business divorce with -- with Roger, it wore me
3  out.  I should have been able to just concentrate on
4  okay, let me -- if it's not Netflix, let me go to
5  somebody else.  If it's not going to be Antoine
6  Fuqua for the A-list director, who else can I get?
7  Instead of all this pulling on me for petty stuff
8  that was just so unnecessary.
9          And -- and then back to this dream
10  team.  Corey had his great place.  And what I used
11  to say to Corey, even in the falling out with Cosmic
12  Secret, where he demanded a director's title even
13  though he didn't do the work for being a director
14  really.  I'm the one that gave him the credit for
15  executive producer.  I gave that to Corey and to
16  Roger.  That's a much more prestigious title than
17  anything else.  Executive producer.
18          And Corey was in such competition
19  with Roger that he wanted another title, another
20  title, another title.  And I said to Corey, "It's --
21  it's going to look like a clown show with your name
22  all over the place.  Let me just give you executive
23  producer, and then if you're insisting on
24  co-director, fine."
25          But I go back to saying it hurt

Page 196

1  me.  It hurt me that this team dissolved because
2  everybody had their place and everybody was great.
3          And I also just wanted to say this
4  while we're on the record.  I'm diverting for a
5  second, but if Corey's watching.  I did have true
6  love for him.  I did see his potential.  I did want
7  to work with him and help him, and I was not against
8  Corey.  I was just in my own way trying to show some
9  spiritual lessons along the way.
10          Like okay, Corey, be bigger than
11  them, or let this go, or let's move on because we've
12  got bigger things going on.  So, Corey, I -- I do
13  want to say that to you.  Even though I sided with
14  other people from time to time, it was not against
15  you personally.  I was siding for whatever I thought
16  was right.
17          So thank you, Val, for letting me
18  say that.
19      Q.   Okay.  I'm going to move this.  Oh, I --
20  I just want to go back to a couple of -- a couple of
21  things that -- that you said.
22          You -- you had mentioned that you
23  saw, you know, big potential with -- with them and
24  that you saw yourself as somewhat a life coach and a
25  mentor, and that you would -- and that's how you

Page 197

1  would bring them to the heights; is that correct?
2      A.   Yes.
3      Q.   And -- and were you talking about -- you
4  were talking about everybody included, right?  Like
5  not just Corey, but Corey and David?
6      A.   Are -- are we finished with this sound so
7  I can have a full screen?
8      Q.   Oh, no.  There's a couple more things
9  we're going to listen to on there --
10      A.   Oh, okay.
11      Q.   -- but you can --
12      A.   All right.  So I'll just look at the
13  small screen.
14          So you're asking me, did I see
15  potential in everybody?  Is that what you're asking
16  me.
17      Q.   Well, did you see yourself as a life
18  coach and a mentor to both Corey and David?
19      A.   And -- and also a handler because they
20  were making so many mistakes.  I'll give you an
21  example.
22          When David and Corey were on stage
23  at Dimensions of Disclosure, and Rachel Maddow from
24  MSNBC had said something that David didn't like, he
25  said, "Well, it doesn't matter what Rachel Maddow

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 198

1 says. She's a lesbian, and she works for a -- a
2 company that's satanically owned."
3          Well, I was livid. Because when
4 he got off stage, I said, "David, if we had a deal,
5 right now you would have blown the deal. You -- you
6 can't call this woman a name. And MSNBC and NBC,
7 all their stockholders, they're working for a --
8 a -- a company that's satanically owned? How -- how
9 do you think that makes them feel?"
10          And in this day and age you can
11 say one wrong thing, Val, and end an entire career,
12 as you're very well aware of. So it was things like
13 that. It was things like what Corey would say about
14 people on -- on social media.
15          So, yeah, they -- they needed
16 handlers. They needed someone to say don't do this.
17 Do don't do that. Stay off social media. Please,
18 let us get this deal done first.
19          When you talk about -- and this
20 wasn't Corey, this was David, that Hillary Clinton
21 drinks blood, and you're in Hollywood, a
22 democratically-run community, these same people did
23 fundraisers for Hillary. I'm trying to get a deal
24 through these people, and then you say that their
25 candidate drinks blood and -- and drinks the blood

Page 199

1 of children? How the heck am I going to get you a
2 deal? You just blew the deal.
3          So those are the frustrations that
4 Leon went through. I could say much more, but --
5 but I don't want to on the air now.
6     Q.   Okay. Okay.
7     A.   But you're asking me, did I see
8 potential? I saw potential in each one of them
9 because each one of them was different. David,
10 brilliant in his own way. Corey, different, but
11 great, great potential, and -- and the IP is -- was
12 unlimited if it was handled correctly.
13          Roger, very, very smart, very,
14 very creative, and, like I said, and work horse. So
15 it was a great synergy if -- if the three of them
16 could have stayed together.
17          And -- and it's -- I said it
18 before. It's heartbreaking to me because I saw the
19 potential. And so to get that close and -- and then
20 for the whole thing to fall apart, it's very much
21 heartbreaking.
22          Plus, I had a love for all three
23 of them. Like I said, they were like three sons.
24 And, you know, within siblings, you -- you have
25 rivalries and bickering. You know, it goes with

Page 200

1 family territory. I just didn't think it would all
2 fall apart like this.
3     Q.   Okay. We'll do a couple more.
4          (Audio played.)
5     Q.   Okay. Do you remember that part of that
6 conversation?
7     A.   I certainly do.
8     Q.   And it had been -- it had been put out
9 there a couple times that David had raised 150,000
10 for Corey. But -- but I -- and I -- it might be
11 later on in this recording, but he -- he kind of
12 lays it out there.
13          Do -- do you -- do you remember
14 talking through that with David at all?
15     A.   Well, here's -- here's what I remember.
16 One thing, I -- I had to laugh when I said okay,
17 so -- because Corey corrected me, it's 80,000. I
18 said, okay, it's 80,000 tax-free dollars. And then
19 Corey says, well, it's not tax free.
20          And I had to laugh, Val, because
21 it's like if you're destitute and somebody gives you
22 $80,000, darn it, let's be grateful here, you know,
23 whether it's tax free or not. That's what I mean by
24 getting petty and -- and being ungrateful.
25          Now, David, even though he only

Page 201

1 did whatever, three and a half hours or whatever,
2 you've got to look at the whole picture here. So
3 the whole picture is the marketing. You can have --
4 and it happens all the time, Val. You can have a
5 great movie. You can have a great documentary. But
6 if it doesn't get the right marketing, it's just
7 either on the shelf or it comes out, it's a dud.
8 What you really want is something that is
9 successful.
10          So in looking at the marketing
11 push, David was the biggest name. And so David was
12 worth 15 percent just for the marketing, if nothing
13 else.
14          It's the same thing going back to
15 Cosmic Secret, where one was saying, well, Corey
16 only did five and a half hours worth of filming for
17 Cosmic Secret. But it didn't really matter. I -- I
18 said it in one of the letters. Nobody begrudged the
19 fact of paying him 16 1/2 percent only -- because he
20 only did five and a half hours, because his name and
21 his marketing warranted the 16 1/2 percent, if
22 you're following me.
23          So it's the same thing in David's
24 case. So that's what -- what we were talking about
25 there.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 202

1    But I also want to say for the
2    record, I understand Corey's frustration with David.
3    Nobody understands it better than me.  I had to hold
4    David's hand and push David to do everything.
5    At one point he -- he had a book
6    deal, and he's way behind on the deadline, and I'm
7    calling him every other day.  David, did you write
8    some pages?  Dah, dah, dah, dah, dah.  He went to
9    Canada.  He's supposed to write.
10   I call him, "What are you doing,
11   David?"
12   "Oh, I'm sitting up here playing
13   the guitar."
14   And I sad, "Well, dammit, when are
15   you going to write."
16   "Well, you know, I don't feel like
17   it."
18   And finally I said, Val, "Why do I
19   have to beg you to finish your own book?  This is
20   nonsensical.  Why?"  When it came to the contract
21   that we finally did, because of Corey's frustration
22   and Roger's frustration, I baked it into the
23   contract.  David had to do X amount of big-time
24   interviews in a timely manner or some of his money
25   would be forfeited.  I baked that into the contract.

Page 203

1    So I understand Corey's
2    frustration.  Once again, if you listen to this
3    conversation, what Corey's saying, and you listen to
4    what Leon's saying, it goes back to what I said to
5    you earlier, Val.  I try and be the life coach.  I
6    try and make everything work.  I try and keep the
7    team together.
8    And one thing that I have learned
9    to do over the years is look at a person's
10   weaknesses and look at their strengths, somehow
11   navigate around their weaknesses, use their
12   strengths to have a success.  That's what I try and
13   do.
14   Q.   Yes.  I do want to address the tax -- the
15   tax-free part, though.
16   Would it surprise you if I told
17   you that -- that Corey paid tens of thousands of
18   dollars in taxes last year?
19   A.   Are you asking me would it surprise me?
20   Q.   Yes.
21   A.   Well, I don't know because I don't know
22   how much money he made and I don't know how much
23   money came in.  We -- we all have to pay taxes.
24   Q.   Right.  Well, that -- my next question
25   was going to be how do you -- how do you get that

Page 204

1    money in tax free?
2    A.   Well, I -- I thought that he had a
3    foundation and that money was coming in through --
4    through his foundation.  That's why I said it was
5    tax-free dollars.  But if it didn't come in that
6    way, I -- I stand corrected.
7    Q.   I thought maybe there was a secret.
8    A.   You've got to remember, at that point,
9    Val, I was not working with Corey and Roger at that
10   time.  This was -- if -- if I was, it was the very
11   beginning.  But I think -- I'm not really sure if we
12   had just started working together or not, but it was
13   very early in my stages of being around Corey and --
14   and Roger.
15   Q.   Understood.  Okay.  Let's see.  This
16   might be.
17   (Audio played.)
18   Q.   So obviously that was Roger.  Do you
19   recognize his voice?
20   A.   No.
21   Q.   Yeah.  So he -- it sounds like he kind of
22   confirmed some of the stuff that you were saying
23   earlier.  That, you know, you saw it as you all's
24   responsibility to kind of take the reins and -- and
25   usher things along and -- and -- and kind of get

Page 205

1    everything to a good point.
2    Does -- does that sound about
3    right?  It sounds like things were -- were going
4    okay at this point.
5    A.   Well, Val, my response to this is if
6    you're judging me, I think you're hearing
7    consistency.  In other words, I said I tried to hold
8    the team together.  I said that I, you know, looked
9    at the three of them as brothers and I tried to
10   overcome the rivalries.
11   So what did Roger say here?  He
12   said, "Hey, Leon, I see that you're trying to be a
13   bridge.  You're trying to hold things together.
14   Leon, you're trying to serve.  That's my MO.  That's
15   what I always did with this team.
16   Now, going beyond it a little bit,
17   you know, the final conclusion with this was that I
18   had to go to Jim Martin and I said to Jim, "Okay,
19   Jim.  You've got Jordan.  You've got Corey."  Roger
20   didn't really have a big following.  "And you've got
21   David.  Who's the most important?"
22   He said, "David, as far as pushing
23   this thing."
24   I said, "Well, Jordan's getting
25   15 percent.  They only want to give David 5 percent.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 206

1 If David gets only 5 percent, he's not going to be
2 happy.  He's not going to be motivated to go out and
3 push this.  You tell me, Jim, what major interviews
4 you want David to do, put it in writing for me, and
5 I will guarantee you that Rog -- that David does
6 these interviews.  If not, we will take it away from
7 his money."
8          So that's what we did, and I got
9 David the 15 percent that he deserved.  But now let
10 me show you where Roger and Corey benefitted.
11          Because I told you before, it
12 doesn't matter if you have something good.  If you
13 don't market it correctly, then it's not getting out
14 there.  It's not generating.
15          Because of David's major push --
16 and it was David.  There's no comparison between
17 David's following and Corey's following and Jordan's
18 following.  We just have to look at the statistics.
19 Because of David's push, the film did a lot of
20 money.  I was going to say over 500,000, but I don't
21 know what it's done at -- at -- at this point.
22          So Corey and Roger benefitted from
23 what I did.  That's the way I have to look at
24 things.  If they had been stubborn and just gave
25 David 5 percent, and David's not motivated to -- to

Page 207

1 push it, it would have made far less money.  And if
2 you don't have a hit, guess what, you don't have
3 your second bite at the apple to do Cosmic Secret.
4 So that's the way Leon looks at things.
5     Q.   Understood.  And -- and also when Roger
6 at one point said this has been funded through SBA,
7 was SBA the -- that's where the Above Cosmic was
8 coming into.  And then eventually it got changed, I
9 think it was a year later, from SBA Media to SBA --
10 SBA Entertainment; is that correct?
11     A.   Yes.  But now let's talk about that
12 because SBA Media, and then the other companies that
13 Corey had, have their own functions, which have
14 nothing to do with SBA Entertainment.
15          SBA Entertainment had nothing to
16 do with the Graphic Novel or any of their previous
17 business.  I want to be real clear about it.  SBA
18 Entertainment, LLC, the Delaware corporation, was
19 set up mainly to collect the funds from Above
20 Majestic, not anything else, and then later Cosmic
21 Secret.
22          However, I just heard that too,
23 where Roger said SBA funded Above Majestic, and
24 Corey said go for it, Roger.  So maybe now this is
25 where all this confusion has come in about the

Page 208

1 Graphic Novel funds and so on, so forth.  Maybe
2 that's what they're talking about by SBA Media
3 funded it.
4          Leon was not involved in that.
5 Leon had nothing to do with it.  But that sounds to
6 me like that's where some of the money came from.
7 Does it sound that way to you?
8     Q.   I mean, it sounds like everything got
9 rolled into one, right?  I mean, it started with
10 SBA Media and then it -- it -- it turned into SBA
11 Entertainment, and then everything got --
12     A.   Yeah, but SBA Entertainment -- yeah.  But
13 like I said, SBA Entertainment was set up only to
14 collect the money that came in.
15          But this whole thing about
16 SBA Media funded Above Majestic, it seems to me that
17 was something that Roger and Corey needed to work
18 out because they were the only ones there.  They
19 knew what the agreement was.  Nobody else did.  I
20 certainly didn't.  It was way before my time.
21     Q.   So -- so who made the decision to turn
22 SBA Media into SBA Entertainment?
23     A.   Well, I -- I went over that before.
24          SBA Media I think still exited.  I
25 think it's still existing now.  But because David

Page 209

1 Wilcock was apprehensive about, will I ever get paid
2 from Corey?  Once again, you've seen this rivalry.
3 You've seen this mistrust.
4          So David is saying, well, wait a
5 minute.  I got screwed on the percentages.  If you
6 hadn't had gone over Corey's head on me, I would
7 have been screwed.  I told you he cried about that.
8          So he said, how are we going to
9 make sure I get paid, and I get paid on time?  And
10 that's when we came back with the idea of setting up
11 this neutral company to collect the funds, and
12 everybody knew that they would get paid on time.
13 That's why SBA Entertainment, LLC was set up, the
14 Delaware corporation.
15     Q.   Okay.  Thank you.  And I think we're done
16 with this.  I'm not going make you listen to any
17 more of that.  Okay.
18          MS. YANAROS:  Can we take a
19 five-minute break or a two-minute break?  I just
20 need to use the restroom really quick.  I don't know
21 how you guys are doing, but is that okay?
22          MR. WEBB:  Yeah.  Five minutes is
23 fine.
24          MS. YANAROS:  Okay.
25          MR. WEBB:  So 3 -- 3:22.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 210

1    MS. YANAROS: 3:22.  Perfect.
2    THE VIDEOGRAPHER:  The time is 3:17.
3  We are now off the record.
4    (Break from 3:17 p.m. to
5    3:27 p.m.)
6    THE VIDEOGRAPHER:  The time is 3:27.
7  We are back on the record.
8    MS. YANAROS: Okay.  And I -- I
9  forget, Mr. Guise, did I also send over the links to
10  the videos.
11    THE VIDEOGRAPHER:  The three videos?
12    MS. YANAROS:  Yes.
13    THE VIDEOGRAPHER:  Yes, I have those.
14    MS. YANAROS:  Okay.  Perfect.  Okay.
15  So we'll go in order, I believe.  Three, four, five.
16  Yeah.  Okay.  All right.
17    THE VIDEOGRAPHER:  Give me one
18  moment, and I'll share that.
19    MS. YANAROS:  Okay.
20    THE VIDEOGRAPHER:  Just one second.
21  All right.  Okay.
22    THE WITNESS:  Yeah, I'm fine.  Thank
23  you.
24    MS. YANAROS:  There we go.  Okay.
25    Can you see the screen okay?

Page 211

1    THE VIDEOGRAPHER:  Let me see if I
2  can -- I'll full screen it for you.
3    MS. YANAROS:  Oh, perfect.  Okay.
4  BY MS. YANAROS:
5    Q.   Okay.  Mr. Kennedy, we're going to take a
6  look at the videos that were done with Matthew
7  Mournian.  Do you recall making those videos?
8    A.   Yes, I do.
9    Q.   Okay.  I'm going to play just a little
10  bit of the intro.
11    Oh, sorry.  Let me play.  Okay.
12  Sorry.
13    MS. YANAROS:  And I'm going to mark
14  these as our next exhibits.  I think we're on 32.
15  Does that sound right, Ms. Stellor?
16    Yes? Okay.  Thanks.  Okay.
17    Okay.  And, for the record, this
18  is Bates number, from our production,
19  GES_RICHARDS_0000007.  So six zeros and a seven.
20  Okay.
21    (Exhibit No. 32 was marked.)
22    (Video played.)
23    Q.   Okay.  Mr. Kennedy, do you know what
24  ongoing investigation Mr. Mournian is talking about
25  at the beginning of this video?

Page 212

1    A.   I can't go into the specifics of -- of
2  his ongoing investigation, no.  I -- I didn't have
3  that conversation with him, Val.
4    Q.   Okay.  And was it Mr. Mournian -- I
5  believe you said earlier that it was Mr. Mournian
6  that -- that approached you; is that correct?
7    A.   That is correct.
8    Q.   Okay.  And I believe Ms. Youngblood's
9  testimony yesterday was that this was something that
10  Mr. Mournian had done in response to something that
11  Liz Lorie had set up.  Do you -- are you familiar
12  with that?  Does that sound right, or do you not
13  know?
14    A.   No, that sounds right.
15    Q.   Okay.  And did you speak with Ms. Lorie
16  at all when you were making these videos?
17    A.   I did not.  I -- I didn't want to speak
18  with her.
19    Q.   Okay.  Okay.  And did you know
20  Mr. Mournian before these videos?
21    A.   I did not.
22    Q.   Okay.
23    (Video played.)
24    Q.   Are -- are you familiar with anything
25  called the Forward Action Committee?

Page 213

1    A.   I'm not, Val.
2    Q.   Okay.
3    (Video played.)
4    Q.   I just want to address a couple of points
5  in -- in that first statement.
6    Have we received the statement
7  that you're reading from in this video, Mr. Kennedy?
8    A.   Have you received it?
9    Q.   Yes, has it been --
10    THE WITNESS:  All right.  Was it sent
11  over?
12    MR. WEBB:  You sent it to me.  We
13  haven't produced it.
14    A.   Okay.  I don't think you have, Val.
15    Q.   Okay.  Would you mind sending that over
16  to us?
17    A.   I'll send it to you.
18    Q.   Okay.
19    A.   I -- I have no problem with that.
20    Q.   Okay.  Do you believe all attorneys are
21  liars, Mr. Kennedy?
22    MR. WEBB:  Objection.  Argumentative.
23  Improper.
24    A.   But -- but I do want to answer.
25    When -- first of all, I -- I

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 214

1  didn't say all attorneys.  I've -- I've worked with
2  attorneys, Val, since I was 15 years old.
3          But specifically here, when
4  Ms. Lorie can write up -- and maybe you wrote it
5  too -- that I kept Corey from obtaining attorneys,
6  that's a lie.  And how could it be written when I
7  never kept him from getting attorneys?  As a matter
8  of fact, I hired three different attorneys for
9  Corey.  I hired Dan Mitchen -- Meachum.  I hired
10  Bennett.  And what's Cassandra's last name, the
11  cyber attorney?  We'll look up her name.  Cassandra
12  Kirk, I believe her name is.
13     Q.   Kirk.
14     A.   Now, Liz interacted with those attorneys.
15  Corey interacted with those attorneys.  So now how
16  in the heck can you say I kept him away from
17  attorneys, when I hired three and they interacted
18  with him?  It's a blatant lie.
19          Liz went on -- on to ask me to put
20  in a good word with Dan Meachum so that maybe she
21  could be hired by his firm because he was a big-time
22  attorney.  So it's a blatant lie to say that Kennedy
23  kept Goode from obtaining attorneys, when they
24  interacted with the attorneys, and I have proof.
25     Q.   Understood.

Page 215

1     A.   That's what -- what -- what I'm
2  addressing.
3     Q.   Understood.
4          (Video played.)
5     Q.   And I'm going to be skipping through a
6  lot of what Matthew says because he says a lot of
7  stuff, and we'll be here all night if we do that.
8     A.   Okay.
9          (Video played.)
10     Q.   I just want to address your comment about
11  not going through the court system and preferring to
12  go through the court of public opinion.
13          Wouldn't you agree that there are
14  some instances where the -- the tensions are so high
15  that sometimes you have to go through the legal
16  system in order to get -- to get to the bottom of
17  things?
18          MR. WEBB:  Objection.  Argumentative.
19  Incomplete hypothetical.
20          You can answer.
21     A.   But I'm going to answer your question,
22  Val.  And -- and I will say that you have your point
23  of view because you are an attorney and you've spent
24  many years in higher education to become an
25  attorney, and you're a good one.  I can say this

Page 216

1  from working with you before.
2          However, in this case, it's been
3  over two years, and this court has still never even
4  addressed the first issue.  That's number one.
5          Number two, because we are in a
6  metaphysical, spiritual community, no, I think it's
7  much better to address these things in front of the
8  community.  The Bible says face your accusers.  And
9  Corey calls himself The Defender of Light.
10          I don't see any problem at all
11  with us sitting down like men and going over these
12  accusations.  And I think that if we had a group of
13  peers, that is the way to settle this thing.  It's
14  been two and a half -- no, not two and a half years,
15  but close to two years now.  It's dragged on far too
16  long.  And -- and as far as I'm concerned, the legal
17  system has failed us.  There's been a lot of wasted
18  time, there's been a lot of wasted money, and we
19  still have gotten nowhere.
20          Now, from my point of view, Corey
21  gets donations.  I don't get donations.  Close to
22  $100,000 now for me to be dealing with this
23  absurdity.  So no, the legal system has failed me in
24  this situation.
25     Q.   Understood.  And would it surprise you if

Page 217

1  I told you that Mr. Goode has not received any
2  donations for quite a while now?
3     A.   Well, he was online a couple weeks ago
4  right before the depositions saying we've got
5  depositions, donate.  So I -- I think he got
6  something.  That's number one.
7          And whatever he got in the past,
8  according to Liz Lorie it was quite substantial.  He
9  certainly has gotten more than me.  I didn't ask for
10  donations.  This money that I'm spending has come
11  out of my retirement, after tax dollars.
12          I'm -- I'm 74 years old, Val.
13  I -- I don't really need to be wasting my retirement
14  money on this type of nonsense.  Because as I said,
15  there's not one shred of evidence to back up any of
16  these accusations, whether it be embezzlement,
17  whether it be Kennedy kept him from attorneys,
18  whether it be Kennedy asserted himself into good
19  business.  No, it was the other way around.
20  Kennedy, there were complaints that people didn't
21  get paid on time.
22          There's not been one shred of
23  truth in anything that's been said, and I'm really
24  tired of it.
25     Q.   Understood.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 218

1     (Video played.)
2     Q.   So we talked a lot about today, and I've
3  heard a -- a -- a different -- you know, I've --
4  I've -- I've heard kind of a different approach
5  than -- to be honest, than what I expected.
6            And -- and it sounds to me that
7  you had originally, you know, wanted to -- wanted to
8  settle this, and unfortunately those -- that
9  information wasn't passed along from, you know, one
10 of your inter -- intermediaries.
11           But I think, you know, I -- and --
12 and my question that I was going to ask is probably
13 already answered.  But, I mean, is there -- do you
14 think that there's a -- there's a point to -- to
15 actually settle this and get it, you know -- get it
16 good between the parties?
17           MR. WEBB:  Objection.  Improper
18 question.  It's not something you're supposed to ask
19 in a deposition.  You know that, Counsel.
20           But my client is probably going to
21 answer.
22           THE WITNESS:  Yes, I'd like to
23 answer.
24           MS. YANAROS:  Counsel, we already
25 spoke about that, but thank you for that.

Page 219

1     A.   I'd -- I'd -- I'd like -- I'd like to
2  answer.
3            Val, I would love to settle.  I
4  think that enough is enough.  I would like Corey to
5  go on and have a good life and a good career.  I
6  would hope that maybe at some point we could talk.
7            Like I said, I -- I had a great
8  love for him, and I have said in this deposition
9  over and over and over, I have seen his potential.
10 I said there's a good side and a dark side to Corey.
11 But that good side, if -- if it could just be
12 concentrated on and harvested, he's got so much to
13 offer to the world.  That's what I would like to see
14 happen.
15           If you saw one of my letters to
16 him, even when we were falling out, I wrote to him,
17 and at the end of the writing I said, and that good
18 side of Corey is the side that I love Corey, and I'd
19 like to see more of that side.
20           And, Val, maybe it's the -- the
21 ministry side of me.  I -- I really always try to
22 see the spirit of redemption, even with myself.
23 Val, I work on myself every day.  Part of my daily
24 prayer is, Lord, take this life and make it into
25 something worthwhile for you.  I -- I -- I say that

Page 220

1  every single day.
2            I am here to serve.  I am here
3  to -- to try and help people reach the higher side
4  of themselves.  So yes, I -- I would like to sit
5  down and work this out.
6            (Video played.)
7     Q.   Sir, I just want to address the
8  criminally investigated for driving down stock.
9  Where -- where does that come from?
10    A.   It came from different sources speaking.
11 It also came from Corey having an absolute delight
12 every time that Gaia's stock went down.  He would
13 let the team know that, and -- and get great
14 pleasure in it.
15           And I don't really want to talk
16 too much about it, Val, because I know that there's
17 another lawsuit, and so, therefore, I'd rather not
18 make any further comments.
19    Q.   Okay.  So is there a criminal
20 investigation going on?
21           MR. WEBB:  Objection.  Calls for
22 speculation.  Foundation.
23           Go ahead.
24    A.   As Lenden said, it's -- it's speculative,
25 but these are things that have been in the rumor

Page 221

1  mill.  There are other people that have said they're
2  surprised already that Corey hasn't ended up in
3  prison for a variety of things.
4     Q.   Okay.  But as you sit here today, you --
5  you don't -- you haven't heard that from any law
6  enforcement, that that's -- that's actually
7  something that's going on?
8            THE WITNESS:  What are you saying,
9  Lenden?  I saw you --
10           MR. WEBB:  You can answer that.
11    A.   I haven't talked to -- to law
12 enforcement.  As a matter of fact, people had talked
13 to me about going to the attorney general about
14 Corey because for the amount of money that has been
15 taken out of the funds here that should have gone to
16 the team, it hasn't amounted to a felony as far as
17 the amount.  I did not go to the attorney general.
18           There's a lot of things, Val, that
19 I could still do that I haven't done, and I'll just
20 leave it at that.
21           (Video played.)
22    Q.   So we kind of already talked about this
23 earlier.  You know, with the -- with the cease and
24 desist that was sent out, you know, that was -- that
25 was something that was -- was done with David's

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 222

1  knowledge, right?  Do you -- do you still think --
2      A.   Yes.
3      Q.   Yeah.  Do -- do you still think that
4  that --
5      A.   I'm sorry, I inter --
6      Q.   Sorry.
7      A.   I'm sorry.  Go ahead.
8      Q.   Do you still think, you know, with this
9  knowledge now, that this was an improper move?
10     A.   That what was an improper move, please?
11     Q.   To send out the cease and desists.
12     A.   That Corey should have not sent out the
13  cease and desists?  Is that what you're asking me?
14     Q.   Correct.
15     A.   Well, it depends on whose view one is
16  looking at it from.  To me, Corey is very
17  manipulative at times.  You know, we were looking at
18  the one exhibit, but we didn't look at the other
19  ones.  But the other one said, I explained I never
20  planned on suing Gaia, but was using the threat of a
21  larger suit as a lynchpin to get them to agree not
22  to put on larpers on Cosmic Disclosure.
23          I'm still surprised that he is
24  still expressing -- talking about David -- the same
25  concern.  And then Corey went on to say, to be

Page 223

1  clear, I never planned to file suit on Gaia, other
2  than the possible troll on them showing the new
3  larpers on the show.
4          So Corey is fantastically
5  manipulative.  He man -- he manipulates even the
6  court system, and he's done it several times.  So
7  I -- I do stand by that.  But if we're talking about
8  maybe trying to -- to settle, I -- I don't want to
9  get into any harsher situations or statements.
10     Q.   Sure.  So in terms of when -- when
11  Mr. Goode left -- left Gaia and, you know, as -- as
12  you know and as you stated earlier, a story
13  that's -- that's, you know, new and it grabs you and
14  it pulls you in, and then he brings it to Gaia and
15  then he -- then he leaves, you know, isn't that --
16     A.   Can -- can you speak into the mike, Val?
17  You're -- you're -- you're getting a little muddy,
18  please.
19     Q.   Sure.  So -- so he -- he took this story
20  to Gaia, that -- that you testified earlier that you
21  were pulled in by as well.  And he -- he put it out
22  on the air and made them a lot of money.  And then
23  he's forced to leave by Gaia.  Wouldn't -- wouldn't
24  it make sense for him to protect that story that he
25  took there?

Page 224

1      A.   There's many different answers to that.
2  In other words, how do you protect yourself?  Are
3  you protecting yourself by slandering others and
4  smearing others that might take some of the
5  spotlight from you?  I don't think that that is the
6  right way to go about things.
7          As far as protecting himself with
8  some of the trademarks, then perhaps that was
9  something that needed to be done.  Now, once again,
10  Val, you were involved with the trademarks.  I
11  wasn't.  So, you know, I'm -- I'm not really one to
12  go into specifics on that.
13          So, see, I'm -- I'm giving you a
14  yes and no answer on here.
15     Q.   That's okay.  I'm a lawyer.  We do that a
16  lot.  Okay.
17          (Video played.)
18     Q.   When you heard that he had made $150,000
19  on the -- on the course and then it was $700,000,
20  are -- were -- were both of those statements from
21  Liz Lorie?
22     A.   No.  Val, the first one was from David
23  Wilcock.
24     Q.   Right.  I'm sorry.
25     A.   The 150,000.

Page 225

1      Q.   And for some reason the timing's off a
2  little bit with that.  It was -- I didn't intend --
3  and we talked about that a lot.
4          But what I wanted to focus in on
5  was the allegation that's been thrown around,
6  with -- without -- I -- I haven't seen any
7  documentation about there being all these amounts of
8  money that are coming from somewhere.  And I -- I
9  just -- I'm trying to figure out where that came
10  from, the -- the $150,000 and the $700,000.  Is that
11  data from something Liz Lorie said or is it from
12  somebody else?
13     A.   Okay.  So let me answer this.  The
14  150,000 statement came from David Wilcock, and that
15  was more towards the beginning of when the online
16  course came up.  The $700,000 statement came from
17  Liz Lorie on her videotaped statement that came out
18  at about the same time this statement came up.
19     Q.   Okay.
20     A.   As a matter of fact, it came out two
21  weeks prior.
22     Q.   Okay.
23     A.   And Liz was the former attorney and she's
24  the one that did the online course, so it seems like
25  that's a good quote.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 226

1    Q.   Understood.  You'll have to bear with me
2   on this next time stamp because I -- I have a
3   feeling it's off.
4           (Video played.)
5    Q.   So going back to the -- the -- that --
6   that Mr. Goode didn't want to settle.  Was that
7   Mr. DeSouza that told you that?
8    A.   That he did not want to settle?
9    Q.   Correct.
10   A.   Was -- was that your question?
11          Yes.  That's what we were told
12  at -- at the very beginning when we made overtures
13  as to what does Corey want?  You know, it seems that
14  when someone is suing someone, they have an idea of
15  what they want.  So that's when we made those
16  overtures, Val.
17   Q.   Okay.  Okay.  And the that -- that
18  Mr. Goode was living off the -- the Warrior Light
19  fund, was that something that Ms. Lorie said as
20  well?
21   A.   I don't remember her entire long
22  statement long enough to specifically answer that at
23  that show.
24   Q.   Okay.  But you don't recall who you heard
25  that from?

Page 227

1    A.   I don't recall whether she said that or
2   not.
3    Q.   Okay.
4    A.   But -- but here was one of the points
5   that I was trying to make.  With this Legal Light
6   Defense fund, Corey maintains that he's defending
7   himself from the dark forces and from the cabal.
8           My point is this.  He's the one
9   that initiated these lawsuits with Gaia, Dave
10  Weidner, myself, Roger, Adrienne.  We're not the
11  cabal.  We're not the dark forces.  So where is the
12  cabal?  Where is the dark forces?  How is he
13  defending himself if he's the one initiating the
14  lawsuits?
15          And then he's always threatening
16  new lawsuits at people, as recently as several
17  months ago when the Journey to Truth Voice did some
18  conference or something, it was said that Corey
19  didn't like something that was going on and -- and
20  basically he threatened them with a lawsuit.
21          So those were my points.  Why so
22  many lawsuits?  Why have they drug out?  And who is
23  he -- who is he defending himself from?
24   Q.   So who -- who said that he wanted to sue
25  Journey to -- to Truth?

Page 228

1    A.   I believe they did.
2    Q.   So Journey -- Journey to Truth said in a
3   public statement that they -- that -- that Corey
4   wanted to sue them?
5    A.   I'm not really sure if it was a public
6   statement or not.
7    Q.   Okay.  And who is Journey to Truth?
8   I'm -- I'm not familiar with them.
9    A.   I'm not overly familiar with them.  I --
10  I just know that they had a conference and that, you
11  know, this -- this was said regarding their
12  conference.  I -- I'm not overly familiar with them,
13  Val.
14   Q.   Okay.  Do you know any of the names?
15  I've -- I've never heard of Journey to Truth.  At
16  least if I have, I -- I don't recall.
17   A.   No, I -- I don't know their names.
18   Q.   Okay.  Okay.  Was there anybody else that
19  told you that Mr. Goode never wanted to settle?
20   A.   Well, Corey has made statements that he
21  wanted to wear people out, that he wanted to teach
22  people a lesson, that he wanted to wear them down by
23  attrition when it's come to these lawsuits.  He's --
24  he's made those statements, that he wants to punish
25  people.

Page 229

1           That -- I'm not really sure
2   whether it was directed toward Jay Weidner or
3   something, but there was one statement that Corey
4   made, I want to take everything he has.  Statements
5   to that effect.
6           And it's -- it's very threatening.
7   A lot of people in this community, quite frankly,
8   are afraid of Corey.  They don't want to overstep
9   anything at all.  They don't want to speak out.
10  They're -- they're living in fear of -- of the
11  tyranny that Corey has caused in -- in a lot of
12  cases.  And I'm sorry to say that, but nevertheless
13  it's the truth.
14   Q.   And were these statements that you heard
15  directly from Corey, or were they statements that
16  were just thrown around?
17   A.   The statement of "I want to teach them a
18  lesson," that's in one of my e-mails from Corey.
19  "I'm -- I'm going to teach them a lesson."
20          I'm pretty sure that it was online
21  and -- and Adrienne -- I told you, I'm not a social
22  media person.  Adrienne was better at collecting
23  things than me.  But she had stated on several
24  occasions that Corey said he wanted to wear us out,
25  and other people, by attrition.  In other words,

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 230

1  just keep the case going on and on and on and
2  draining us of money while he's getting the
3  donations.  So yeah, there's statements out there.
4      **Q.  Okay.**
5          (Video played.)
6      **Q.  So in terms of drawing out the lawsuit,**
7  **are you aware that it's actually been defendants**
8  **that have asked for all but two of the extensions in**
9  **this case?**
10         MR. WEBB: Objection.  Vague.
11     A.   My lawyer's sitting here saying that it's
12  vague.  And I'm not really sure of due process, Val,
13  as far as the extensions and so on, so forth.  I
14  know that the court is very backed up.  I know that
15  this should not have taken close to two years.  I
16  have asked for even the mandatory-type settlement
17  that the court is supposed to provide for free.  We
18  were denied on that by the court.  This thing has
19  gone on and on and on.
20         And you -- you said something very
21  pertinent several hours ago where, well, Leon,
22  you're not aware that we've made different
23  settlement offers to you.  No, I -- I wasn't aware,
24  so I'm -- I'm glad that we've had this face-to-face
25  today so that now I am aware and -- and hopefully

Page 231

1  some conclusions can be drawn.
2          (Video played.)
3      **Q.  So in -- in terms of the military --**
4  **military-style operation to completely destroy,**
5  **where -- it sounded like you were pretty upset about**
6  **that.  What -- what do you mean by that?**
7      A.   Let me try to explain this the best I
8  can.
9          I never vetted Corey, as far as
10  checking him out before going to work with him.  I
11  took David Wilcock at his word.  Corey needs some
12  help.  He's a nice guy.  He has different projects,
13  and you could be of benefit to him and Roger.
14         It was only after the lawsuit,
15  Val, that I heard all these different people coming
16  to me about some of the atrocities that had been
17  perpetuated upon them from Corey.  And I -- I go
18  back to saying, everybody can't be lying and -- and
19  everybody can't be wrong.
20         If I had known that, all these
21  different battles.  I've got a list of 26 people in
22  this community that have gotten cease and desists or
23  lawsuit threats or whatever.  A lot of people have
24  been hurt.  A lot of people have been damaged.  If I
25  had known all of this, I would have never gotten

Page 232

1  involved because it's been too many people, it's
2  been too messy, and there's been too much bad
3  energy.  I didn't know about these things until
4  after the lawsuit came out, and then all these
5  people came to me.
6          Quite frankly, I was so busy
7  trying to put meetings together.  And like I said,
8  and keep saying, I don't pay attention to social
9  media.  I didn't know anything about adopting
10  scandal until it was finally brought to my
11  attention.  I didn't know a lot of things that were
12  going on until after the fact.
13     **Q.  And -- and I just wanted to ask you**
14  **again.  I mean, the -- the -- the people that have**
15  **come to you and said these things, I mean, do they**
16  **have any kind of proof or are they just (inaudible)?**
17     A.   Well, there is -- there is something out
18  right now called the Real Story of Corey Goode, and
19  this guy went into a lot of detail of the various
20  things that Corey has done.  Whether it was Surfing
21  Through, the -- the Bill Ryan, and I'm forgetting
22  the name of the original thing, Blue Alien or I'm
23  forgetting the name of it, but at any rate accusing
24  Corey of plagiarism and then going into great detail
25  of Corey having people stalk this man and -- and

Page 233

1  harassed him.
2          There are many, many stories like
3  this, Val.  And this gentleman -- it's over an hour,
4  I wouldn't call it a documentary.  But it's over an
5  hour expose that goes into a lot of details of the
6  various things that Corey has done.  And so many
7  different people in this community do have their
8  stories.
9          And as I said a few sentences
10  earlier, there are a lot of people in this community
11  that are totally afraid of him because of what he's
12  done to other people.
13         MR. WEBB: Can we take a five-minute
14  break, please, Counsel.
15         MS. YANAROS: Sure.  That's fine.
16         MR. WEBB: Okay.
17         THE VIDEOGRAPHER: The time is 4:19.
18  We are now off the record.
19         (Break from 4:19 p.m. to
20          4:21 p.m.)
21         THE VIDEOGRAPHER: The time is 4:21.
22  We are back on the record.
23         MS. YANAROS: Okay.  And I'm sorry,
24  Ms. Stellor can you red back the last -- last couple
25  sentences.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 234

1       (Record read.)
2           MR. WEBB:  And he has a clarification
3  on an earlier point.  I can either ask about it or
4  he can make the clarification.  Whatever you prefer.
5           THE WITNESS:  I'll make the
6  clarification.
7           I had said that we were not aware
8  of settlement offers.  Now, I don't know how many
9  settlement offers came in, Val.  There is one
10  settlement offer that came in October 13th.  No,
11  that can't be right.  Oh, that's today's date.  It
12  came in October 21st last year.  Now, this office
13  did make us aware of that settlement offer.
14           When I was saying I wasn't aware
15  of other settlement offers, I wasn't aware of the
16  one that you said came in at the very beginning of
17  this suit that maybe John DeSouza was offered, or if
18  anything else came in.  So I just wanted to clear
19  that up.
20  BY MS. YANAROS:
21      Q.   Okay.  Thank you.  No, I appreciate that.
22  Thank you.
23           Okay.  And then just to -- just to
24  your last point, just one more question.  I mean,
25  I'm -- I'm just trying to get, you know, the facts

Page 235

1  as it comes down.
2           I hear a lot of, you know,
3  Mr. Goode's been stalking people and -- and he does
4  terrible things.  But I -- I have not heard any
5  actual concrete sort of evidence.  And it sounds to
6  me that it's just a lot of hubbub that's going
7  around.  Is -- is that correct or am I -- am I --
8      A.   No.  No, I -- I -- I don't think so.
9  When somebody like Rita Church goes into the details
10  that she went into, like I said, very tearfully, no,
11  those -- those -- those are not rumors.
12           When the Bill Ryans and other
13  people talk about stalked and made to look like
14  somebody's walking around with the house with the
15  cigarette butts.  As a matter of fact, Corey even
16  talked about it in his deposition.  I -- I think he
17  blamed it on Roger.  But, nevertheless, it was done
18  to Bill Ryan.
19           There are -- and I don't have my
20  notes, Val, in front of me so I -- I don't want to
21  misspeak.  But there were lots of incidents.  And as
22  I said, this one gentleman who did over an hour of
23  this expose, he goes into great detail, great detail
24  on various things that have been done.
25           (Video played.)

Page 236

1      Q.   Mr. Kennedy, do you -- do you ever
2  know -- have you ever known Mr. Goode to -- to
3  practice witchcraft?
4      A.   His MO, Val, is witchcraft.
5           Now, let's get into my ministry
6  for a moment.  My ministry is also a deliverance
7  ministry, and churches fly me in to do deliverance
8  on people that are demonically oppressed or
9  demonically possessed.  There is a difference.
10           A lot of people don't want to talk
11  about deliverance.  It's a scary word to people, so
12  I call it get set free, where you get negative
13  energy off of you or negative forces off of you.
14  And it's a matter of using the light of the holy
15  spirit and the power of the holy spirit and even the
16  power of the name of Jesus, for Jesus Christ was
17  manifest to destroy the works of the evil one, and
18  he went about doing good healing and delivering all
19  those oppressed by the evil.
20           So when you -- when you try to
21  impose your will on people, when you try to
22  manipulate people, when you try to dominate people,
23  that's witchcraft.  It doesn't matter what you want
24  to call it in this modern age, it's witchcraft.
25  When you are getting into the minds of people

Page 237

1  through certain prayers and so on, so forth to
2  dominate them and control them, that is witchcraft.
3  And I can't say it any nicer.
4           It is also the antithesis of love
5  and forgiveness.  It's the antithesis of do unto
6  others as you would have them do unto one.  It's the
7  antithesis of the Law of One that David Wilcock
8  talks about or that Corey sometimes talks about.
9           I am spiritually trained in
10  deliverance.  I can recognize.  There's a certain
11  thing called discerning of spirits.  And when one is
12  trained, they can discern this type of thing.  It's
13  very obvious with his MO.
14           And I -- I wish that we had had
15  these conversations at the beginning of the day
16  because we were going into a -- a nicer place here.
17  Because these are harsh statements, and they were
18  difficult statements for me to make, Val, because,
19  as I said before, loved Corey like a son.  Even with
20  a son, sometimes you have -- you have to call it
21  like it is and see if it can be corrected and see if
22  a person can grow out of certain things.
23           But the way that he has treated
24  certain people certainly is not with love and
25  respect and dignity.  I'm sorry.

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 238

1    Let me use a case in point here,
2  as far as vindictiveness. This whole money grab
3  that took place in March of 2020, it really had
4  nothing to do with money because Corey had money.
5  It had to do with punishing Roger Richards and
6  trying to push him off a cliff because Roger
7  desperately needed money.
8    The man's father had just died a
9  month before, his brother they thought was dead the
10 same month, and now you're going to take the man's
11 money. That's not showing love. That's not showing
12 compassion. Taking money from your team in the
13 middle of COVID, Val.
14    You know, if there's an audit to
15 be done, take 10 percent and set it aside. Take
16 15 percent and set it aside. Don't take the whole
17 team's money when there's no work and -- and these
18 families are suffering. Where -- where is the moral
19 ethics here? Where is the compassion? And you're
20 the team leader. It wasn't right. And these are
21 the things that I'm pointing out.
22    I'll -- I'll make another point.
23 You said yesterday to Adrienne, aren't you sorry,
24 Adrienne, that these statements came out about Corey
25 and it was Christmastime? And as I was watching

Page 239

1  that and hearing that question I said no, I'm not
2  sorry that it came out that it was Christmastime.
3  I'm sorry that this team and their families still
4  were waiting on money over a year later and it was
5  Christmastime. That's what I was sad about. And it
6  was an atrocity. It shouldn't have happened, and he
7  shouldn't have done it. That's what I mean by
8  having a bigger heart and being a bigger person.
9    Q.   So to that point, the -- the first SBA
10 account that all the monies that were going into
11 during 2019, was -- that account was supposed to be
12 a -- a neutral account, correct?
13    A.   Yes.
14    Q.   But nobody else had access to it except
15 for you and Maureen, correct?
16    A.   Well, that's the way it was set up. It
17 was set up for me to be the neutral steward because
18 David didn't trust that he would get his money from
19 Corey and he didn't trust that he would get it on
20 time, and David didn't have a great trust for Roger
21 either. So that's why it was set up.
22    And it was voted on, Val. It was
23 okayed by everybody. And even you said, that first
24 year everything went fine. There were no
25 complaints. I even got, like I said earlier,

Page 240

1  several hours ago, even got a memo from Corey at --
2  in December, which is the end of the year, thanking
3  me for being a team player, taking care of the team,
4  and taking care of the money.
5    So everything was done in order.
6  All of the money was paid out. There's no money
7  sitting in SBA Entertainment, LLC. All the money
8  was paid out. The bookkeeping showed that it was by
9  a CPA. That was for Above Majestic.
10    And as I said you to several hours
11 ago, when it comes to Cosmic Secret money, there was
12 only two payments. One in December, one in March,
13 and then after that that's when -- when Corey took
14 over in March of 2020.
15    So everything is paid for.
16 Everything is accounted for. Every single profit
17 participant, there's a monthly statement showing
18 that they got their money, showing what their
19 percentage was, and showing exactly how much they
20 got that particular month, and it always totaled
21 out.
22    In other words, X amount of
23 dollars came in from Orchard. Here's the amount.
24 You get this much. Here's your 15 percent, or
25 here's your 16 1/2 percent, whatever. And it always

Page 241

1  totaled out to what it was supposed to be.
2    Q.   And did -- did the -- was that
3  communicated to all of the members of the team on --
4    A.   Absolutely.
5    Q.   Did they --
6    A.   Absolutely.
7    Q.   How -- how --
8    A.   Pardon me. You faded out a little.
9    Q.   Oh, sorry.
10    How -- how often did the team get
11 updates on that, on what, you know, what the --
12    A.   Well, they got -- Val, they got their
13 updates every single month. In other words, when
14 the money came in, they got a notice showing much
15 money came in, and here's your payment.
16    Q.   Okay.
17    A.   And they got a total at the end of the
18 year showing how much they had gotten that year, so
19 for their tax purposes. Not one dollar was
20 misspent.
21    Q.   Okay.
22    A.   And by the way, I should mention this
23 because Maureen worked side by side with me for
24 free. She -- she really was -- was getting nothing.
25 By year two, when it came to the back-end

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 242

1 participation, she got 5 percent of Cosmic Secret.
2 But the first year she worked every day with me for
3 free. Other people, they had assistants and so on,
4 so forth that got money. Maureen was not on any
5 payroll.
6         But Maureen is not a novice. When
7 she was working with the Will Prafis company, some
8 of their clients that they handled were big names
9 like Jimmy Stuart, Mel Tormé, Blake Edwards, Julie
10 Andrews, Arthur Park of Sitrian Park Sitrian, Bob
11 Barker, the talk show host that's worth a lot of
12 money, and many other notable Hollywood clients,
13 these are people that she took care of their
14 accounts when she was at the Prafis company, in
15 addition to earlier running her father's medical
16 office because her father was a -- was a doctor.
17         So, you know, these -- these were
18 not amateurs dealing with these funds here.
19     Q.   Right.
20     A.   And, like, for free right away.
21     Q.   So --
22     A.   And me only -- only getting 5 percent.
23     Q.   Okay. And so Maureen was never paid at
24 all?
25     A.   She was never paid the first year. And

Page 243

1 like I said, the second year she got 5 percent of
2 Cosmic Secret. And those are only two months,
3 December and March.
4         We did it out of love, Val, and we
5 did it out of potential. As I said to you before,
6 to me the potential was let's get the series going,
7 let's get the movie going, and everybody will be
8 happy and everybody will then have a -- a big
9 payday. I'm talking about millions of dollars, or
10 tens of millions of dollars if that got going. When
11 you can have a -- a -- a franchise and have it
12 lucrative, then it takes care of itself. It -- it
13 brings on a life of its own. That's what Leon was
14 looking at.
15     Q.   Okay. Understood.
16     A.   Certainly not the 5 percent. It was
17 speculative.
18     Q.   Okay. Almost done with this one.
19         (Video played.)
20     Q.   When you referenced many, many documents
21 of misdeeds, have -- have those documents been
22 produced to us?
23     A.   I'm sorry, can you repeat that, please?
24     Q.   Sure?
25     A.   I was making a note on that.

Page 244

1     Q.   Sure. So you -- you mentioned that many,
2 many documents of misdeeds had been sent to you.
3 Have those been produced and sent over to us?
4     A.   I -- I'll have to check on that, if you
5 can give us a -- a day or two to check on that.
6     Q.   Okay. Certainly.
7     A.   And -- and also I want to say this. As I
8 said, there are other things that I could do and,
9 quite frankly, was getting ready to do.
10         (Video played.)
11     Q.   Oh, I'm sorry. Okay. Go ahead. Sorry.
12     A.   There were other things that I could do
13 and other things that, quite frankly, I was getting
14 ready to do to bring this whole thing to a head.
15         I know that Corey has compromised
16 people. I know that he holds things over people.
17 There's a lot of things that I know that I have not
18 put out and I've been just sitting back on. I'll --
19 I'll just leave it at that.
20     Q.   Okay.
21         (Video played.)
22     Q.   And we've already talked about that, yes.
23 And -- and we now know that that's -- you know, that
24 was a -- a miscommunication, correct?
25     A.   Well, actually, Val, on the timeline, I

Page 245

1 think -- I think this was before. Let me just see
2 here.
3     Q.   No, you're -- you're correct.
4     A.   Yes.
5     Q.   Yeah, in retrospect, right.
6     A.   Okay. Okay.
7         MR. WEBB: Say -- say what you want
8 to say, though. Clear it up.
9         THE WITNESS: No, I -- I did.
10        MR. WEBB: Okay.
11        THE WITNESS: This statement was
12 done. The Christmas before this settlement came up
13 timeline-wise.
14     Q.   And John DeSouza had not sent on the
15 other one. Okay. And I think you actually pre --
16 pre -- preemptively answered my question I'm about
17 to ask here, but I'll just play it.
18         (Video played.)
19     Q.   And -- and I remember discussing this,
20 and it was -- that was really sad. But it -- it
21 turned out that Mr. Richards' brother is not
22 deceased, correct?
23     A.   Yeah. We found this out just this year,
24 that all of a sudden after -- thank you. All of a
25 sudden after what, two years, the brother is not

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 246

1  dead and -- and he shows up, which was, I -- I
2  guess, a miracle.
3      Q.   Okay.  We've got one more to listen to.
4      A.   But -- but here's my -- here's my point
5  to that, Val.  Roger was like Corey's dog.  He would
6  have -- he did anything for Corey.  He was down in
7  the trenches for Corey.  I think that some of the
8  wrong things even that Corey wanted done, from what
9  I'm hearing certain things.  But my point is is that
10 Roger was completely dedicated to Corey until they
11 had this falling out, unfortunately, over
12 percentages.
13          So sometimes even out of a history
14 that you've had with a person, you have some
15 compassion.  You have some sympathy.  So if the man
16 just went through what we thought was at a time --
17 at that time a double tragedy, let him have some
18 money.
19          You know what happened, I -- I
20 ended up just lending Roger some money in this
21 situation, which I've never gotten back.  But that's
22 where I'm talking about as far as compassion for an
23 individual.  That's where I'm talking about the Law
24 of One.  Or if you are a person that truly walks in
25 the light, you have compassion.  You have some

Page 247

1  grace.
2          And these little mini lessons --
3  now, maybe I had no right to do it, but these little
4  mini lessons were some of the things that I was
5  trying to impart into Corey so that the good Corey
6  could dominate the dark Corey.
7          And, Val, if I can just explain
8  maybe Leon for a moment.  You're talking to a person
9  who my entire life, from the time I was 13, all I
10 wanted to do was be a movie star, a writer, producer
11 of films and come to Hollywood.  And back in the
12 '60s there were very few opportunities for a black.
13 There were no blacks in commercials or TV, very few
14 in movies, maybe Sidney Poriter.  And if they had a
15 black, they wanted everybody to know it was a black
16 so they went to dark skin.
17          So I'm thinking, okay, I'm light
18 skin.  How am I going to break in?  So my plan
19 was -- this was a kid, planning -- I'll be a disc
20 jockey.  Back then, Val, they had personality disc
21 jockeys.  So if you were a big personality in your
22 city, you sort of ruled that city.  I'll be a
23 big-time personality, then from there I'll get my
24 own TV show, and then from there I'll do movies.  So
25 I followed that plan from the time I was 15.

Page 248

1          And you asked me about my former
2  wife.  When I got -- I was already a disc jockey.  I
3  was already in all these major markets as a disc
4  jockey.  I already had the TV show that I told you
5  about.  I already had the -- one of the first black
6  syndicated shows in the country.  Then when I went
7  back to Cleveland to do another television show,
8  that's when I met Jane, and Jane was Ms. Ohio.  The
9  first black girl to be Ms. Ohio in the Ms. Universe
10 pageant.  So we got married.
11          Now, I had a TV show and a radio
12 show in Cleveland, big fish in a small pond.  I'm
13 saying let's go to Hollywood.  I can make both of us
14 into stars.  You -- you talk about a young person
15 maybe having too big of an ambition.  I gave up
16 radio.  I gave up TV.  I went to Hollywood not
17 knowing anybody, not having any job waiting.  But
18 just blind faith, believing that in hard work and
19 positive prayer I could pull it off.
20          Well, it took a couple of years,
21 but I did pull it off.  Two black kids -- because we
22 were in our 20s -- from Cleveland, Ohio both coming
23 to Hollywood, both becoming household names.  That's
24 a -- miracle.  I give all credit to God.
25          But here's my point.  I'm at the

Page 249

1  top of my career of doing what I wanted to do.
2  That's all I ever wanted, was the movies.  And I
3  walked away from it, Val, to go into ministry, to
4  follow God's leading.
5          So that is what makes Leon tick,
6  is trying to please God.  It hurt me to walk away
7  from Hollywood.  It -- it -- it's hard to deal with
8  all this stuff and become a star.  It's very, very
9  hard.  Most of the time it's unachievable for
10 millions of people, and then you walk away and you
11 give it all up to go into ministry.
12          As I said, I'm not making any
13 money in ministry.  I'm sometimes in Muscle Shoals,
14 Alabama, a city I've never even heard of, because a
15 church wanted me to come.  The Church has no money.
16 I'm not looking for money.  But I'm staying in a
17 Motel 6 to -- to minister.  Me, Leon Isaac Kennedy,
18 who was at the Academy Awards and dah, dah, dah,
19 dah, dah and I'm at a Motel 6.  But it was for
20 ministry, it was all for helping people.
21          So my point is, is that my moral
22 compass is so important.  And it would have been
23 easier, if it weren't for my moral compass, to just
24 agree with Corey, like Liz Lorie did.  Not to stand
25 up for Adrienne and say, hey, that's not right.  She

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 250

1  deserves something, Corey, and -- and Roger deserves
2  something too, or whoever else I stood up for.
3          I wasn't going against Corey.  It
4  wasn't me for them and not Corey.  I was just trying
5  to do what was right and trying to get him to see
6  what was right because I believed that the new Corey
7  could be even bigger and better than what he already
8  was.  If -- if this is making sense to you.
9          But the last part of this is when
10  it's all said and done and Maureen doesn't want --
11  you know, like it when I say 74, average black man
12  dies at 76.  She's even saying oh, God, now over
13  here.
14          But my point is, is that I'm --
15  I'm in a chapter where being accountable to God and
16  bringing good karma is more important than anything
17  else.  And I'm held accountable to God if I don't at
18  least say to a person, I don't think that's right.
19  That's all I'm saying here.
20  **Q.   Understood.  And -- and didn't Corey ever**
21  **tell you that there were certain things that he**
22  **outlined that were supposed to be part of certain**
23  **projects, like Above Majestic, that -- that people**
24  **just went over his head and cut out the -- the**
25  **directives that he said, and went behind his back**

Page 251

1  **and did whatever they wanted anyways?**
2      A.   Yes, he -- he has said that, and that's
3  one of the things that he said about Cosmic Secret.
4  As a matter of fact, in his deposition I think he
5  said that I went over his head and had Roger do it
6  instead of him doing it with Brandon.
7          But I explained today that we only
8  had that short window of opportunity to do Cosmic
9  Secret.  It had to be done within that short time to
10  take the money or wait until the next year.  Nobody
11  had no money.  So it very important to get the
12  200,000 to keep the team going.  Rather than go
13  bankrupt, keep the team going and we can play
14  another day.  Have a hit film and we can get another
15  project.
16          And I explained to you earlier,
17  Val, it was always in my mind that once Cosmic
18  Secret was done, which was really a run and grab for
19  the money, then we could use our time and have
20  Corey do the -- another project where it could take
21  the proper amount of time instead of a rush, rush,
22  rush job with -- with Brandon.  I explained to you
23  that that was my MO for that.
24  **Q.   Understood.**
25      A.   And I apologize to Corey if he thinks

Page 252

1  that I went behind his back just to -- to take that
2  project.  I didn't.  I -- as a matter of fact, it
3  was explained.  He may not remember now, but it was
4  explained why it happened that way.
5          But once again, because of this
6  rivalry that the two of them had, sometimes people
7  only see what they want to see.  But I had no
8  intention of going behind Corey's back and just
9  giving it to Roger.  There was a reason for that.
10  And also, as I said, the next project would have
11  been what Corey wanted with Brandon.
12  **Q.   Understood.**
13      A.   Rather than go bankrupt.
14  **Q.   Right.  Understood.  But -- but didn't**
15  **that also happen with the Graphic Novel, though?**
16  **He -- he worked hard to get that done and**
17  **finally got it done, but that was the one thing that**
18  **he really wanted to have done, and -- and -- and**
19  **everybody else was doing everything else.  They --**
20  **they wouldn't just get this one project done.**
21      A.   Well, the only way I can answer that is
22  to say that I can't answer that because, as I
23  pointed out, I had nothing to do with the Graphic
24  Novel.
25          Now, I do remember Corey saying I

Page 253

1  want Roger to finish the Graphic Novel.  Roger has
2  promised that he would finish the Graphic Novel.
3  But nevertheless, it didn't happen.  But I go on the
4  record again to say I was not involved in the
5  Graphic Novel or the production of it.
6  **Q.   Okay.  So while we're on this really**
7  **quick.  I'm going to go through a list of names to**
8  **see if you recognize these names.**
9          **Sean Stone?**
10      A.   Yes, I know Sean.
11  **Q.   Okay.  He's a director/producer, correct?**
12      A.   Yes.
13  **Q.   Okay.  Kerr Smith?**
14      A.   Who?
15  **Q.   Kerr Smith.  K-e-r-r, Smith.**
16      A.   I don't think so.
17  **Q.   Okay.  Jayne Atkinson Gill?**
18      A.   No.
19  **Q.   Or Michelle Gill?**
20      A.   No.
21  **Q.   Luis Robledo?**
22      A.   Doesn't ring a bell.
23  **Q.   Okay.  David Kalbeitzer?**
24      A.   No.
25  **Q.   He didn't work with you guys on anything?**

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 254

1    A.   You broke up.
2    Q.   Oh, he didn't work with -- with you on
3  anything, David Kalbeitzer?
4    A.   Who is this?  Who?
5    Q.   David Kalbeitzer.  I don't know if I'm
6  saying that right, or Kalbeitzer?
7    A.   I don't remember that name, Val.
8    Q.   Okay.
9    A.   What do you think I worked on him with?
10   Q.   I thought maybe he had done some work
11  on -- on either Above Majestic or Cosmic Secret.
12   A.   Okay.  So Above Majestic, whoever worked
13  on that other than Jordan Sather, I don't know who
14  worked on that.  It was done, complete and, as I
15  said, contract already signed before Leon got
16  involved with Roger and Corey.  So I -- I don't any
17  of names that worked on Above Majestic.
18   Q.   Okay.
19   A.   And then if you're saying he worked on
20  something else, and I say I don't recognize the
21  name, I'm certainly not trying to mislead you.
22  Sometimes there are people that come on that are a
23  grip or a lighting person, maybe even a sound
24  person.  But I'm not familiar with them because I'm
25  just familiar with the top people that, you know,

Page 255

1  were involved.
2    Q.   Understood.  Okay.  Does David D.
3  Williams sound familiar at all?
4    A.   No.
5    Q.   Michael Wouchers (ph)?
6    A.   Michael who?
7    Q.   Vouchers?
8    A.   No.
9    Q.   W-o-u --
10   A.   No, I -- I don't think so.
11   Q.   Okay.  And --
12   A.   No.
13   Q.   -- James V. Hart?
14   A.   You broke up.
15   Q.   James V. Hart?
16   A.   That -- is that Jim Hart, the writer?
17   Q.   Yes.
18   A.   Okay.  Well, I'm very familiar with him
19  because he's the one that I brought to Corey that
20  wrote Contact.  He's the one that I said would have
21  been the icing on the cake to get the deal done with
22  Netflix.
23   Q.   Right.  Okay.  Yeah.  We did talk about
24  him earlier, that's right.  And Steve Glotzer?
25  Glotzer?

Page 256

1    A.   I don't recognize that name, I don't
2  think.
3    Q.   Okay.  And you've -- you've heard of
4  Jenny McCarthy, right?
5    A.   I have.
6    Q.   So there it --
7    A.   I -- I knew Jenny a long time ago from
8  the Playboy Mansion days.
9    Q.   Oh, okay.  Okay.
10        Yeah, I mean, just so -- so I -- I
11  don't -- would it surprise you if I said all those
12  people approached Corey for his -- because of the
13  Graphic Novel and -- the franchise Bible?
14   A.   When you say approached him, to -- to get
15  it done, or what do you mean?
16   Q.   To -- to work with him on it.  I mean, a
17  lot of people have seen it.  I think you saw when he
18  brought it to his -- his deposition, and it was a --
19  it was a lot of work.  It took a while.  But, you
20  know, they -- they worked really hard on it, finally
21  got it done, and it was one of the things that he
22  really wanted to do, so --
23   A.   No, it -- it -- to answer your question,
24  no, it wouldn't surprise me because it had the
25  potential of being a great project.  So I'm -- I'm

Page 257

1  not surprised that people would be interested at
2  all, and -- and I'm happy for that.
3    Q.   Okay.  I think we're done with this
4  video.
5        We can go on to --
6        (Video played.)
7    Q.   Oh.
8        (Video played.)
9    Q.   I don't know where that came from.
10       MS. YANAROS:  Mr. Guise, where are we
11  at on time?
12       THE VIDEOGRAPHER:  We are at six
13  hours, 25 minutes.
14       MS. YANAROS:  Okay.  Thank you.
15  Okay.  Mr. Guice, are you -- are you pulling up the
16  next one?
17       THE VIDEOGRAPHER:  Yes.
18       MS. YANAROS:  Thank you so much.  I'm
19  sorry.  I didn't mean to --
20       THE VIDEOGRAPHER:  No, you're good.
21  It will be up in just one moment.  All right.
22       MS. YANAROS:  Okay.  I'll go through
23  these pretty fast.  All right.  We will go fast.
24  The beginning -- maybe.
25       THE VIDEOGRAPHER:  Have you requested

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 258

1 control yet?

2 MS. YANAROS: Oh, no. Sorry. I'm,
3 like, why is this not working? Okay. There you go.

4 THE VIDEOGRAPHER: There you go.

5 MS. YANAROS: Okay. Okay.

6 (Video played.)

7 **Q. And I think we -- I think we discussed**
8 **that earlier, just where those allegations were**
9 **coming from. I think you said there was a few**
10 **people that were saying them?**

11 A. Yes.

12 **Q. Okay.**

13 (Video played.)

14 **Q. And I think you actually touched on this**
15 **earlier, that you had lent some money to him, I**
16 **think it was like a few years ago?**

17 A. I said they absolutely would not want to
18 give Corey any other money. Yes, we talked about
19 this.

20 (Video played.)

21 **Q. And I think we -- we don't -- we touched**
22 **on both of those already.**

23 A. Yes, we have.

24 **Q. We did. Okay. Let's see.**

25 A. But -- but I do want to say this, Val.

Page 259

1 **Q. Yes.**

2 A. I did it out of love. You know, a person
3 can say I love Corey, but actions speak so much
4 louder than words. So when you go to bat for
5 someone, when you go out of your way for someone or
6 their family, to me that action backs up what your
7 statement is; I love you and, therefore, I'm trying
8 to do this for you. Even to negotiate the money
9 for the kids, for their special schooling.

10 And I can't tell you, Val, how
11 much it hurts when you've tried to sacrifice for a
12 person out of love, or like Maureen working for free
13 out of love, and then the person just turns on you.

14 It would be one thing to just say
15 I don't want to work with you anymore. But to come
16 out with all these accusations and lies,
17 embezzlement, and didn't get him attorneys and on
18 and on and on, it hurts you to the core of your
19 heart. It makes you almost give up on people. It
20 makes you almost the next time not want to do
21 something nice for somebody because you're just
22 going to get kicked in the behind.

23 **Q. Understood. And -- and I'm -- weren't**
24 **there some instances that -- that Corey was trying**
25 **to scramble to get money for some of the people that**

Page 260

1 **worked for you guys. Like Steve Stephelow (ph), for**
2 **-- for example. I think you brought him up earlier.**
3 **There were instances that he really needed money,**
4 **and -- and he was scrambling to get him money, you**
5 **know.**

6 **I -- I -- I know he -- he may not**
7 **have been able to pay it back your way, but, you**
8 **know, he -- he -- he -- did he not show some**
9 **instances of love, I mean, while -- while you guys**
10 **were together?**

11 A. Okay. Now I need you to speak into the
12 mike a little bit. You're asking did Corey show
13 some instances of love?

14 **Q. Correct. Yes.**

15 A. Is that what you're asking?

16 **Q. Yes.**

17 A. Yeah, he did. And -- and that's why this
18 is so tragic. I told you earlier today, when I
19 stood up to Danny Green at Orchard and got us that
20 other $100,000, Corey is the one that said on the
21 conference call, this wouldn't have happened if it
22 weren't for Leon. So that's showing love and
23 appreciation.

24 I told you at the end of the year
25 in December, Corey sent me a -- a -- a nice note

Page 261

1 saying thank you, Leon, for holding the team
2 together. Thank you for, you know, doing the
3 payments and -- and so on, so forth. I -- I
4 appreciate you. Many times he -- he said that --
5 that he appreciated me.

6 We had a good time together. When
7 he came out here and visited, I -- I took him around
8 town. There was an event over Smokey Robinson
9 getting an award. I took him to Smokey's, the
10 event, had him sit right next to Smokey, and so on,
11 so forth. Corey and I had a good time together.

12 I -- I loved the man. He was
13 like -- I keep saying this, he was like a son. So I
14 said this earlier, Val. To me, Adrienne and I are
15 collateral damage from the big divorce and the big
16 feud going on between Roger and Corey, with so much
17 unfinished, unsettled business that they had done in
18 the past.

19 And at one point I was willing to
20 even try to help barter that. I even volunteered to
21 try and help barter the things with Adrienne, and --
22 and asked Liz Lorie to sit in on that, by the way.

23 So it's very hurtful that someone
24 that you love, someone that you saw all this great
25 potential in, and then the ministry part of me

Elliott Reporting, Inc.    719.434.8262 office@elliottreporting.com

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 262

1 trying to bring out the higher self, that it turned
2 out this way. It's -- it's very hurtful.
3    **Q.   Okay.**
4        (Video played.)
5    **Q.   So doesn't -- I mean, he -- he paid**
6 **people like Steve Stephelow and Roger Richards and**
7 **the people that were working on all these projects,**
8 **correct?**
9    A.   Well, I don't know if he did or not.
10 According to Adrienne and Roger -- once again, this
11 is before my time -- but they didn't get paid. It
12 was all going to be paid on the back end.
13        Now, I can answer this
14 specifically. Brandon Graham and -- and Dave
15 Everett -- Everhart worked for Corey for a good year
16 and a half, Val, doing all types of great sizzle
17 reels. And earlier I told you when I had that whole
18 merchandising pitch put together, well, it was
19 Brandon and Dave and -- and Roger that did that, the
20 putting together these wonderful sizzle reels that
21 made someone like -- like Netflix be interested.
22        This was Brandon and Dave and --
23 and Roger doing these things. And there was no
24 payment. The payment was going to come on the back
25 end. He didn't -- he wasn't paying people, was my

Page 263

1 point. But then the payment was going to come on
2 the back end, and then the darn back end was taken
3 from these people.
4    **Q.   So Roger never told you --**
5    A.   So --
6    **Q.   I'm sorry. Go ahead.**
7    A.   So with Brandon and Dave, a year and a
8 half worth of hard, brilliant work, I must say, and
9 they've gotten, you know, nothing.
10    **Q.   So -- and Roger never told you that he was**
11 **getting paid $6,000 a month?**
12    A.   No. Once again, I -- this was before my
13 time. When I got involved, the payments to people
14 came out of Above Majestic.
15    **Q.   Okay.**
16    A.   And then when you're talking about me
17 scrambling for money to -- to keep Corey
18 appraised -- I mean afloat. One of my letters said
19 to him, where he was saying -- well, and see, his --
20 his tune changed once the lawsuit hit. Before that,
21 there was some love. After that, it was just a lot
22 of lies.
23        But when it came to the
24 bookkeeping was sloppy and I was saying to him, no,
25 the bookkeeping is not sloppy, Corey. But the

Page 264

1 bookkeeping was erratic. Because as I said to you
2 earlier, Val, we couldn't make payments just on the
3 1st and the 15th like -- like most companies. There
4 was always some financial fire to put out.
5        Or Corey needed an advance. And
6 like I said in this statement here, the man just got
7 $10,000 a -- a month or a month and a half ago and
8 now he's saying I -- I need an advance. So these
9 advancements threw bookkeeping off.
10        Or there was another time where
11 Amy, his assistant, was supposed to be paid. And,
12 you know, I don't have the exact figures. But let's
13 say she was supposed to be paid $1,800. The $1,800
14 should have been sent to Amy. But Corey had talked
15 to her, saying he needed money. Amy said, "Just
16 send it to Corey."
17        I said, "Hey, Amy, for bookkeeping
18 purposes, I need to send it to you and then you need
19 to send it to Corey."
20        And she said, "But he needs -- he
21 needs money right now. He -- he needs money right
22 now. Just send it to Corey."
23        I said, okay, Maureen. Just go
24 ahead and send it to Corey. It's Amy 's money.
25        But those things, Val, do cause

Page 265

1 bookkeeping nightmares. And I'm just giving you a
2 few examples of things that occurred all of the time
3 because of mismanagement of money.
4        And I do want to say one other
5 thing. We talked about being a life coach and so
6 on, so forth. I wanted the best for him. I talked
7 to him about there's so much money here going
8 through your hands. I sure would like to see you
9 own a home. I sure would like to see you have some
10 assets with all of this money that's going through
11 here. Good times don't always last, but assets do.
12        So these were the type of, I won't
13 call it estate planning, but at least future
14 planning that I tried to talk to them about. Now,
15 at least David Wilcock bought a home in Colorado.
16 But to my knowledge, Corey had not. I -- I wanted
17 him to own a home.
18        (Video played.)
19    **Q.   Okay. And so I think this was one of**
20 **the -- the instances that -- that Corey pointed out,**
21 **where he just felt people were going over his head,**
22 **and he wasn't, you know, being -- he wasn't being**
23 **listened to or being dealt with fairly, right? I**
24 **mean, wouldn't you -- isn't that an instance where**
25 **you would see he could have an issue with that?**

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Page 266

1    A.   No.  Val, in this instance, and we talked
2  about this earlier, this was talking about the
3  negotiation and it was on the -- remember, it was on
4  the telephone call that you had me listen to?
5    **Q.   Yes.**
6    A.   This was the conversation about David
7  getting a percentage or not getting a percentage.
8  And earlier you had played me that telephone
9  conversation with Corey and Roger, explaining why
10  they were frustrated with David, why they felt he
11  didn't deserve the percentage.  That's what this was
12  talking about.
13    **Q.   Right.  But so he -- he originally had a**
14  **5 percent, and then you talked to Jim Martin to get**
15  **him the 15 percent, correct?**
16    A.   That is correct.
17         (Video played.)
18    **Q.   So we've been talking for a long time**
19  **today, Mr. Kennedy, and we've gone through the**
20  **timeline in painstaking detail.  But can you see**
21  **where from Mr. Goode's perspective, a lot of -- of**
22  **these business ventures are tied in together?**
23    A.   I do understand about the -- especially
24  with Roger's statement in that phone call about
25  SBA Media having funded Above Majestic.  I do

Page 267

1  understand that.  Maybe that's what ties into
2  Graphic Novel.
3         As I said to you earlier, Val,
4  that was before my involvement, nor did I know
5  anything about it.  But I do understand where some
6  of these things do overlap, yes, to answer your
7  question.
8    **Q.   I think we're done with this one.  I just**
9  **have a few thoughts from the next one, and then I**
10  **think we're done.**
11    A.   Before we finish, Val, could I ask you a
12  couple questions?
13    **Q.   We --**
14    A.   Do we have enough time for that?
15    **Q.   We're not really supposed to do that.**
16    A.   Oh.
17    **Q.   I know we've had a lot of back and forth.**
18  **It's because we're -- we're comfortable with each**
19  **other, but.**
20    A.   There were just a couple other things
21  that I was trying to -- to clear up here as far as
22  damages that -- that Corey said I caused him or
23  versus damages where -- where I've been damaged too.
24         Or, for example, with -- with Jim
25  Hart, where Jim Hart was -- I set up that meeting,

Page 268

1  Val, and brought Jim Hart in.  Corey then turned
2  around and went back to Jim Hart and said, "I have
3  fired Leon because he's embezzled and he's already
4  defaulted in the lawsuit."
5         Now, you, as the opposing
6  attorney, you know I hadn't defaulted two years ago
7  or year and a half ago, and I haven't defaulted now.
8         But my point is I've already
9  pointed out in Hollywood circles, that A-list circle
10  is so very small.  And if Jim had been the type of
11  person to just spread rumors, that could have been
12  very career ending.  In other words, Leon embezzled
13  from a company, he's fired, dah, dah, dah, dah, dah.
14  Things like that are very, very damaging.  Things
15  like that could have been a -- a major lawsuit just
16  for me just for that.  So I'm just saying he's not
17  the only one that's -- that's been damaged here.
18  That's all that I'm trying to say.
19         And as -- as far as the
20  embezzlement, I go on the record again, I haven't
21  embezzled anything.  I think I've made it so clear
22  to you my spiritual integrity.  No way in heaven
23  would I -- I wouldn't do it for $10 million, much
24  less, what, 10,000?  50,000?  No.  I embezzled
25  nothing.  That's -- that's all I wanted to clear up.

Page 269

1    **Q.   Understood.  Understood.**
2    A.   And -- and I -- I thank you for giving me
3  certain leeway that normally a client doesn't get.
4  I appreciate it.
5    **Q.   Well, I think -- I think there's a lot --**
6  **I think there is -- I think there's a lot out there**
7  **that's -- that's gone on, you know, between and**
8  **amongst all the -- the parties.**
9         **I know that -- I know that, you**
10  **know, Mr. Goode has been damaged, right?  I mean, it**
11  **seems like you're doing fine, right?  I mean, you're**
12  **still making documentaries and got some -- some**
13  **really good projects going on; is that correct?**
14    A.   Well --
15         MR. WEBB:  Objection.  Assumes facts.
16  Compound.
17    A.   But I'll -- I'll try and answer the
18  question in this way.
19         Corey has over $200,000 that the
20  teamship has some of, and he's been holding on to
21  that money for close to two years now.  I don't
22  think that that's fair.  And then if Corey's IP is
23  so great, then I think he would have other deals.
24  So I'll -- I'll answer it that way.
25         Or even in the deposition, he said

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 270

1  he's got major Hollywood people that want to do a
2  big deal with him now. So it sounds like he's doing
3  okay too and wasn't that damaged.
4          But I want to end this on a
5  positive note. And -- and the positive note that I
6  want to say is that -- I had said this earlier. I'm
7  really tired of the wasted money. I'm tired of the
8  wasted time. And I was getting ready to do some
9  other drastic measures, as far as coming out with
10 some other statements and so on, so forth. I have a
11 lot more information that I could put out, but I
12 really don't want to. I'd rather, as a gentleman,
13 work something out.
14          I go back to what I said before.
15 I think that Corey has great potential and can do a
16 lot of great things in this world with his gifts,
17 with his IP, and the other things that he has to
18 offer. And the spiritual side of me wants to see
19 the good Corey win. I'll leave it that way.
20     Q.   Understood. Understood. I think -- you
21 know, I think there's still an avenue to get there.
22 I just have a few more -- a few more things to play
23 from the last video, and then I think we can call it
24 a night. It looks like you might --
25     A.   Well, that was my conclusion -- that was

Page 271

1  conclusion statement. I didn't know we still had
2  other things to go. I'm sorry.
3     Q.   There's just a -- it will be like maybe,
4  I think we might be out underneath -- underneath the
5  amount of time.
6          THE VIDEOGRAPHER: All right.
7  It's -- it's going up right now.
8          MS. YANAROS: Okay.
9          THE VIDEOGRAPHER: You'll need to
10 request access again.
11         MS. YANAROS: Oh, okay. Got it.
12         (Video played.)
13     Q.   So just right there, that goes right to
14 what we were talking about. I mean, he had -- it --
15 it hasn't been butterflies and rainbows, right? I
16 mean, he's -- he's encountered people that don't
17 want to work with him because of the stuff that's
18 happened. Is that correct?
19         MR. WEBB: Objection. Foundation.
20 Speculation.
21     A.   Okay. I'm -- I'm going to answer anyway.
22 Val, I think it's a point now
23 where the chickens have come home to roost, where
24 Corey has fallen out with so many people, so many
25 combative issues that that's why people don't want

Page 272

1  to work with him. They're afraid to work with him
2  because he's ended up -- he's ended up falling out
3  with everybody that he's ever come into contact
4  with, if you look at his track record.
5          And -- and I think there's some
6  spiritual growth that has to take place and some
7  interperspectives have to take place and that the
8  new Corey can come out and maybe be better accepted.
9          But right now people are afraid to
10 work with him. And I can tell you how Hollywood is.
11 When executives see, oh, lawsuit after lawsuit after
12 lawsuit, no. Hell, no. It's not worth it. I don't
13 even want to take a meeting with him. That's how
14 Hollywood is.
15     Q.   But isn't it true that he only has two
16 lawsuits in his whole -- in his whole history? It's
17 just these two lawsuits?
18     A.   No, I don't think so. I -- I think that
19 there was a lawsuit before with the trademark with
20 Gaia. I think that there's a lawsuit now going on
21 with Gaia. I think that there's the lawsuit with
22 the young lady whose name I never -- I think her
23 name is Alicia or -- or something like that. That's
24 a -- a lawsuit going on that David Wilcock is also
25 involved with. There's the lawsuit with us. And

Page 273

1  then, as I pointed out to you before, there's the 26
2  community members that he has threatened to all to
3  cease and desist.
4          All these people talk, Val. So
5  whether it's Linda Moulton Howe, or Richard Boland,
6  or Dark Journalist, or Jimmy Church, or Tony
7  Rodriguez, James Ring, and on and on. Liz
8  Lorie, his own attorney. So, you know, he -- he has
9  dug a deep hole here, and I -- I think there's got
10 to be a change for people to trust again.
11         So, no, I -- I -- I don't think
12 that it's a -- a small, minute thing.
13     Q.   Okay. So you said there's been two
14 lawsuits with Gaia?
15     A.   I thought before there was a trademark
16 lawsuit, and now there's this ongoing lawsuit.
17     Q.   I -- I think maybe that was some
18 misinformation that someone put out there.
19     A.   Okay. Well -- well, actually, you would
20 know better than me, yeah. You know, I -- I stand
21 corrected because when we were on -- this is back
22 when I worked with Corey. You and I were on a
23 conference call together, and I thought that that
24 was about a lawsuit or a pending lawsuit about the
25 trademarks. And when I hired Dan Meachum to help

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 274

1  Corey with Gaia, that was about a -- either a
2  pending lawsuit or -- or whatever.
3          So I don't know.  That was two
4  years ago.  It has nothing to do with this new RICO
5  lawsuit.
6      Q.  All right.
7      A.  So in my mind, there were two different
8  instances.
9      Q.  Okay.  But that -- that was -- I mean,
10  that was right around the time this law -- the --
11  the Gaia lawsuit was filed, right?  Like maybe a
12  month or two beforehand, with Mr. --
13      A.  No.  I think it was at least a year
14  apart.
15      Q.  Okay.
16      A.  But -- but that's not the main point.
17  The -- the main point is that when you get a
18  reputation, it makes people very leery.  It makes
19  people very gun-shy to do business with a person.
20  And as far as all these other individuals are
21  concerned, Val, is Corey always the victim?  Is --
22  is he the one that's right and everybody else is
23  wrong?  There's too many other people to all be
24  wrong.
25          So that's a situation that he's

Page 275

1  going to have to work with.  And as I said, I always
2  look for the spirit of redemption.  I'm hoping that
3  the better Corey will emerge and can go on and do
4  some great things.  That's -- that's my hope.
5      Q.  Okay.  Well, and I'll represent to you
6  that -- that Mr. Goode has only filed two lawsuits
7  in his life.  So for him to get a -- a reputation
8  like that, don't you think that that's a little
9  unfair?
10          MR. WEBB:  Objection.  Improper.
11          You can answer.
12      A.  Well, I cannot, when I have a whole list
13  here of over 20 individuals in the metaphysical
14  community who Corey has sent a cease and desist.
15  He's tried to suppress them in one way or another,
16  silence them in one way or another, or shame them
17  in -- in one way or another.  It's a big long list,
18  Val.
19          And somewhere along the line I
20  think that one has to take responsibility for their
21  actions, hopefully change, and then maybe people
22  will change their reaction.  But right now the
23  reaction is -- is not good.  There's been a lot of
24  damage done.
25      Q.  But don't you think it's important to

Page 276

1  protect what you worked for, worked hard to produce?
2          MR. WEBB:  Objection.  Argumentative.
3  Foundation.  Incomplete hypothetical.  Vague.
4      A.  We talked about protecting the
5  trademarks.  And -- and, yes, that -- that probably
6  was a pertinent thing to do.
7          But as far as smearing people and
8  all the other things that have taken place, no,
9  that's not the right MO.  And there's too many
10  people that have been damaged, and they talk.  They
11  talk to each other.  It's -- it's -- you know, it's
12  not a big community, this metaphysial community.
13  These people know each other and they know of each
14  other.
15          Hollywood, if you're going to do
16  big business in Hollywood, I already said to you,
17  Val, it's a very close circle, about 200 A-list
18  people.  They talk.  When Corey sued me, he hurt
19  himself in Hollywood because I have a great
20  reputation in Hollywood.  So for people to hear that
21  Corey Goode sued Leon Isaac Kennedy, it did a lot of
22  damage, believe me, as far as his credibility.  When
23  he lied to Jim Hart, he hurt himself, not me.
24      Q.  Understood.
25          MR. WEBB:  I believe we're out of

Page 277

1  time.
2          MS. YANAROS:  I had a couple more
3  things to play.
4          MR. WEBB:  Correct me if I'm wrong,
5  Mr. Videographer, but we're at seven hours, right?
6          THE WITNESS:  I -- I don't mind going
7  extra.
8          THE VIDEOGRAPHER:  Yeah, we -- we
9  have gone seven hours.  Sorry.  I was muted.
10          MS. YANAROS:  Oh, okay.
11          THE WITNESS:  I was saying I don't
12  mind going extra because Val was nice enough to let
13  me ask some questions, so I don't have that
14  objection.  I --
15          MS. YANAROS:  Okay.
16          THE WITNESS:  Lenden's looking at me
17  strange.  But if it's okay.
18          MR. WEBB:  I want to go home to my
19  kids.
20          THE WITNESS:  Okay.  Well, how much
21  more time do you need, Val?
22          MS. YANAROS:  Three minutes, that's
23  it.  I know, I've got -- I've got a baby at home,
24  too, waiting for me.
25      Q.  Okay.  His name you guys would be

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 278

1  familiar with.  Okay.
2        (Video played.)
3     Q.   Just one last question.  How do you think
4  Mr. Goode felt when he -- when he --
5     A.   I'm sorry, can -- can you speak up,
6  please?
7     Q.   Yes.  How -- how do you think -- how do
8  you think that was received when -- when thousands
9  of people saw that?
10     A.   I think it was received as truth, Val.  I
11  do not make off-the-hand statements.  My statements
12  come from prayer.  I -- I was very prayerful before
13  making my statements.  I was not going off on some
14  rage tirade.  I was very, very prayerful with
15  everything that I said.
16        And I -- I think that there was a
17  lot of truth in there, that we all have a day of
18  reckoning.  We all have a day that we have to humble
19  ourselves before God and say, what am I doing wrong?
20  Where do I need to change?  Where do I need to
21  adjust so that I can grow?
22        Everybody has to go through that
23  type of metamorphosis, and that's what I was saying
24  to Corey.  Either you can change, but obviously this
25  is not working, it's not right.  And you can take

Page 279

1  some type of responsibility for your actions instead
2  of always I'm the victim and I'm right and being
3  arrogant.  You can have an inner perspectives and
4  you can reach out to some light workers for some
5  help.  That's how we grow.
6        So no, I -- I meant every word of
7  that, and every word of that was very sincere.  And
8  as -- as far as I'm concerned, it was very
9  spiritual, Val.
10     Q.   Okay.  Well, do you --
11        MR. WEBB:  And with that, it's past
12  the three minutes, it's been six.  Let's go ahead
13  and close.
14        MS. YANAROS:  Thank you so much for
15  your time today, Mr. Kennedy.
16        THE WITNESS:  It -- it was my
17  pleasure, Val.  And -- and -- and I thank you.
18        MS. YANAROS:  Absolutely.
19        Ms. Stellor, I forgot to mark
20  those two last videos as exhibits.  I believe the
21  last one's Plaintiffs' Exhibit 32.  Does that sound
22  right, and then the -- the one before that
23  Plaintiffs' Exhibit 31?  Oh, sorry.
24        THE VIDEOGRAPHER:  Am I good to
25  conclude for us?

Page 280

1        MS. YANAROS:  I'm sorry?
2        THE VIDEOGRAPHER:  Am I good to
3  conclude for us?
4        MS. YANAROS:  Oh, I think we still --
5  do -- do we need the exhibits on the -- on the
6  record, or we can do that afterwards?  Is it okay
7  to --
8        MS. COURT REPORTER:  Yeah, I can do
9  it off the video record.  We can discuss it.
10        MS. YANAROS:  Oh, okay.  That's fine.
11        MS. COURT REPORTER:  Okay.
12        THE VIDEOGRAPHER:  Okay.  I'll
13  conclude for us, then.
14        MS. YANAROS:  Okay.  One more -- one
15  more thing.  I'm -- I'm pretty sure I designated it
16  as confidential at the beginning, but I -- just --
17  just in case I didn't, designating this as
18  confidential.
19        MR. WEBB:  Yeah, we're off the
20  record.
21        THE VIDEOGRAPHER:  All right.  The
22  time is 5:44.  We -- this conclude the remote
23  deposition.  We are now off the record.
24        (Whereupon, the deposition concluded at
25        5:44 p.m., October 13, 2022.)

Page 281

1        (Exhibit Nos. 33 and 34 were
2        marked.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Page 282

Page 283

SIGNATURE OF WITNESS

I, LEON ISAAC KENNEDY, the witness in the above deposition, have read the within transcript of my testimony. I have made _____ changes in said testimony and have stated such changes (if any) and the reason for each change on a separate sheet attached to this transcript. My testimony as given herein is true and correct, to the best of my knowledge and belief.

_____

PHILLIP M. SWAFFORD

Subscribed and sworn to before me this _____ day of _____, 2022.

Page 284

SIGNATURE PAGE

I, LEON ISAAC KENNEDY, the deponent in the above deposition, do acknowledge that I have read the foregoing transcript of my testimony, and state under oath that it, together with any attached Amendment Sheet pages, constitutes my sworn statement.

_____ I have made changes to my deposition
_____ I have NOT made any changes to my deposition

_____

LEON ISAAC KENNEDY

Subscribed and sworn to before me this _____ day of _____, 20___.

My commission expires: _____

_____

Notary Public

Return to:
Elliott Reporting, Inc.
31 N. Tejon Street, Suite 202
Colorado Springs, CO, 80903
719.434.8262
Office@elliottreporting.com

Page 285

CERTIFICATE OF DEPOSITION OFFICER

I, LEEANN L. STELLOR, Registered Merit Reporter and Certified Realtime Reporter within Colorado, ID 200401669, appointed to take the deposition of LEON ISAAC KENNEY, do hereby certify that before the deposition he was duly sworn by me to testify to the truth; that the deposition was taken by me then reduced to typewritten form herein; that the foregoing is a true transcript of the questions asked, testimony given and proceedings had.

I further certify that I am not related to any party herein or their Counsel, and have no interest in the result of this litigation.

__X__ Reading and Signing was requested.
_____ Reading and Signing was not requested.
_____ Reading and Signing was waived.
_____ Reading and Signing is not required.

_____

Leeann L. Stellor

Registered Merit Reporter
Certified Realtime Reporter
and Notary Public

My commission expires June 8, 2024

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

```
                                    Page 286
 1   Errata Sheet
 2
 3   NAME OF CASE: JAMES COREY GOODE vs ROGER RICHARDS RAMSAUR
 4   DATE OF DEPOSITION: 10/13/2022
 5
 6
 7   Page _____ Line _____ Reason _____
 8   From _____ to _____
 9   Page _____ Line _____ Reason _____
10   From _____ to _____
11   Page _____ Line _____ Reason _____
12   From _____ to _____
13   Page _____ Line _____ Reason _____
14   From _____ to _____
15   Page _____ Line _____ Reason _____
16   From _____ to _____
17   Page _____ Line _____ Reason _____
18   From _____ to _____
19   Page _____ Line _____ Reason _____
20   From _____ to _____
21   Page _____ Line _____ Reason _____
22   From _____ to _____
23
24              _____
25                  Leon Kennedy
```

```
                                    Page 287
 1   Errata Sheet
 2
 3   NAME OF CASE: JAMES COREY GOODE vs ROGER RICHARDS RAMSAUR
 4   DATE OF DEPOSITION: 10/13/2022
 5
 6
 7   Page _____ Line _____ Reason _____
 8   From _____ to _____
 9   Page _____ Line _____ Reason _____
10   From _____ to _____
11   Page _____ Line _____ Reason _____
12   From _____ to _____
13   Page _____ Line _____ Reason _____
14   From _____ to _____
15   Page _____ Line _____ Reason _____
16   From _____ to _____
17   Page _____ Line _____ Reason _____
18   From _____ to _____
19   Page _____ Line _____ Reason _____
20   From _____ to _____
21   Page _____ Line _____ Reason _____
22   From _____ to _____
23
24              _____
25                  Leon Kennedy
```

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Index: $1,800..79

**$**

**$1,800** 264:13

**$10** 268:23

**$10,000** 264:7

**$100,000** 70:21 89:2 90:4,6 92:25 93:11, 23 94:11,22 114:1 216:22 260:20

**$150,000** 224:18 225:10

**$194,000** 83:19

**$2** 85:15

**$20,000** 73:5,8

**$200,000** 88:12 101:11 181:11 269:19

**$25,000** 72:13

**$260,000** 101:9

**$30,000** 73:4

**$300,000** 82:17

**$50** 71:23

**$50,000** 73:3,7

**$50,797** 101:3

**$500,000** 58:19

**$6,000** 263:11

**$60,000** 101:12

**$700,000** 70:3 224:19 225:10,16

**$75,000** 70:19,25

**$80,000** 200:22

**-**

**-he** 55:9

**0**

**0** 160:4

**000** 71:23

**0034** 159:7

**0054** 160:5

**1**

**1** 17:6 157:19

**1/2** 201:19,21 240:25

**10** 238:15

**10,000** 268:24

**100,000** 46:24 88:13,14

**10509** 11:4

**1091** 48:25 50:5 51:24 82:18 90:18 94:3 101:3,9,23 104:5 106:10

**1091's** 101:15 105:14,15,16

**1099** 50:9

**10:17** 21:6,7

**11** 118:18,22 119:10 120:9 139:22

**11:56** 92:3,4

**12** 101:4,7 117:22

**12:16** 92:5,6

**13** 247:9 280:25

**13th** 5:4 234:10

**14th** 158:5

**15** 18:22 25:25 46:11,14 48:1,2,16 77:5 193:1 201:12 205:25 206:9 214:2 238:16 240:24 247:25 266:15

**150** 100:14,15 150:9

**150,000** 200:9 224:25 225:14

**15th** 81:20 161:20, 23 165:8 264:3

**16** 176:3 201:19,21 240:25

**16th** 171:21 172:5 173:23

**18** 29:1 193:14

**18th** 155:8

**1967** 27:10

**1968** 27:10

**1971** 26:7

**1980** 29:16

**19th** 101:4

**1st** 81:19 264:3

**2**

**2** 17:6 120:3 157:19 173:22

**20** 18:22 33:2 41:22 46:9 57:7 60:2,3 61:19 67:8,15 68:10 81:12 114:11 137:11,12 174:9 275:13

**200** 62:11 276:17

**200,000** 90:7 251:12

**2018** 23:7 37:5 43:6, 24 44:19 49:17 81:2, 4,5 190:12

**2019** 49:25 52:25 53:5 54:23 55:7 56:7,9,20 65:5 67:16,18,19,20,24 69:7 82:17 113:24 114:3 152:8 155:4, 10 165:8 171:21 174:4 190:12 191:3 239:11

**2020** 53:3,5,6,7 54:23 55:7 65:6,7 83:18 95:16 104:11 146:18 238:3 240:14

**2021** 55:7 123:3

**2022** 5:4 280:25

**20s** 248:22

**21st** 234:12

**23rd** 152:7 155:4 161:22,24

**24** 111:25 112:1

**25** 46:10 57:6 60:20 156:7 158:12 174:9 257:13

**250** 23:9

**26** 29:7 156:18 193:3 231:21 273:1

**260,000** 101:23

**27** 29:7 160:6,7

**28** 161:10,11

**29** 151:3 168:3,4

**2:42** 176:3

**3**

**3** 29:25 120:7 158:6 173:22 181:23 209:25

**30** 6:7 37:15 53:12 152:6 171:14,15

**31** 151:20 182:1,2 279:23

**31st** 101:5

**32** 151:20 211:14,21 279:21

**34** 155:22

**3:00** 6:6

**3:17** 210:2,4

**3:22** 209:25 210:1

**3:27** 210:5,6

**3:30** 6:17

**3rd** 95:16 100:25 104:10

**20s** 248:22

**4**

**450** 11:5

**48** 79:22 80:10

**4:19** 233:17,19

**4:21** 233:20,21

**5**

**5** 46:7,17 49:3 58:7, 24 59:1,2,25 164:4 205:25 206:1,25 242:1,22 243:1,16 266:14

**5'2"** 23:9

**50** 22:5

**50,000** 101:5 268:24

**50-year** 31:3

**500,000** 206:20

**5206** 161:6 162:20 164:5 167:10

**5:44** 280:22,25

**6**

**6** 249:17,19

**6.B** 105:11

**60** 20:2 88:20 146:19

**60s** 247:12

**66** 167:4,10,21

**7**

**70** 35:18

**70,000** 83:20

**70s** 25:3

**74** 217:12 250:11

**76** 250:12

**79** 20:2

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

**8**

**8** 20:3

**80** 33:3

**80,000** 200:17,18

**8491** 162:25

**8491-8645** 96:16

**8492** 131:25

**8493** 131:25

**85** 102:23 103:17

**8550** 102:24 111:3 112:6

**8571** 102:24 103:17 104:23

**8573** 102:24 104:23

**8605** 159:13 166:13

**8645** 162:25

**9**

**9** 177:1

**90** 146:19

**90s** 31:18

**92121** 11:5

**94** 171:8 172:22

**97** 173:1 174:24 175:2,6,7,9,18 176:10 177:2

**98** 173:6 175:22,25

**99** 172:22

**9:10** 7:7

**9:15** 7:7

**9:24** 5:4

**9:36** 18:8,10

**9:40** 18:11,12

**9:43** 21:3,5

**A**

**A-LIST** 62:11 195:6 268:9 276:17

**a.m.** 5:4 18:10,11 21:5,6 92:4

**Abrams** 61:23 67:15

**absolute** 220:11

**absolutely** 8:11 45:5 55:3 60:8 70:23 78:22 86:12 95:13 97:5 115:5 116:6 162:12 181:21 186:3 241:4,6 258:17 279:18

**absorbed** 101:22

**absurd** 55:13 107:6 184:10 185:23 187:12

**absurdity** 216:23

**academy** 30:4 38:19,20 193:11 249:18

**Accelerating** 84:7, 12,20,22,24 86:15

**accepted** 272:8

**access** 154:3 158:23 159:5 239:14 271:10

**accidentally** 132:25

**account** 50:6 53:8 54:12 74:7 102:3 152:15 153:15,18 155:13 159:7,9,12, 17,18,21,25 160:1 162:8,10 165:17 166:4,13 239:10,11, 12

**accountable** 76:12 77:2 250:15,17

**accountant** 56:10

**accounted** 240:16

**accounting** 53:11, 15,17 54:2,3,21,22 55:13,14 56:4 74:8 102:7,9,10 106:4 146:14,16 157:3 158:8,21 159:25

**accounts** 107:22 153:4 242:14

**accurate** 158:21

**accusation** 74:5

**accusations** 31:10 216:12 217:16 259:16

**accused** 24:1 106:25 184:7 185:23

**accusers** 216:8

**accusing** 232:23

**achievement** 29:11 32:18

**achievers** 30:21

**acted** 146:11

**acting** 110:7

**action** 132:21 137:15 212:25 259:6

**actions** 259:3 275:21 279:1

**actual** 17:13 113:10 235:5

**add** 54:24 176:16 180:1

**addition** 14:18 73:2, 3 242:15

**address** 15:10,11 48:4 49:20 107:16, 21 132:8 174:18 190:25 191:15 203:14 213:4 215:10 216:7 220:7

**addressed** 106:2 107:14,23 152:22 216:4

**addresses** 133:22

**addressing** 104:9 131:15 136:15 169:3 215:2

**adjust** 192:9 278:21

**admittance** 55:17

**admitted** 47:7

**adopting** 232:9

**adrienne** 12:8 19:21 75:3,6,10,14,25 77:18 78:3 115:23 116:1 125:10 139:2 145:21 227:10 229:21,22 238:23,24 249:25 261:14,21 262:10

**advance** 6:10 73:19,20 88:13,22 89:2,18,21 92:25 101:9,11 264:5,8

**advancements** 264:9

**advances** 73:17,20, 23 89:17 95:6

**advice** 88:21 93:20

**affidavits** 24:5

**affluent** 25:5

**afloat** 73:8 263:18

**afraid** 229:8 233:11 272:1,9

**afternoon** 54:18 129:3 189:4

**age** 25:25 28:10,24 29:7 198:10 236:24

**agency** 61:25

**agree** 36:17 79:21 80:2,4,9 215:13 222:21 249:24

**agreed** 5:13 85:24

**agreeing** 183:24

**agreement** 20:23 44:21,22 208:19

**ahead** 6:3,4 7:21 10:11 55:23 88:21 96:21 97:18 107:9, 11 111:17 116:24 118:19 119:25 178:8 220:23 222:7 244:11 263:6 264:24 279:12

**ahold** 137:9

**air** 199:5 223:22

**airtime** 127:13

**Alabama** 249:14

**alcohol** 22:16

**Alec** 53:12,14

**Ali** 29:18 30:7

**aliases** 15:5,7

**Alicia** 272:23

**Alien** 179:22 232:22

**aliens** 37:14,22,25 38:2,12 39:22

**alive** 78:18,23

**all's** 120:16 187:24 204:23

**allegation** 225:5

**allegations** 258:8

**Alliance** 141:7,10

**allocate** 87:24

**allowed** 96:25

**allude** 60:2

**alluding** 88:1

**alternative** 20:9

**amateurs** 242:18

**ambition** 248:15

**America** 29:5 66:13

**amount** 12:18 23:2 48:21 58:10 59:8,9 63:10 74:7 87:23 156:24 202:23 221:14,17 240:22,23 251:21 271:5

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

**amounted** 221:16

**amounts** 225:7

**Amy** 264:11,14,15, 17,24

**Ancient** 37:14,21,22 39:22

**ancillaries** 106:14

**Andrews** 242:10

**Anela** 122:20

**Angeles** 24:25 26:3

**angry** 51:12

**Anne** 30:5

**answering** 9:23 138:19

**answers** 9:17 39:8 184:9 224:1

**antidepressants** 23:19,21

**antithesis** 135:16 237:4,5,7

**Antoine** 62:19 63:1, 12,17 195:5

**anymore** 81:15 115:11,13 135:11 143:7 259:15

**apologize** 162:17 251:25

**apology** 137:6

**appalled** 70:24

**apple** 106:16 207:3

**application** 116:18

**appraised** 263:18

**appreciated** 261:5

**appreciation** 260:23

**apprehensive** 209:1

**approach** 45:1 115:19,20,24 218:4

**approached** 41:10 47:4 114:15,16 144:19,20 149:2 212:6 256:12,14

**approved** 151:15, 25 152:15,19

**April** 65:3,5,6 67:20

**arc** 39:20

**Archer** 30:5

**area** 10:7 37:3

**argued** 79:13

**argument** 179:5

**Argumentative** 213:22 215:18 276:2

**Armenta** 122:22

**arrested** 24:20,25

**arrogant** 45:25 63:22 191:11 279:3

**Arthur** 242:10

**articulate** 129:3

**articulated** 102:14 106:5

**arts** 27:13,25

**Ascension** 84:7,12, 20,22,25 86:15

**asserted** 217:18

**assets** 265:10,11

**assistant** 264:11

**assistants** 242:3

**assume** 79:22 125:8

**Assumes** 269:15

**Atkinson** 253:17

**atrocious** 52:22 146:10

**atrocities** 231:16

**atrocity** 239:6

**attached** 56:1 62:22

**attack** 128:12

**attempted** 149:12, 14

**attend** 7:2,4 26:23 27:1

**attending** 6:25

**attention** 232:8,11

**attest** 166:6

**attorney** 7:3 9:24 22:11 110:20 186:8, 9 214:11,22 215:23, 25 221:13,17 225:23 268:6 273:8

**attorney's** 16:5

**attorneys** 11:9 93:4,6 213:20 214:1, 2,5,7,8,14,15,17,23, 24 217:17 259:17

**attrition** 228:23 229:25

**audio** 5:17 7:14,16, 20 8:2 16:21 17:2,23 19:24,25 20:1 91:2 182:6,12,14 187:20 188:14 190:20 200:4 204:17

**audio's** 17:15

**audit** 52:9,11,14 146:19 238:14

**audit's** 52:12 146:18,20,23

**audited** 110:24

**August** 101:21 102:13

**authority** 106:11

**avenue** 270:21

**avenues** 187:7

**average** 250:11

**award** 30:4 38:19 43:7 193:4,11 261:9

**Awards** 38:20 249:18

**aware** 101:12 105:22 132:14 198:12 230:7,22,23, 25 234:7,13,14,15

**awful** 188:23 190:7

---

**B**

**baby** 60:21 277:23

**back** 18:13 19:1 21:8 25:13 29:16 31:11 32:9 33:13 40:22 41:22 42:15 43:4 46:15,16 48:5 56:20 58:7,10,21 60:3 61:1,18,19 62:20 67:12,15 68:10 71:16,21 73:6 74:10,17,19 75:8,12 78:9 79:3,10 80:16 81:5 82:21 83:18 87:21 91:5 92:7 99:14 100:12,18,20 102:16 108:1 109:21,22 114:11 116:4 132:22 133:19 134:2,13 137:11,12 146:25 147:1 153:12,14,20 173:5 176:11 182:15 184:9 187:21 195:9,25 196:20 201:14 203:4 209:10 210:7 217:15 226:5 231:18 233:22,24 244:18 246:21 247:11,20 248:7 250:25 252:1, 8 260:7 262:12,24 263:2 267:17 268:2 270:14 273:21

**back-end** 241:25

**backed** 230:14

**background** 78:10

**backs** 259:6

**backside** 158:1

**bad** 20:7 23:14 43:7 71:17 188:25 189:13 190:10 232:2

**bad-mouth** 94:14

**bad-mouthing** 94:16

**badly** 79:5

**baked** 202:22,25

**balances** 102:2

**ball** 132:20

**balls** 95:1

**band** 57:13

**bank** 24:17 155:13 159:9 165:17 166:4, 18

**banking** 166:10,11, 14

**bankrupt** 116:6 251:13 252:13

**barely** 90:12,17 189:18

**Barker** 242:11

**Barr** 51:10,12 58:25 70:18 72:6

**Barry** 30:13 40:13 192:15 193:7,10,11, 23,24

**Barry's** 194:4

**barter** 261:20,21

**based** 62:8 63:17

**basically** 28:8,15 32:22 38:22 45:23 47:6 57:10 59:21 60:4 62:21 63:4 75:10 77:9 81:1 86:8 93:8 106:5 115:25 116:5 123:20,22 124:5 127:3 135:5 169:11 170:1 191:8 227:20

**basis** 36:3,12 50:5 59:7

**bat** 259:4

**Bates** 96:6,10,19,23 97:7,8,13,17,18

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

98:25 99:18,21 103:13 150:4,9 151:3,20 155:20,22 159:7 160:4,5 167:20,21 171:8 172:22 174:23 175:22 211:18

**battles** 231:21

**Bean** 142:2

**bear** 66:7 226:1

**bed** 190:3

**beg** 202:19

**begging** 56:3,7

**begin** 7:6 193:20

**beginning** 43:6 81:5 86:21 120:12 121:23 170:7 174:3 188:2,7 191:3 204:11 211:25 225:15 226:12 234:16 237:15 257:24 280:16

**begrudged** 201:18

**behalf** 6:2,22 110:7

**behave** 138:5

**believed** 250:6

**believing** 248:18

**bell** 253:22

**Ben** 125:19,21 126:7

**beneficiary** 151:24

**benefit** 231:13

**benefitted** 206:10, 22

**Bennett** 214:10

**BET** 60:19

**Beth** 121:8 132:19 145:6,7 186:2,8,13, 20 187:8

**betting** 60:4

**Bible** 33:21 37:18 216:8 256:13

**Bibles** 35:9

**bickering** 174:14 185:25 187:13,15 194:19,25 199:25

**big** 35:21 40:2,23 49:8 56:24 57:3 58:24 60:1,4,20,22 61:6 63:25 64:20 65:12 67:7,8 69:4,5 75:3,4 78:10 79:7 114:9,11 136:21 137:10,11,13,17 138:12 145:15 169:19 170:21 185:12 189:8,9,10 192:4,6,18 195:1 196:23 205:20 242:8 243:8 247:21 248:12,15 261:15 270:2 275:17 276:12,16

**big-time** 202:23 214:21 247:23

**bigger** 105:8,10 174:8,11 180:3 196:10,12 239:8 250:7

**biggest** 46:11,12 69:20,21 180:1 201:11

**Bill** 130:24 232:21 235:12,18

**billion** 30:11 63:13, 14,16 77:15

**billionaire** 30:9

**bills** 73:5

**birthday** 189:2,4

**bit** 25:13,21 38:25 54:9 67:12 84:6 85:13 104:18 106:1 134:3 135:12 168:25 173:25 174:2 183:14,21,25 187:21 190:21 205:16 211:10 225:2 260:12

**bite** 207:3

**bites** 69:2,4,5

**black** 24:25 25:5 29:4,9,16 247:12,15 248:5,9,21 250:11

**blackballed** 130:15

**blacks** 247:13

**Blake** 242:9

**blame** 186:14

**blamed** 186:4 235:17

**blank** 91:20

**blatant** 50:21 51:22 74:2 78:15 214:18, 22

**blew** 70:20 136:22 199:2

**blind** 248:18

**blood** 198:21,25

**blow** 184:18

**blowing** 150:23

**blown** 198:5

**Blue** 179:21 232:22

**Blues** 193:8

**boat** 108:24

**Bob** 242:10

**Bobby** 40:7,8

**Bobby's** 40:11

**Body** 29:17

**Boland** 273:5

**booed** 136:23

**book** 28:21 59:15 202:5,19

**bookkeeping** 240:8 263:24,25 264:1,9, 17 265:1

**books** 28:13 33:22 35:23

**Borgatta** 125:6,9

**Borgnine** 30:5

**bottom** 31:9 97:8 98:18 131:21 150:5 156:19 168:12 171:17,21 172:13 215:16

**bought** 33:5 265:15

**bouncebacks** 167:13

**Bowl** 29:13

**box** 32:11,13,16 33:10 162:22

**bragging** 63:15

**brain** 178:23

**brand** 165:21 192:17

**Brandon** 51:1 58:1 64:21 66:3,10 68:18, 24 83:13 89:9,10 123:8,11,12,15,18, 19 124:3,12 145:13 180:17 181:15,16 251:6,22 252:11 262:14,19,22 263:7

**break** 9:9 10:11 18:10 21:5,16 28:11 58:19 62:9,15 92:4 153:21 209:19 210:4 233:14,19 247:18

**breaks** 9:5

**breathing** 181:14

**Brian** 51:10,12,15, 16 58:25 70:18,21, 22 71:8,9,16,23 72:6,9,11,13

**bridge** 205:13

**bridges** 64:8

**briefly** 111:12 147:20 160:15

**bright** 192:5

**brilliant** 38:16 58:4 194:8 199:10 263:8

**bring** 34:16 62:23,

24 89:14 97:2 192:11 197:1 244:14 262:1

**bringing** 61:9 176:15 250:16

**brings** 118:13 223:14 243:13

**broke** 54:8 101:10 254:1 255:14

**Broniec** 139:12

**brother** 238:9 245:21,25

**brothers** 40:12 76:18 205:9

**brought** 55:15 61:13 90:11,13 127:14 130:7 132:16 138:10 192:16 232:10 255:19 256:18 260:2 268:1

**Bryn** 141:10

**bucks** 145:15

**build** 68:23

**built** 46:23 129:25 170:18

**bulldog** 146:8

**bullet** 158:6

**burned** 21:19,20 64:7

**Burns** 37:13

**burnt** 21:21

**business** 22:5 32:6 34:22 41:14 44:16 55:16,21 65:16 71:18,20 75:4 81:9 83:11 84:1 94:17 156:22 165:21 166:22 178:24 195:2 207:17 217:19 261:17 266:22 274:19 276:16

**businesses** 55:18 56:9

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

**Buss** 30:10

**busy** 232:6

**butterflies** 271:15

**button** 91:16

**butts** 235:15

**buyers** 32:23

**buyout** 147:3,5

**C**

**cabal** 227:7,11,12

**Cadillac** 25:1

**cake** 64:16 255:21

**Caleb** 90:25 96:15 104:21 111:4 113:21 125:18

**Caleb's** 105:9

**California** 25:1,16, 19 26:6

**call** 14:2,3 20:10 32:1 36:16 40:7 57:11 62:16 65:2 76:15 81:22 92:23 112:20 113:13 178:18 188:2,15 191:2,7,10 198:6 202:10 233:4 236:12,24 237:20 260:21 265:13 266:4,24 270:23 273:23

**call-in** 20:11,12

**called** 29:3 45:22 51:1,5,10,15 60:20 93:2 120:11 123:19 186:16 212:25 232:18 237:11

**calling** 126:25 202:7

**calls** 64:3 124:3 143:7 191:9 216:9 220:21

**camera** 116:17

**campaigns** 117:11

**Canada** 202:9

**candidate** 198:25

**Cannon** 32:20 33:5

**capable** 145:10

**capturing** 7:15

**car** 147:11 190:1,2,3

**care** 70:7 170:22,23 178:7 240:3,4 242:13 243:12

**cared** 73:14

**career** 26:5 36:14 39:14,20 198:11 219:5 249:1 268:12

**career-ending** 74:4

**careful** 132:22

**Carradine** 30:2

**carve** 169:19

**case** 24:6 46:4 106:14 201:24 216:2 230:1,9 238:1 280:17

**cases** 194:18 229:12

**cash** 61:12 94:8

**Cassandra** 214:11

**Cassandra's** 214:10

**Cassidy** 130:24 142:5

**cast** 140:25 176:8

**caused** 130:19 229:11 267:22

**caveat** 88:15

**cease** 127:12 130:3 131:8 132:10,15 133:11 182:16,17 221:23 222:11,13 231:22 273:3 275:14

**cellphone** 17:16 20:10

**center** 25:8 36:21 193:3

**change** 135:12 138:9,16 161:1,21, 25 162:3 165:14 192:10 273:10 275:21,22 278:20,24

**changed** 42:4 207:8 263:20

**changing** 7:7 162:6

**channel** 37:17 61:8, 16

**chapter** 250:15

**character** 51:20

**characters** 63:8 66:10

**charge** 35:21 49:19 61:10 62:5 143:21

**Chasteen** 125:19

**chat** 95:19,23 102:25 133:4 163:3 167:17

**check** 244:4,5

**checking** 19:16,17 231:10

**chickens** 271:23

**child** 25:24

**children** 72:9 199:1

**China** 35:16

**choice** 87:11

**choose** 106:17,19

**Chris** 140:15,16,20, 23,25 141:5

**Christ** 236:16

**Christian** 7:4

**Christmas** 181:4 245:12

**Christmastime** 238:25 239:2,5

**chronic** 74:15

**Chuck** 30:2

**church** 126:12 128:5 142:22 235:9 249:15 273:6

**churches** 35:5 236:7

**cigarette** 235:15

**circle** 62:11 78:13 268:9 276:17

**circles** 268:9

**city** 247:22 249:14

**claimed** 86:22

**claiming** 84:11,22

**claims** 86:13

**clarification** 22:21 234:2,4,6

**clarify** 43:10 166:19

**clarity** 159:20

**Clark** 7:4 53:12,14

**class** 84:6,7,10 85:1,3,4,6

**classes** 28:3,4

**CLE** 143:13

**clean** 95:14

**cleaning** 95:10

**clear** 9:18 207:17 223:1 234:18 245:8 267:21 268:21,25

**clerk** 7:1,3

**Cleveland** 25:18,20 26:1 248:7,12,22

**click** 97:20 105:2

**client** 11:15 14:21 96:15 97:13 110:2,5, 7 151:24 162:20,24 181:23 218:20 269:3

**client's** 105:12

**clients** 242:8,12

**cliff** 238:6

**Clinton** 198:20

**Clippers** 30:11

**close** 40:20 66:19 90:6 115:6 142:20, 22,23 148:15 199:19 216:15,21 230:15 269:21 276:17 279:13

**closer** 17:5 157:1

**clown** 74:18 195:21

**co-director** 195:24

**co-mingling** 107:24

**co-owner** 30:14

**coach** 192:11,12 196:24 197:18 203:5 265:5

**codirect** 89:10

**cold** 143:4

**collateral** 75:3 261:15

**collect** 48:25 49:4 106:15,16,17,18 107:3 165:25 207:19 208:14 209:11

**collected** 50:1,20 52:3 83:19 106:10 159:21

**collecting** 50:16 229:22

**collection** 53:18

**collects** 106:12

**college** 26:23 27:1, 4,16 28:11,16 30:4

**colleges** 35:4

**Colorado** 49:17 160:1 265:15

**Colorado-based** 49:20

**combat** 66:25 67:1

**combative** 271:25

**comfort** 166:1

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

**comfortable** 267:18

**command** 129:11

**comment** 215:10

**comments** 182:20 220:18

**commercials** 247:13

**commit** 36:9

**Committee** 212:25

**communicate** 110:3 185:13

**communicated** 241:3

**communications** 108:2,16 109:7,8 185:18

**community** 36:16, 19 41:2 47:18 61:3 64:9 115:21,22 130:23 136:12 137:9 198:22 216:6,8 229:7 231:22 233:7, 10 273:2 275:14 276:12

**companies** 81:20 87:23 94:13,19 105:21,22 107:19 207:12 264:3

**company** 21:19 24:17 56:11 72:2 73:4,8,24 74:1 78:1 88:3 106:11,20,21 108:23 145:24 161:1 166:4 178:10 180:22 184:24 198:2,8 209:11 242:7,14 268:13

**compare** 180:7

**comparison** 206:16

**compass** 76:16 191:17 249:22,23

**compassion** 238:12,19 246:15, 22,25

**competition** 76:19 195:18

**competitive** 184:3

**complained** 74:12 123:17

**complaining** 147:10

**complaint** 50:8,12

**complaints** 50:24 51:2,3,6,9,18,23 123:24 217:20 239:25

**complete** 54:21 135:16 146:21 254:14

**completely** 179:10 231:4 246:10

**component** 170:17

**Compound** 269:16

**compromise** 76:9

**compromised** 244:15

**computer** 17:23 19:15

**concentrate** 195:3

**concentrated** 219:12

**concern** 15:25 222:25

**concerned** 51:18 75:2,11 105:23 216:16 274:21 279:8

**concerns** 15:14

**concerts** 130:13

**conclude** 279:25 280:3,13,22

**concluded** 280:24

**conclusion** 205:17 270:25 271:1

**conclusions** 231:1

**concrete** 235:5

**concur** 186:14

**confer** 16:2

**conference** 59:13 65:2 94:24 144:13 145:22,24 178:18 186:18 227:18 228:10,12 260:21 273:23

**conferences** 78:2 130:11 146:1,2 179:5

**confidential** 280:6,18

**confirmed** 204:22

**conflict** 78:3 145:17,19,20,24

**conflicts** 76:22

**confuse** 179:23

**confusing** 161:16

**confusion** 49:11 166:17 207:25

**connected** 165:2

**connection** 147:21, 23

**connections** 60:5

**conscious** 36:16 41:1 43:1 126:6 130:6 142:20 143:1

**consistency** 205:7

**consistently** 60:19

**conspiracy** 61:3

**contact** 42:25 64:17,18 123:3 130:6 149:12,14 255:20 272:3

**contention** 75:25

**continue** 36:11 99:13

**contract** 33:2 45:9, 19 46:6 48:15 65:24 86:23 87:3,5 88:17, 19,22,23 93:16 95:4

165:15,19 187:3,4 202:20,23,25 254:15

**contracts** 33:7 66:17

**contrary** 95:5

**contribution** 72:12

**control** 78:23 99:2 103:23 134:11 151:10 178:22 182:9 237:2 258:1

**controlling** 105:9

**conveniently** 88:9

**conversation** 10:4 48:22 70:22 128:1, 11 129:1 134:25 149:13 179:9 190:13,24 191:4,14 200:6 203:3 212:3 266:6,9

**conversations** 71:9,20 109:16 140:4,7,8 237:15

**convince** 179:25

**convinced** 34:1 83:7

**convincing** 33:18

**Cool** 187:2

**cooperated** 53:20

**coordinating** 153:8

**Copacabana** 194:7

**copy** 149:22 164:15

**cordial** 140:8

**core** 259:18

**Corey** 5:10 31:7 41:7,11,12,13,19 42:13 43:20,21 44:10,13 45:11,20, 22,23 46:6,8,17 47:4,5,13 48:3,4,17, 23 49:7 50:14 51:11, 21 52:6,10,21 53:25 54:25 55:8,15,17 57:4,6,10,15,20

58:13,14 59:12 61:16,18,23 62:1 63:14,21,22,23,24 64:25 65:2,18,19,20, 22 66:7,9,16,24 67:1 68:21,22 69:11,12, 14,21,24,25 70:11, 13,19 71:2,5,16,24 72:3,6,9,14,16 73:22 75:5,16 76:13,18,23 77:9,11,13,24,25 78:7,8 79:2,19 80:25 81:14,16,22 82:20 83:7,16 84:1,4 85:8, 16,17,23 86:6,22 87:2,17 88:6,9 89:5, 6,10,11,24 90:2 94:24 95:3 106:24 107:21 108:18,19 109:15 115:19,20, 22,24,25 116:5,15 123:16,19,22 125:5 127:1,8,14,15,21 129:9,13 130:2,5,7, 17,21 131:2,4 133:14,21 134:6,12, 22 135:6,20 136:8 137:13 138:15 143:11,15 144:11, 17,18,19,23 145:14, 15,23 147:1,11 149:4 151:23 153:2, 8,14 158:25 161:2 166:5,11 168:16 169:5 170:9,12,13, 14,16,18,19 171:1, 22 173:10,16 174:1, 8,9,10 175:20 176:3, 18 177:10 179:16 180:11,23 181:14 183:4,5,12,20 184:1, 7 185:22,23 186:2,3, 11,20,21,22 187:11 191:8,11,21,22,25 192:3,15 194:21 195:1,10,11,15,18, 20 196:8,10,12 197:5,18,22 198:13, 20 199:10 200:10, 17,19 201:15 203:17 204:9,13 205:19 206:10,22 207:13,24 208:17 209:2 214:5,

9,15 216:9,20 219:4, 10,18 220:11 221:2, 14 222:12,16,25 223:4 226:13 227:6, 18 228:3,20 229:3,8, 11,15,18,24 231:9, 11,17 232:18,20,24, 25 233:6 235:15 237:8,19 238:4,24 239:19 240:1,13 244:15 246:6,7,8,10 247:5,6 249:24 250:1,3,4,6,20 251:20,25 252:11,25 254:16 255:19 256:12 258:18 259:3,24 260:12,20, 25 261:11,16 262:15 263:17,25 264:5,14, 16,19,22,24 265:16, 20 266:9 267:22 268:1 269:19 270:15,19 271:24 272:8 273:22 274:1, 21 275:3,14 276:18, 21 278:24

**Corey's** 12:19 42:14 47:21 53:8 56:3 59:12 65:24 66:5,11, 12 69:15 78:13 83:22 110:20 115:13 123:16 134:9 146:7 176:11,23 178:12 196:5 202:2,21 203:1,3 206:17 209:6 246:5 252:8 269:22

**corner** 91:15 97:9

**corporation** 49:22, 24 207:18 209:14

**corporations** 35:4

**corps** 35:3

**correct** 10:20 15:23 17:16 26:21,22 27:17 31:21,23 44:21 53:1,4,24 54:7,13 65:5 67:16 84:13 101:25 102:15,17 103:3 104:8 106:3,6,7

108:11 114:22 115:12 117:9 119:1 121:14 124:20 148:5 156:1 170:9,10 176:1 182:22 183:2, 22 197:1 207:10 212:6,7 222:14 226:9 235:7 239:12, 15 244:24 245:3,22 253:11 260:14 262:8 266:15,16 269:13 271:18 277:4

**corrected** 108:12 200:17 204:6 237:21 273:21

**correctly** 101:2 102:3 104:14 173:24 199:12 206:13

**correlation** 162:11

**correspond** 184:15,18

**correspondence** 104:9 138:24 161:7 170:2 174:18

**correspondences** 161:17

**Cosmic** 52:2,3 53:2 67:19,21,22 68:1 72:23,24 86:17,19, 23 87:4 88:17 89:8 90:7 93:23 95:12 101:17 102:6 108:17 109:16 114:10 186:19 187:4 195:11 201:15,17 207:3,7, 20 222:22 240:11 242:1 243:2 251:3,8, 17 254:11

**cost** 55:2 128:22

**counsel** 5:6,21 8:8 11:13 20:23 22:11 54:7,18 96:18 109:23,24 110:1 149:22 157:17 218:19,24 233:14

**country** 248:6

**Counts** 125:13

**couple** 12:22 21:15 44:19 69:2 84:8 100:24 104:25 109:13 111:22 117:5 141:25 148:2 165:16 168:23 171:23 176:5 188:24 196:20 197:8 200:3,9 213:4 217:3 233:24 248:20 267:12,20 277:2

**court** 8:16 19:25 92:10 111:21 215:11,12 216:3 223:6 230:14,17,18 280:8,11

**cover** 32:10 112:18 113:9

**covering** 54:22

**COVID** 52:18 238:13

**cow** 61:12 94:8

**CPA** 53:15 240:9

**crash** 62:15

**creative** 34:7,10 66:25 67:4 170:4,22 178:5,16,20,23 179:6,15 193:19 199:14

**creativity** 170:4

**creator** 37:13

**credibility** 276:22

**credit** 195:14 248:24

**cried** 46:18,19 209:7

**criminal** 220:19

**criminally** 220:8

**Croft** 64:22

**cross** 194:6

**cross-collateralization** 95:11 101:15,19,24

**Crowd** 140:25

**crunch** 87:19 89:1, 4,12,22,24 180:16

**crying** 128:16 147:12

**Cs** 66:25

**culture** 183:11

**cures** 137:22,23

**current** 147:21

**curriculum** 27:23 28:13

**Curse** 37:18 38:4

**curve** 89:11

**cushion** 181:14

**cut** 69:18 185:16 250:24

**cutting** 16:19 17:12, 20

**cyber** 128:12 214:11

―――――――――

**D**

**D.C.** 26:2

**daddy** 71:11

**dah** 202:8 249:18,19 268:13

**daily** 219:23

**damage** 75:3 261:15 275:24 276:22

**damaged** 231:24 267:23 268:17 269:10 270:3 276:10

**damages** 130:19,20 267:22,23

**damaging** 268:14

**dammit** 202:14

**damn** 67:6

**damper** 187:1

**Dan** 214:9,20 273:25

**Dander** 147:18

**Danny** 93:7,8,21 94:15 95:2 260:19

**dark** 69:15 129:16 130:24 134:11 219:10 227:7,11,12 247:6,16 273:6

**darn** 200:22 263:2

**dash** 105:14 154:16

**dashboard** 101:15 105:15,16,19,25 157:2 158:6,15,17, 24

**data** 101:16 102:2, 11 225:11

**date** 5:3 23:2 102:13 108:13 155:4 156:23 157:1,22 158:4 161:18 164:21 165:5 188:16 234:11

**date's** 157:24

**Dave** 51:2 58:2 66:3, 9 124:4,12 145:13 227:9 262:14,19,22 263:7

**David** 30:2 37:6,7, 11 38:14,16,21,23 39:3,13 40:1,22 41:1,8,9 42:7 43:5 44:9,11,12 45:13,15, 24,25 46:11,13,16, 17 47:22,24,25 48:2, 9,16 49:6 57:15 60:25 61:2,6,15 72:19,20 76:13,17, 22 77:4 83:13 85:12, 13,14,19 90:14 121:7 130:3,12,14 131:8 132:10,14 133:9,10,20,25 138:21,23 139:5 145:3,4,7 147:3 159:4 166:1 176:16 182:18 183:1,13,20 184:1,8,11,15 185:9, 10,19,21,22 186:2, 10,16 187:2 191:11, 20 195:1 197:5,18, 22,24 198:4,20 199:9 200:9,14,25 201:11 202:2,4,7,11, 23 205:21,22,25

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

206:1,4,5,9,16,25 208:25 209:4 222:24 224:22 225:14 231:11 237:7 239:18,20 253:23 254:3,5 255:2 265:15 266:6,10 272:24

**David's** 85:18 133:4 186:8,9 191:5 201:23 202:4 206:15,17,19,25 221:25

**Davis** 30:6

**day** 14:2 40:7 41:10 89:20,21 90:15 93:9 102:17 136:20 189:14 190:4 194:23 198:10 202:7 219:23 220:1 237:15 242:2 244:5 251:14 278:17,18

**days** 12:24 53:12 79:19 88:20 101:4,7 111:23 146:19 155:12 256:8

**de** 30:6

**dead** 238:9 246:1

**deadline** 202:6

**deal** 29:21 37:21 46:22 48:8 60:25 61:5,6,14 64:9 66:1, 4,19 77:24 87:11 88:10,13,22 89:1 93:4 114:21 115:2 181:12,13 184:15, 19,20,23 185:7,13, 18 198:4,5,18,23 199:2 202:6 249:7 255:21 270:2

**dealing** 94:5,6 178:20 179:14 183:14 216:22 242:18

**deals** 184:21 269:23

**dealt** 265:23

**death** 40:17

**deceased** 245:22

**December** 50:14 52:4 53:5 83:18 193:2 240:2,12 243:3 260:25

**decided** 31:19 39:18 48:23 49:21 87:9 88:8,10

**decision** 208:21

**dedicated** 246:10

**deducted** 101:10

**deep** 273:9

**defaulted** 268:4,6,7

**defendants** 147:22 230:7

**defendants'** 161:5

**defender** 116:15 216:9

**defending** 227:6, 13,23

**Defense** 227:6

**Dejoria** 30:13

**Dejoria's** 39:11

**Delaware** 49:22,23 155:6 159:9,15,18 207:18 209:14

**delight** 220:11

**deliver** 89:19

**deliverance** 236:6, 7,11 237:10

**delivering** 236:18

**delivery** 33:3 88:14 113:25

**demanded** 56:14 195:12

**democratically-run** 198:22

**demonically** 236:8, 9

**denied** 72:14 230:18

**dep** 97:2

**department** 27:13

**depends** 222:15

**deponent** 168:5

**deposed** 9:13,14 18:17,18,21

**deposition** 5:5,22, 23 7:19,25 11:8 12:2,9,11,14,19 17:3 21:18,25 42:4 50:23 51:11 54:25 71:24 72:1,15 75:7,16 83:17,22 97:2 103:15 105:12 108:6 115:14 123:16,21 191:23 218:19 219:8 235:16 251:4 256:18 269:25 280:23,24

**depositions** 9:6 21:14 217:4,5

**deposits** 153:4

**depressed** 36:5

**description** 97:21

**Desert** 43:1 130:6

**deserve** 46:1 47:10 72:23 191:12 266:11

**deserved** 77:4 180:12,14 206:9

**deserves** 46:14 47:12 93:12 250:1

**designated** 280:15

**designating** 280:17

**desist** 127:12 130:3 131:8 132:15 133:11 182:16 221:24 273:3 275:14

**desists** 132:11 182:17 222:11,13 231:22

**Desouza** 115:19 117:2,6 118:16 147:17 226:7 234:17 245:14

**desperately** 238:7

**destitute** 58:14 70:15 79:4 200:21

**destroy** 34:15 69:16,18 70:12 116:5 117:8,15,20, 22 127:16 128:6,10 130:18 135:9,18 231:4 236:17

**destroyed** 65:23 128:22

**destroying** 118:11 129:17

**detail** 232:19,24 235:23 266:20

**details** 22:8 128:18, 20 233:5 235:9

**detector** 116:21

**Detroit** 26:2 27:20, 21 40:6 193:15

**develop** 42:11

**development** 66:11

**Diana** 193:8,9,18 194:1,8

**dictate** 106:20

**died** 238:8

**Diego** 11:5

**dies** 250:12

**difference** 236:9

**difficult** 22:16 237:18

**digital** 194:15

**dignity** 237:25

**Dimensions** 197:23

**dinner** 37:15 38:19, 20 39:2,4

**dip** 47:18

**dipped** 47:14

**direct** 89:10,13 153:4 163:10

**directed** 28:18 54:3 229:2

**directing** 27:14 28:18 89:7 180:12

**direction** 32:4 54:1 110:8

**directive** 81:5

**directives** 250:25

**directly** 5:18 47:22 53:25 54:2 72:6 184:16,18 190:2 229:15

**director** 62:24 114:15 195:6,13

**director's** 195:12

**director/producer** 253:11

**directors** 62:13

**dirty** 129:10 131:5

**disburse** 50:6

**disbursements** 146:23 147:2 166:10,15

**disc** 25:25 26:1,4 28:23 40:6 193:13 247:19,20 248:2,3

**discern** 237:12

**discerning** 237:11

**Disclosure** 197:23 222:22

**disclosures** 118:23 120:11,16 134:15 140:19 187:24

**discovery** 14:8,12 120:10

**discuss** 280:9

**discussed** 86:14,15 141:6,25 168:22 175:4,10 177:5,10 258:7

**discussing** 135:2 154:11 182:16

245:19

**discussions**
178:18

**disgruntled** 39:13
50:19 90:3,7,8 93:3

**dishonor** 34:11

**dispute** 75:6

**dissolve** 145:22

**dissolved** 35:7
166:4 196:1

**distracting** 150:15

**distribution**
105:21,22 106:11,21
107:19 108:12,23
154:15 165:19

**distributions**
108:11

**diverted** 53:8 90:6
145:15

**diverting** 138:18
146:13 196:4

**division** 61:10 62:6

**divorce** 75:4 195:2
261:15

**doc** 163:10 181:23

**docket** 99:8

**docs** 96:15 97:13
102:11 162:20,24

**doctor** 242:16

**document** 54:4
99:6,19 102:19
103:17 104:18,22,23
105:13 108:12 111:3
112:13,23 113:10
131:16,23 139:20
149:19 150:12 152:3
156:3,6 157:18
160:13,18 163:5,25
164:1,19 165:1,4
166:24 167:20
175:15 182:21

**document's** 165:11

**documentaries**
269:12

**documentary**
122:7 123:2 176:14
201:5 233:4

**documentation**
225:7

**documents** 12:1
14:20 54:5,6,11,19,
20 56:15 97:17,20
98:24 99:10 100:19
103:9 111:13
150:13,17 167:9
243:20,21 244:2

**docuseries** 60:14

**Dod** 145:22 186:18
187:4

**Dodgers** 136:20

**doer** 28:15

**dog** 77:10 246:5

**dollar** 23:2 63:16
77:15 241:19

**dollars** 30:11 46:25
61:7 63:13,14 76:9
87:24 137:21 181:2
200:18 203:18 204:5
217:11 240:23
243:9,10

**dominate** 236:22
237:2 247:6

**dominating** 134:10

**Don** 30:10

**donate** 217:5

**donation** 70:19
71:18 83:5

**donations** 35:21
47:19 58:24 147:13
216:21 217:2,10
230:3

**door** 14:25

**doors** 62:1

**double** 28:2 47:14,
18 246:17

**doubt** 64:8

**download** 20:2
119:22

**doxing** 135:20,23
136:9 138:4

**Dracula** 64:21

**dragged** 21:24
216:15

**dragging** 21:20

**drain** 67:11 76:8

**draining** 230:2

**drastic** 270:9

**drawing** 230:6

**drawn** 231:1

**dream** 171:2 176:7
195:9

**dressed** 189:2

**drill** 170:5

**drinks** 198:21,25

**drip** 9:2

**drive** 31:25 34:16

**driving** 25:1 170:24
220:8

**drop** 132:20

**Dropbox** 54:17
119:12 163:14

**dropped** 142:13

**drove** 94:17

**drug** 121:25 227:22

**drugs** 22:16 23:17
34:12

**dud** 201:7

**due** 230:12

**dug** 273:9

**duly** 8:21

**dumped** 59:20
81:14

**dumping** 59:12

**duration** 40:21

**DVD** 32:23

**E**

**e-mail** 21:2 97:25
101:18 133:3,7,22
150:14,22 152:18,21
157:8 164:25 168:12
171:20 173:15,16
175:21 176:2 186:13

**e-mailed** 98:5

**e-mails** 12:17 59:23
186:7,8 229:18

**earlier** 120:11
123:19 129:13
146:15 149:22
154:11 161:22
168:22 174:7 182:16
185:11 191:10
192:23 203:5 204:23
212:5 221:23
223:12,20 233:10
234:3 239:25 242:15
251:16 255:24
258:8,15 260:2,18
261:14 262:17 264:2
266:2,8 267:3 270:6

**early** 25:3 26:5
168:8 174:3 204:13

**easier** 249:23

**easily** 150:5

**Eastern** 6:6

**eat** 189:6

**eating** 189:6,7

**Ed** 194:2

**editing** 58:3

**edition** 40:13

**Edmonds** 60:10,11
68:20

**education** 72:10,12
215:24

**Edwards** 242:9

**eff'ing** 127:21

**effect** 229:5

**effort** 57:24

**efforts** 50:16

**Eighty** 102:21

**Eisenhower** 134:16

**elements** 62:22,23
114:14

**Elizabeth** 121:1

**Em** 132:10

**embarrassing**
189:21

**embezzled** 52:6
73:25 268:3,12,21,
24

**embezzlement**
74:4,6 217:16
259:17 268:20

**emerge** 275:3

**emergency** 81:17,
21

**Emery** 130:3 131:8
132:10 142:8,10,13,
14,20 143:2,5,6
182:18

**Emmy** 58:2

**emotional** 127:17

**emphasized** 41:23
42:1

**employment**
144:22

**encountered**
271:16

**encourage** 22:21

**end** 50:9,14 56:9
58:6,7,22 67:5 69:7
71:4 81:2,4 88:2
113:24 114:3 124:1
172:12 194:25
198:11 219:17 240:2
241:17 260:24
262:12,25 263:2

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

270:4

**ended** 58:8 166:12 167:20,21 172:12 185:17 221:2 246:20 272:2

**ending** 151:20 152:6 155:20,22 159:7,12 160:4,5 166:13 171:8 174:23 175:22 268:12

**endorse** 79:15

**ends** 58:10 172:25

**energy** 232:3 236:13

**enforcement** 221:6,12

**engaging** 110:6

**England** 35:16

**enjoyed** 71:20

**enrollment** 151:24 152:19

**ensure** 48:18

**enter** 166:17

**Enterprise** 5:11

**Enterprises** 151:25

**Entertainment** 48:24 49:10,12,13, 14,17 55:4,10,25 60:11 153:3 155:6 156:11 159:8 162:1, 8 165:22,24 166:2,5 207:10,14,15,18 208:11,12,13,22 209:13 240:7

**entire** 31:6 40:6,16, 20 50:3,4,8 52:19 99:19 198:11 226:21 247:9

**entitled** 66:15

**entity** 48:24 159:10 165:21,25

**entrepreneurs** 34:18,21

**epidemic** 36:10

**episodes** 39:22

**Erica** 139:12

**Ernest** 30:5

**erratic** 264:1

**ESBA** 61:8,10,15

**Escobar** 122:11

**Essa** 140:15,16

**essentially** 86:2

**estate** 30:12 35:25 265:13

**estimate** 23:1

**estimates** 23:13

**ethics** 238:19

**evaluated** 169:10

**evasive** 109:25

**event** 68:3 261:8,10

**events** 41:24 141:1

**eventually** 46:7 73:6 169:5 207:8

**Everett** 58:2 262:15

**Everhart** 83:13 124:4,12,16 145:13 262:15

**everybody's** 58:19 118:10

**evict** 70:9

**evicted** 70:7

**evidence** 31:11 74:10,17,19 217:15 235:5

**evil** 236:17,19

**exact** 23:2,5 98:4 156:24 264:12

**exaggerating** 46:18

**EXAMINATION** 8:23

**examine** 75:1

**examined** 8:21

**examples** 265:2

**exchanged** 39:5

**excited** 180:5

**excuse** 25:7 38:23 155:21

**executed** 45:10

**execution** 57:22,23 68:23

**executive** 178:22 195:15,17,22

**executives** 272:11

**exhibit** 97:2 111:25 112:1 118:18,22 119:10 120:9 155:25 156:7,18 158:11 160:6,7 161:10,11 168:3 171:14,15 182:1,2 211:21 222:18 279:21,23

**exhibits** 13:2 14:7, 19 111:19 211:14 279:20 280:5

**existence** 49:10

**existing** 208:25

**exited** 208:24

**expected** 218:5

**expecting** 47:24

**expense** 145:3

**expenses** 47:16,17 48:6

**experience** 30:3,19 146:2 192:16

**explain** 8:4 33:23 87:1 89:16 165:3,11 169:16 231:7 247:7

**explained** 114:12 127:11 165:23 180:15 222:19 251:7,16,22 252:3,4

**explaining** 137:4 266:9

**explanation** 165:14

**Expo** 43:1 126:6 130:6 142:20 143:1

**expose** 233:5 235:23

**expressing** 222:24

**extensions** 230:8, 13

**extent** 9:8 10:8

**extra** 51:19 93:9 103:4 277:7,12

**extremely** 184:2

**eye** 117:18,19

**eyes** 63:7 133:4

**F**

**face** 60:21 216:8

**face-to-face** 230:24

**Facebook** 67:2 136:1

**facilitate** 153:6

**fact** 40:17 50:13 80:25 83:9 90:13 106:2 109:22 127:24 174:8 201:19 214:8 221:12 225:20 232:12 235:15 251:4 252:2

**facts** 234:25 269:15

**fade** 27:3

**faded** 241:8

**failed** 216:17,23

**fair** 269:22

**fairly** 31:5 265:23

**faith** 110:15 248:18

**fall** 199:20 200:2

**fallen** 130:22 174:15 271:24

**falling** 57:4,8 184:5 195:11 219:16 246:11 272:2

**familiar** 14:11 64:17 184:21 212:11,24 228:8,9,12 254:24, 25 255:3,18 278:1

**families** 238:18 239:3

**family** 40:6,16,19 73:12,14 200:1 259:6

**fantastically** 223:4

**Fargo** 54:12 153:3, 15 155:13 156:22 159:6 162:1,8,10 166:12

**fashion** 49:5

**fast** 20:2,3 38:18 181:16 257:23

**father** 76:14 183:25 238:8 242:16

**father's** 242:15

**favor** 103:4

**faxed** 112:23

**fear** 229:10

**feathers** 174:7

**featured** 38:15

**Feb** 172:5

**February** 52:4 53:5 95:16 100:25 104:10 108:14 171:21 172:5 173:23 176:3

**feedback** 136:9

**feeds** 20:1

**feel** 14:1 71:10,11 198:9 202:16

**feeling** 189:14 226:3

**feet** 21:20,24

**fell** 75:15 76:19 181:18

**felonies** 25:11

**felony** 221:16

**felt** 265:21 266:10 278:4

**feud** 65:22 69:11 75:4 137:19 195:1 261:16

**fighting** 66:21 67:5 194:25

**figure** 76:14 101:5 104:15 169:21 184:1 225:9

**figures** 264:12

**file** 163:12 165:2 223:1

**filed** 55:7 56:8,16 274:11 275:6

**film** 29:8,10 32:22, 23 33:4,9 45:15 60:16 181:11 206:19 251:14

**film's** 45:18

**filmed** 45:14

**filming** 201:16

**filmmaker** 29:12,16 32:8

**films** 29:7,23 32:20 101:19,24 173:17,20 247:11

**final** 205:17

**finalized** 114:6

**finally** 33:17 34:1 39:17 47:20 59:20 71:15 94:20 152:16 189:15 202:18,21 232:10 252:17 256:20

**finances** 55:11 81:7 82:6

**financial** 264:4

**financing** 29:21

**find** 34:23 81:24

**96**:11,14 98:3 99:2 100:7,16 152:10 155:17

**finding** 102:20

**fine** 9:3 22:11 27:13, 25 37:1 91:25 112:4 139:25 140:1 195:24 209:23 210:22 233:15 239:24 269:11 280:10

**finish** 9:20,22 53:9 202:19 253:1,2 267:11

**finished** 81:2 143:23 163:17 193:12 197:6

**fire** 81:21 169:22 264:4

**fired** 268:3,13

**fires** 187:1

**firm** 54:2,3,22 146:16 214:21

**first-look** 184:20, 21,23 185:7

**fish** 248:12

**five-minute** 209:19 233:13

**fix** 17:2 18:4

**flag** 33:6

**flashed** 38:24

**flew** 193:3,5

**flight** 194:6

**flip** 159:12

**flipped** 173:8

**fly** 236:7

**focus** 151:11,22 153:22 225:4

**follow** 16:5,14 85:18 152:14 169:25 176:14 249:4

**following...the** 156:24

**food** 60:20 188:21 190:9

**foot** 32:22 33:9

**footage** 41:25

**forbidden** 186:20

**force** 60:12

**forced** 223:23

**forces** 227:7,11,12 236:13

**forcing** 94:18

**foreign** 32:23

**forever** 100:16

**forfeited** 202:25

**forget** 148:6 210:9

**forgetful** 47:6

**forgetting** 232:21, 23

**forgiveness** 237:5

**forgot** 155:24 279:19

**forgotten** 88:9

**form** 24:22 157:10

**formidable** 60:12

**forward** 7:22 8:5,6, 10,12 38:18 114:21 157:4 190:14 212:25

**forwarded** 151:13 152:6

**forwarding** 152:18

**fought** 171:3

**found** 38:10,12 90:14 107:12,13,14 245:23

**foundation** 133:17 204:3,4 220:22 271:19 276:3

**founder** 30:12

**fragmented** 170:3 179:18

**frame** 88:20 89:15 90:10 181:10 190:22

**framing** 13:20

**franchise** 243:11 256:13

**frankly** 178:6 180:3 229:7 232:6 244:9, 13

**free** 14:1 47:8 70:25 185:4 200:19,23 204:1 230:17 236:12 241:24 242:3,20 259:12

**freeze** 92:9

**friend** 37:14 41:11 46:20 47:11 126:15 133:24

**friendly** 144:16 185:25

**friends** 27:7 30:15, 23 39:3 40:15 137:22 148:1,17 193:2,16

**friendship** 39:12

**friendships** 30:8

**front** 59:6 160:16 173:4 216:7 235:20

**froze** 90:21,24

**frustrated** 266:10

**frustration** 202:2, 21,22 203:2

**frustrations** 199:3

**fulfilling** 35:10

**full** 61:21 197:7 211:2

**fully** 132:20

**function** 39:2

**functions** 207:13

**fund** 226:19 227:6

**funded** 207:6,23 208:3,16 266:25

**fundraisers** 46:24 47:15 198:23

**funds** 48:25 146:13 153:18 165:25 207:19 208:1 209:11 221:15 242:18

**funky** 89:5

**Fuqua** 62:19 63:1 114:16 195:6

**future** 94:9 138:5 265:13

---

**G**

---

**Gaia** 39:24 41:25 42:18 43:17,19,20 46:21,22 47:16 48:6 63:24 129:22 132:21,24 133:2 134:8 139:17 183:13 186:5 187:6 222:20 223:1,11,14,20,23 227:9 272:20,21 273:14 274:1,11

**Gaia's** 220:12

**gallery** 91:12

**game** 31:24 49:2 86:13 136:21,24

**Gary** 142:2

**gatekeepers** 62:16

**gathered** 186:10

**gave** 8:7 58:13 86:6 94:21 97:19 98:24 105:1 127:20 130:2 139:23 150:9 157:13 165:25 195:14,15 206:24 248:15,16

**Gaye** 193:17

**general** 221:13,17

**generated** 102:11

**generating** 206:14

**genesis** 170:1

**genre** 169:22

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

**gentleman** 233:3 235:22 270:12

**George** 131:1

**Germany** 35:16

**GES_RICHARDS_ 0000007** 211:19

**GES_RICHARDS_ 0000029** 149:20

**GES_RICHARDS_ 66** 166:25

**GES_RICHARDS_ 94** 163:6

**gesture** 110:15

**get all** 178:5

**Getty** 189:3

**gifts** 270:16

**Gill** 253:17,19

**girl** 248:9

**give** 7:24 15:9 24:8 32:18 45:24 46:2,7 67:6 80:8 82:14 88:3,12 89:17,18 90:16 92:23,25 93:24 94:10 103:20 114:1,2 117:2 119:21 120:5 128:5, 14,18 145:10 150:18,21 151:7 156:13,24 162:18 163:18 164:16 168:13 172:8 176:19 177:23 190:21 195:22 197:20 205:25 210:17 244:5 248:24 249:11 258:18 259:19

**giving** 132:20 173:18 177:15 224:13 252:9 265:1 269:2

**glad** 230:24

**glanced** 14:23

**global** 150:25 151:15,23 153:23

155:1

**Glotzer** 255:24,25

**God** 32:1,2 33:16 77:2 248:24 249:6 250:12,15,17 278:19

**God's** 249:4

**Golan** 32:20

**gold** 38:10

**good** 8:25 21:11 23:14 56:21,25 68:3 71:10 95:10 109:19 110:15 116:9 118:14 119:8 126:15 143:14 153:2 170:15 178:13 179:2,25 187:19 205:1 206:12 214:20 215:25 217:18 218:16 219:5,10,11, 17 225:25 236:18 247:5 250:16 257:20 261:6,11 262:15 265:11 269:13 270:19 275:23 279:24 280:2

**Goode** 5:10 31:7 41:11 49:7 57:16 63:25 114:7 117:3,7 118:1 128:6 129:14 134:12 143:11 151:23 152:7 166:5 169:5 176:3 182:22 186:12,20,21,22 214:23 217:1 223:11 226:6,18 228:19 232:18 236:2 269:10 275:6 276:21 278:4

**Goode's** 235:3 266:21

**goodness** 11:17 25:9

**Goodtech@yahoo. com.** 151:14

**Gordy** 30:13 40:13 192:25 193:7

**grab** 69:22,24 79:3 82:24 238:2 251:18

**grabbed** 181:8

**grabs** 223:13

**grace** 90:16 92:23, 24 247:1

**gracious** 31:5

**graciousness** 72:19

**Graham** 51:1 58:1 68:18 83:13 89:9 123:9,11 124:13 145:13 262:14

**Graphic** 74:22,23 80:18,24 81:1,6,8 82:2,5,8,12,22,25 83:6,20,22 84:20,21 86:15 179:21 207:16 208:1 252:15,23 253:1,2,5 256:13 267:2

**grateful** 72:25 200:22

**gratefulness** 72:17

**gratitude** 73:9

**gravitate** 193:22

**great** 30:21 38:24 39:8 42:9 61:11 63:2 64:4,23 68:24 69:14 171:1 191:25 192:5 195:10 196:2 199:11,15 201:5 219:7 220:13 232:24 235:23 239:20 256:25 261:24 262:16 269:23 270:15,16 275:4 276:19

**greater** 192:13,21

**greatness** 193:9

**Green** 93:7 95:2 260:19

**grew** 25:14

**grief** 127:17

**grievances** 126:25

**grip** 254:23

**ground** 9:16

**groundwork** 174:21

**group** 76:21 122:4 216:12

**grow** 192:3,7,8,9 237:22 278:21 279:5

**growth** 272:6

**grunting** 57:23

**guarantee** 97:1 206:5

**guess** 22:12,22 81:23 132:14 133:8 142:19 174:24 176:7 207:2 246:2

**Guesses** 23:14

**Guessing** 22:22

**guest** 127:5,7,13

**Guice** 118:25 257:15

**Guild** 66:12,14

**guise** 119:3,4,5 122:18 124:11 125:18 149:19 150:25 155:22 156:10 160:9 161:6 162:23 167:1 171:9 210:9 257:10

**guitar** 202:13

**gun-shy** 48:17 274:19

**guy** 23:8 71:19 103:5 231:12 232:19

**guys** 19:14 44:20 48:10,11 56:24 68:15 69:1 76:20 79:8,12 90:23 98:25 135:2 143:4 148:3, 12 167:14 170:7 172:19 209:21 253:25 260:1,9 277:25

**H**

**half** 8:7 12:17 37:17 41:16 43:14 52:8,14, 16 76:23 122:9 126:8 128:2 142:15, 25 185:24 186:4 187:12 190:4 201:1, 16,20 216:14 262:16 263:8 264:7 268:7

**hallway** 143:3

**hand** 24:10,13 137:8 202:4

**handle** 155:15

**handled** 199:12 242:8

**handler** 197:19

**handlers** 198:16

**hands** 30:24 93:4 265:8

**happen** 110:23,25 181:5 219:14 252:15 253:3

**happened** 31:25 33:15 41:24 42:2 52:7 57:3 90:13 95:1 109:1 117:11 128:17,19 142:24 144:9 189:1 239:6 246:19 252:4 260:21 271:18

**happening** 28:14 177:8 191:2 194:14

**happy** 32:6 94:23,24 95:3 97:12 174:10 206:2 243:8 257:2

**harassed** 233:1

**hard** 40:3,23 57:17 62:15 117:21 164:15 171:3 248:18 249:7, 9 252:16 256:20 263:8 276:1

**Harrison** 26:18

**harsh** 74:4 237:17

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

**harsher** 223:9

**Hart** 64:15,17,25 65:1,2,3 114:16,18 255:13,15,16 267:25 268:1,2 276:23

**Hart's** 115:1

**harvested** 219:12

**hate** 194:21

**Hawaii** 67:22 68:6 144:12,13

**he'll** 129:18

**head** 155:8 184:16 185:19 209:6 244:14 250:24 251:5 265:21

**headlight** 69:16

**heads** 93:7

**healing** 236:18

**health** 36:20

**hear** 16:10,11,13,18, 22 17:7,10 19:4,5 27:2 92:13 121:10 147:2 188:7 190:17 235:2 276:20

**heard** 16:24 82:20, 22 83:4,9,21 84:8 109:21,22 118:16 125:10 146:25 188:4 207:22 218:3,4 221:5 224:18 226:24 228:15 229:14 231:15 235:4 249:14 256:3

**hearing** 6:6,17,18 20:4 86:25 110:19 205:6 239:1 246:9

**heart** 73:13 239:8 259:19

**heartbreaking** 114:24 115:5 199:18,21

**heaven** 268:22

**heavy** 47:23

**heck** 42:8,9 57:14

**height** 192:14

**heights** 192:21 197:1

**held** 76:12 77:2 80:5 250:17

**hell** 34:5 65:13 70:23 80:7,10 115:7, 9 194:3 272:12

**helped** 29:21 46:22 108:8 127:3

**helping** 72:20 191:19 249:20

**hero** 137:15

**hey** 23:6 110:17 127:20 143:4 186:17 189:24 205:12 249:25 264:17

**hide** 32:3

**high** 215:14

**higher** 215:24 220:3 262:1

**highly** 60:13

**Hillary** 198:20,23

**hindsight** 144:17

**hire** 32:14

**hired** 56:10 214:8,9, 17,21 273:25

**history** 25:22 31:3,6 37:12,17 40:14 48:14 246:13 272:14

**hit** 76:9 78:16 169:14 207:2 251:14 263:20

**hits** 194:4

**hold** 72:16 79:6 91:18 96:4,12 131:14 165:6 202:3 205:7,13

**holders** 49:8

**holding** 79:10 261:1 269:20

**holds** 244:16

**hole** 273:9

**Hollywood** 31:2,3, 20 58:9 60:5 62:8,10 64:9 66:17 78:10 87:22 137:8 198:21 242:12 247:11 248:13,16,23 249:7 268:9 270:1 272:10, 14 276:15,16,19,20

**holy** 35:14 236:14, 15

**home** 190:3 265:9, 15,17 271:23 277:18,23

**homeless** 36:10

**honest** 218:5

**honorariums** 35:21

**Honors** 193:3

**Hook** 64:21

**hooked** 159:9

**hope** 31:8 178:14 179:12 219:6 275:4

**hoped** 135:6 179:1

**hoping** 275:2

**horse** 57:17 199:14

**host** 242:11

**hosted** 29:1,2

**hot** 29:24

**hour** 8:7,8,9 11:21 127:2 128:11 129:1 188:12 233:3,5 235:22

**hours** 10:10 33:20 79:22 80:10 146:15 201:1,16,20 230:21 240:1,10 257:13 277:5,9

**house** 15:18,22 21:19,21 30:25 31:1 40:9,11 129:6 235:14

**household** 248:23

**Houston** 26:2

**Howard** 27:5,7,9,16

**Howe** 131:1 273:5

**hubbub** 235:6

**hug** 76:21

**Hulu** 102:13

**humble** 278:18

**hundred** 39:22 100:14

**hundreds** 32:10 35:3,4,5 129:23

**hung** 142:21

**hurt** 195:25 196:1 231:24 249:6 276:18,23

**hurtful** 261:23 262:2

**hurts** 259:11,18

**hypothetical** 215:19 276:3

---

**I**

**I-S-S-A** 140:21

**Iacocca** 30:8

**icing** 64:16 255:21

**Icke** 138:21,23 139:1

**idea** 57:22 59:17 61:11 91:13 178:7,8, 12,13 193:20 209:10 226:14

**ideas** 57:21 171:23 173:20 176:16 178:6 179:2,16,17 192:5

**identify** 5:6

**identifying** 190:16

**identity** 165:21

**II** 29:24

**III** 32:19

**illustrator** 81:23

**image** 170:23

**imagine** 24:6 37:5 75:17

**IMDB** 63:2

**immediately** 43:13 123:15

**impart** 247:5

**important** 17:3 63:18 76:7 132:24 138:2,19 180:4 186:22 205:21 249:22 250:16 251:11 275:25

**impose** 236:21

**improper** 24:21 213:23 218:17 222:9,10 275:10

**inaudible** 20:3 177:3 232:16

**incident** 142:24

**incidents** 235:21

**include** 102:12,13

**included** 191:13 197:4

**income** 52:20 102:11

**Incomplete** 215:19 276:3

**incorporated** 155:7 165:20

**independent** 29:8, 10

**individual** 53:19 246:23

**individuals** 147:21 274:20 275:13

**industry** 52:19 60:13,22

**infiltrate** 128:9

**influence** 22:15

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Index: info..Kerkorian

**info** 153:16 157:5

**inform** 157:6

**information** 10:4,8 37:23 47:5 53:22,23 56:8 101:1 104:13 120:15 166:7,10,11, 15 190:16 218:9 270:11

**informed** 5:20

**initial** 118:22 120:11,16 187:24

**initially** 44:12 115:15 192:1

**initiated** 227:9

**initiating** 227:13

**ins** 42:10

**insisting** 195:23

**instance** 168:25 265:24 266:1

**instances** 215:14 259:24 260:3,9,13 265:20 274:8

**Instant** 147:14

**instincts** 192:6

**institution** 121:13, 20

**instruct** 10:2

**instructing** 15:15 16:3

**instruction** 15:20 16:15 24:9

**instructions** 16:5 146:13

**insurance** 21:19 24:17

**integrity** 31:4 51:20 75:13 76:3 94:5 268:22

**intend** 225:2

**intention** 252:8

**intentions** 132:25

**inter** 218:10 222:5

**interacted** 30:16 214:14,15,17,24

**interacting** 30:7 183:13

**interaction** 139:3

**interest** 78:4 145:18,20,24

**interested** 42:10 65:1,17 67:7,9 114:13 257:1 262:21

**interesting** 40:10 41:18 142:17

**interject** 20:16 97:12

**intermediaries** 118:2 218:10

**international** 32:11

**Internet** 20:1

**interperspectives** 272:7

**interrogatories** 14:15

**intervention** 135:19,22 136:11 137:3,25

**interviews** 202:24 206:3,6

**intoxicated** 130:7

**intrigue** 132:17,18 134:1

**intro** 211:10

**introduce** 68:22

**introduced** 41:7

**investigated** 220:8

**investigation** 186:9 211:24 212:2 220:20

**inviting** 39:1

**involve** 186:20

**involved** 66:9 70:17 75:13,14 77:23

79:23 80:24 81:6,7, 8,10,15 82:3,7 83:12,14 86:5 87:6 89:6,13 125:4 128:1 139:6 180:12 187:9 208:4 224:10 232:1 253:4 254:16 255:1 263:13 272:25

**involvement** 74:22 81:25 84:12,23 86:19,20 115:1 267:4

**IP** 63:16 66:11,12 77:15 169:19 199:11 269:22 270:17

**iphone** 172:14

**ironed** 84:2

**Isaac** 8:20 32:24 73:1 249:17 276:21

**Island** 38:7,8

**Issa** 140:17,20,23

**issue** 17:12 19:4 216:4 265:25

**issues** 18:4 271:25

**it--** 190:12

**itunes** 106:16

**Izadi** 122:20

___

**J**

**J.J.** 61:22 67:15

**Jackson** 40:2,5,16, 19,24 78:17 138:7

**James** 5:10 130:25 255:13,15 273:7

**Jamie** 139:1

**Jane** 26:18 248:8

**January** 49:24,25 56:7,20 71:5 152:7 155:4,8 158:5 161:20,22,23,24 165:8

**Jason** 127:5

**Jay** 124:22,23 229:2

**Jay-z** 136:19

**Jayne** 253:17

**Jenny** 256:4,7

**Jerry** 30:9

**Jesus** 35:13 236:16

**Jim** 47:22 48:1,3 64:15,16,25 65:1,2, 3,12,13 87:9,10 88:1,17 90:15 92:22 93:2,3 95:16 96:5 101:1 102:4,15 104:5,6,8,10 106:3,4 107:14,16 108:1,16, 22 109:12,17,19 110:16,17 114:16 115:1 124:18 156:22 157:20 158:16 181:9 205:18,19 206:3 255:16 266:14 267:24,25 268:1,2, 10 276:23

**Jimmy** 126:12,14,21 127:3,11,19 142:22, 23 143:2,5 242:9 273:6

**Jirka** 139:15,16 140:2,5

**job** 35:3 68:25 130:8 153:2 248:17 251:22

**jockey** 25:25 26:1,4 28:24 40:6 193:14 247:20 248:2,4

**jockeying** 178:3

**jockeys** 247:21

**John** 30:13 39:10,11 115:19,20 116:4 117:6 147:17 234:17 245:14

**joined** 12:8

**Jonah** 32:3

**JONES** 20:15

**Jordan** 46:10 49:7 51:5 72:22,23 77:6 83:13,18 159:2

205:19 254:13

**Jordan's** 205:24 206:17

**Journalist** 130:24 273:6

**Journey** 227:17,25 228:2,7,15

**Jr** 30:6

**judging** 205:6

**Julie** 242:9

**June** 43:24 67:16

**jurisdiction** 107:2

___

**K**

**K-E-N-N-E-D-Y** 15:4

**K-E-R-R** 253:15

**Kalbeitzer** 253:23 254:3,5,6

**Kalyn** 121:15

**Kardashian** 136:20

**Kardashians** 136:19

**karma** 147:14 250:16

**keeping** 111:19

**Ken** 141:7 147:18

**Kennedy** 5:5 6:22 8:13,20,25 11:7,19 13:23 15:3,4,18 16:4 18:15 21:10 26:18 32:24 73:1 96:24 97:6 99:3 105:17 112:13 117:1 120:8 149:21 151:16 160:14 161:7 163:25 189:24,25 193:2 211:5,23 213:7,21 214:22 217:17,18,20 236:1 249:17 266:19 276:21 279:15

**Kerkorian** 30:9

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

**Kerr** 253:13,15

**Kerry** 130:24 142:5

**Kevin** 37:13,14,24 38:1,9

**Kevin's** 37:18,20

**Khan** 7:3

**kick** 88:18

**kicked** 259:22

**kid** 25:25 32:7 55:21, 22 193:13 247:19

**kids** 70:8 73:4 138:8 248:21 259:9 277:19

**Kim** 136:20

**kind** 68:1 84:5,7 86:18 151:20 171:23 176:20 182:25 183:11 200:11 204:21,24,25 218:4 221:22 232:16

**kindness** 73:11

**kindnesses** 47:6

**Kirk** 30:9 214:12,13

**Kirsten** 132:25 133:1 134:9 140:6,7

**kiss** 136:22

**kissed** 78:13

**knew** 22:22 57:17 85:12 115:22 131:10 132:14 133:10 189:12 191:8 192:20 208:19 209:12 256:7

**knocking** 180:24

**knowing** 51:19 145:6 248:17

**knowledge** 21:22 113:2 160:1 193:23 222:1,9 265:16

**Kobe's** 194:11

---

**L**

**L-E-O-N** 15:3

**labeled** 149:19

**Labraun's** 194:11

**lackluster** 130:8

**lady** 193:8 272:22

**lag** 5:19

**Lakers** 30:10

**landline** 17:18,19 18:1

**lane** 25:8

**larger** 222:21

**larper** 127:9

**larpers** 222:22 223:3

**late** 8:7 31:18 89:20, 21

**Latifah** 60:17

**laugh** 200:16,20

**laughable** 129:25

**laughed** 40:2

**laughing** 143:7

**Laura** 64:22 125:6 134:16,18,21

**Lavette** 10:18,22 26:21 38:7 97:24 98:4,15 99:5 112:11, 25 113:5

**law** 7:1,3 135:15,17 221:5,11 237:7 246:23 274:10

**lawsuit** 18:23 24:15 56:15 65:9 73:11 74:18,25 75:2,20,23 76:3 77:19 78:6 80:13,14,21,24 82:4 115:15 120:13 121:13,21,23,25 123:6 124:7,16,20 125:3,5 126:10,19, 22,24 128:4 140:9 141:6,25 144:8 147:9 184:7 187:7 220:17 227:20 230:6 231:14,23 232:4

**lawsuits** 227:9,14, 16,22 228:23 272:16,17 273:14 275:6

**lawyer** 92:24 116:9 144:20 145:5 224:15

**lawyer's** 230:11

**lawyers** 10:5 94:7

**lay** 194:21

**layer** 54:25

**laying** 171:23 174:20

**lays** 176:5,7 200:12

**lazy** 46:1 191:12

**lead** 85:18

**lead-in** 112:17

**leader** 79:9 238:20

**leading** 249:4

**leads** 102:8

**learn** 28:17 30:18 180:14

**learned** 28:9 55:20, 23 193:6 194:9 203:8

**learning** 30:3,19 89:11 194:10

**leave** 221:20 223:23 244:19 270:19

**leaves** 223:15

**lecture** 41:20 42:17, 24,25

**lectures** 42:21 43:2 68:5 146:3

**led** 38:3

**ledger** 73:18

**Lee** 30:8

**Leeann** 91:22

**leery** 274:18

**leeway** 269:3

**left** 87:13 130:5 223:11

**left-hand** 25:8

**leg** 153:21

**legal** 24:5 88:18,19 93:14,18,19 132:21 144:25 145:8 215:15 216:16,23 227:5

**legions** 129:9 130:11

**Lenden** 5:25 6:21 11:1 20:4 75:17 96:1 97:12 98:21 110:2 150:7 172:23 176:22 220:24 221:9

**Lenden's** 277:16

**lending** 246:20

**length** 98:2

**lent** 73:4,21,23,24 258:15

**Leon** 5:5 6:22 8:20 14:2 15:19 32:24 40:9 45:18 46:19 48:1 50:15:4,8, 12,13,18,19 59:13, 15,17,20 61:11 65:13 71:10,19 72:4 73:1 75:1 76:1,2 77:14 79:20 81:6,24 86:22 87:6,10 88:24, 25 93:4 95:1 104:7 107:17 116:1 123:25 124:1,2 127:20 143:10 157:7 186:17 194:22 199:4 205:12,14 207:4 208:4,5 230:21 243:13 247:8 249:5, 17 254:15 260:22 261:1 268:3,12 276:21

**Leon's** 91:19 203:4

**lesbian** 198:1

**lesson** 138:15 228:22 229:18,19

**lessons** 196:9 247:2,4

**Let'** 20:13

**lets** 111:9

**letter** 51:16 52:10 53:11 59:21 70:12 71:12 79:17,18,20, 21 80:1,2,3,9 83:1, 17 93:16 95:15 96:5 100:22 113:1,4,6 137:5 143:19,22 146:12,16 160:9,25 164:22 168:16 171:4 177:17

**letters** 56:3 69:21 146:8 201:18 219:15 263:18

**letting** 196:17

**Lev** 101:16 166:19

**level** 77:2 166:1

**leveraged** 39:21,23, 25

**liar** 74:15 78:16

**liars** 213:21

**licensed** 33:19 76:5

**licensing** 102:14

**lie** 50:21 72:3 74:2, 16 116:21 214:6,18, 22

**lied** 31:7 71:24 276:23

**lies** 51:22 74:9 259:16 263:22

**Liesner** 140:13

**lieutenants** 62:5

**life** 31:7 43:1 130:6 142:20 143:1 192:11,12 196:24 197:17 203:5 219:5, 24 243:13 247:9

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Index: lifting..manifest

265:5 275:7

**lifting** 47:23

**light** 63:7 116:16 216:9 226:18 227:5 236:14 246:25 247:17 279:4

**lighting** 254:23

**likeable** 129:14

**limited** 181:10

**Linda** 131:1 273:5

**lines** 175:23 176:6

**link** 7:7 54:17 97:20 98:7

**links** 210:9

**list** 62:10 143:17 231:21 253:7 275:12,17

**listed** 120:15 134:14

**listen** 39:15 79:13 192:14 194:18 197:9 203:2,3 209:16 246:3 266:4

**listened** 41:20 42:21 265:23

**listening** 191:23

**literally** 128:9

**litigation** 116:9

**live** 42:24 126:6 127:10 137:15

**lived** 15:17,22

**livid** 198:3

**living** 226:18 229:10

**Liz** 52:9 53:10,12,21, 24 56:2,5,11,12,14 70:2 75:9 77:22,25 78:2,6,13 79:19 82:25 85:6,8 86:1,3, 6,7 144:2,4,12,15, 16,20 146:1,25 147:8 212:11 214:14,19 217:8 224:21 225:11,17,23

249:24 261:22 273:7

**Liz's** 54:1 146:7

**LLC** 48:24 49:10,13, 17,18,21 55:4,10 155:6 156:11 159:8 162:1,8 165:20,22, 24 166:2,3,5 207:18 209:13 240:7

**LLCS** 49:14

**loan** 71:18,21 79:5

**local** 166:18

**locatable** 150:6

**located** 10:24 11:3

**logged** 19:24

**logging** 153:24 154:2

**login** 153:5 158:10, 13

**Lone** 30:1

**long** 10:1 15:17,21 19:2 37:12 52:13 56:11 70:24 71:15 94:20 108:9 111:11 127:25 134:25 146:18 157:9 185:16 187:25 216:16 226:21,22 256:7 266:18 275:17

**longer** 59:11 86:1 121:9

**looked** 12:1,21,23, 25 13:24 76:17 105:16 127:8 161:20,22,24 162:9 205:8

**Lord** 219:24

**Lorie** 52:9 53:10 56:2 70:3 75:9,12 77:22 78:6 85:7 86:1 144:2,4 212:11,15 214:4 217:8 224:21 225:11,17 226:19 249:24 261:22 273:8

**Los** 24:25 26:3

**lot** 11:11 14:22 30:18 33:10 34:18 35:22 48:20 55:21 59:3,10 63:4 64:7,8, 11 80:3 86:20 93:21, 22 117:10 126:25 127:17 137:23 138:11 169:20 179:2,16,17 180:22 181:6 184:25 190:8 191:5 192:2 206:19 215:6 216:17,18 218:2 221:18 223:22 224:16 225:3 229:7, 11 231:23,24 232:11,19 233:5,10 235:2,6 236:10 242:11 244:17 256:17,19 263:21 266:21 267:17 269:5,6 270:11,16 275:23 276:21 278:17

**lots** 27:7 39:7 58:4 69:18 76:22 94:8 170:4 235:21

**louder** 19:10 259:4

**love** 36:20 37:22 69:14 127:22 191:25 196:6 199:22 219:3, 8,18 237:4,24 238:11 243:4 259:2, 3,7,12,13 260:9,13, 22 261:24 263:21

**loveable** 65:20 69:13 129:14

**loved** 65:19 237:19 261:12

**lower** 177:2

**lucrative** 243:12

**Luis** 253:21

**Lydia** 58:23 122:11, 13

**lying** 231:18

**lynchpin** 222:21

**M**

**machine** 170:20,21, 22

**mad** 76:23

**Maddow** 197:23,25

**made** 25:7,22 29:21 30:11 35:24 49:18 58:24 60:25 70:18 73:23 79:5 82:5,19, 24 85:13 90:12 93:18,21 114:2 123:22 130:19 184:14 194:1 203:22 207:1 208:21 223:22 224:18 226:12,15 228:20,24 229:4 230:22 235:13 262:21 268:21

**magazines** 32:11

**mailing** 49:19

**main** 134:5 156:22 274:16,17

**mainstream** 41:4 61:4 185:12

**maintains** 227:6

**Majestic** 45:6,15 48:9 51:25 52:24 56:22 57:5 58:7,8 67:25 70:16 71:4 72:25 79:7 82:18 83:8 86:16 87:5 93:22 106:15 108:17 109:15 171:9 173:22 174:4 176:14,18,19 207:20,23 208:16 240:9 250:23 254:11,12,17 263:14 266:25

**Majestic/orchard** 173:17

**major** 27:25 28:2,19 64:14 66:20 87:19 114:12 115:2 130:22,23 206:3,15 248:3 268:15 270:1

**majored** 27:12,24

**make** 10:11 11:14 22:12,16 35:20 49:5 52:12,23 58:21 63:21 67:13 70:25 71:18,20 72:12 81:17 93:22 95:2 101:2 104:14 105:7, 10 106:9,23 111:18 113:19 123:23 138:2 149:3,5 161:12 162:14 170:20,25 172:17 181:12,20 187:14 188:11 203:6 209:9,16 219:24 220:18 223:24 227:5 234:4,5,13 237:18 238:22 248:13 264:2 278:11

**makes** 63:6 106:12 198:9 249:5 259:19, 20 274:18

**making** 9:24 44:3 51:22 52:20 55:24 60:6 77:24 93:19 137:21 146:23 188:20 197:20 211:7 212:16 243:25 249:12 250:8 269:12 278:13

**man** 24:25 25:5 51:19,20 64:23 73:12 74:15,20 78:16 82:1 135:9 137:16 194:8 223:5 232:25 246:15 250:11 261:12 264:6

**man's** 238:8,10

**management** 154:7

**manager** 49:18 153:23,24 154:3

**Manager-enrollment** 151:15

**managers** 154:5

**mandatory-type** 230:16

**manifest** 236:17

**manipulate** 183:17 236:22

**manipulates** 223:5

**manipulating** 134:7,8,10 183:20

**manipulation** 134:6 182:21 183:15

**manipulative** 222:17 223:5

**manner** 202:24

**mansion** 39:11 256:8

**map** 33:4,6 67:8

**March** 53:6,7 69:22 238:3 240:12,14 243:3

**mark** 155:24 160:6 161:9 211:13 279:19

**marked** 112:1 120:9 156:7,18 160:7 161:11 168:3 171:15 182:2 211:21

**market** 206:13

**marketing** 29:22 46:12 101:12 122:6 170:23 201:3,6,10, 12,21

**marketplace** 34:23

**markets** 248:3

**marriage** 26:16 186:21

**married** 26:11,13, 19,20 60:21 121:7 248:10

**Mars** 41:22

**Martha** 193:18

**Martin** 47:22 48:3 87:10 88:18 90:15 92:22 95:16 96:5 104:5 108:1 109:12, 20 124:19 181:9 205:18 266:14

**Marvelettes** 193:18

**Marvin** 193:17

**matter** 40:17 50:13 80:24 90:12 137:19 178:11 197:25 201:17 206:12 214:7 221:12 225:20 235:15 236:14,23 251:4 252:2

**Matthew** 148:23 149:1,2 211:6 215:6

**Maureen** 10:18 50:7 73:10 98:15 144:15 153:2,20 159:1 189:12 190:3 239:15 241:23 242:4,6,23 250:10 259:12 264:23

**Maureen's** 189:1

**Mccarthy** 256:4

**Mcdonald** 121:15

**Mcquade** 30:1

**Meachum** 214:9,20 273:25

**meal** 189:9,11

**meals** 142:21

**means** 5:22,24 8:2 24:10 52:20 133:25 192:8

**meant** 60:1 279:6

**measures** 270:9

**media** 25:25 49:12 135:25 136:6,14 147:12 165:20 166:3 198:14,17 207:9,12 208:2,10,16,22,24 229:22 232:9 266:25

**medical** 242:15

**meditation** 42:5

**Medvedich** 140:6

**meet** 16:1 37:11 39:9 41:11 62:4

**meeting** 64:24 87:17 184:17 194:22 267:25 272:13

**meetings** 62:18 64:1 232:7

**Mel** 242:9

**member** 50:1 55:3

**members** 52:16 241:3 273:2

**memo** 80:25 88:13 240:1

**memorial** 40:18,19

**memory** 70:14

**men** 78:19,24 116:16 216:11

**Menahem** 32:20

**mention** 125:10 128:21 241:22

**mentioned** 24:16 132:9 144:12 148:19 196:22 244:1

**mentor** 192:11,13 193:25 196:25 197:18

**mentoring** 34:20

**Mercedes** 25:2

**merchandise** 63:7

**merchandising** 115:4 180:3,4,7,9,10 262:18

**mess** 82:5,6

**message** 151:13 152:6 153:13 163:10

**messed** 91:9

**messy** 83:10 84:1 232:2

**met** 37:6 42:13 43:5, 13,18,19,21 44:13, 20 62:5,19 63:1,23 138:23 139:11 144:11,15 248:8

**metamorphosis** 278:23

**metaphysial** 276:12

**metaphysical** 115:21 216:6 275:13

**MFPS** 194:16

**Michael** 40:2,5,12, 15,24 78:17 138:7 255:5,6

**Michael's** 40:17 78:20

**Michelle** 253:19

**Michigan** 26:2 27:21

**middle** 78:2 175:25 238:13

**mike** 120:19 140:13 153:25 223:16 260:12

**military** 231:3

**military-style** 231:4

**mill** 221:1

**million** 61:7 85:15 268:23

**millions** 76:9 137:21 243:9,10 249:10

**mind** 28:22 30:18 37:16 41:16 45:4 65:24 66:5,7 76:4,11 126:3 132:5 180:18 181:8 213:15 251:17 274:7 277:6,12

**minded** 36:20

**minds** 236:25

**mine** 30:23 37:14

**mini** 247:2,4

**minimum** 47:25

**minister** 33:19 76:5 249:17

**ministered** 35:15

**ministry** 31:20 32:1, 6 33:13,18 34:1,2,5, 6 35:1,2,17,20 36:2 219:21 236:5,6,7 249:3,11,13,20 261:25

**minute** 45:1 63:22 66:14 74:25 88:13 94:1 172:9 209:5 273:12

**minutes** 6:7 8:8 209:22 257:13 277:22 279:12

**miracle** 246:2 248:24

**miscommunication** 244:24

**misdeeds** 243:21 244:2

**misinformation** 273:18

**mislead** 254:21

**mismanagement** 265:3

**missed** 93:1

**missing** 84:14

**misspeak** 235:21

**misspent** 241:20

**mistakes** 197:20

**mistrust** 209:3

**misunderstood** 192:2

**Mitchell** 30:14

**Mitchen** 214:9

**MO** 134:9 205:14 236:4 237:13 251:23 276:9

**mode** 91:12

**modern** 236:24

**moment** 28:12 46:16 61:2 87:22

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Index: momentum..numbers

103:21 119:22 120:5 126:23 151:7 163:19 191:24 192:25 210:18 236:6 247:8 257:21

**momentum** 181:7

**Monday** 95:16 100:25

**money** 32:15,17 33:11 35:20,24 46:2 47:7,8,16 48:20 49:4 50:5,6,17,25 51:7,9, 24 52:6,7,15,17,21 55:2 56:22 58:14,15, 21 69:22,23,25 70:4, 6,10,15,20 71:3,6,25 72:2,5 73:4,17,21, 24,25 74:1,7 79:5,7, 8,9,10 81:23,24 82:10,11,21,24 83:7 85:13 87:12,14,17, 20 88:2,7 90:4,5,6 93:18,21,23 95:6 102:8 106:10,12,17 107:3,4 108:17 116:23 137:22 144:24 145:5,7,16 147:6 153:16 154:8, 22,23 159:22 180:22,24 181:11,14 202:24 203:22,23 204:1,3 206:7,20 207:1 208:6,14 216:18 217:10,14 221:14 223:22 225:8 230:2 238:2,4,7,11, 12,17 239:4,18 240:4,6,7,11,18 241:14,15 242:4,12 246:18,20 249:13, 15,16 251:10,11,19 258:15,18 259:8,25 260:3,4 263:17 264:15,21,24 265:3, 7,10 269:21 270:7

**monies** 50:2,19,20 53:7 239:10

**monitor** 13:7 136:22 143:22

**monitoring** 67:2

136:5

**month** 25:3 53:18 59:8 67:17 101:7 124:1 157:1 180:21, 22 238:9,10 240:20 241:13 263:11 264:7 274:12

**monthly** 50:5 59:7 240:17

**months** 44:19 54:23 69:23 107:16,21 114:19 117:5 118:2 141:25 158:21 165:16 181:2 227:17 243:2

**moon** 41:21

**moral** 76:16 77:17 238:18 249:21,23

**morning** 7:7 8:25 13:1 150:13

**Motel** 249:17,19

**motion** 28:19 115:3

**motivated** 206:2,25

**Motown** 30:12 40:8 193:15

**Moulton** 131:1 273:5

**Mountain** 37:19

**Mournian** 148:24 149:1 211:7,24 212:4,5,10,20

**mouth** 74:16

**move** 7:21 8:5,6,9, 12 13:17 25:19,22 26:6 36:15 52:1 76:21 114:20 137:6 160:4 178:8 181:23 190:14 196:11,19 222:9,10

**moved** 13:6 37:2

**movie** 32:10,24 42:10 47:24 59:17 60:3,20 61:20 62:6 64:20 66:20 67:9 81:12 137:12 169:8

170:9,13 172:19 179:20 201:5 243:7 247:10

**movies** 29:6 60:14 61:20 76:10 171:24 247:14,24 249:2

**moving** 47:16,17 48:5 84:19 116:24

**MSNBC** 197:24 198:6

**muddled** 120:21

**muddy** 84:15 151:17 223:17

**Muhammad** 30:7

**Muhammed** 29:18

**Muscle** 249:13

**Museum** 189:3

**music** 60:22 123:1

**muted** 277:9

_____

**N**

**named** 40:7

**names** 15:7 139:24 228:14,17 242:8 248:23 253:7,8 254:17

**Nasreen** 141:12,17, 22,24 142:1

**nasty** 146:8

**nature** 35:22 128:13

**navigate** 203:11

**NBC** 198:6

**NDA** 59:18

**needed** 34:24 58:14 73:17 75:4 79:5 84:1 87:16 88:7 95:6 101:13 157:5 168:24 198:15,16 208:17 224:9 238:7 260:3 264:5,15

**needing** 180:24

**negative** 34:15 236:12,13

**negotiate** 46:22 77:22 174:13 186:5 259:8

**negotiated** 45:16 46:21 48:8 58:23,25 72:8,11 87:6

**negotiating** 37:21 48:3 75:9 78:2 145:21

**negotiation** 77:23 266:3

**negotiations** 46:5 75:15 116:8

**neighborhood** 21:23

**Net** 180:8

**Netflix** 60:17 62:3,4, 21 66:19 68:11,17 114:13 115:2 179:20,23 180:2 195:4 255:22 262:21

**neutral** 49:1,3 165:25 209:11 239:12,17

**Nevada** 49:22

**next-party** 6:18

**nice** 25:4 72:21 89:11 103:5 147:10 184:25 189:4 231:12 259:21 260:25 277:12

**nicely** 56:23

**nicer** 50:21 237:3,16

**niche** 34:23,24

**night** 6:17 95:25 96:2 100:15 131:7 150:10 215:7 270:24

**nightmare** 102:9 106:4

**nightmares** 265:1

**nitpicking** 94:7

**nominated** 193:11

**nonsense** 47:21 56:11 217:14

**nonsensical** 202:20

**normal** 81:20

**Norris** 30:2 61:24 67:16 131:1

**notable** 62:24 242:12

**note** 9:4 71:23 73:3 243:25 260:25 270:5

**notes** 235:20

**notice** 7:25 70:10 241:14

**notices** 15:13

**notified** 147:5

**noting** 5:15

**November** 49:16 101:4 157:1

**novice** 242:6

**nowadays** 61:25

**number** 20:12 29:8, 9,10 39:24 48:18,19 55:11,12,19 60:17 79:25 80:1 96:6,19, 23 97:8 98:17 99:4, 18 103:9 104:25 106:2 116:13,14 131:23 144:23,25 150:4,9 155:21,22 159:12 160:5 166:17,18,19 167:21 168:1 171:8 174:23 179:12,14 191:7,16 211:18 216:4,5 217:6

**numbered** 97:14 98:25 99:10 103:13

**numbering** 103:4

**numbers** 39:5 96:10 97:10,18,19, 21 99:1 100:7 102:12,23 103:13

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

112:11 150:19 162:18 163:5 167:4 172:22

**O**

**Oak** 37:18 38:5,7,8

**objecting** 5:22

**objection** 5:7,12,16 11:10,14 12:3 24:21 133:13,16 213:22 215:18 218:17 220:21 230:10 269:15 271:19 275:10 276:2 277:14

**objections** 9:25

**objects** 9:25

**Observers** 109:17 123:2 148:10,11

**obtaining** 214:5,23

**obvious** 237:13

**occasions** 229:24

**occurred** 265:2

**October** 5:4 65:4, 12,15,25 66:2 70:18 234:10,12 280:25

**off-the-hand** 278:11

**offended** 79:25 133:21

**offer** 117:2,5 118:1 219:13 234:10,13 270:18

**offered** 77:21 181:9 234:17

**offering** 46:17

**offers** 118:5 230:23 234:8,9,15

**offhand** 152:24

**office** 11:4 15:12,13 32:12,13,16 33:10 37:20 185:1 234:12 242:16

**offices** 185:6

**official** 159:21

**officially** 166:5

**Ohio** 25:18 26:1 248:8,9,22

**okayed** 239:23

**older** 76:13

**one's** 175:20 279:21

**one-fourth** 40:25

**One-hit** 125:22

**one-third** 75:11,12, 18,19 77:20,21

**ongoing** 42:9 211:24 212:2 273:16

**online** 70:2 85:14, 19,23 86:6,8 217:3 225:15,24 229:20

**Oops** 165:6

**open** 30:18 62:1 118:8 119:25 155:14 187:7

**operated** 50:2

**operation** 231:4

**opinion** 69:10,17 78:18 116:8 177:16, 23 215:12

**opportunities** 247:12

**opportunity** 251:8

**opposed** 93:15

**opposing** 5:21 268:5

**oppressed** 236:8, 19

**Orchard** 48:25 50:5 51:24 53:19 54:15 56:6 82:18 87:3 90:18 93:7 94:3 95:5,12 106:10 107:4 151:13,24 152:18 153:17 154:8 158:10 160:9,25

161:21 165:19 240:23 260:19

**Orchard's** 102:9

**ordained** 33:19 76:6

**order** 135:17 153:6 161:17 162:6 168:1 210:15 215:16 240:5

**organization** 127:16 128:8,22

**original** 80:16 87:2 175:21 232:22

**originally** 25:17 89:8 218:7 266:13

**out-and-out** 74:2

**outline** 86:8 89:24, 25 90:1 172:19 175:15 176:13,16

**outlined** 250:22

**outlines** 171:23

**Overbroad** 12:3

**overcome** 205:10

**overlap** 267:6

**overly** 228:9,12

**overstep** 229:8

**overture** 116:11

**overtures** 123:22 226:12,16

**owed** 101:23 102:3

**owned** 30:9,10 75:7 198:2,8

**owner** 139:16

**P**

**p.m.** 6:6 92:5 176:3 210:4,5 233:19,20 280:25

**pageant** 248:10

**pages** 100:14,15 103:4 104:25 112:3

150:9 151:19 202:8

**paid** 47:17 48:19 50:19 52:5,15 55:7, 18,20 72:13 73:6 82:10 102:3 123:17, 23,24,25 203:17 209:1,9,12 217:21 240:6,8,15 242:23, 25 262:5,11,12 263:11 264:11,13

**painstaking** 266:20

**panic** 186:17

**paperwork** 12:17 49:15,25 53:13 59:6, 14 66:3

**paralegal** 7:1

**Pardon** 95:21 121:22 241:8

**Park** 242:10

**Parkway** 11:4

**parrot** 83:1

**part** 17:3 49:1 56:13 61:16 69:13 84:21 89:18,21 118:10 134:9 139:9 146:7 171:18 191:13,16 200:5 203:15 219:23 250:9,22 261:25

**participant** 240:17

**participants** 74:12 82:19 83:24 89:3 102:5,6

**participation** 242:1

**parties** 5:14 120:12 218:16 269:8

**partner** 42:14

**partners** 44:17 83:11 124:5,13,14 147:25 165:20

**parts** 69:12

**pass** 35:8 185:4

**Passe** 30:6

**passed** 61:21 218:9

**passionate** 179:6

**past** 112:3 132:24 140:8 217:7 261:18 279:11

**path** 138:16

**Paul** 30:13,14 39:11

**pay** 32:25 33:3 48:5 55:23 58:15,18,20 59:7 71:6 72:2 73:5 81:25 82:21 106:18 151:1,15,23 153:23 155:1 184:24 203:23 232:8 260:7

**payday** 243:9

**payee** 151:15 153:23,24 154:3,4,5, 6

**paying** 21:20,24 55:5 82:1 101:22 154:7 201:19 262:25

**payment** 56:6 81:17 101:3,5,10 102:14 104:15 166:16 241:15 262:24 263:1

**payments** 49:5 51:3,13,17 52:3,5,12 55:24 81:11 82:19 101:20,22 102:1 240:12 261:3 263:13 264:2

**payout** 53:19 106:12

**payroll** 242:5

**PE** 156:1

**peers** 216:13

**penalized** 83:14,25

**pending** 9:7 10:12 273:24 274:2

**Penitentiary** 29:8, 24 32:19

**people** 11:12 22:6 23:8 28:19 30:5,8, 15,16,17,20,23,24,

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

Index: people's..posting

25 31:5 32:14 33:10, 22 34:3,7,17,19,21 35:9,12,23 36:3,5,6 39:2 50:9,24 53:21 55:21 56:8 58:21 59:7 61:13,22 62:11, 15 64:8,11 66:8,14 69:23 73:13 78:11 83:12 86:2 94:17 112:21 113:15 114:12 118:11 120:14,15,25 123:16,18,23 126:25 129:9,17,23 130:17 131:4 133:2 134:11, 14 135:17,18 136:10,17,18 138:12 146:9 147:15 157:3 158:7,19 170:4 178:5,16,20 179:6, 15 185:14,19 189:5, 23 192:2,12,24 193:3,5,19 194:6,10 196:14 198:14,22,24 217:20 220:3 221:1, 12 227:16 228:21, 22,25 229:7,25 231:15,21,23,24 232:1,5,14,25 233:7, 10,12 235:3,13 236:8,10,11,21,22, 25 237:24 242:3,13 244:16 249:10,20 250:23 252:6 254:22,25 256:12,17 257:1 258:10 259:19,25 262:6,7, 25 263:3,13 265:21 270:1 271:16,24,25 272:9 273:4,10 274:18,19,23 275:21 276:7,10,13,18,20 278:9

**people's** 47:6 52:21

**percent** 33:2,3 35:18 46:7,9,10,11, 14,17 48:1,2,16 49:3 57:6,7 58:7,24 59:1, 2,25 77:5 174:9 201:12,19,21 205:25 206:1,9,25 238:15, 16 240:24,25 242:1,

22 243:1,16 266:14, 15

**percentage** 45:16, 24 46:1,4 49:8 72:21,23 77:5,7 102:5 174:8,12 191:12 240:19 266:7,11

**percentages** 57:5 191:5 209:5 246:12

**perfect** 100:8 103:24 105:5 120:24 124:2 163:23 174:20 182:11 190:19 210:1,14 211:3

**perfectly** 22:10

**performer** 40:8

**period** 29:11 89:19, 20 122:2

**perjured** 51:21

**perjury** 24:2

**perpetuated** 231:17

**person** 30:20 31:4,5 34:15,16 40:7 42:23 57:25 60:22 61:9 62:5 96:25 117:18 127:9,14 129:15,19, 20 135:12 136:1,15 140:25 141:2 149:2 167:13 178:21 179:3,7 191:18 229:22 237:22 239:8 246:14,24 247:8 248:14 250:18 254:23,24 259:2,12, 13 268:11 274:19

**person's** 23:3 203:9

**personal** 55:19

**personalities** 30:6

**personality** 29:18 247:20,21,23

**personally** 73:21 196:15

**perspective** 13:8

266:21

**perspectives** 279:3

**pertinent** 230:21 276:6

**peruses** 164:19

**Peter** 7:1

**petty** 66:22 137:18 195:7 200:24

**PEX11** 119:19

**PEX25** 156:1,6

**PEX29** 167:2 168:2

**PEX30** 171:13

**ph** 51:10 255:5 260:1

**phone** 7:18 17:24 46:19 64:3,24 106:6 143:6 172:15 191:2 266:24

**phrase** 170:12,14, 16

**physically** 127:18

**pick** 16:8,9 92:9

**picking** 92:18

**picture** 28:19 29:19 57:3 60:1 108:15 115:3 137:10,11 201:2,3

**pictures** 40:18

**piece** 66:3,15 71:3 72:4,5

**pieces** 49:15 122:7 139:7 179:3

**pilot** 61:1,5 185:9

**pinpoint** 190:18

**pipeline** 56:25

**pitch** 179:19,21 262:18

**pitched** 63:3,5 64:25

**pitching** 63:5,6

185:10

**place** 25:4 41:15,16 57:23 68:5 69:22 75:5,21 170:3 179:15 195:10,22 196:2 237:16 238:3 272:6,7 276:8

**places** 35:16 169:20

**plagiarism** 232:24

**Plaintiff** 111:24

**plaintiffs** 5:10

**Plaintiffs'** 120:9 160:6 161:10 171:13 181:25 279:21,23

**plan** 32:6 132:21 247:18,25

**planned** 222:20 223:1

**planning** 6:7 247:19 265:13,14

**platform** 127:21

**play** 106:14 132:23 182:4 188:1,5 211:9, 11 245:17 251:13 270:22 277:3

**Playboy** 256:8

**played** 182:14 187:20 188:14 190:20 200:4 204:17 211:22 212:23 213:3 215:4,9 218:1 220:6 221:21 224:17 226:4 230:5 231:2 235:25 243:19 244:10,21 245:18 257:6,8 258:6,13,20 262:4 265:18 266:8,17 271:12 278:2

**player** 45:25 240:3

**players** 64:15 130:22,23

**playing** 202:12

**pleasure** 220:14 279:17

**plethora** 81:13

**plot** 66:10

**point** 39:10,17 43:17 48:4 66:18 70:1 77:18 78:8,19 80:7 93:5 95:10,11 106:1, 8 127:17 133:20 136:4 137:1 185:20 187:6,10 202:5 204:8 205:1,4 206:21 207:6 215:22 216:20 218:14 219:6 227:8 234:3,24 238:1,22 239:9 246:4,9 248:25 249:21 250:14 261:19 263:1 268:8 271:22 274:16,17

**pointed** 77:19 88:6 106:3 252:23 265:20 268:9 273:1

**pointing** 238:21

**points** 106:22 213:4 227:4,21

**poisoning** 188:22 190:9

**Poitier** 30:12

**poking** 33:18

**polite** 59:22 105:20

**pond** 248:12

**pop** 91:15

**Poriter** 247:14

**portion** 153:6

**portraying** 137:16

**position** 178:4

**positive** 57:3 116:25 117:14 248:19 270:5

**possessed** 236:9

**possibly** 107:1 176:17

**posting** 136:2

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

**postponed** 82:13

**potential** 58:4 63:18 192:4,6,20 194:17 196:6,23 197:15 199:8,11,19 219:9 243:5,6 256:25 261:25 270:15

**pounds** 23:9

**power** 62:8 193:22 236:15,16

**powerful** 61:25

**practice** 236:3

**Prafis** 242:7,14

**pray** 34:13

**prayer** 33:20 219:24 248:19 278:12

**prayerful** 278:12,14

**prayers** 237:1

**pre** 245:15,16

**pre-attachment** 113:18

**pre-story** 169:4,12

**preach** 35:9

**preamble** 112:20 113:13

**precise** 102:8

**preemptively** 245:16

**prefer** 36:18 100:11 234:4

**preferring** 215:11

**prepare** 12:10,13,19

**prepared** 12:12 97:4

**preparing** 12:10,15

**prescribed** 23:16

**prescription** 23:17

**present** 6:23

**presentations** 68:19,20

**President** 15:3

**pressure** 181:6

**prestigious** 29:15 193:4 195:16

**pretty** 16:20 48:11 56:24 70:1 109:25 148:15 153:5 166:22 174:5 176:6 183:16 229:20 231:5 257:23 280:15

**previous** 26:16 88:23 158:11 207:16

**previously** 5:13

**Prince** 78:23 136:19

**print** 96:10 100:5

**printed** 149:22

**printing** 98:3

**printout** 97:23 99:15

**prior** 11:8 12:2 21:13 56:18 225:21

**prison** 221:3

**prisons** 35:4

**privacy** 15:14,24

**privileged** 10:4,8

**problem** 57:3 65:18 90:14 138:11 213:19 216:10

**problems** 186:4,15

**proceeding** 24:5

**proceedings** 6:25

**process** 230:12

**produce** 103:8 276:1

**produced** 14:20 29:3,20 54:6 97:17 99:10 100:6,14,15 103:2 131:7 132:11 182:20 187:24 190:15 213:13 243:22 244:3

**producer** 32:8 185:2 195:15,17,23 247:10

**producers** 62:14 168:24

**producing** 27:13 35:25 131:11 180:12

**production** 14:15 56:15 60:18 87:24, 25 95:22,25 96:1 100:20 106:20 139:10 150:10 155:21 160:5 161:5 164:10 167:21 171:8 184:24 211:18 253:5

**productions** 148:1, 3

**productive** 194:22

**professional** 28:6, 7,8 177:16,23

**professionals** 28:24

**professors** 28:17

**profit** 32:21 33:8 240:16

**programming** 37:17

**project** 86:18 87:9, 13 89:7 90:2 95:6 109:18 122:5 137:17 139:6,9 251:15,20 252:2,10,20 256:25

**projects** 41:13,15, 18 56:25 114:6 148:19 186:23,25 231:12 250:23 262:7 269:13

**prolific** 64:23

**promise** 111:20

**promised** 111:21 146:17 253:2

**proof** 214:24 232:16

**proper** 11:14 74:12 82:19 83:23 89:3 110:4 251:21

**properties** 176:20

**protect** 223:24 224:2 276:1

**protecting** 224:3,7 276:4

**prototype** 169:24

**provide** 230:17

**provided** 109:8

**providing** 101:16

**prudent** 17:23

**psychiatrist** 23:24

**psychologist** 23:23

**public** 21:22 116:14 129:16 137:5 149:3 170:23 189:20 215:12 228:3,5

**publicly** 116:19

**pull** 22:6 118:17 131:17 149:19 161:5 171:7 248:19,21

**pulled** 25:2 103:17 105:12 137:14 223:21

**pulling** 33:16 132:2 151:7 195:7 257:15

**pulls** 223:14

**punish** 228:24

**punishing** 70:4 238:5

**purpose** 106:25 107:2,6

**purposes** 6:7 49:21 50:11 241:19 264:18

**push** 201:11 202:4 206:3,15,19 207:1 238:6

**pushback** 59:21,22

**pushing** 170:24 179:7,8 192:13 193:8 205:22

**put** 33:2,5 49:19

50:5 59:5 61:7 73:7 74:1 80:23 81:21 84:6 85:1,22 86:7 97:17,18 98:25 102:25 107:3 115:13,15 119:12 144:22,24 145:1,5,8, 12 149:8 167:17 170:7 178:16 179:2 187:1 194:7 200:8 206:4 214:19 222:22 223:21 232:7 244:18 262:18 264:4 270:11 273:18

**puts** 129:11

**putting** 32:4 135:3 136:21 155:15 181:6 262:20

**Q**

**quality** 17:13

**quarter** 87:25

**Queen** 60:17

**question** 9:7,21,22 10:1,6,12 11:22,23 12:6 15:16 31:13 33:14 69:10 80:17 84:15 86:11 107:20 138:19 158:3 161:13 165:9 167:18 173:13 183:8 190:25 203:24 215:21 218:12,18 226:10 234:24 239:1 245:16 256:23 267:7 269:18 278:3

**questioning** 99:15 100:5

**questions** 8:6 22:17 39:7,10 110:8 267:12 277:13

**quick** 9:12,15 43:5 135:1 155:19,23 161:13 209:20 253:7

**quickly** 57:18 62:7

**quiet** 11:14

**quit** 70:10 74:9 136:14

**quote** 127:6 225:25

———

**R**

**Rachel** 197:23,25

**radio** 127:4 248:11, 16

**rage** 278:14

**Raiders** 64:22

**rainbows** 271:15

**raise** 24:10,13 32:15,17 33:11 35:21

**raised** 25:18 46:23 47:7,8 200:9

**raising** 47:16

**Rams** 136:24

**ran** 80:25 90:2 126:5,6 166:22

**rate** 38:14 47:20 57:8 60:23 64:14 65:11 78:5,17 79:1 185:20 232:23

**raw** 101:16 102:2,11 192:17

**Raza** 7:3

**re-approached** 70:21

**reach** 69:24 110:3,5, 16,25 220:3 279:4

**reachable** 15:12

**reached** 108:1,21, 24 109:2,6 114:12 116:10

**reaches** 194:5

**reaction** 275:22,23

**read** 84:8 92:15 100:11,23,24 112:17 113:6,7 157:13 168:13 234:1

**reading** 133:2 213:7

**ready** 7:6,8 45:10,18 60:2 178:1 244:9,14 270:8

**real** 30:12,19 35:25 132:19 133:21 145:17 155:19 169:13 207:17 232:18

**reality** 180:25

**realm** 40:25

**reapproach** 71:8

**reason** 22:25 38:11 76:15 78:21 79:1 115:20 124:3 132:16 134:5 135:21 137:25 138:6 163:11 167:9 188:20 225:1 252:9

**reasons** 55:14

**recall** 22:10 131:10 134:16 152:21 153:24 154:2 155:25 157:8 168:17 188:15 191:2 211:7 226:24 227:1 228:16

**receive** 113:25 167:15 193:4

**received** 50:10 54:17 101:3,20 104:15 107:25 108:5 117:25 167:17 213:6,8 217:1 278:8, 10

**recent** 148:7

**recently** 60:16 141:4 142:9,12 227:16

**reckoning** 278:18

**recognize** 141:21 152:2,4,24 160:17 164:1 183:7 188:2 204:19 237:10 253:8 254:20 256:1

**recognized** 189:23 192:20

**recollection** 23:4

**reconcile** 101:18

**record** 5:7,15 7:10 9:18 10:10 15:2,10 16:2 18:3,9,13 20:17,21 21:4,8,13 30:23 51:23 53:20 63:3 71:13,22 72:1 82:7 91:23 92:1,3,7, 15 96:25 99:12,24 115:17 130:21 190:22 191:24 196:4 202:2 210:3,7 211:17 233:18,22 234:1 253:4 268:20 272:4 280:6,9,20,23

**recorded** 5:17,18 191:8,9

**recording** 5:21,23 6:24 7:10,12,25 8:1 181:25 200:11

**recordings** 181:24

**records** 95:18

**recouped** 101:13

**red** 233:24

**redacted** 112:10

**redemption** 219:22 275:2

**reel** 170:5 178:24 180:6

**reels** 262:17,20

**refer** 36:18,24

**reference** 190:22

**referenced** 243:20

**referring** 112:14 175:24

**reflected** 102:2

**reflects** 101:6

**refusing** 7:23,24

**rehearsing** 40:13

**reins** 90:2 204:24

**relationship** 60:24 62:18 76:6

**relationships** 62:9, 17 64:4,6

**relative** 36:8

**release** 79:18 87:20

**remember** 18:24 22:8,13 23:2,4 51:11 72:18,21 79:10 129:2 155:5 169:7 173:24 174:3 190:23 200:5,13,15 204:8 226:21 245:19 252:3,25 254:7 266:3

**remembers** 72:17

**remind** 110:17

**remote** 5:5 280:22

**remotely** 5:8,13

**Rene** 122:22,23 123:1

**renegotiate** 87:7

**rent** 71:6

**repeat** 243:23

**replacing** 86:2

**report** 102:12

**reporter** 8:17 19:25 92:10 111:21 280:8, 11

**reports** 101:17 102:2

**represent** 145:18 164:24 187:23 275:5

**representation** 61:24

**represented** 145:11

**reputation** 64:13 274:18 275:7 276:20

**request** 14:14 151:10 271:10

**requested** 257:25

**requests** 109:21

**required** 166:7

**respect** 237:25

**respected** 60:13 115:22

**respectfully** 166:20

**respond** 109:20 110:10,12 117:23

**responded** 93:17 108:22 116:19

**responding** 176:24

**responds** 153:20

**response** 108:1 175:20 176:9,11 205:5 212:10

**responsibility** 49:1 77:18 130:10 135:10 204:24 275:20 279:1

**responsible** 55:1,5, 9

**rest** 40:14 83:12 94:25 145:16 147:3, 4

**restaurant** 39:9 189:20

**restroom** 209:20

**result** 60:9

**retainer** 144:22,25 145:1,3,5,8

**retirement** 217:11, 13

**retrace** 48:13

**retrospect** 245:5

**return** 64:3 143:6

**reuse** 118:22

**reviewed** 14:6

**rewind** 56:19

**Rice** 127:5

**Richard** 140:10 273:5

**Richards** 49:16 145:13 148:15 166:6 176:2 238:5 262:6

**Richards'** 141:14, 16 245:21

**RICO** 274:4

**rid** 66:6

**right-hand** 97:9

**righty** 149:24

**ring** 130:25 253:22 273:7

**rise** 136:17 137:4

**Rita** 126:21 127:1, 11,15,18 235:9

**rivalries** 199:25 205:10

**rivalry** 186:1 209:2 252:6

**Rob** 125:13,15,21 126:6

**Rob's** 178:12

**Robbins** 40:25

**Robert** 139:5,6

**Robin** 186:8

**Robinson** 30:13 39:9 261:8

**Robledo** 253:21

**Rocky** 29:25

**Rodriguez** 130:25 273:7

**Rog** 206:5

**Roger** 42:13,14 44:14 45:12,22 48:22 49:7,16 55:15 57:4,6,10,16,18,24 59:11 65:22,25 66:9 68:15,17,18,24 69:11,18 70:5,6,7,9, 12 73:20,21 75:5,13 76:18 77:9,10,12

79:16,20 80:1,23 81:14 82:5,9,12 83:6 84:1,4 85:22,23 86:4,6,7 89:5,13 90:1,9,11 106:25 115:23 116:2 137:20 139:11 141:14,16 145:13 159:1 166:6 168:16 171:22 172:3,14 173:15 174:1,8,9,12 176:2, 11,12,17 177:10 179:17 181:16 184:2 191:9,19 194:23 195:2,16,19 199:13 204:9,14,18 205:11, 19 206:10,22 207:5, 23,24 208:17 227:10 231:13 235:17 238:5,6 239:20 246:5,10,20 250:1 251:5 252:9 253:1 254:16 261:16 262:6,10,19,23 263:4,10 266:9

**Roger's** 46:10 86:8 175:20,21 202:22 266:24

**role** 31:20

**rolled** 208:9

**room** 10:15 179:23 181:14 189:10,19

**roost** 271:23

**Ross** 193:8,19

**rough** 174:1

**round** 134:22

**route** 64:11

**routing** 166:17,18, 19

**royalty** 166:16

**rubs** 30:18

**ruffling** 174:6

**ruin** 116:6 137:10

**rule** 58:9

**ruled** 247:22

**rules** 9:16

**rumor** 220:25

**rumors** 235:11 268:11

**run** 32:2 61:13 65:25 251:18

**running** 242:15

**rush** 251:21,22

**Russia** 35:7,15

**Russian** 35:9

**Ryan** 130:24 232:21 235:18

**Ryans** 235:12

**Rysavy** 139:15 140:2

**S**

**sabotaging** 180:13

**sacrifice** 259:11

**sad** 202:14 239:5 245:20

**safe** 25:4

**SAG** 52:19

**salaries** 58:12,13, 16

**salary** 58:19 78:12 184:25 185:1

**sales** 101:4,7 102:12

**Salla** 176:13 177:11

**Sammy** 30:6

**San** 11:5

**Sara** 125:8

**sat** 184:16

**satanically** 198:2,8

**Sather** 51:5 72:22 254:13

**Sather's** 46:10

**Saturday** 172:5

**Saturn** 41:22

**save** 100:10

**SBA** 48:23 49:9,12, 13,14,17 55:4,10,25 81:11 153:3 155:6 156:10 159:8 161:25 162:8 165:20,22,24 166:2,3,5 207:6,7,9, 10,12,14,15,17,23 208:2,10,12,13,16, 22,24 209:13 239:9 240:7 266:25

**scandal** 135:20 136:9 138:4,8,9,10 232:10

**scared** 36:6 64:12

**scary** 236:11

**scenario** 53:10

**school** 28:6,8

**schooling** 259:9

**schools** 28:7

**sci-fi** 64:20

**scope** 192:18

**scramble** 259:25

**scrambling** 181:1 260:4 263:17

**screen** 7:15 90:22, 24 91:15,20 96:21 98:12 105:10 120:5 131:18 132:4,6 151:21 157:15 163:22 164:13 168:10 171:5 197:7, 13 210:25 211:2

**screw** 88:24 95:4

**screwed** 86:23,24 209:5,7

**script** 28:21

**scripts** 169:9

**scroll** 111:5 112:3 124:10 125:17 152:5

**scrolling** 111:16

**scrub** 182:10

**Sean** 253:9,10

**search** 99:12

**searchable** 102:19

**searching** 111:12

**season** 37:24

**second-to-last** 151:12

**secret** 52:2,3 53:2 72:23,24 86:17,19, 23 87:4 88:17 89:8 90:7 93:23 95:12 101:17 102:6 109:16 114:10 186:19 187:5 195:12 201:15,17 204:7 207:3,21 240:11 242:1 243:2 251:3,9,18 254:11

**Secret's** 108:17

**Security** 55:4,25

**seersucker** 189:2

**sell** 35:22 60:6 179:25 180:2

**Sella** 175:12

**send** 15:12 52:11 53:11,21 54:1 99:6 108:11 111:20 118:25 119:9 120:12 146:8,14 162:22 163:3,9 190:1 210:9 213:17 222:11 264:16,18,19,22,24

**sending** 112:21 134:5 153:16 154:8, 22,23 157:8 163:12 168:8 173:15 213:15

**sense** 60:7 181:20 223:24 250:8

**senses** 94:21

**sentence** 80:4,5 172:18

**sentences** 233:9,25

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

separate 88:17,19 99:6 150:10,11

separately 44:15

separation 102:7

September 44:19

sequel 72:24 87:3,4

sequels 115:3

series 42:9 67:8 81:13 137:12 149:4 179:20 243:6

serve 205:14 220:2

set 48:24 49:17,23 64:24 85:20 155:5 157:2 158:7,15,17 165:24 166:2 207:19 208:13 209:13 212:11 236:12 238:15,16 239:16, 17,21 267:25

setting 153:3 161:25 162:7 166:15 209:10

settle 216:13 218:8, 15 219:3 223:8 226:6,8 228:19

settlement 117:2,4, 5 118:1,5 230:16,23 234:8,9,10,13,15 245:12

severe 78:3 89:1,4, 22

shambles 55:16

shame 118:15 275:16

shape 71:17

share 96:21 99:22 103:18 118:20 120:5 145:3 210:18

sharing 145:4

sheet 113:9

Sheikh 141:12

shelf 201:7

Shoals 249:13

shook 30:24

shooting 32:21 33:8

shopped 61:19,20 68:10,12 69:1

shopping 44:20,22 67:15

short 70:14 71:15 94:20 176:6 185:17 251:8,9

shortly 68:9 108:15

shot 133:15 145:10 151:21 180:13

shoulder 143:5

show 22:5 28:19,25 29:2,3 34:6 38:19 39:23,24 42:9,19 55:21 60:3 63:24 73:18 74:6,7,8,18 85:20 111:13 127:4, 7,10 129:6 130:5 132:17 134:6 138:15 154:14 180:8 182:21 185:10 194:2,19 195:21 196:8 206:10 223:3 226:23 242:11 247:24 248:4,7,11, 12 260:8,12

showed 131:7 240:8

showing 5:18 34:9 55:6 102:10 165:12 223:2 238:11 240:17,18,19 241:14,18 260:22

shows 29:4 43:7 132:14 162:9 246:1 248:6

shred 31:11 74:10, 17,19 217:15,22

shut 52:18,19,20

siblings 78:20 199:24

sick 127:18 189:9

side 65:20,21 77:14 79:14 129:14,17 134:12 178:23,24 182:22 219:10,11, 18,19,21 220:3 241:23 270:18

sided 196:13

sides 129:13 132:23 178:23

siding 196:15

Sidney 30:12 247:14

Sight 29:3

sign 33:2 150:21 161:1

signed 44:20 45:9, 19 48:15 49:9 71:23 87:5 88:13 150:22 165:16,19 187:3,4 254:15

significant 46:13

signing 73:2 145:23

silence 275:16

simple 173:9

simply 94:16

simultaneous 13:12 103:11

sincere 279:7

single 53:18,19 78:7 136:15 220:1 240:16 241:13

Sings 193:8

sinus 9:2

sir 8:15 220:7

sit 28:16 65:14 77:21 115:16 116:12,16 117:13 188:11 220:4 221:4 261:10,22

Sitrian 242:10

sitting 38:22 40:18 67:2 189:8 202:12 216:11 230:11 240:7

244:18

situation 134:11 145:22 183:18 191:20 216:24 246:21 274:25

situations 132:23 191:21 223:9

sizable 71:3

sizzle 262:16,20

skin 49:2 86:12 247:16,18

skinned 137:2

skip 188:9

skipping 215:5

Sky 169:23

slandering 224:3

slate 61:20

sloppily 80:21

sloppy 263:24,25

slot 185:13

small 197:13 248:12 268:10 273:12

smaller 101:5 104:15

smart 199:13

smear 117:11

smearing 224:4 276:7

smile 38:24

Smith 130:3 142:8 253:13,15

Smokey 30:13 39:9 261:8,10

Smokey's 261:9

smooth 174:5

smoothly 48:11 50:2 166:22

social 55:4,25 135:25 136:6,14 147:12 198:14,17

229:21 232:8

sold 63:11 64:5 81:13

soldiers 35:10

sole 49:18 50:1 55:3

Solutions 5:11

somebody's 235:14

someway 70:19

son 139:3 192:1 237:19,20 261:13

song 193:20,21

sons 184:1 199:23

Sorrento 11:4

sort 10:7 14:15 28:7 84:12 107:25 133:22 142:13 143:7 235:5 247:22

Soto 140:10

Soul 29:17 60:20

sound 17:13 114:2 154:13 187:22 197:6 205:2 208:7 211:15 212:12 254:23 255:3 279:21

sounded 231:5

sounds 108:22,25 182:24 183:1,10 190:9 204:21 205:3 208:5,8 212:14 218:6 235:5 270:2

sources 220:10

south 69:7

Soviet 35:7

speak 9:17 69:2 77:3,4,5 153:25 212:15,17 223:16 229:9 259:3 260:11 278:5

speaker 91:12

speakers 38:15

**speaking** 13:12 18:16 37:1 103:11 117:12 220:10

**speaks** 104:19

**special** 72:10,13,14 190:2 259:9

**specific** 119:25 128:14 180:17

**specifically** 128:19 214:3 226:22 262:14

**specifics** 74:5 86:24 128:5,24 212:1 224:12

**speculation** 133:17 220:22 271:20

**speculative** 58:8,11 59:25 82:14 220:24 243:17

**speech** 27:12,24

**spell** 15:1

**spend** 87:25 90:15 145:7

**spending** 33:20 217:10

**spent** 101:12 118:10 127:2 186:4 193:23 215:23

**sphere** 59:12

**Spielberg** 64:21

**spinning** 189:10

**spirit** 35:14 76:7,11 219:22 236:15 275:2

**spirits** 34:14,15 237:11

**spiritual** 33:21 77:2 117:17 191:17 196:9 216:6 268:22 270:18 272:6 279:9

**spiritually** 237:9

**split** 84:5 89:2 90:4

**spoil** 189:14

**spoke** 12:23 77:8,12 87:9 93:6 121:4,17 122:15,25 123:14,15 124:25 125:25 126:17,21 134:20,24 141:5 156:23 157:21 218:25

**spoken** 11:7,11,24 35:3 93:14 109:12 120:25 121:11 122:1 123:5 124:15 126:9, 19 134:21 139:18 140:3 141:3,23,24 142:9,12,14 144:2,6, 7 148:20 149:7,10 168:23

**spotlight** 224:5

**spread** 157:1 268:11

**spreadsheet** 54:21

**ST** 68:10

**Stacey** 135:22

**stadium** 136:22

**staff** 136:3

**stage** 197:22 198:4

**stages** 204:13

**stalk** 129:7 232:25

**stalked** 127:15 128:8 129:5 235:13

**stalking** 128:20 235:3

**Stallone** 30:1

**stamp** 226:2

**stance** 95:2

**stand** 95:1 204:6 223:7 249:24 273:20

**stand-up** 31:4

**standard** 182:25 194:1,4,5

**standing** 5:16 35:11 143:2

**standout** 38:17

**star** 29:19 32:8,11, 12,16 63:9,10 68:22 129:25 136:16 137:2 170:21 180:7,8 247:10 249:8

**starred** 60:17

**stars** 32:10 62:13 78:10 192:18,19 248:14

**start** 9:21,23 11:20 28:6 42:15 43:12 69:7 74:21 81:3 86:21 87:12 110:6 129:22 137:21 145:23 146:23 156:19 168:12 171:17

**started** 41:9 43:15 44:8,10 57:9 84:4,8 93:5 126:25 155:14 170:7 173:25 185:8 204:12 208:9

**starting** 11:15,18, 20,21 26:5 29:7 175:21

**starts** 174:23

**state** 5:7 7:9 27:5,18

**stated** 12:21 62:21 123:20 223:12 229:23

**statement** 44:4 50:9 129:16 134:22 135:3,6 138:3 149:5 161:13 213:5,6 225:14,16,17,18 226:22 228:3,6 229:3,17 240:17 245:11 259:7 264:6 266:24 271:1

**statements** 116:15 130:19 134:23 149:3,4,8,10 223:9 224:20 228:20,24 229:4,14,15 230:3 237:17,18 238:24 270:10 278:11,13

**States** 29:5 35:5

**static** 19:23

**staticy** 19:12,19

**stating** 51:16 59:22 79:17 81:1 127:3

**statistics** 206:18

**stay** 64:12 78:12,14 136:13 186:11 198:17

**stayed** 40:15 109:15 199:16

**staying** 249:16

**stays** 19:8

**Steele** 139:5

**Stellor** 19:12 111:18 118:20 155:25 211:15 233:24 279:19

**step** 31:19 162:2

**Stephelow** 260:1 262:6

**Sterling** 30:10

**Steve** 255:24 260:1 262:6

**Stevie** 193:16

**steward** 49:1,3 239:17

**stock** 220:8,12

**stockholders** 198:7

**Stoker's** 64:21

**Stone** 253:9

**stood** 250:2 260:19

**stop** 136:13

**stopped** 25:2 107:24

**stories** 233:2,8

**story** 60:6 63:6 64:5, 10 71:15 94:20 129:25 142:17 169:5,13 180:4 185:16 190:6

223:12,19,24 232:18

**straight** 45:4,21 52:24 67:13 115:7,9 126:3

**straighten** 108:20

**straightening** 41:14

**strange** 277:17

**streams** 102:7,10

**strengths** 203:10, 12

**strictly** 35:23

**string** 173:15 174:23

**strong** 95:2

**structure** 62:9

**Stuart** 242:9

**stubborn** 206:24

**studio** 30:9 193:13, 21

**studios** 169:9

**study** 27:11,22

**studying** 33:21

**stuff** 14:16 25:15 56:25 111:9,21 118:14 136:5 195:7 204:22 215:7 249:8 271:17

**STX** 60:24,25 61:6,7, 15,20 67:15 68:11 184:14,16,21 185:7, 18

**subject** 151:14

**subject's** 173:16

**submitted** 24:4 89:24,25

**subpoenas** 15:13

**subsequent** 109:16

**substantial** 217:8

**success** 61:10 68:2

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

137:23 180:19 203:12

**successes** 178:11

**successful** 30:17 34:25 178:9 181:12 185:8 187:5 201:9

**sudden** 50:18 145:25 245:24,25

**sue** 64:11 73:9 130:20,21 227:24 228:4

**sued** 129:24 186:6 187:6 276:18,21

**sues** 130:1

**suffering** 238:18

**sugar** 71:11

**suggested** 176:17

**suicide** 36:9,10

**suing** 222:20 226:14

**suit** 189:3 222:21 223:1 234:17

**Suite** 11:5

**Sullivan** 194:2

**sum** 184:25

**summer** 23:6 186:5

**Super** 29:13

**supposed** 7:8 42:6 45:14 57:11 82:11, 25 83:6 93:9,10 113:25 154:14 172:4 202:9 218:18 230:17 239:11 241:1 250:22 264:11,13 267:15

**supposedly** 130:4

**suppress** 275:15

**Surfing** 232:20

**surge** 35:12

**surprise** 8:8 118:4 203:16,19 216:25 256:11,24

**surprised** 118:8 221:2 222:23 257:1

**surprising** 6:16

**surround** 78:11

**surrounded** 78:19, 24

**survival** 180:21

**survive** 88:7 183:12,17

**Suzanne** 30:5

**swear** 8:17

**sworn** 5:8,12 8:21

**sympathy** 246:15

**sync** 162:15 171:25 172:17 177:9

**syncing** 5:19

**syndicated** 29:4 248:6

**synergy** 179:11 199:15

**synopsis** 175:23 176:6

**system** 154:3,5,7 166:16 215:11,16 216:17,23 223:6

---

**T**

**table** 10:13 178:6

**tag** 175:23

**takes** 46:5 57:24 65:14 113:23 170:22,23 243:12

**taking** 34:12 70:7 79:9 130:9 133:14 238:12 240:3,4

**talented** 141:1 184:2

**talk** 19:9 24:11 37:25 39:7,11 44:14 57:10 86:18 103:5 115:16 116:12

117:14 120:18 130:12 187:8 191:4 192:24 198:19 207:11 219:6 220:15 235:13 236:10 242:11 248:14 255:23 265:14 273:4 276:10,11,18

**talked** 31:6,8 38:25 52:8 58:13 63:8 75:22 76:4 86:16 89:8,25 113:15 121:19,24 124:18,19 125:2 128:7 129:15 147:16 177:7 191:10 192:23 218:2 221:11,12,22 225:3 235:16 244:22 258:18 264:14 265:5,6 266:1,14 276:4

**talking** 21:13 25:3 30:24 42:19 45:23 53:3 54:12,19 67:14 68:4,5 74:21 93:6 97:8 98:9,11,13,20 105:15 108:14 115:11,13 120:10 122:8 127:2 139:2 143:2 154:17 155:7 159:11 165:13 170:12 183:3,5 187:14 188:22 197:3,4 200:14 201:24 208:2 211:24 222:24 223:7 243:9 246:22,23 247:8 263:16 266:2,12,18 271:14

**talks** 87:3 135:14 176:15 237:8

**Tarantino** 7:2

**target** 67:7,8 69:16

**tax** 47:8 49:21 50:11 56:8 70:25 200:19, 23 203:14 204:1 217:11 241:19

**tax-free** 46:25 200:18 203:15 204:5

**taxes** 55:1,5,6,18, 19,20,22,23 56:8 203:18,23

**Taylor** 40:8

**teach** 34:17,21,22 228:21 229:17,19

**teacher** 193:24

**teaching** 28:18,20

**team** 45:25 50:16 52:16 57:14,15 58:4, 5,18 77:1 79:9 83:24 87:16,18 88:25 93:11,14,18,20 94:23,25 95:5 116:10 122:8 147:3, 4 170:11,13,14,16, 17 171:2 180:20 181:4 192:17 194:11 195:10 196:1 203:7 205:8,15 220:13 221:16 238:12,20 239:3 240:3 241:3, 10 251:12,13 261:1

**team's** 238:17

**teamship** 269:20

**tearfully** 127:2 235:10

**tears** 193:9

**tease** 37:23 38:8

**technical** 18:4

**telegraph** 132:25

**telephone** 266:4,8

**television** 28:19 29:2 60:3 61:19 62:6 81:12 137:12 248:7

**telling** 94:2 117:1 142:23 169:11 180:25 189:13

**Temptations** 193:17

**ten** 40:5

**tend** 132:22

**tens** 203:17 243:10

**tensions** 215:14

**term** 14:12 36:25 71:12

**termed** 41:2

**terms** 109:19 223:10 230:6 231:3

**terrible** 31:25 36:10 235:4

**territory** 200:1

**test** 116:22

**Testament** 117:18

**testified** 8:21 223:20

**testify** 127:24

**testimony** 41:21 212:9

**Texas** 26:2

**text** 50:13

**texts** 12:17,23,25 59:23

**thanking** 240:2

**therapy** 27:12,24

**thick** 137:2

**thing** 29:15 38:4 67:10 78:7 80:13 81:10 85:11 104:19 109:1 110:21 111:10 112:16 116:22 135:23 136:21 154:13 162:9 164:20 169:19 172:17 173:9 177:13 179:7,8 180:17,20 194:3,4 198:11 199:20 200:16 201:14,23 203:8 205:23 208:15 216:13 230:18 232:22 237:11,12 244:14 252:17 259:14 265:5 273:12 276:6 280:15

**things** 6:14 12:22 25:9 31:9 35:22 36:6,11 42:1 47:12

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

Index: thinking..tune

52:9 57:19 58:3 60:14 63:20 65:23 66:22 67:6,7 69:6,18 72:3,21 75:1 79:2 81:13,19 84:9 87:22 94:9 100:7 116:12, 25 117:11,12,24 128:25 135:10,16 137:5,23 145:12 147:8,10 161:15 162:11 169:9 172:3 173:25 174:5,15 181:7 184:6 187:3 193:10 194:14 196:12,21 197:8 198:12,13 204:25 205:3,13 206:24 207:4 215:17 216:7 220:25 221:3,18 224:6 229:23 232:3, 11,15,20 233:6 235:4,24 237:22 238:21 244:8,12,13, 16,17 246:8,9 247:4 250:21 251:3 256:21 261:21 262:23 264:25 265:2 267:6, 20 268:14 270:16, 17,22 271:2 275:4 276:8 277:3

**thinking** 133:21 181:2 194:12 247:17

**thinks** 129:19 184:24 251:25

**thought** 38:15,16 44:3 138:18 170:15 192:1,18 196:15 204:2,7 238:9 246:16 254:10 273:15,23

**thoughts** 267:9

**Thousand** 122:7 139:7

**thousands** 35:8 203:17 278:8

**threat** 222:20

**threaten** 146:9

**threatened** 36:9 227:20 273:2

**threatening** 227:15 229:6

**threats** 231:23

**three-day** 70:9

**threw** 55:12 173:11 264:9

**throw** 179:22

**throwing** 157:25

**thrown** 55:14 74:25 76:2 80:20,21,22 225:5 229:16

**thumb** 58:9

**tick** 249:5

**ticket** 130:11

**tie** 177:12

**tied** 88:23 266:22

**ties** 267:1

**time** 5:4 8:9 9:12 12:16,19 13:12 14:22 18:6,12,20 21:3,7,17 29:25 31:21 33:5 35:18 39:6,7,16 40:16 41:23 42:14 43:18 44:9,14 45:5,12 48:20,21 50:20,25 51:7,9,17 52:5 53:8 55:23,24 56:13,21 57:24 59:16 63:11 65:14,19 69:14 73:17 76:23 81:16 82:15 83:21 84:4 85:17 87:19 88:20 89:1,4,12,15,19,20, 22,24 90:10,12,17, 19 92:3,6 100:10 105:18 108:4,9 116:23 117:25 118:9 121:4,6,17,19 122:2, 3,14,24 123:4,13,17 124:24 125:1,25 126:16 134:19 145:18,23 146:22 151:18 157:9 168:19 173:24 179:8 180:2, 16 181:10,15,16 184:6 187:12,25

193:11,23 196:14 201:4 204:10 208:20 209:9,12 210:2,6 216:18 217:21 220:12 225:18 226:2 233:17,21 239:20 246:16,17 247:9,25 249:9 251:9,19,21 256:7 257:11 259:20 261:6,11 262:11 263:13 264:10 265:2 266:18 267:14 270:8 271:5 274:10 277:1, 21 279:15 280:22

**timeline** 31:22 52:24 67:13 93:1 244:25 266:20

**timeline-wise** 245:13

**timelines** 68:14 80:22

**timely** 49:5 202:24

**times** 7:2,4 18:17 21:15 22:6 26:10 74:24 77:8 105:18 158:19 170:4 178:17 179:4 188:24 192:12 200:9 222:17 223:6 261:4 265:11

**timing's** 225:1

**tirade** 278:14

**tired** 47:21 217:24 270:7

**title** 171:9 195:12, 16,19,20

**titled** 156:10

**today** 6:18 7:2,20 8:9 9:1 10:10,15,25 11:8,24 12:11 22:17 31:9 218:2 221:4 230:25 251:7 260:18 266:19 279:15

**today's** 5:3 234:11

**told** 6:9,11 35:13 46:9,16 63:14,16 79:3 85:14 86:9 106:6 128:16 129:8

149:6 155:5 181:9 191:24 193:14 203:16 206:11 209:7 217:1 226:7,11 228:19 229:21 248:4 260:18,24 262:17 263:4,10

**Tomb** 64:22

**tonight** 111:20

**Tony** 40:25 130:24 273:6

**tooth** 117:19

**top** 29:18 31:24 56:1 62:5 91:15 104:7 114:14,15 133:1 155:8 157:24 177:1, 2 249:1 254:25

**topic** 38:3

**topics** 175:13 176:13

**Tormé** 242:9

**total** 241:17

**totaled** 240:20 241:1

**totally** 22:13 53:20 69:16,17 70:11 107:6 127:16 129:17 183:23 233:11

**touch** 147:20 189:10

**touched** 183:24 258:14,21

**town** 261:8

**Tracey** 60:10,11,12, 24 66:5 68:20 184:20 185:6,14

**track** 63:2 111:19 272:4

**tracks** 181:19

**trademark** 272:19 273:15

**trademarks** 224:8, 10 273:25 276:5

**tragedy** 246:17

**tragic** 33:15 40:17 260:18

**tragically** 67:11

**train** 181:18

**trained** 178:21 237:9,12

**tram** 190:1

**Trance** 148:8,9

**transactions** 59:8,9

**transfer** 153:6 157:6 166:18

**transparency** 52:11,15 146:22 147:1

**treat** 46:25

**treated** 147:14 237:23

**treating** 31:4 47:22

**treatment** 66:8

**Tree** 37:18 38:5,6,7, 8

**Trek** 180:7

**tremendous** 12:18

**trenches** 77:10 246:7

**trial** 6:13

**troll** 223:2

**trouble** 55:22

**true** 41:24 42:1,6,8 115:17 196:5 272:15

**trust** 239:18,19,20 273:10

**truth** 217:23 227:17, 25 228:2,7,15 229:13 278:10,17

**truthfully** 129:3

**tugging** 32:1,2

**tune** 73:5 263:20

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

**turn** 25:8 73:22,25 179:20 208:21

**turn-the-other-cheek** 117:17

**turned** 72:20 90:16 144:8 145:19 146:4 208:10 245:21 262:1 268:1

**turning** 144:10

**turnoff** 65:12

**turns** 130:1 259:13

**TV** 28:25 39:23 42:9, 19,22 63:24 67:8 130:4 179:20 185:10 247:13,24 248:4,11, 16

**twins** 125:11

**Twitter** 67:2 136:2

**two-minute** 209:19

**two-year** 122:1

**type** 18:23 31:20 34:4,6,25 93:18 166:1 169:24 217:14 237:12 265:12 268:10 278:23 279:1

**typed** 172:15

**types** 60:14 262:16

**tyranny** 229:11

                    U

**Uh-huh** 17:14 36:22 41:3 85:5 104:12 108:3,7 139:8 140:22 144:14 152:1,20 159:14 188:19 190:23

**Uh-oh** 91:6

**ultimatum** 80:8

**unachievable** 249:9

**underneath** 271:4

**understand** 6:20 12:5 22:17 23:10 36:23 42:3 63:21 66:16 109:10 112:21 113:16 164:21 170:20 202:2 203:1 266:23 267:1,5

**understanding** 45:20 101:2 102:15 104:14 109:3,5

**understands** 202:3

**Understood** 129:4 204:15 207:5 214:25 215:3 216:25 217:25 226:1 243:15 250:20 251:24 252:12,14 255:2 259:23 269:1 270:20 276:24

**unethical** 146:7

**unfair** 275:9

**unfinished** 261:17

**ungrateful** 200:24

**Union** 35:7 150:25 151:15 153:6,15,16, 17 155:1 166:16

**United** 29:5 35:5

**Universe** 248:9

**University** 27:5,6

**unknown** 129:24

**unlimited** 199:12

**unnecessary** 195:8

**unravelling** 57:9

**unscrupulous** 147:8

**unsettled** 261:17

**untrue** 55:3

**up-to-date** 157:3 158:8

**updates** 241:11,13

**upload** 20:2 163:13

**uploaded** 162:23

**upright** 71:19

**upset** 51:12 128:16 231:5

**usher** 204:25

                    V

**vague** 11:10 23:4 133:16 230:10,12 276:3

**Val** 5:9 12:6 13:25 14:3 24:24 28:8 34:5 37:4 42:25 44:5 50:7 51:11 53:10 59:24 62:7 63:6 64:18 68:13 70:18 73:17 74:24 76:4 77:16 79:24 82:16 89:3 90:13 92:18 93:5 94:12,23 95:9,17 100:10 101:11 104:6 105:20 106:9 110:13,22 113:8 115:17 118:11 120:18 122:8 124:17 126:3 128:14 129:13 132:17 133:19 135:21,24 137:7,10 138:6 143:5 144:11 146:16 149:9 151:18 153:25 155:5 157:25 159:20 161:12 164:16 166:12 169:3 171:19 173:8 174:7 177:9,24 180:18,20 183:9 184:21 186:7 187:1 189:7 191:16 193:15 194:9,19 196:17 198:11 200:20 201:4 202:18 203:5 204:9 205:5 212:3 213:1,14 214:2 215:22 217:12 219:3,20,23 220:16 221:18 223:16 224:10,22 226:16 228:13 230:12 231:15 233:3 234:9 235:20 236:4 237:18 238:13 239:22 241:12 243:4 244:25

246:5 247:7,20 249:3 251:17 254:7 258:25 259:10 261:14 262:16 264:2,25 266:1 267:3,11 268:1 271:22 273:4 274:21 275:18 276:17 277:12,21 278:10 279:9,17

**Valerie** 19:25 91:11 162:18 182:9

**Vandellas** 193:18

**variable** 101:8

**variables** 101:6 104:16

**variety** 105:24 221:3

**Venmo** 106:15

**ventures** 266:22

**verbal** 9:19

**verbally** 9:17

**verify** 101:1 104:13

**version** 128:17

**versus** 77:5 102:6 267:23

**vetted** 231:9

**vicious** 74:2

**victim** 131:3 274:21 279:2

**video** 5:5,19 6:24 7:12,14,16,20 8:2 13:15 91:3,19 98:13 177:20 182:10,13 211:22,25 212:23 213:3,7 215:4,9 218:1 220:6 221:21 224:17 226:4 230:5 231:2 235:25 243:19 244:10,21 245:18 257:4,6,8 258:6,13, 20 262:4 265:18 266:17 270:23 271:12 278:2 280:9

**videos** 210:10,11 211:6,7 212:16,20 279:20

**view** 91:9,16 215:23 216:20 222:15

**villainous** 52:22

**vindicated** 69:15 129:18

**vindictiveness** 238:2

**visited** 261:7

**Vista** 11:4

**vital** 36:4

**vitally** 76:7

**voice** 76:15 78:21 183:7 204:19 227:17

**volunteered** 261:20

**vomited** 189:20

**voted** 239:22

**Vouchers** 255:7

                    W

**W-O-U** 255:9

**wait** 63:22 65:15 66:14 71:5 87:14 88:4,5 94:1 114:19 118:24 131:14 158:20 167:14 209:4 251:10

**waited** 52:16 95:8

**waiting** 69:23 70:15 88:7 132:2 239:4 248:17 277:24

**walk** 117:17 157:15 189:18 249:6,10

**walked** 249:3

**walking** 235:14

**walks** 246:24

**wall** 33:4

**wanted** 32:7 39:14

***CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER***

41:1 61:2,3 69:17 74:21 76:2 77:22 78:7 80:15 88:25 89:6 97:3 99:24 101:1 104:13 106:1 107:12 114:13 117:7 146:3,14 149:5 162:14 165:14 169:4 170:8 180:13,15 185:11 186:2 192:2, 3 195:19 196:3 218:7 225:4 227:24 228:4,19,21,22 229:24 232:13 234:18 246:8 247:10,15 249:1,2, 15 251:1 252:11,18 256:22 265:6,16 268:25

**wanting** 43:25

**warranted** 201:21

**Warrior** 226:18

**Wars** 63:9,10 180:8

**Washington** 26:2

**waste** 116:23 118:9

**wasted** 8:9 216:17, 18 270:7,8

**wasting** 217:13

**watching** 42:22 196:5 238:25

**Waves** 67:22 68:2

**Wayne** 27:5,18

**ways** 35:24 38:2 67:19 105:24

**weaknesses** 203:10,11

**wear** 228:21,22 229:24

**Webb** 5:25 6:2,4,8, 12,16,21 7:12,14,16, 19 8:1,5 11:3,10,16, 18,20 12:3 13:4 15:11,20,23 16:1,23, 24 17:4,17 18:7 19:14,22 20:9,14,21, 25 22:20 23:11,13

24:8,21 91:25 95:22, 25 96:9 97:11,12 98:1,7,17,19,21,22 99:3,9,14 100:2,4 102:21,23 103:3,8, 11,15 104:1 105:9 109:23 110:1,2 131:20,24 133:13,16 136:24 139:22 143:20 150:8 151:3, 5 157:18 164:4,9,14 167:12,15,16,22,25 168:4,7 173:6 175:2, 5,8,24 176:2,25 177:3,6,19 182:4,6 209:22,25 213:12,22 215:18 218:17 220:21 221:10 230:10 233:13,16 234:2 245:7,10 269:15 271:19 275:10 276:2,25 277:4,18 279:11 280:19

**Webb's** 97:1 116:10

**Wednesday** 152:7

**week** 6:14 141:5 148:21 149:9 156:23 157:21

**weekly** 36:3,12

**weeks** 36:7 37:16 50:7 70:20 87:12 126:18 158:20 217:3 225:21

**Weidner** 124:22 227:10 229:2

**weird** 119:6

**Wells** 54:12 153:3, 15 155:13 156:22 159:6 162:1,8,10 166:12

**Western** 150:25 151:14 153:5,15,16, 17 155:1 166:16

**wheels** 115:10

**white** 23:8

**Whoever's** 143:21

**wholeheartedly** 183:23

**whomever** 93:20

**wife** 10:20 70:8 126:21 127:22 141:14 248:2

**Wilcock** 37:7 38:14, 24 49:7 57:15 60:25 72:19 77:4 121:1,12 130:3,12 147:3 159:4 184:12 186:11 209:1 224:23 225:14 231:11 237:7 265:15 272:24

**wildfire** 21:22

**wildlife** 21:23

**William** 61:24 67:16

**Williams** 255:3

**win** 270:19

**window** 87:13 251:8

**winning** 29:12 30:4

**wire** 157:6 166:18

**witchcraft** 236:3,4, 23,24 237:2

**withholding** 48:20

**WNE** 61:23

**woman** 198:6

**won** 58:2

**wonderful** 77:1 262:20

**wonderfully** 34:7, 10

**wondering** 108:19

**word** 214:20 231:11 236:11 279:6,7

**words** 38:2 100:24 117:7 130:13 134:7 181:3 184:11 188:4 205:7 224:2 229:25 240:22 241:13 259:4 268:12

**wore** 194:19 195:2

**work** 34:24 36:12 39:18 44:11 45:13 52:19 55:15 57:16 59:3 77:20 93:24 94:2 116:12,18 117:24 129:10,23 131:5 144:21 145:1, 9 163:11 169:5,13 181:15,16 184:4 186:21 195:13 196:7 199:14 203:6 208:17 219:23 220:5 231:10 238:17 248:18 253:25 254:2,10 256:16,19 259:15 263:8 270:13 271:17 272:1,10 275:1

**worked** 14:1 26:1 33:1 44:12 47:3 53:16 57:17 85:9 117:21 148:3,18 170:13 193:14 214:1 241:23 242:2 252:16 254:9,12,14,17,19 256:20 260:1 262:15 273:22 276:1

**workers** 279:4

**working** 30:4 41:5,9 42:16 43:12,15 44:9, 10 45:11,13 48:12 56:24 60:19 62:12 81:3 85:12,16 86:1 89:23 93:20 114:7 122:3 136:8 144:17 148:12 175:12 176:12 177:11 178:5 180:17 186:22 198:7 204:9,12 216:1 242:7 258:3 259:12 262:7 278:25

**works** 66:16 182:13 198:1 236:17

**world** 28:14 29:19 35:17 194:15 219:13 270:16

**Worldwide** 35:6

**worries** 22:9

**worse** 190:8

**worth** 12:17 58:20 201:12,16 242:11 263:8 272:12

**worthwhile** 219:25

**Wouchers** 255:5

**write** 59:15,16,20 65:14 79:19,20 80:1, 8 202:7,9,15 214:4

**writer** 32:8 62:25 114:15 247:10 255:16

**writers** 62:14 66:12, 13

**writing** 27:13 28:20 35:25 72:7 161:20 206:4 219:17

**written** 14:8 28:20 64:17 66:8,9 120:10 214:6

**wrong** 77:3,17 78:8, 22 79:3 80:22 131:2 157:10 189:13 198:11 231:19 246:8 274:23,24 277:4 278:19

**wrote** 29:1,2,20 56:11 59:4 64:21 66:13 83:1,2,18 95:15 102:16 184:9 214:4 219:16 255:20

---

**Y**

**Yanaros** 5:9 6:1,3,5, 11,13,19 7:9,13,15, 17,23 8:3,11,15,18, 24 11:6,13,17 13:4, 14,19,22 15:21,24 16:8,17,22 17:1,8,25 18:3,14 19:11,17 20:6,13,19,24 21:1,9 90:25 91:4,8,13,17, 21 92:14,20 95:23 96:12,18,22 97:5 98:6,8,19,23 99:11, 17,21,25 100:3,8

***CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER***

103:1,7,10,12,19,24
104:4,21 105:2,5
110:9 111:4,8,14,17
112:4,7,10 113:21
118:19 119:2,5,9,13,
17,20,23 120:2,6
122:18 124:10
125:17 149:18
150:2,11,20 151:4,9
155:20 156:4,9,17
157:23 160:3,8,12
161:4,9 162:19
163:1,8,15,20,23
164:8 166:24 167:5,
8,19,23 168:2,6
171:7,12 175:7
176:1,4 177:1,21
181:22 182:11
209:18,24 210:1,8,
12,14,19,24 211:3,4,
13 218:24 233:15,23
234:20 257:10,14,
18,22 258:2,5 271:8,
11 277:2,10,15,22
279:14,18 280:1,4,
10,14

**year** 12:16 29:9,10
39:17 43:14 50:3,4,
8,9,10,15 52:2,8,14,
16 53:3 59:9 70:14
79:4,11 82:17,20
87:15 88:1,2,4,6,8
95:8 122:9 124:2
126:7 128:2 142:14,
24 143:13 148:4
185:24 188:25
194:20 203:18 207:9
234:12 239:4,24
240:2 241:18,25
242:2,25 243:1
245:23 251:10
260:24 262:15 263:7
268:7 274:13

**years** 18:22 22:4,5
23:7 29:1 37:15 38:9
40:5 51:19 55:19
56:4,7 60:15,20,21
63:10 64:5 107:22
109:13 110:18
117:22 121:7 122:1,
16 143:14 146:24
192:16 193:1,14

203:9 214:2 215:24
216:3,14,15 217:12
230:15 245:25
248:20 258:16 268:6
269:21 274:4

**yesterday** 19:21
54:7,18 103:2 108:5
111:21 115:19
118:18 125:11
132:11 182:21 212:9
238:23

**York** 151:25

**young** 24:25 25:5
28:10,24 30:20
248:14 272:22

**Youngblood** 12:8
97:9 103:17 131:25
145:21 147:24 161:6

**Youngblood's**
212:8

_____

**Z**

_____

**zeros** 211:19

**Zoom** 91:15

Elliott Reporting, Inc.        719.434.8262    office@elliottreporting.com