IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                                       Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

                                       Defendants.

---

**YANAROS DECLARATION IN SUPPORT OF ATTORNEY FEES
PURSUANT TO 28 U.S.C. § 1746**

---

1. My name is Valerie Ann Yanaros. I am a solo practitioner and attorney at Yanaros Law. I work in Dallas, Texas. I am lead counsel for Plaintiffs in this case. The following statements are within my personal knowledge and, if called upon as a witness, I could and would testify thereto.

2. I graduated from the Dedman School of Law at Southern Methodist University in May of 2012 (more than 11 years ago) and was admitted to practice in the state of Texas by exam on May 17, 2012. I remain an active member in good standing in that jurisdiction. I am also admitted to practice before the Supreme Court of the United States of America. I am also admitted to practice before several United States District Courts. I have taken cases through trial in New Jersey and Texas. I have argued cases in front of the Fifth Circuit Court of Appeals. I have litigated cases in Texas, Colorado, Arizona, California, Florida,

Tennessee, New Jersey and Puerto Rico. I have been a member of the Barbara G. Lynn Intellectual Property Inn of Courts. While in law school, I competed in the NHBA moot court competition and was Vice President of the Intellectual Property club.

3. This Exhibit "A" is counsel's declaration in support of its request for attorney fees in accordance with D. C. COLO. L Civ R 54.3 and this Court's June Order. This is intended to accompany the Motion as support for an attorney-fee request under Local Rule 54.3.

4. Plaintiffs request a total of $10,440.00 for attorney hours billed for, and related to, the Youngblood Deposition. This includes 22.0 hours of work related solely to preparing for and attending the Youngblood Deposition. Plaintiffs request one-third of the time spent on general matters related to the Defendants' depositions amounting to 31.2 hours—which is 10.2 hours total. Plaintiffs request one-half of the time spent on matters related to only the Youngblood and Kennedy depositions amounting to 5.1 hours—which is 2.6 hours total.

5. Plaintiffs request a total of $2,982.21 for costs for, and related to, the Youngblood deposition. The costs associated with the Youngblood deposition were $1,320.00 for the videographer fee and $1,662.21 for the court reporter fee.

6. As explained above, work entries were split into three categories: general preparation related to the depositions of Youngblood, Kennedy and Richards (Richards, via his counsel, informed Plaintiffs he would not appear for his deposition on October 10, 2023), preparation for Youngblood's and Kennedy's depositions (for time entries after Richards announced his intent to not appear for his deposition), and those solely related to the Youngblood Deposition. All three Defendants had—at the time—the same counsel. Most of the scheduling matters were handled generally, addressing all Defendants at once. Time

entries that delineated a specific Defendant were parsed out and only entries related to the Youngblood Deposition were included.

7. Time entries generally related to the Depositions are included in the table below, and one-third of the amount of time spent is requested proportionate to the number of Defendants involved.

| | | | | |
|---|---|---|---|---|
| 10/04/2022 | Deposition preparation | Review of documents and testimony. Preparation of deposition materials. Scheduling matters. | 6.5 | $1,950.00 |
| 10/05/2022 | Deposition scheduling and arrangements | Deposition scheduling for Richards, Youngblood and Kennedy depositions. Confer with opposing counsel and client re same. IT testing. | 7.1 | $2,130.00 |
| 10/06/2022 | Deposition scheduling and arrangements | Conferral with C. Clark and L. Webb re depositions. Confer with clients re same. Correspondence with scheduling staff. Further review of documents. | 8.1 | $2,430.00 |
| 10/07/2022 | Deposition scheduling and arrangements | Conferral with L. Webb re deposition matters. Confer with C. Goode and S. Goode re various deposition and scheduling matters. Correspond with depo scheduling services. Review and compilation of potential produced documents. | 7.9 | $2,370.00 |
| 10/10/2022 | Confer with co counsel | Confer re upcoming depositions. | 1.6 | $480.00 |

8. Time entries related to both the Youngblood and Kennedy Depositions are included in the table below, and one-half of the amount of time spent is requested proportionate to the number of Defendants involved.

| | | | | |
|---|---|---|---|---|
| 10/09/2022 | Drafting Document(s) | Drafting deposition outlines for Kennedy and Youngblood depositions. | 5.1 | $1,530.00 |

9. Time entries related to only the Youngblood and Deposition are included in the table below, and the full amount of fees are requested.

| 10/10/2022 | Deposition preparation | Review of documents and production. Preparation of potential exhibits for Youngblood deposition. | 7.3 | $2,190.00 |
|---|---|---|---|---|
| 10/10/2022 | Drafting Document(s) | Drafting outline for Youngblood deposition. | 2.6 | $780.00 |
| 10/10/2022 | Correspond with vendor | Testing of software and conferral with vendor. | 1.1 | $330.00 |
| 10/12/2022 | Deposition | Deposition preparation and taking of Adrienne Youngblood. Transcription of notes and finalization with vendors. | 10.1 | $3,030.00 |
| 10/14/2022 | Correspond with vendor | Wrap-up deposition processing and provision of exhibits and other information. | 0.9 | $270.00 |

10. Because Defendants' counsel have engaged in various forms of misconduct during the Youngblood Deposition, Plaintiffs respectfully request this Court award monetary sanctions in the amount of $13,422.21. Defendants' counsel made various improper objections and instructions to his clients and the above-requested sanction is an appropriate amount to be awarded to Plaintiffs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the statements made in this Declaration are true and correct.

Executed on June 22nd, 2023.

                                                */s Valerie A. Yanaros, Esq.*
                                                Valerie A. Yanaros, Esq.