# INVOICE



**VideoOne**
2185 Rosebud Road, Grayson, GA 30017,
UNITED STATES
wvroach@gmail.com

**PAID**

**Invoice No#**: 0410
**Invoice Date**: Oct 20, 2022
**Due Date**: Oct 20, 2022

**$0.00**
**AMOUNT DUE**

**BILL TO**

va*****@yanaroslaw.com

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---|---|---|---|
| 1 | Deposition of: Adrienne Youngblood; taken on 10/12/2022 11am-8:00pm (first 2 hours of Depo and Synch video Special; 300.00) | 1 | $300.00 | $300.00 |
| 2 | Add'l Hours | 7 | $85.00 | $595.00 |
| 3 | Synchronize Deposition Synchronize Video to Transcript; total run time is 6:54-2:00=4:54 additional billing (rounded to next .5) | 5 | $85.00 | $425.00 |

|   |   |
|---|---|
| Subtotal | $1,320.00 |
| **TOTAL** | **$1,320.00 USD** |
| Amount paid | $1,320.00 |
| **AMOUNT DUE** | **$0.00 USD** |

**NOTES TO CUSTOMER**

Valerie, here is your invoice for the Adrienne Youngblood deposition. You will receive the link for the Synch video production a day or so after we receive the ascii from the reporter. If possible, we appreciate payment via PayPal and credit card.