**Elliott Reporting, Inc.**

31 North Tejon St., Suite 202

Colorado Springs, CO  80903

+1 7194348262

billing@elliottreporting.com

elliottreporting.com



## INVOICE

**BILL TO**

Yanaros Law, P.C.

8300 Douglas Ave., Ste. 800

Dallas, TX  75225

**INVOICE #** 3753

**DATE** 11/11/2022

**DUE DATE** 12/11/2022

**TERMS** Net 30

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/12/2022 | Appearance Fee | 7.50 | 35.00 | 262.50 |
| 10/12/2022 | Medical/Technical O+1 | 257 | 4.70 | 1,207.90 |
| 10/12/2022 | Video Deposition | 257 | 0.30 | 77.10 |
| 10/12/2022 | Exhibits - B&W | 38 | 0.32 | 12.16 |
| 10/12/2022 | Exhibits - Color | 33 | 1.25 | 41.25 |
| 10/12/2022 | Exhibits - Video | 2 | 5.00 | 10.00 |
| 10/12/2022 | Scanned Exhibits | 71 | 0.30 | 21.30 |
| 10/12/2022 | Postage/Delivery | 1 | 30.00 | 30.00 |

Deposition of Adrienne Youngblood

Goode, et al. v. Ramsaur, et al.

Case #1:20-cv-00942-DDD-KLM

**BALANCE DUE** $1,662.21

Total payment due in 30 days to avoid 3% monthly interest charge.
Please include invoice number on your check payable to Elliott Reporting, Inc.
Refer billing questions to office@elliottreporting.com or 719-434-8262.
Thank you for choosing our firm! We look forward to serving you in the future.