

**US POSTAGE**
quadient
FIRST-CLASS MAIL
IMI
**$001.11** Q
07/18/2023 ZIP 80294
043M31245131



OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

20cv947 DDD

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 01 2023

JEFFREY P. COLWELL
CLERK

114



Return to Sender
☐ Unable to Forward
☐ Attempted Not Known
☐ Refused

Roger Richards Ramsaur
5331 South MacAdam Avenue
Ste 258-713
Portland, OR

NIXIE    971    EE  1    0107/27/23

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294250151    *0520-07737-19-47