OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
**ALFRED A. ARRAJ COURTHOUSE**
**901-19TH ST., ROOM A105**
**DENVER, CO 80294-3589**

OFFICIAL BUSINESS

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 21 2023

JEFFREY P. COLWELL
CLERK

20-cv-947-DDD-KAS
# 115

972239-3867158

802945250

UTF

BC: 8029425099

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RETURN TO SENDER

*0320-01486-09-43

☑ Unable to Forward
☐ Attempted Not Known
☐ Ref...

Return to
Sender

Roger Richards Ramsaur
5331 South. MacAdam Avenue
Ste 258-713
Protland, OR 97

DENVER CO 802

9 AUG 2023 PM 8

**quadient**
FIRST-CLASS MAIL
IMI
$000.63
08/08/2023 ZIP 80294
043M31245131

**US POSTAGE**