IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00947-DDD-KAS

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

                Defendants.

---

**JOINT STATUS REPORT**

Plaintiffs JAMES COREY GOODE, an individual, and GOODE ENTERPRISE SOLUTIONS, INC., a Colorado Corporation, and Defendants LEON ISAAC KENNEDY, an individual, and ADRIENNE YOUNGBLOOD, an individual (collectively, "the Parties") hereby submit this Joint Status Report pursuant to this honorable Court's order (the "Order", Docket 118) entered on September 30, 2023.

    **I.    BACKGROUND**

This Court's Order requested that "on or before 10/16/2023 the parties must file a Joint Status Report not to exceed 1,400 words, identifying the following: (1) the prospects for settlement; (2) three mutually agreeable alternative dates for trial to commence in March, April, or May 2024, and the anticipated length of trial; and (3) any other issues the parties wish to bring to the Court's attention." *Id*. The Parties address each point below.

### a. PROSPECTS FOR SETTLEMENT

Plaintiffs anticipate that settlement is possible and have relayed multiple settlement offers to Defendants. The most recent offers were relayed on October 11, 2023 and are still pending. If no settlement is reached, Plaintiffs are prepared to move forward to trial.

Defendants anticipate that a settlement may be obtained shortly after the submission of this status report. Defendants are in receipt of the October 11 offers and are engaged in negotiations with the Plaintiffs. If no settlement is reached, Defendants Kennedy and Youngblood are also prepared to move forward to trial.

### b. DATES FOR TRIAL

Counsel for the respective parties have met and conferred regarding available trial dates. The Defendants are available for trial on the following dates: March 25-29, 2024; April 8-12, 2024; and May 13-17. The Plaintiffs are available for trial on the following dates: April 22-26, April 29-May 3, 2024, May 27-31, 2024.

Moreover, both parties are available for trial on the following dates: June 3-7, 2024; and June 10-14, 2024.

### c. OTHER ISSUES

Plaintiffs' Issues: Due to pro se Defendant Roger Richards' failure to cooperate in, and subsequent complete abandonment of this action, Plaintiffs are preparing a Request for Entry and Motion in Support of Default Judgment against him. Also outstanding is Defendants' compliance with, and payment of, the sanctions award ordered by Judge Mix on July 18, 2023 (Docket 112).

Defendants' Issues: The Court's decision on the sanctions award by Judge Mix, soliciting input from the Defendants on July 18, 2023 (Docket 112 and Docket 113).

II.     **Conclusion**

The Parties are available to discuss any of the above at this Court's request and appreciate this Court's attention to this matter.

Respectfully submitted this 16th day of October, 2023.

*s/ Valerie Yanaros*
**Valerie Yanaros, Esq.**
State Bar No. 24075628
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Tel.: (512) 826-7553

**ATTORNEY FOR PLAINTIFFS**

*/s/ Lenden Webb*
**Lenden Webb**
WEBB LAW GROUP, APC
466 W. Fallbrook Ave., Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email lwebb@WebbLawGroup.com
**Attorney for Defendants**

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record in this case.

                                      By:    *s/ Valerie Yanaros*
                                                  Valerie Yanaros