**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

20-cv-947-DDD-KAS

#117/118

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 23 2023

JEFFREY P. COLWELL
CLERK

Roger Richards Ramsaur
5331 South. MacAdam Avenue
Ste 258-713
Portland, OR 9[illegible]

NIXIE         971    FE 1         0010/19/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 8029425009     *1720-01587-02-47

DENVER CO 802
Return to Sender
2023
☐ Unable to Forward
☐ Attempted Not Known
☐ Refused

quadient
FIRST-CLASS MAIL
IMI
$000.63
10/02/2023 ZIP 80294
043M312463I
US POSTAGE