**OFFICE OF THE CLERK**
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



☑ Unable to Forward
☐ Attempted Not Known
☐ Refused

Roger Richards Ramsaur
5331 South. MacAdam Avenue
Ste 258-713
Protland, OR 97239

-R-T-S-   972395008-1N         10/30/23

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

20-cv-947-DDD-KAS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

#122  NOV 03 2023

JEFFREY P. COLWELL
         CLERK



quadient
FIRST-CLASS MAIL
IMI
$001.59
10/17/2023 ZIP 80294
043M31245131
US POSTAGE

