IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00942-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                                                      Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

                                                      Defendants.

---

**STIPULATION FOR EXTENSION OF DEADLINE TO RESPOND TO DEFENDANTS' COUNTERCLAIMS**

---

Counter-Defendants JAMES COREY GOODE, an individual, GOOD ENTERPRISE SOLUTIONS, INC., a Texas Corporation, and Counter-Plaintiffs LEON ISAAC KENNEDY, an individual, and ADRIENNE YOUNGBLOOD, an individual (collectively, "the Parties") hereby submit this Joint Stipulation of Extension of Time to for Counter-Defendants to respond to Counter-Plaintiffs' counterclaims, and respectfully show and requests as follows:

**D.C.COLO.LCivR 7.1(A) Certification**: undersigned counsel, on behalf of Counter-Defendants and Mr. Lenden Webb, counsel for Counter-Plaintiffs, conferred regarding this stipulation and both agree to stipulate to the relief requested herein.

Stipulation of Extension of Time to Respond

1. This Action was commenced by Plaintiffs James Corey Goode and Goode Enterprise Solutions, LLC on April 3, 2020 (Docket 1) and motion practice ensued.

2. Counter-Defendants filed counterclaims (the "Counterclaims") on October 13, 2023 (Docket 119) against Counter-defendants. Today would be the deadline for Counter-Defendants' time to respond.

3. The Parties have been engaged in settlement discussions but have not yet reached a settlement. Parties are hopeful to settle at least some of the pending claims. Counsel for Counter-Defendants requires more time to draft their response to Counter-Plaintiffs' claims due to hearings and work travel.

4. This motion is not made for purpose of delay, in bad faith or as a dilatory tactic, but to ensure a full hearing on all the facts and legal issues of this action, secure a just and speedy determination of this case, and ensure that the ends of justice are met

    a) Per local rule 6.1, the parties have stipulated to a brief, 7-day extension of the deadline for Counter-Defendants to respond to Counter-Plaintiffs' claims.

5. This request will be served upon all of counsels' respective clients per Local Rule 6.

Date: March 3, 2023.                                  Respectfully submitted,

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.
Texas Bar No. 24075628
Admitted to Practice in the District
Court of Colorado
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS**

Stipulation of Extension of Time to Respond

## **CERTIFICATE OF SERVICE**

The below signed certifies that a copy of this filing will be served on each Defendant by ECF on November 3, 2023.

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.

CERTIFICATION OF WORD COUNT: I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).