IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00947-DDD-KAS

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                                          Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

                                          Defendants.

**DECLARATION BY VALERIE YANAROS IN SUPPORT OF JAMES COREY GOODE AND GOODE ENTERPRISE SOLUTIONS INC.'S REQUEST FOR ENTRY OF DEFAULT AGAINST ROGER RICHARDS/RAMSAUR**

Pursuant to 28U.S.C. §1746, I declare under penalty of perjury that the following statements are true and correct:

1. "My name is Valerie Yanaros. I am over the age of 21 years and am fully competent to make this Declaration. All statements of fact made herein are true, correct and within my personal knowledge.

2. I am an attorney for James Corey Goode ("Mr. Goode"), and Goode Enterprise Solutions Inc. ("GES", both parties collectively referred to as the "Plaintiffs").

3. Plaintiffs filed their Claim against Defendants for various tort and contract claims on April 3, 2020 (Doc. 1).

1

4. Defendant's deadline to answer to Second Amended Complaint was October 13, 2023. Defendant has not answered or otherwise responded to these claims.

5. This Court entered its Order on October 17, 2023 (Doc. 121, the "Order") ordering Plaintiffs to move for entry of a default against Defendant Richards.

6. Defendant Richards has not filed a responsive pleading within fourteen (14) days after service of the Complaint. *See* FED. R. CIV. P. 12(a)(4)(A).

7. Defendant Richards is not under the age of 21, incompetent, or active in the military services as evidenced by his participation in the instant suit. *See, e.g.,* 50 App. U.S.C. § 521(b)(1), FED. R. CIV. P. 55. This is supported by deposition testimony and allegations in the pleadings. Further, undersigned counsel has accessed the Servicemembers' Civil Relief Act database and appends proof hereto that Richards is not actively a servicemember under either his name "Roger Richards" or "Roger Ramsaur (Exhibits A and B).

8. Plaintiffs request attorneys fees, damages and costs are further set out in its forthcoming Motion in Support of the instant Request.

FURTHER DECLARANT SAYETH NOT".

Signed this 7th day of November, 2023.

*Valerie Yanaros*
VALERIE YANAROS