IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00947-DDD-KAS

JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC.

                    Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY and ADRIENNE YOUNGBLOOD,

                    Defendants.

## PROPOSED ORDER GRANTING JAMES COREY GOODE AND GOODE ENTERPRISE SOLUTIONS INC.'S REQUEST FOR ENTRY OF DEFAULT AGAINST ROGER RICHARDS/RAMSAUR

On this _____ day of _____, 2023, it appears from the Request for Entry of Default and declaration in support thereof, Defendant Roger Richards ("Richards") ("Defendant") have failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure.

Now, therefore, the **DEFAULT** of the following named Defendant is hereby entered on the claims against them filed by Plaintiffs James Corey Goode and Goode Enterprise Solutions, Inc.

                                                    _____
                                                    CLERK OF COURT

1