IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                                            Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

                                            Defendants.

---

## ANSWER TO COUNTERCLAIMS AND AFFIRMATIVE DEFENSES

---

**COME NOW,** Mr. James Corey Goode and Goode Enterprise Solutions, Inc. (collectively, "Plaintiffs") and by and through their undersigned counsel, file their Answer an Affirmative Defenses to Defendant Kennedy and Youngblood's Counterclaim [#119] (the "Counterclaim"):

## PARTIES

1. Plaintiffs admit the allegations contained in paragraph 1.

2. Plaintiffs admit the allegations contained in paragraph 2.

3. Plaintiffs admit the allegations contained in paragraph 3.

4. Plaintiffs admit the allegations contained in paragraph 4.

## FACTUAL ALLEGATIONS

5. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 5.

6. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 6.

7. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 7.

8. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 8.

9. Allegation No. 9 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein.

10. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 10.

11. Allegation No. 11 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein.

12. Plaintiffs admit the allegations in paragraph 12.

13. Plaintiffs admit the allegations in paragraph 13.

14. Allegation No. 14 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein.

15. Allegation No. 15 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein.

16. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 16.

17. Allegation No. 1 sets forth legal conclusions to which no response is required, but to the

extent a response is required, Plaintiffs deny any allegations contained therein.

18. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 18.

19. Allegation No. 19 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein.

20. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 20.

21. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 21.

22. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 22.

23. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 23.

24. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 24.

25. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 25.

26. Plaintiffs lack the requisite knowledge to confirm or deny the allegations in paragraph 26. To the extent Plaintiffs do have any requisite knowledge, Plaintiffs deny any allegations contained therein.

27. Plaintiffs lack the requisite knowledge to confirm or deny the allegations in paragraph 27. To the extent Plaintiffs do have any requisite knowledge, Plaintiffs deny any allegations contained therein.

28. Plaintiffs lack the requisite knowledge to confirm or deny the allegations in paragraph 28. To the extent Plaintiffs do have any requisite knowledge, Plaintiffs deny any allegations contained therein.

29. Plaintiffs lack the requisite knowledge to confirm or deny the allegations in paragraph 29. To the extent Plaintiffs do have any requisite knowledge, Plaintiffs deny any allegations contained therein.

30. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 30.

31. Plaintiffs lack the requisite knowledge to confirm or deny the allegations in paragraph 31. To the extent Plaintiffs do have any requisite knowledge, Plaintiffs deny any allegations contained therein.

32. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 32.

33. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 33.

34. Allegation No. 34 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein.

35. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 35.

36. Plaintiffs lack the requisite knowledge to confirm or deny the allegations in paragraph 36. To the extent Plaintiffs do have any requisite knowledge, Plaintiffs deny any allegations contained therein.

37. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 37.

38. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 38.

39. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 39.

40. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 40.

41. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 41.

42. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 42.

43. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 43.

44. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 44.

45. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 45.

46. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 46.

47. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 47.

48. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 48.

49. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 49.

50. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 50.

51. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 51.

52. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 52.

53. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 53.

54. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 54.

55. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 55.

56. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 56.

57. Plaintiffs admit the allegations in paragraph 57.

58. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 58.

59. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 59.

60. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 60.

61. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 61.

62. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 62.

63. Allegation No. 63 sets forth legal conclusions to which no response is required.

64. Allegation No. 64 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

65. Allegation No. 64 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

66. Plaintiffs lack the requisite knowledge to confirm or deny the allegations in paragraph 66. To the extent Plaintiffs do have any requisite knowledge, Plaintiffs deny any allegations

contained therein.

67. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 67.

68. Allegation No. 68 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

69. Allegation No. 69 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

70. Allegation No. 70 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

71. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 71.

72. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 72.

73. Allegation No. 73 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

74. Allegation No. 74 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

75. Allegation No. 75 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

76. Allegation No. 706 sets forth legal conclusions to which no response is required, but to the

extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

77. Allegation No. 77 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

78. Plaintiffs deny the allegation contained in paragraph 78.

79. Allegation No. 79 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

80. Allegation No. 80 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

81. Allegation No. 81 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

82. Allegation No. 82 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

83. Allegation No. 83 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

84. Allegation No. 84 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack

the requisite knowledge to confirm or deny at least some of the allegations contained therein.

85. Allegation No. 85 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

86. Allegation No. 86 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

87. Allegation No. 87 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

88. Allegation No. 88 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

89. Allegation No. 89 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

90. Allegation No. 90 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

91. Allegation No. 91 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

92. Allegation No. 92 sets forth legal conclusions to which no response is required, but to the

extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

93. Allegation No. 93 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

94. Allegation No. 94 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

95. Allegation No. 95 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

96. Allegation No. 96 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

97. Allegation No. 97 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

98. Allegation No. 98 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

99. Allegation No. 99 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

100. Allegation No. 100 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

101. Allegation No. 101 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

102. Allegation No. 102 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

103. Allegation No. 103 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

104. Allegation No. 104 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

105. Allegation No. 105 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

106. Allegation No. 106 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

107. Allegation No. 107 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the

requisite knowledge to confirm or deny at least some of the allegations contained therein.

108. Allegation No. 108 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

109. Allegation No. 109 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

110. Allegation No. 110 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

111. Allegation No. 111 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

112. Allegation No. 112 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

## FIRST CAUSE OF ACTION

### Breach of Contract

113. Allegation No. 113 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein.

114. Plaintiffs deny, generally and specifically, the allegations contained in paragraph 114.

115. Allegation No. 115 sets forth legal conclusions to which no response is required, but to the

extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

116. Allegation No. 116 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

117. Allegation No. 117 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

118. Allegation No. 118 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

119. Allegation No. 119 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

120. Allegation No. 120 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

121. Allegation No. 121 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

122. Allegation No. 122 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein. Plaintiffs lack the requisite knowledge to confirm or deny at least some of the allegations contained therein.

## **SECOND CAUSE OF ACTION**

123. Allegation No. 123 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein.

124. Plaintiffs deny the allegations in paragraph 124.

125. Plaintiffs deny the allegations in paragraph 125.

126. Plaintiffs deny the allegations in paragraph 126.

127. Plaintiffs deny the allegations in paragraph 127.

## **THIRD CAUSE OF ACTION**

128. Allegation No. 128 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein.

129. Plaintiffs deny the allegations in paragraph 129.

130. Plaintiffs deny the allegations in paragraph 130.

131. Plaintiffs deny the allegations in paragraph 131.

132. Plaintiffs deny the allegations in paragraph 132.

133. Plaintiffs deny the allegations in paragraph 133.

134. Plaintiffs deny the allegations in paragraph 134.

## **FOURTH CAUSE OF ACTION**

135. Allegation No. 135 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein.

136. Plaintiffs deny the allegations in paragraph 136.

137. Plaintiffs deny the allegations in paragraph 137.

138. Plaintiffs deny the allegations in paragraph 138.

139. Plaintiffs deny the allegations in paragraph 139.

140. Plaintiffs deny the allegations in paragraph 140.

## FIFTH CAUSE OF ACTION

141. Allegation No. 141 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein.

142. Plaintiffs deny the allegations in paragraph 142.

143. Plaintiffs deny the allegations in paragraph 143.

144. Plaintiffs deny the allegations in paragraph 144.

145. Plaintiffs deny the allegations in paragraph 145.

## SIXTH CAUSE OF ACTION

146. Allegation No. 146 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein.

147. Plaintiffs deny the allegations in paragraph 147.

148. Plaintiffs deny the allegations in paragraph 148.

149. Plaintiffs deny the allegations in paragraph 149.

150. Plaintiffs deny the allegations in paragraph 150.

151. Plaintiffs deny the allegations in paragraph 151.

152. Plaintiffs deny the allegations in paragraph 152.

## SEVENTH CAUSE OF ACTION

153. Allegation No. 153 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein.

154. Plaintiffs deny the allegations in paragraph 154.

155. Plaintiffs deny the allegations in paragraph 155.

156. Plaintiffs deny the allegations in paragraph 156.

## EIGHTH CAUSE OF ACTION

157. Allegation No. 157 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein.

158. Plaintiffs deny the allegations in paragraph 158.

159. Plaintiffs deny the allegations in paragraph 159.

160. Plaintiffs deny the allegations in paragraph 160.

161. Plaintiffs deny the allegations in paragraph 161.

## NINTH CAUSE OF ACTION

162. Allegation No. 162 sets forth legal conclusions to which no response is required, but to the extent a response is required, Plaintiffs deny any allegations contained therein.

163. Plaintiffs deny the allegations in paragraph 163.

164. Plaintiffs deny the allegations in paragraph 164.

165. Plaintiffs deny the allegations in paragraph 165.

## PRAYER FOR RELIEF

Plaintiffs deny Defendants are entitled to any relief prayed for by Defendants.

## AFFIRMATIVE DEFENSES

Plaintiffs assert the following affirmative defenses. By asserting these defenses, Plaintiffs do not assume any burden of proof that she would not otherwise bear.

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

1) The allegations of Defendants' Counterclaim fail to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

(Waiver and Estoppel)

2) Each and every cause of action in the Counterclaim is barred by the doctrine of estoppel and waiver, due to the Defendants' own ratification of the actions, thereby estopping Defendants from complaining of damages, if any.

## THIRD AFFIRMATIVE DEFENSE

(Unclean Hands)

3) Plaintiffs allege that each cause of action of the Counterclaim is barred by virtue of Defendants' contributory willful misconduct and/or negligence in causing or contributing to the damages alleged therein under the doctrine of unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

(Laches)

4) Each and every cause of action in the Counterclaim is barred by the Doctrine of Laches

## FIFTH AFFIRMATIVE DEFENSE

(Fraud)

5) Each and every cause of action in the complaint is barred by the doctrine of Fraud as

Defendants falsely represented material facts, with knowledge of its untruth, with an intent to deceive Plaintiffs.

## SIXTH AFFIRMATIVE DEFENSE

(Duress)

6) Each and every cause of action in the Counterclaim is barred because with respect to any alleged intentional or negligent acts, these answering Plaintiffs were acting under duress.

## SEVENTH AFFIRMATIVE DEFENSE

(Parole Evidence/Statute of Frauds)

7) Each and every cause of action is barred by the parole evidence rule. The writings are a complete representation of the final written understanding between the parties, and as such, cannot be contradicted or modified by any oral statements or extrinsic agreements that are inadmissible in a court of law. Each and every cause of action is barred on the ground that, it was not reduced to writing and signed by the party to be charged.

## EIGHTH AFFIRMATIVE DEFENSE

(Accord and Satisfaction)

8) Each and every cause of action is barred under the doctrine of accord and satisfaction. Defendants agreed to accept, as complete satisfaction of the contract, performance different from that originally due under the contract.

## NINTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

9) Each and every cause of action in the Counterclaim is barred either in whole or in part by operation of the applicable statutes of limitations.

## TENTH AFFIRMATIVE DEFENSE

### (Fraud in the Inducement)

10) Each and every cause of action is barred on the ground that, if any contract between

Defendant and Plaintiff existed, which Defendant denies, Plaintiff fraudulently induced

Defendant into entering into the contract, and Defendant would not have entered into the

contract but for Plaintiff's fraudulent inducement.

## TWELFTH AFFIRMATIVE DEFENSE

### (Undue Influence)

12) Each and every cause of action is barred on the ground that, if any contract between

Defendant(s) and Plaintiff(s) existed, which Defendant(s) deny, Defendant(s)' consent to the

contract was obtained by virtue of undue influence.

.

Date: November 11th, 2023.                    Respectfully submitted,
                                              */s Valerie A. Yanaros, Esq.*
                                              Valerie Yanaros, Esq.
                                              Texas Bar No. 24075628
                                              Admitted to Practice in the District
                                              Court of Colorado
                                              Yanaros Law, P.C.
                                              8300 Douglas Avenue Suite 800
                                              Dallas, Texas 75225
                                              Telephone: (512) 826-7553
                                              valerie@yanaroslaw.com

                                              **ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

The below signed certifies that a copy of this document will be served via ECF on the following counsel for Defendants:

*/s Valerie A. Yanaros*
Valerie A. Yanaros

Lenden F. Webb (SBN 236377)
Christian B. Clark (SBN 330380)
**WEBB LAW GROUP, APC**
466 W. Fallbrook Ave., Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email: LWebb@WebbLawGroup.com
Email CClark@WebbLawGroup.com

and Defendant Richards via email at seckey@protonmail.com