IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00947-DDD-KAS

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                            Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

                            Defendants.

---

**JOINT STATUS REPORT**

---

Plaintiffs JAMES COREY GOODE, an individual, and GOODE ENTERPRISE SOLUTIONS, INC., a Colorado Corporation, and Defendants LEON ISAAC KENNEDY, an individual, and ADRIENNE YOUNGBLOOD, an individual (collectively, "the Parties") hereby submit this Joint Status Report pursuant to this honorable Court's order (the "Order", Docket 122) entered on October 17, 2023.

    **I.**    **BACKGROUND**

This Court's Order requested that "pursuant to Local Civil Rule 16.6, within the next **thirty days**, the parties must contact a private mediator, schedule a mediation to be completed in advance of the Final Pretrial Conference and, file a Joint Status Report informing the Court of the date of the scheduled mediation" *Id*.

a. Scheduled Mediation

Counsel for both parties have met and conferred regarding their availability for the Mediation ordered by the Court. Presently, the parties have agreed upon a One (1) day Remote Mediation to be conducted on **April 15, 2024** with Ms. Kathleen Craigmile, Esq. who works with the JAMS Denver office. Meanwhile, the parties are still optimistic of a possible settlement and are currently engaged in further discussions to find an informal resolution to this matter.

II. Conclusion

The Parties will be prepared for Mediation to be conducted on April 15, 2024, and are still seeking to informally resolve the matter through a good faith Settlement. The parties remain available to discuss any of the above at this Court's request and appreciate this Court's attention to this matter.

Respectfully submitted this 16th day of November, 2023.

*s/ Valerie Yanaros*
**Valerie Yanaros, Esq.**
State Bar No. 24075628
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Tel.: (512) 826-7553

**ATTORNEY FOR PLAINTIFFS**

*/s/ Christian Clark*
**Christian Clark**
WEBB LAW GROUP, APC
466 W. Fallbrook Ave., Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email CClark@WebbLawGroup.com
**Attorney for Defendants**

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th of November, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record in this case.

By: *s/ Valerie Yanaros*
Valerie Yanaros