IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00947-DDD-KAS

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

Defendants.

## DECLARATION BY JAMES COREY GOODE IN SUPPORT OF JAMES COREY GOODE AND GOODE ENTERPRISE SOLUTIONS INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST ROGER RICHARDS/RAMSAUR

Pursuant to 28U.S.C. §1746, I declare under penalty of perjury that the following statements are true and correct:

1. "My name is James Corey Goode. I am over the age of 21 years and am fully competent to make this Declaration. All statements of fact made herein are true, correct and within my personal knowledge.

2. My name is James Corey Goode ("Mr. Goode"), and Goode Enterprise Solutions Inc. is a company I own with my wife, Stacy Goode ("GES", both parties collectively referred to as the "Plaintiffs").

3. Plaintiffs filed their Claim against Defendants for various tort and contract claims on April 3, 2020 (Doc. 1).

4. Defendant's deadline to answer to Second Amended Complaint was October 13, 2023. Defendant has not answered or otherwise responded to these claims.

5. This Court entered its Order on October 17, 2023 (Doc. 121, the "Order") ordering Plaintiffs to move for entry of a default against Defendant Richards. Default was entered. (Doc. 127).

6. Damages in this case amount to millions of dollars due to Defendant's tortious acts.

7. Plaintiffs request a hearing to fully set out the damages to which they are entitled, but believe the below encompass the baseline of the relief to which they are entitled:

    a. Actual damages from faulty/unsent DVDs and resulting loss of goodwill and business: $20,000.00

    b. Damages from Defendant's extortion scheme: lost profits amounting to $5,000,000.00 (five million dollars),

    c. Actual damages from the loss of audio and video assets: valued at $500,000.00 (five hundred thousand dollars),

    d. Statutory damages under the Lanham Act,

    e. Treble damages under the Lanham Act,

    f. Injunction prohibiting Defendant from further defaming Plaintiffs, using the trademarks at issue, and using the audio and video assets,

    g.  Attorneys fees.

8.  Plaintiffs respectfully request this Court set a hearing to determine the amount of damages.

FURTHER DECLARANT SAYETH NOT".

Signed this 22nd day of November, 2023.


                          *James Corey Goode*
                          James Corey Goode