IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00947-DDD-KAS

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                                        Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

                                        Defendants.

**PROPOSED ORDER GRANTING JAMES COREY GOODE AND GOODE
ENTERPRISE SOLUTIONS INC.'S REQUEST FOR DEFAULT JUDGMENT
AGAINST ROGER RICHARDS/RAMSAUR**

On this _____ day of _____, 2023, it appears from the Motion for Default Judgment and declaration in support thereof, Defendant Roger Richards ("Richards" or "Defendant") has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure.

Now, therefore, the **DEFAULT** of the following named Defendant is hereby entered on the claims against them filed by Plaintiffs James Corey Goode and Goode Enterprise Solutions, Inc. and a hearing is set for the _____ of _____, 20__.

In the alternative, this Court awards the following relief:

    a. Actual damages from faulty/unsent DVDs and resulting loss of goodwill and business: $20,000.00

    b. Damages from Defendant's extortion scheme: lost profits amounting to $5,000,000.00 (five million dollars),

1

c. Actual damages from the loss of audio and video assets: valued at $500,000.00 (five hundred thousand dollars),

d. Statutory damages under the Lanham Act,

e. Treble damages under the Lanham Act,

f. Injunction prohibiting Defendant from further defaming Plaintiffs, using the trademarks at issue, and using the audio and video assets,

g. Attorneys fees.

_____

THE HONORABLE JUDGE DOMENICO