UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ UNITED STATES COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

20-cv-00947-DDD-KAS

#127.

DENVER CO 802

8 NOV 2023 PM 2

Return to Sender

☑ Unable to Forward
☐ Attempted Not Known
☐ Refused

quadient

FIRST-CLASS MAIL
IMI
$000.63
11/08/2023 ZIP 80294
043M31245131

US POSTAGE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 24 2023

JEFFREY P. COLWELL
CLERK

Roger Richards Ramsaur
5331 South. MacAdam Avenue
Ste 258-713
Protland, OR 9

NIXIE     971   DE 1         0011/18/23

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:   80294250099     *1736-05545-08-44