# IN THE UNITED STATES DISTRICT COURT
# OF COLORADO

JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC.,

    Plaintiff,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY and ADRIENNE YOUNGBLOOD;

    Defendants.

CASE NO. 1:20-CV-00947-DDD-KLM

**[PROPOSED] ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL**

## [PROPOSED] ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL

The Court, having considered this Motion to be Relieved as Counsel of Record, hereby Orders as follows:

IT IS HEREBY ORDERED that Defendant ADRIENNE YOUNGBLOOD substitutes herself as her attorney of record in place of WEBB LAW GROUP, APC.

IT IS SO ORDERED.

Dated:_____        _____

                                                                   Hon. Daniel D. Domenico

# CERTIFICATE OF SERVICE

I, Raza N. Khan, am a citizen of the United States and am at least eighteen years of age. My business address is 10509 Vista Sorrento Pkwy., Suite 450, San Diego, CA 92121.

I am not a party to the above-entitled action. I have caused service of:

    I.     **MOTION TO BE RELIEVED AS COUNSEL**
    II.    **[PROPOSED] ORDER**

along with all associated documents on all the counsel of record and interested parties by electronic email service and electronically filing the foregoing with the Clerk of the U.S. District Court using its CM/ECF System.

I hereby certify that on this fourth day of December 2023, a true and correct copy of the foregoing were served electronically and via U.S. Mail to:

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
*Telephone:* (619) 238-1010
*Facsimile:* (619) 238-1981
*Email:* Valerie@YanarosLaw.com
*Email:* Admin@YanarosLaw.com
*Attorney for James Corey Goode and Goode Enterprise Solutions, Inc.*

Adrienne Youngblood
15300 Cliff Road
Nevada City, CA 95959
Telephone: (805) 844-3911
Email: AYoungblood@Me.com
*Defendant*

Mr. Roger Richards Ramsaur
1928 NE 40th Avenue
Portland, OR 97212
Telephone: (323) 376-8705
Email: Seckey@ProtonMail.com
*Defendant in Pro Per*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: December 4, 2023

                                                  Raza N. Khan