Lenden F. Webb (SBN 236377)
Christian B. Clark (SBN 330380)
**WEBB LAW GROUP, APC**
10509 Vista Sorrento Pkwy, Suite 450
San Diego, CA 92121
Telephone: (619) 399-7700
Facsimile: (619) 819-4500
Email: LWebb@WebbLawGroup.com
Email CClark@WebbLawGroup.com

Attorneys for Defendants
LEON KENNEDY and ADRIENNE YOUNGBLOOD

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| JAMES COREY GOODE, and GOODE ENTERPRISE SOLUTIONS INC., <br><br>Plaintiffs,<br>v.<br><br>ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY AND ADRIENNE YOUNGBLOOD;<br><br>Defendants. | Case No.: 1:20-CV-00947-DDD-KLM <br><br>**MOTION TO BE RELIEVED AS COUNSEL** <br><br>**Judge: Hon. Daniel D. Domenico**<br>**Courtroom: A401** |

Lenden F. Webb and Christian B. Clark of Webb Law Group, APC, hereby move to withdraw as counsel from Plaintiff LEON KENNEDY ("KENNEDY") in this matter.

### BACKGROUND AND STATEMENT OF FACTS

AS FOR GROUNDS FOR WITHDRAWAL, counsel states:

1. The attorneys wish to withdraw as counsel of record from Defendant Leon Kennedy, as mentioned in this motion, and cease any further involvement in this matter. The attorneys have had a breakdown in communication attempts with KENNEDY in recent months relating to the lawsuit. KENNEDY has also routinely insisted that his attorneys present claims or take positions in this matter that are not warranted under existing law and cannot be brought before the court in good faith.

---

**MOTION TO BE RELIEVED AS COUNSEL**
- 1 -

2. The attorneys have made multiple attempts to communicate with KENNEDY to advise him as to the next steps in this matter but have received only minor responses without significant input from the client as to his position in the lawsuit.

3. Moreover, KENEDY has materially breached the terms of his Engagement with the Webb Law Group, APC.

4. The attorneys have made every reasonable effort to provide KENNEDY with opportunities to cure the material breach, but these efforts have had little to no success. The attorneys have also provided KENNEDY with an overview of the coming actions in this matter to prepare him to continue in this matter with either alternative counsel, or by proceeding pro per. Still, KENNEDY has refused to substitute out his current attorneys.

5. On October 4, 2023, the attorneys sent a Substitution of Attorney to KENNEDY. As of today's date, the attorneys have not received a signed copy of the Substitution, and KENNEDY has refused to sign the Substitution.

6. The attorneys have served KENNEDY both via mail and email and have notified him of this Motion via email.

7. Last known address and contact information of Leon Kennedy:
>   Leon Isaac Kennedy
>   18565 Soledad Canyon Road #228
>   Canyon Country, CA 91351
>   Phone: (818) 730-0077
>   Email: EmailAngel@AOL.com

WHEREFORE, counsel for Defendants LEON KENNEDY and ADRIENNE YOUNGBLOOD respectfully request that this Court allow Lenden F. Webb and Christian B. Clark to withdraw as attorneys of record for Defendant **LEON KENNEDY**.

///
///
///
///
///

**MOTION TO BE RELIEVED AS COUNSEL**
- 2 -

1 | Dated: December 6, 2023            **WEBB LAW GROUP, APC**

/s/*Christian B. Clark*
Lenden F. Webb, Esq.
Christian B. Clark, Esq.
WEBB LAW GROUP, APC
10509 Vista Sorrento Pkwy, Suite 450
San Diego, CA 92123
Telephone: (619) 399-7700
FAX: (619) 819-4500
Email: LWebb@WebbLawGroup.com
Email: CClark@WebbLawGroup.com
Attorneys for Defendants
LEON KENNEDY and ADRIENNE YOUNGBLOOD

---

**MOTION TO BE RELIEVED AS COUNSEL**

- 3 -

# CERTIFICATE OF SERVICE

I, Raza N. Khan, am a citizen of the United States and am at least eighteen years of age. My business address is 10509 Vista Sorrento Pkwy., Suite 450, San Diego, CA 92121.

I am not a party to the above-entitled action. I have caused service of:

    I.     **MOTION TO BE RELIEVED AS COUNSEL - KENNEDY**
    II.    **[PROPOSED] ORDER**

along with all associated documents on all the counsel of record and interested parties by electronic email service and electronically filing the foregoing with the Clerk of the U.S. District Court using its CM/ECF System.

I hereby certify that on this eighth day of February 2023, a true and correct copy of the foregoing were served electronically and via U.S. Mail to:

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
*Telephone:* (619) 238-1010
*Facsimile:* (619) 238-1981
*Email:* Valerie@YanarosLaw.com
*Email:* Admin@YanarosLaw.com
*Attorney for James Corey Goode and Goode Enterprise Solutions, Inc.*

Leon Isaac Kennedy
18565 Soledad Canyon Road #228
Canyon Country, CA 91351
Phone: (818) 730-0077
Email: EmailAngel@AOL.com
*Defendant*

Adrienne Youngblood
15300 Cliff Road
Nevada City, CA 95959
Telephone: (805) 844-3911
Email: AYoungblood@Me.com
*Defendant*

Mr. Roger Richards Ramsaur
1928 NE 40th Avenue
Portland, OR 97212
Telephone: (323) 376-8705
Email: Seckey@ProtonMail.com
*Defendant in Pro Per*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: December 6, 2023

                                                      Raza N. Khan