IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:20-CV-00947-DDD-KLM**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:51 am, Dec 14, 2023
JEFFREY P. COLWELL, CLERK

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,
      Plaintiff,

v.

ROGER RICHARDS RAMSAUR, LEON
ISAAC KENNEDY and ADRIENNE
YOUNGBLOOD;
      Defendant(s).

## RESPONSE TO MOTION
## TO BE RELIEVED AS COUNSEL

**B**ACKGROUND AND STATEMENT
OF FACTS AS FOR GROUNDS FOR WITHDRAWAL,
ADRIENNE YOUNGBLOOD (YOUNGBLOOD) responds:

1) Since April 3, 2020, when Plaintiff Corey Goode chose to include YOUNGBLOOD as one of a dozen individuals to bring into litigation, YOUNGBLOOD has been an active participant in her defense. In those nearly 4 years, there have been no breakdowns in communication between her and any member of Webb Law Group, APC, her attorneys. YOUNGBLOOD is happy to provide the court with several years of confidential email threads that emphasize her communication, commitment, and participation, especially those that have occurred in the last "several months". After waiting over 1000 days for a Motion to Dismiss to

be ruled on, the case finally got moving on September 30, 2023, after Plaintiff's breach-of-contract claim was DISMISSED WITH PREJUDICE for failure to state a claim. After literally years of delay, YOUNGBLOOD remained optimistic about the opportunity of reaching a reasonable settlement agreement, which was always her intention.

2) YOUNGBLOOD has always maintained the position that she desires to settle. She provided a great deal of substantial context to her position to her attorneys. It is her clear impression that Webb Law Group, supports her desire to settle, as well as her minimal terms for settlement. However, Plaintiff does not seem to want to participate in an "agreement". For example in an email dated October 16, 2023, Plaintiff offered an all-or-nothing option towards a settlement, making 3 demands with no room for discussion.

Still, YOUNGBLOOD had agreed to drop all her claims, make none of her own demands, conceded to 2 of 3 of the Plaintiff's terms, and was willing to negotiate on the 3rd. Unfortunately, Plaintiff offered only a one-sided ultimatum that expired "at the end of the day" leaving no room for actual discussion or "agreement". Much to YOUNGBLOOD'S disappointment, neither YOUNGBLOOD'S Attorney nor opposing counsel has revisited settlement conversations since, even though at least a partial settlement is clearly viable.

Mediation (as well as a pre-trial hearing and a trial date) was ordered by the Honorable Judge Daniel D. Domenico. In a confidential email dated November 8, 2023, YOUNGBLOOD gave input to her attorneys regarding the choice of mediators and provided her availability. While remaining enthusiastically open to further conversations about a settlement agreement before the mediation date, YOUNGBLOOD is preparing for the mediation, set for April 15, 2024. YOUNGBLOOD will be prepared to go to trial in June, should no agreement be met. However,

this continued waste of energy, resources, and the court's time is not her choice. She has demonstrated that she is willing to make compromises to what is in her best interest to allow for a mutually cooperative agreement with a settlement. Alas, as per the last communication, Plaintiff is not open to negotiations concerning his unsubstantiated claim for monetary compensation.

    3) YOUNGBLOOD let her attorneys know that as a consequence of being severely injured in an accident, her cognition and processing time, as well as her finances, were unstable but she would make every effort to make consistent payments once she made a full recovery and was able to generate income again. A recent email concerning this is dated October 11, 2023.

    4) Still, between co-defendant LEON ISAAC KENNEDY and YOUNGBLOOD, there have been several payments recently made towards this account. An account that has amassed a total billing of over $180k, initially accrued by 3 Defendants. On August 8, 2023, KENNEDY & YOUNGBLOOD made payments of nearly $2000 each towards their share of the court-ordered sanctions incurred by Attorney, Lenden Webb for his misconduct during YOUNGBLOOD'S deposition. As well, as recently as October 2023, another payment of $3500 was made to the account.

    While YOUNGBLOOD understands there is a balance with Webb Law Group of approximately $60k on the account, she has made several inquiries into itemized billing and at the time of this filing, still has not received a full and accurate accounting of services specific to YOUNGBLOOD'S share of the debt. YOUNGBLOOD will set up a payment resolution plan based on that accurate accounting, once received.

5) In an email dated November 8, 2023, YOUNGBLOOD let her attorneys know that she would not be subbing out unless and until she understood her rights, why this was in her best interest considering the timing of the request, and had a clear understanding of how to proceed with a forced Pro Se experience. She also let them know that she had limited availability to address the situation that week and that her cell service for communication until late November would also be quite sparse, as her attention was demanded elsewhere. She reiterated that communication in another email dated November 13, 2023.

## IN CONCLUSION:

YOUNGBLOOD has performed as an active participant in her case since its inception on April 3, 2020. To date, nearly $180k has been billed on the account with Webb Law Group. It is unclear which portion of the balance (approx. $60k) is solely YOUNGBLOOD'S responsibility considering there were 3 Defendants accruing charges. She trusts she will receive this accurate accounting from Webb Law Group, in order to engage in a payment resolution towards her share of the debt.

Mediation has been scheduled for April 15, 2024. However, a recent email chain dated December 5, 2023, was forwarded to YOUNGBLOOD by Webb Law Group from the chosen mediation company. It indicates that without representation said mediators will not be able to fulfill their appointment, as payment to them must be made directly by their actual client, Webb Law Group. Should this Motion to Withdraw be granted, it's likely mediation would need to be rescheduled, further delaying the movement and possible resolution of the case. Again.

FURTHERMORE, at the onset of this case in April 2020, there were several options in reference to rights, legal procedure, and resources at the Defendant's disposal. However, because of mitigating circumstances, including but not limited to the crippling effect COVID had on individuals and the country; the court's extensive delay due to the COVID downtime; the radical differences between the claims against YOUNGBLOOD and the claims against her co-defendants, as well as several failings by both opposing and defending Attorneys, including but not limited to the Plaintiffs' failure to prosecute their baseless claims; consistent extensions filed by the Plaintiff; missed deadlines including failing to compel production from Plaintiff while within discovery deadlines and a lack of an affirmative defense against Plaintiff's unqualified, deficient claims, **YOUNGBLOOD has been denied timely and efficient resolution of this case, wasting the resources once available to her to do so.**

While YOUNGBLOOD remains open to settlement, due to the outcome of recent attempts with Plaintiff, it is YOUNGBLOODS humble opinion that this case will be delayed further, and no settlement agreement will arrive without representation. After nearly 4 years, $180k, and the complexities and litigious habit of the Plaintiff, it is very late in the case to proceed Pro Se, find Pro Bono representation, or hire another Attorney. Webb Law Group's attempt to withdraw as counsel has placed YOUNGBLOOD at a disadvantage regarding her ability to litigate or settle moving forward. Due to YOUNGBLOODS limited, however regaining, cognitive functioning, as well as her complete inexperience with legal procedures, she will be at an extreme disadvantage should she represent herself completely, in Pro per.

By opposing this motion YOUNGBLOOD is not waiving her right to counsel, but to bring specific facts to the court's attention. YOUNGBLOOD asks the court's forgiveness for any

improprieties that may have occurred in this document due to her ignorance of procedure and pedestrian standing. She is specifically seeking guidance from the court as to how to proceed. YOUNGBLOOD has great reverence for the true and right processes of the law and will abide respectfully and immediately with any decision made. YOUNGBLOOD has yet to seek other counsel or take official action in Pro per and will not do so until it is determined that the Motion to Withdrawal as council made by Webb Law Group is acceptable in the eyes of the court.

Dated: DECEMBER 14, 2023

    Respectfully submitted,

*Adrienne Youngblood*

Adrienne Youngblood
*Defendant*

15300 Cliff Road
Nevada City, CA 95959
805-844-3911
ayoungblood@me.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 14, 2023, I sent a copy of the **RESPONSE to MOTION TO WITHDRAWAL AS COUNSEL** to the following parties in the way described below each party's name:

Lenden F. Webb, Esq.
Christian B. Clark, Esq.
***Sent through Email***
WEBB LAW GROUP, APC
10509 Vista Sorrento Pkwy, Suite 450
San Diego, CA 92123
Telephone: (619) 399-7700
FAX: (619) 819-4500
Email: LWebb@WebbLawGroup.com
Email: CClark@WebbLawGroup.com
*Attorneys for Defendants*
LEON KENNEDY and ADRIENNE YOUNGBLOOD

Leon Isaac Kennedy
***Sent through email***
18565 Soledad Canyon Road #228
Canyon Country, CA 91351
Phone: (818) 730-0077
Email: EmailAngel@AOL.com
*Defendant*

Mr. Roger Richards Ramsaur
***Sent through Email***
1928 NE 40th Avenue
Portland, OR 97212
Telephone: (323) 376-8705
Email: Seckey@ProtonMail.com
*Defendant in Pro Per*

Valerie Yanaros, Esq.
Yanaros Law, P.C.
***Sent through Email***
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (619) 238-1010
Facsimile: (619) 238-1981
Email: Valerie@YanarosLaw.com

*/s/ Adrienne Youngblood*
_____
Signature
Adrienne Youngblood
15300 Cliff Road
Nevada City, CA 95959
805-844-3911
ayoungblood@me.com