IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiff,

v.

ROGER RICHARDS RAMSAUR,
LEON ISAAC KENNEDY,
ADRIENNE YOUNGBLOOD,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiffs' **Motion for Default Judgment Against Roger Richards/Ramsaur** [#130] ("Motion).

    On November 29, 2022, counsel for Defendant filed a Motion to be Relieved as Counsel [#84] ("Motion to Withdraw"), which contained the Defendant Ramsaur's last known mailing address, phone number, and email. *Motion to Withdraw* [#84] at 2. On January 12, 2023, then-Magistrate Judge Kristen L. Mix granted the motion to withdraw and further Ordered Defendant Ramsaur to confirm "his mailing address, e-mail address, and telephone number by filing a Notice of Contact Information within seven days of the date of this Minute Order." *January 12, 2023, Minute Order* [#91] at 2. The Minute Order, also Ordered the Clerk of the Court to "update Defendant Ramsaur's contact information with the information provided by his attorneys on page 2 of the Motion [#84]." *Id.* at 2. The address provided by Defendant's counsel is 1928 NE 40th Avenue, Portland, OR 97212. *Motion to Withdraw* [#84] at 2.

    However, a review of the docket contains no proof that the January 12, 2023, Minute Order was promptly[1] sent to Defendant or that the docket was updated to reflect the information contained in counsel's Motion to Withdraw. Subsequent Orders have been

---

[1] The docket reveals that, on May 10, 2023, a copy of the electronic docket from January 12, 2023, to May 10, 2023, including the January 12, 2023 Minute Order [#91], was mailed to Defendant Ramsaur at 5331 South MacAdam Avenue, Suite 258-713, Portland, OR 97239. *See Certificate of Service* [#105].

returned as undeliverable and indicate they were sent to 5331 South MacAdam Avenue, Ste 258-713, "Protland,"[2] OR 97239. *Mail Returned as Undeliverable* [#114]; *Mail Returned as Undeliverable* [#116]; *Mail Returned as Undeliverable* [#123]; *Mail Returned as Undeliverable* [#124]; *Mail Returned as Undeliverable* [#132]. As noted, the address provided by counsel for Defendant Ramsaur is 1928 NE 40th Avenue, Portland, OR 97212. *Motion to Withdraw* [#84] at 2.

In the interest of resolving the Motion for Default Judgment on the merits and ensuring these orders reach the Defendant, the Clerk of Court is **DIRECTED** to mail a copy of the following Orders to Defendant Ramsaur:

- July 18, 2023 Order by Magistrate Judge Kristen L. Mix [#112];

- August 7, 2023 Order Reassigning Magistrate Judge [#115];

- September 30, 2023 Order Granting Motion to Dismiss Breach-of-Contract Claim [#117];

- September 30, 2023 Minute Order [#118];

- October 17, 2023 Trial Preparation Order [#122];

- November 7, 2023 Plaintiffs' Request for Entry of Default Against Roger Richards/Ramsaur [#126];[3]

- November 27, 2023 Motion for Default Judgment by Plaintiffs' [#130];[4]

- This Minute Order; and

- A copy of the electronic docket from January 12, 2023 (the date the Court permitted Defendant Ramsaur's counsel to withdraw) to the present.

---

[2] This presumed misspelling of Portland is original to how Defendant's address appears on the docket and on the returned mail. *Mail Returned as Undeliverable* [#114]; *Mail Returned as Undeliverable* [#116]; *Mail Returned as Undeliverable* [#123]; *Mail Returned as Undeliverable* [#124]; *Mail Returned as Undeliverable* [#132].

[3] Plaintiffs' Certificate of Service for this Request [#126] contains no indication that this Request was mailed to Defendant Ramsaur.

[4] Plaintiffs' Certificate of Service for this Motion [#130] also contains no indication that this Request was mailed to Defendant Ramsaur.

The Clerk of Court **SHALL MAIL** a copy of each of these documents to the Defendant Roger Richards/Ramsaur at 1928 NE 40th Avenue, Portland, OR 97212. *Motion to Withdraw* [#84] at 2 (providing last known address).

The Clerk of the Court **SHALL** update Defendant Ramsaur's contact information with the information provided by his attorneys on page 2 of the Motion to Withdraw [#84].

Finally, due to the circumstances, Defendant Ramsaur is **ORDERED** to respond to the Plaintiffs' Motion for Default Judgment by **January 9, 2024**.

If Defendant Ramsaur does not file a response by **January 9, 2024**, the Court will decide the Motion without the benefit of his point of view.

**IT IS FURTHER ORDERED** that Defendant Ramsaur shall confirm his mailing address, e-mail address, and telephone number by filing a Notice of Contact Information **within seven days** of the date of this Minute Order. **Failure to comply with this Order may result in sanctions, up to and including default judgment against Defendant**. Pursuant to D.C.COLO.LCivR 5.1(c), if Defendant's contact information changes in the future, he must file a Notice of Change of Contact Information **within five days** of the change.

Dated:  December 20, 2023