Lenden F. Webb (SBN 236377)
Christian B. Clark (SBN 330380)
**WEBB LAW GROUP, APC**
10509 Vista Sorrento Pkwy, Suite 450
San Diego, CA 92121
Telephone: (619) 399-7700
Facsimile: (619) 819-4500
Email: LWebb@WebbLawGroup.com
Email CClark@WebbLawGroup.com

Attorneys for Defendants
LEON KENNEDY and ADRIENNE YOUNGBLOOD

**WEBB LAW GROUP, APC**
10509 Vista Sorrento Pkwy, Suite 450
San Diego, California 92121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLORADO**

JAMES COREY GOODE, and GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY AND ADRIENNE YOUNGBLOOD;

Defendants.

**Case No.: 1:20-CV-00947-DDD-KLM**

**REPLY TO DEFENDANT ADRIENNE YOUNGBLOOD'S RESPONSE TO MOTION TO BE RELIEVED AS COUNSEL**

**Judge: Hon. Daniel D. Domenico**
**Courtroom: A401**

Lenden F. Webb and Christian B. Clark of Webb Law Group, APC, hereby submit the following Reply to Defendant Adrienne Youngblood's Response to Motion to be Relieved as Counsel for Defendant Adrienne Youngblood in this matter.

## ARGUMENT AND AUTHORITIES

### A. Defendant's Counsel May Terminate Their Representation Under the Colorado Local Rules

The District Court of Colorado's Attorney Local Rules provide clear guidelines wherein an attorney may seek to terminate their representation of a client. One such reason to allow the termination of the attorney-client relationship is on "motion showing good cause… A motion

got withdraw must state the reasons for withdrawal, unless the statement would violate the rules of professional conduct." D.C. COLO. L. Atty. R. 5.

Counsel for Defendant Adrienne Youngblood has, on several instances, indicated to Ms. Youngblood that she has materially breached her Engagement Agreement with the Webb Law Group, APC. The Engagement Agreement signed by Ms. Youngblood, which was originally signed on April 21, 2020, included clear and definite terms that laid out the obligations of Ms. Youngblood during the time that the Webb Law Group represented her interests. These terms are known to Ms. Youngblood, and as mentioned previously, she has been made aware that she has breached such relevant terms that give rise to the immediate Motion to be Relieved as Counsel. As provided by the Colorado Local Rules, Counsel for Defendant Youngblood has provided many instances in which Ms. Youngblood could have cured the defects in her duties and continued to proceed with their representation. Up until the filing of the immediate Motion, Ms. Youngblood had been informed on several occasions that she was in breach of the Engagement Agreement, but after several failed opportunities to cure this issue, Counsel was left with no other option than to seek to be relieved from such representation. In the meantime, Counsel has still litigated this matter in an attempt to ensure that Ms. Youngblood received every protection available to her under the law and continued to provide proper guidance to resolve this matter as efficiently as possible, including multiple attempts at settlements with the Plaintiffs. Now, as Ms. Youngblood's obligations remain unfulfilled, Counsel has every right to seek to terminate their representation.

Pursuant to this Court's local rules, good cause exists for Defendant's Counsel to seek relief and terminate their present representation of Ms. Youngblood. As has been explained above, as well as in the initial Motion to be Relieved as Counsel, there have been several instances during Counsel's representation of Ms. Youngblood wherein Ms. Youngblood has breached her Engagement Agreement with her representative Counsel. The Webb Law Group has represented Ms. Youngblood throughout this litigation process since April 2020, and in that time, they have continued to pursue litigation strategies to benefit their clients and have

consulted them on necessary decisions. Additionally, Ms. Youngblood alleges that she has not received a full an accurate accounting of services completed by Counsel, yet each month there is a bill for all services completed by the Webb Law Group which sent via email to Ms. Youngblood at “ayoungblood@me.com”.

While Ms. Youngblood states in her Response that her injury stemming from an accident has reduced her availability and capabilities in proceeding with this lawsuit, her breach of the Engagement Agreement began at a much earlier date, the details of which her Counsel may not disclose. Furthermore, Ms. Youngblood was provided the foundational elements necessary in order to proceed in this specific lawsuit if she sought to represent herself or seek alternative counsel. This information was provided to Ms. Youngblood when she was sent the Substitution of Attorney form from her Counsel, providing her details as to the upcoming litigation dates, and what she could expect in the coming months. Such pertinent information has been forwarded to Ms. Youngblood, but the fact remains that she is still in material breach of her Engagement Agreement with the Webb Law Group, and as such her Counsel seek to terminate their representation of Ms. Youngblood.

## CONCLUSION

Due to the material breaches of Ms. Youngblood’s Engagement Agreement with the Webb Law Group, her present Counsel seek to terminate their representation of Ms. Youngblood effective immediately. As noted above, Ms. Youngblood has been informed of her rights in this litigation, as well as the upcoming dates and deadlines provided by this Court’s Trial Preparation Order (Docket No.122). Should this Court require further information before an Order can be issued on the instant motion, Defendant’s Counsel request leave to submit additional information *in camera* to avoid any potential breach of the rules of professional conduct.

Dated: December 26, 2023

**WEBB LAW GROUP, APC**

*/s/Christian B. Clark*

Lenden F. Webb, Esq.
Christian B. Clark, Esq.
WEBB LAW GROUP, APC
10509 Vista Sorrento Pkwy, Suite 450
San Diego, CA 92123
Telephone: (619) 399-7700
FAX: (619) 819-4500
Email: LWebb@WebbLawGroup.com
Email: CClark@WebbLawGroup.com
Attorneys for Defendants
LEON KENNEDY and ADRIENNE YOUNGBLOOD

WEBB LAW GROUP, APC
10509 Vista Sorrento Pkwy, Suite 450
San Deigo, California 92121

**CERTIFICATE OF SERVICE**

I, Raza N. Khan, am a citizen of the United States and am at least eighteen years of age. My business address is 10509 Vista Sorrento Pkwy., Suite 450, San Diego, CA 92121.

I am not a party to the above-entitled action. I have caused service of:

**I. REPLY TO OPPOSITION OF MOTION TO BE RELIEVED AS COUNSEL - YOUNGBLOOD**

along with all associated documents on all the counsel of record and interested parties by electronic email service and electronically filing the foregoing with the Clerk of the U.S. District Court using its CM/ECF System.

I hereby certify that on this eighth day of February 2023, a true and correct copy of the foregoing were served electronically and via U.S. Mail to:

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
*Telephone:* (619) 238-1010
*Facsimile:* (619) 238-1981
*Email:* Valerie@YanarosLaw.com
*Email:* Admin@YanarosLaw.com
*Attorney for James Corey Goode and Goode Enterprise Solutions, Inc.*

Leon Isaac Kennedy
18565 Soledad Canyon Road #228
Canyon Country, CA 91351
Phone: (818) 730-0077
Email: EmailAngel@AOL.com
*Defendant*

Adrienne Youngblood
15300 Cliff Road
Nevada City, CA 95959
Telephone: (805) 844-3911
Email: AYoungblood@Me.com
*Defendant*

Mr. Roger Richards Ramsaur
1928 NE 40th Avenue
Portland, OR 97212
Telephone: (323) 376-8705
Email: Seckey@ProtonMail.com
*Defendant in Pro Per*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: December 28, 2023

Raza N. Khan