Lenden F. Webb (SBN 236377)
Christian B. Clark (SBN 330380)
**WEBB LAW GROUP, APC**
10509 Vista Sorrento Pkwy, Suite 450
San Diego, CA 92121
Telephone: (619) 399-7700
Facsimile: (619) 819-4500
Email: LWebb@WebbLawGroup.com
Email CClark@WebbLawGroup.com

Attorneys for Defendants
LEON KENNEDY and ADRIENNE YOUNGBLOOD

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| JAMES COREY GOODE, and GOODE ENTERPRISE SOLUTIONS INC.,<br><br>Plaintiffs,<br>v.<br><br>ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY AND ADRIENNE YOUNGBLOOD;<br><br>Defendants. | Case No.: 1:20-CV-00947-DDD-KLM<br><br>**REPLY TO DEFENDANT LEON KENNEDY'S RESPONSE TO MOTION TO BE RELIEVED AS COUNSEL**<br><br>**Judge: Hon. Daniel D. Domenico<br>Courtroom: A401** |

Lenden F. Webb and Christian B. Clark of Webb Law Group, APC, hereby submit the following Reply to Defendant Leon Kennedy's Response to Motion to be Relieved as Counsel for Defendant Leon Kennedy in this matter.

**ARGUMENT AND AUTHORITIES**

**A. Defendant's Counsel May Terminate Their Representation Under the Colorado Local Rules**

The District Court of Colorado's Attorney Local Rules provide clear guidelines wherein an attorney may seek to terminate their representation of a client. One such reason to allow the termination of the attorney-client relationship is on "motion showing good cause… A motion

got withdraw must state the reasons for withdrawal, unless the statement would violate the rules of professional conduct." D.C. COLO. L. Atty. R. 5.

### B. Defendant Leon Kennedy Does Not Oppose Webb Law Group, APC Being Relieved as Counsel

As stated on the second paragraph of the first page of Defendant Leon Kennedy's Response, Defendant Kennedy does not oppose Webb Law Group, APC being relieved as counsel. For this reason alone, the instant motion should be granted.

### C. Defendant Leon Kennedy Disputes Numerous Items Contained in the Underlying Motion

Counsel for Defendant Leon Kennedy has, on several instances, indicated to Mr. Kennedy that he has materially breached his Engagement Agreement with the Webb Law Group, APC. The Engagement Agreement signed by Mr. Kennedy, which was originally signed on April 21, 2020, included clear and definite terms that laid out the obligations of Mr. Kennedy during the time that the Webb Law Group represented his interests. These terms are known to Mr. Kennedy, and as mentioned previously, he has been made aware that he has breached such relevant terms that give rise to the immediate Motion to be Relieved as Counsel.[1] As provided by the Colorado Local Rules, Counsel for Defendant Kennedy has provided many instances in which Mr. Kennedy could have cured the defects in his duties and continued to proceed with their representation. Up until the filing of the immediate Motion, Mr. Kennedy had been informed on several occasions that he was in breach of the Engagement Agreement, but after several failed opportunities to cure this issue, Counsel was left with no other option than to seek to be relieved from such representation. In the meantime, Counsel has still litigated this matter in an attempt to ensure that Mr. Kennedy received every protection available to him under the law and continued to provide proper guidance to resolve this matter as efficiently as possible, including multiple attempts at settlements with the Plaintiffs.

---

[1] While evidence concerning these breaches are privileged and are therefore not included as exhibits to the underlying motion, Webb Law Group, APC can provide such documentation for the Court's review *in camera*.

**REPLY TO DEFENDANT LEON KENNEDY'S RESPONSE TO MOTION TO BE RELIEVED AS COUNSEL**

- 2 -

Throughout Mr. Kennedy's Response, Mr. Kennedy makes numerous allegations concerning his representation by Webb Law Group, APC. Webb Law Group, APC denies these claims, and maintains that they have consistently provided quality representation that exceeds relevant standards of professional conduct and ethical obligations. Mr. Kennedy's Response not only mischaracterizes the role his Counsel has played in the litigation, but also misquotes communications made pursuant to such matters. Ultimately, Webb Law Group has conducted their work in an effort to provide their clients the best recovery possible in such matters, and this has required an extensive legal battle with substantial amounts of discovery and related motions. Absent such efforts, the rights of Mr. Kennedy would have simply been lost. Ultimately, the fact remains that Mr. Kennedy has breached his Engagement Agreement with the Webb Law Group.

For example, Mr. Kennedy states in his Response that Counsel allowed for summary judgement opportunities to expire. First, this claim is irrelevant to the instant motion and does not explain why Webb Law Group, APC should not be relieved as counsel. Second, Webb Law Group, APC disputes this claim. Third, Mr. Kennedy does not explain in his Response why he believes such a motion would have been successful in the instant case, nor how the decision not to file a motion of this kind materially affected his interests.

Mr. Kennedy also argues that his Counsel neglected his case. Webb Law Group, APC once again disputes this claim. Additionally, this claim is irrelevant to the instant motion.

Lastly, Mr. Kennedy outlines a number of objections concerning bills received from Webb Law Group, APC. These claims are disputed by Webb Law Group, APC, as a possible credit at one point in time is not relevant to the total past due balance of the bill at all times during the case, and they are once again not relevant to the issue of whether Webb Law Group, APC should be relieved as counsel.

Pursuant to this Court's local rules, good cause exists for Defendant's Counsel to seek relief and terminate their present representation of Mr. Kennedy. As has been explained above, as well as in the initial Motion to be Relieved as Counsel, there have been several instances

**REPLY TO DEFENDANT LEON KENNEDY'S RESPONSE TO MOTION TO BE RELIEVED AS COUNSEL**

- 3 -

during Counsel's representation of Mr. Kennedy wherein Mr. Kennedy has breached his Engagement Agreement with his representative Counsel. Webb Law Group has represented Mr. Kennedy throughout this litigation process since April 2020, and in that time, they have continued to pursue litigation strategies to benefit their clients and have consulted them on necessary decisions.

## CONCLUSION

Due to the material breaches of Mr. Kennedy's Engagement Agreement with the Webb Law Group, his present Counsel seek to terminate their representation of Mr. Kennedy effective immediately. Should this Court require further information before an Order can be issued on the instant motion, Defendant's Counsel request leave to submit additional information *in camera* to avoid any potential breach of the rules of professional conduct.

Dated: January 4, 2024                                      **WEBB LAW GROUP, APC**

/s/*Lenden F. Webb*
Lenden F. Webb, Esq.
Christian B. Clark, Esq.
WEBB LAW GROUP, APC
10509 Vista Sorrento Pkwy, Suite 450
San Diego, CA 92123
Telephone: (619) 399-7700
FAX: (619) 819-4500
Email: LWebb@WebbLawGroup.com
Email: CClark@WebbLawGroup.com
Attorneys for Defendants
LEON KENNEDY and ADRIENNE YOUNGBLOOD

# CERTIFICATE OF SERVICE

I, Raza N. Khan, am a citizen of the United States and am at least eighteen years of age. My business address is 10509 Vista Sorrento Pkwy., Suite 450, San Diego, CA 92121.

I am not a party to the above-entitled action. I have caused service of:

**I.   REPLY TO OPPOSITION OF MOTION TO BE RELIEVED AS COUNSEL - KENNEDY**

along with all associated documents on all the counsel of record and interested parties by electronic email service and electronically filing the foregoing with the Clerk of the U.S. District Court using its CM/ECF System.

I hereby certify that on this eighth day of February 2023, a true and correct copy of the foregoing were served electronically and via U.S. Mail to:

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
*Telephone:* (619) 238-1010
*Facsimile:* (619) 238-1981
*Email:* Valerie@YanarosLaw.com
*Email:* Admin@YanarosLaw.com
*Attorney for James Corey Goode and Goode Enterprise Solutions, Inc.*

Leon Isaac Kennedy
18565 Soledad Canyon Road #228
Canyon Country, CA 91351
Phone: (818) 730-0077
Email: EmailAngel@AOL.com
*Defendant*

Adrienne Youngblood
15300 Cliff Road
Nevada City, CA 95959
Telephone: (805) 844-3911
Email: AYoungblood@Me.com
*Defendant*

Mr. Roger Richards Ramsaur
1928 NE 40th Avenue
Portland, OR 97212
Telephone: (323) 376-8705
Email: Seckey@ProtonMail.com
*Defendant in Pro Per*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: January 4, 2024

Raza N. Khan