IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00947-DDD-KAS

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiff,

v.

ROGER RICHARDS RAMSAUR,
LEON ISAAC KENNEDY,
ADRIENNE YOUNGBLOOD,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Defendants' **Motion to Withdraw as Attorney for Leon Kennedy** [#133] and Defendants' **Motion to Withdraw as Attorney for Adrienne Youngblood** [#134] (collectively, the "Motions"). Defendant Youngblood filed a Response [#135], as did Defendant Kennedy [#139], and counsel filed a Reply [#141].

    The Court understands that the parties have set a mediation for Monday, April 15, and would like to resolve the issue of representation. However, following its review of allegations in the Motion [#133, 134], Responses [#135, 139], and Reply [#141], the Court has determined that a hearing is necessary. In the hopes of quickly setting a hearing and resolving the Motions prior to the mediation, the Court conferred with Ms. Youngblood, Mr. Kennedy, their counsel, and Plaintiff's counsel to set a hearing time. Accordingly,

    IT IS HEREBY **ORDERED** that a hearing on the Motions [#133, 134] is scheduled for **April 12, 2024**, at **3:30 p.m. Mountain Daylight Time (i.e., 2:30 p.m. Pacific Daylight Time)** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294. Given the short notice, the parties and counsel may appear via videoconference. The following meeting instructions shall be utilized:

• For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, copy and paste the link below to join. **IMPORTANT: Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting**:

https://meet.uc.uscourts.gov/meeting/010700350?secret=b7Qm39lEfCHQ8h74NNZVng

**Note: Use the default of "Continue with browser" to join the meeting.**

Dated: April 12, 2024