IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action No.: 20-cv-00947-DDD-KAS | Date: April 12, 2024 |
| Courtroom Deputy: Laura Galera | FTR: Courtroom C-204 |

| *Parties:* | *Counsel:* |
|---|---|
| JAMES COREY GOODE, ET AL., | Valerie Yanaros |
| Plaintiffs, | |
| v. | |
| ROGER RICHARDS RAMSAUR, ET AL., | Lenden Webb |
| Defendants. | |

## COURTROOM MINUTES

**MOTION HEARING**

**Court in session:   3:38 p.m.**
Court calls case.  Appearances of counsel and Defendants Leon Kennedy and Adrienne Youngblood, all by VTC.

Argument by Mr. Webb and Defendants Leon Kennedy and Adrienne Youngblood as to Motion to be Relieved as Counsel [133] and Motion to be Relieved as Counsel [134].

For the reasons as stated on the record it is:

**ORDERED:**   Motion to be Relieved as Counsel [133] is DENIED WITHOUT PREJUDICE.

**ORDERED:**   Motion to be Relieved as Counsel [134] is DENIED WITHOUT PREJUDICE.

**ORDERED:**   Mr. Webb is ordered to refile his Motion to Withdraw upon the completion of mediation if he so chooses.

Counsel to confer regarding filing a Motion to Continue Trial.

Hearing concluded.
**Court in recess:** 4:25 p.m.
Total time in court: 00:47

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.