IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                                          Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

                                          Defendants.

---

## JOINT MOTION TO DISMISS WITH PREJUDICE

---

Pursuant to Fed. R. Civ. P. 41(a)(2) and 41(c), Plaintiffs, James Corey Goode and Goode Enterprise Solutions Inc., and Defendants, Leon Isaac Kennedy and Adrienne Youngblood, move for an order dismissing their claims and counterclaims with prejudice, each party to bear its own costs and attorney fees.

DATED: April 15, 2024                    Respectfully submitted,

| | |
|---|---|
| /s/ Valerie Yanaros<br>Valerie Yanaros, Esq.<br>Texas Bar No. 24075628<br>Yanaros Law, P.C.<br>8300 Douglas Ave Suite 800<br>Dallas, Texas 75225<br>Telephone: (512) 826-7553<br>valerie@yanaroslaw.com | **ATTORNEYS FOR PLAINTIFFS** |
| /s/ Lenden Webb<br>Lenden Webb<br>WEBB LAW GROUP, APC<br>466 W. Fallbrook Avenue, Suite 102<br>Fresno, CA 92121<br>Telephone: (559) 431-4888<br>Email: lwebb@WebbLawGroup.com | **ATTORNEY FOR PLAINTIFFS** |