IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico

Civil Action No. 1:20-cv-00947-DDD-KAS

JAMES COREY GOODE; and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiffs,

v.

ROGER RICHARDS RAMSAUR;

    Defendant.

## ORDER ADOPTING RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before me is the recommendation of United States Magistrate Judge Kathryn A. Starnella, Doc. 152, that I deny the plaintiffs' motion for default judgment against Defendant Roger Richards Ramsaur, Doc. 130. The recommendation states that any objections must be filed within fourteen days after its service on the parties. Doc. 152 at 37-38 (citing Fed. R. Civ. P. 72(b)(2)). The recommendation was served on August 16, 2024, and no party has objected to it.

In the absence of a timely objection, I may review a magistrate judge's recommendation under any standard I deem appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150, 154 (1985)). In this matter, I have reviewed the recommendation to satisfy myself that there is "no clear error on the face of the record." Fed. R. Civ. P. 72(b) Advisory Committee Notes. Based on that review, I have concluded that the recommendation is a correct application of the facts and the law. As Judge Starnella determined, the plaintiffs' motion for default judgment should be denied without

prejudice because their operative complaint fails to state a cognizable claim for relief.

Accordingly, it is **ORDERED** that:

The Recommendation of United States Magistrate Judge, **Doc. 152**, is **ACCEPTED** and **ADOPTED**; and

Plaintiffs James Corey Goode and Goode Enterprise Solutions Inc.'s Motion for Default Judgment Against Roger Richards/Ramsaur, **Doc. 130**, is **DENIED WITHOUT PREJUDICE**.

In light of Magistrate Judge Starnella's unchallenged determination that the plaintiffs' operative complaint (which they have amended twice previously) fails to state any claim upon which relief can be granted against Defendant Roger Richards Ramsaur, it is **FURTHER ORDERED** the plaintiffs must **SHOW CAUSE** on or before **September 10, 2024** why their claims against Mr. Ramsaur should not be dismissed with prejudice. *See Barnett v. Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.*, 956 F.3d 1228, 1236 (10th Cir. 2020) ("[C]ases are not to be litigated piecemeal," and a court does "not have to address repeated 'improvements' to the complaint."); *A & B Stores, Inc. v. Empls. Mut. Cas. Co.*, No. CIV-14-1228-HE, 2015 WL 1014808, at *3 (W.D. Okla. Mar. 9, 2015) ("[T]wo tries is enough.").

DATED: September 3, 2024       BY THE COURT:

~~Daniel D.~~ Domenico
United States District Judge