IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00947-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

          Plaintiffs,

v.

ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY
and ADRIENNE YOUNGBLOOD,

          Defendants.

---

## NOTICE OF DISMISSAL OF CLAIMS AGAINST ROGER RICHARDS/RAMSAUR

---

Plaintiffs, James Corey Goode and Goode Enterprise Solutions Inc. ("Plaintiffs"), respectfully file this Notice dismissing their claims against Roger Richards/Ramsaur ("Richards"). Richards has refused to participate in any way in the instant case, failed to show up to his noticed deposition, ignored the Orders of this Court to update his address, and refuses to respond to Plaintiffs' claims. Richards never answered the claims filed against him.[1] Finally, Plaintiffs have reason to believe that Richards is no longer in the United States of America, nor does he have plans to return. Pursuing the claims in the instant case would be, in Goode's opinion, futile. As such, Goode

---

[1] Richards was included in the Motion to Dismiss filed by all Defendants (Doc. 34), but never filed an answer to the remaining claims in the Second Amended Complaint.

respectfully requests this Court to dismiss the claims against Richards pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Date: September 10, 2024.                    Respectfully submitted,

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.
Texas Bar No. 24075628
Admitted to Practice in the
District Court of Colorado
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Phone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The below signed certifies that a copy of this filing will be served on each Defendant by ECF on September 10, 2024.

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.

CERTIFICATION OF WORD COUNT: I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).